IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

**FILED**

MAR **1 8** 2009

Phil Lombardi, Clerk
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

Plaintiff,[1]

Case No. 09-CR-043 JHP

v.

LINDSEY KENT SPRINGER,
OSCAR AMOS STILLEY

Defendant.

## MOTION FOR ELECTRONIC ACCESS

Lindsey Kent Springer ("Springer"), by limited special appearance, and not a general appearance, request this United States District of Oklahoma Northern Division Court, to direct the Clerk's Office to add electronic privileges in this case only to the list of other cases this Court has allowed Springer to file electronically within. Springer will abide by all rules governing electronic access as he has done faithfully for the better part of 3 plus years.

Therefore, Lindsey Kent Springer, requests this Court to order the Clerk's Office to provide Springer with electronic access during the pendency of this particular case.

---

[1]This is subject to future debate since purportedly a Grand Jury issued the Indictment!

1

Respectfully Submitted

Lindsey K. Springer
5147 S. Harvard, # 116
Tulsa, Oklahoma 74135
918-748-5539/955-8225(cell)

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Lindsey Kent Springer's

Motion for Electronic Access was served on March 18, 2009, to:

The United States District Attorney
for the Northern Division of
the United States District of Oklahoma,
Honorable David O'Meilia
Assistant United States Attorney Kenneth P. Snoke,
U.S. Department of Justice's Attorneys
Scott Bradford and Charles O'Reilly,
110 West 7th Street, # 300,
in the City of Tulsa,
State of Oklahoma 74119.

Signature

3