IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

**FILED**
MAR 1 8 2009
Phil Lombardi, Clerk
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

Plaintiff,[1]

Case No. 09-CR-043 JHP

v.

LINDSEY KENT SPRINGER,
OSCAR AMOS STILLEY

Defendant.

### MOTION FOR IN CAMERA REVIEW OF FIFTH AMENDMENT PROFFER

Lindsey Kent Springer ("Springer"), by limited special appearance, and not a general appearance, request this United States District of Oklahoma Northern Division Court, to issue an order directing Lindsey Kent Springer be given an in camera review by said District Court Judge regarding issues related to the Fifth and Sixth Amendment, prior to arraignment set for March 18, 2009 at 2:00 pm. Springer is prepared to explain the exercise of his Fifth Amendment in camera for this Court to determine whether the Fifth Amendment was properly exercised by Springer in regard to the specific requests for information allegedly not filed by Springer at the time or times required by law at the place or places allegedly required to be received.

---

[1] This is subject to future debate since purportedly a Grand Jury issued the Indictment!

1

Respectfully Submitted

/s/ Lindsey K. Springer
Lindsey K. Springer
5147 S. Harvard, # 116
Tulsa, Oklahoma 74135
918-748-5539/955-8225(cell)

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Lindsey Kent Springer's Motion to for In Camera Review regarding Fifth Amendment proffer was not served on:

The United States District Attorney
for the Northern Division of
the United States District of Oklahoma,
Honorable David O'Meilia
Assistant United States Attorney Kenneth P. Snoke,
U.S. Department of Justice's Attorneys
Scott Bradford and Charles O'Reilly,
110 West 7th Street, # 300,
in the City of Tulsa,
State of Oklahoma  74119.

_____
Signature