**CRITICAL INFORMATION SHEET**   USPO __DREW_____

Date: __3-18-09_____   Judge: ☐ MJ Wilson     Deputy: ☐ Camie Portilloz
                               ☐ MJ McCarthy              ☐ Joan Mayes
Interpreter: __N/A_____   ☒ MJ Cleary                ☒ Karen Perkins

Case No. __09-CR-043-~~SPF~~ CLK__   USA v. __LINDSEY KENT SPRINGER__

Defendant's Age __43__   Sex __M__   City/State: __KELLYVILLE, OK__

Date of Arrest: __3-18-09__ ~~Arrested By:~~ Summons _____
☐ Detention Requested by AUSA
Bail Recommendation: $ ~~the one~~ of __5,000__ (Cash/Surety) (10%) (Unsecured)
Bail Fixed at: $_____ (Cash/Surety) (10%) (Unsecured)
Bail Made: ☐ yes ☐ no

**Additional Conditions of Release:**

6.  ☐ Defendant placed in custody of: _____
7.  ☒ a      ☐ g      ☐ m      ☐ s
    ☒ b      ☒ h      ☐ n
    ☒ c      ☐ i      ☐ o
    ☐ d      ☐ j      ☒ p(1,2,3,4,5,6)
    ☐ e      ☐ k      ☐ q(1,2,3,4,5,6,7,8,9)
    ☐ f      ☒ l      ☐ r(1,2,3,4,5,6)

Defendant Requests Public Defender: ☐ yes ☐ no
Defendant's Attorney: __Robert Williams__   (FPD) (Ct.Appt) (Ret.)
Address: _____ City/State/Zip: _____ Phone: _____
AUSA: __KEN SNOKE / Charles O'Reilly__

**MINUTES:**

☒ Defendant appears for IA on: ___ w/ret counsel ___ FPD ✓ ct appt ___ w/out counsel
   ✓ Indictment  ___ Information  ___ Complaint  ___ Petition  ___ Rule 5
☐ Financial Affidavit received; ~~FPD appointed~~ CJA: ☒ present ☐ not present → for IA only
☐ Defendant's name corrected by interlineation: _____
☐ Waivers executed and filed in open court:
   ☐ of Indictment; ☐ of Preliminary Exam; ☐ of Detention Hearing; ☐ of Rule 5 Hearings
☒ Bond set @ __$5,000_____; bond and conditions of release executed and filed in open court
☐ Gov'ts Motion for detention and detention hearing filed in open court
☒ Arraignment held, defendant pleads Not Guilty, court accepts plea
☒ Scheduling dates to be mailed to counsel
☐ Detention Hearing Scheduled: _____ @ _____
☐ Preliminary Exam Scheduled: _____ @ _____
☐ Arraignment Scheduled: _____ @ _____
☐ Initial Appearance continued to _____ @ _____
☐ Defendant remanded to custody of U.S. Marshal:
   ☐ pending further proceeding; or ☐ pending satisfaction of conditions of bond

ADDT'L MINUTES: __deft released on bond_____