# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

United States of America,

    Plaintiff,

vs.                                        Case No. 09-cr-43-CLK

Lindsey Kent Springer,

    Defendant.

### ORDER APPOINTING COUNSEL

Defendant has completed an affidavit as to his/her financial ability to employ counsel. Upon review, the Court finds that Defendant is financially unable to obtain counsel. In accordance with the Northern District of Oklahoma Plan for Implementing the Criminal Justice Act of 1984, the Court finds and orders as follows:

\_\_    _____, the Federal Public Defender is appointed to represent Defendant in all further proceedings until relieved by order of the Court.

\_\_    _____, an attorney from the Court's panel of private attorneys, established pursuant to the Criminal Justice Act for the Northern District of Oklahoma, is appointed to represent Defendant in all further proceedings until relieved by order of the Court.

\_\_    the Court finds that Defendant has the financial ability to make regular, periodic payments to reimburse the government for the reasonable costs of providing Defendant with representation. The Court hereby ORDERS that the defendant pay to the Clerk of the Court $_____ per month, on or before the 15th day of each month, continuing until the government has been fully reimbursed for all reasonable costs of providing representation to Defendant, or until further order of the Court.

\_\_    Defendant will reimburse the government for the reasonable cost of providing representation in accordance with his/her ability to pay as determined by further order of the court.

✓    Robert Williams, CJA, is temporarily appointed to represent the above-named defendant for purposes of initial appearance only.

Date: March 18, 2009

                                              Paul J. Cleary
                                              United States Magistrate Judge