**CRIMINAL INFORMATION SHEET**   USPO  DREW

Date: 3-18-09

Judge: ☐ MJ Wilson   ☐ MJ McCarthy   ☒ MJ Cleary

Deputy: ☐ Camie Portilloz   ☐ Joan Mayes   ☒ Karen Perkins

Interpreter: N/A

Case No. 09-CR-043-CLK   USA v. OSCAR AMOS STILLEY

Defendant's Age 45   Sex M   City/State:_____

Date of Arrest: 03-18-09   Arrested By: Summons

☐ Detention Requested by AUSA

Bail Recommendation: $ 2500 ~~10,000~~ (Cash/Surety) (10%) (Unsecured)

Bail Fixed at: $_____ (Cash/Surety) (10%) (Unsecured)

Bail Made: ☐ yes ☐ no

**Additional Conditions of Release:**

6.  ☐ Defendant placed in custody of: _____
7.  ☒ a  ☐ g  ☐ m  ☐ s
    ☒ b  ☒ h  ☐ n
    ☒ c  ☐ i  ☐ o
    ☐ d  ☐ j  ☒ p(1,2,3,4,5,6)
    ☐ e  ☐ k  ☐ q(1,2,3,4,5,6,7,8,9)
    ☐ f  ☒ l  ☐ r(1,2,3,4,5,6)

Defendant Requests Public Defender: ☐ yes  ☒ no
Defendant's Attorney: Terry Weber  (FPD) (Ct.Appt) (Ret.)
Address:_____  City/State/Zip:_____  Phone:_____
AUSA: KEN SNOKE / Charles O'Reilly

**MINUTES:**

☒ Defendant appears for IA on: ___ w/ret counsel ___ FPD ✓ ct appt ___ w/out counsel
    ✓ Indictment   ___ Information   ___ Complaint   ___ Petition   ___ Rule 5
☐ Financial Affidavit received; ~~FPD~~ CJA appointed: ☒ present ☐ not present
☐ Defendant's name corrected by interlineation: _____ → for IA only
☐ Waivers executed and filed in open court:
    ☐ of Indictment; ☐ of Preliminary Exam; ☐ of Detention Hearing; ☐ of Rule 5 Hearings
☒ Bond set @ ~~$10,000~~ $2,500 _____; bond and conditions of release executed and filed in open court
☐ Gov'ts Motion for detention and detention hearing filed in open court
☒ Arraignment held, defendant pleads Not Guilty, court accepts plea
☒ Scheduling dates to be mailed to counsel
☐ Detention Hearing Scheduled: _____ @ _____
☐ Preliminary Exam Scheduled: _____ @ _____
☐ Arraignment Scheduled: _____ @ _____
☐ Initial Appearance continued to _____ @ _____
☐ Defendant remanded to custody of U.S. Marshal:
    ☐ pending further proceeding; or ☐ pending satisfaction of conditions of bond

ADDT'L MINUTES: deft released on bond.