IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 09-CR-43-CLK |
| LINDSEY K. SPRINGER, OSCAR AMOS STILLEY, | ) ) ) ) | |
| Defendants. | ) | |

### O R D E R

Defendants Lindsey K. Springer and Oscar Amos Stilley appeared for Initial Appearance and Arraignment on March 18, 2009. At the Initial Appearance the Court appointed counsel for the Defendants *for purposes of the Initial Appearance and Arraignment only.*

Therefore, **by March 30, 2009** the Defendants must do one of the following:

(1) Enter their appearance *pro se* advising the Court that either or both Defendants intend to represent themselves;

(2) Have retained counsel enter his/her appearance on behalf of the Defendant(s); or

(3) Submit to the Court an appropriate Financial Affidavit signed under penalty of Perjury establishing that Defendant(s) do not have the resources to hire private counsel and asking the Court to appoint counsel to represent them herein.

DATED this 19th day of March 2009.

_____
Paul J. Cleary
United States Magistrate Judge