IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | CASE NO: 09-CR-043-CLK |
| ) | |
| LINDSEY KENT SPRINGER, OSCAR ) | |
| AMOS STILLEY, ) | |
| ) | |
| Defendants. ) | |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

COMES NOW attorney, Robert Scott Williams, counsel for Defendant, Lindsey Kent Springer, and does hereby pray the Court issue an Order allowing him to withdraw as counsel of record, stating in support as follows:

1. The undersigned was appointed to represent the Defendant, Lindsey Kent Springer.

2. The appointment was for purposes of the Defendant's initial appearance only.

3. The undersigned has not been appointed by this Court to represent the interests of Mr. Springer beyond the initial appearance.

4. The undersigned still appears as a counsel of record for Mr. Springer.

WHEREFORE, premises considered, the undersigned prays this Court enter an order allowing the immediate withdraw of the Robert Scott Williams as attorney of record for the Defendant, Lindsey Kent Springer, in the above captioned case.

Respectfully submitted,

TAYLOR, RYAN, SCHMIDT & VAN DALSEM, P.C.

By s/R. Scott Williams
   R. SCOTT WILLIAMS - OBA #19974
   Boulder Towers
   1437 S. Boulder Ave., Suite 850
   Tulsa, OK  74119
   (918) 749-5566

**CERTIFICATE OF SERVICE**

    I, R. SCOTT WILLIAMS, hereby certify that on the 24th day of March, 2009, I electronically transmitted the foregoing document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Terry Weber
Attorney for Oscar Amos Stilley

and

**CERTIFICATE OF MAILING**

    I, R. SCOTT WILLIAMS, hereby certify that on the 24th day of March, 2009, I mailed a true and correct copy of the above and foregoing instrument with proper postage thereon fully prepaid to:

Lindsey K. Springer
5147 S. Harvard #116
Tulsa, OK 74135

Oscar A. Stilley
7103 Race Track Loop
Ft. Smith, AR 72916

                          S/R. Scott Williams
                          R. SCOTT WILLIAMS

jma