```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA,       )
                                )
          Plaintiff,             )
                                )
-vs-                            )    CASE NO: 09-CR-043-CLK
                                )
LINDSEY KENT SPRINGER, OSCAR    )
AMOS STILLEY,                   )
                                )
          Defendants.           )
```

## REQUEST FOR HEARING

**COMES NOW** attorney R. Scott Williams of Taylor, Ryan, Schmidt & Van Dalsem, P.C., and moves this Court set for hearing his Motion to Withdraw as Counsel of Record for Defendant (Document 20), Lindsey Springer, on a date certain.

Respectfully submitted,

TAYLOR, RYAN, SCHMIDT & VAN DALSEM, P.C.

By S/R. Scott Williams
   R. SCOTT WILLIAMS - OBA #19974
   Boulder Towers
   1437 S. Boulder Ave., Suite 850
   Tulsa, OK  74119
   (918) 749-5566

**CERTIFICATE OF SERVICE**

    I, R. SCOTT WILLIAMS, hereby certify that on the 24th day of March, 2009, I electronically transmitted the foregoing document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Terry Weber
Attorney for Oscar Amos Stilley

and

**CERTIFICATE OF MAILING**

    I, R. SCOTT WILLIAMS, hereby certify that on the 24th day of March, 2009, I mailed a true and correct copy of the above and foregoing instrument with proper postage thereon fully prepaid to:

Lindsey K. Springer
5147 S. Harvard #116
Tulsa, OK 74135

Oscar A. Stilley
7103 Race Track Loop
Ft. Smith, AR 72916

                                S/R. Scott Williams
                                R. SCOTT WILLIAMS

jma