# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF OKLAHOMA

United States of America,
                Plaintiff,

vs.                                      Case Number: 09-cr-43-CLK

Lindsey Kent Springer
Oscar Amos Stilley,
                Defendant(s).

### MINUTE ORDER

At the direction of Paul J. Cleary, U.S. Magistrate Judge, a hearing regarding the issue of representation has been set in lieu of the filing of documents as directed in the Order dated March 19, 2009 (Dkt. #18).

The hearing is set as follows:

    **Date:**    3-30-2009

    **Time:**    2:30 p.m.

    **Location:**    Courtroom 1, Third Floor


                                            Phil Lombardi,
                                            Clerk of Court, United States District Court


                                                S/K. Perkins
                                            By: K. Perkins, Deputy Clerk


cc: mailed to Lindsey Kent Springer
    and Oscar Amos Stilley by US Mail
    on March 25, 2009