UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

United States of America,

                       Plaintiff,        Case Number: 09-cr-43-CLK

vs.                                              Proceeding: Hearing re Representation

Lindsey Kent Springer,                     Date: 3-30-2009
Oscar Amos Stilley                         Court Time: 2:30 p.m.
                       Defendant(s).

**MINUTE SHEET**

Paul J. Cleary, U.S. Magistrate Judge        K. Perkins, Deputy Clerk        C1, Reporter

Counsel for Plaintiff: Ken Snoke

Defendants: Lindsey Kent Springer and Oscar Amos Stilley

**Minutes:** Case called for hearing with counsel for the Government and the Defendants present; the Court advised both Defendants of their right to counsel. Court advised Defendants that they could hire counsel or, if they were financially unable to obtain counsel, the Court would appoint counsel for them, but that they would have to provide sufficient information under oath for Court to make reasonable inquiry as to their financial ability to hire counsel. Court also advised Defendants of their constitutional right to appear *pro se*. Defendants indicated their desire to represent themselves. The Court then conducted an extensive inquiry of each Defendant to determine their knowledge of the law and legal procedure, the voluntariness of their waiver of counsel, their understanding of the penalties they are facing. The Court strongly urged Defendants not to represent themselves. Thereafter, Mr. Springer and Mr. Stilley were individually advised of their right to be represented by counsel and waived counsel at this time; the Court finds the waivers were made knowingly and voluntarily; stand-by counsel will be appointed for each defendant (separate order to be entered).

      Court also discussed with parties a general target date for trial.

      Mr. Springer's Motion for Electronic Access (Dkt. #5) was granted.

Court Time

2:45 - 3:25 p.m.