**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No.  09-CR-043-SPF |
| ) | |
| v. ) | |
| ) | |
| LINDSEY KENT SPRINGER, ) | |
| OSCAR AMOS STILLEY, ) | |
| | |
| Defendants. | |

**PROTECTIVE ORDER (Doc. 25)**

Upon motion of the United States, the Court being advised as to the nature of this case and the applicability of Rule 6(e) of the Federal Rules of Criminal Procedure to certain materials requested by the Defendant,

IT IS HEREBY ORDERED that the Government attorney is protected if they disclose to counsel for the above, or to the defendants, *pro se*, prior to trial, grand jury and other investigative materials including tax returns, taxpayer return information and documents or other information, in any form, which contains the street address, telephone number, social security account number, date of birth, alien registration number, credit card number, bank account number, insurance policy number, membership number, employee identification number, state or federal driver's licence or identification and number, government passport number, employer or taxpayer identification number, e-mail address or other means of identification, which must be disclosed under normal circumstances pursuant to the dictates of the *Jencks* Act, 18 U.S.C. § 3500; Fed. R. Crim. P. 16; *United States v. Giglio*, 405 U.S. 150 (1972), and *Brady v. Maryland*, 373 U.S. 83 (1963).

-2-

It is held that the grand jury and other investigative materials are provided for purposes of the trial of the above-captioned case; that they are not to be disseminated for any other purpose; and that they will be returned to the United States Attorney's Office by defendants, *pro se*, or by defense counsel (if any) immediately after the testimony of the specific witness. The materials are not to be shown to anyone with the exception of the Defendants, Defendants' attorneys of record (if any), or to Defendants, *pro se*, in this case and those persons employed by Defendants, *pro se*, or their the attorneys who are necessary to assist them in preparation for trial. Defendants *pro se* or defense counsel shall not reproduce the documents and transcripts for dissemination to any other persons or parties, and shall maintain complete custody and control over them, including all copies. The attorneys for the Defendants and the Defendants, *pro se*, are bound by the secrecy provisions of Fed. R. Crim. P. 6(e).

Dated this 2nd day of April, 2009.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

Submitted by

Kenneth P. Snoke, OBA #8437
Assistant United States Attorney
Charles A. O'Reilly, CBA #160980
Special Assistant United States Attorney
110 West 7th St., Suite 300
Tulsa, OK 74119
(918) 382-2700

09-0043p001.PO.wpd