IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 09-CR-43-SPF |
| LINDSEY KENT SPRINGER and OSCAR AMOS STILLEY, | ) |
| Defendants. | ) |

## O R D E R

On March 30, 2009, in open court, Defendants Lindsey Kent Springer ("Springer") and Oscar Amos Stilley ("Stilley") announced their desire to proceed herein *pro se*. In accordance with *Faretta v. California*, 422 U.S. 806 (1975), the Court then conducted a hearing to determine whether Defendants' decision to represent themselves was voluntary and intelligent. *See, for example. Scroggins v. McDonough*, 2009 WL 651804 at *8-*10 (M.D.Fla. March 12, 2009). After extensive questioning and after urging Defendants *not* to represent themselves, the Court found that Springer and Stilley had waived their constitutional right to counsel and asserted their right to self-representation. The Court then proceeded, in the exercise of its inherent authority, to appoint Standby Counsel to serve exclusively on behalf of the Court "to protect the integrity and continuity of the proceedings." *See The Guide to Judiciary Policies and Procedures*, vol. 7, § 2.17. In this circumstance, Standby Counsel is appointed on behalf of the Court to consult with Defendants and serve as a resource ensuring that Defendants receive a fair and expeditious trial. Standby Counsel are paid in the capacity of an expert or consultant pursuant to 5 U.S.C. § 3109, and appointment may be made regardless of whether Defendants are financially able to obtain counsel. Payment will be made using the regular CJA hourly rates as a guideline.

Communications between Standby Counsel and the Defendants are confidential and privileged.

THEREFORE, in accordance with the principles outlined above, the Court hereby appoints Robert Scott Williams and C. Robert Burton, IV, to serve as Standby Counsel herein.[1] Williams will consult with Defendant Springer and Burton will consult with Defendant Stilley.

DATED this 3rd day of April 2009.

_____
Paul J. Cleary
United States Magistrate Judge

---

[1] Terry Weber, who was appointed to consult with Defendant Stilley for purposes of the Initial Appearance/Arraignment only, will be allowed to withdraw as counsel with Mr. Burton's entry of appearance. The appointments of Weber and Williams were effective March 18, 2009. [Dkt. Nos. 11 & 14].