

**FILED**

APR 0 6 2009

Phil Lombardi, Clerk
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA            PLAINTIFF

v.            Case No. 09-CR-043 JHP

LINDSEY KENT SPRINGER,
OSCAR AMOS STILLEY            DEFENDANT

### MOTION TO PERMIT OSCAR STILLEY TO FILE BY CM/ECF

Comes now Oscar Stilley and for his motion to permit filing by CM/ECF, and states:

1.    **OSCAR AMOS STILLEY** is an attorney by profession, now suspended in Arkansas and some but not all other jurisdictions to which he is admitted. One of the jurisdictions of reciprocal suspension is the Northern District of Oklahoma. As a result Defendant's CM/ECF login and password have been deactivated for purposes of filing, although the login and password is still recognized by the system.

2.    **OSCAR AMOS STILLEY** needs to have electronic filing privileges and electronic notice of filings for many reasons. Pleadings generated from word processor are compact, searchable, and more legible than scanned copies. Pleadings filed directly via ECF have an electronically generated filemark, cost less to file, may be filed more quickly, and require less clerk's office personnel

Page 1 of 2

✓ Mail    ___No Cert Svc    ___No Orig Sign
___C/J    ___C/MJ    ___C/Ret'd    ✓No Env
___No Cpys    ___No Env/Cpys    ___O/J    ___O/MJ

time and effort.

3.  **OSCAR AMOS STILLEY** is an experienced user of CM/ECF in multiple jurisdictions including the Northern District of Oklahoma.

WHEREFORE, **OSCAR AMOS STILLEY** prays that the Court grant CM/ECF filing privileges to **OSCAR AMOS STILLEY**, and direct the Clerk to enable his existing username and password to file pleadings in the instant case on his own behalf; and for all such other and further relief as may be appropriate whether or not specifically prayed.

Respectfully submitted,

By: /s/ Oscar Stilley
Oscar Stilley, Attorney at Law
7103 Race Track Loop
Fort Smith, AR 72916
479-996-4109
479-996-3409 Fax
oscar@oscarstilley.com

**CERTIFICATE OF SERVICE**

I, Oscar Stilley, by my signature above certify that I have this April 1, 2009, caused the Plaintiff to be served with a copy of this pleading by CM/ECF to: Kenneth P. Snoke, United States Attorney's Office, 110 W 7th Street, Suite 300, Tulsa, OK 74119-1013, ken.snoke@usdoj.gov; Charles A O'Reilly, US Dept of Justice, PO Box 972, Washington, DC 20044, email charles.a.o'reilly@usdoj.gov. Also by email to Lindsey K. Springer at Gnutella@mindspring.com.