IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 09-CR-043-SPF |
| ) | |
| LINDSEY KENT SPRINGER, ) | |
| OSCAR AMOS STILLEY, ) | |
| ) | |
| Defendants. ) | |

**ORDER FOR MOTION HEARING AND SCHEDULING CONFERENCE**

This case is set for a motion hearing and scheduling conference on April 22, 2009, at 10:00 a.m., in Courtroom #4. The personal appearance of the defendants is required.

Two motions are presently pending, namely Defendant Springer's Motion for *In Camera* Review of Fifth Amendment Proffer, doc. no. 6, and Defendant Springer's Motion for Bill of Particulars, doc. no. 8. The court notes that the government has preliminarily responded to those motions. **THE GOVERNMENT IS DIRECTED** to file its final response to those motions not later than April 17, 2009.

At the hearing to be held on April 22, 2009, at 10:00 a.m., the court will hear arguments on the pending motions and will establish a schedule to govern the further proceedings and trial setting in this case.

DATED April 7, 2009.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

09-0043p002.wpd