# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LINDSEY KENT SPRINGER, )<br>OSCAR AMOS STILLEY, )<br>)<br>Defendants. ) | Case No. 09-CR-043-SPF |

## ORDER FOR MOTION HEARING

Before the court is defendant Lindsey Kent Springer's Motion for Clarification with Respect to Specific Legal Authority for Appointment of Judge in Trial of Instant Case, filed on April 7, 2009 (doc. no. 30).

The motion is set for hearing on April 22, 2009, at 10:00 a.m., in Courtroom #4. The personal appearance of the defendant is required.

DATED April 8, 2009.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

09-0043p004.wpd