IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| v.    Case No. 09-CR-043 CLK | |
| LINDSEY KENT SPRINGER, OSCAR AMOS STILLEY | DEFENDANT |

### MOTION FOR BILL OF PARTICULARS

Comes now **OSCAR AMOS STILLEY**[1] by limited special appearance, and not a general appearance, and requests this United States District of Oklahoma Northern Division Court to direct Counsel for the 28 U.S.C. § 1861-1878 United States Policy Grand Jury pursuant to Federal Rules of Criminal Procedure 7(f) to provide certain particulars regarding the "Grand Jury charges" in its indictment dated March 10, 2009, more specifically as follows:

1.   **OSCAR AMOS STILLEY** incorporates the bill of particulars signed and submitted by Lindsey Springer as if set forth word for word herein.

2.   Please identify with particularity, with respect to the coins alleged in count 3 of the indictment, the following:

---

[1] It is presumed that the plaintiff is master of his own complaint. This complaint is styled in the name of "**UNITED STATES OF AMERICA**" as opposed to the people thereof, or any grand jury. Plaintiff, whoever that may actually be, named **OSCAR AMOS STILLEY** as a Defendant. Therefore, **OSCAR AMOS STILLEY** has appeared specially and limited, challenging jurisdiction, to defend against the charges to the extent required so to do by the law.

    A)    The face value of the coin(s).

    B)    The date of issuance of the coin(s).

    C)    The name of the sovereign that issued the coins.

    D)    Whether or not said coin(s) constituted legal tender.

    E)    The reasons given to the Grand Jury why said coins were deemed "collectible" as opposed to lawful money of the United States.

3.    Please identify with particularity the name, address, and phone number of the District Director for the internal revenue district encompassing the legal residence of **OSCAR AMOS STILLEY** for the calendar years 2002, 2003, 2004, 2005, 2006, 2007, and 2008.  If the government claims that other years are not barred by limitations, please provide the same information with respect to all years for which limitations has not run.

4.    Please identify the tax deficiency found by the grand jury with respect to counts 1, 3, and 4, for which the grand jury alleged that **OSCAR AMOS STILLEY** has some liability, or that the government intends to prove as an element of tax evasion with respect to **OSCAR AMOS STILLEY** or Lindsey Kent Springer.

5.    Please identify what the words "required by law" in counts 3 and 4 were found by the grand jury to mean, as applied to Oscar Stilley.

6.    Please identify the specific provision of law the grand jury found which identifies where the alleged crimes in counts 1, 3, and 4 occurred.

Respectfully submitted,


By:     /s/ Oscar Stilley
Oscar Stilley, Attorney at Law
7103 Race Track Loop
Fort Smith, AR 72916
479-996-4109
479-996-3409 Fax
oscar@oscarstilley.com

**CERTIFICATE OF SERVICE**

I, Oscar Stilley, by my signature above certify that I have this April 10, 2009, caused the Plaintiff to be served with a copy of this pleading by CM/ECF to: Kenneth P. Snoke, United States Attorney's Office, 110 W 7th Street, Suite 300, Tulsa , OK 74119-1013, ken.snoke@usdoj.gov; Charles A O'Reilly, US Dept of Justice, PO Box 972, Washington , DC 20044, email charles.a.o'reilly@usdoj.gov . Also by email to Lindsey K. Springer at Gnutella@mindspring.com .