IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>      Plaintiff, )<br>)<br>v. )<br>)<br>LINDSEY KENT SPRINGER, )<br>OSCAR AMOS STILLEY, )<br>)<br>      Defendants. ) | Case No. 09-CR-043-SPF |

**ORDER FOR MOTION HEARING**

Before the court is defendant Oscar Amos Stilley's Motion for Bill of Particulars, filed on April 10, 2009 (doc. no. 33).

The motion is set for hearing on April 22, 2009, at 10:00 a.m., in Courtroom #4. The personal appearance of the defendant is required.

DATED April 10, 2009.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

09-0043p005.wpd