# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 09-CR-043-SPF |
| ) | |
| LINDSEY KENT SPRINGER, ) | |
| OSCAR AMOS STILLEY, ) | |
| ) | |
| Defendants. ) | |

## ORDER FOR MOTION HEARING

Before the court are the following motions filed by defendant Lindsey Kent Springer on April 13, 2009:

    1.    Motion for Protective Order Pending Resolution of Prospective Franks Hearing (doc. no. 35);

    2.    Motion to Unseal in 03-CR-55E (doc. no. 36); and

    3.    Motion to Unseal Affidavit and Transcript of Meeting on September 15, 2005 (doc. no. 37).

The motions are set for hearing on April 22, 2009, at 10:00 a.m., in Courtroom #4. The personal appearance of the defendant is required.

DATED April 13, 2009.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

09-0043p006.wpd