IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 09-CR-043-SPF |
| ) | |
| LINDSEY KENT SPRINGER, and ) | |
| OSCAR AMOS STILLEY, ) | |
| ) | |
| Defendants. ) | |

**UNOPPOSED MOTION FOR LIMITED UNSEALING OF SEARCH WARRANT
AFFIDAVIT AND MATERIALS FROM CASE 03-CR-00055-CVE**

COMES NOW, the United States of America, by and through its attorneys, David E. O'Meilia, United States Attorney for the Northern District of Oklahoma, and Kenneth P. Snoke, Assistant United States Attorney, and Charles A. O'Reilly, Trial Attorney, United States Department of Justice, and moves this Honorable Court to issue its Order directing that, pursuant to the Protective Order issued by the Court (Doc. 26), the Government may disclose to the Defendants (and to their advisory counsel) the probable cause affidavit and application in "the matter of the Premises Known as 25758 South 201st West Avenue, Kellyville, Oklahoma" (Case No. 05-SM-1), and the sealed materials from *United States v. Eddy Lynn Patterson and Judith Ray Patterson*, 03-CR-00055-CVE. By electronic email received this date, Defendants Springer and Stilley advised that they did not oppose the Government's proposed motion.

This motion is made to ensure that the Government can comply with its pre-trial discovery obligations.

Respectfully submitted,

DAVID E. O'MEILIA
United States Attorney

 /s/ Kenneth P. Snoke
KENNETH P. SNOKE, OBA #08437
Assistant United States Attorney
CHARLES A. O'REILLY, CBA #160980
Trial Attorney
110 West 7th Street, Suite 300
Tulsa, Oklahoma 74119
(918) 382-2700

## CERTIFICATE OF SERVICE

     I hereby certify that on the 15th day of April, 2009, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Lindsey K. Springer
Pro Se Defendant

Robert Scott Williams
Stand-by Counsel for Defendant Springer

Oscar A. Stilley
Pro Se Defendant

C. Robert Burton, IV
Stand-by Counsel for Defendant Stilley

                                              */s/ Kenneth P. Snoke*
                                              Assistant United States Attorney