**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 09-CR-043-SPF |
| ) | |
| LINDSEY KENT SPRINGER, ) | |
| OSCAR AMOS STILLEY, ) | |
| ) | |
| Defendants. ) | |

**ORDER FOR MOTION HEARING**

Before the court is the United States' Unopposed Motion for Limited Unsealing of Search Warrant Affidavit and Materials from Case 03-CR-00055-CVE, filed on April 15, 2009 (doc. no. 39).

The motion is set for hearing on April 22, 2009, at 10:00 a.m., in Courtroom #4.

DATED April 16, 2009.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

09-0043p008.wpd