# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

United States of America,

                                Plaintiff,        Case Number: 09-CR-043-SPF

vs.                                                  Proceeding: Motion Hearing

Lindsey Kent Springer, Oscar Amos Stilley,        Date: 4-22-2009
                              Defendant(s).       Court Time: 10:00 a.m.

## MINUTE SHEET

Stephen P. Friot, U.S. District Judge        P. Lynn, Deputy Clerk        Tracy Washbourne, Reporter

Counsel for Plaintiff: Ken Snoke, Charles O'Reilly

Counsel for Defendants: Pro Se (Scott Williams, Robert Burton Stand By)

Minutes: Case called for Motion Hearing and Scheduling Conference. Faretta colloquy made. Discovery discussed. Court approves pro se Defendants to bring in laptop computers if desired. Motions addressed:

- #30 Motion for Clarification of Authority Granted.
- #39 Motion for limited unsealing of 03-cr-55 granted in part, denied in part, #36 Motion to unseal 03-cr-55 granted in part, denied in part. All sealed materials in 03cr55 subject to protective order (doc #26). Govt to deliver legible copies of sealed documents which Govt asserts are not discoverable to Judge in OKC and detailed log of same (to include description of nature of document, date of document and identity of any signatories thereto) to Defendants by 4/30/09. Govt to produce discoverable sealed materials to Defendants with probable cause affidavit by 4/30/09.
- #37 Motion to unseal affidavit and transcript granted in part as to Affidavit of Agent Brian Shern, denied in part as to record of meeting, without prejudice.
- #35 Motion for Protective Order argued and taken under advisement. Government's production of documents is stayed with respect to materials seized at Springer's house. Springer is granted until 4/27/09 to Reply in support of Motion #35.
- #6 Motion for in camera review of 5th amendment proffer argued and denied.
- #8 Motion for Bill of Particulars (Springer) and #33 Motion for Bill of Particulars (Stilley) argued and both denied without prejudice.

(Continued)

09-CR-43-SPF 4/22/09 Minutes continued

Scheduling discussed.

- Defendants to request R16(a)(1)(G) expert summary by 4/29/09
- Motions to Dismiss - any theory - 5/15/09, Response 6/1/09
- Motion to Suppress or for Franks hearing 6/1/09, Response 6/15/09
- Motion for Bill of Particulars 6/15/09, Response 7/1/09
- **Hearing on Motion for Franks issue and/or Suppress, if necessary, 7/9/09 at 9:00 am**
- Motion for Relief under R14 (sever) 8/3/09, Response 8/17/09
- Notice under R12.2 (Mental) 5/15/09
- Proposed Jury Instructions and Verdict forms (both sides) 8/3/09, Responses 8/17/09
- Motions to dismiss on any basis that could not have been reasonably anticipated or factually supported as of 5/15/09 to be filed by 8/3/09, Response 8/17/09
- Notice of Intent to use R404(b) Evidence 9/10/09, Response 9/21/09
- Motions in Limine 9/21/09, Response 10/5/09
- Trial Briefs, Agreed summary of Indictment (or separate proposed summaries), Motion under R17(b) (subpoena at government expense) 9/21/09
- **Pretrial Conference 10/21/09 at 10:00**
- **Trial set 10/26/09 at 9:30** and time excludable under Speedy Trial Act.

Court Time

9:55-12:15
1:05-2:05
2:10-2:30
3'40"