# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 09-CR-043-SPF |
| ) | |
| LINDSEY KENT SPRINGER, ) | |
| OSCAR AMOS STILLEY, ) | |
| ) | |
| Defendants. ) | |

## ORDER

The court has preliminarily reviewed defendant Springer's Reply to United States' Opposition to Protective Order (doc. no. 44, filed on April 27, 2009). The court desires to have the benefit of the government's response to the contentions made by defendant Springer in his reply. Accordingly, the government is **DIRECTED** to file a surreply, not later than May 11, 2009, addressing the contentions set forth in the reply.

DATED April 30, 2009.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

09-0043p009.wpd