IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA

    Plaintiff,

v.                                          Case No. 09-CR-043 SPF

LINDSEY KENT SPRINGER,
OSCAR AMOS STILLEY

    Defendants.

SPRINGER'S REQUEST FOR SUMMARY PURSUANT FEDERAL RULES
CRIMINAL PROCEDURE RULE 16(a)(1)(G)

Lindsey K. Springer ("Springer") requests the United States of America provide Springer a written summary as required by Fed.R.Crim.Pr. 16(a)(1)(G) of any testimony that the government intends to use under Rule 702, 703 and 706 of the Federal Rules of Evidence during its case in chief at trial.

                                      Respectfully Submitted

                                      <u>/s/ Lindsey K. Springer</u>
                                      Lindsey K. Springer
                                      5147 S. Harvard, # 116
                                      Tulsa, Oklahoma 74135
                                      918-748-5539/955-8225(cell)

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Springer's Request for Summary Pursuant to Fed.R.Crim.Pr. 16(a)(1)(G) was served by way of ECF System on April 30, 2009, to:

Kenneth P. Snoke,

Charles O'Reilly,

Oscar Stilley

/s/ Lindsey K. Springer
Signature