# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 09-CR-043-SPF |
| LINDSEY KENT SPRINGER, OSCAR AMOS STILLEY, | ) |
| Defendants. | ) |

## ORDER

Before the court is plaintiff's motion to continue the hearing which had previously been set for July 9, 2009. *See* minute sheet dated April 22, 2009 (doc. no. 43). The court notes that the motion requests that the hearing be rescheduled to the week after the July 9, 2009 hearing date, or as soon thereafter as possible. The court also notes that specific inquiry was made at the April 22 hearing as to whether there were any problems with the July 9 date. The government responded: "The government is fine with that, Your Honor."

Due to the realities of the schedule in this case, and due also to other schedule commitments, it is not possible to delay the hearing to the week following the week in which the hearing was originally scheduled (or thereafter). Accordingly, the hearing on any <u>Franks</u> motion which may require a hearing, or on any other motion to suppress, is hereby reset for July 2, 2009 at 9:00 a.m.

DATED May 12, 2009.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

09-0043p011.wpd