IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA

        Plaintiff,

                              Case No. 09-CR-043-SPF

v.

LINDSEY KENT SPRINGER,
OSCAR AMOS STILLEY

        Defendants.

SPRINGER'S FIRST MOTION TO DISMISS
GRAND JURY INDICTMENT FOR LACK OF VENUE

Lindsey Kent Springer, files this First Motion to Dismiss the document labeled "INDICTMENT" dated March 10, 2009, pursuant to Fed.R.Crim.Pr. 12, based upon (1) the "Grand Jury" pursuant to 28 U.S.C. § 1861 policy, lacks venue over the claims made in the indictment, (2) this 28 U.S.C. § 116 United States District Court created by Congress for the territory over which its sovereignty extends known as "Oklahoma" lacks jurisdiction and venue because Austin Texas and Washington D.C. are not located within anyone's interpretation of the boundaries set by Congress for section 116, (3) this 28 U.S.C. § 116 Court created by Congress lacks jurisdiction and venue because Tulsa, Oklahoma is not identified by Congress at 26 U.S.C. § 6091 or any place else within the Judicial Power of this Court, (4) this 28 U.S.C. § 116 Court lacks territorial jurisdiction over the place where the crimes are said to have occurred, and (5) that this 28 U.S.C. § 116 Court created by Congress

1

lacks any judicial power under Article III of the Constitution.

Springer has filed a Memorandum of Law in Support of this First Motion to Dismiss.

## CONCLUSION

This 28 U.S.C. § 116 United States District Court should issue an order in Lindsey Kent Springer's favor that (1) the "Grand Jury" pursuant to 28 U.S.C. § 1861 policy, lacks venue over the claims made in the indictment, (2) this 28 U.S.C. § 116 United States District Court created by Congress for the territory over which its sovereignty extends known as "Oklahoma" lacks jurisdiction and venue because Austin Texas and Washington D.C. are not located within anyone's interpretation of the boundaries set by Congress for section 116, (3) this 28 U.S.C. § 116 Court created by Congress lacks jurisdiction and venue because Tulsa, Oklahoma is not identified by Congress at 26 U.S.C. § 6091, (4) this 28 U.S.C. § 116 Court lacks territorial jurisdiction over the place where the crimes are said to have occurred, and (5) that this 28 U.S.C. § 116 Court created by Congress lacks any judicial power under Article III of the Constitution.

> Respectfully Submitted
> /s/ Lindsey K. Springer
> <u>Lindsey K. Springer</u>
> 5147 S. Harvard, # 116
> Tulsa, Oklahoma 74135
> 918-748-5539/955-8225(cell)

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Lindsey Kent Springer's Memorandum of Law in Support of his First Motion To Dismiss was ecf'd on May 15, 2009, to:

Kenneth P. Snoke,
Charles O'Reilly,
Oscar Stilley

/s/ Lindsey K. Springer
Signature