IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA

        Plaintiff,

                              Case No. 09-CR-043-SPF

v.

LINDSEY KENT SPRINGER,
OSCAR AMOS STILLEY

        Defendants.

SPRINGER'S SECOND MOTION TO DISMISS RAISING PUBLIC PROTECTION

Lindsey Kent Springer ("Springer"), files this Second Motion to Dismiss the document labeled "INDICTMENT" dated March 10, 2009, pursuant to Fed.R.Crim.Pr. 12, based upon the "complete defense"[1] provided pursuant to Title 44, Section 3512 and their regulations.

A Memorandum and accompanying exhibits is filed simultaneously with this Motion.

CONCLUSION

Lindsey Kent Springer respectfully requests this Court dismiss each Count of the Grand Jury indictment dated March 10, 2009, based upon the "complete

---

[1] In an unpublished order dated May 1, 2007, a panel of judges concluded Springer could not raise the PRA as a Plaintiff and that it can only be raised as a complete defense. *See Springer v. Internal Revenue Serv., ex rel. United States*, 2007 WL 1252475, at * 13 (10th Cir. May 1, 2007)

1

defense" under 44 U.S.C. § 3512(b), from being penalized, as mandated by 44 U.S.C. § 3512(a), and as hold he cannot be subject to any penalty for failure to provide information on Form 1040 for 2000, 2002, 2003, 2004 and 2005, due to the fact such information collection requests did not display any compliance with 5 C.F.R. §§ 1320.9 and 1320.8(b)(3), at the time or times required by law, and that the approval of OMB # 1545-0074 was contingent upon the information required by such application to be displayed along with such approval number on "it" per the certification contained in the Form 83I for 1998, 2001 and 2004, to be valid, and that no such compliance is displayed on any Form 1040 for the years at issue in the Grand Jury indictment.

        Respectfully Submitted
        /s/ Lindsey K. Springer
        <u>Lindsey K. Springer</u>
        5147 S. Harvard, # 116
        Tulsa, Oklahoma 74135
        918-748-5539/955-8225(cell)

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Lindsey Kent Springer's Memorandum of Law in Support of his Second Motion To Dismiss was ecf'd on May 15, 2009, to:

Kenneth P. Snoke,
Charles O'Reilly,
Oscar Stilley

/s/ Lindsey K. Springer
Signature