IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA

        Plaintiff,

                                  Case No. 09-CR-043-SPF

v.

LINDSEY KENT SPRINGER,
OSCAR AMOS STILLEY

        Defendants.

SPRINGER'S THIRD MOTION TO DISMISS PURSUANT TO CIR v DUBERSTEIN HOLDING

      Lindsey Kent Springer ("Springer"), ), files this Third Motion to Dismiss the document labeled "INDICTMENT" dated March 10, 2009, pursuant to Fed.R.Crim.Pr. 12, because no "trier of fact" has made any determination any income received by Springer was anything other than a "gift" pursuant to 26 U.S.C. § 102 and Commissioner v. Duberstiein, 363 U.S. 278, 288 (1960).

      A Memorandum is filed simultaneously in support of this Motion.

CONCLUSION

      Lindsey Kent Springer requests this Court to enter an order dismissing Counts One, Two, Three, Four, Five and Six, for failure to allege an offense under 18 U.S.C. § 371, 26 U.S.C. §§ 7201 and 7203, because the moneys allegedly given to Springer is prohibited from being determined by the trier of fact on whether a substantial tax deficiency exists as a crime, or some other liability to report information or not

1

impede the ascertainment, at the same time the trier of fact is determining whether the money given Springer was in fact a gift.

                    Respectfully Submitted
                    /s/ Lindsey K. Springer
                    Lindsey K. Springer
                    5147 S. Harvard, # 116
                    Tulsa, Oklahoma 74135
                    918-748-5539/955-8225(cell)

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Lindsey Kent Springer's Memorandum of Law in Support of his Third Motion To Dismiss was ecf'd on May 15, 2009, to:

Kenneth P. Snoke,
Charles O'Reilly,
Oscar Stilley

/s/ Lindsey K. Springer
Signature