N THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA

        Plaintiff,

Case No. 09-CR-043-SPF

v.

LINDSEY KENT SPRINGER,
OSCAR AMOS STILLEY

        Defendants.

SPRINGER'S FOURTH MOTION TO DISMISS REGARDING
SUBSTANTIAL TAX DEFICIENCY ELEMENT

Lindsey Kent Springer ("Springer"), files this Fourth Motion to Dismiss the document labeled "INDICTMENT" dated March 10, 2009, pursuant to Fed.R.Crim.Pr. 12, because no amount of "gross income" is alleged nor any "substantial tax deficiency" was specifically alleged as a result of the gross income theory. Also, no specific provision which any theory of a substantial tax liability could be defended by Springer is alleged. Boulware v. U.S., 06-1509 (U.S. 3-3-2008) 128 S.Ct. 1168 And finally, there is no allegation in any Count as to the "source" of the income alleged that would justify the theory of triggering the requirement to provide such information to the Internal Revenue Service on any U.S. Individual Income Tax Form.

A memorandum is filed simultaneously herewith.

1

CONCLUSION

Lindsey Kent Springer requests dismissal of Counts One, Two, Three, Four, Five and Six , because the Grand Jury did not allege and specify the "source" of any gross income or the amount of "gross income" that it derived the purported "substantial" tax deficiency claims for Counts Two, Three and Four, and to which the "requirement to provide information" is alleged to have been triggered by the receipt of such alleged gross income for Counts One (impeding functions), and Two, Three, Four, Five and Six.

> Respectfully Submitted
> /s/ Lindsey K. Springer
> Lindsey K. Springer
> 5147 S. Harvard, # 116
> Tulsa, Oklahoma 74135
> 918-748-5539/955-8225(cell)

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Lindsey Kent Springer's Fourth Motion To Dismiss was ecf'd on May 15, 2009, to:

Kenneth P. Snoke,
Charles O'Reilly,
Oscar Stilley

/s/ Lindsey K. Springer
Signature

3