IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA

    Plaintiff,

Case No. 09-CR-043-SPF

v.

LINDSEY KENT SPRINGER,
OSCAR AMOS STILLEY

    Defendants.

SPRINGER'S FIFTH MOTION TO DISMISS CLAIMING PRIVILEGE OF SILENCE

Lindsey Kent Springer ("Springer"), files this Fifth Motion to Dismiss the document labeled "INDICTMENT" dated March 10, 2009, pursuant to Fed.R.Crim.Pr. 12, because all claims in the Grand Jury indictment are brought in violation of Springer's Fifth Amendment Right not to be compelled in any criminal case to be a witness against himself, as construed by the Supreme Court.[1]

A memorandum is filed simultaneously in support of this Motion.

CONCLUSION

Lindsey Kent Springer respectfully requests this Court to dismiss Counts One, Two, Three, Four, Five, and Six, on the grounds of the pervasive nature of protesting against the Internal Revenue Service, heavily regulated, and the United States

---

[1] Springer is mindful of the length of this brief and has shortened it considerably without appearing to affect its intent.

1

Department of Justice control over that Agency, coupled with its stated mission to vigorously pursue protestors, and that Springer, since at least 1992, was labeled by the Internal Revenue Service as such, along with there being no way Springer could have even placed his name on ay form or said anything on any Government blank without that "said" bringing Springer into danger of the criminal tax code, including the fact Springer has been under criminal investigation by the IRS since at least 1995.

                Respectfully Submitted
                /s/ Lindsey K. Springer
                Lindsey K. Springer
                5147 S. Harvard, # 116
                Tulsa, Oklahoma 74135
                918-748-5539/955-8225(cell)

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Lindsey Kent Springer's Memorandum of Law in Support of his Fifth Motion To Dismiss was ecf'd on May 15, 2009, to:

Kenneth P. Snoke,
Charles O'Reilly,
Oscar Stilley

/s/ Lindsey K. Springer
Signature