IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA

        Plaintiff,

                          Case No. 09-CR-043-SPF

v.

LINDSEY KENT SPRINGER,
OSCAR AMOS STILLEY

        Defendants.

SPRINGER'S SIXTH MOTION TO DISMISS GRAND JURY INDICTMENT
FOR FAILURE TO PLEAD FRAUD PARTICULARLY

Lindsey Kent Springer, files this Sixth Motion to Dismiss the document labeled "INDICTMENT" dated March 10, 2009, pursuant to Fed.R.Crim.Pr. 12,, based upon Counts One, Two, Three and Four, failing to plead defraud or false with materiality or particularity.

A memorandum in support of this Motion is filed simultaneously herewith.

CONCLUSION

Lindsey Kent Springer requests this Court to enter an order dismissing Counts One for failure to allege the first two elements of a 371 conspiracy, for failure to plead defraud with materiality/particularity, and as to Counts Two, Three and Four, dismissal for failure to allege whatever it was that was false stated by Springer and how that was material and/or to whom the statement was made, as an element of those Claims.

1

        Respectfully Submitted
/s/ Lindsey K. Springer
<u>Lindsey K. Springer</u>
5147 S. Harvard, # 116
Tulsa, Oklahoma 74135
918-748-5539/955-8225(cell)

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Lindsey Kent Springer's Sixth Motion To Dismiss was ecf'd on May 15, 2009, to:

Kenneth P. Snoke,
Charles O'Reilly,
Oscar Stilley

/s/ Lindsey K. Springer
Signature