IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA

       Plaintiff,

Case No. 09-CR-043-SPF

v.

LINDSEY KENT SPRINGER,
OSCAR AMOS STILLEY

       Defendants.

SPRINGER'S SEVENTH MOTION TO DISMISS COUNT ONE FOR FAILURE TO ALLEGE THE PERSONS AND LAW INTENDED TO BE IMPEDED, AND COUNTS ONE THROUGH SIX FOR FAILURE TO ALLEGE THE DUTY UNDER THE LAW FOR SPRINGER TO PROVIDE INFORMATION TO THE IRS.

Lindsey Kent Springer, files this Seventh Motion to Dismiss the document labeled "INDICTMENT" dated March 10, 2009, pursuant to Fed.R.Crim.Pr. 12, based upon Counts One failing to allege person or persons and code section intended to be impeded by Springer and Stilley, and as to Counts One, Two, Three, Four, Five and Six, for failing to allege statutes imposing criminal duty upon Springer to provide information to the IRS on any U.S. Individual Income Tax Return Form 1040 for years 2000 through 2005.

A memorandum is filed simultaneously with this Motion.

CONCLUSION

Lindsey Kent Springer requests this Court to enter an order dismissing Counts One for failure to allege the person or persons intended to be impeded, the

1

internal revenue code provision identifying the function the alleged agreement was to violate, and to dismiss Counts One through Six because the Grand Jury Indictment fails to allege the law imposing the duty on Springer to make or file "income tax returns" for any years at issue.

Respectfully Submitted

/s/ Lindsey K. Springer
Lindsey K. Springer
5147 S. Harvard, # 116
Tulsa, Oklahoma 74135
918-748-5539/955-8225(cell)

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Lindsey Kent Springer's Seventh Motion To Dismiss was ecf'd on May 15, 2009, to:

Kenneth P. Snoke,
Charles O'Reilly,
Oscar Stilley

/s/ Lindsey K. Springer
Signature