IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA

        Plaintiff,

                                              Case No. 09-CR-043-SPF

v.

LINDSEY KENT SPRINGER,
OSCAR AMOS STILLEY

        Defendants.

SPRINGER'S EIGHTH MOTION TO DISMISS GRAND JURY INDICTMENT
FOR VIOLATIONS OF FOURTH AND FIFTH AMENDMENT
AND SELECTIVE PROSECUTION.

Lindsey Kent Springer, files this Eight Motion to Dismiss the document labeled "INDICTMENT" dated March 10, 2009, pursuant to Fed.R.Crim.Pr. 12, based upon the United States and its Internal Revenue Service relying upon violations of Springer's Fourth and Fifth Amendment Rights in securing the evidence to present to the Grand Jury, and for selective prosecution. A memorandum in support of this Motion, with accompanying exhibits is filed simultaneously herewith.

CONCLUSION

Lindsey K. Springer respectfully requests this Court dismiss all Six Counts of the Grand Jury Indictment because all Six Counts were obtained by presenting evidence illegally taken from Springer by Donna Meador, Douglas Horn, Melody Noble Nelson, and David Reed, in the first instance, dealing with Meadors 6700 investigation, in violation of the Fifth Amendment Rights of Springer, and was also

1

obtained by Brian Shern, Douglas Horn and Melody Noble Nelson, violating the Fourth Amendment Right of Springer to be secure in his person, house, papers, and effects, and in violation of Springer's Fifth Amendment not to be compelled to be a witness against himself, by searching, taking and utilizing Springer words taken by way of the Search Warrant from computers and other writings.

    Respectfully Submitted
/s/ Lindsey K. Springer
<u>Lindsey K. Springer</u>
5147 S. Harvard, # 116
Tulsa, Oklahoma 74135
918-748-5539/955-8225(cell)

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Lindsey Kent Springer's his Eighth Motion To Dismiss was ecf'd on May 15, 2009, to:

Kenneth P. Snoke,
Charles O'Reilly,
Oscar Stilley

/s/ Lindsey K. Springer
Signature