IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA                                                              PLAINTIFF

v.                                              Case No. 09-CR-043 CLK

LINDSEY KENT SPRINGER,
OSCAR AMOS STILLEY                                                                    DEFENDANT

### ADOPTION AND JOINDER OF MOTIONS AND BRIEFS BY LINDSEY SPRINGER

Comes now **OSCAR AMOS STILLEY**[1] by limited special appearance, and not a general appearance, and joins in and adopts all motions and briefs filed by Lindsey Springer on this date, as if set forth herein word for word. The pleadings thus joined and adopted include but are not limited to those numbered 51 through 66 inclusive. By this pleading **OSCAR AMOS STILLEY** intends to and does include all pleadings filed by Lindsey Springer on May 15, 2009 regardless of what docket number they may be assigned.

---

[1] It is presumed that the plaintiff is master of his own complaint. This complaint is styled in the name of "**UNITED STATES OF AMERICA**" as opposed to the people thereof, or any grand jury. Plaintiff, whoever that may actually be, named **OSCAR AMOS STILLEY** as a Defendant. Therefore, **OSCAR AMOS STILLEY** has appeared specially and limited, challenging jurisdiction, to defend against the charges to the extent required so to do by the law.

Respectfully submitted,

By: /s/ Oscar Stilley
Oscar Stilley, Attorney at Law
7103 Race Track Loop
Fort Smith, AR 72916
479-996-4109
479-996-3409 Fax
oscar@oscarstilley.com

**CERTIFICATE OF SERVICE**

I, Oscar Stilley, by my signature above certify that I have this May 15, 2009, caused the Plaintiff to be served with a copy of this pleading by CM/ECF to: Kenneth P. Snoke, United States Attorney's Office, 110 W 7th Street, Suite 300, Tulsa, OK 74119-1013, ken.snoke@usdoj.gov; Charles A O'Reilly, US Dept of Justice, PO Box 972, Washington, DC 20044, email charles.a.o'reilly@usdoj.gov . Also by email to Lindsey K. Springer at Gnutella@mindspring.com .