IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 09-CR-043-SPF |
| | ) |
| LINDSEY KENT SPRINGER, | ) |
| OSCAR AMOS STILLEY, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

The court has carefully considered defendant Lindsey Kent Springer's Motion for Protective Order Pending Resolution of Prospective Franks Hearing (doc. no. 35), as well as the government's response (doc. no. 42), defendant Springer's reply (doc. no. 44), and the government's surreply (doc. no. 48).

The court concludes (i) that the government's discovery obligations in this case require the government to turn over to defendant Oscar Amos Stilley the materials seized in the search of the residence of defendant Springer, and (ii) that defendant Springer has not established a right to prevent the government from turning the materials over to defendant Stilley. The fact that the court may ultimately determine that these materials are not admissible against defendant Springer does not affect the court's conclusion that the materials in question should be turned over to defendant Stilley. Of course, the conclusions set forth in this order are not determinative of the outcome of any motions to suppress that may hereafter be filed in this case.

Accordingly, the Motion for Protective Order Pending Resolution of Prospective Franks Hearing (doc. no. 35) is **DENIED**, the stay entered by the court

-2-

on April 22. 2009 is **VACATED**, and the government is **DIRECTED** forthwith to turn over to defendant Stilley copies of the materials seized at the residence of defendant Springer.

DATED May 26, 2009.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

09-0043p012.wpd