IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA                                      PLAINTIFF

v.                              Case No. 09-CR-043 SPF

LINDSEY KENT SPRINGER,
OSCAR AMOS STILLEY                                            DEFENDANT

### MOTION TO SUPPRESS ALL TESTIMONY AND DOCUMENTS FROM OSCAR STILLEY TO THE GRAND JURY

Comes now **OSCAR AMOS STILLEY**[1] by limited special appearance, and not a general appearance, and moves the Court to suppress all documents and evidence obtained directly or indirectly as a result of grand jury subpoenas to Oscar Stilley, as follows:

1. The government, and particularly Brian Shern, knew at all times that he participated in the subpoena of Oscar Stilley that Oscar Stilley was a target of the investigation.

2. Brian Shern both failed to warn the and affirmatively lied to Oscar Stilley about his status as a target.

3. *Commissioner v. Duberstein*, 363 U.S. 278, 288 (1960) was the law of the

---

[1] It is presumed that the plaintiff is master of his own complaint. This complaint is styled in the name of "**UNITED STATES OF AMERICA**" as opposed to the people thereof, or any grand jury. Plaintiff, whoever that may actually be, named **OSCAR AMOS STILLEY** as a Defendant. Therefore, **OSCAR AMOS STILLEY** has appeared specially and limited, challenging jurisdiction, to defend against the charges to the extent required so to do by the law.

land when Oscar Stilley testified to the grand jury. Therefore, any charges based upon a de facto change of the law subsequent to the time that Oscar Stilley was put on notice of changes in the law, constitutes a violation of due process, for among other reasons the fact that it prevents Oscar Stilley from rationally evaluating questions and preserving his constitutional right not to be a witness against himself.

4.    The documentation supplied by the government shows that Oscar Stilley was a target when called to testify before the grand jury, and Brian Shern knew that when he called Oscar Stilley to testify before the grand jury.

5.    The government has failed to disclose forms associated with the subpoena of Oscar Stilley, which should be turned over for the purpose of establishing what Brian Shern knew, and when, concerning the target status of Oscar Stilley.

WHEREFORE, Defendant Oscar Stilley respectfully requests that all testimony from Oscar Stilley to the grand jury, and all evidence supplied, and all fruits of the poisonous tree, be suppressed; that the government be ordered to turn over all undisclosed documentation concerning the commencement of a criminal investigation of Oscar Stilley; be and for all such other and further relief as may be appropriate whether or not specifically prayed.

        Respectfully submitted,

        By:   /s/ Oscar Stilley
        Oscar Stilley, Attorney at Law
        7103 Race Track Loop
        Fort Smith, AR 72916
        479-996-4109
        479-996-3409 Fax
        oscar@oscarstilley.com

**CERTIFICATE OF SERVICE**

    I, Oscar Stilley, by my signature above certify that I have this June 1, 2009, caused the Plaintiff to be served with a copy of this pleading by CM/ECF to: Kenneth P. Snoke, United States Attorney's Office, 110 W 7th Street, Suite 300, Tulsa , OK 74119-1013, ken.snoke@usdoj.gov; Charles A O'Reilly, US Dept of Justice, PO Box 972, Washington , DC 20044, email charles.a.o'reilly@usdoj.gov . Also by email to Lindsey K. Springer at Gnutella@mindspring.com .