AO 110 (Rev. 12/89) Subpoena to Testify Before Grand Jury

# United States District Court

——————— NORTHERN ——————— DISTRICT OF ——————— OKLAHOMA ———————

TO:

**Brad Noe Autoplex**
4240 South Memorial Drive
Tulsa, Oklahoma 74145

## SUBPOENA TO TESTIFY
## BEFORE GRAND JURY

SUBPOENA FOR:

☐ PERSON        ☐ DOCUMENT(S) OR OBJECT(S)
XXX

YOU ARE HEREBY COMMANDED to appear and testify before the Grand Jury of the United States District Court at the place, date, and time specified below.

| PLACE | COURTROOM |
|---|---|
| PAGE BELCHER FEDERAL BUILDING<br>333 W. 4TH STREET, 2nd Floor<br>TULSA, OKLAHOMA 74103 | GJ Rm, Ste. 2182 |
| | DATE AND TIME<br>October 3, 2005<br>9:00 a.m. |

YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):*

**See attachment**

In lieu of an appearance, this subpoena may be complied with by turning over the requested records to SA Brian Shern, Internal Revenue Service, 1645 South 101st East Avenue, Suite 232, Tulsa, Oklahoma 74128, Phone No. (918) 581-7050, prior to the above date and time. Failure to respond can result in contempt of the Grand Jury and may involve criminal charges.

☐ *Please see additional information on reverse*

This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| CLERK | MNN for DEO/Shern-IRS/mjcGJS #OCT05b,111 | DATE |
|---|---|---|
| (BY) DEPUTY CLERK LOMBARDI, Clerk | | September 26, 2005 |

| This subpoena is issued on application of the United States of America<br><br>David E. O'Meilia, U.S. Attorney | NAME, ADDRESS AND PHONE NUMBER OF ASSISTANT U.S. ATTORNEY<br><br>Melody Noble Nelson<br>110 W 7th St, Ste. 300<br>Tulsa, Oklahoma 74119-1029<br>918/382-2700 |
|---|---|

*If not applicable, enter "none"

SUBPOENA00090

Attachment to Subpoena to Brad Noe Autoplex
October 05b.111

For the period January 1, 2000 through present

Documents under Brad Noe Autoplex's custody or subject to its control relative to any and all vehicles purchased or sold by the following entities:

Lindsey Springer
Jeanie Springer
S.L.C.A. Family Trust

To include, but not limited to, the following:

Purchase contracts;
Sale contracts;
Invoices;
Receipts;
Copies of documents including methods of payment, tags, titles, insurance verification, and any correspondence/documents related to the purchase or sale of vehicles.

2

CERTIFICATE OF AUTHENTICITY OF
DOMESTIC BUSINESS RECORDS PURSUANT TO
FEDERAL RULE OF EVIDENCE §§ 803(6) AND 902(11)

I, _____, attest under penalties of perjury (or criminal punishment for false

statement or false attestation) that I am employed by _____ [NAME OF

BUSINESS], and that my official title is _____. I am a custodian of records for such

business entity. I state that each of the records attached hereto is the original record of a true duplicate of the original

record in the regularly conducted activity of _____ [NAME OF BUSINESS], and that I am the

custodian of the attached records, consisting of _____ page(s).

I further certify that:

A.    All records attached to this Certificate were made at or near the time of the occurrence of the

matters set forth by, or from information transmitted by, a person with knowledge of those matters;

B.    Such records were kept in the course of the regularly conducted business activity; and

C.    Such records were made by the regularly conducted business activity as a regular practice.

I further state that this certification is intended to satisfy Rules 803(6) and 902(11), Federal Rules of Evidence.

_____          _____
Date                                                              Signature

N:\JCrawford\bgrand jury\October\111.wpd

3

INFORMATION NEEDED TO ISSUE A ND/OK GRAND JURY SUBPOENA

Agent's Name/Agency _BRIAN SHERN /IRS_                    _Oct 11_

AUSA's Name _MELODY NELSON_

Witness Name _Brad Noe Autoplex, 4240 S. Memorial Drive,_

Witness Address _Tulsa, OK 74145_
(Address required for all financial institution subpoenas, including zip code)

Name of Grand Jury target _LINDSEY SPRINGER_

Month and panel of GJ Appearance _OCTOBER_

For: __X_ Testimony          __X_ Documents

For documents, give brief description or attachment:

_See Attachment_

_____

_____

_____

_____

**Is Advice of Rights or target/subject warning needed?          _____ Yes __X_ No

Is Telephone GJ Disclosure language needed?          _____ Yes __X_ No

Is Voucher needed?          _X_ Yes _____ No

Is Business Authenticity certificate needed?          _X_ Yes _____ No

Is information requested on floppy disk?          _____ Yes __X_ No

Is Financial Institution Warning needed?          _____ Yes __X_ No
(For 18 U.S.C. §§215, 656, 657, 1005, 1006, 1007, 1014, 1344, 1956 or 1957; OR Chapter 53 of Title 31 or some controlled substance investigation; OR 18 U.S.C. §1341, 1343 (if bank is victim).

Financial records requested are for records pertaining to:
__X_          an individual
_____          small partnership
_____          company
_____          corporation
(NOTE: A separate subpoena will be sent if there are reimbursable and non-reimbursable records)

Today's date _9/22/05_          Service by: _X_ agent _____ certified mail _____ fax

AUSA's review & approval initials (required for issuance of subpoena): _M_

**TARGET LANGUAGE APPROVED PER 11/7/01 MEMO: _____
                                        DEO / SW / DAH / KPS

SUBPOENA00093

SUBPOENA00094

ATTACHMENT TO SUBPOENA ISSUED TO: BRAD NOE AUTOPLEX

FOR THE PERIOD: JANUARY 1, 2000 THROUGH PRESENT

DOCUMENTS UNDER BRAD NOE AUTOPLEX'S CUSTODY OR SUBJECT TO ITS CONTROL RELATIVE TO ANY AND ALL VEHICLES PURCHASED OR SOLD BY THE FOLLOWING ENTITIES:

LINDSEY SPRINGER
JEANIE SPRINGER
S.L.C.A. FAMILY TRUST

TO INCLUDE, BUT NOT LIMITED TO, THE FOLLOWING:

Purchase contracts;

Sale contracts;

Invoices;

Receipts;

Copies of documents including methods of payment, tags, titles, insurance verification, and any correspondence / documents related to the purchase or sale of vehicles;