IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA

        Plaintiff,

Case No. 09-CR-043-SPF

v.

LINDSEY KENT SPRINGER,
OSCAR AMOS STILLEY

        Defendants.

MOTION TO SUPPRESS AND FOR FRANKS HEARING

Lindsey Kent Springer ("Springer") by limited Special Appearance, moves this Court for an order holding a Hearing pursuant to *Franks v. Delaware*, 438 U.S. 154, 155-56, 98 S.Ct. 2674, 57 L.Ed.2d 667 (1978) on the unsworn purported Affidavit of Brian Shern and to Suppress certain evidence obtained in violation of Springer's Fourth and Fifth Amendment.

Lindsey K. Springer request this Court issue orders finding that (1) Springer has demonstrated substantial and convincing evidence that a Frank's Hearing should be held on July 2, 2009, and further that (2) Attachment C is not sworn before anyone, (3) contains information gathered in violation of Springer's Fourth and Fifth Amendment Rights by Special Agent Meadors, (4) that Brian Shern's reliance upon Special Agent Meadors was improper and in bad faith, (5) that Shern's unsworn statement contains known false statements otherwise, (6) that nothing in Shern's unsworn statement would lead anyone to believe what is listed in Exhibit B would

be found in Springer's home, (7) that at all times Springer's home should have been protected under the Fourth Amendment from the United States seeking evidence to use against Springer in violation of the Fifth Amendment, from his private protected home, (8) that the Magistrate lacked authority to issue any Search Warrants located territorially in the State of Oklahoma, and (9) that having removed all the unlawful conduct contained in the unsworn statement of Shern, there is simply no doubt no probable cause existed to believe any evidence of any violation of section 7201 or 7203 existed in the private home locate of Springer subject to protection under the Fourth Amendment and presented to anyone.

A memorandum is filed simultaneously here with this Motion. Said Memorandum attaches Exhibits and the Declaration of Lindsey K. Springer

Respectfully Submitted
/s/ Lindsey K. Springer
<u>Lindsey K. Springer</u>
5147 S. Harvard, # 116
Tulsa, Oklahoma 74135
918-748-5539/955-8225(cell)

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Lindsey Kent Springer's Motion to Suppress and request for a Frank's Hearing accompanied with attached exhibits and Declaration of Lindsey K. Springer, was ecf'd on June 1, 2009, to:

Kenneth P. Snoke,
Charles O'Reilly,
Oscar Stilley

/s/ Lindsey K. Springer
Signature