IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA

      Plaintiff,

                    Case No. 09-CR-043-SPF

v.

LINDSEY KENT SPRINGER,
OSCAR AMOS STILLEY

      Defendants.

DECLARATION OF LINDSEY K. SPRINGER IN SUPPORT OF
SUPPRESSION AND FRANKS HEARING

My name is Lindsey K. Springer and I declare that I have been investigated criminally since at least 1995 by the IRS Criminal Division because of my mission which is to get rid of the IRS. Pattersons were indicted on April 16, 2003. I met Eddy Patterson by phone in December, 1999, and in person the first part of January, 2000. Beginning in November, 2003 the Pattersons were put on trial. I witnessed both Donna Meadors and Brian Miller assist and testify in the trial of Eddy and Judy Patterson. They both worked as case Agents with Meldoy Noble Nelson, Doug Horn and Tim Arsenault.

Within a few days after the jury verdict of guilty in the Patterson Trial, which was dated December 16, 2003, in case 03-cr-55, Agent Meadors sent me letter on January 26, 2004, claiming she was investigating me under Title 26, Section 6700. I asked her what evidence she had I was presently promoting any tax shelter

program and she said she had no other evidence other than she had heard a tape of mu voice dated back in 1995 and that this tape was for sale on the internet. I asked her who else besides her was assigned to this civil investigation. She assured me only she was assigned and no other person.   I asked her was I under criminal investigation by the IRS in anyway and she said absolutely not.  I asked her was she in any way working with Doug Horn, Melody Nelson, or Tim Arsenault, as she had been working with them in the Patterson Trial, and she again said absolutely not. It was based upon these assurances I provided the information Meadors sought from me by summons.

   She issued a civil summons to me seeking certain information.  Based upon her representations to me I tendered to Meadors the information she sought. Ms. Meadors made written contact with several persons who had given me money from the years 2000 through 2004 in support of my mission to get rid of the IRS.    In our discussion when she got to the name Eddy Patterson on the list I provided, Ms. Meadors skipped over Mr. Patterson stating "Patterson I know about."        I also asked Ms. Meadors who then assigned her to conduct the 6700 investigation and she told me her group manager Michael Gregory. Special Agent Meadors told me she had been assigned to investigate me prior to the Patterson Indictment.

   On March 4, 2005, I arrived home to see a card stuck to my front door from Revenue Officer Fred Rice saying to call him.  After learning Rice was using some unknown address to me  individually, I sought a CDP hearing on March 15, 2005

with the IRS.   On April 25, 2005, I sued Rice and others for their blatant and deliberate violations of 26 U.S.C. § 6330.   On August 15, 2005, the IRS issued two notice of determinations to me with one directing me to the United States District Court and the other to the United States Tax Court.   I filed against those determinations on September 15, 2005, creating 05-1075 in the Western District of Oklahoma.

On May 22, 2009, as confirmed on May 29, 2009, I received from the Clerk's Office of the Northern District, Attachment C, entitled the "Affidavit of Brian Shern." I reviewed the original in the file and it was not notorized or sworn before any named person.

I have made repeated attempts to obtain the Memorandum of Interview of Judy Patterson dated May 3, 2004, as certified by Melody Noble Nelson in her September 1, 2004 "Motion for Sentencing Relief" for Ms. Patterson.

I declare under penalty of perjury the foregoing is true and correct to the best of my knowledge and belief.


/s/ Lindsey K. Springer


3

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Lindsey Kent Springer's

Declaration in Support of his Motion to Suppress and Motion for Frank's Hearing, was

ecf'd on June  1, 2009, to:

Kenneth P. Snoke,
Charles O'Reilly,
Oscar Stilley

/s/ Lindsey K. Springer
Signature