IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA

        Plaintiff,

                                    Case No. 09-CR-043-SPF

v.

LINDSEY KENT SPRINGER,
OSCAR AMOS STILLEY

        Defendants.

MOTION FOR BILL OF PARTICULARS

Lindsey Kent Springer ("Springer") request this Court issue an order directing the United States to identify each provision of law encompassing the phrase "required by law" alleged in the Grand Jury Indictment in each Count. This should include the regulations involved if the theory in the indictment intended to rely upon any words from any regulation. The regulation should also include the year the regulation was in effect.

Springer also seeks the provisions of law that direct the "functions" alleged to have been the object of the conspiracy in Count One. Those terms are "computation, ascertainment, assessment, and collection" in Count One. Springer also seeks identification of the "law" the Grand Jury alleges was the "object" of the conspiracy to violate and to which the first element in section 371 was to accomplish.

1

Therefore, Springer requests this Court to direct the United States to file a Bill of Particulars on these issues.

        Respectfully Submitted
/s/ Lindsey K. Springer
<u>Lindsey K. Springer</u>
5147 S. Harvard, # 116
Tulsa, Oklahoma 74135
918-748-5539/955-8225(cell)

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Lindsey Kent Springer's Motion for Bill of Particulars was ecf'd on  June  15, 2009, to:

Kenneth P. Snoke,
Charles O'Reilly,
Oscar Stilley

/s/ Lindsey K. Springer
Signature