IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| v.   Case No. 09-CR-043 SPF | |
| LINDSEY KENT SPRINGER, OSCAR AMOS STILLEY | DEFENDANT |

**ADOPTION OF PLEADINGS AND MOTION TO EXTEND TIME TO FILE MOTION FOR BILL OF PARTICULARS**

Comes now **OSCAR AMOS STILLEY**[1] by limited special appearance, and not a general appearance, and moves the Court to suppress all documents and evidence obtained directly or indirectly as a result of grand jury subpoenas to Oscar Stilley, as follows:

Oscar Stilley hereby adopts pleadings docket numbered 81 and 82, as if set forth word for word.

Furthermore, Oscar Stilley moves that his time to file a motion for bill of particulars be extended up through and including July 15, 2009. Until such time that the government discloses its theories and particularly the specific legal provisions thought to have been violated, the difficulty of drafting a motion for

---

[1] It is presumed that the plaintiff is master of his own complaint. This complaint is styled in the name of "**UNITED STATES OF AMERICA**" as opposed to the people thereof, or any grand jury. Plaintiff, whoever that may actually be, named **OSCAR AMOS STILLEY** as a Defendant. Therefore, **OSCAR AMOS STILLEY** has appeared specially and limited, challenging jurisdiction, to defend against the charges to the extent required so to do by the law.

bill of particulars narrowly enough to have some chance of success, yet broadly enough to meaningfully inform and assist the defense, is so great that the very right to seek such relief is in the mind of undersigned illusory.

WHEREFORE, Defendant Oscar Stilley respectfully joins the aforementioned pleadings of Lindsey Springer, including but not limited to the relief sought in said pleadings; moves for an extension of time to request particulars; and requests all such other and further relief as may be appropriate whether or not specifically prayed.

Respectfully submitted,

By: /s/ Oscar Stilley
Oscar Stilley, Attorney at Law
7103 Race Track Loop
Fort Smith, AR 72916
479-996-4109
479-996-3409 Fax
oscar@oscarstilley.com

### CERTIFICATE OF SERVICE

I, Oscar Stilley, by my signature above certify that I have this June 15, 2009, caused the Plaintiff to be served with a copy of this pleading by CM/ECF to: Kenneth P. Snoke, United States Attorney's Office, 110 W 7th Street, Suite 300, Tulsa, OK 74119-1013, ken.snoke@usdoj.gov; Charles A O'Reilly, US Dept of Justice, PO Box 972, Washington, DC 20044, email charles.a.o'reilly@usdoj.gov . Also by email to Lindsey K. Springer at Gnutella@mindspring.com .