# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 09-CR-043-SPF |
| | ) |
| LINDSEY KENT SPRINGER, | ) |
| OSCAR AMOS STILLEY, | ) |
| | ) |
| Defendants. | ) |

## MINUTE ORDER FOR MOTION HEARING

At the direction of Judge Stephen P. Friot, it is hereby ordered that:

Before the court is defendant Lindsey Kent Springer's Motion for Bill of Particulars, filed on June 15, 2009 (doc. no. 82). The motion is set for hearing on July 2, 2009, at 9:00 a.m., in Courtroom #4 along with the previously scheduled matter.

Additionally, the court has carefully reviewed defendant Stilley's Motion to Extend Time to file a motion for bill of particulars (doc. No. 83). The reason given to support the requested extension is wholly insufficient to support the request. The motion is accordingly **DENIED**.

The court also notes that any relief given to defendant Springer by way of a bill of particulars will also operate to the benefit of defendant Stilley. Defendant Stilley will be permitted to address the court at the July 2, 2009 hearing on defendant Springer's motion for bill of particulars.

The personal appearance of both defendants are required.

    Phil Lombardi,
    Clerk of Court, United States District Court

    *S/P Lynn*

    By: P. Lynn, Deputy Clerk