IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.     09-CR-043-SPF |
| | ) | |
| LINDSEY KENT SPRINGER, | ) | |
| OSCAR AMOS STILLEY, | ) | |
| | ) | |
| Defendants. | ) | |

**UNITED STATES' MOTION TO STRIKE SPRINGER'S REPLY REGARDING OPPOSITION TO SPRINGER'S MOTION TO DISMISS (DOCKET #81)**

The United States of America, by and through its attorneys, David E. O'Meilia, United States Attorney for the Northern District of Oklahoma, and Kenneth P. Snoke, Assistant United States Attorney, and Charles A. O'Reilly, Special Assistant U.S. Attorney, hereby moves to strike Defendant Springer's twenty-eight page Reply Regarding Opposition to Springer's Motion to Dismiss (Docket #35) [hereinafter Defendant's Reply]. Defendant's Reply, which appears to supplement Defendant's various motions to dismiss (Docket #s 51 through 66), and not reply to new matters raised in the Government's Consolidated Response, is filed in violation of Local Civil Rule 7.2(h)[1] which provides that reply briefs must "be limited to ten (10) pages in length unless otherwise authorized by the Court."

---

[1] As stated in the United States' Consolidated Response to Defendants' Motions to Suppress and For *Franks* Hearing, Local Criminal Rule 1.2 incorporates Local Civil Rule 7.2. Docket #81 at 4 n. 1.

LCvR7.2(h).  Local Civil Rule 7.2(h) also provides that supplemental briefs "may be filed only upon motion and leave of Court."

        Respectfully submitted,

        DAVID E. O'MEILIA
        UNITED STATES ATTORNEY

        *Kenneth P. Snoke, OBA # 8437 for:*
        CHARLES A. O'REILLY, CBA # 160980
        Special Assistant United States Attorney
        110 West Seventh Street, Suite 300
        Tulsa, Oklahoma  74119
        (918) 382-2700

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of June 2009, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Lindsey Kent Springer
Defendant

Oscar Amos Stilley
Defendant

Robert Williams
Standby Counsel assigned to Lindsey Kent Springer

Charles Robert Burton, IV
Standby Counsel assigned to Oscar Amos Stilley.

        *Kenneth P. Snoke*
        Kenneth P. Snoke
        Assistant United States Attorney