# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 09-CR-0043-F ) |
| LINDSEY KENT SPRINGER, and OSCAR AMOS STILLEY, | ) ) ) |
| Defendants. | ) ) |

## ORDER

Government's Motion to Strike Reply (doc no. 86) is hereby DENIED.

The court has reviewed the reply brief filed by defendant Springer (doc no. 81) with respect to the pending motions to dismiss. The court has determined that a sur-reply brief from the government would be helpful. Accordingly, the United States is **DIRECTED** to file a sur-reply brief on or before noon on Thursday, June 25, 2009. The sur-reply brief may address whatever matters the government desires so long as they are responsive to the reply brief. The sur-reply need not address all matters raised in the reply, however, the court is especially interested in the government's response to the propositions numbered 1, 2, 6, and 7 in the reply brief.

Dated this 18th day of June, 2009.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

09-0043p015.wpd