IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.   09-CR-043-SPF |
| | ) |
| LINDSEY KENT SPRINGER, | ) |
| OSCAR AMOS STILLED, | ) |
| | ) |
| Defendants. | ) |

**MOTION FOR SUR-REPLY BRIEF TO EXCEED PAGE LIMITS
IMPOSED BY LOCAL CIVIL RULE 7.2**

COMES now the Plaintiff, the United States of America, by and through David E. O'Meilia, United States Attorney for the Northern District of Oklahoma, Kenneth P. Snoke, Assistant United States Attorney for the Northern District of Oklahoma, and Charles A. O'Reilly, Special Assistant United States Attorney for the Northern District of Oklahoma, and moves the Court as follows:

1. On June 17, 2009, the Government moved to strike (Doc. #86) defendant Springer's Reply (Doc. #81) to the Government's Response (Doc. #80) to defendant Springer's Motion to Dismiss the Indictment.  The Motion to Strike was based on the fact that defendant Springer's Reply Brief exceeded the 10 page limit set by Local Civil Rule 7.2, as adopted by Local Criminal Rule 1.2.

2. By Order dated June 18, 2009 (Doc. #87), the Court denied the Government's Motion to Strike, and directed that a Sur-Reply be filed by the Government to certain

arguments set forth in defendant Springer's Reply (Doc. #81).  The Court ordered that this Sur-Reply be filed by noon on Thursday, June 25, 2009.

    3.    Although it is unclear into which category this Sur-Reply Brief fits under Local Civil Rule 7.2, it would appear that there is a ten page limit on "reply and supplemental briefs" that would apply to this Sur-Reply brief.  The Government believes that in order to adequately address the four propositions noted in the Court's Order (Doc. #87), and in light of the fact that defendant Springer's Reply brief was 28 pages in length, the Government's brief will need to exceed the ten pages, but should not exceed 15 pages.

    4.    When contacted, *pro se* defendant Lindsey Springer indicated no objection to this motion.

Accordingly, the Government requests that its Sur-Reply Brief, filed pursuant to the Court's Order, be allowed to exceed ten pages, but not to exceed 15 pages.

    Respectfully submitted,

    DAVID E. O'MEILIA
    UNITED STATES ATTORNEY

    */s/ Kenneth P. Snoke*
    KENNETH P. SNOKE, OBA # 8437
    Assistant United States Attorney
    CHARLES A. O'REILLY, CBA # 160980
    Special Assistant United States Attorney
    110 West Seventh Street, Suite 300
    Tulsa, Oklahoma  74119
    (918) 382-2700

**CERTIFICATE OF SERVICE**

     I hereby certify that on the 19th day of June 2009, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Lindsey Kent Springer
Defendant

Oscar Amos Stilley
Defendant

Robert Williams
Standby Counsel assigned to Lindsey Kent Springer

Charles Robert Burton, IV
Standby Counsel assigned to Oscar Amos Stilley

                                          */S/ Kenneth P. Snoke*
                                          Kenneth P. Snoke
                                          Assistant United States Attorney