# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.   09-CR-043-SPF |
| ) | |
| LINDSEY KENT SPRINGER, ) | |
| OSCAR AMOS STILLEY, ) | |
| ) | |
| Defendants. ) | |

### ORDER (Doc. #90 )

GOOD CAUSE APPEARING in the Government's Motion for Sur-Reply Brief to Exceed Page Limits Imposed by Local Civil Rule 7.2, and pro se defendant Lindsey Springer not objecting, it is hereby ordered that the Government's Sur-Reply brief may be up to 15 pages in length.

DATED this 23rd day June, 2009.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

Submitted by:

KENNETH P. SNOKE, OBA # 8437
Assistant United States Attorney
110 W. 7th Street, Suite 300
Tulsa, OK 74119
918.382.2700
ken.snoke@usdoj.gob

09-0043p017PO.wpd