UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

USA

        Plaintiff(s),      Case Number: 09-CR-043-JHP

vs.      Proceeding: Motion Hearing

Lindsey Springer, Oscar Stilley      Date: 7/1/2009
        Defendant(s).

**MINUTE SHEET**

Stephen P Friot, U.S. District Judge    P. Lynn, Deputy Clerk    Tracy Washbourne, Reporter

Counsel for Plaintiff: Ken Snoke, Charles O'Reilly

Counsel for Defendant: Pro se, standby counsel Robert Burton, Robert Scott Williams (CJA)

Minutes: Case called for Motion hearing.  Rule of Sequestration invoked.

Argument and testimony heard on Shern's affidavit.

Springer's Motion to Suppress (#74) and Franks Hearing (#77) argued and denied.

Stilley's Motion to Suppress (#72) argued and denied.

Govt's Motion to Quash (#94) found moot.

Springer's Motion for Bill of Particulars (#82) argued and granted in part (counts 2, 3, 5, 6),

denied in part. Government directed to file Bill of Particulars within 14 days.

Motions to Dismiss (#51, 53, 55, 57, 59, 61, 63, 65, 67, 69) Denied

<u>Govt Exhibit</u>

#1 - Affidavit for Search Warrant of Brian Shern (missing page 18)

#2 - Affidavit of Brian Shern (copy of #1)

<u>Deft Exhibit</u>

#1 - Affidavit of Brian Shern (obtained from Clerk's office)

<u>Defendant Springer Witness</u>

Brian M Shern - 9:35

Exhibits retained by Court.  Case remains on current schedule.

Court Time

8:55-10:40    1:05-2:05
10:55-12:00    2:20-2:55