**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>LINDSEY KENT SPRINGER, et al., )<br>)<br>Defendants. ) | Case No. 09-CR-0043-F |

## ORDER

The court is considering giving a short instruction to the jury after the jury is selected and sworn but before receiving evidence. The purpose of such a preliminary instruction would be to give the jury some basic, bare bones guidance as to the elements of the crimes charged and as to any substantive defenses asserted by the defendants. Accordingly, the proposed jury instructions due on August 3, 2009, **SHALL** include such a proposed preliminary instruction. The parties (jointly, if possible, and otherwise separately) shall submit a proposed preliminary instruction, labeled as such, which succinctly states, in one consolidated instruction, the elements of each offense charged in the indictment and the elements of any substantive affirmative defenses asserted by the defendants. The proposed preliminary instruction shall further state: (i) that it is given to the jury for preliminary guidance only, in order to provide the jury with a legal context within which to place the evidence as it is admitted at trial, (ii) that the jury's deliberations will in all respects be governed by the final instructions to be given after all the evidence has been presented, and (iii) that in the event of any discrepancy between the two sets of instructions, the final jury instructions will supersede the preliminary instruction.

-2-

Additionally, the parties are **DIRECTED** that an index shall be provided along with their proposed jury instructions and verdict forms. All proposed jury instructions **SHALL** include citations to the legal authority which supports them.

Finally, the parties are **REMINDED** that any objections to the opposing party's proposed jury instructions are due on or before August 17, 2009, per the court's previously entered scheduling order at doc. no. 43.

Dated this 8th day of July, 2009.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

09-0043p018.wpd