## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.    09-CR-043-SPF |
| | ) | |
| LINDSEY KENT SPRINGER, | ) | |
| OSCAR AMOS STILLEY, | ) | |
| | ) | |
| Defendants. | ) | |

### UNITED STATES' BILL OF PARTICULARS

The United States of America, by and through its attorneys, Thomas Scott Woodward,

Acting United States Attorney for the Northern District of Oklahoma, and Kenneth P. Snoke,

Assistant United States Attorney, and Charles A. O'Reilly, Special Assistant United States

Attorney, hereby files this Bill of Particulars pursuant to the Court's order dated July 2, 2009.

Counts 2, 3, 5 and 6 of the Indictment each include the phrase "required by law" in

reference to Defendant Springer's failure to file a federal income tax return. The filing of

income tax returns is mandated by statute. *United States v. Collins*, 920 F.2d 619, 630-31

(10th Cir. 1990); *United States v. Dawes*, 951 F.2d 1189, 1193 (10th Cir. 1991);  *United

States v. Neff*, 954 F.2d 698, 699-700 (11th Cir. 1992); *United States v. Hicks*, 947 F.2d

1356, 1359 (9th Cir. 1991); *United States v. Kerwin*, 945 F.2d 92 (5th Cir. 1991); *United

States v. Wunder*, 919 F.2d 34, 38 (6th Cir.1990).  The statutes that required Defendant

Springer file individual federal income tax returns are as follows:

Title 26, United States Code Section 1 - Tax Imposed;

Title 26, United States Code Section 61 - Gross Income Defined;

Title 26, United States Code Section 63 - Taxable Income Defined;

Title 26, United States Code Section 6011(a) - General Requirement of Return, Statement or List;

Title 26, United States Code Section 6012(a)(1)(A) - Persons Required to Make Returns of Income;

Title 26, United States Code Section 6072(a) - Time for Filing Income Tax Returns;

Title 26, United States Code Section 6091 - Place for Filing Returns or Other Documents;

Title 26, United States Code Section 6151 - Time and Place for Paying Tax Shown on Returns;

Title 26, United States Code Section 7203 - Willful Failure to File Return, Supply Information or Pay Tax.

Respectfully submitted,

THOMAS SCOTT WOODWARD
ACTING UNITED STATES ATTORNEY

  /s Charles A. O'Reilly
CHARLES A. O'REILLY, CBA No. 160980
Special Assistant U.S. Attorney
KENNETH P. SNOKE, OBA No. 8437
Assistant United States Attorney
110 West Seventh Street, Suite 300
Tulsa, Oklahoma  74119
(918) 382-2700

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 14th day of July 2009, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Lindsey Kent Springer
*Pro se* Defendant

Oscar Amos Stilley
*Pro se* Defendant

Robert Williams
Standby Counsel assigned to Lindsey Kent Springer

Charles Robert Burton, IV
Standby Counsel assigned to Oscar Amos Stilley.


  /s Charles A. O'Reilly
CHARLES A. O'REILLY, CBA No. 160980
Special Assistant U.S. Attorney