IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA

        Plaintiff,

                              Case No. 09-CR-043-SPF

v.

LINDSEY KENT SPRINGER,
OSCAR AMOS STILLEY

        Defendants.

LINDSEY KENT SPRINGER'S SECOND MOTION FOR BILL OF PARTICULARS.

Lindsey Kent Springer ("Springer"), files request for a second Bill of Particulars based upon the Government's response to this Court's order on the first Bill of Particulars dated July 2, 2009.

No statute making Springer "liable" under any tax deficiency theory is alleged or exists in regard to the element of "substantial tax deficiency" For Counts Two, Three and Four. The Government lists section 6091 as the place where the returns were "required by law" to be filed for Counts One, Two, Three, Four, Five and Six, and yet tactically admits the "internal revenue districts" or "District Directors" ceased existing for such requirement as of October, 2000.

On July 2, 2009, this Court granted in part Springer's Motion for Bill of Particulars regarding the meaning of the phrase "required by law" alleged in Counts Two, Three, Five and Six. This motion encompasses each of the Six Counts individually because the Government agrees the meaning of "required by law"

1

applies whether stated or not in each of the Six Counts of the Indictment.

On July 14, 2009, the Government filed its particulars with this Court.

## 1. ARGUMENT FOR SECOND BILL OF PARTICULARS

### A. No Statute listed which says Springer is liable for any tax specifically.

    i.    Counts Two, Three and Four.

The elements of a § 7201 violation are an affirmative act constituting an attempted evasion **of the tax**, willfullness, and the **existence of a substantial tax deficiency**. Sansone v. United States, 380 U.S. 343, 351, 85 S.Ct. 1004, 1010, 13 L.Ed.2d 882 (1965); United States v. Swallow, 511 F.2d 514, 519 (10th Cir.), cert. denied, 423 U.S. 845, 96 S.Ct. 82, 46 L.Ed.2d 66 (1975). The failure to file a tax return is insufficient to establish the affirmative act necessary for a § 7201 conviction. Spies v. United States, 317 U.S. 492, 499, 63 S.Ct. 364, 368, 87 L.Ed. 418 (1943). There is no criminal tax evasion without a tax deficiency. Boulware v. U.S., 06-1509 (U.S. 3-3-2008) 128 S.Ct. 1168.

In *U.S. v. Farr*, 536 F.3d 1174 (10th Cir. 2008) the Tenth Circuit found that by "charging Ms. Farr with willfully attempting to defeat the "payment of the quarterly employment tax . . . due and owing by her," the indictment effectively limited the first element of Section 7201 — a substantial tax due and owing — to liability for quarterly employment taxes which she purportedly owed." *Farr* at 1181 "From that point on, absent a proper amendment to the indictment by the grand jury, the government was not free to prove any other tax liability at trial. *See Stirone*, 361 U.S.

at 218, 80 S.Ct. 270 ("It follows that when only one particular kind of commerce is charged to have been burdened a conviction must rest on that charge and not another, even though it be assumed that under an indictment drawn in general terms a conviction might rest upon a showing that commerce of one kind or another had been burdened.").

"While the ultimate object of the IRS's interest — recovering the underlying delinquent tax — is undoubtedly the same, the quarterly employment tax provision of Section 3403 and the trust fund recovery penalty of Section 6672 provide materially different means for achieving that end." Id.

Section 3403 directs the employer to be "liable for the payment of the tax required to be deducted and withheld." Section 6672 provides that Any "person....in addition to other penalties provided by law, be **liable** to a penalty equal to the total amount of tax evaded, or not collected."

In the Government's response to the Court's ordered Bill of Particulars they list out several sections. They list Section 1,61,63,6011,6012, 6072, 6091,6151 and 7203. None of these sections individually state how Springer is or would be "liable" for any specific tax. None of these sections refer to any of the others. In fact, the Government only states their list is "the statutes that required Defendant Springer file individual federal income tax returns are as follows." The Government knows that the phrase "required by law" in Counts Two and Three are not just limited to filing returns but essential to the tax deficiency liability.

3

Section 1 begins "there is hereby imposed on the taxable income of" wherein the term "liable" does not appear anywhere or says who is liable. Nor does this section refer to any other section to explain specifically who is liable.

Section 61 cited in the Particulars states "Gross Income Defined" and never uses the term "liable" in any manner whatsoever. Nor does this section refer to any other section to explain specifically who is liable.

Section 63 cited by the Government defines "taxable income" and like section 61 does not state who is liable or even use the term "liable" in any way, manner or form. Nor does this section refer to any other section to explain specifically who is liable.

Section 6011 is the first section to use the term "liable" cited by the Government and says when "required by regulations prescribed by the Secretary any person made liable for any tax imposed by this title" yet the Government cites to not a single regulation to even suggest that Springer is "liable" for any tax imposed by this "title."

Springer will agree that section 6011 says "any person made liable for any tax imposed by this title" but that this means the liability referenced in section 6011 must come from some specific code section "in this title." The Government has not identified any such section.

Again, section 1, 61 and 63, do not ever say who is liable as section 3403 and section 6672 in Farr were clearly shown to so state "in this title."

4

Next is section 6012(a) cited by the Government specifically directs that a person is required to make "Returns with respect to income taxes under subtitle A"

Section 6071 directs "Time for Filing Returns" never using the term "liable" making reference to "when not otherwise provided by this title" and the "Secretary shall by regulations prescribe the time for filing."

Section 6091 clearly directs any return required by this title to be filed be delivered to the District Director in the "Internal Revenue District" where that person lives.  This section never ever used the term liable.

Section 6151 states "Time and Place for paying tax shown on return" directing the person "required" to make such return to pay such tax shown to the "internal revenue officer with whom the return "is filed."  Again, no mention of any liability whatsoever as section 3403 and section 6672 addressed in Farr by the 10th Circuit contain.

Last up is section 7203 identified by the Government which says "Any person required under this title to pay any estimated tax or tax, or required by this title or by regulations made under authority thereof to make a return..."  As this Court can see the term "liable" does not appear in section 7203.

Because the Government cites to no "regulations" whatsoever, they are left in the ditch with "required by this title" under section 6011, 6091 and 7203.

Tax Deficiency requires the liability statute making the person liable for the tax as the Supreme Court said in Boulevard and the 10th Circuit said in Farr in 2008.

Because the Government cannot cite a single section of law which Congress made Springer "liable" for any tax, required to prove a tax deficiency, Counts Two, Three and Four, fail to allege an offense under Title 26, Section 7201.

      ii.  Counts One, Two, Three, Four, Five and Six.

The Government was required to identify the meaning of the phrase "required by law" as appearing in Counts Two, Three, Five and Six. As listed above, the Government cited to section 1,61,63, 6011, 6012(a), 6071, 6091, 6151 and 7203.

The Government suggesting section 7203 requires something prohibited by section 7203 is ridiculous.

The Government's reliance upon section 6011, 6012(a), 6071, 6091 and 6151, demonstrates a failure to allege an offense under Title 18, Section 371, Title 26, Section 7201 and Title 26, Section 7203, without more.

Section 6011 states "when "required by regulations prescribed by the Secretary any person made liable for any tax imposed by this title."  The Government fails to allege any regulation requiring Springer do anything.  Section 6011further states "shall make a return or statement according to the forms and regulations prescribed by the Secretary."  Yet, the Government directs no "form" or "regulation" promulgating any such form in the particulars.  Furthermore, section 6011 requires the "every person" "include there the information required by such forms and regulations."  Again, the Government does not identify any "forms" or "regulations."

Section 6012(a) relies exclusively upon the phrase "equals or exceeds the exemption amount." The Government did not cite to any specific provision which identifies within the meaning "required by law" the "amount" "exempt" under Section 6012's theory of any "requirement" to "make" a "return."

**2      Requested Second Bill or Particulars**.

The Court should direct the Government to identify with particulars the following:

1.     What is the specific provision that Congress enacted into law, which the Grand Jury relied in alleging attempted tax evasion, which makes Lindsey Kent Springer "liable" for any "tax deficiency" element, in Counts Two, Three and Four?

2.     Which form or forms is specifically meant by the Grand Jury in use of the term "return" or "form" under Sections 6011 in Counts One, Two, Three, Four, Five and Six, that the Grand Jury determined Lindsey Kent Springer was "required by law" to file, make or provide "information" therein, as section 6011 publishes or states? If there are multiple forms promulgated by the Secretary please provide enough information that leaves the identity of such forms without question? If such forms have an identifying number please identify each such number?

3.     What are the "regulations," if any, promulgated by the Secretary of the Treasury under its authority in section 6011, that the Grand Jury relied upon in alleging "required by law" involving section 6011? Please identify any and all if relied upon by the Grand Jury?

4.     Please identify the specific "place" the "failure to file" a "return" was completed by Lindsey Kent Springer for each of the years alleged in the Grand Jury Indictment where the failing to file a return is alleged as part of the theory of crime?

5.     Please identify the specific law that established by Congress the place Lindsey Kent Springer was "required by law" to "make" or "file" any "return" for the years 2000 through 2008, identified in particular request number 1,2,3 and 4, including where the public would have been given notice of such place required by law to provide such return?

6.     Please identify any administrative determination made by the United States, or anyone of its agencies, including the name of any such individual or person acting on behalf of the United States, presented to the Grand Jury prior to its indictment, that Lindsey Kent Springer was a person required to file any return identified in particular number 1,2,3,4, and 5 above, involving any form of return identified, for the years 2000, 2001, 2003, 2003, 2004, 2005 and 2006?

7.     Please identify who testified before the Grand Jury that Lindsey Kent Springer was made "liable" by some specific code provision in "this title" regarding Counts Two, Three and Four?

8.     Please identify the person or persons who testified before the Grand Jury, prior to its indictment, that section 1,61,63,6011,6012(a),6071,6091, 6151 and 7203, required Lindsey Kent Springer to either file the returns you identify in answering particular numbers 1,2,3,4 and 5, or that told the Grand Jury these sections made

Lindsey Kent Springer "liable" for any specific tax deficiency?

## CONCLUSION

These particulars are needed so that Lindsey Kent Springer can understand the meaning of "required by law," to also make certain that both the jury is instructed correctly[1] and that the claims presented to the Grand Jury remain the same claims the Government is now demanding a jury trial to determine.

Respectfully Submitted
/s/ Lindsey K. Springer
Lindsey K. Springer
5147 S. Harvard, # 116
Tulsa, Oklahoma 74135
918-748-5539/955-8225(cell)

---

[1] Proposed Jury Instructions are presently due in their initial phase by August 3, 2009.

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Lindsey Kent Springer's 2nd Motion for Bill of Particulars was ecf'd on July 30, 2009, to:

Kenneth P. Snoke,
Charles O'Reilly,
Oscar Stilley

/s/ Lindsey K. Springer
Signature

1.