IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

**UNITED STATES OF AMERICA**  PLAINTIFF

v.  Case No. 09-CR-043 SPF

**LINDSEY KENT SPRINGER,**
**OSCAR AMOS STILLEY**  DEFENDANT

## JURY INSTRUCTIONS

Comes now **OSCAR AMOS STILLEY**[1] by limited special appearance, and not a general appearance, and submits the following jury instructions. Defendant requests that he be allowed to propose additional jury instructions, or modifications to prior instructions by any party, as may be necessary based upon developments during pretrial and the trial of the case. Defendant furthermore claims the right to rely upon the government's instructions and forms, either verbatim of with modifications, while reserving the right to object to any or all of any government instruction. Defendant Oscar Stilley joins in the request of Lindsey Springer

---

[1] It is presumed that the plaintiff is master of his own complaint. This complaint is styled in the name of "**UNITED STATES OF AMERICA**" as opposed to the people thereof, or any grand jury. Plaintiff, whoever that may actually be, named **OSCAR AMOS STILLEY** as a Defendant. Therefore, **OSCAR AMOS STILLEY** has appeared specially and limited, challenging jurisdiction, to defend against the charges to the extent required so to do by the law.

for additional time to propose jury instructions, and reserves the right to join in any of his instructions when proposed. Oscar Stilley has proposed certain instructions/verbiage which is redundant, and reserves the right to propose the redaction or elimination of appropriate parts.

**TABLE OF CONTENTS**

DESCRIPTION OF CHARGES; INDICTMENT NOT EVIDENCE; PRESUMPTION OF INNOCENCE; BURDEN OF PROOF (MULTIPLE DEFENDANTS, MULTIPLE COUNTS) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Page 3 of 15

WILLFULLY – DEFINED . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Page 8 of 15

COUNT 1 – CONSPIRACY – ELEMENTS . . . . . . . . . . . . . . . . . . . . . Page 9 of 15

COUNTS 3 AND 4 – TAX EVASION – ELEMENTS . . . . . . . . . . . . . Page 10 of 15

COUNTS 3 AND 4:  AIDING AND ABETTING TAX EVASION – ELEMENTS
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Page 13 of 15

OSCAR STILLEY'S INSTRUCTION NO. _____

DESCRIPTION OF CHARGES; INDICTMENT NOT EVIDENCE; PRESUMPTION OF INNOCENCE; BURDEN OF PROOF (MULTIPLE DEFENDANTS, MULTIPLE COUNTS)

The following instruction is given to the jury for preliminary guidance only, in order to provide the jury with a legal context within which to place the evidence as it is admitted at trial. The jury's deliberations will in all respects be governed by the final instructions to be given after all the evidence has been presented. In the event of any discrepancy between the two sets of instructions, the final jury instructions will supersede the preliminary instruction.

The indictment charges that Lindsey Springer committed one count of conspiracy to defraud the United States, three counts of tax evasion, and two counts of willful failure to file tax returns. The indictment charges that Oscar Stilley conspired to defraud the government, but without violating any statute whatsoever, and also that he aided Lindsey Springer in evading taxes for the years 2003 and 2005. Each defendant has pleaded not guilty to each crime with which he is charged.

An indictment is simply an accusation. It is not evidence of anything.

To the contrary, each defendant is presumed to be innocent. Thus each defendant, even though charged, begins the trial with no evidence against him or her. So the presumption of innocence alone is sufficient to find the defendant not guilty and can be overcome only if the Government proves, beyond a reasonable doubt, each essential element of the crime charged.

The government has the burden of proving the defendant guilty beyond a reasonable doubt. The law does not require a defendant to prove his innocence or produce any evidence at all. The government has the burden of proving the defendant guilty beyond a reasonable doubt, and if it fails to do so, you must find the defendant not guilty.

Proof beyond a reasonable doubt is proof that leaves you firmly convinced of the defendant's guilt of violating a specific statutory provision. There are few things in this world that we know with absolute certainty, and in criminal cases the law does not require proof that overcomes every possible doubt. It is only required that the government's proof exclude any ''reasonable doubt'' concerning the defendant's guilt. A reasonable doubt is a doubt based on reason and common sense after careful and impartial consideration of all the evidence in the case. If, based on your consideration of the evidence, you are firmly convinced that the defendant is guilty of the crime charged, you may, but are not required to, find him guilty. If on the other hand, you think there is a

real possibility that he is not guilty, you must give him the benefit of the doubt and find him not guilty.

Keep in mind that you must give separate consideration to the evidence about each individual defendant.  Each defendant is entitled to be treated separately, and you must return a separate verdict for each defendant.  Also keep in mind that you must consider, separately, each crime charged against each individual defendant, and must return a separate verdict for each of those crimes charged.

There is no burden upon a defendant to prove that he or she is innocent.

To assist you in receiving the evidence, I am instructing you concerning the elements of each type of crime, as follows:

Conspiracy requires proof that:

*First*: the defendant agreed with at least one other person to violate a specific law.

*Second*: the defendant engaged in at least one overt act furthering the conspiracy's objective to violate that specific law.

*Third*: the defendant knew the essential objective of the conspiracy.

*Fourth*: the defendant knowingly and voluntarily participated.

*Fifth*: there was interdependence among the members of the conspiracy; that is, the members, in some way or manner, intended to act together for their shared mutual benefit within the scope of the conspiracy charged.

Defendants are allegedly charged with conspiring to violate a tax statute, which must be alleged in the indictment. Since the indictment fails to allege any such statute, and the government has persuaded the Court that no statutes were alleged to have been violated, I must instruct you to return a verdict of not guilty on this count, as to both Defendants.

26 U.S.C. section 7201 prohibits tax evasion. This law makes it a crime for anyone willfully to evade or defeat the payment of federal income tax.

To find the Lindsey Springer guilty of this crime you must be convinced that the government has proved each of the following beyond a reasonable doubt:

First: Lindsey Springer owed substantial income tax for the year 2003, for which he was made liable by express words in Title 26, US Code Sections 1, 61, 63, 6011(a), 6012(a)(1)(A), 6072(a), 6091, 6151 or 7203; and with respect to which he was duly assessed, and;

Second: Lindsey Springer intended to evade and defeat payment of that assessed tax;

Third: Lindsey Springer committed an affirmative act in furtherance of this intent; and

Fourth: Lindsey Springer acted willfully, that is, with the voluntary intent to violate a known legal duty set forth in one or more of the statutes listed. Neither defendant may be found guilty without proof that they were aware of the specific provision of the tax code that they were charged by

indictment with violating; otherwise you must return a verdict of not guilty.

To ''evade and defeat'' the payment of tax means to escape paying a tax, for which the Defendant was made liable by a specific statute, and duly assessed, other than by lawful avoidance.

The government must prove, beyond a reasonable doubt, that the additional tax due was substantial.


Tenth Circuit 1.05 as modified

OSCAR STILLEY'S INSTRUCTION NO. _____
WILLFULLY – DEFINED

For purposes of these instructions, an act is done "willfully" if the defendant was aware of the specific provision of the tax code that he was charged with violating, and nevertheless voluntarily and intentionally violated the legal duty clearly and unmistakably imposed by that specific provision of law.

*Bryan v. United States*, 524 U.S. 184, 194, 118 S.Ct. 1939 (1998)
*Cheek v. United States*, 498 U.S. 192, 201 (1991)

OSCAR STILLEY'S INSTRUCTION NO. _____
COUNT 1 – CONSPIRACY – ELEMENTS

The defendant is charged in count with a violation of 18 U.S.C. section 371. This law makes it a crime to conspire to commit an offense against the United States. To find the defendant guilty of this crime you must be convinced that the government has proved each of the following beyond a reasonable doubt:

*First*: the defendant agreed with at least one other person to violate the law.

*Second*: one of the conspirators engaged in at least one overt act furthering the conspiracy's objective.

*Third*: the defendant knew the essential objective of the conspiracy.

*Fourth*: the defendant knowingly and voluntarily participated.

*Fifth*: there was interdependence among the members of the conspiracy; that is, the members, in some way or manner, intended to act together for their shared mutual benefit within the scope of the conspiracy charged.

Defendants are allegedly charged with conspiring to violate a tax statute. The government must prove and you must find that the defendant was aware of the specific provision of the tax code that he was charged by indictment with conspiring to violate.

Tenth Circuit 2.19 as amended
*Bryan v. United States*, 524 U.S. 184, 194, 118 S.Ct. 1939 (1998)
*Cheek v. United States*, 498 U.S. 192, 201 (1991).

OSCAR STILLEY'S INSTRUCTION NO. _____
COUNTS 3 AND 4 – TAX EVASION – ELEMENTS
26 U.S.C. § 7201

Lindsey Springer is charged in Counts 3 and 4 with a violation of 26 U.S.C. section 7201.  This law makes it a crime for anyone willfully to attempt to evade or defeat the payment of federal income tax.

To find the defendant guilty of this crime you must be convinced that the government has proved each of the following beyond a reasonable doubt:

First: the defendant owed substantial income tax for the year 2003, (Count 3) or 2005 (Count 4) for which he was made liable by express words in Title 26, US Code Sections 1, 61, 63, 6011(a), 6012(a)(1)(A), 6072(a), 6091, 6151 or 7203; and with respect to which he was duly assessed, and;

Second: the defendant intended to evade and defeat payment of that assessed tax;

Third: the defendant committed an affirmative act in furtherance of this intent; and

Fourth: the defendant acted willfully, that is, with the voluntary intent to violate a known legal duty set forth in one or more of the statutes listed. Defendants are allegedly charged with conspiring to violate a tax statute.  The indictment must allege, the government must prove, and you must find that the defendant was aware of the specific provision of the tax code that he was

charged by indictment with violating; otherwise you must return a verdict of not guilty.

To ''evade and defeat'' the payment of tax means to escape paying a tax, for which the Defendant was made liable by a specific statute, and duly assessed, other than by lawful avoidance.

Contrary to ordinary practice, the government did not allege the specific amount of tax allegedly due for each calendar year charged, instead merely saying that it was "substantial."  The government must prove, beyond a reasonable doubt, that the additional tax due was substantial.

To find Oscar Stilley guilty of the crime of tax evasion, you must be convinced that the government has proved each of the following beyond a reasonable doubt:

First: Lindsey Springer committed the charged crime of tax evasion as prohibited by 26 U.S.C. § 7201, and

Second: Oscar Stilley intentionally associated himself in some way with the crime and intentionally participated in it as he would in something he wished to bring about. This means that the government must prove that the defendant consciously shared the other person's knowledge of the underlying criminal act and intended to help him.  A

general suspicion that an unlawful act may occur or that something criminal is happening is not enough.  Mere presence at the scene of a crime and knowledge that a crime is being committed are also not sufficient to establish aiding and abetting.

    Each count is separate.  You should give separate consideration to Counts 3 and 4 for both Defendants.

10th Circuit 2.92 (modified)

OSCAR STILLEY'S INSTRUCTION NO. _____
COUNTS 3 AND 4:  AIDING AND ABETTING TAX EVASION – ELEMENTS
26 U.S.C. § 7201 & 18 U.S.C. § 2(a)

Counts 3 and 4 of the indictment also charges that Oscar Stilley committed a violation of 18 U.S.C. section 2, which provides that:

> ''Whoever commits an offense against the United States, or aids, abets, counsels, commands, induces or procures its commission, is punishable as a principal.''

This law makes it a crime to intentionally help someone else commit a crime. To find Oscar Stilley guilty of this crime, you must be convinced that the government has proved each of the following beyond a reasonable doubt:

First: Lindsey Springer committed the charged crime of tax evasion as prohibited by 26 U.S.C. § 7201, and

Second: Oscar Stilley intentionally associated himself in some way with the crime and intentionally participated in it as Oscar Stilley would in something he wished to bring about. This means that the government must prove that the defendant consciously shared the other person's knowledge of the underlying criminal act and intended to help him.  The defendant need not perform the underlying criminal act, be present when it is performed, or be aware of the details of its commission to be guilty of

aiding and abetting.  But a general suspicion that an unlawful act may occur or that something criminal is happening is not enough.  Mere presence at the scene of a crime and knowledge that a crime is being committed are also not sufficient to establish aiding and abetting.

10th Circuit 2.06 (modified)

Respectfully submitted,

By: /s/ Oscar Stilley
Oscar Stilley
7103 Race Track Loop
Fort Smith, AR 72916
(479) 996-4109
(866) 673-0176 fax
oscar@oscarstilley.com

CERTIFICATE OF SERVICE

I, Oscar Stilley, by my signature above certify that I have this August 3, 2009, caused the Plaintiff to be served with a copy of this pleading by CM/ECF to: Kenneth P. Snoke, United States Attorney's Office, 110 W 7th Street, Suite 300, Tulsa , OK 74119-1013, ken.snoke@usdoj.gov; Charles A O'Reilly, US Dept of Justice, PO Box 972, Washington , DC 20044, email charles.a.o'reilly@usdoj.gov . Also by email to Lindsey K. Springer at Gnutella@mindspring.com .