IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

**UNITED STATES OF AMERICA**                                                                 **PLAINTIFF**

v.                                                         Case No. 09-CR-043 SPF

**LINDSEY KENT SPRINGER,**
**OSCAR AMOS STILLEY**                                                                       **DEFENDANT**

## MOTION TO DISMISS CONSPIRACY COUNT

Comes now **OSCAR AMOS STILLEY**[1] by limited special appearance, and not a general appearance, and moves the Court to dismiss the conspiracy count for the reasons following:

1.      The indictment, count 1, involving a conspiracy charge, fails to allege an agreement to violate any statute or law.

2.      Tenth Circuit Pattern Criminal Jury Instructions require an agreement to "violate the law."

3.      Tenth Circuit Pattern Criminal Jury Instructions say that the charge of conspiracy requires at least the degree of criminal intent necessary to commit the underlying offense, citing to *United States v. Feola*, 420 US 671, 686 (1975).

---

[1]     It is presumed that the plaintiff is master of his own complaint.  This complaint is styled in the name of "**UNITED STATES OF AMERICA**" as opposed to the people thereof, or any grand jury.  Plaintiff, whoever that may actually be, named **OSCAR AMOS STILLEY** as a Defendant.  Therefore, **OSCAR AMOS STILLEY** has appeared specially and limited, challenging jurisdiction, to defend against the charges to the extent required so to do by the law.

4.      Therefore, to the extent that Count 1 of the indictment might be construed as charging an agreement to defraud the United States, it can be sufficient only if such defrauding violates no statute.  See *Bryan v. United States*, 524 U.S. 184, 194, 118 S.Ct. 1939 (1998), which requires that persons charged with tax crimes such as these be indicted, tried, and found to have been *aware* of the specific provision of the law they are charged with violating.

5.      The language of the indictment cannot be squared with the language of the approved instructions for the circuit, or the constitutional requirements of an indictment, proof, and finding that the defendant was aware of the specific provision of law he was charged with violating.

6.      Conspiracy under 18 U.S.C. § 371 is a felony only if the underlying law the defendants conspired to violate was also a felony.  Any suggestion that a general "defraud" conspiracy is tenable denies the defendant of due process if it in any way exposes him to felony liability without the consideration of Congress, and notice that such acts expose one to felony liability.

WHEREFORE, Defendant Oscar Stilley respectfully requests that the Court dismiss Count 1 with prejudice; be and for all such other and further relief as may be appropriate whether or not specifically prayed.

                              Respectfully submitted,

By: /s/ Oscar Stilley
Oscar Stilley, Attorney at Law
7103 Race Track Loop
Fort Smith, AR 72916
479-996-4109
(866) 673-0176 Fax
oscar@oscarstilley.com

**CERTIFICATE OF SERVICE**

I, Oscar Stilley, by my signature above certify that I have this August 3, 2009, caused the Plaintiff to be served with a copy of this pleading by CM/ECF to: Kenneth P. Snoke, United States Attorney's Office, 110 W 7th Street, Suite 300, Tulsa, OK 74119-1013, ken.snoke@usdoj.gov; Charles A O'Reilly, US Dept of Justice, PO Box 972, Washington, DC 20044, email charles.a.o'reilly@usdoj.gov . Also by email to Lindsey K. Springer at Gnutella@mindspring.com .