# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 09-CR-043-SPF |
| | ) | |
| LINDSEY KENT SPRINGER, | ) | |
| OSCAR AMOS STILLEY, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Defendant Springer's "Motion for 10 Day Continuance" (doc. no. 106) requests a ten-day extension of the date on which proposed jury instructions are due. The motion is **DENIED**. The schedule (including the deadline for any objections to the government's proposed jury instructions) remains in place.

Dated this 4th day of August, 2009.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

09-0043p019.wpd