IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case No.   09-CR-043-SPF |
| | ) |
| LINDSEY KENT SPRINGER, | ) |
| OSCAR AMOS STILLEY, | ) |
| | ) |
| Defendants. | ) |

**RESPONSE TO DEFENDANT STILLEY'S
DELINQUENTLY FILED MOTION TO DISMISS**

The United States of America, by and through its attorneys, Thomas Scott Woodward, Acting United States Attorney for the Northern District of Oklahoma, and Kenneth P. Snoke, Assistant United States Attorney, and Charles A. O'Reilly, Special Assistant United States Attorney, hereby responds in opposition to Defendant Oscar Amos Stilley's delinquently filed Motion to Dismiss dated August 3, 2009 (doc. no. 109 and 110). By scheduling order dated April 22, 2009, the Court order that all motions to dismiss were to be filed by May 15, 2009, except motions to dismiss on a basis that could not have been reasonably anticipated or factually supported as of May 15, 2009 (doc. no. 43).

Defendant Stilley fails to identify any basis for his motion to dismiss that could not have been anticipated or factually supported as of May 15, 2009. In fact, Defendant Stilley's motion

appears largely to simply reassert the positions brought in Defendants' Sixth Motion to Dismiss Grand Jury Indictment for Failure to Plead Fraud Particularly and Seventh Motion to Dismiss Count One for Failure to Allege the Persons and Law Intended to be Impeded, and Counts One Through Six for Failure to Allege the Duty Under the Law for Springer to Provide Information to the IRS (doc. no. 61, 62, 63, 64 and 69).  The Court denied these motions by order dated July 1, 2009 (doc. no. 100).

Therefore, the United States enters its general opposition to Defendant Stilley's Motion to Dismiss.  Should the Court accept Defendant Stilley's motion as filed, the United States requests an extension of time to file a more detailed response as to the merits of Defendant Stilley's motion.

Respectfully submitted,

THOMAS SCOTT WOODWARD
ACTING UNITED STATES ATTORNEY

  /s Charles A. O'Reilly
CHARLES A. O'REILLY, CBA No. 160980
Special Assistant U.S. Attorney
KENNETH P. SNOKE, OBA No. 8437
Assistant United States Attorney
110 West Seventh Street, Suite 300
Tulsa, Oklahoma  74119
(918) 382-2700

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of August 2009, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Lindsey Kent Springer
*Pro se* Defendant

Oscar Amos Stilley
*Pro se* Defendant

Robert Williams
Standby Counsel assigned to Lindsey Kent Springer

Charles Robert Burton, IV
Standby Counsel assigned to Oscar Amos Stilley.

  /s Charles A. O'Reilly
CHARLES A. O'REILLY, CBA No. 160980
Special Assistant U.S. Attorney