# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 09-CR-043-SPF |
| ) | |
| LINDSEY KENT SPRINGER, ) | |
| OSCAR AMOS STILLEY, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Mr. Springer has filed a second motion for leave to file proposed jury instructions out of time. (Doc. no. 113, filed August 5, 2009.) The court has already denied leave to Mr. Springer to file his jury instructions late. (Order, doc. no. 111.)

Mr. Springer has known the due date for his requested jury instructions since April 22, 2009. See doc. no. 43, p. 2 (April 22, 2009). See also, doc. no. 102 (July 8, 2009). Neither his first motion (doc. no. 106) nor his second motion (doc no. 113) contains any semblance of a showing of "good cause," Rule 45(b)(1), Fed.R.Crim.P., or (as to the second motion, filed after the due date) "excusable neglect," Rule 45(b)(1)(B), Fed.R.Crim.P.

Aside from the failure of the motions to make the required showing, the court notes that, with respect to simultaneous filing requirements (such as that set forth in the schedule put in place in this case fifteen weeks ago), basic fairness to the litigants in our adversary system requires that the court not lightly excuse one party from a simultaneous filing deadline when the opposing party has scrupulously complied with the deadline. Moreover, if this complex case is to be prepared for trial and tried on

-2-

the basis of the schedule upon which all parties (and the court) have relied, it is essential that all parties and the court comply with the established deadlines in the absence of a highly persuasive showing – not made here – that relief from the schedule is warranted. (Mr. Springer may rest assured that the court's stringent approach applies equally to the government and to the defendants. Any requests from the government for scheduling relief will be held to the same standard.)

The motion is **DENIED**. The attachment to doc. no. 113 is **STRICKEN**.

Dated this 6th day of August, 2008.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

09-0043p020.wpd