IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) 09-CR-43-SPF |
| | ) |
| LINDSEY KENT SPRINGER and | ) |
| OSCAR STILLEY, | ) |
| | ) |
| Defendants. | ) |

SPRINGER'S REPLY TO PROSECUTION'S OPPOSITION TO MOTION TO RECONSIDER

Lindsey Kent Springer ("Springer") files reply regarding the Prosecution's Opposition to Springer's Motion to Reconsider. Springer objects to the Prosecution having any right to oppose Springer's Motion since the Prosecution recorded nothing in opposition prior to the Court's two orders at issue.

Now Springer is purportedly in "flippant disregard" for this Court's schedule and the "theory of liability in this case is simple; Defendant Springer earned his livelihood assisting individuals with tax matters. 'Under the Internal Revenue Code, gross income is 'all income from whatever source derived,' 26 U.S.C. § 61(a), and an exemption from the payment of taxes 'should be clearly expressed.'" *Barrett v. United States*, 561 U.S.[1] 1140, 1145 (2009)." Doc. 119, at 2   Springer is not certain

---

[1] There is no such case 561 U.S. 1140, 1145 (2009) as suggested by the U.S. Department of Justice in their response.  This is why they cannot be trusted for their proposed theory no Grand Jury has ever seen.  This is a 10th Circuit case dealing with a claim for refund by an Indian Citizen who claimed he was paid from a source of funds from the Indian Claim Commission.  561 F.3d 1140, 1145

1

how the attorneys for the Department of Justice became fact witnesses on the elements of the alleged "required by law" offenses but at least at some point someone other then them will need to testify as to the theory presented to the Grand Jury.

Who determines the meaning of the phrase "good cause" under Rule 45? Springer understands this Court can determine whether Springer has met the meaning of "Good Cause" but this Court is not authorized to apply the Prosecution's elastic principal to the phrase such that it means one thing when Shern needs an understandable vacation and when Springer needs the theory of liability to which he had been propounding about the face of the Prosecution since March 18, 2009, it means another. This is why words are to have proscribed meaning or the rule of lenity should be applied by this Court.[2]

---

(2009)(10th Cir.)   The burden in the case brought by the U.S is on the Prosecution and not Springer.  In Barrett, the burden was on Barrett as he was the one seeking the "refund" in that civil case.  On page 11 of the Prosecution's Proposed Jury Instructions they propose the following "The government has the burden of proving a defendant guilty beyond a reasonable doubt."  See Doc. 107, pg. 11 "It is **settled law in this circuit, as elsewhere**, that the language employed by the government in its indictments becomes an essential and delimiting part of the charge itself, such that "[i]f an indictment charges particulars, **the jury instructions and evidence introduced at trial must comport with those particulars**." United States v. Farr,  536 F35 1174, 1181 (2008)

[2]The Prosecution wishes the theory to be a moving target never actually committing to any theory in hopes when they are forced to utter it before a Jury they could then rest on saying because Springer did not oppose that theory he has waived objection.  Springer waives no objection whatsoever and demands the theory of liability be ordered at once.

The rule of lenity requires ambiguous criminal laws to be interpreted in favor of the defendants subjected to them. See *United States* v. *Gradwell*, 243 U. S. 476, 485 (1917); *McBoyle* v. *United States*, 283 U. S. 25, 27 (1931); *United States* v. *Bass*, 404 U. S. 336, 347-349 (1971). This venerable rule not only vindicates the fundamental principle that no citizen should be held accountable for a violation of a statute whose commands are uncertain, or subjected to punishment that is not clearly prescribed. It also places the weight of inertia upon the party that can best induce Congress to speak more clearly and keeps courts from making criminal law in Congress's stead. Because the "profits" definition of "proceeds" is always more defendant-friendly than the "receipts" definition, the rule of lenity dictates that it should be adopted. See U.S. v. Santos, 128 S.Ct 220 (2008)

The Prosecution does not mention its actual "flippant" disregard for the July 9, 2009 Frank's Hearing that on April 22, 2009 it was directly asked by the Court and directed, with Agent Shern in the Court room, that July 9, 2009 was acceptable. Good cause comes in the form of a prior vacation scheduled, Prosecution argues, and the Prosecution for purported good cause sought to move the hearing into the future.[3]

---

[3]If anything is flippant it was this and not that Springer disregarded the Court's schedule because Springer clearly did not. The standard this Court is being asked by the prosecution to deliver upon Springer is only to subvert the fact they have no theory of liability "required by law" to which they purportedly convinced a Grand Jury existed otherwise without citation to any provision whatsoever.

Now, the Prosecution goes so far as to say "It is not the prosecution's burden to prove that Defendant Springer was made liable by express words in Title 26, U.S. Code Sections 1,61,63,6011(a), 6012()(1)(A), 6072(a), 6091, 6151 or 7203..." See Doc. 120, pg. 4.[4] Each one of these sections were listed in the Prosecution's purported compliance with the Court's July 2, 2009, Order to provide this Court and Springer with the meaning of "required by law."   See Doc. 104, pg. 2.

The Prosecution's assertion is in direct contradiction to what the 10th Circuit Court of Appeals directed this Court in United States v. Farr, 536 F35 1174, 1181 was the requirement. In Farr, the 10th Circuit explained the tax deficiency element this way:

> By charging Ms. Farr with willfully attempting to defeat the "payment of the quarterly employment tax . . . due and owing by her," the indictment effectively limited the first element of Section 7201 — a substantial tax due and owing — **to liability for quarterly employment taxes which she purportedly owed**. From that point on, absent a proper amendment to the indictment by the grand jury, the government was not **free to prove any other tax liability at trial**.

The Prosecution identifies section 1 and 6011 to which section 1 is the "tax imposed" but does not direct who is made liable.  Long ago the Supreme Court settled this question about the 16th Amendment in Brushaber v. Union Pac. R.R., 240 U.S. 1, 19 (1916), wherein they held:

---

[4]Counts Two, Three and Four, allege "income taxes due and owing by him."

4

> a condition which clearly demonstrates that the purpose was not to change the existing interpretation except to the extent necessary to accomplish the result intended, that is, the prevention of the resort to the sources from which a taxed income was derived in order to cause a direct tax on the income to be a **direct tax on the source itself** and thereby to take an income tax out of the class of excises, duties and imposts and place it in the class of direct taxes.

To explain their conclusion the Brushaber Supreme Court explained:

> Indeed in the light of the history which we have given and of the decision in the Pollock Case and the ground upon which the ruling in that case was based, **there is no escape** from the conclusion that the Amendment was drawn for <u>the purpose of doing away for the future with the principle upon which the Pollock Case was decided</u>, that is, of determining whether a tax on income was direct not by a consideration of the burden placed on the taxed income upon which it directly operated, but by taking into view the burden which resulted on the property from which the income was derived, **since in express terms the Amendment provides that income taxes, from whatever source the income may be derived**, shall not be subject to the regulation of apportionment.

The 16th Amendment clearly allows Congress the power to "lay and collection a tax on income" but the Prosecution refuses to give Springer, Stilley, and this Court, notice of its theory of that liability. In Farr, the Prosecution in that case gave the section 3403 theory of liability to the Grand Jury and presented an entire different theory of liability under section 6672 to the jury and Court at trial. At least in Farr, Ms. Farr was given one or the other to prepare to defend. In this case, the Prosecution argues they have to give no liability theory and it would appear by their opposition to Stilley's Proposed Jury Instructions that there are no "express

5

words in Title 26, US Code..."[5]  Doc. 120 at 4.

Take for instance another matter clearly plaguing the ditch bound claims in Count One.   The Prosecution looked at this Court square in the eye on July 2, 2009 and in arguing against a Bill of Particulars on the word "law" the Prosecution had proposed in the elements of their conspiracy claims in Count One they told this Court the object of the conspiracy alleged was "defraud."  They were objecting to Springer's much shortened request:

> The **first** requests "this Court issue an order directing the United States to identify each provision of law encompassing the phrase 'required by law' alleged in the Grand Jury Indictment in each Count." The **second** request "seeks the provisions of law that direct the 'functions' alleged to have been the object of the conspiracy alleged in Count One." The **third** area of inquiry asks for the "identification of the 'law' the Grand Jury alleges was the 'object' of the conspiracy to violate and to which the first element in section 371 was to accomplish." Doc. 82 p.1.

See Doc. 97, pg. 1

The Prosecution stated in their opposition the "Defendants are charged in this case with conspiring to defraud the Internal Revenue Service.."Doc. 97, pg. 3

The Prosecution theorized on June 2, 2009:

> Furthermore, although not directly raised by the defendants, it is important to note that **the tax deficiency need not be for taxes due and owing by the defendant**; the <u>**deficiency may be for taxes due and owing by another taxpayer**</u>. One may attempt to evade the assessment or payment of taxes of another. See United States v. Wilson,

---

[5]The same holds true about the Prosecutions opposition to Springer's "Second Bill of Particular" request.

6

> 118 F.3d 228, 231, 236 (4th Cir. 1997) (attorney convicted of attempting to evade a client's taxes). Thus, Defendant Stilley cannot assert that the indictment is insufficient as to him because the indictment does not allege he attempted to evade his own taxes. **The indictment clearly alleges that Defendant Stilley attempted to evade Defendant Springer's federal income taxes**.

See Doc. 71, pg. 8

Again, on June 2, 2009, the Prosecution informed this Court and Springer that its theory in Count One was to prove the following:

> The Defendants are charged in Count One of the Indictment with conspiracy to defraud the United States in violation of Title 18, United States Code Section 371; the elements of this charge are:
>
> 1. The defendant agreed with at least one other person **to violate the law**;
>
> 2. One of the conspirators engaged in at least one overt act furthering the conspiracy's objective;
>
> 3. The defendant knew the essential objective of the conspiracy;
>
> 4. The defendant knowingly and voluntarily participated;
>
> 5. There was interdependence among the members of the conspiracy, that is, the members, in some way or manner, intended to act together for their shared mutual benefit within the scope of the conspiracy charged.
>
> Tenth Circuit Pattern Criminal Jury Instructions (No. 2.19) (2005 ed.).

See Doc. 71, pg. 11

How can Springer or Stilley prepare a defense to show they did not enter into an agreement to "violate the law" or show they did not understand the essential object of the conspiracy was to violate a certain law, if the Prosecution evades the

7

question by looking this Court eyeball to eyeball and telling this Court the object of the alleged conspiracy was to "defraud" the IRS? How can Springer propose any jury instructions when the Prosecution does not even understand their own charges and they have been investigating Springer for at least 14 years?

The Prosecution proposed a Jury Instruction as to Count One and obviously left off the "interdependence" element they had correctly cited to on June 2, 2009, however, the Prosecution proposed to this Court that the object of the conspiracy was to *"First*: there was an agreement to defraud the United States or to commit violations of federal law." See Doc. 107, pg. 27

Springer contacted Shern and O'Reilly about this and was told that the reference to the "commit violations of federal law" was a mistake and that they only intend to argue to this Court and Jury the object of the conspiracy was to "defraud" the IRS. See Doc. 118, pg. 8 (fn.11)

Now, in their opposition to Stilley's proposed instructions they argue:

> The United States' proposed instruction on the elements of conspiracy correctly states the elements the government must prove. United States' Proposed Jury Instructions at 27 (doc. no. 107). However, the United States' proposed jury instruction inadvertently omitted the interdependence element that is unique to this Circuit.[6]

See Doc. 120 at pg. 3

The elements as of August 3, 2009, were:

---

[6] They had it on June 2, 2009 and "inadvertently omitted interdependence element' on August 3, 2009.

8

> ***First***: there was an agreement to defraud the United States or to commit violations of federal law. ***Second***: one of the conspirators committed an overt act in furtherance of the conspiracy's object; and ***Third***: each defendant willfully joined the conspiracy.

See Doc. 107, pg. 27

How can a jury decide how any of the acts the Prosecution proposes on page 28 of its Proposed Instructions further's the object of a conspiracy if there is no specific object of the conspiracy to further to which the Prosecution won't allege or identify?

The Prosecution knows that only after every element of a conspiracy to defraud is found beyond a reasonable doubt can a jury find a violation of section 371 exists.    Yet, the Prosecution proposes that the jury need first find "there was an agreement to defraud the United States or to commit violations of federal law."

Of course, now that the heat is in the ditch with the rain coming the Prosecution now flips back from the 3 element test proposed on August 3, 2009, and offers the proposal they offered on June 2, 2009 with certain significant changes.

They now propose:

> The defendants are charged in Count One with a violation of 18 U.S.C. section 371. **This law makes it a crime to conspire to defraud the United States**.[7]

> To find the defendants guilty of this crime you must be convinced that

---

[7]So, now the object of the conspiracy was to violate section 371?

9

the government has proved each of the following beyond a reasonable doubt:

*First*: **the defendant agreed to defraud the United States**;

*Second*: one of the conspirators engaged in at least one overt act furthering the conspiracy's objective;

*Third*: the defendant knew the essential objective of the conspiracy;

*Fourth*: the defendant knowingly and voluntarily participated;

*Fifth*: there was interdependence among the members of the conspiracy; that is, the members, in some way or manner, intended to act together for their shared mutual benefit within the scope of the conspiracy charged.

A conspiracy or agreement to violate the law, like any other kind of agreement or understanding, need not be formal, written, or even expressed directly in every detail. To prove the existence of a conspiracy or an illegal agreement, the government is not required to produce a written contract between the parties or even produce evidence of an express oral agreement spelling out all of the details of the understanding.

Under the Prosecution theory as of August 11, 2009, if the jury finds the first element they have found the entire conspiracy. How can a purported crime have only one element?[8]

The Prosecution proposes this Court tell the Jury it is a crime to defraud the United States and then asks the Jury to find the Defendants conspired to defraud

---

[8] They accomplished this circular single element crime theory in Count One by evading the Pattern instruction they suggested on June 2, 2009, that controlled Count One, and why they need not provide a bill of particulars as to the object of the conspiracy that this Court then accepted.

the United States as the first element.  See Doc 120-2 (Exhibit A).

Look at how they attempt to keep the object of the conspiracy being some law violated alive.  They conclude after going from 5 elements on June 2, 2009, to 3 elements on August 3, 2009, back to 5 elements on August 11, 2009, albeit different, they now propose:

> A conspiracy or **agreement to violate the law**, like any other kind of agreement or understanding, need not be formal, written, or even expressed directly in every detail. To prove the existence of a conspiracy or an illegal agreement, the government is not required to produce a written contract between the parties or even produce evidence of an express oral agreement spelling out all of the details of the understanding.

See Doc. 120-2(Exhibit A)

There is no provision identified by the Prosecution which makes defrauding the United States prohibited in anyone's theory.   Section 371 makes it a crime to enter into some agreement (conspiracy) to defraud or commit any one of several offenses announced by Congress of the United States in some other "law."

Now the Prosecution wishes this Court to instruct the Jury on the "law" being violated without any identification as to what that agreement or understanding was to violate. We know they argue it was to violate something but they just can't quite put their finger on some specific law.

At best now we know the theory of Count One is to conspire to violate section 371.  A sort of agreed to agree to defraud the IRS.  Section 371 is not one of the offenses intended by the meaning of offense or defraud under section 371.

11

Springer asserts the Government will argue Springer has no case to support his argument that the object of the conspiracy theory in Count One cannot be to violate section 371.   This is what the Grand Jury is alleging and this is not a crime to which Springer or Stilley were given prior public notice of.

Springer will point out in his objections the problems in great detail however he simply shows this Court why he could not comply by August 3, 2009, with this Court's amended order of July 8, 2009, as impacted by the Prosecution's failure to allege a liability statute to which Springer owes any tax whatsoever in its July 14, 2009 submissions, and that instead of this theory against Springer being "easy" it is beyond complicated and is in fact incoherent or impossible.

Its not that the Government would need more time to oppose Springer's Proposed Jury Instructions because they could have no opposition without identifying the provision that makes Springer liable for whatever amount of whatever tax imposed they someday would need to prove Springer owed and knew he owed beyond a reasonable doubt.

Respectfully Submitted
/s/ Lindsey K. Springer
<u>Lindsey K. Springer</u>
5147 S. Harvard, # 116
Tulsa, Oklahoma 74135
918-748-5539/955-8225(cell)

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Lindsey Kent Springer's Reply to the Prosecution's Opposition to Springer's Motion to Reconsider was ecf'd on August 12, 2009, to:

Kenneth P. Snoke,
Charles O'Reilly,
Oscar Stilley

/s/ Lindsey K. Springer
Signature