IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | 09-CR-43-SPF |
| ) | |
| LINDSEY KENT SPRINGER and ) | |
| OSCAR STILLEY, ) | |
| ) | |
| Defendants. ) | |

LINDSEY KENT SPRINGER'S EIGHTH MOTION TO DISMISS
COUNT ONE, TWO, THREE, FOUR, FIVE AND SIX

Lindsey Kent Springer ("Springer") moves to dismiss Counts One, Two, Three, Four, Five and Six, of the Grand Jury Indictment.

1) Springer moves to dismiss Count One for failure to allege the 1st, 2nd, and 5th, elements of a violation of Title 18, Section 371.

2) Springer moves to dismiss Counts Two, Three, Four, Five and Six, based upon failure to allege a tax liability Springer owed according to some specific provision of law within Title 26, United States Code and to which would have triggered section 6011 as identified by the Prosecution in their Bill of Particulars.

3) Springer moves to dismiss Counts Five and Six on the basis the theory of the Prosecution regarding Springer exceeding an "exempt amount" is not established within any code provision cited by the Government's Bill of Particulars.

4) Springer moves to dismiss Counts One through Six on the basis that the Grand Jury was misled by the Prosecution and its witness that Springer was liable

for the payment of some unidentified amount of taxes for tax years 2000 through 2007.

5) Springer moves to dismiss Counts One through Six based upon applying the rule of lenity to an ambiguous statute as to Title 18, Section 371, Title 26, Section 7201 and Title 26, Section 7203.

6) Springer moves to dismiss Counts One through Six based upon Title 18, Section 371, Title 26, Section 7201 and Title 26, Section 7203 being vague and ambiguous, impermissibly vague and arbitrary in enforcement.

A memorandum is filed simultaneously herewith.

Respectfully Submitted
/s/ Lindsey K. Springer
Lindsey K. Springer
5147 S. Harvard, # 116
Tulsa, Oklahoma 74135
918-748-5539/955-8225(cell)

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Lindsey Kent Springer's Eighth Motion to Dismiss was ecf'd on August 12, 2009, to:

Kenneth P. Snoke,
Charles O'Reilly,
Oscar Stilley

/s/ Lindsey K. Springer
Signature