## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.   09-CR-043-SPF |
| | ) | |
| LINDSEY KENT SPRINGER, | ) | |
| OSCAR AMOS STILLEY, | ) | |
| | ) | |
| Defendants. | ) | |

### RESPONSE IN OPPOSITION TO DEFENDANT SPRINGER'S DELINQUENTLY FILED EIGHTH MOTION TO DISMISS

The United States of America, by and through its attorneys, Thomas Scott Woodward, Acting United States Attorney for the Northern District of Oklahoma, and Kenneth P. Snoke, Assistant United States Attorney, and Charles A. O'Reilly, Special Assistant United States Attorney, hereby responds in opposition to Defendant Lindsey Kent Springer's delinquently filed Eighth Motion to Dismiss (doc. no. 123 and 124). By scheduling order dated April 22, 2009, the Court ordered that all motions to dismiss were to be filed by May 15, 2009, with the exception of motions to dismiss on a basis that could not have been reasonably anticipated or factually supported as of May 15, 2009. The Court further ordered that all motions to dismiss that could not have been reasonably anticipated or factually supported as of May 15, 2009, were to be filed no later than August 3, 2009 (doc. no. 43). Defendant Springer filed this Eighth Motion to dismiss on August 12, 2009.

Defendant Springer fails to identify any basis for his motion to dismiss that could not have been anticipated or factually supported as of May 15, 2009. Furthermore, Defendant Springer continues to act in wanton defiance of the Court's scheduling order. The United States hereby enters its general opposition to Defendant Springer's Eighth Motion to Dismiss. Should the Court accept Defendant Springer's motion as filed, the United States requests an extension of time to file a more detailed response as to the merits of Defendant Springer's motion.

Respectfully submitted,

THOMAS SCOTT WOODWARD
ACTING UNITED STATES ATTORNEY

 /s Charles A. O'Reilly
CHARLES A. O'REILLY, CBA No. 160980
Special Assistant U.S. Attorney
KENNETH P. SNOKE, OBA No. 8437
Assistant United States Attorney
110 West Seventh Street, Suite 300
Tulsa, Oklahoma  74119
(918) 382-2700

**CERTIFICATE OF SERVICE**

  I hereby certify that on the 13th day of August 2009, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Lindsey Kent Springer
*Pro se* Defendant

Oscar Amos Stilley
*Pro se* Defendant

Robert Williams
Standby Counsel assigned to Lindsey Kent Springer

Charles Robert Burton, IV
Standby Counsel assigned to Oscar Amos Stilley.

              /s Charles A. O'Reilly
              CHARLES A. O'REILLY, CBA No. 160980
              Special Assistant U.S. Attorney