### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 09-CR-043-SPF |
| ) | |
| LINDSEY KENT SPRINGER, ) | |
| OSCAR AMOS STILLEY, ) | |
| ) | |
| Defendants. ) | |

**ORDER ON DEFENDANT SPRINGER'S MOTION TO RECONSIDER**

Before the court is defendant Lindsey Kent Springer's Motion to Reconsider (doc. no. 118, filed on August 7, 2009.) The government has responded (doc. no. 119), and defendant Springer has replied (doc. no. 122).

The court has carefully considered the motion to reconsider. Having done so, the court concludes that defendant Springer has shown no basis upon which the court might reach a conclusion differing from that set forth in the court's August 6, 2009 order (doc. no. 117) denying defendant Springer's "Motion for Leave to File Out of Time Proposed Jury Instructions," doc. no. 113. Moreover, the court notes that motions to reconsider are rarely appropriate. The motion now before the court is no exception to that general proposition because it advances no argument and no authorities that could not have been laid before the court in the original briefing on the issue addressed by the motion to reconsider. *See, e.g.*, <u>Servants of the Paraclete v. Does</u>, 204 F.3d 1005, at 1012 (10th Cir. 2000) and <u>Van Skiver v. United States</u>, 952 F.2d 1241, 1243 (10th Cir. 1991). For those reasons, and substantially for the reasons set forth in the government's response (doc. no. 119), defendant Springer's Motion

to Reconsider is **DENIED**.  The court notes that trial briefs in this case are due on September 21, 2009.  *See* doc. no. 43.  Any matters of substance which defendant Springer desires to assert may, indeed should, be briefed in his trial brief.

DATED August 17, 2009.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

09-0043p021.wpd