IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 09-CR-43-SPF |
| | ) | |
| LINDSEY KENT SPRINGER and | ) | |
| OSCAR STILLEY, | ) | |
| | ) | |
| Defendants. | ) | |

FIFTH MOTION IN LIMINE (taxes)

Lindsey Kent Springer ("Springer") moves the Court for an order prohibiting the Prosecution in this case from making any insinuation or remark under any circumstances that because of Springer and Stilley the jurors or people in general had to pay more in taxes.

CONCLUSION

Springer request this Court prohibit the Prosecution from presenting any statements or questions or argument that suggests that because of Springer and Stilley the juror or pubic at large paid more taxes.

Respectfully Submitted
/s/ Lindsey K. Springer
<u>Lindsey K. Springer</u>
5147 S. Harvard, # 116
Tulsa, Oklahoma 74135
918-748-5539/955-8225(cell)

1

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Lindsey Kent Springer's Fifth Motion in Limine was ecf'd on September 21, 2009 to:

Kenneth P. Snoke,
Charles O'Reilly,
Oscar Stilley

                /s/ Lindsey K. Springer
                Signature