IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA                                          PLAINTIFF

v.                              Case No. 09-CR-043 SPF

LINDSEY KENT SPRINGER,
OSCAR AMOS STILLEY                                                DEFENDANT

## MOTION FOR SUBPOENAS PURSUANT TO RULE 17(b)

Comes now **OSCAR AMOS STILLEY**[1] by limited special appearance, and not a general appearance, and for his motion states:

1. Oscar Stilley moves the Court to authorize the issuance of subpoenas pursuant to Rule 17(b), with costs to be paid, or alternatively advanced, in the same manner as those subpoenaed by the government.

2. The persons whose attendance is sought, together with their position or other aid to identification, is as follows:

Mark Zokle, former client who testified against Oscar Stilley at disbarment trial

Mark McBride, attorney for Mr. Zokle

Seth Uram, US Attorney prosecuting Mark Zokle

---

[1] It is presumed that the plaintiff is master of his own complaint. This complaint is styled in the name of "**UNITED STATES OF AMERICA**" as opposed to the people thereof, or any grand jury. Plaintiff, whoever that may actually be, named **OSCAR AMOS STILLEY** as a Defendant. Therefore, **OSCAR AMOS STILLEY** has appeared specially and limited, challenging jurisdiction, to defend against the charges to the extent required so to do by the law.

Thomas Baird, Accountant for Mark Zokle who allegedly stole tax deposit money from Zokle

Stark Ligon, Executive Director of the Arkansas Supreme Court Committee on Professional Conduct.

W. H. "Dub" Arnold, Former Arkansas Supreme Court Justice

Tom Glaze, Former Arkansas Supreme Court Justice

Ray Thornton, Former Arkansas Supreme Court Justice

Arkansas Supreme Court Justice Donald Corbin

Arkansas Supreme Court Justice Annabelle Clinton Imber

Arkansas Supreme Court Justice Jim Hannah

Arkansas Supreme Court Justice Robert Brown

US District Court Judge Thomas Eisele

US District Court Judge Jimm Larry Hendren

Sebastian County, Arkansas, Circuit Judge Stephen Tabor

Paul Beran, Chancellor of University of Arkansas at Fort Smith

James Marschewski, former Sebastian County, Arkansas, Circuit Judge, currently a US Magistrate

US District Court Judge Claire Eagan

US District Court Judge Terence Kern

US District Court Judge Gregory Frizzell

US District Court Judge James Payne

US District Court Judge Mary H. Murguia (USDC Phoenix, Arizona) For her a subpoena duces tecum is sought, to require her to bring all records related to the payment of Oscar Stilley's billings as a lawyer at public expense for Patricia Ensign.

3.  Oscar Stilley reserves the right to substitute others in the place of any of these if the Court suggests that there is a better witness by which to obtain the testimony sought.

4.  Other information about such persons including but not limited to addresses, phone numbers, or other information which may be of assistance in issuing and serving summons will be promptly provided on request.

5.  Oscar Stilley lacks the financial resources to subpoena the witnesses named above.

6.  Oscar Stilley has been suspended pending disbarment since December 27, 2007.  This suspension has cut the earning capacity of Oscar Stilley to a small fraction of what it was formerly.

7.  The government has been providing assistance toward the effort to obtain suspension and disbarment, and thus bears at least some responsibility for Oscar Stilley's financial straits.

8.  Oscar Stilley respectfully requests to be heard ex parte upon this request.

9.  The witnesses named, and each of them, have important information that is essential to the defense of this action, especially in light of the 404(b)

disclosures September 10, 2009.

10.    Oscar Stilley incorporates his brief in support of motion filed contemporaneously herewith, which in addition to authorities sets forth a summary of the facts to be elicited from each witness or class of witnesses.

WHEREFORE, Defendant Oscar Stilley respectfully requests that the Court issue the listed subpoenas; for all such other and further relief as may be appropriate whether or not specifically prayed.

Respectfully submitted,

By:    /s/ Oscar Stilley
Oscar Stilley, Attorney at Law
7103 Race Track Loop
Fort Smith, AR 72916
479-996-4109
(866) 673-0176 Fax
oscar@oscarstilley.com

**CERTIFICATE OF SERVICE**

I, Oscar Stilley, by my signature above certify that I have this September 21, 2009, caused the Plaintiff to be served with a copy of this pleading by CM/ECF to: Kenneth P. Snoke, United States Attorney's Office, 110 W 7th Street, Suite 300, Tulsa , OK 74119-1013, ken.snoke@usdoj.gov; Charles A O'Reilly, US Dept of Justice, PO Box 972, Washington , DC 20044, email charles.a.o'reilly@usdoj.gov . Also by email to Lindsey K. Springer at Gnutella@mindspring.com .