# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OKLAHOMA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | Case No. 09-CR-043-SPF |
| LINDSEY KENT SPRINGER and OSCAR AMOS STILLEY, | ) | |
| Defendants. | ) | |

## ORDER

The following motions are set for hearing on October 21, 2009, at 9:00 a.m.:

1. United States' Motion in Limine Regarding Defendants' "Evidence," Argument and "Good Faith" Defense (doc. no. 137);

2. Defendant Springer's First Motion in Limine (Meadors) (doc. no. 144);

3. Defendant Springer's Second Motion in Limine (Stilley) (doc. no. 145);

4. Defendant Springer's Third Motion in Limine (Sixth Amendment) (doc. no. 146);

5. Defendant Springer's Fourth Motion in Limine (illegal tax protestor) (doc. no. 147);

6. Defendant Springer's Fifth Motion in Limine (taxes) (doc. no. 148);

7. Defendant Stilley's Motion in Limine (doc. no. 149);

8. Defendant Springer's Sixth Motion in Limine (Brian Miller) (doc. no. 150); and

9. Defendant Springer's Seventh Motion in Limine (abusive trust and trust) (doc. no. 151).

In addition to hearing arguments with respect to the foregoing motions, the court will likely hear arguments with respect to Rule 404(b) issues, whether or not encompassed by any of the motions which will be argued.

Responses to the motions in limine are due on October 5, 2009, as previously scheduled. No replies will be permitted.

The court may rule on some of these matters before the hearing date.

The pretrial conference will be held on October 21, 2009, following the motion hearing.

Dated this 23rd day of September, 2009.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

09-0043p030.wpd