# UNITED STATES DISTRICT COURT
for the

Northern District of Oklahoma

| United States of America | ) |
| --- | --- |
| v. | ) |
| LINDSEY KENT SPRINGER | ) Case No. |
| OSCAR AMOS STILLEY | ) |
| Defendant | ) 09-CR-043-SPF |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To: Phillip Roberts

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: Page Belcher Federal Building 333 W. Fourth St., 4th Floor, Tulsa, OK | Courtroom No.: Honorable Stephen P. Friot |
| --- | --- |
| | Date and Time: October 26, 2009, 9:30 a.m. |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

Date: 10 September 2009

*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* United States of America, Plaintiff, , who requests this subpoena, are:

Charles A. O'Reilly, Special Assistant United States Attorney and Kenneth P. Snoke, Assistant United States Attorney, 110 West Seventh Street, Suite 300, Tulsa, Oklahoma, (918) 382-2700.

Upon receipt of this subpoena, please contact GAYLA STEWART or FARA BROWN at (918) 382-2700 or 1-888-735-4540 to confirm the date and time of your appearance. **IMPORTANT:** You <u>must</u> bring a photo ID to enter the Courthouse building.

Case No.

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* __Philip Roberts__
was received by me on *(date)* __9/24/09__.

☒ I personally served the subpoena on the individual at *(place)* __302 N. Greenwood Ave., Fort Smith, AR__ on *(date)* __9/28/09__ ; or

☐ I left the subpoena at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the subpoena on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because _____ ; or

☐ Other *(specify)*: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of
$ __—__ .

My fees are $ __—__ for travel and $ __—__ for services, for a total of $ __—__ .

I declare under penalty of perjury that this information is true.

Date: __9/28/09__

__R. David Kimbrough__
*Server's signature*

__R. David Kimbrough__
*Printed name and title*

__4905 Old Greenwood Rd., Fort Smith, AR 72903__
*Server's address*

Additional information regarding attempted service, etc:

Roberts pointed out that his first name only has one "l" in it.