Philip-Eugene: Roberts
℅ 152 N. Greenwood Avenue
[Fort Smith, Arkansas, Near [72901] Republic



UNITED STATES POSTAL SERVICE

U.S. POSTAGE
PAID
SEP 30 09
AMOUNT
$14.12
00005E-01

1000
74119



United States Postal Service
REGISTERED MAIL

RA 383 486 878 US



191/8

Charles A. O'Reily Special Assistant
U.S. Attorney and/or
Kenneth P. Snoke, Assistant U.S. Attorney
110 West Seventh St.
Tulsa, Oklahoma [74119]

Received
OCT 01 2009
US ATTORNEY
N.D. OKLAHOMA



# UNITED STATES DISTRICT COURT

for the

Northern District of Oklahoma

| United States of America | ) | |
|---|---|---|
| LINDSEY KENT SPRINGER | ) | |
| OSCAR AMOS STILLEY | ) | Case No. |
| | ) | |
| _Defendant_ | ) | 09-CR-043-SPF |
| | ) | |

### SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:  Phillip Roberts

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: Page Belcher Federal Building 333 W. Fourth St., 4th Floor, Tulsa, OK | Courtroom No.: Honorable Stephen P. Friot |
|---|---|
| | Date and Time: October 26, 2009, 9:30 a.m. |

You must also bring with you the following documents, electronically stored information, or objects _(blank if not applicable)_:

Date:  10 September 2009
_____

CLERK OF COURT

_____
_Signature of Clerk or Deputy Clerk_

---

The name, address, e-mail, and telephone number of the attorney representing _(name of party)_ _____
United States of America, Plaintiff,  , who requests this subpoena, are:

Charles A. O'Reilly, Special Assistant United States Attorney and Kenneth P. Snoke, Assistant United States Attorney, 110 West Seventh Street, Suite 300, Tulsa, Oklahoma, (918) 382-2700.

Upon receipt of this subpoena, please contact GAYLA STEWART or FARA BROWN at (918) 382-2700 or 1-888-735-4540 to confirm the date and time of your appearance. **IMPORTANT:** You must bring a photo ID to enter the Courthouse building.

Case No.

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the subpoena on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the subpoena at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the subpoena on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because _____ ; or

☐ Other *(specify):* _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

**U.S. Department of Justice**



# Notice to Fact Witness Appearing on Behalf of the United States Government (or Subpoenaed on <u>Behalf of an Indigent Defendant)</u>

The information on this memo **DOES NOT APPLY** to Federal Employees (military or civilian), deportable aliens or to aliens paroled into the United States for prosecution.

**CHECK TO SEE IF ATTENDANCE IS REQUIRED:** Telephone Number: (918) 382-2700 or 1-888-735-4540. Please call this number the **WORKDAY BEFORE** you leave your residence to attend court to verify that your attendance is required. Identify yourself by name and by the case for which you have been subpoenaed. This call is to prevent a wasted trip if the trial has been postponed or canceled.

**ATTENDANCE:** The subpoena tells you where to appear. Before reporting to the courtroom, you must report to the person who called you to have your attendance recorded. You should do this EACH DAY on which you are asked to be in attendance.

**FEE AND ALLOWANCES:** Title 28, United States Code, Section 1821, provides for the following fee and allowances:

    a.    **FEE:** $40 for each day's attendance and REQUIRED travel days.

    b.    **TRANSPORTATION:** Reimbursement for travel by the LEAST EXPENSIVE method reasonably available, INCLUDING TRAVEL TIME, will be made according to the following rules:

        (1)    **LOCAL TRAVEL:** (Within 50 miles of the court) Travel within the local area of the court should be by transit buses and/or subway. If transit buses and/or subway are not available, privately owned vehicle is the preferred method of travel.

        (2)    **INTERMEDIATE TRAVEL:** (50 to 200 miles from court) Travel within 50 to 200 miles from court should be by the MOST ECONOMICAL scheduled common carrier (bus, rail, or plane) available in your area or by privately owned vehicle.

    **NOTE:** Short air trips are frequently more expensive than travel by privately owned vehicle, bus or rail–you MAY be reimbursed as if you traveled by the least expensive method even if you fly.

        (3)    **LONG DISTANCE TRAVEL:** (Over 200 miles from court) Long distance travel will be arranged by the United States Attorney's Office through the Victim-Witness Unit. Please call 1-888-735-4540 to arrange your travel to court.

**PRIVATELY OWNED VEHICLES:** The rates per mile for travel by privately owned vehicles are:

        Motorcycle- 0.52¢    Automobile- 0.55¢    Airplane- $1.24

.

Distances traveled are determined by odometer readings or the Rand McNally Standard Highway Mileage Guide. In addition, NECESSARY tolls, parking fees, tie-down fees, etc., will be paid. If two or more witnesses travel in the same privately owned vehicle, only one reimbursement for mileage will be made. Reimbursement for travel by privately owned vehicle may be limited to the cost of travel by common carrier.

**RENTAL VEHICLES AND OTHER TRANSPORTATION EXPENSES WILL NOT BE REIMBURSED WITHOUT SPECIAL JUSTIFICATION AND APPROVAL IN ADVANCE.**

    c.     **MEALS AND LODGING:** If you are REQUIRED to remain away from your residence OVERNIGHT, you will receive a meals allowance of $22.00 for travel days and $44.00 for full days at court. Lodging arrangements can be made with our office by contacting the person named on your subpoena.

**PAYMENT OF EXPENSES:** Unless arrangements are made by the Victim-Witness Unit, YOU ARE PERSONALLY RESPONSIBLE for the payment of your transportation and lodging expenses.

**RECEIPTS:** Receipts are required for ALL PARKING, transportation, lodging and all other items (excluding meals) costing more than $25.

**APPEARANCE IN ANOTHER CITY: Advance.** If you do not have funds to travel to court, immediately contact the Victim-Witness Unit and request instructions on obtaining funds.

**UNUSUAL EXPENSES:** If you have a medical or family condition requiring additional expenses, IMMEDIATELY contact the Victim-Witness Unit at 1-888-735-4540.

**EXPENSE LISTING:** Please list your expenses and BE SURE TO SAVE YOUR RECEIPTS.

**DISMISSAL:** When you are advised that your attendance is no longer required, you should request information regarding the payment of the fee and allowances. The person requiring your attendance will provide you with a Fact Witness Voucher.

The U.S. Marshals Service will process the Fact Witness Voucher and **MAIL** payment to you. Please make sure to provide the Victim-Witness Unit with your current address and phone number, to ensure that payment will reach you. If you require funds to return home, you must bring this fact to the attention of the Victim-Witness Unit.

## Notary's certification of servicing

The undersigned notary public does hereby certify presentment of the following:

**One.** *Return of defective process by foreign state in the nature of a solemn affirmation on the land (letter rogatory)*

**Two.** *Offer to expand public funds noted "returned without dishonor for cause; nonassumpsit"*

**Three.** *Reference copy of Notaries' certification of servicing*

[ X ] by Registered Mail number RA 383 486 878 US Return Receipt Requested by placing same in a postpaid envelope properly addressed to recipient(s) at the address indicated below for lack of a reasonable expedient *de jure* alternative, and depositing same in an official depository of the United States post office in care of the United States Postal Service corporation this thirtieth day of the ninth month in the Year of Yahweh, two thousand and nine .

Original to:

Charles A. O'Reilly a man occupying the office of Special Assistant United States Attorney and Kenneth P. Snoke, a man occupying the office of Assistant United States Attorney
110 West Seventh Street, Suite 300, Tulsa, Oklahoma, 74119.

**Notice:** The use of the United States Postal Service or any de facto service where reasonable alternatives have been restricted does not comprise and shall not be deemed an act of conversion into de jure service, a privilege, an election to submit to a foreign jurisdiction, a confession to artificial status, or a prayer to a pagan ritual or idol.

State of Arkansas    }
                     } ss.:
County of Crawford   }

WITNESS my hand and official seal.

_Timothy Donavan_          **9-30-09**          [Seal/Stamp]
NOTARY PUBLIC              DATE

TIMOTHY DONAVAN
CRAWFORD COUNTY
NOTARY PUBLIC - ARKANSAS
My Commission Expires February 05, 2016
Commission No 12364347

[Note: Notary Public TIMOTHY DONAVAN is not an attorney licensed to practice law in the state of Arkansas and has not given legal advice or accepted fees for legal advice; provided no assistance in the preparation of the above referenced documents, and has no interest in any issue referenced therein. TIMOTHY DONAVAN is NOT a party to this action and is ONLY acting in an authorized capacity as liaison to communications between the parties.]

### *Courtesy risk disclosure

**The use of a notary public and/or corporate references is a courtesy to prevent injury to U.S. actors and does not and shall not be deemed an election to submit to a foreign jurisdiction, real, imagined or implied, or consent to waive any rights, ownership, title, claim or defenses**



**The Law of the document.**
**Abide before entering.**

---

### - - - Notice - - -

## Confession of judgment

### Co-claimant fee

Trespassers on this private contract agree to accept the privilege of co-claimancy, pay a co-claimant fee established herein of **one million ounces of .999 percent pure one ounce silver specie coinage** per impairment, or trespass, confess judgment jointly and severally on all such fees, consent to all necessary collection and bond-levy procedures, agree to reporting of the unpaid balance as unreported income, suspicious activities and misappropriated funds, and consent to service of all necessary notices of lien, levy, assessment and bond-arrest warrant(s) on any and all underwriters real or imagined, and waive all defenses thereto. Obligations hereunder are not subject to discharge in bankruptcy or other impairment of full and unqualified liability.

---

\* or fiat money at par value solely at the discretion of the acceptor

--- **Notice** ---

## Revocation of Power of Attorney

To spare Respondents liability for compelling the undersigned non-corporate man to cast witness against himself, all powers of attorney, real, imagined or implied presumed to have been granted by the undersigned or his agents in the public venue are hereby revoked. All presumptions that the undersigned natural man standing in *de jure* capacity under the kingdom of Nature's God has knowingly elected to submit to public, corporate, *de facto* or foreign jurisdictions are hereby instantly voided *ab initio*. Any and all subsequent actions regarding the undersigned are undertaken at Respondents full joint and several liability. No contract with or claim against the undersigned by misnomer or other procedural deception exists with Respondents or agents thereof, unless a natural non-corporate man or woman elects to present a verified claim as injured party under penalty of perjury at full commercial/corporeal liability. Trespassers proceed at their own peril.



**under civilian authority**



**Living man seal**

*Private letter rogatory.*
*Not for public filing.*
This seal conveys immunity
from foreign influence,
discretion and trespass.

# Notice

under notary seal

## Return of Defective Process by Foreign State
## Peace Bond in Lieu of Arrest of Bond
in the nature of a solemn affirmation on the land
in the presence of yahuwah

.

| Non-corporate<br>real party<br>in interest: | philip eugene roberts, acting as<br>Philip-Eugene:Roberts<br>c/o 4300 Rogers Avenue<br>Suite 20 Private Mail Box # 315<br>Fort Smith, Arkansas; near [72903] Republic | **SERVICE UNDER NOTARY SEAL**<br>Registered Mail RA 383 486 878 US |
|---|---|---|

Respondents:  DAVID E. O'MEILA *et al* doing business as U.S. ATTORNEY
CHARLES A. O' REILLY *et al* doing business as SPECIAL ASSISTANT U.S. ATTORNEY
KENNETH P. SNOKE *et al* doing business as ASSISTANT U.S. ATTORNEY
CLAIRE EAGEN *et al* doing business as CHIEF JUDGE
PHILIP LUMBARDI *et al* doing business as CLERK OF COURT
JOHN/JANE DOE doing business as OFFICER(S) OF THE COURT
JOHN/JANE DOE doing business as AGENT(S), IRS CID
UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF OKLAHOMA
333 W. Fourth St.
Tulsa, Oklahoma 74109

**Regarding:**  Phillip Roberts, a misnomer
commercial cause/action number  09-CR-043-SPF

The above-noted offer to expand funds under public policy ("Offer") is being returned under sovereign
authority without dishonor for your want of legal authority to issue same to the undersigned.  The
undersigned non-corporate man in natural capacity does not wish to contract with the United States[1] or
be compelled to cast witness against himself in a foreign corporate venue.  He does hereby revoke any
presumed powers of attorney.  He offers this process as his bond of peace in lieu of arresting your bond.
His status as divine property and foreign to your fiction is non-negotiable.  He denies being a corporate
entity.  He invokes your duty to provide safe passage through the United States.  The aforesaid defective
process is noted: "Returned for cause without dishonor; no such person at this location," as will all
subsequent commercial process.  Thank you in advance for your kind consideration and compliance.

Solemnly affirmed, autographed and sealed this thirtieth day of the ninth month, in the year of our Lord, two
thousand nine with nothing but dry land under foot and in sight.

Philip-Eugene:Roberts
non-corporate sovereign-in-fact on the free dry soil of the land
Sebastian, the county
Arkansas, the landed nation

living man seal

---

[1] 28 U.S.C. Sect. 3002 (15) "United States means— (A) a Federal corporation; This courtesy disclosure does not comprise an election to submit.

witness # 1 Sharon Jeanette Hennignson
(printed name)

witness # 2 Albert Joseph Udouj
(printed name)

/s/ *(signature)*

/s/ *(signature)*

state: Arkansas      )
                     ) Solemnly affirmed in truth
county: Crawford     )

I, Timothy Donavan, a notary public, do hereby give testimony that a man known to me to be Philip-Eugene:Roberts did hereby autograph and seal this solemn affirmation on the above prescribed date. I, being a witness for the public hereby place my signature and seal.

*(signature)*
notary public
My commission expires ___2 - 5 - 2018___

TIMOTHY DONAVAN
CRAWFORD COUNTY
NOTARY PUBLIC - ARKANSAS
My Commission Expires February 05, 2018
Commission No. 12364047

[Seal/Stamp]

[Note: Notary Public TIMOTHY DONAVAN is not an attorney licensed to practice law in the state of Arkansas and has not given legal advice or accepted fees for legal advice; provided no assistance in the preparation of the above referenced documents, and has no interest in any issue referenced therein. TIMOTHY DONAVAN is NOT a party to this action and is ONLY acting in an authorized capacity as liaison to communications between the parties.]

## *Courtesy risk disclosure

**The use of a notary public and/or corporate references is a courtesy to prevent injury to U.S. actors and does not and shall not be deemed an election to submit to a foreign jurisdiction, real, imagined or implied, or consent to waive any rights, ownership, title, claim or defenses**