**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.  09-CR-43-SPF |
| ) | |
| LINDSEY KENT SPRINGER, ) | **FILED UNDER SEAL** |
| OSCAR AMOS STILLEY, ) | |
| ) | |
| Defendants. ) | |

## ERRATA NOTICE

The United States Attorneys for the Northern District of Oklahoma gives the Clerk of this Court notice that in Case No. 09-CR-043-SPF, *United States v. Lindsey Kent Springer, et al.* that a Certificate of Service was attached in error to the Ex Parte Petition For Court Order Directing Warrant To Issue For Arrest Of Material Witness Whose Presence May Be Impractical To Secure, (DKT#    ), filed under seal today.  No copy of the filing will be mailed to Defendants or counsel.

                                                Respectfully submitted,

                                                THOMAS SCOTT WOODWARD
                                                Acting United States Attorney

                                                */s/ Charles A. O'Reilly*
                                                CHARLES A. O'REILLY, CBA NO. 160980
                                                Special Assistant United States Attorney
                                                KENNETH P. SNOKE, OBA NO 8437
                                                Assistant United States Attorney
                                                110 West Seventh Street, Suite 300
                                                Tulsa, Oklahoma 74119
                                                (918) 382-2700