# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 09-CR-043-SPF |
| ) | |
| LINDSEY KENT SPRINGER and ) | |
| OSCAR AMOS STILLEY, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Before the court is a motion in limine filed by the United States on September 25, 2009 (doc. no. 160).

The deadline for motions in limine was September 21, 2009. The motion is not accompanied by any request for relief from the schedule.

The motion is **STRICKEN**.

Dated October 8, 2009.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

09-0043p033.wpd