# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OKLAHOMA

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff, | ) |
| vs. | ) Case No. 09-CR-043-SPF |
| LINDSEY KENT SPRINGER and OSCAR AMOS STILLEY, | ) |
| Defendants. | ) |

## ORDER

Before the court is defendant Springer's Fourth Motion for Bill of Particulars (doc. no. 166), filed on September 30, 2009. Although the government's response date was October 7, 2009, no response has been received.

The court notes that the motion was filed after the deadline for motions of this kind. In his motion, defendant Springer asserts, in some detail, the reasons for which he suggests that the motion should be considered on its merits even though not timely filed. The court accepts this unchallenged showing, and accordingly does not strike the motion as having been untimely filed.

Having reviewed the motion, the court concludes that the motion should be granted to the following extent:

**THE GOVERNMENT IS DIRECTED** to filed a supplemental bill of particulars, not later than October 19, 2009, specifying the "regulations thereunder"

(*see* government's trial brief, doc. no. 138, at p. 12) specifically relied upon by the government in this case as specifying events triggering an obligation to file a return.[1]

Dated October 8, 2009.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

09-0043p034.wpd

---

[1] In defendant Springer's motion, he cites page 20 of the government's trial brief as the page where the reference to "and regulations thereunder" appears. Motion, at 4. However, the only place in the government's trial brief that that phrase appears is page 12.