IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | Case No. 09-CR-043-SPF |
| v. | ) | |
| | ) | FILED UNDER SEAL |
| LINDSEY KENT SPRINGER, | ) | |
| OSCAR AMOS STILLEY, | ) | |
| Defendants. | ) | |

## EX PARTE ORDER TO ISSUE WARRANT
## FOR ARREST OF A MATERIAL WITNESS

Upon the petition of the United States Attorney for the Northern District of Oklahoma, and having read the Ex Parte Petition for Court Order Directing Warrant to Issue for Arrest of a Material Witness Whose Presence May Be Impractical to Secure, filed by Charles A. O'Reilly, Special Assistant U.S. Attorney, together with the affidavit of Brian M. Shern, Special Agent, Internal Revenue Service, and attachments, asking the Court to issue an arrest warrant for a material witness, Philip Eugene Roberts, and the Court having considered the petition, affidavit and attachments, finds:

1. The Office of the United States Attorney for the Northern District of Oklahoma is prosecuting *United States v. Lindsey Kent Springer and Oscar Amos Stilley*, 09-CR-043-SPF, a matter alleging violations of Title 18, United States Code Section 371, and Title 26, United States Code Sections 7201 and 7203.

2. The witness, Philip Eugene Roberts, has been duly subpoenaed to testify in this case on September 28, 2009, and has indicated that he will not appear before this District Court as ordered on October 26, 2009.

3. The testimony of the witness, Philip Eugene Roberts, is material to the criminal proceeding, and

4. It has been shown that it may become impractical to secure the presence of the witness, Philip Eugene Roberts, by subpoena.

IT IS THEREFORE ORDERED that the Clerk of this Court issue a warrant for the arrest of Philip Eugene Roberts, and the United States Marshal shall take Philip Eugene Roberts into custody, and hold in custody, until further order of this Court.

DATED this 8th day of October, 2009.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

Prepared By:

Charles A. O'Reilly, CBA No. 160980
Special Assistant United States Attorney
United States Attorney's Office
110 W. Seventh St., Suite 300
Tulsa, Oklahoma 74119
(918) 382-2700

09-0043p035.PO.wpd