**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | No.   09-CR-43-SPF |
| | ) | |
| **LINDSEY KENT SPRINGER,** | ) | |
| **OSCAR AMOS STILLEY,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## NOTICE

Comes now the Plaintiff, the United States of America, by and through Thomas Scott Woodward, Acting United States Attorney, Kenneth P. Snoke, Assistant U.S. Attorney, and Charles A. O'Reilly, Special Assistant U.S. Attorney, and gives the Court the following notice with respect to its Order (Doc. 178) to take the deposition of Vikki Lynn Wiggins, pursuant to Rule 15, Federal Rules of Criminal Procedure.

Arrangements have been made (at Government expense) for Government counsel, a case agent, the defendants and their standby counsel to fly to Los Angeles on Thursday, October 15, 2009, and to overnight at hotels near to the airport. The deposition of Ms. Wiggins is scheduled to begin at 9:00 am on Friday, October 16, 2009, at her home, which is about a 40 minute drive from the airport. Return flights to Tulsa have also been booked for Government counsel, the case agent, the defendants and for Mr. Williams on Friday afternoon. Mr. Burton's return flight

is on Sunday, at his request.

                Respectfully submitted,

                THOMAS SCOTT WOODWARD
                Acting United States Attorney

                /s/ *Kenneth P. Snoke*
                KENNETH P. SNOKE, OBA NO 8437
                Assistant United States Attorney
                CHARLES A. O'REILLY, CBA NO. 160980
                Special Assistant United States Attorney
                110 West Seventh Street, Suite 300
                Tulsa, Oklahoma 74119
                (918) 382-2700