**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **Plaintiff,** | ) ) ) | |
| v. | ) ) | No.   09-CR-43-SPF |
| **LINDSEY KENT SPRINGER,** **OSCAR AMOS STILLEY,** | ) ) ) | |
| **Defendants.** | ) ) | |

## ERRATA NOTICE

The United States Attorneys for the Northern District of Oklahoma gives the Clerk of this Court notice that in Case No. 09-CR-043-SPF, *United States v. Lindsey Kent Springer, et al.* that a Certificate of Service was not attached in error to the Notice, (DKT#189), filed today. Attached to this Notice is the Certificate of Service for the Notice (DKT#189) in the above-mentioned case.

Respectfully submitted,

THOMAS SCOTT WOODWARD
Acting United States Attorney

/s/ *Kenneth P. Snoke*
KENNETH P. SNOKE, OBA NO 8437
Assistant United States Attorney
CHARLES A. O'REILLY, CBA NO. 160980
Special Assistant United States Attorney
110 West Seventh Street, Suite 300
Tulsa, Oklahoma 74119
(918) 382-2700

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of October 2009, I electronically transmitted the foregoing document and (Dkt#189) to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Lindsey Kent Springer
lindsey@mindspring.com
Defendant

Oscar Amos Stilley
oscar@oscarstilley.com
Defendant

Robert Williams
law@trsvlaw.com
Standby Counsel assigned to Lindsey Kent Springer

Charles Robert Burton, IV
RobtBurton@aol.com
Standby Counsel assigned to Oscar Amos Stilley.

/s/ *Kenneth P. Snoke*
Assistant U.S. Attorney