# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF OKLAHOMA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | Case No. 09-CR-0043-SPF |
| LINDSEY KENT SPRINGER and OSCAR AMOS STILLEY, | ) | |
| Defendants. | ) | |

## ORDER

Defendant Springer's "Motion to Reconsider or to Clarify," filed September 30, 2009, is before the court. (Doc. nos. 167 and 169.) The government has not responded to the motion. The motion raises no issues that have not been ruled upon previously. The basis of the court's rulings has already been set out. Accordingly, the motion is **DENIED**.

Dated this 13th day of October, 2009.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

09-0043p037.wpd