# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA,    )
    )
       Plaintiff,    )
    )
vs.    )    Case No. 09-CR-0043-SPF
    )
LINDSEY KENT SPRINGER and    )
OSCAR AMOS STILLEY,    )
    )
       Defendants.    )

## ORDER

Before the court is defendant Springer's Emergency Motion Regarding Rule 15 Deposition Travel (doc. no. 196), filed on October 14, 2009.

The court has carefully considered the motion and the exhibits. In particular, the court has paid close attention to the assurances set forth in exhibit 8 to the motion.

On the basis of the court's careful consideration of the motion and the exhibits, the court concludes that the motion should be, and hereby is, **DENIED**.

Dated October 14, 2009.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

09-0043p039.wpd