# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> LINDSEY KENT SPRINGER and ) <br> OSCAR AMOS STILLEY, ) <br> ) <br> Defendants. ) | Case No. 09-CR-0043-SPF |

## ORDER

Before the court is defendant Springer's "Motion to Compel Clerk of Court to Comply with 28 U.S.C. Section 1867(f) and Test v. United States, 420 U.S. 28, 30 (1975)," doc. no. 179, filed on October 6, 2009. The government has responded to the motion. *See* doc. no. 198, filed on October 14, 2009.

The court has carefully considered the motion and the response. The court concludes that the motion should be granted as set forth below.

Defendant Springer's Motion to Compel Clerk of Court to Comply [etc.] is **GRANTED** to the following extent: The clerk of the court is directed forthwith to make available to the defendant Lindsey Springer, at the office of the court clerk, the following documents:

1. A copy of the Northern District jury plan dated November, 2008.

2. A copy of the Northern District JMS Pool Selection Report for the September-October, 2009 petit jury pool, which shall reflect the juror number, the names of the petit jurors, the city or municipality in which each juror resides, the appearance date, the division code, and the source (voter registration list or driver's license roll).

The parties and their counsel, and all persons acting by, through, under or at the instance of the parties or their counsel, and all other persons (other than court personnel) having notice of this order are **ORDERED** not to contact or communicate, directly or indirectly, with any person listed on the Pool Selection Report. In the event that any party believes that it is or may be necessary to contact any person listed on the Pool Selection Report for reasons unrelated to the fact that the person's name appears on the Pool Selection Report, the party desiring to make such contact may file a motion with the court seeking authorization to make such contact, and giving full particulars, including a sworn statement sufficient to establish that there is a need to contact such person independent of the fact that the person's name appears on the Pool Selection Report. If necessary, such motion may be filed under seal.

Dated October 16, 2009.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

09-0043p040.wpd