# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.  09-CR-043-SPF |
| | ) | |
| v. | ) | **FILED UNDER SEAL** |
| | ) | |
| LINDSEY KENT SPRINGER, | ) | |
| OSCAR AMOS STILLEY, | ) | |
| | ) | |
| Defendants. | ) | |

### EMERGENCY EX PARTE MOTION TO UNSEAL MATERIAL WITNESS WARRANT APPLICATION AND ORDER AND ISSUE PROTECTIVE ORDER

COMES now Plaintiff, United States of America, by and through Thomas Scott Woodward, Acting United States Attorney for the Northern District of Oklahoma, and Kenneth P. Snoke, Assistant United States Attorney and Charles A. O'Reilly, Special Assistant United States Attorney, and moves this Honorable Court for an Order authorizing the limited unsealing of the Government's Ex Parte Petition for Court Order Directing a Warrant to Issue for Arrest of Material Witness whose Presence may be Impractical to Secure (Doc. 181), filed October 7, 2009, with attachments, and this Court's Ex Parte Order to Issue Warrant for Arrest of a Material Witness (Doc. 186), filed October 8, 2009, both of which pertain to subpoenaed witness Philip Eugene Roberts.  This Order is sought for the limited purposes of providing these documents to Roberts' counsel;  a protective order should be issued to restrict parties from providing or disclosing these documents to any other party. This request is made for the following reasons:

1. The undersigned have been informed by the United States Attorney's Office in Ft. Smith, Arkansas, that Philip Eugene Roberts was apprehended by the U.S. Marshal in that district on the morning of October 20, 2009, and will make his initial appearance before the Magistrate Judge in that district at 2:00 p.m., on this date.

2. At that hearing, there has been a request that the Public Defender and Roberts be provided with a copy of the above noted documents, in order to properly respond to them at Roberts' first appearance.

3. Since Roberts is making the request, there is no reason for a general unsealing of these documents.

WHEREFORE, for the foregoing reasons, the Plaintiff requests that Government's Ex Parte Petition for Court Order Directing a Warrant to Issue for Arrest of Material Witness whose Presence may be Impractical to Secure (Doc. 181), filed October 7, 2009, with attachments, and this Court's Ex Parte Order to Issue Warrant for Arrest of a Material Witness (Doc. 186), filed October 8, 2009, be ordered unsealed for the limited purpose of providing these documents to Roberts and his counsel, and that a protective order be issued to restrict those parties to whom the documents are provided from disclosing those

documents to any other party, and for any other purpose than the first appearance of Roberts before the Magistrate in Ft. Smith, Arkansas, on the Material Witness warrant.

Respectfully submitted,

THOMAS SCOTT WOODWARD
ACTING UNITED STATES ATTORNEY


*/s/ Kenneth P. Snoke*
KENNETH P. SNOKE
Assistant United States Attorney
CHARLES A. O'REILLY
Special Assistant United States Attorney
110 West Seventh Street, Suite 300
Tulsa, Oklahoma  74119
(918) 382-2700