## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.   09-CR-043-SPF |
| ) | |
| LINDSEY KENT SPRINGER, ) | **FILED UNDER SEAL** |
| OSCAR AMOS STILLEY, ) | |
| ) | |
| Defendants. ) | |

### ORDER [Dkt. 202]

GOOD CAUSE APPEARING in the Ex-Parte Motion by the United States for a limited unsealing Order as to documents 181 and 186, for the limited purpose of providing these documents to Roberts' counsel in Ft. Smith, Arkansas, for Roberts appearance before a magistrate on the Material Witness warrant charge.

IT IS HEREBY ORDERED that documents 181 and 186 in the above-captioned case be unsealed for the limited purpose of providing those copies to Roberts and his counsel for his appearance in Ft. Smith, Arkansas.

IT IS FURTHER ORDERED that copies of those documents be provided only to Philip Eugene Roberts and his counsel, and the parties are ordered not to provide or disclose these documents to any other party, without further order of the Court.

DATED this 20th day of October, 2009.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

09-0043p041.PO.wpd