# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

USA

                    Plaintiff(s),        Case Number: 09-CR-043-JHP

vs.                                   Proceeding: Motion Hearing

Lindsey Springer, Oscar Stilley          Date: 10/21/2009
                      Defendant(s).

## MINUTE SHEET

Stephen P Friot, U.S. District Judge      P. Lynn, Deputy Clerk      Tracy Washbourne, Reporter

Counsel for Plaintiff: Ken Snoke, Charles O'Reilly

Counsel for Defendant: Pro se, standby counsel Robert Burton, Robert Scott Williams (CJA)


Minutes: Case called for Motion hearing.

- Springer's 6th Motion in Limine (#150) heard and denied. Springer moves to have witness Mr. Miller excluded from courtroom for hearing and trial. Court denies same.

- Springer's Emergency Motion re: Witness (#159) heard and denied.

- Springer's 1st Motion in Limine (#144) heard and denied.

- Springer's 2nd Motion in Limine (#145) and Stilley's Motion in Limine (#149)  heard, ruling deferred pending James hearing to be held after jury selection on Monday

- Springer's 3rd Motion in Limine (#146) heard and denied in part, deferred until trial in part.

- Springer's 4th Motion in Limine (#147) re: use of "tax protester" term (#147) heard and denied, but Court will address matter if used during trial.

- Springer's 5th Motion in Limine (#148) has no objection and is granted.

- Springer's 7th Motion in Limine (#151) re: "abusive trust" heard and denied.

- Stilley's Adopted  Motions in Limine (#155) have identical rulings as above

- Govt's Motion in Limine (#137) heard and denied in part, granted in part.

- Govt's R404b notice heard and ruled on.

Pretrial Conference portion:

- Court addresses Daubert hearing issue and will schedule hearing to begin at 5:30, on a date to be determined later.

- Court orders Dkt #202 and 203 be provided to Defendants.

- Court orders #204 and #205 Granted.
- Stilley's Motion (#206) re: Vikki Wiggins transcript heard and granted and transcript shall be electronically submitted to courtroom deputy and remark made on docket sheet. Defendants will have 3 calendar days after that to file a Motion to Suppress.
- As to trial schedule, there will be no trial on Friday, 11/6/09.  Parties will be given 30 minutes a piece for opening statements.  Trial should normally be 9:00-5:00 with breaks. ETT three weeks.
- Court reviews docket call announcements, courtroom procedures and exhibit procedures.
- Court discusses Jury Instructions with parties.
- Court addresses Counts 3 and 4 as to Defendant Stilley.
- Court discusses jury selection: seats 28, 12 jurors with 2 alternates. Parties can waive last peremptory to be the alternates.  Court will conduct entire voir dire.  Parties may file proposed voir dire questions by Friday.

## Court Time

| Motion Hearing | Pretrial Conf |
|---|---|
| 9:05-10:30 | 11:30-12:35 |
| 10:50-11:30 | 1:30-2:15 |
| 2'15" | 2:20-2:45 |
| | 2'10" |