## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No.    09-CR-043-SPF |
| v. | ) | |
| | ) | |
| LINDSEY KENT SPRINGER, | ) | |
| OSCAR AMOS STILLEY, | ) | |
| | ) | |
| Defendants. | ) | |

### UNITED STATES' PROPOSED VOIR DIRE

The United States of America, by and through its attorneys, Thomas Scott Woodward, Acting United States Attorney for the Northern District of Oklahoma, and Kenneth P. Snoke, Assistant United States Attorney, and Charles A. O'Reilly, Special Assistant United States Attorney, hereby requests the Court include the following questions in its examination of prospective jurors, pursuant to Fed. R. Crim. P. 24(a).

1.      This case involves alleged criminal violations of the Internal Revenue Code. This is not a civil proceeding. Is there anything about this type of case that would make you hesitate to sit on a jury?

2.      At the end of this case, I will instruct you on the laws applicable to this case which includes certain provisions of Federal criminal laws. Will any of you have any difficulty accepting and applying these laws as given to you?

3.      Would any of you have difficulty passing judgment against another person?

4.      Do any of you hold strong personal or philosophical feelings about the tax system of the United States? If so, what are those feelings?

5.      Are any of you self-employed?

6. Have any of you, your relatives or close friends, to the best of your knowledge, had any direct dealings with the Internal Revenue Service, such as a civil audit, collection activity, or criminal investigation, or had contact with Internal Revenue Service personnel?

7. If any member of the jury panel answers affirmatively to question number 6, please ask the prospective juror to answer the following questions:

a. When did this occur?

b. What was the nature of the interaction?

c. Were you or the person involved satisfied with how the Internal Revenue Service handled the matter?

d. Were the Internal Revenue Service employees fair and courteous?

e. Do you have any feelings or opinions about the Internal Revenue Service as a result of this that would impact your ability to impartially serve as a juror in this case?

The United States requests leave to supplement these questions as may be necessitated by the answers of prospective jurors.

Respectfully submitted,

THOMAS SCOTT WOODWARD
ACTING UNITED STATES ATTORNEY

 */s/ Charles A. O'Reilly*                                 
CHARLES A. O'REILLY, CBA NO. 160980
Special Assistant U.S. Attorney
KENNETH P. SNOKE, OBA NO. 8437
Assistant United States Attorney
110 West Seventh Street, Suite 300
Tulsa, Oklahoma  74119
(918) 382-2700

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of October 2009, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Lindsey Kent Springer
Defendant

Oscar Amos Stilley
Defendant

Robert Williams
Standby Counsel assigned to Lindsey Kent Springer

Charles Robert Burton, IV
Standby Counsel assigned to Oscar Amos Stilley.


*/s/ Charles A. O'Reilly*                                    
Special Assistant U.S. Attorney