IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA                                        PLAINTIFF

v.                               Case No. 09-CR-043 SPF

LINDSEY KENT SPRINGER,
OSCAR AMOS STILLEY                                              DEFENDANT

## MOTION TO QUASH TESTIMONY OF VIKKI WIGGINS

Comes now **OSCAR AMOS STILLEY**[1] by limited special appearance, and not a general appearance, and for his motion states:

1. The testimony of Vikki Wiggins was taken by deposition October 16, 2009.

2. The testimony showed that Ms. Wiggins was not the source of any of the funds conveyed to Mr. Springer, with respect to which she testified.

3. The testimony showed that Ms. Wiggins had no authority to authorize the payment of funds in the amount actually conveyed, for any reason.

4. The testimony failed to show that Ms. Wiggins had personal knowledge of the reasons for the transfers of funds to Mr. Springer.

---

[1] It is presumed that the plaintiff is master of his own complaint. This complaint is styled in the name of "**UNITED STATES OF AMERICA**" as opposed to the people thereof, or any grand jury. Plaintiff, whoever that may actually be, named **OSCAR AMOS STILLEY** as a Defendant. Therefore, OSCAR AMOS STILLEY has appeared specially and limited, challenging jurisdiction, to defend against the charges to the extent required so to do by the law.

5. A supporting brief is supplied herewith, setting forth testimony sufficient to show that Vikki Wiggins is not a competent witness as to the testimony that she proffered.

WHEREFORE, Defendant Oscar Stilley respectfully requests that the Court quash the testimony of Ms. Wiggins; and such other relief as may be appropriate whether or not specifically prayed.

Respectfully submitted,

By: /s/ Oscar Stilley
Oscar Stilley, Attorney at Law
7103 Race Track Loop
Fort Smith, AR 72916
(479) 996-4109
(866) 673-0176 Fax
oscar@oscarstilley.com

**CERTIFICATE OF SERVICE**

I, Oscar Stilley, by my signature above certify that I have this October 24, 2009, caused the Plaintiff to be served with a copy of this pleading by CM/ECF to: Kenneth P. Snoke, United States Attorney's Office, 110 W 7th Street, Suite 300, Tulsa , OK 74119-1013, ken.snoke@usdoj.gov; Charles A O'Reilly, US Dept of Justice, PO Box 972, Washington , DC 20044, email charles.a.o'reilly@usdoj.gov . Also by email to Lindsey K. Springer at Gnutella@mindspring.com .