IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.   09-CR-043-SPF |
| ) | |
| LINDSEY KENT SPRINGER, ) | |
| OSCAR AMOS STILLEY, ) | |
| ) | |
| Defendants. ) | |

**UNITED STATES' NOTICE REGARDING DEFENDANTS' DISCOVERY**

The United States of America, by and through its attorneys, Thomas Scott Woodward, Acting United States Attorney for the Northern District of Oklahoma, and Kenneth P. Snoke, Assistant United States Attorney, and Charles A. O'Reilly, Special Assistant United States Attorney, hereby provides notice to the Court that as of the filing of this notice, Defendants have provided no discovery to the United States despite have received reciprocal discovery requests.

During the deposition of Ms. Vikki Wiggins on October 16, 2009, Defendant Springer offered exhibits without having provided copies of the exhibits to opposing counsel.[1] Defendant Springer requested breaks during the deposition in order to retrieve exhibits from his car, and would then present these exhibits to the witness without ever having shown them to the United States. Furthermore, despite offering Defendant's

---

[1] On the morning of the deposition, Defendant Springer tendered approximately ten documents without exhibit numbers to the United States with respect to Ms. Wiggins. However, many of the exhibits offered by Defendant Springer were never provided to the United States.

Exhibits 9 and 10 during the deposition, Defendant Springer failed to provide these exhibits to the Court Reporter. Defendant Springer did provide the Court Reporter with copies of Defendant's Exhibits 1 through 8 and 11 through 12. The United States first received marked copies of Defendant's Exhibits 1 through 8 and 11 through 12 when the United States received the deposition transcript and exhibits from the Court Reporter on Wednesday, October 21, 2009.

The United States files this notice to make the Court aware that the prosecuting attorneys may need more time than usual to review Defendants' exhibits when and if exhibits are offered during trial.

          Respectfully submitted,

          THOMAS SCOTT WOODWARD
          ACTING UNITED STATES ATTORNEY

          */s/ Charles A. O'Reilly*
          CHARLES A. O'REILLY, CBA NO. 160980
          Special Assistant U.S. Attorney
          KENNETH P. SNOKE, OBA NO. 8437
          Assistant United States Attorney
          110 West Seventh Street, Suite 300
          Tulsa, Oklahoma  74119
          (918) 382-2700

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 26th day of October 2009, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Lindsey Kent Springer
Defendant

Oscar Amos Stilley
Defendant

Robert Williams
Standby Counsel assigned to Lindsey Kent Springer

Charles Robert Burton, IV
Standby Counsel assigned to Oscar Amos Stilley.

                                                   */s/ Charles A. O'Reilly*
                                                   Special Assistant U.S. Attorney