IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 09-CR-43-SPF |
| ) | |
| LINDSEY KENT SPRINGER and ) | |
| OSCAR STILLEY, ) | |
| ) | |
| Defendants. ) | |

MOTION TO JOIN REGARDING SUPPRESSION OF WIGGINS TESTIMONY

Lindsey Kent Springer ("Springer") moves to join Stilley's Motion regarding the suppression of Vikki Wiggins testimony for the same reasons given by Stilley.

CONCLUSION

Therefore, Springer respectfully requests the Court order the suppression of Vikki Wiggins trial testimony for the reason stated in Stilley's Motion to Suppress.

Respectfully Submitted
/s/ Lindsey K. Springer
Lindsey K. Springer
5147 S. Harvard, # 116
Tulsa, Oklahoma 74135
918-748-5539/955-8225(cell)

1

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Lindsey Kent Springer's Motion to Join Stilley's Motion to Suppress by the Prosecution was ecf'd on October 26, 2009, to:

Kenneth P. Snoke,
Charles O'Reilly,
Oscar Stilley

/s/ Lindsey K. Springer
Signature