IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>LINDSEY KENT SPRINGER, )<br>OSCAR AMOS STILLEY, )<br>)<br>Defendants. ) | Case No. 09-CR-043-SPF |

**ORDER**

Before the court is the Government's Motion to Order Material Witness Philip Eugene Roberts to remain in custody until such time as his testimony is completed or until October 27, 2009. Said motion is **GRANTED**.

DATED October 27, 2009.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

09-0043p043.PO.wpd