BEFORE THE GRAND JURY OF THE
UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

IN THE MATTER

OF

LINDSEY SPRINGER AND OSCAR STILLEY

TESTIMONY OF JUDITH RAE PATTERSON

TAKEN IN TULSA, OKLAHOMA

ON OCTOBER 6, 2004

APPEARING:   DOUGLAS HORN
             MELODY NELSON
             Assistant U.S. Attorney
             NORTHERN DISTRICT OF OKLAHOMA
             110 West 7th Street, Suite 300
             Tulsa, Oklahoma  74119

REPORTED BY:  TINA L. HALE, CSR, RPR

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA,      )
                               )    Received
          Plaintiff,           )    DEC 1 6 2002
                               )    US ATTORNEY
vs.                            )    N. D. OKLAHOMA
                               )
EDDY PATTERSON,                )
                               )
          Defendant.           )

TESTIMONY TAKEN

BEFORE THE GRAND JURY

IN TULSA, OKLAHOMA

ON DECEMBER 3, 2002

APPEARING:        Melody Nelson
                  Doug Horn
                  Assistant U.S. Attorneys
                  NORTHERN DISTRICT OF OKLAHOMA
                  333 West Fourth Street
                  Tulsa, OK 74103

          REPORTED BY:   DAVID BUCK, CSR

D&R REPORTING & VIDEO, INC.



ROBINSON RENAISSANCE                MID-CONTINENT TOWER
119 N. Robinson, Suite 650          401 South Boston, Suite 310
Oklahoma City, Oklahoma 73102       Tulsa, Oklahoma 74103
405-235-4106                        918-599-0507

1-800-771-1500
DandR4106@aol.com