IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.   09-CR-043-SPF |
| | ) | |
| LINDSEY KENT SPRINGER, | ) | |
| OSCAR AMOS STILLEY, | ) | |
| | ) | |
| Defendants. | ) | |

### UNITED STATES' NOTICE WITH RESPECT TO THE COURT'S PROPOSED JURY INSTRUCTION REGARDING GIFTS – MINISTER

The United States of America, by and through its attorneys, Thomas Scott Woodward, Acting United States Attorney for the Northern District of Oklahoma, and Kenneth P. Snoke, Assistant United States Attorney, and Charles A. O'Reilly, Special Assistant United States Attorney, hereby provides the following notice with respect to the Court's proposed jury instruction regarding Gifts – Minister. The United States has two recommended changes to the proposed instruction.

In the third paragraph, the proposed jury instruction states the following: "Voluntary contributions, when received and retained by the minister, are income to him. Payments made to a minister as compensation for his services also constitute income to him." The United States believes that the following phrasing would be more consistent with the remainder of the Court's proposed instruction: Voluntary contributions, when received and retained by the minister, *may*

*be* income to him. Payments made to a minister as compensation for his services constitute income to him.

In the fifth paragraph of the Court's proposed instruction, the second sentence currently reads: "Where the person transferring the money did not act from any sense of generosity, but rather to secure goods, services or some other such benefit for himself, there is no gift." As written, the instruction appears to limit income to payments directly from the beneficiary of the services. The United States recommends adding the phrase "or for another," so that the sentence reads: "Where the person transferring the money did not act from any sense of generosity, but rather to secure goods, services or some other such benefit for himself *or for another*, there is no gift."

In all other respects, the United States agrees with the Court's proposed jury instruction.

Respectfully submitted,

THOMAS SCOTT WOODWARD
ACTING UNITED STATES ATTORNEY


 */s/ Charles A. O'Reilly*
CHARLES A. O'REILLY, CBA NO. 160980
Special Assistant U.S. Attorney
KENNETH P. SNOKE, OBA NO. 8437
Assistant United States Attorney
110 West Seventh Street, Suite 300
Tulsa, Oklahoma 74119
(918) 382-2700

**CERTIFICATE OF SERVICE**

I hereby certify that on the 3rd day of November 2009, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Lindsey Kent Springer
Defendant

Oscar Amos Stilley
Defendant

Robert Williams
Standby Counsel assigned to Lindsey Kent Springer

Charles Robert Burton, IV
Standby Counsel assigned to Oscar Amos Stilley.

*/s/ Charles A. O'Reilly*
Special Assistant U.S. Attorney