IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA,    )
                             )
         Plaintiff,          )
                             )
    vs.                      ) Case No. 09-R-043-SPF
LINDSEY KENT SPRINGER, and   )
OSCAR AMOS STILLEY,          )
                             )
         Defendants.         )

## ORDER

The United States Marshal is hereby ordered to produce Michael Burt and Denny Patridge **FORTHWITH** in the United States District Court for the Northern District of Oklahoma, 224 S. Boulder Ave., Courtroom 3, Tulsa, Oklahoma.

Entered this 5th day of October, 2009.

Honorable Stephen P. Friot
United States District Court Judge