## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

**UNITED STATES OF AMERICA**                                        **PLAINTIFF**

**v.**                          **Case No. 09-CR-043 SPF**

**LINDSEY KENT SPRINGER,**
**OSCAR AMOS STILLEY**                                            **DEFENDANT**

### ADOPTION OF DOCKET 236, SPRINGER'S PROPOSED JURY INSTRUCTIONS

Comes now **OSCAR AMOS STILLEY**[1] by limited special appearance, and
not a general appearance, and for his adoption of the jury instructions proposed
by Lindsey Springer in Docket 236 states:

Undersigned has read the pleading filed as docket #236, proposing
certain jury instructions, and adopts those instructions as his own.


WHEREFORE, Defendant Oscar Stilley respectfully adopts the request for
jury instructions as proposed by Lindsey Springer in docket #224; and also
requests such other relief as may be appropriate whether or not

---

[1]     It is presumed that the plaintiff is master of his own complaint.  This
complaint is styled in the name of "**UNITED STATES OF AMERICA**" as opposed to
the people thereof, or any grand jury.  Plaintiff, whoever that may actually be,
named **OSCAR AMOS STILLEY** as a Defendant.  Therefore, OSCAR AMOS
STILLEY has appeared specially and limited, challenging jurisdiction, to
defend against the charges to the extent required so to do by the law.

specifically prayed.

Respectfully submitted,

By:____/s/ Oscar Stilley_____
Oscar Stilley, Attorney at Law
7103 Race Track Loop
Fort Smith, AR 72916
(479) 996-4109
(866) 673-0176 Fax
oscar@oscarstilley.com

## CERTIFICATE OF SERVICE

I, Oscar Stilley, by my signature above certify that I have this November 8, 2009, caused the Plaintiff to be served with a copy of this pleading by CM/ECF to: Kenneth P. Snoke, United States Attorney's Office, 110 W 7th Street, Suite 300, Tulsa , OK 74119-1013, ken.snoke@usdoj.gov; Charles A O'Reilly, US Dept of Justice, PO Box 972, Washington , DC 20044, email charles.a.o'reilly@usdoj.gov . Also by email to Lindsey K. Springer at Gnutella@mindspring.com .