# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

USA

        Plaintiff(s)

vs.                                                      Case Number:    09-CR-43-SPF

Lindsey Springer, Oscar Stilley

        Defendant(s)

## WITNESS LIST FOR TRIAL/HEARING

| No | Name | Date/Time of Testimony |
|---|---|---|
| 1 | Erika Dirtien | 11/5 4:20 |
| 2 | Paul Stumpo | 11/9 9:05 |
| 3 | Patrick Turner | 11/9 10:20 |
| 4 | Richard Marrs | 11/9 1:20 |
| 5 | Michael Burt (previously sworn) | 11/9 1:45 |
| 6 | Denny Patridge (previously sworn) | 11/9 2:15 |
| 7 | Brian Shern (previously sworn) | 11/9 2:30 |
| 8 | Oscar Stilley | 11/9 4:05 |
| 9 | Lindsey Springer | 11/10 2:40 |
|   |   |   |
|   |   |   |
|   |   |   |
|   |   |   |
|   |   |   |
|   |   |   |
|   |   |   |
|   |   |   |
|   |   |   |