IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA — PLAINTIFF

v. — Case No. 09-CR-043 SPF

LINDSEY KENT SPRINGER,
OSCAR AMOS STILLEY — DEFENDANT

## EXHIBIT LIST FOR DEFENDANTS

| Honorable Stephen Friot, United States District Judge | Charles O'Reilly, Special Assistant US Attorney Kenneth Snoke, Assistant US Attorney | Lindsey Springer, Pro se Oscar Stilley, Pro se |
|---|---|---|
| **Trial Date** October 26, 2009 - _______ | **Court Reporter** | **Courtroom Deputy** |

| PLF. NO. | DEF. NO. | DATE OFFERED | ~~MARKED~~ | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | |
| 1. | | 10/29 | ✓ | ✓ | Wiggins and God letter dated 8.2.01 |
| 2. | | ↓ | ↓ | ✓ | Wiggins urgent request for return of money 8.09.01 |
| 3. | | ↓ | ↓ | ✓ | Wiggins urgent request for return of money 8.10.01 |
| 4. | | ↓ | ↓ | ✓ | Garlin Privilege Letter July 6, 2001 |
| 5. | | ↓ | ↓ | ✓ | 110k Check to Wiggins |
| 6. | | ✓ | ✓ | ✓ | 110k Check Fax 10.5.00 |
| * 7. | | ↓ | ↓ | no | 20k Check to Wiggins personally 10.21.99 |
| * 8. | | ✓ | ✓ | no | IFA mailing label to Wiggins 10.24.99 |
| 9. | | 10/29 | ✓ | ✓ | Wiggins Letter 12.13.99 |
| 10. | | | | | Member Complaint New Mexico 8.3.01 |
| 11. | | | | | Wiggins Fax to Springer 10.28.01 |
| 12. | | | | | Offspring church indenture 16 pages |
| 13. | | | | | Form 1040 1990 |

* Court denied admission after reading deposition of Vikki Wiggins

| | | Off | Obj | Adm | |
|---|---|---|---|---|---|
| 14. | | ✓ | ✓ | NO | 1040 Instructions 1990 |
| 15. | | | | | Form 1040 1992 |
| 16. | 11-12 | ✓ | ✓ | NO | 1040 Instructions 1992 |
| 17. | | | | | Form 1040 1994 |
| 18. | | | | | 1040 Instructions 1994 |
| 19. | | | | | Form 1040 1995 |
| 20. | | | | | 1040 Instructions 1995 |
| 21. | | | | | Form 1040 1996 |
| 22. | | | | | 1040 Instructions 1996 |
| 23. | 11-12 | ✓ | ✓ | ✓ | Form 1040 2000 |
| 24. | | ✓ | | ✓ | 1040 Instructions 2000 |
| 25. | | ✓ | | ✓ | Form 1040 2001 |
| 26. | | ✓ | | ✓ | 1040 Instructions 2001 |
| 27. | | ✓ | | ✓ | Form 1040 2002 |
| 28. | | ✓ | | ✓ | 1040 Instructions 2002 |
| 29. | | ✓ | | ✓ | Form 1040 2003 |
| 30. | | ✓ | | ✓ | 1040 Instructions 2003 |
| 31. | | ✓ | | ✓ | Form 1040 2004 |
| 32. | | ✓ | | ✓ | 1040 Instructions 2004 |
| 33. | | ✓ | | ✓ | Form 1040 2005 |
| 34. | | ✓ | | ✓ | 1040 Instructions 2005 |
| 35. | | | | | Form 2555 1995 |
| 36. | | | | | Form 2555 1996 |
| 37. | | | | | Form 2555 2004 |
| 38. | | | | | Form 2555 2005 |
| 39. | | | | | Form W-4 1995 |
| 40. | | | | | Form W-4 1996 |
| 41. | | | | | Form W-4 2005 |
| 42. | | | | | Form W-4 2006 |
| 43. | | | | | Form 1099 1995 |
| 44. | | | | | Form 1099 1996 |

| | | off | obj | adm | |
|---|---|---|---|---|---|
| 45. | | | | | Form 1099 2005 |
| 46. | | | | | Form 1099 2006 |
| 47. | | | | | Forms 831 for 1987 |
| 48. | | | | | Forms 831 for 1996 |
| 49. | 1142 | ✓ | ✓ | NO | Forms 831 for 1998 |
| 50. | | ✓ | ✓ | NO | Forms 831 for 2001 |
| 51. | | ✓ | ✓ | NO | Forms 831 for 2004 |
| 52. | | ✓ | ✓ | NO | Forms 831 for 2005 |
| 53. | | | | | Form.83I.Blank83-I and Instructions |
| 54. | | | | | Order.05-466.CDP1(10.6.05) |
| 55. | | | | | Order.05-1075.CDP2(8.6.06)l |
| 56. | | | | | Order.06-110.Eagan(6.22.06) |
| 57. | | | | | Order.06-110.Eagan(6.30.08) |
| 58. | | | | | Order.10thCirOrder05-6387(5.1.07) |
| 59. | | | | | Order.10thSpringer.08-9004(8.31.09) |
| 60. | | | | | BivensActionPDF.and.exhibits |
| 61. | | | | | BivensCourtOrderShern10.2.07.deny MTD |
| 62. | | | | | BivensShernDeclaration2008 |
| 63. | | | | | BivensTaylorDeclaration2008 |
| 64. | | | | | BivensAndersonDeclaration2008 |
| 65. | | | | | BivensOrderDenyAlterAmendJudgment2009 |
| 66. | | | | | BivensOrderJudgmentDenied |
| 67. | | | | | Bivens10thGovResponseOppMTD.2009 |
| 68. | | | | | Bivens10thShernAppellantBrief.2009 |
| 69. | | | | | Eagan.PRA.Order.06-110.Eagan(6.22.06) |
| 70. | | | | | Eagan.PRA.06-110.Complaint(2006) |
| 71. | | | | | Eagan.PRA.06-110.Exhibits.1-5 |
| 72. | | | | | Eagan.PRA.06-110.Exhibits.6-9 |
| 73. | | | | | PRA.Dole.v.U.SteelWorker(S.Ct)(1990) |
| 74. | | | | | PRA.U.S.v.Collins(10th)(1990) |
| 75. | | | | | PRA.U.S.v.Dawes(10th)(1991) |

| | | off | obj | adm | |
|---|---|---|---|---|---|
| 76. | | | | | PRA.U.S.v.Hicks(9th)(1991) |
| 77. | | | | | PRA.U.S.v.Hubbell(S.Ct)(2000)(regulation) |
| 78. | | | | | PRA.U.S.v.Salberg(7th)(1992) |
| 79. | | | | | PRA.U.S.v.Wunder(6th)(1990) |
| 80. | | | | | PRA.US.v.Hatch(9th)(1990) |
| 81. | | | | | PRA.US.v.Smith(9th)(1989) |
| 82. | | | | | SpringerDaileyOklahoman1996Article |
| 83. | 10/29 | ✓ | ✓ | No | PattersonSueIRS1999Complaint |
| 84. | | | | | Patterson1999withdrawal.IRSComplaint |
| 85. | | | | | PattersonLettertoLindsey8.25.00 |
| 86. | | | | | Patterson LettertoLindsey9.25.00 |
| 87. | | | | | Patterson Indictment |
| 88. | | | | | PattersonGov404BNoticeOtherCrimes10.22.03 |
| 89. | | | | | Patterson.GovTrialBrief |
| 90. | | | | | Patterson35(b) Motion for Relief |
| 91. | | | | | Patterson.EagenExhibit1.reducesentence |
| 92. | | | | | Patterson.2ndJudgmentOrder |
| 93. | | | | | Patterson.EaganOrders09-21-04 |
| 94. | | | | | Order on U.S. out of case in Criminal Patterson |
| 95. | | | | | Patterson.Gundrum.v.Nesco.Patterson.Comp |
| 96. | | | | | Patterson.RisenTrustv.Nesco.Patterson.Comp |
| 97. | | | | | Patterson.ccRoyal.v.Nesco.Patterson.Complaint |
| 98. | | | | | Patterson.ccSEC.v.Patterson.Complaint |
| 99. | | | | | Patterson.Bagley.v.Nesco.Patteson.Comp |
| 100. | | | | | Patterson.Gov.2005.GrandJury.Letter.DOJ |
| 101. | | | | | PattersonAmendSentence35(b) |
| 102. | | | | | PattersonCriminalReferral |
| 103. | | | | | PattersonDemandforRelease8.13.04 |
| 104. | | | | | PattersonJointPleaAgreement2004 |
| 105. | 11/9 | ✓ | ✓ | ✓ | Patterson Complaint against Springer and Bondage Breaker's Ministry |

| | | off | obj | adm | |
|---|---|---|---|---|---|
| 106. | 11/9 | ✓ | ✓ | ✓ | Patterson 2nd Complaint against Springer and Bondage Breaker's Ministry |
| 107. | | | | | S.E.C.vInfinity.DistrictCourtOrder1998 |
| 108. | | | | | ShernAffidavitSearchWarrant2005 |
| 109. | | | | | ShernGovOppMTDismissDistrictAbolished |
| 110. | | | | | ShernRequestStilleySubpoena |
| 111. | | | | | StilleyStatementGrandJury |
| 112. | | | | | GJCaseHistoryICS.Springer |
| 113. | | | | | |
| 114. | | | | | Roberts Docket |
| 115. | | | | | Book Dick Clark (probably only demonstrative aid in possession of Lindsey Springer) |
| 116. | | | | | |
| 117. | | | | | Returns Prepared by Hess for Pattersons 1996 |
| 118. | | | | | Returns Prepared by Hess for Pattersons 1997 |
| 119. | | | | | Returns Prepared by Hess for Pattersons 1998 |
| 120. | | | | | Patterson Emails May, 2003 |
| 121. | | | | | Chisum Order 10th Circuit 2007 |
| 122. | | | | | Lake Docket Criminal Case |
| 123. | | | | | Lake Letter Summerville 10.25.00 |
| 124. | | | | | Lake Affidavit of Truth |
| 125. | | | | | Lake Letter 6.23.99 |
| 126. | | | | | Lake Transaction Pocket Code |
| 127. | | | | | TIGC Letter to Bondage Breaker's Ministries dated 10.25.07 |
| 128. | | | | | Preliminary Order 1994 "contact person" by Court Order |
| 129. | | | | | Phillip Roberts PSI in 2000 |
| 130. | | | | | Phillip Roberts Conklin Letter 4.26.09 |
| 131. | | | | | Phillip Roberts Conklin Letter 4.26.09(2nd) |
| 132. | | | | | Russell Young Check |
| 133. | | | | | Mayberry2000 LLC Contract of Sale |

adm

| | | | | | |
|---|---|---|---|---|---|
| 134. | | | | | Section 1 |
| 135. | | | | | Regulation 1.1-1 |
| 136. | | | | | Section 61 |
| 137. | | | | | Regulation 1.61-1 |
| 138. | | | | | Section 63 |
| 139. | | | | | Regulation 1.63 |
| 140. | | | | | Regulation 1.102-1 |
| 141. | | | | | Regulation 1.151-1 |
| 142. | | | | | Section 6011 |
| 143. | | | | | Regulation 1.6011-1 |
| 144. | | | | | Section 6012 |
| 145. | | | | | Regulation 1.6012-1 |
| 146. | | | | | Section 6072 |
| 147. | | | | | Section 6091 |
| 148. | | | | | Regulation 1.6091-1 |
| 149. | | | | | Regulation 1.6091-2 |
| 150. | | | | | Section 6151 |
| 151. | | | | | Section 6301 |
| 152. | | | | | Regulation 301.6301(2000) |
| 153. | | | | | Section 7203 |
| 154. | | | | | Form 1040 1913 |
| 155. | | | | | Section 151(d) |
| 156. | | | | | 26 CFR 601.101(2000) |
| 157. | | | | | 26 CFR 601.101(2008) |
| 158. | | | | | 26CFR 1.61-2(2000) |
| 159. | | | | | |
| 160. | | 10/27 | ✓ | ✓ | Martin Dingman plea agreement |
| 161. | | | | | Motion to dismiss Springer defamation complaint, Springer v. Springfield Business Journal et al, MOWD 07-3448 by Defendants Dingman and Grady |
| 162. | | | | | Transcript of 7-12-07 hearing in Springer v. Dingman |

| | | off | obj | adm | |
|---|---|---|---|---|---|
| 163. | | | | | Brief in support of motion to dismiss Springer v. Springfield Business Journal |
| 164. | | | | | |
| 165. | | | | | |
| 166. | | | | | MOI Cynthia Hawkins- Shern |
| 167. | | | | | MOI Brenda Jones - Beckner |
| 168. | | | | | MOI Art Hawkins May, 2, 2006 - Shern |
| 169. | | | | | MOI Checks Cashed 1998- Beckner |
| 170. | | | | | Springer LTR to Hawkins - 2002 |
| 171. | | | | | MOI Art Hawkins February 16, 2006-Shern |
| 172. | | | | | Form 709 Gift Tax Return - YR 2000 |
| 173. | | | | | Form 709 Instruction Book - YR 2000 |
| 174. | | | | | |
| 175. | | | | | |
| 176. | | | | | |
| 177. | | | | | |
| 178. | | | | | |
| 179. | | | | | Lien on Springer 6672 Penalties to 1718 Timberston in 1993 |
| 180. | | | | | 1990 Corporation Suspended Letter |
| 181. | | | | | Bad Check Motion to Suppress and Exhibits |
| 182. | | | | | Exhibit A |
| 183. | | | | | Exhibit E Letter seize of bus in Nebraska Letter |
| 184. | | | | | TIGC Article Springer "legal representative" |
| 185. | | | | | IRS issues Notice of Deficiency to 5147 S. Harvard September 6, 1996 |
| 186. | | | | | May 23, 1997 IRS issues internal documents to correct address 5147 S. Harvard |
| 187. | | | | | May 29, 1997 IRS says "assessment" to 5943 E. 13th St. And not 5147 |
| 170A | 11/4 | ✓ | ✓ | NO | 2/16/06 memo of Interview |

| | | off | obj | adm | |
|---|---|---|---|---|---|
| 188. | | | | | TIGC Complaint where Springer listed as "legal representative" |
| 189. | | | | | TIGC 3rd Circuit (2000) |
| 190. | | | | | List of People investigating Springer beginning in 1996 or 1997 |
| 191. | | | | | Beckner note says "doesn't really use banks-checks cashed - "check CBRS" dated July 9, 2001 |
| 192. | | | | | June, 2001 Letter showing connection between 444-78 and 002 driver's license number. |
| 193. | | | | | 4789 filed in 1999 by Checks cashed |
| 194. | | | | | Numerous Internal IRS reports on filing of 4789 showing "Driver's License" as part of standard form |
| 195. | | | | | 2003 Statement by Robertson showing use of Check's Cashed in 2003 |
| 196. | | | | | Exhibit D Letter referring to "required returns" |
| 197. | | | | | Note saying CI working Springer with both SS # and Driver's License numbers on it |
| 198. | 11-10 | ✓ | — | ✓ | Tulsa Sales and Rental Check for 30 K on same day of 35k Check from Oscar says "Patterson" on memo line |
| 199. | 11-9 | ✓ | ✓ | NO | Springer Letter to Shern 2009 after meeting for clarification |
| 200. | | | | | Exhibits Given to Shern at second meeting in 2009-83-I, 2001 and 2004, Form 1040, Instruction Booklet |
| 201. | | | | | Shern's release on 17k to Springer |
| 202. | | | | | Letters written to Donna Meadors in late 2004 involving 6700 investigation |
| 203. | 11-9 | ✓ | ✓ | NO | Meadors Statement and notes regarding Springer statements in early 2004 |
| 204. | | | | | GAO 2005 Report on PRA |
| 205. | | | | | 2008 Amended Complaint against Springer on Lien claims by Shern's Attorneys in Biven's case |
| 206. | | | | | 2008 Amended Complaint Exhibits Springer on Lien claimed by Shern's Attorneys in Biven's case |
| 207. | | | | | Credit Card request and denial November 4, 2009 |
| 208. | 11-12 | ✓ | — | withdrawn | Ozark Diesel Bus Engine Beginning Rebuild Nov.2000 |
| 209. | 11-12 | ✓ | in evidence as | govt 303 | Bill for Nov, 2000, 1 week on redoing bus |

govt 324?

| | | off | obj | adm | |
|---|---|---|---|---|---|
| 210. | | | | | IRS Lien in 1999 using wrong address and Notice of Right to Hearing |
| 211. | | | | | IRS |
| 212. | | | | | LDC "referral sheet" |
| 213. | | | | | Turner Lien Registration on Vehicle Columbia |
| 214. | | | | | 2009 Web on Coming out dragon bondage part 6- Hawkins-Stumpo |
| 215. | | | | | Shern Affidavit |
| 216. | | | | | Paperwork Reduction Act 1995 3501-3520 |
| 217. | | | | | Meadors LTR 1.26.04 |
| 218. | | | | | MEAdors LTR 12.2.04 |
| 219. | 11-10 | ✓ | ✓ | ✓ | IOLTA RULES |
| 220. | | | | | |
| 221. | | | | | |
| 222. | | | | | |
| 223. | | | | | |
| 224. | | | | | |
| 225. | | | | | |
| 226. | | | | | |