IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| UNITED STATES OF AMERICA, | ) |
| --- | --- |
| Plaintiff, | ) |
| v. | ) Case No. 09-CR-043-SPF |
| LINDSEY KENT SPRINGER,<br>OSCAR AMOS STILLEY, | ) |
| Defendants. | ) |

## VERDICT

### for Lindsey K. Springer

We, the jury, being duly sworn and upon our oaths, find the defendant Lindsey K. Springer:

With respect to Count 1 -

Not Guilty _____    Guilty ___✓___

With respect to Count 2 -

Not Guilty _____    Guilty ___✓___

With respect to Count 3 -

Not Guilty _____    Guilty ___✓___

(verdict form continues on next page)

With respect to Count 4 -

Not Guilty _____    Guilty ____✓_____

With respect to Count 5 -

Not Guilty _____    Guilty ____✓_____

With respect to Count 6 -

Not Guilty _____    Guilty ____✓_____

____11/16/09_____    ████████████████
**DATE**                     **FOREPERSON**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 09-CR-043-SPF |
| | ) |
| LINDSEY KENT SPRINGER, | ) |
| OSCAR AMOS STILLEY, | ) |
| | ) |
| Defendants. | ) |

## VERDICT

### for Oscar A. Stilley

We, the jury, being duly sworn and upon our oaths, find the defendant Oscar A. Stilley:

With respect to Count 1 -

Not Guilty _____     Guilty ___✓___

With respect to Count 3 -

Not Guilty _____     Guilty ___✓___

With respect to Count 4 -

Not Guilty _____     Guilty ___✓___

11/16/09
DATE

[FOREPERSON signature redacted]
FOREPERSON