# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | Case No. 09-CR-0043-SPF |
| LINDSEY KENT SPRINGER and OSCAR AMOS STILLEY, | ) ) ) ) | |
| Defendants. | ) | |

## **ORDER**

If the court concludes that it may be feasible to permit the defendants to remain on bond pending sentencing, then the court has a duty to fashion the least restrictive conditions (or combination of conditions) of release that will reasonably assure (i) the appearance of the defendants and (ii) the safety of the community.[1] Given the nature of the defendants' offense conduct, viewing the matter in light of the court's obligations under 18 U.S.C. §§ 3142 and 3143, the court concludes that additional conditions of release are necessary, both to assure the defendants' appearance and in the interest of protecting the community. The following conditions are added to the bond conditions imposed by Magistrate Judge Paul Cleary on March 19, 2009. These additional conditions shall apply to both of the defendants.

<u>Additional conditions of release</u>:

A. Civil litigation.

1. In aid of the court's consideration of "the history and characteristics of the defendants," for sentencing purposes, 18 U.S.C. § 3553, and bearing in mind that "[n]o limitation shall be placed on the information concerning the background, character, and conduct of a person convicted of an offense which a court . . . may receive and consider

---

[1] With respect to the protection of the community under the circumstances of this case, the court relies on the authorities cited on the record at the conclusion of the proceedings on November 16, 2009.

for the purpose of imposing an appropriate sentence," 18 U.S.C.§ 3661, the defendants are directed to provide the following documents to the probation office within 30 days:[2]

  a. True and complete copies of all complaints, petitions, amended complaints or amended petitions, or pleadings of a similar nature, filed by you in any civil litigation, presently pending in any state or federal court, by which you assert, as plaintiff, a counterclaiming defendant, cross claiming defendant, or otherwise, a claim for relief against any person or public or private entity of any kind. Unless the court shall direct otherwise, you are not required to provide copies of briefs filed in such cases, although you may do so if you elect to do so. What is required is copies of the pleadings by which you state your claims.

  b. True copies of any orders, judgments or decrees entered in any such case, addressing the merits of the claims asserted by any party in any such case.

  c. True copies of the appearance docket, commonly called the docket sheet, from any such civil litigation.

  2. The requirements of this order do not apply to any litigation pending in the United States District Court for the Northern District of Oklahoma or to any appeals from orders or judgments entered by United States District Court for the Northern District of Oklahoma.

  3. You shall refrain from filing any civil suit relating in any way to federal income taxation without the permission of the Probation Officer.

 B. Other matters.

  1. You will provide no advice, suggestions, or recommendations to any person or entity, public or private, other than immediate family members, with respect to any matter relating to federal taxation. This prohibition includes any medium, including conference calls and the internet.

---

[2] The court is concerned about the defendants' use of civil litigation prosecuted directly or indirectly in support of activities such as those which form the basis of their offense conduct (or relevant conduct) in this case. The lawsuit against Martin Dingman comes to mind. The defendant Springer has estimated, under oath, that he has filed "maybe a thousand" lawsuits (cross examination on November 12, 2009). The information called for herein, with respect to the defendants' litigation activities, is relevant both for sentencing purposes and for the purpose of assuring that, while on bond pending sentencing, the defendants do not use civil litigation in support of activities such as those which form the basis of their offense conduct (or relevant conduct) in this case.

2. Subject to the exception set forth below in this paragraph (B)(2), you will maintain no website that refers to any matter relating to federal taxation. You will immediately take down any website that you control that makes reference to any matter relating to federal taxation. You will post no material of any kind on any website that refers to any matter relating to federal taxation. Exception: You may solicit funds in support of your defense, and, in so doing, accurately make reference to the nature, history, result and status of this case, as long as, in so doing, you provide no advice, suggestions, or recommendations to any person or entity, public or private, other than immediate family members, with respect to any matter relating to federal taxation.

3. You will not directly or indirectly undertake any activities of any kind in the name of Bondage Breakers Ministry.

4. You will provide no representation or services of any kind to any person or entity, with respect to any matter relating to federal taxation.

5. You will not engage in any activity that would constitute the unauthorized practice of law.

6. You will not work directly or indirectly in any business, profession, or self-employment engaged in the offer, sale, purchase, trade, brokering, solicitation, or similar transactions with respect to any real property, securities or negotiable instruments.

7. You will not engage in telemarketing activities, to include any telephone sales or other such business, campaign, venture, or transaction.

8. You shall disclose all e-mail accounts, PayPal accounts, internet connections and Internet connection devices, including screen names and passwords, to the U.S. Probation Officer. You shall immediately advise the U.S. Probation Officer of any changes in your e-mail accounts, connections, devices, or passwords.

9. If instructed by the U.S. Probation Officer, the you shall refrain from using e-mail, an internet connection, or an Internet connection device. The U.S. Probation Officer shall have authority to monitor all computer activity, to include all e-mail or internet connections, including but not limited to installation of remote computer monitoring software. Unless waived by the U.S. Probation Officer, the cost of the remote computer monitoring software shall be paid by the defendant.

10. You shall not access any on-line service using an alias, or access any on-line service using the Internet account, name, or designation of another person or entity.

11. You are prohibited from altering or using any form of encryption, cryptography, stenography, compression, password-protected files or other methods that limit access to, or change the appearance of data and/or images.

12. You are prohibited from altering or destroying records of computer use, including the use of computer software or functions designed to alter, clean or "wipe" computer media, block computer monitoring software, or restore a computer to a previous state.

13. If instructed by the Probation Officer, you shall provide originals or copies of all personal and business telephone phone records and all credit card, checking account and PayPal statements to the U.S. Probation Officer.

14. You will report to the Probation Officer the particulars, as specified by the Probation Officer, of all transactions consummated with a check cashing service. These reports shall be made within 10 calendar days after completion of any such transaction. You shall refrain from transacting business with any check cashing service if so directed by the Probation Officer.

15. You shall, not later than November 26, 2009, surrender possession, to the United States Probation Office, or to the United States Marshal, of all firearms located in your residence or otherwise in your possession, custody or control, and shall not possess a firearm, destructive device or other dangerous weapon.

16. You shall maintain employment which meets the approval of the probation officer, failing which you shall perform community service as shall be directed by the probation officer for at least 30 hours per week.[3]

C. Monitoring.

1. <u>Defendant Springer</u>: Defendant Springer shall successfully participate in the Home Confinement Program to include global positioning electronic monitoring until released from the program by the Court or probation office. The defendant shall abide by a curfew from 6:00 p.m. to 7:00 a.m., seven days per week, during which time he must remain at his home unless a medical emergency arises. The defendant shall not travel outside of the boundaries of Creek and Tulsa Counties in Oklahoma without permission

---

[3] This condition is imposed for the reasons – relating to the court's obligation to fashion conditions designed to protect the community – which were explained in detail on the record at the conclusion of the proceedings on November 16, 2009.

4

from the probation office. The entire cost of the program shall be paid by the U.S. Probation Office.

2. <u>Defendant Stilley</u>: Defendant Stilley shall successfully participate in the home Confinement Program to include global positioning electronic monitoring until released from the program by the Court or probation office. The defendant shall abide by a curfew from 6:00 p.m. to 7:00 a.m., seven days per week, during which time he must remain at this home unless a medical emergency arises. The defendant shall remain within the boundary of Sebastian County, Arkansas, unless travel is authorized for a Court appearance. Travel to and from Court appearances must be made via the most direct route available and must be reported to the probation office prior to departure the defendant's home. The entire cost of the program shall be paid by the probation office.

3. The probation officer is directed to install the GPS equipment on the defendants immediately. The defendants shall accompany the probation officer from the court to the probation office for installation of the GPS equipment.

Dated: November 17, 2009.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

09-0043p045 additional conditions of release.wpd