# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | Case No. 09-CR-0043-SPF |
| LINDSEY KENT SPRINGER and ) OSCAR AMOS STILLEY, ) | |
| Defendants. ) | |

## ORDER EXTENDING DEFENDANT SPRINGER'S TIME FOR FILING POST TRIAL MOTIONS

Before the court is defendant Springer's Motion for Extension to File Motion for New Trial and Motion For Judgment Of Acquittal, doc. no. 248, filed on November 19, 2009. In his motion, defendant Springer seeks an extension of time within which to file a motion for judgment of acquittal (Rule 29, F.R.Crim.P.) and a motion for new trial (Rule 33, F.R.Crim.P.).

Pursuant to Rule 45(b)(1), F.R.Crim.P., the motion is **GRANTED**. Defendant Springer's new due date for motions pursuant to Rules 29 and 33 is December 8, 2009.

Dated November 20, 2009.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

09-0043p046.wpd