IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                              Case No. 09-CR-043 SPF

LINDSEY KENT SPRINGER,
OSCAR AMOS STILLEY                                          DEFENDANT

### MOTION TO EXTEND TIME TO FILE MOTION FOR NEW TRIAL AND MOTION FOR JUDGMENT OF ACQUITTAL

Comes now **OSCAR AMOS STILLEY** by limited special appearance, and not a general appearance, and for his motion states:

1.      Defendant Oscar Stilley respectfully requests that the Court extend the time for filing Defendant Stilley's motions for new trial or for judgment of acquittal, for a period of 2 weeks, up through and including December 8, 2009.

2.      This Court granted Lindsey Springer's motion for extension of time to file motions for new trial or for judgment of acquittal.

3.      Oscar Stilley files this motion requesting the same relief.  Although he cannot show the same schedule of legal pleadings due that Springer has shown, there are nevertheless good reasons for making the due date for Oscar Stilley coincide with the due date for Lindsey Springer.

4.      There are a number of legal issues likely to be presented by such

motions, including many that are applicable to both Defendants.  It would be in the interests of judicial economy to allow Oscar Stilley the same extension.  Such an extension would allow the Defendants to work together to produce the most concise, direct, and logically organized motions reasonably possible under the circumstances.

5.      Inquiry has been made of counsel for the government, who have stated that the United States does not oppose this request.

WHEREFORE, Defendant Oscar Stilley respectfully requests that the Court extend the time for filing Defendant Stilley's motions for new trial or acquittal for a period of 2 weeks, up through and including December 8, 2009; and such other relief as may be appropriate whether or not specifically prayed.

Respectfully submitted,

By:____/s/ Oscar Stilley_____
Oscar Stilley, Attorney at Law
7103 Race Track Loop
Fort Smith, AR 72916
(479) 996-4109
(866) 673-0176 Fax
oscar@oscarstilley.com

## CERTIFICATE OF SERVICE

I, Oscar Stilley, by my signature above certify that I have this November 20, 2009, caused the Plaintiff to be served with a copy of this pleading by CM/ECF to: Kenneth P. Snoke, United States Attorney's Office,

110 W 7th Street, Suite 300, Tulsa , OK 74119-1013, ken.snoke@usdoj.gov; Charles A O'Reilly, US Dept of Justice, PO Box 972, Washington , DC 20044, email charles.a.o'reilly@usdoj.gov , and Lindsey K. Springer at Gnutella@mindspring.com.