IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA                                              PLAINTIFF

v.                                              Case No. 09-CR-043 SPF

LINDSEY KENT SPRINGER,
OSCAR AMOS STILLEY                                                    DEFENDANT

**ORDER GRANTING EXTENSION OF TIME FOR OSCAR STILLEY TO FILE MOTION FOR NEW TRIAL AND/OR MOTION FOR JUDGMENT OF ACQUITTAL**

Before the court is defendant Stilley's Motion for Extension to File Motion for New Trial and Motion For Judgment Of Acquittal, Doc. No. 251, filed on November 20, 2009. In his motion, defendant Stilley seeks an extension of time within which to file a motion for judgment of acquittal (Rule 29, F.R.Crim.P.) and a motion for new trial (Rule 33, F.R.Crim.P.).

Pursuant to Rule 45(b)(1), F.R.Crim.P., the motion is GRANTED. Defendant Stilley's new due date for motions pursuant to Rules 29 and 33 is December 8, 2009.

Dated November 23, 2009.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE