**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.    09-CR-043-SPF |
| | ) | |
| LINDSEY KENT SPRINGER, | ) | |
| OSCAR AMOS STILLEY, | ) | |
| | ) | |
| Defendants. | ) | |

**UNITED STATES' MOTION TO STRIKE DEFENDANTS'**
**REPLIES TO PROSECUTION'S OPPOSITION TO SPRINGER'S**
**MOTION TO RECONSIDER, TO DISMISS, AND FOR MISTRIAL**
**(DOCKET NUMBERS 257 AND 258)**

The United States of America, by and through its attorneys, Thomas Scott

Woodward, Acting United States Attorney for the Northern District of Oklahoma, and

Kenneth P. Snoke, Assistant United States Attorney, and Charles A. O'Reilly, Special

Assistant United States Attorney, hereby moves to strike Defendant Springer's fifty-page

Reply to Prosecution's Opposition to Springer's Motion to Reconsider, To Dismiss, and

for Mistrial (Docket No. 257) and Defendant Stilley's twelve-page Reply to Response to

Motion for Mistrial (Docket No. 258). Defendants' replies, which are filed in support of

their motions to dismiss (Doc. Nos. 224 and 232), and in reply to the United States'

seven-page Response in Opposition to Defendants' Motion for Reconsideration,

Dismissal and or for Mistrial Declaration (Docket No. 252), are filed in violation of the

Local Civil Rules of the United States District Court for the Northern District of

Oklahoma.  Pursuant to ND LCR 1.2, LCvR7.2 applies to criminal cases.  LCvR 7.2(h)

provides that reply briefs must "be limited to ten (10) pages in length unless otherwise

authorized by the Court."  Furthermore, "[b]riefs exceeding fifteen (15) pages in length

shall be accompanied by an indexed table of contents showing headings or sub-headings

and an indexed table of statutes, rules, ordinances, cases, and other authorities cited."

LCvR 7.2(c).

There is no excuse for Defendants' failure to comply with the rules.  Pursuant to

Court Orders dated November 20, 2009, and November 23, 2009, Defendants Springer

and Stilley, respectively, were provided until December 7, 2009 to file their replies; this

allowed the Defendants seventeen days to reply from the date the United States filed its

response.  Furthermore, by previous motions filed by the United States in this case, the

Defendants have been apprised of the local rules regulating reply briefs (United States'

Consolidated Response to Defendants' Motions to Suppress and for Franks Hearing at

Doc. No. 80:4 fn. 1; United States Motion to Strike at Doc. No. 86).

The United States therefore requests that the Court strike Defendant Springer's Reply to Prosecution's Opposition to Springer's Motion to Reconsider, To Dismiss, and for Mistrial (Docket No. 257), and Defendant Stilley's Reply to Response to Motion for Mistrial (Docket No. 258).

<div style="margin-left: 40%">

Respectfully submitted,

THOMAS SCOTT WOODWARD
ACTING UNITED STATES ATTORNEY


_____
CHARLES A. O'REILLY
Special Assistant United States Attorney
110 West Seventh Street, Suite 300
Tulsa, Oklahoma  74119
(918) 382-2700

</div>

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 8th day of December 2009, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Lindsey Kent Springer
Defendant

Oscar Amos Stilley
Defendant

Robert Williams
Standby Counsel assigned to Lindsey Kent Springer

Charles Robert Burton, IV
Standby Counsel assigned to Oscar Amos Stilley.


_____
Charles A. O'Reilly
Special Assistant United States Attorney

-4-

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.    09-CR-043-SPF |
| | ) | |
| LINDSEY KENT SPRINGER, | ) | |
| OSCAR AMOS STILLEY, | ) | |
| | ) | |
| Defendants. | ) | |

## <u>ORDER</u>

Defendant Springer's Reply to Prosecution's Opposition to Springer's Motion to Reconsider, To Dismiss, and for Mistrial (Docket #257), and Defendant Stilley's Reply to Response to Motion for Mistrial (Docket #258) filed in support of Defendant's Motions to Dismiss, Docket #s 224 and 232, are stricken for being filed in violation of local rules.

DATED    _____


_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

-5-