# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OKLAHOMA

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | Case No. 09-CR-0043-SPF |
| LINDSEY KENT SPRINGER and OSCAR AMOS STILLEY, | ) | |
| Defendants. | ) | |

## ORDER

Before the court is the United States' Motion to Strike Defendants' Replies to Prosecution's Opposition to Springer's Motion to Reconsider, to Dismiss, and for Mistrial, filed December 8, 2009 (doc. no. 259). Said motion is **GRANTED**, for the reasons set forth in the motion.

Springer's "Reply to Prosecution's Opposition to Springer's Motion to Reconsider, to Dismiss, and for Mistrial" and Stilley's "Reply to Response to Motion for Mistrial," both filed on December 7, 2009 (doc. nos. 257 and 258) are **STRICKEN**.

In addition, the court **STRIKES** Springer's Motion for Judgment of Acquittal, filed on December 8, 2009 (doc. no. 260), as it is in violation of LCvR7.2(c) – "No brief shall be submitted that is longer than twenty-five (25) typewritten pages without leave of Court.... Briefs exceeding fifteen (15) pages in length shall be accompanied by an indexed table of contents showing headings or sub-headings and an indexed table of statutes, rules, ordinances, cases and other authorities cited."

Further, the court **STRIKES** Stilley's Motion for Judgment of Acquittal, or for New Trial (doc. no. 261) and Stilley's Brief in Support of Motion for Judgment of

Acquittal, or for New Trial (doc. no. 263), both filed December 8, 2009. Stilley's motion is effectively a brief. His motion and brief together exceed 25 pages. Therefore, they are stricken for the same reasons as set forth in the preceding paragraph.

Plaintiff is **DIRECTED** to respond to Springer's Motion for New Trial (doc. no. 262) not later than January 11, 2010. Defendant Springer may file a reply (in compliance with the Local Rules) within ten days thereafter.

Dated December 9, 2009.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

09-0043p049.wpd