# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 09-CR-043-SPF |
| | ) | |
| LINDSEY KENT SPRINGER and | ) | |
| OSCAR AMOS STILLEY, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Before the court is the Motion For Transcript At Public Expense, doc. no. 254, filed by defendant Oscar Amos Stilley on December 1, 2009.

For the reasons set forth below, the court concludes that the motion should be, and hereby is, **DENIED**.

First, the motion cites no statutory authority for the proposition that the United States is obligated to pay for the transcript in this case. The court has preliminarily reviewed some statutory provisions which may arguably be relevant to this question, but the court has not found, and Mr. Stilley has not directed the court's attention to, any statutory provision which clearly obligates the United States to pay for the transcript in this case.

Second, assuming, as seems reasonable, that a showing of indigence would in any event be required as a prerequisite to a determination that the defendant is entitled to a transcript at public expense, the court does not have before it specific, current information which would establish that Mr. Stilley is indigent. The court has received

reasonably reliable information indicating that Mr. Stilley has recently solicited funds in support of his defense. Before determining that Mr. Stilley is entitled to a transcript at public expense, it would be necessary for Mr. Stilley to establish indigence by way of a specific, detailed, and current financial disclosure.

Third, the motion is premature. Judgment has not been entered in this case.

This order is entered without prejudice to the right of either defendant, at the appropriate time, to file a motion supported by a satisfactory legal and factual showing.

Dated January 12, 2010.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

09-0043p052.wpd