IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA

    Plaintiff,

Case No. 09-CR-043-SPF

v.

LINDSEY KENT SPRINGER,
OSCAR AMOS STILLEY

    Defendants

MOTION TO STRIKE DOC. 276 AND 277

Lindsey Kent Springer ("Springer") moves to strike doc. entry 276 and 277 as they are both signed by someone other than the prosecutor in violation of Title 28, United States Code, Section 547 and the applicable rules of this Court.

There is no United States Attorney under Title 28, Section 547 to "prosecute" the case herein. Neither Mr. Snoke nor Mr. O'Reilly are United States Attorneys under Title 28, Section 547. There is no office to which they are authorized in this "judicial district" to work out of even if they were United States Attorneys appointed by the President. Since neither are authorized to represent the United States of America in this case according to Congress of the United States, doc. 276 and 277 should be struck.

Springer submits that Thomas Scott Woodward is not a United States Attorney under Title 28, Section 547, nor has he been assigned for 120 days by the Attorney General under Title 28, Section 546. His name appears with the term "acting" above Mr. O'Reilly's signature. Mr. Woodward has not been appointed by the President and awaiting confirmation by the Senate. He

1

is not authorized to act as a United States Attorney. There has not been a United States Attorney since June 28, 2009.

Therefore, Springer requests this Court strike doc. 276 and 277 because they are not authorized to represent the United States of America in this judicial district by law.

                          Respectfully Submitted
                          /s/ Lindsey K. Springer
                          Lindsey K. Springer
                          5147 S. Harvard, # 116
                          Tulsa, Oklahoma 74135
                          918-748-5539/955-8225(cell)

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Lindsey Kent Springer's Motion to Strike Doc. 266 and 267, was ecf'd on January 21, 2010 to:

Kenneth P. Snoke,
Charles O'Reilly,
Oscar Stilley

                                        /s/ Lindsey K. Springer
                                        Signature