IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA

        Plaintiff,

Case No. 09-CR-043-SPF

v.

LINDSEY KENT SPRINGER,
OSCAR AMOS STILLEY

        Defendants

**O R D E R**

Before the United States District Court for the Northern Judicial District of Oklahoma is Defendant Lindsey Kent Springer's ("Springer") Motion to File Over Length Reply (Doc. 279) regarding his Motion for New Trial. In his Motion Springer seeks permission to file his reply under LCvR 7.2 requiring over length briefs in civil cases to be either with leave of Court or authorization of the Court. Springer seeks authorization to submit his reply within 25 pages or less and with proper index where appropriate by LCvR 7.2.

Springer's Motion is GRANTED in all respects.

DATED this 22nd day of January, 2010.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

09-0043p054.PO.wpd