# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OKLAHOMA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | Case No. 09-CR-043-SPF |
| LINDSEY KENT SPRINGER and OSCAR AMOS STILLEY, | ) | |
| Defendants. | ) | |

## SCHEDULING ORDER

This case is set for sentencing on April 19, 2010, at 10:00 a.m., in the Third Floor Courtroom, U.S. Courthouse, 224 S. Boulder, Tulsa Oklahoma. (Motions are pending which, if granted, would render the sentencing unnecessary. In that event, an order will be entered striking the sentencing.) The court establishes the following deadlines which shall govern further proceedings in this case:

| EVENT | DEADLINE |
|---|---|
| Filing of government's sentencing memorandum | March 16, 2010 |
| Filing of motion, by any party, for departure or variance | March 16, 2010 |
| Filing of response to motion for departure or variance | March 30, 2010 |
| Filing of defendants' sentencing memoranda | March 30, 2010 |
| Filing of government's reply to defendants' sentencing memoranda | April 13, 2010 |
| Filing of reply in support of motion for departure or variance | April 13, 2010 |
| Submission to the court in chambers (not filing) of all letters of support and third party materials re: sentencing (with copies sent on the same day to the opposing parties and to the U.S. Probation Office) | April 13, 2010 |
| Filing of government's list of any exhibits re: restitution or loss amount | March 31, 2010 |

| Filing of defendants' lists of any exhibits re: restitution or loss amount | April 6, 2010 |
|---|---|
| Exchange of exhibit notebooks for exhibits re: restitution or loss amount (need not include exhibits relating to matters other than restitution or loss amount), and delivery of same to the court in chambers.  If exhibits re: restitution or loss amount include exhibits received in evidence at trial, such exhibits should nevertheless be included in the exhibit notebook provided pursuant to this paragraph | April 14, 2010 |

All motions and briefs must comply with the page limitations set forth in the local rules.

All deadlines relating to the presentence report and objections thereto shall be governed by the relevant provisions of Rule 32, Fed.R.Crim.P.  The parties should take special care to comply with those deadlines, as extension of any of those deadlines is unlikely.

No motion, application or brief seeking relief which, if granted wholly or in part, would (i) terminate this case short of sentencing as to either defendant, or (ii) terminate this case short of sentencing as to any count of conviction, or (iii) obviate the necessity of sentencing as to any count of conviction, shall be filed by either defendant later than February 1, 2010.

To the extent, if any, that this order modifies deadlines or time periods that would otherwise apply under the local rules, this order is entered pursuant to N.D. LCR 1.1(E) to facilitate the administration of justice.

Dated January 22, 2010.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

09-0043p055.wpd