# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>LINDSEY KENT SPRINGER and )<br>OSCAR AMOS STILLEY, )<br>)<br>Defendants. ) | Case No. 09-CR-0043-F |

## ORDER AMENDING SCHEDULING ORDER

The scheduling order entered on January 22, 2010 is amended as follows: this case is set for sentencing on **April 21, 2010 at 10:00 a.m.** All other dates and deadlines remain as set forth in the January 22, 2010 scheduling order.

Dated this 25th day of January, 2010.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

09-0043p056.wpd