**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

UNITED STATES OF AMERICA                                         **PLAINTIFF**

v.                                  **Case No. 09-CR-043 SPF**

LINDSEY KENT SPRINGER,
OSCAR AMOS STILLEY                                      **DEFENDANT**

## ADOPTION OF PLEADINGS

Comes now **OSCAR AMOS STILLEY**[1] by limited special appearance, and not a general appearance, and for his motion states:

Oscar Stilley hereby adopts pleadings 262, 265, 271, 272, 273, 274, 280, 281, 282, 283, 284, 285, 286, and 288, as if set forth herein word for word. Oscar Stilley is aware of the contents of docket #293, having read same.

WHEREFORE, Defendant Oscar Stilley respectfully requests the relief prayed in the stated pleadings, and such relief other or further relief as may be appropriate whether or not specifically prayed.

                              Respectfully submitted,

                              By:    /s/ Oscar Stilley
                              Oscar Stilley, Attorney at Law

---

[1]    It is presumed that the plaintiff is master of his own complaint. This complaint is styled in the name of "**UNITED STATES OF AMERICA**" as opposed to the people thereof, or any grand jury. Plaintiff, whoever that may actually be, named **OSCAR AMOS STILLEY** as a Defendant. Therefore, **OSCAR AMOS STILLEY** has appeared specially and limited, challenging jurisdiction, to defend against the charges to the extent required so to do by the law.

7103 Race Track Loop
Fort Smith, AR 72916
(479) 996-4109
(866) 673-0176 Fax
oscar@oscarstilley.com

**CERTIFICATE OF SERVICE**

I, Oscar Stilley, by my signature above certify that I have this February 1, 2010, caused the Plaintiff to be served with a copy of this pleading by CM/ECF to: Kenneth P. Snoke, United States Attorney's Office, 110 W 7th Street, Suite 300, Tulsa , OK 74119-1013, ken.snoke@usdoj.gov; Charles A O'Reilly, US Dept of Justice, PO Box 972, Washington , DC 20044, email  charles.a.o'reilly@usdoj.gov , and Lindsey K. Springer at Gnutella@mindspring.com .