IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                              Case No. 09-CR-043 SPF

LINDSEY KENT SPRINGER,
OSCAR AMOS STILLEY                                          DEFENDANT

## MOTION TO MODIFY CONDITIONS OF RELEASE

Comes now **OSCAR AMOS STILLEY**[1] by limited special appearance, and not a general appearance, and for his motion states:

1. Oscar Stilley moves that a duly seated United States district judge of a court position created by Congress, or a special judge appointed in strict compliance with all laws enacted upon the subject, by Congress, enter an order striking all conditions of release imposed by Stephen P. Friot.

2. If the aforesaid relief is denied, Oscar Stilley requests the right to be heard before the imposition of conditions other than those imposed at the initiation of the case by Magistrate Cleary, with respect to which hearing has already been had.

3. If the relief requested in the first two paragraphs is denied, Oscar Stilley

---

[1] It is presumed that the plaintiff is master of his own complaint. This complaint is styled in the name of "**UNITED STATES OF AMERICA**" as opposed to the people thereof, or any grand jury. Plaintiff, whoever that may actually be, named **OSCAR AMOS STILLEY** as a Defendant. Therefore, **OSCAR AMOS STILLEY** has appeared specially and limited, challenging jurisdiction, to defend against the charges to the extent required so to do by the law.

requests the elimination of any restrictions on his law practice.

4.  If the relief requested in the first two paragraphs is denied, Oscar Stilley requests the elimination of any restrictions on speech or publication of information not otherwise prohibited by law or ethical rule.

5.  If the relief requested in the first two paragraphs is denied, Oscar Stilley requests the elimination of all restrictions on the type of work which may be performed.

6.  If the relief requested in the first two paragraphs is denied, Oscar Stilley requests the elimination of any limits or any conditions whatsoever on the communication or communication facilities or utilities, or information storage or management, whatsoever.

7.  If the relief requested in the first two paragraphs is denied, Oscar Stilley requests the elimination of any GPS monitoring or curfew or limit on travel exceeding that imposed by Magistrate Cleary.

8.  If the relief requested in the first two paragraphs is denied, Oscar Stilley requests the elimination of any requirement of community service.

WHEREFORE, Defendant Oscar Stilley respectfully requests that a duly seated United States district judge of a court position created by Congress, or a special judge appointed in strict compliance with all laws enacted upon the subject, by Congress, enter an order striking all conditions of release imposed by Stephen P. Friot (set out in docket 247) or the elimination of such restrictions stated in

docket 247 as a lawful United States district court deems appropriate, and such other relief as may be appropriate whether or not specifically prayed.

Respectfully submitted,

By: /s/ Oscar Stilley
Oscar Stilley, Attorney at Law
7103 Race Track Loop
Fort Smith, AR 72916
(479) 996-4109
(866) 673-0176 Fax
oscar@oscarstilley.com

**CERTIFICATE OF SERVICE**

I, Oscar Stilley, by my signature above certify that I have this February 1, 2010, caused the Plaintiff to be served with a copy of this pleading by CM/ECF to: Kenneth P. Snoke, United States Attorney's Office, 110 W 7th Street, Suite 300, Tulsa, OK 74119-1013, ken.snoke@usdoj.gov; Charles A O'Reilly, US Dept of Justice, PO Box 972, Washington, DC 20044, email charles.a.o'reilly@usdoj.gov , and Lindsey K. Springer at Gnutella@mindspring.com .