# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 09-CR-0043-F |
| ) | |
| LINDSEY KENT SPRINGER and ) | |
| OSCAR AMOS STILLEY, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

The filing by defendant Oscar Stilley at doc. no. 294 is styled "Adoption of Pleadings." Some of the documents Mr. Stilley states he adopts pertain to matters that have already been denied. When the court considers the filings that pertain to matters not yet ruled on, the court will, to the extent factually and legally appropriate, consider those filings (and the associated requests for relief) as if made by defendant Stilley along with defendant Springer. Mr. Stilley's adoption has been docketed as a motion. To the extent that the "Adoption of Pleadings" effectively seeks the relief which was sought by defendant Springer in the motions cited in the "Adoption," the "Adoption of Pleadings" is treated as a motion to join in those previous motions, and the motion is **GRANTED**.

Mr. Stilley's motion at doc. no. 297 is entitled: "Motion to Strike All Orders by Stephen P. Friot, Striking All Orders or Official Actions by District Judge Claire V. Eagan, Alternatively for Striking Some But Less Than All, Alternatively for Modifying Certain Orders." The briefing on that motion is not complete, but briefs are not necessary in order for the court to rule. The motion is based on arguments that have previously been rejected. The motion is **DENIED**.

Dated this 3rd day of February, 2010.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

09-0043p057.wpd