IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA

       Plaintiff,

                               Case No. 09-CR-043-SPF

v.

LINDSEY KENT SPRINGER,
OSCAR AMOS STILLEY

       Defendants

SPRINGER'S NOTICE OF WITHDRAWAL OF MOTION FOR STAY DOC. 303 AS FILED

      Lindsey Kent Springer ("Springer") hereby withdrawals as in error his Motion for Stay docketed as # 303. Springer obviously filed the wrong draft of his Motion and apologizes for any appearance that he does not understand the rules regarding Motions exceeding 15 pages. Springer does understand the newly imposed rules of Judge Friot and painstakenly makes every effort to satisfy those pending rules until ordered by a higher court.[1][2] Springer inadvertently converted the wrong draft of his Motion for Stay and then obviously filed that wrong version.[3]

      Springer withdraws doc. 303 and simultaneously herewith files and replaces the corrected

---

[1]This compliance measure stems from the December 9, 2009 striking of Springer's Motion for Judgment of Acquittal and Reply to Response to Motion to Dismiss and for Reconsideration to which Judge Friot denied on the merits in his Order of January 28, 2010.

[2]Just for clarification, Springer does not know a single human being, let alone a licenced attorney, who is aware and complies with the Federal Rules of Civil and Criminal Procedure, Local Rules civil and criminal (in sometimes two Judicial Districts), sometimes referencing the other, Federal Rules of Appellate Procedure, and Supreme Court Rules, all at the same time.

[3]Originally, the Motion did not exceed 15 pages but when it did Springer began the formatting and inadvertently saved the wrong version to pdf.

17[4] page version of the Motion for Stay and Brief in support thereof. Springer makes no substantive changes to the Motion whatsoever.

<pre>
                          Respectfully Submitted

                          /s/ Lindsey K. Springer
                          Lindsey K. Springer
                          5147 S. Harvard, # 116
                          Tulsa, Oklahoma 74135
                          918-748-5539/955-8225(cell)
</pre>

---

[4]Mr. O'Reilly has filed a Motion to Strike Springer's Motion for not being in compliance with the Court's local rules. The actual error in length put in the proper format is less than 2 pages but enough of an error to warrant Springer's withdrawal.

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Lindsey Kent Springer's Notice of Withdrawal doc. 303 as filed was ecf'd on February 8, 2010 to:

Kenneth P. Snoke,
Charles O'Reilly,
Oscar Stilley

/s/ Lindsey K. Springer
Signature
