IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA )
)
      Plaintiff, )
)
v. ) Case No. 09-CR-043-SPF
)
LINDSEY KENT SPRINGER, )
OSCAR AMOS STILLEY, )
)
      Defendants. )

## ORDER

In light of the filing of "Springer's Notice of Withdrawal of Motion for Stay Doc. 303 as Filed" (doc. 305), the court hereby **GRANTS** the Notice of Withdrawal (doc. no. 305), **STRIKES AS MOOT** Springer's "Motion [to] Stay All Orders Pending Ruling from Supreme Court, Brief in Support and for Alternative" (doc. no. 303), and **STRIKES AS MOOT** the "United States' Motion to Strike Defendant Springer's Motion [to] Stay All Orders Pending Ruling from Supreme Court, Brief in Support and for Alternative" (doc. no. 304).

Dated this 9th day of February, 2009.

                                                          _____
                                                          STEPHEN P. FRIOT
                                                          UNITED STATES DISTRICT JUDGE

09-0043p059.wpd