# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | |
| ) | |
| Plaintiff,  ) | |
| ) | |
| vs.  ) | Case No. 09-CR-0043-SPF |
| ) | |
| LINDSEY KENT SPRINGER, and  ) | |
| OSCAR AMOS STILLEY,  ) | |
| ) | |
| Defendants.  ) | |

## ORDER

Paragraph 16 of the order establishing conditions of release, entered herein on November 17, 2009, states as follows:

> You shall maintain employment which meets the approval of the probation officer, failing which you shall perform community service as shall be directed by the probation officer for at least 30 hours per week.

In order to facilitate the defendants' preparation for the sentencing hearing, this requirement is **VACATED**, effective as of April 5, 2010.

Dated March 25, 2010.

*[signature]*
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

09-0043p063.wpd