IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.   09-CR-043-SPF |
| | ) | |
| LINDSEY KENT SPRINGER, | ) | |
| OSCAR AMOS STILLEY, | ) | |
| | ) | |
| Defendants. | ) | |

**UNITED STATES' NOTICE WITH RESPECT TO THE
LIST OF EXHIBITS AND WITNESSES FOR SENTENCING**

The United States of America, by and through its attorneys, Thomas Scott Woodward, United States Attorney for the Northern District of Oklahoma, and Kenneth P. Snoke, Assistant United States Attorney, and Charles A. O'Reilly, Special Assistant United States Attorney, hereby files the attached United States' Exhibit and Witness List for the Sentencing Hearing scheduled to commence April 21, 2010 at 10:00 a.m.

                Respectfully submitted,

                THOMAS SCOTT WOODWARD
                ACTING UNITED STATES ATTORNEY


                 */s/ Charles A. O'Reilly*
                CHARLES A. O'REILLY, CBA NO. 160980
                Special Assistant U.S. Attorney
                KENNETH P. SNOKE, OBA NO. 8437
                Assistant United States Attorney
                110 West Seventh Street, Suite 300
                Tulsa, Oklahoma  74119
                (918) 382-2700

## CERTIFICATE OF SERVICE

       I hereby certify that on the 30th day of March 2010, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Lindsey Kent Springer
Defendant

Oscar Amos Stilley
Defendant

Robert Williams
Standby Counsel assigned to Lindsey Kent Springer

Charles Robert Burton, IV
Standby Counsel assigned to Oscar Amos Stilley.

                                                 */s/ Charles A. O'Reilly*
                                                 Special Assistant U.S. Attorney