# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | PLAINTIFF'S |
| v. | ) | EXHIBIT AND WITNESS LIST |
| | ) | |
| LINDSEY KENT SPRINGER, | ) | Case No. 09-CR-043-SPF |
| OSCAR AMOS STILLEY, | ) | |
| | ) | |
| Defendants. | ) | |

| PRESIDING JUDGE<br>STEPHEN P. FRIOT | PLAINTIFF'S ATTORNEYS<br>CHARLES O'REILLY, SAUSA<br>KENNETH SNOKE, AUSA | DEFENDANTS' ATTORNEYS<br>LINDSEY SPRINGER, Pro se<br>OSCAR STILLEY, Pro se |
|---|---|---|
| SENTENCING DATE<br>April 21, 2010 | COURT REPORTER<br>TRACY WASHBOURNE - (405) 609-5505 | COURTROOM DEPUTY<br>LORI GRAY - (405) 609-5502 |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | Brian Miller, Revenue Agent, Internal Revenue Service |
| | | | | | Brian Shern, Special Agent, Internal Revenue Service |
| | | | | | |
| 3 | | | | | Believers Broadcast Corporation check #17851 payable to Bondage Breakers for $5,000; Lea County Cashier's Check #30535 payable to Bondage Breakers Ministries for $8,000 |
| 4 | | | | | Bank of America Cashier Check #2002184783 payable to Bondage Breakers for $12,000 |
| 5 | | | | | Ortho/Neuro Medical Assoc. check #4188 payable to Lindsey Springer for $25,000 |
| 6 | | | | | Ortho/Neuro Medical Assoc. check #4288 payable to Lindsey Springer for $10,000 |
| 7 | | | | | Ortho/Neuro Medical Assoc. check #4340 payable to Lindsey Springer for $10,000 |
| 8 | | | | | First National Bank (replace chk #4347 - remitter Ortho/Neuro Medical Assoc.) payable to Lindsey Springer for $25,000 |
| 9 | | | | | Eddy or Judith Patterson check #3868 payable to Lindsey Springer for $10,000 |
| 10 | | | | | Eddy or Judith Patterson check #3889 payable to Lindsey Springer for $10,000 |
| 11 | | | | | Garlin Assoc. Ministries check #3192 to Bondage Breakers for $10,000 |
| 12 | | | | | Manufacturers Bank Cashier Check #148198 payable to Lindsey Springer for $10,000 |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 13 | | | | | Manufacturers Bank Cashier Check #148199 payable to Lindsey Springer for $10,000 |
| 14 | | | | | Eddy or Judith Patterson check #3943 payable to Lindsey Springer for $10,000 |
| 15 | | | | | DVAT check #369 payable to Lindsey Springer for for $10,000 |
| 16 | | | | | Garlin Assoc. Ministries check #3881 to Lindsey Springer $17,500; The Morning Star Trust check #2098 payable to Lindsey Springer for $50 |
| 17 | | | | | Garlin Assoc. Ministries check #3882 to Lindsey Springer $17,500 |
| 18 | | | | | Roberts Chiropractic Center check # 5457 payable to Lindsey Springer for $10,000 |
| 20 | | | | | Windyhill Management Company Trust check #2197 payable to Bondage Breakers Ministry for $400; Chippewa Trail Lodge check #1430 payable to Bondage Breakers Ministries for $13,000 |
| 21 | | | | | Chippewa Trail Lodge check #1432 payable to Bondage Breakers Ministries for $5,000 |
| 22 | | | | | Cynthia Hawkins check #0094 payable to Bondage Breakers Ministries for $30,000 |
| 23 | | | | | Cynthia Hawkins check #561 payable to Bondage Breakers Ministries for $37,000 |
| 24 | | | | | Chippewa Trail Lodge check #1022 payable to Bondage Breakers Ministries for $35,000 |
| 25 | | | | | Arkansas IOLTA Foundation Trust Acct. check #634 payable to Jerold Barringer for $668.75; Arkansas IOLTA Foundation Trust Acct. check #635 payable to Lindsey Springer for $14,539 |
| 26 | | | | | Arkansas IOLTA Foundation Trust Acct. check #641 payable to Lindsey Springer for $35,000; Arkansas IOLTA Foundation Trust Acct. check #642 to Jerold Barringer for $193.75 |
| 27 | | | | | Salvatore Pizzino and Melissa Pizzino check #567 payable to Lindsey Springer for $6,500 |
| 28 | | | | | Michael P. Burt check #7650 payable to Bondage Breakers Ministry for $7,500 |
| 29 | | | | | Compass Rose Enterprise check#1062 payable to Bondage Breakers for $3,750 |
| 30 | | | | | Sierra Foundation Mgmt., LLC check #963 payable to Bondage Breakers Ministries for $7,500 |
| 31 | | | | | Cynthia Hawkins check #893 payable to Bondage Breakers Ministries for $12,500 |
| 32 | | | | | Paragon Bank and Trust check #0007 payable to Lindsey Springer for $50,000 |
| 33 | | | | | Superior Bank Cashier's Check #1043 payable to Lindsey Springer for $20,000 |
| 34 | | | | | Superior Bank Cashier's Check #1044 payable to Lindsey Springer for $20,000 |
| 35 | | | | | Superior Bank Cashier's Check #1045 payable to Lindsey Springer for $20,000 |
| 36 | | | | | Superior Bank Money Orders withdrawn IOLTA account totaling $18,000 |
| 37 | | | | | CitiBank check #233784633 (remitter Russell Young) payable to Lindsey Springer for $7,500 |
| 38 | | | | | Mayberry 2000, LLC check #1969 payable to Bondage Breakers Ministries for $45,000 |
| 39 | | | | | Sierra Foundation Mgmt, LLC check #983 payable to Bondage Breakers Ministry for $10,000 |
| 40 | | | | | Lone Star Enterprises Holding Trust check #1017 payable to Lindsey Springer for $25,000 |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 41 | | | | | Friendship Enterprises check #1472 payable to Bondage Breakers Ministry for $500 |
| 42 | | | | | Shelby County State Bank Cashier Check #088193 (remitter Denny Patridge) payable to Lindsey Springer for $6,000 |
| 43 | | | | | United States Postal Money Order #07369713393 (remitter Gary Goldman) payable to Lindsey Springer for $150; Windyhill Management Company Trust check #2486 payable to Bondage Breakers Ministries for $500; Guy Francis check #431 to Bondage Breakers Ministries for $4,000 |
| 44 | | | | | Lone Star Enterprises Holding Trust check #1023 to Lindsey Springer for $15,000 dtd 10/28/04 |
| 45 | | | | | Meracles Un-Limited check #2251 payable to Lindsey Springer for $10,500 |
| 46 | | | | | Shelby County State Bank Cashier Check #089649 (remitter Denny Patridge) payable to Lindsey Springer for $3,500 |
| 47 | | | | | Meracles Un-Limited check #2277 payable to Lindsey Springer for $13,000 |
| 48 | | | | | Denny Patridge check #1782 payable to Lindsey Springer for $10,000 |
| 49 | | | | | Herbert Mott and Charlene Mott check #1881 payable to Lindsey Springer for $10,000 |
| 50 | | | | | Denny Patridge and Judy Patridge check #4152 payable to Lindsey Springer for $5,000 |
| 51 | | | | | Beach Fire Corp Dba Tahiti Trader check #06-602 payable to Bondage Breakers for $20,000 |
| 52 | | | | | Believers Broadcasting Corp. check #12031 to Lindsey Springer for $20,000 |
| 53 | | | | | Denny Patridge and Judy Patridge check #3041 payable to Lindsey Springer for $5,000; Le Roy Peaslee check #225 payable to Lindsey K Springer for $250 |
| 54 | | | | | Beach Fire Corp Dba: Tropical Fruit Co. Dba: Tahiti Trader Co. check #7245 payable to Bondage Breakers Ministry for $5,000 |
| 55 | | | | | Denny Patridge check #563 payable to Lindsey Springer for $5,000 |
| 56 | | | | | American Savings Bank Cashier Check # 400942577 payable to Bondage Breakers Ministry for $45,000; Sam Palmer check #278 payable to Lindsey Springer for $500 |
| 57 | | | | | Guthrie Todd B check #0001403844 payable to Lindsey Springer for $500; American Savings Bank Cashier Check # 400942592 payable to Bondage Breakers Minst. for $5,000; Regions Bank Official Check #795083135 (remitter Creation Science Evangelism) payable to Bondage Breakers Ministry for $10,000 |
| 58 | | | | | Believers Broadcasting Corp. check #12602 to Bondage Breakers for $100,000 |
| 59 | | | | | Town & Country Bank cashier check#135325 (Remitter Lindsey Springer) payable to Lindsey Springer for $20,000 |
| 60 | | | | | Town & Country Bank cashier check #135326 (Remitter Lindsey Springer) payable to Lindsey Springer for $20,000 |
| 64 | | | | | Kathryn or James M. Stumpo check # 3287 payable to Bondage Breakers Ministries for $3,750 |
| 71 | | | | | Ortho/Neuro Medical Assoc. check #4185 payable to Oscar Stilley for $5,000 |
| 72 | | | | | Eddy or Judith Patterson check #3724 payable to Oscar Stilley for $5,000 |
| 73 | | | | | Ortho/Neuro Medical Assoc. check #4287 payable to Oscar Stilley for $20,000 |
| 74 | | | | | Ortho/Neuro Medical Assoc. check #4442 payable to Oscar Stilley for $10,000 |
| 75 | | | | | DVAT check #329 payable to Oscar Stilley for $20,000 |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 76 | | | | | Ortho/Neuro Medical Assoc. check #4772 payable to Oscar Stilley for $5,000 |
| 77 | | | | | Eddy or Judith Patterson check #3959 payable to Oscar Stilley for $5,000 |
| 78 | | | | | DVAT check #392 payable to Oscar Stilley for $15,000 |
| 79 | | | | | DVAT check #411 payable to Oscar Stilley for $5,000 |
| 80 | | | | | Ortho/Neuro Medical Assoc. check #4994 payable to Oscar Stilley for $10,000 |
| 81 | | | | | DVAT check #503 payable to Oscar Stilley for $5,000 |
| 82 | | | | | DVAT check #513 payable to Oscar Stilley for $1,500 |
| 83 | | | | | DVAT check #515 payable to Oscar Stilley for $3,000 |
| 84 | | | | | Ortho/Neuro Medical Assoc. check #5313 payable to Oscar Stilley for $5,000 |
| 85 | | | | | James Lake check #3678 payable to Oscar Stilley for $1,000 |
| 86 | | | | | DVAT check #550 payable to Oscar Stilley for $6,000 |
| 87 | | | | | James Lake check #993 payable to Oscar Stilley for $5,000 |
| 88 | | | | | Ernest Swisher check #210 payable to Oscar Stilley for $500 |
| 89 | | | | | Heber Springs State Bank Cashier's Check payable to Ernie Swisher for $4,000 |
| 90 | | | | | Arvest bank statement reflecting wire transfer deposit for $2,000 |
| 91 | | | | | Ozark Title Services check #2460 payable to Oscar Stilley, Attorney for $65,000 |
| 92 | | | | | Arkansas IOLTA Foundation Trust Acct. check #510 to Lindsey Springer $9,436 |
| 93 | | | | | Bank One Official Check payable to Oscar Stilley Atty. for $5,000; |
| 94 | | | | | Chippewa Trail Lodge check #1421 payable to Oscar Stilley - IOLTA for $4,445 |
| 95 | | | | | Chippewa Trail Lodge check #1429 payable to Oscar Stilley for $5,555 |
| 96 | | | | | Chippewa Trail Lodge check #1013 payable to IOLTA - Oscar Stilley for $8,000 |
| 97 | | | | | Chippewa Trail Lodge check #1021 payable to IOLTA - Oscar Stilley for $20,000 |
| 98 | | | | | Tulsa Sales and Rental check #10005 payable to Oscar Stilley for $5,000 |
| 99 | | | | | Joseph B. Albin check #1592 payable to Eddie Patterson and Judy Patterson for $112,500 |
| 100 | | | | | Salvatore Pizzino and Melissa Pizzino check #568 payable to Oscar Stilley for $2,500 |
| 102 | | | | | Superior Cashier's Check #057446 to Ed Bryson for $37,000 (notation - RE: Lindsey Springer) |
| 103 | | | | | Cynthia Hawkins check #894 payable to IOLTA - Oscar Stilley for $7,500. |
| 104 | | | | | Paragon Bank and Trust check payable to Oscar Stilley for $50,000 |
| 105 | | | | | Cynthia Hawkins check #726 payable to IOLTA - Oscar Stilley for $25,000 |
| 106 | | | | | Cynthia Hawkins check #727 payable to Bondage Breakers Minstries for $25,000 and deposited into Stilley's IOLTA account |
| 107 | | | | | Arkansas IOLTA Foundation Trust Account statement relecting $375,059.90 incoming wire from WT Hall Estill and wire advice |
| 108 | | | | | Tulsa Sales and Rental check #3560 payable to Oscar Stilley for $20,000 |
| 109 | | | | | Lone Star Enterprises Holding Trust check #1013 payble to Oscar Stilley for $25,000 |
| 110 | | | | | Michael P. Burt check #138 payable to Oscar Stilley for $2,100 and deposit slip |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 111 | | | | | Lone Star Enterprises Holding Trust check #1024 payble to Oscar Stilley for $10,000 with notation "Berringer" and deposit slip |
| 112 | | | | | Casabella Enterprises check #1946 payable to Oscar Stilley for $10,000; H.I.R. Fellowship Church check #1264 payable to Oscar Stilley for $545 and deposit slip |
| 113 | | | | | Salvatore Pizzino check payable to Oscar Stilley for $7,500 and deposit slip |
| 114 | | | | | Arvest Bank IOLTA account statement reflecting receipt of $192,000 and $58,000 wire transfers from Patricia L Turner |
| 116 | | | | | Arvest Bank statement reflecting wire transfer deposits for $5,000 remitter Wipe Out Trust and for $10,000 remitter B Swan Company Trust |
| 118 | | | | | Foremost Labs check #11252 payable to IOLTA Foundation for $5,000 and deposit slip |
| 119 | | | | | Foremost Labs check #11259 payable to IOLTA Foundation for $6,000 and deposit slip |
| 120 | | | | | Foremost Labs check #11264 payable to IOLTA Foundation for $5,000 and deposit slip |
| 121 | | | | | Foremost Labs check #11271 payable to IOLTA for $5,000 and deposit slip |
| 122 | | | | | East Coast Management check #207 payable to Oscar Stilley for $5,000 and deposit slip |
| 124 | | | | | Foremost Labs check #11294 payable to IOLTA Foundation for $2,000; Bancorp South Official Check #431010928 (remitter Bob Bouton) payable to Oscar Stilley for $1,000 |
| 126 | | | | | East Coast Management check #260 payable to Oscar Stilley for $3,000; The Logsdon Family Trust check #10443 payable to IOLTA Foundation for $2,000 and deposit slip |
| 127 | | | | | Foremost Labs check #11324 payable to IOLTA Foundation for $3,000; Regions Bank Official Check #742531384 (remitter Alyson Bradford) payable to Oscar Stilley for $5,000 and deposit slip |
| 128 | | | | | Doris Hanson or Byron Hanson check #2058 payable to Oscar Stilley for $40; Foremost Labs check #11332 payable to IOLTA Foundation for $3,000 and deposit slip |
| 131 | | | | | Beach Fire Corp Dba Tahiti Trader check #06-601 payable to Oscar Stilley for $10,000 and deposit slip |
| 132 | | | | | Wells Fargo Bank check payable to Oscar Stilley for $4,000 and deposit slip |
| 133 | | | | | Beach Fire Corp Dba Tahiti Trader check #7089 payable to Oscar Stilley, Attorney at Law for $10,000 and deposit slip |
| 134 | | | | | American Savings Bank Cashiers Check #400942480 payable to Oscar Stilley for $175,000 and deposit slip |
| 135 | | | | | Arkansas IOLTA Foundation check #2042 payable to Bondage Breakers Ministries for $25,000 |
| 136 | | | | | Land Shark Inc. check #1061 payable to Oscar Stilley for $3,500 and deposit slip |
| 137 | | | | | Land Shark Inc. check #1084 payable to Oscar Stilley for $5,000 and deposit slip |
| 138 | | | | | Arvest Bank Outgoing Wire Transfer advice from Oscar Stilley to Bennett for $50,000 |
| 139 | | | | | Arkansas IOLTA Foundation check #2049 payable to Alan Richey for $25,000 - memo "Bennett, Hamlet" |
| 140 | | | | | Land Shark Inc. check #1228 payable to Oscar Stilley for $10,000 and deposit slip |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 151 | | | | | Eddy Patterson check #3711 payable to Oscar Stilley for $2,275; John or Reta Remington check #3703 payable to Oscar Stilley for $200 and deposit slip |
| 152 | | | | | Eddy Patterson or Judy Patterson check #3078 payable to Oscar Stilley for $1,815; Paragon Foundation Inc. check #2633 payable to Oscar Stilley for $2,442.92 and deposit slip |
| 153 | | | | | Eddy Patterson or Judy Patterson check #1415 payable to Oscar Stilley for $862.50 and deposit slip |
| 154 | | | | | Eddy Patterson or Judy Patterson check #1497 payable to Oscar Stilley for $877 and deposit slip |
| 155 | | | | | Salvatore Pizzino and Melissa Pizzino check #541 and #545, each payable to Oscar Stilley for $2,500 |
| 156 | | | | | Carter Numismatics check #20778 payable to Lindsey Springer for $56,000 |
| 159 | | | | | DVAT check #419 payable to Linsey Springer for $5,000 |
| 160 | | | | | DVAT check #439 payable to Lindsey Springer for $3,000 |
| 201 | | | | | Chippewa Trail Lodge check #1402 payable to Lindsey Springer for $5,000 |
| 203 | | | | | Chippewa Trail Lodge check #1431 payable to Bondage Breakers Ministry for $7,000 |
| 206 | | | | | Chippewa Trail Lodge check #1480 payable to IOLTA - Oscar Stilley for $11,000 |
| 207 | | | | | Chippewa Trail Lodge check #1433 payable to Bondage Breakers Ministries for $8,000 |
| 209 | | | | | Cynthia Hawkins check #563 payable to IOLTA - Oscar Stilley for $27,000 |
| 212 | | | | | Cynthia Hawkins check #576 payable to Bondage Breakers Ministries for $8,000 |
| 221 | | | | | Patrick & Patricia Turner check #1322 payable to Lindsey Springer for $1,000 |
| 226 | | | | | Friendship Enterprises check #1422 payable to Bondage Breakers for $500 |
| 227 | | | | | Friendship Enterprises check #1446 payable to Bondage Breakers for $550 |
| 228 | | | | | Friendship Enterprise check #1498 payable to Bondage Breakers for $500 |
| 230 | | | | | Friendship Enterprise check #1539 payable to Bondage Breakers for $1,000 |
| 231 | | | | | Friendship Enterprise check #1548 payable to Bondage Breakers for $1,000 |
| 236 | | | | | Patrick and Patricia Turner check #1624 payable to Bondage Breakers for $1,000 |
| 675 | | | | | Summary - Gross Income for 2000 |
| 676 | | | | | Summary - Gross Income for 2001 |
| 677 | | | | | Summary - Gross Income for 2002 |
| 678 | | | | | Summary - Gross Income for 2003 |
| 679 | | | | | Summary - Gross Income for 2004 |
| 681 | | | | | Summary - Gross Income for 2005 |
| 683 | | | | | Summary for the Years 2000 through 2005 |
| 1001 | | | | | Hedberg Declaration Trust check #535 payable to Dale Hedberg for $111, 701.50 |
| 1002 | | | | | The Okemah National Bank Cashier's Check #166794 (remitter Sam Palmer) payable to Lindsey Springer for $10,000 |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 1003 | | | | | Midsummer Farms check #3692 payable to Bondage Breakers for $10,000 |
| 1004 | | | | | National Commercial Bank transfer USD Draft #6180 payable Bondage Breakers Ministry for $9,779.96 (USD $3,632.21) and Debit Advice for transaction from St. Vincent, West Indies |
| 1005 | | | | | A.C. & R. Group Ltd. check #1625 payable to Lindsey Springer for $6,000 |
| 1006 | | | | | Patrick R or Patricia L Turner check #1904 payable to Bondage Breakers for $900 |
| 1007 | | | | | Creation Science Evangelism Ministry check #1124 payable to Bondage Breakers Ministry for $10,000 and Guthrie Gift check #0091962353 payable to Lindsey Springer for $500 |
| 1008 | | | | | Creation Science Evangelism Ministry check #1151 payable to Bondage Breakers Ministry for $10,000 |
| 1009 | | | | | Dale & Cheryl Phillips check #3803 payable to Lindsey Springer for $7,500 |
| 1010 | | | | | Patrick R or Patricia L Turner check #1957 payable to Bondage Breakers for $400 |
| 1011 | | | | | Patrick & Patricia Turner Quicken Report including check #s 2061, 2062 and 2153 payable to Bondage Breakers Ministry totaling $1,000 |
| 1012 | | | | | Joe McCutchen check #3230 payable to Oscar Stilley for $2,500 |
| 1013 | | | | | Lewis & Associates Inc. check #123 payable to Oscar Stilley for $25,000 |
| 1014 | | | | | Lewis & Associates Inc. check #124 payable to Oscar Stilley for $25,000 |
| 1015 | | | | | Lewis & Associates Inc. check #4997 payable to Oscar Stilley for $3,000 |
| 1016 | | | | | Maddox & Madox check #3900 payable to Oscar Stilley Trustee for $6,033 |
| 1017 | | | | | Lewis & Associates Inc. check #5231 payable to Oscar Stilley for $10,598.37 |
| 1018 | | | | | Fish R Manufacturing Services check #1020 payable to Oscar Stilley Attorney for $1,000 |
| 1019 | | | | | Ronald R. or Brenda Gibbons check #7065 payable to Oscar Stilley for $5,000 |
| 1020 | | | | | Arvest State Bank Cashier's Check #466837 (remitter Jeanne Davenport) payable to Oscar Stilley for $2,500 |
| 1021 | | | | | Spirit State Bank Cashier's Check #004592 (remitter Jeanne Davenport) payable to Oscar Stilley for $2,500 |
| 1022 | | | | | Steven D. or Terri D. Young check #5032 payable to Oscar Stilley for $5,000 |
| 1023 | | | | | E. Kent Hirsh, P.A. check #2352 payable to Oscar Stilley for $1,278.88 and deposit slip |
| 1024 | | | | | E. Kent Hirsh, P.A. check #2360 payable to Oscar Stilley for $15,751.46 and deposit slip |
| 1025 | | | | | E. Kent Hirsh, P.A. check #2374 payable to Oscar Stilley for $12,845.94 and deposit slip |
| 1026 | | | | | Arthur B. Stephens and Brenda June Stephens check #1001 payable to Oscar Stilley for $1,012.50 and deposit slip |
| 1027 | | | | | L. Ward Dobbs check #1724 payable to Oscer [sic] Stilley for $1,000 |
| 1028 | | | | | Marcey Hamm wire remittance payable to Arkansas IOLTA Foundation Trust Acc for Oscar Stilley for $20,480.35 |
| 1029 | | | | | Mechanical Fisher check #3931 payable to IOLTA Trust Account for Oscar Stilley for $2,500 |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 1030 | | | | | Arvest Bank statement reflecting wire transfer deposit for $3,500 remitter Marcey Hamm |
| 1031 | | | | | Arkansas Municipal League check #013549 payable to Oscar Stilley, Esq. for $37.500 |
| 1032 | | | | | First State Bank Cashier's Check #250235 (remitter Kirk Stock) payable to Oscar Stilley for $2,000 and deposit slip |
| 1033 | | | | | Paragon Foundation, Inc. check #3473 payable to Oscar Stilley for $1,357.63; Joe McCutchen check #5434 payable to Oscar Stilley for $100 and deposit slip |
| 1034 | | | | | Arvest Bank Cashier's Check #0865382 (remitter Tobi A Walker) payable to Oscar Stilley for $1,580.78 and deposit slip |
| 1035 | | | | | Gary or Mary Morrow check #8948 payable to Oscar Stilley for $1,000 and deposit slip |
| 1036 | | | | | Gary or Mary Morrow check #2669 payable to Oscar Stilley for $1,000 and deposit slip |
| 1037 | | | | | Wells Fargo Bank check payable to Oscar Stilley for $5,000 and deposit slip |
| 1038 | | | | | First State Bank Cashier's Check #256489 (remitter Kirk Stock) payable to Oscar Stilley for $1,000 and deposit slip |
| 1039 | | | | | Esther M. Aberle check #1164 payable to Oscar Stilley for $7,500 and deposit slip |
| 1040 | | | | | Quantum Concepts check #1580 payable to Oscar Stilley for $2,000 and deposit slip |
| 1041 | | | | | Americans for Limited Government Foundation check #2716 payable to Oscar Stilley for $5,425.50 and deposit slip |
| 1043 | | | | | Quantum Concepts check #1595 payable to Oscar Stilley for $5,000 and deposit slip |
| 1044 | | | | | First State Bank Cashier's Check #259990 (remitter Kirk Stock) payable to Oscar Stilley for $300 and deposit slip |
| 1045 | | | | | Chase Official Check #541934310 (remitter Paul Frazell) payable to Oscar Stilley for $2,500 and deposit slip |
| 1046 | | | | | JFJ PA, Inc. check #1039 payable to Oscar Stilley for $15,000 and deposit slip |
| 1047 | | | | | Quantum Concepts check #1631 payable to Oscar Stilley for $5,000 and deposit slip |
| 1048 | | | | | Cathy C Peacock check #104 payable Oscar Stilley, Attorney for $1,500 |
| 1049 | | | | | Cathy C Peacock check #107 payable Oscar Stilley, Att. for $475; Karen H. Page and Kathy L. Williams check #532 payable to Oscar Stilley for $5,000 and deposit slip |
| 1050 | | | | | Anshin Enterprise Inc. check #1031 payable to Oscar Stilley for $7,500 and deposit slip |
| 1051 | | | | | Washington Mutual Bank Official Check #889067207 payable to Oscar Stilley for $5,000 |
| 1052 | | | | | United States Postal Money Orders (ten) (remitter LFT) payable to IOLTA totaling $9,997 and deposit slip |
| 1053 | | | | | Morton Community Bank Cashier's Check #041322 (remitter Robert Lawrence) payable to Oscar Stilley for $3,065.97 and deposit slip |
| 1054 | | | | | Todd Guthrie and Patricia L Guthrie check #1125 payable to Oscar Stilley for $5,000 and deposit slip |
| 1055 | | | | | First State Bank Cashier's Check #28473 (remitter Kirk Stock) payable to Oscar Stilley for $250; Quantum Concepts check #1682 payable to Oscar Stilley for $2,500 and deposit slip |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 1056 | | | | | JB Foundation check #223 payable to Oscar Stilley for $120; Anshin Enterprise Inc. check #1116 payable to Oscar Stilley for $7,500 and deposit slip |
| 1057 | | | | | Elite Care Center LLC check #4652 payable to Oscar Stilley Attorney at Law for $2,500; Americo Insurance check #05356175 payable to Leroy M Bennett Jr. for $10,651.51 and deposit slip |
| 1058 | | | | | Foley Road Boat check #8569 payable to Oscar Stilley for $3,000 and deposit slip |
| 1059 | | | | | Millenium Connection LLC check #156 payable to Oscar Stilley for $25,000 and deposit slip |
| 1060 | | | | | Todd Guthrie and Patricia L Guthrie check #1125 payable to Oscar Stilley for $28.54; Anshin Enterprise Inc. check #1175 payable to Oscar Stilley for $4,000 and deposit slip |
| 1061 | | | | | Lauren Anne Redeker check #103 payable to IOLTA Account for Oscar Stilley for $8,500; Warran T. Barry check #5036 payable to IOLTA Account for Oscar Stilley for $16,500 and deposit slip |
| 1062 | | | | | Eric P. Benson TTE check #0479 payable to Oscar Stilley for $20,000 and deposit slip |
| 1063 | | | | | Empower Enterprises check #10532 payable to Oscar Stilley for $25,000 and deposit slip |
| 1064 | | | | | Thomasville National Bank Cashier's Check #29148 (remitter Donnie Griner) payable to Oscar Stilley for $9,500 and deposit slip |
| 1065 | | | | | First State Bank Cashier's Check #30330 (remitter Kirk Stock) payable to Oscar Stilley for $250 and deposit slip |
| 1066 | | | | | Thomasville National Bank Cashier's Check #29235 (remitter Donnie Griner) payable to Oscar Stilley for $6,000 and deposit slip |
| 1067 | | | | | Natural Health Resources check #7677 payable to Oscar Stilley, Attorney at Law for $20,000; Empower Enterprises check #10589 payable to Oscar Stilley for $1025,000 and deposit slip |
| 1068 | | | | | Arvest Bank statement reflecting wire transfer deposit for $25,000 remitter Empower Enterprises |
| 1069 | | | | | Wayne McEachern and Sharon McEachern check #5377 payable to Oscar Stilley for $10,000 and deposit slip |
| 1070 | | | | | LaSalle Bank Official Check #036804136-5 (remitter Brent N Gross) payable to Oscar Stilley for $5,000 and deposit slip |
| 1071 | | | | | Truman Bank Cashier's Check #4976197296 (remitter John Calandrella) payable to Oscar Stilley Attorney at Law for $15,000 and deposit slip |
| 1072 | | | | | National Exteriors check #4304 payable to Oscar Stilley for $5,000 and deposit slip |
| 1073 | | | | | Daniel J. Delphia check #0007557895 payable to Stilley, Oscar Atty for $2,500; Avagon LLC check #1218 payable to Oscar Stilley for $5,000 and deposit slip |
| 1074 | | | | | L Richard Shearer M.D. Inc. check #2726 payable to Oscar Stilley for $4,500 and deposit slip |
| 1075 | | | | | Arvest Bank statement reflecting wire transfer deposit for $4,500 remitter L Richard Shearer MD Inc. |
| 1076 | | | | | Metropolitan National Bank Cashier's Check #059292 (remitter Rhonda Hartzell) payable to Oscar Stilley for $5,000 and deposit slip |
| 1077 | | | | | Avagon LLC check #1250 payable to Oscar Stilley for $5,000 and deposit slip |
| 1078 | | | | | Glenda K Sapp check #500 payable to Oscar Stilley for $5,000 and deposit slip |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 1079 | | | | | Bank of America Cashier Check #0052807 (remitter Hein Family Trust) payable to Paul or Loretta Hein for $5,000 and deposit slip |
| 1080 | | | | | Roger C. Mattson check #1979 payable to Mr. Oscar Stilley for $2,500; Gene Basile TTE and Virginia Ann Basile TTE check #4665 payable to Oscar Stilley for $15,000; Donnie C. Griner check #1051 payable to Oscar Stilley Att at Law for $4,000; Daniel J. Delphia check #0030250281 payable to Stilley, Oscar Atty for $1,000 and deposit slip |
| 1081 | | | | | Office of TTE Mark A Lobello and his Successors check #2002 payable to Oscar Stilley Trust Account for $9,000 and deposit slip |
| 1082 | | | | | Unknown Payor Name (check signed by Jan Mellor) payable to Oscar Stilley Attorney at Law for $4,561.83 |
| 1083 | | | | | Dr. Eric D. Nickhaus and Robin K. Nickhaus check #9231 payable to Mr. Oscar Stilley for $2,000; Office of TTE Mark A Lobello and his Successors check #2005 payable to Oscar Stilley Esq Trust Account for $10,000; Puyallup Chiropractic Clinic Inc. check #14453 payable to Oscar Stilley for $2,500 and deposit slip |
| 1084 | | | | | R.T. Mizuno LLC check #0120 payable to Oscar Stilley for $2,500; Dr. Eric D. Nickhaus and Robin K. Nickhaus check #9246 payable to Mr. Oscar Stilley for $1,500 and deposit slip |
| 1085 | | | | | Louis E Johnson check #2439 payable to Oscar Stilley Att at Law for $1,000 and deposit slip |
| 1086 | | | | | United States Postal Money Order #92965811062 (remitter Ward Scott Wood) payable to Oscar Stilley for $1,000; Kevin L Terry D.C. and Miran A Terry check #11192 payable to Oscar Stilley for $2,000; MidFlorida Federal Credit Union Cashier's Check #3909386 (payee illegible) for $2,500; Help and Support LLC check #381 payable to Oscar Stilley for $5,000 and deposit slip |
| 1087 | | | | | United States Postal Money Order #11051727693 (remitter Ward Scott Wood) payable to Oscar Stilley for $500 and deposit slip |
| 1088 | | | | | Donnie C. Griner check #1122 payable to Oscar Stilley for $2,000 and deposit slip |
| 1089 | | | | | Charles R. Glenn check #1066 payable to Oscar Stilley Attorney at Law for $2,500 |
| 1090 | | | | | Ann T. Gardner check #516 payable to Oscar Stilley for $1,000 and deposit slip |
| 1091 | | | | | Barry G. Brockman check #5163 payable to Oscar Stilley for $5,000; First State Bank Cashier's Check #37960 (remitter Kirk Stock) payable to Oscar Stilley for $721.60 and deposit slip |
| 1092 | | | | | United States Postal Money Order #92961167321 (remitter Ward Scott Wood) payable to Oscar Stilley for $250 and deposit slip |
| 1093 | | | | | Niehaus Chiropractic Clinic check #1138 payable to Oscar Stilley for $11,000; Total Wellness Solutions check #0080039609 payable to Stilley, Oscar Atty for $1,000 and deposit slip |
| 1094 | | | | | Gene P Borelli check #536 payable to Oscar Stilley for $2,000; Gene P Borelli check #535 payable to Oscar Stilley for $1,400; Bonnie B Brokaw check for $2,000 and deposit slip |
| 1095 | | | | | Minerals & Royalty, Inc. check #2057 payable to Oscar Stilley for $3,223.55 and deposit slip |
| 1096 | | | | | Donnie C. Griner check #1217 payable to Oscar Stilley for $7,000 and deposit slip |
| 1097 | | | | | Louis E Johnson check #2442 payable to Oscar Stilley Attorney at Law for $500; MidFlorida Cashier's Check #3910041 (remitter Robert King) payable to Oscar Stilley for $2,000; Puyallup Chiropractic Clinic Inc. check #14591 payable to Oscar Stilley for $500 and deposit slip |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 1098 | | | | | Charles R. Glenn check #2289 payable to Oscar Stilley for $1,000; Total Wellness Solutions check #0016656103 payable to Stilley, Oscar Atty for $1,000; Donnie C. Griner check #1297 payable to Oscar Stilley for $4,000; R T Mizuno LLC check #4061 payable to Oscar Stilley for $5,000 and deposit slip |
| 1099 | | | | | Gene P Borelli check #538 payable to Oscar Stilley for $1,000; Louis E Johnson check #2443 payable to Oscar Stilley Att at Law for $500 and deposit slip |
| 1100 | | | | | Arvest Bank statement reflecting wire transfer deposit for $175,000 remitter Office of the Presiding |
| 1101 | | | | | Barry G. Brockman check #5562 payable to Oscar Stilley for $10,000 and deposit slip |
| 1102 | | | | | First Bank Official Check #10752574 (remitter Wayne McEachern) payable to Oscar Stilley for $500 and deposit slip |
| 1103 | | | | | Puyallup Chiropractic Clinic Inc. check #14637 payable to Oscar Stilley for $2,500; MidFlorida Cashier's Check #3910462 (remitter Patricia King) payable to Oscar Stilley for $582; Abrasive Innovations check #1229 payable to Oscar A. Stilley; Louis E. Johnson check #2444 payable to Oscar Stilley Att. at Law for $1,000 and deposit slip |
| 1104 | | | | | Niehaus Chiropractic Clinic check #1159 payable to Oscar Stilley for $6,000 and deposit slip |
| 1105 | | | | | Les Hugaboom and Imelda-Lisa Ignacio check #1580 payable to Oscar Stilley for $2,500; Barry L. Cox and Janis L. Cox check #1122 payable to Oscar Stilley for $2,500 and deposit slip |
| 1106 | | | | | Arvest Bank statement reflecting wire transfer deposit for $2,000 remitter Paul A Hein |
| 1107 | | | | | Donnie C. Griner check #1345 payable to Oscar Stilley for $3,000 and deposit slip |
| 1108 | | | | | Ideal Systems Inc. check #1039 payable to Oscar Stilley Atty at Law for $4,000 and deposit slip |
| 1109 | | | | | Shell Community Federal Credit Union Cashier's Check #75659 payable to Oscar Stilley or Ward Scott Wood for $1,110.70 |
| 1110 | | | | | L&F Farms LLC check #1311 payable to Oscar Stilley for 14,000 and deposit slip |
| 1111 | | | | | Eric P. Benson TTE The Dorian Foundation check #0682 payable to Oscar Stilley for $3,000 and deposit slip |
| 1112 | | | | | ABC Seamless Siding check #19953 payable to Oscar Stilley attorney at law for $2,500 and deposit slip |
| 1113 | | | | | Dale Parks check #366 payable to Oscar Stilley Attorney at Law for $5,000 and deposit slip |
| 1114 | | | | | Arvest Bank statement reflecting wire transfer deposit for $5,000 remitter Gary Bell |
| 1115 | | | | | Total Wellness Solutions check #0073678578 payable to Stilley, Oscar Atty for $2,500; Timothy and Neketta Marks check #1331 payable to Oscar Stilley for $1,000 and deposit slip |
| 1116 | | | | | First State Bank Cashier's Check #51092 (remitter Kirk Stock) payable to Oscar Stilley for $300 |
| 1117 | | | | | Barry Brockman check #6000 payable to Oscar Stilley for $5,000 |
| 1118 | | | | | Renee and Brett Dirr check #1060 payable to Oscar Stilley for $2,500 and deposit slip |
| 1119 | | | | | Renee and Brett Dirr check #1061 payable to Oscar Stilley for $3,441.64 and deposit slip |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 1120 | | | | | Renee and Brett Dirr check #1063 payable to Oscar Stilley for $2,580 and deposit slip |
| 1121 | | | | | Chase Bank Official Check #111631974 (remitter C. Ledford) payable to Oscar Stilley Attorney at Law for $5,000 and deposit slip |
| 1122 | | | | | Ideal Systems Inc. check #1061 payable to Oscar Stilley Atty at Law for $2,000; Total Wellness Solutions check #0093947996 payable to Stilley, Oscar Atty for $1,000 and deposit slip |
| 1123 | | | | | ABC Seamless Siding check #20983 payable to Oscar Stilley attorney at law for $2,500 and deposit slip |
| 1124 | | | | | Les Hugaboom and Imelda-Lisa Ignacio check #1776 payable to Oscar Stilley for $2,500 and deposit slip |
| 1125 | | | | | United States Postal Money Order #12226728047 (remitter Tim Roney) payable to Oscar Stilley for $1,000 and deposit slip |
| 1126 | | | | | Total Wellness Solutions check #0013474036 payable to Stilley, Oscar Atty for $500 and deposit slip |
| 1127 | | | | | P.A. Pflum check #975 payable to Oscar Stilley for $2,500 and deposit slip |
| 1128 | | | | | Barry G. Brockman check #6221 payable to Oscar Stilley for $5,000; Chase Cashier's Check #9125700624 (remitter Charles Ledford) payable to Oscar Stilley for $5,000; Timothy Neil Marks M.D. PA check #114 payable to Oscar Stilley for $5,000; Timothy Marks check #0091 payable to Oscar Stilley for $5,000 and deposit slip |
| 1129 | | | | | TSEW Corporation check #1531 payable to Oscar Stilley for $2,000 and deposit slip |
| 1130 | | | | | Timothy and Neketta Marks check #1436 payable to Oscar Stilley for $4,200 and deposit slip |
| 1131 | | | | | Total Wellness Solutions check #0034700854 payable to Oscar Stilley Attorney for $2,000; Neighbors Credit Union Official Check #000090235 (remitter Gary Bell) payable to Oscar Stilley Attorney at Law for $500 and deposit slip |
| 1132 | | | | | ABC Seamless Siding check #21805 payable to Oscar Stilley attorney at law for $1,500 and deposit slip |
| 1133 | | | | | Imelda-Lisa Ignacio, DDS check #1417 payable to Oscar Stilley for $2,000; M. Rhona Lee and Anna J. Flaherty check #989 payable to Oscar Stilley for $700 and deposit slip |
| 1134 | | | | | Paypal Records for Account in the name of Lindsey Springer Covering 06/16/2006 through 12/30/2009 |
| 1135 | | | | | Paypal Records for Account in the name of Oscar Stilley Covering 11/14/2006 through 08/14/2009 |
| 1136 | | | | | IRS Account Transcript of Lindsey Kent Springer for Tax Year 1990 |
| 1137 | | | | | IRS Account Transcript of Lindsey Kent Springer for Tax Year 1991 |
| 1138 | | | | | IRS Account Transcript of Lindsey Kent Springer for Tax Year 1992 |
| 1139 | | | | | IRS Account Transcript of Lindsey Kent Springer for Tax Year 1993 |
| 1140 | | | | | IRS Account Transcript of Lindsey Kent Springer for Tax Year 1994 |
| 1141 | | | | | IRS Account Transcript of Lindsey Kent Springer for Tax Year 1995 |
| 1142 | | | | | IRS Account Transcript of Oscar Amos Stilley for Tax Year 2002 |
| 1143 | | | | | IRS Account Transcript of James Lake for Tax Year 2000 |
| 1144 | | | | | IRS Account Transcript of Eddy and Judith Patterson for Tax Year 1997 |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 1145 | | | | | IRS Account Transcript of Eddy and Judith Patterson for Tax Year 1998 |
| 1146 | | | | | IRS Account Transcript of Eddy and Judith Patterson for Tax Year 1999 |
| 1147 | | | | | IRS Account Transcript of Eddy and Judith Patterson for Tax Year 2000 |
| 1148 | | | | | IRS Account Transcript of Philip Roberts for Tax Year 1992 |
| 1149 | | | | | IRS Account Transcript of Philip Roberts for Tax Year 1993 |
| 1150 | | | | | IRS Account Transcript of Philip Roberts for Tax Year 1994 |
| 1151 | | | | | IRS Account Transcript of Philip Roberts for Tax Year 1995 |
| 1152 | | | | | IRS Account Transcript of Patrick and Patricia Turner for Tax Year 1999 |
| 1153 | | | | | IRS Account Transcript of Patrick and Patricia Turner for Tax Year 2000 |
| 1154 | | | | | IRS Account Transcript of Patrick and Patricia Turner for Tax Year 2001 |
| 1155 | | | | | IRS Account Transcript of Patrick and Patricia Turner for Tax Year 2002 |
| 1156 | | | | | IRS Account Transcript of Patrick and Patricia Turner for Tax Year 2003 |
| 1157 | | | | | Transcript of Defendant Springer's Testimony in 09-CR-043-SPF |
| 1158 | | | | | Transcript of Defendant Stilley's Testimony in 09-CR-043-SPF |
| 1159 | | | | | Summary of Gross Income for 1999 - Springer |
| 1160 | | | | | Summary of Gross Income for 2000 - Springer |
| 1161 | | | | | Summary of Gross Income for 2001 - Springer |
| 1162 | | | | | Summary of Gross Income for 2002 - Springer |
| 1163 | | | | | Summary of Gross Income for 2003 - Springer |
| 1164 | | | | | Summary of Gross Income for 2004 - Springer |
| 1165 | | | | | Summary of Gross Income for 2005 - Springer |
| 1166 | | | | | Summary of Gross Income for 2006 - Springer |
| 1167 | | | | | Summary of Gross Income for 2007 - Springer |
| 1168 | | | | | Summary of Gross Income for 2000 - Stilley |
| 1169 | | | | | Summary of Gross Income for 2001 - Stilley |
| 1170 | | | | | Summary of Gross Income for 2002 - Stilley |
| 1171 | | | | | Summary of Gross Income for 2003 - Stilley |
| 1172 | | | | | Summary of Gross Income for 2004 - Stilley |
| 1173 | | | | | Summary of Gross Income for 2005 - Stilley |
| 1174 | | | | | Summary of Gross Income for 2006 - Stilley |
| 1175 | | | | | Summary of Gross Income for 2007 - Stilley |
| 1176 | | | | | Summary of Gross Income for 2008 - Stilley |
| 1177 | | | | | Summary of Third Party Tax Losses |
| 1178 | | | | | Summary of Tax Loss and Restitution - Springer |
| 1179 | | | | | Summary of Tax Loss and Restitution - Stilley |