# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA

V.

Lindsey Kent Springer

**EXHIBIT AND WITNESS LIST**

Case Number: 09-CR-043-SPF

| PRESIDING JUDGE<br>STEPHEN P. FRIOT | PLAINTIFF'S ATTORNEY<br>THOMAS SCOTT WOODWARD | DEFENDANT'S ATTORNEY<br>NONE |
|---|---|---|
| TRIAL DATE(S)<br>OCTOBER 26, 2009 | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | 300 | | | | Form 1040 1990 |
| | 301 | | | | Form 1040 1991 |
| | 302 | | | | Form 1040 1992 |
| | 303 | | | | Form 1040 1993 |
| | 304 | | | | Form 1040 1994 |
| | 305 | | | | Form 1040 1995 |
| | 306 | | | | Form 1040 1996 |
| | 307 | | | | Form 1040 1997 |
| | 308 | | | | Form 1040 1998 |
| | 309 | | | | Form 1040 1999 |
| | 310 | | | | Form 1040 2000 |
| | 311 | | | | Form 1040 2001 |
| | 312 | | | | Form 1040 2002 |
| | 313 | | | | Form 1040 2003 |
| | 314 | | | | Form 1040 2004 |
| | 315 | | | | Form 1040 2005 |
| | 316 | | | | Form 1040 2006 |
| | 317 | | | | Form 1040 2007 |
| | 318 | | | | certificate of release of lien from Secretary for 1990 - 1995 dated August 23, 2007 |
| | 319 | | | | lien on RV Patrick Turner and agreement |
| | 320 | | | | Patterson Docket in 03-cr-55 |
| | | | | | Witnesses Todd Gollihare, Brian Shern, Brian Miller and Lindsey Springer |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __1__ Pages

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Lindsey Kent Springer's WITNESS AND EXHIBIT LIST was ecf'd on April 6, 2010 to:

Kenneth P. Snoke,
Charles O'Reilly,
Oscar Stilley

/s/ Lindsey K. Springer
Signature