# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,         ) | |
|                                                              ) | |
|           Plaintiff,                                  ) | |
|                                                              ) | |
| vs.                                                       ) | Case No. 09-CR-0043-SPF |
|                                                              ) | |
| LINDSEY KENT SPRINGER, and  ) | |
| OSCAR AMOS STILLEY,               ) | |
|                                                              ) | |
|           Defendants.                           ) | |

## **ORDER**

Before the court is defendant Stilley's Motion to Continue Sentencing, doc. 326, filed on April 6, 2010.

The government is **DIRECTED** to respond to said motion not later than April 13, 2010.

Dated April 7, 2010.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

09-0043p065.wpd