

**FILED**

APR 23 2010

Phil Lombardi, Clerk
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA

    Plaintiff,

Case No. 09-CR-043-SPF

v.

LINDSEY KENT SPRINGER,
OSCAR AMOS STILLEY

    Defendants.

### NOTICE OF APPEAL

Lindsey K. Springer ("Springer") files his notice of appeal from the final order and judgement by the United States Western Judicial District Court Judge Stephen P Friot dated April 23, 2010. to the Tenth Circuit

/s/ Lindsey K. Springer
Lindsey K. Springer
5147 S. Harvard, # 116
Tulsa, Oklahoma 74135
918-955-8225

April 23, 2010

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Lindsey Kent Springer's Notice

1

of Appeal was ecf'd on April 23, 2010 as well as hand delivered, to:

Kenneth P. Snoke,
Charles O'Reilly,
Oscar Stilley

_____
Signature