```
DUPLICATE

Court Name: Northern District Oklahoma
Division: 4
Receipt Number: TDK006584
Cashier ID: sbarnes
Transaction Date: 04/23/2010
Payer Name: LINDSEY K SPRINGER
----------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: LINDSEY K SPRINGER
 Amount:         $455.00
----------------------------------
CASH
 Amt Tendered:  $455.00
----------------------------------
Total Due:      $455.00
Total Tendered: $455.00
Change Amt:     $0.00

09-CR-43-SPF


"Only when bank clears the check,
money order, or verifies credit of
funds is the fee or debt officially
paid or discharged.  a $45 fee will
be charged for a returned check."
```