# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 09-CR-043-SPF |
| ) | |
| LINDSEY KENT SPRINGER and ) | |
| OSCAR AMOS STILLEY, ) | |
| ) | |
| Defendants. ) | |

## ORDER

On April 23, 2010, defendants Lindsey Kent Springer and Oscar Amos Stilley were sentenced and were remanded to the custody of the United States Marshal pending designation by the Bureau of Prisons.

In light of the defendants' remand, the Clerk of this Court is **DIRECTED** to (i) change the defendants' addresses on the docket sheet to reflect where they are currently housed, (ii) mail all orders to the defendants at their record addresses as shown on the docket sheet, and (iii) maintain the defendants' CM/ECF filing status and permissions.

The defendants are **DIRECTED** to promptly notify the clerk of all changes of address.

Dated April 30, 2010.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

09-0043p074.wpd