IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

FILED IN OPEN COURT
APR 2 3 2010
BY: _____

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| -vs- | ) Case No. 09-CR-043-SPF |
| Oscar Amos Stilley, | ) |
| Defendant. | ) |

## NOTICE OF APPEAL

Notice is hereby given that the above-named defendant does hereby appeal to the Tenth Circuit Court of Appeals, the Judgment in a Criminal Case entered on 4-23-10

Date: 4-23-10

_____
Signature of Defendant