# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| v. | ) | Case No. | 09-CR-043-SPF |
| | ) | | |
| LINDSEY KENT SPRINGER, | ) | | |
| OSCAR AMOS STILLEY, | ) | | |
| | ) | | |
| Defendants. | ) | | |

**UNITED STATES' RESPONSE WITH RESPECT TO DEFENDANT'S MOTION FOR TRANSCRIPT AT GOVERNMENT EXPENSE (DOC. NO. 343)**

The United States of America, by and through its attorneys, Thomas Scott Woodward, United States Attorney for the Northern District of Oklahoma and Kenneth P. Snoke, Assistant United States Attorney, and Charles A. O'Reilly, Special Assistant United States Attorney, hereby responds with respect to Defendant's Motion for Transcript at Government Expense (doc. no. 343). To the extent Defendant seeks the payment of fees for transcripts furnished in criminal proceedings to persons allowed to appeal in forma pauperis, the fees are to "be paid by the United States out of moneys appropriated for those purposes" (28 U.S.C. §753(f); see also 18 U.S.C. §3006A)), and the United States has no objection. The U.S. Courts for the Northern District of

Oklahoma provides a form for ordering transcripts online: www.oknd.uscourts.gov/okndpublic/ sub.nsf/civil?openform.  This form allows Defendant to request transcripts in forma pauperis.

If by his motion Defendant seeks to have the Court obligate the Office of the United States Attorney to pay for the transcripts he requests, the United States does object.  There is no authority for obligating the United States' Attorney's Office to pay for Defendant's costs with respect to his criminal appeal.  Title 28, United States Code Section 753(f) provides that the costs of transcripts in this type of situation "shall be paid by the United States out of moneys appropriated for those purposes."  This can be done utilizing the form identified above.

Respectfully submitted,

THOMAS SCOTT WOODWARD
UNITED STATES ATTORNEY

   /s/ Charles A. O'Reilly
CHARLES A. O'REILLY, CBA NO. 160980
Special Assistant United States Attorney
KENNETH P. SNOKE, OBA NO. 8437
Assistant United States Attorney
110 West Seventh Street, Suite 300
Tulsa, Oklahoma  74119
(918) 382-2700

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of April 2010, I served the foregoing document by Unites States Postal Mail, and electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing, to the following ECF registrants:

Lindsey Kent Springer
Defendant
c/o David L. Moss Criminal Justice Center
300 N. Denver Ave Tulsa, OK 74103
Inmate Number: 1189797


Oscar Amos Stilley
Defendant
c/o David L. Moss Criminal Justice Center
300 N. Denver Ave Tulsa, OK 74103
Inmate Number: 1189798.


                                              */s Charles A. O'Reilly*
                                              Charles A. O'Reilly
                                              Special Assistant United States Attorney