+ **IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 09-CR-043-SPF |
| LINDSEY KENT SPRINGER and OSCAR AMOS STILLEY, | ) |
| Defendants. | ) |

## ORDER

Before the court is defendant Lindsey Kent Springer's Motion for Transcript at Government Expense, filed on April 29, 2010 (doc. no. 343). The court finds that defendant Springer does not have the financial ability to pay for a transcript. The motion is accordingly **GRANTED**.

Defendant Springer will be provided the transcripts requested in his motion, at government expense. Defendant Springer may use the form provided at the court's website for obtaining transcripts at public expense by *in forma pauperis* defendants, to be paid for "by the United States out of moneys appropriated for those purposes." 28 U.S.C. § 753(f).

Dated April 30, 2010.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

09-0043p075.wpd