IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.   09-CR-043-SPF |
| | ) |
| LINDSEY KENT SPRINGER, | ) |
| OSCAR AMOS STILLEY, | ) |
| | ) |
| Defendants. | ) |

**UNITED STATES' RESPONSE IN OPPOSITION TO DEFENDANT
SPRINGER'S MOTION FOR LEAVE TO EXCEED PAGE LIMIT
AND TO OMIT TABLE OF CONTENTS (DOCKET NUMBER 354)**

The United States of America, by and through its attorneys, Thomas Scott Woodward, United States Attorney for the Northern District of Oklahoma, and Kenneth P. Snoke, Assistant United States Attorney, and Charles A. O'Reilly, Special Assistant United States Attorney, hereby responds in opposition to Defendant Springer's Motion for Leave to Exceed Page Limit and to Omit Table of Contents.  Doc. no. 354.  Contrary to Defendant's assertion that "the government suffers no prejudice in this court from allowing Springer to exceed the page limit and to file his motion without a table of contents," Defendant's failure to comply with the page limitations and indexing

requirements significantly adds to the United States' burden in attempting to respond to Defendant's voluminous pleadings. As this Court previously noted:

> the ability to enforce reasonable page limits is critical to the court's ability to move a complex case like this one to a final resolution in a just and efficient manner. This is especially true here, as defendants have filed numerous motions, including a number of motions on legal propositions the court has already rejected. . . . Page limitation rules are an important tool for carrying out the just and efficient administration of justice.

Order, doc. no. 293 at 15-16.[1]

Furthermore, contrary to Defendant's claim that incarceration renders him "unable to provide the table of contents at this time" (doc. no. 354 at 1-2), Defendant's incarceration does not render him incapable of complying with the local rules of the United States District Court for the Northern District of Oklahoma. Defendant already filed "Springer's Motion for Stay of Execution of Sentence and Release Pending Appeal," doc. no. 339, to which the United States is preparing a response.

---

[1] Defendant states that "[t]he issues contained in Springer's motion are not new to this court nor are they new to the government." Doc. no. 354 at 2. To the extent they are not new, the Court has already considered and rejected Defendant's issues. Defendant's appropriate recourse is through the appellate process.

The United States therefore requests that the Court deny Defendant Springer's Motion for Leave to Exceed Page Limit and to Omit Table of Contents, doc. no. 354.

Respectfully submitted,

THOMAS SCOTT WOODWARD
UNITED STATES ATTORNEY


*/s Charles A. O'Reilly*
CHARLES A. O'REILLY
Special Assistant United States Attorney
110 West Seventh Street, Suite 300
Tulsa, Oklahoma  74119
(918) 382-2700

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 3rd day of May 2010, I served the foregoing document by United States Postal Mail, and electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing, to the following ECF registrants:

Lindsey Kent Springer  
Defendant  
c/o David L. Moss Criminal Justice Center  
300 N. Denver Ave Tulsa, OK 74103  
Inmate Number: 1189797

Oscar Amos Stilley  
Defendant  
c/o David L. Moss Criminal Justice Center  
300 N. Denver Ave Tulsa, OK 74103  
Inmate Number: 1189798.

                                          */s Charles A. O'Reilly*  
                                          Charles A. O'Reilly  
                                          Special Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.   09-CR-043-SPF |
| ) | |
| LINDSEY KENT SPRINGER, ) | |
| OSCAR AMOS STILLEY, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Defendant Springer's Motion for Leave to Exceed Page Limit and to Omit Table of Contents (doc. no. 354), is denied.

DATED _____

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE