# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> LINDSEY KENT SPRINGER and ) <br> OSCAR AMOS STILLEY, ) <br> ) <br> Defendants. ) | Case No. 09-CR-043-SPF |

## ORDER
(re doc. no. 356)

The court is in receipt of defendant Lindsey Kent Springer's Motion for Leave to Exceed Page Limit and to Omit Table of Contents, filed on April 30, 2010 (doc. no. 354), and the United States' Response thereto, filed on May 3, 2010 (doc. no. 356). Defendant Springer's motion is **GRANTED**.

Defendant Springer may file his amended motion for release and stay of execution of judgment, up to 32 pages in length and without a table of contents.

Dated May 3, 2010.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

09-0043p078.wpd