**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**May 6, 2010**

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

**Elisabeth A. Shumaker**
**Clerk of Court**

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff - Appellee, | |
| v. | No. 10-5055 |
| LINDSEY KENT SPRINGER, | (D.C. No. 4:09-CR-00043-SPF-1) |
| Defendant - Appellant. | |
| | |
| UNITED STATES OF AMERICA, | |
| Plaintiff - Appellee, | |
| v. | No. 10-5057 |
| OSCAR AMOS STILLEY, | (D.C. No. 4:09-CR-00043-SPF-2) |
| Defendant - Appellant. | |

---

**ORDER**

---

This matter is before the court on the "Government's Motion to Consolidate Appeals." The motion is partially granted, subject to the terms of this order.

These appeals are consolidated for procedural purposes only, for purposes of the government's brief, the record, and submission.

No appendix will be required and the appeal will proceed on a consolidated

record, to be provided by the district court in accordance with 10th Cir. R. 11.2 (A), as designated by Mr. Springer's counsel and the government. *See generally* 10th Cir. R. 10.2 and 10.3. The designation of record and any necessary transcript order form(s) shall be filed within 20 days of the date of this order. The docketing statement for appellant Springer shall also be filed within 20 days of the date of this order. (Because appellant Stilley is proceeding without counsel, he will not be required to file a docketing statement.)

The co-defendant appellants may file separate opening briefs. Those opening briefs shall be served and filed within 40 days after the record is filed with this court. The government's consolidated response brief (which shall reference both case numbers) shall be served and filed within 30 days of service of the last-served appellant's opening brief. The appellants may file their optional reply briefs within 14 days of service of the government's brief.

Counsel for the government is reminded that any future motions filed with this court must include a statement of opposing counsel's position on the requested relief, in compliance with 10th Cir. R. 27.3 (C).

                              Entered for the Court
                              ELISABETH SHUMAKER, Clerk of Court

by:
                              Christine Van Coney
                              Counsel to the Clerk