IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | 09-CR-43-SPF |
| LINDSEY KENT SPRINGER and OSCAR STILLEY, | ) | |
| Defendants. | ) | |

MOTION FOR COURT TO ORDER MAIL DELIVERY

Lindsey Kent Springer(Springer) moves the Court for an order directing David L Moss Correctional Facility to serve filed documents by Springer on Oscar Amos Stilley and to direct filings with the Court by Oscar Stilley to be served upon Springer.

Currently, David L Moss is not delivering mail to Springer sent by Stilley containing his pleadings he has filed both with this Court and with the 10th Circuit Court of Appeals. Springer's filings are also being withheld from delivery to Stilley even though Springer certifies he has mailed same to Stilley with filings in this Court.

Springer has a right to know what Stilley is filing with this Court and the 10th Circuit in the now partially consolidated appeal.

Therefore, Springer requests an order directing David L Moss Correction Facility to be

1

allowed to deliver all filings with this Court and the 10th Circuit from Springer to Stilley and from Stilley to Springer. Springer also requests this Court direct the Marshall's office to deliver this Court's order to David L Moss Correctional Facility as soon as possible.

> Respectfully Submitted
>
> /s/ Lindsey K. Springer
>
> Lindsey K. Springer
>
> 5147 S. Harvard, # 116
>
> Tulsa, Oklahoma 74135
>
> 918-748-5539/955-8225(cell)

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Lindsey Kent Springer's Amended Motion for Stay and Release Pending Appeal was ecf'd on May 9, 2010, to: And mailed to Oscar Stilley at: David L Moss, 300 N Denver, Tulsa,OK 74103 Inmate#1189798

Kenneth P. Snoke,

Charles O'Reilly,

Oscar Stilley

                                                /s/ Lindsey K. Springer

                                                Signature