IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 09-CR-043-SPF |
| | ) |
| LINDSEY KENT SPRINGER, | ) |
| OSCAR AMOS STILLEY, | ) |
| | ) |
| Defendants. | ) |

## ORDER

The United States' Motion to Unseal Court Filings Related to the Petition for Court Order Directing Warrant to Issue for Arrest of a Material Witness (doc. no. 366), is granted. The following docket entries are ordered unsealed: nos. 181, 182, 186, 202 and 203.

DATED this 3rd day of June, 2010.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

09-0043p081.PO.wpd