**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No.    09-CR-043-SPF** |
| | ) | |
| **LINDSEY KENT SPRINGER,** | ) | |
| **OSCAR AMOS STILLEY,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**UNITED STATES' MOTION TO WITHDRAW ASSISTANT UNITED STATES
ATTORNEY KENNETH P. SNOKE AS ATTORNEY OF RECORD**

The United States of America, by and through its attorneys, Thomas Scott Woodward,

United States Attorney for the Northern District of Oklahoma, and Charles A. O'Reilly, Special

Assistant, United States Attorney, hereby moves the Court for an order withdrawing Kenneth P.

Snoke, formerly an Assistant United States Attorney with the United States Attorney's Office, as

attorney of record in this case.  Mr. Snoke has retired after thirty-five years of public service, and

is no longer available to represent the United States of America.  The United States will continue

to be represented by United States Attorney Thomas Scott Woodward and Special Assistant U.S.

Attorney Charles A. O'Reilly.

Respectfully submitted,

THOMAS SCOTT WOODWARD
UNITED STATES ATTORNEY

  /s *Charles A. O'Reilly*
CHARLES A. O'REILLY, CBA No. 160980
Special Assistant U.S. Attorney
110 West Seventh Street, Suite 300
Tulsa, Oklahoma  74119
(918) 382-2700

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of June 2010, I served the foregoing document by United States Postal Mail, and electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing, to the following ECF registrants:

Lindsey Kent Springer
Defendant
c/o David L. Moss Criminal Justice Center
300 N. Denver Ave Tulsa, OK 74103
Inmate Number:  1189797


Oscar Amos Stilley
Defendant
c/o David L. Moss Criminal Justice Center
300 N. Denver Ave Tulsa, OK 74103
Inmate Number:  1189798.


 */s Charles A. O'Reilly*
Charles A. O'Reilly
Special Assistant United States Attorney