IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | |
| ) | |
| Plaintiff,  ) | |
| ) | |
| v.  ) | Case No. 09-CR-043-SPF |
| ) | |
| LINDSEY KENT SPRINGER,  ) | |
| OSCAR AMOS STILLEY,  ) | |
| ) | |
| Defendants.  ) | |

### ORDER

The United States' Motion to Withdraw Assistant United States Attorney Kenneth P. Snoke as Attorney of Record (doc. no. 373), is granted. Assistant United States Attorney Kenneth P. Snoke is withdrawn as counsel in this matter.

DATED this 8th day of June, 2010.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

09-0043p082.PO.wpd