# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OKLAHOMA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | Case No. 09-CR-043-SPF |
| LINDSEY KENT SPRINGER and OSCAR AMOS STILLEY, | ) | |
| Defendants. | ) | |

## ORDER

Before the court is the defendant Springer's Motion For Court To Order Mail Delivery, doc. no. 364, filed on May 9, 2010. The motion requests an order "directing David L Moss Correction [sic] facility to be allowed to deliver all filings with this Court and the 10th Circuit from Springer to Stilley and from Stilley to Springer." Motion, at 1-2. The motion also requests that the court direct the United States Marshal "to deliver this Court's order to David L Moss Correctional Facility as soon as possible." Motion, at 2.

It now appears that the movant, defendant Springer, is no longer incarcerated at the David L. Moss Correctional Facility. The court accordingly concludes that the motion is moot.

The motion is accordingly **STRICKEN** as moot.

DATED June 8, 2010.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

09-0043p083.wpd