| PART I - To be completed by appellant within fourteen days of filing the notice of appeal |
|---|

Short Title: USA v. Springer & Stilley          District: Northern Oklahoma Judicial District
District Court Number: 09-CR-043_____    Circuit Court Number: 10-5055_____
Name of Attorney: Jerold W. Barringer_____
    Name of Law Firm: Jerold W Barringer, Attorney At Law_____
    Address of Firm: 200 W. Front St, P.O. Box 213 Nokomis, IL 62075_____
    Telephone of Firm: 217-563-2646_____  Attorneys for: Appellant_____
Name of Court Reporter: Tracy Washbourne_____  Telephone of Reporter: 405-609-5505

## PART II - COMPLETE SECTION A OR SECTION B
### SECTION A - I HAVE NOT ORDERED A TRANSCRIPT BECAUSE
    [] A transcript is not necessary for this appeal, or
    [] The necessary transcript is already on file in District Court
    [] The necessary transcript was ordered previously in appeal
       number _____

### SECTION B - I HEREBY ORDER THE FOLLOWING TRANSCRIPT:
        (Specify the date and proceeding in the space below)
Voir dire: 10/26/09_____; Opening Statements: 10/27/09_____;
Trial proceedings: 10/21/09-11/16/09_____; Instruction Cnf: Included_____;
Jury Instructions: Included_____; Closing Arguments: Included_____;
Post Trial Motions: N/A_____; Other Proceedings: _____.
    (Attach additional pages if necessary) SEE ATTACHMENT A

    [] Appellant will pay the cost of the transcript.
**My signature on this form is my agreement to pay for the transcript ordered on this form.**

    [X] **This case is proceeding under the Criminal Justice Act.**
**NOTE:** Leave to proceed *in forma pauperis* does not entitle appellant to a free transcript. An order of the district court allowing payment for the transcript at government expense must be obtained. *See* 28 U.S.C. §753(f).

### CERTIFICATE OF COMPLIANCE
I certify that I have read the instructions on the reverse of this form and that copies of this transcript order form have been served on the **court reporter (if transcript ordered), the Clerk of U.S. District Court, all counsel of record or pro se parties, and the Clerk of the U.S. Court of Appeals for the Tenth Circuit.** I further certify that satisfactory arrangements for payment for any transcript ordered have been made with the court reporter(s).

Signature of Attorney/Pro Se: ____/s/ Jerold W. Barringer_____ 5/26/10

## PART III - TO BE COMPLETED BY THE COURT REPORTER
Upon completion, please file one copy with the Clerk of the U.S. Court of Appeals and one copy with the Clerk of the U.S. District Court.

Date arrangements for payment completed: 6/9/2010
Estimated completion date: 7/9/2010
Estimated number of pages: 4000
I certify that I have read the instructions on the reverse side and that adequate arrangements for payment have been made.

Signature of Court Reporter: Tracy Washbourne   Date: 6/9/2010

A-8 Revised 12/09  Transcript Order Form