**CERTIFICATE OF SERVICE**

      I hereby certify that on the 16th day of June 2010, I served the following documents that previously had been served to each Defendant at David L. Moss Criminal Justice Center, 300 N. Denver Ave Tulsa, OK 74103: Doc. 366 - United States' Motion to Unseal Court Filings Related to the Petition for Court Order Directing Warrant to Issue for Arrest of a Material Witness; Doc. 373 - United States' Motion to Withdraw Assistant United States Attorney Kenneth P. Snoke as Attorney of Record; Doc. 375 - United States Response in Opposition to Defendant Springer's Motion and Amended Motion to Reconsider Release on Bond and for Evidentiary Hearing (Doc. Nos. 368 and 371). It appears that these documents may not have been received by each Defendant because the Defendants have been relocated by the Bureau of Prisons. The documents identified above were sent by United States Postal Mail to the following individuals at the addresses indicated:

    Lindsey Kent Springer
    Defendant
    FTC Oklahoma City
    Federal Transfer Center
    P.O. BOX 898801
    Oklahoma City, OK 73189
    Inmate Number 02580-063

    Oscar Amos Stilley
    Defendant
    FCI Forrest City Low
    Federal Correctional Institution
    P O Box 9000
    Forrest City, AR 72336
    Inmate Number: 10579-062.

                                /s Charles A. O'Reilly
                                Charles A. O'Reilly
                                Special Assistant United States Attorney