IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | Case No. 09-CR-043-SPF |
| ) | |
| LINDSEY KENT SPRINGER, ) | |
| ) | |
| Defendant. ) | |

**CERTIFICATE PURSUANT TO 18 U.S.C. § 3006A(d)(3)**

R. Scott Williams, appointed counsel for defendant Lindsey Kent Springer, has submitted his voucher for payment in excess of the statutory maximum, with a letter explaining the reasons for the excess. I have personal knowledge that Mr. Williams' work was for "extended or complex representation" and that the excess payment is "necessary to provide fair compensation." 18 U.S.C. § 3006A(d)(3). The undersigned judge is also aware that Mr. Williams is an experienced member of the bar of this court and that his billing and fee requests can safely be regarded as being within reasonable limits. For all of these reasons, I certify that excess payment is necessary and appropriate in this case and request that Mr. Williams' claim for compensation over the statutory maximum be approved.

Dated July 7, 2010.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

09-0043p086.wpd