United States District Court
Northern District of Oklahoma

United States of America

v.

Lindsey Kent Springer and Oscar Amos Stilley

09-CR-043

Motion For Writ of Error Coram Nobis

FILED
JUL 13 2010
Phil Lombardi, Clerk
U.S. DISTRICT COURT

Lindsey Kent Springer ("Springer") moves the District Court pursuant to title 28, § 1651(a) to issue a writ of error Coram Nobis vacating the conviction and judgement dated April 23, 2010 (Docket April 30, 2010) on the ground that Springer has been deprived of Sixth Amendment Counsel without his Knowing waiver of such right to such Counsel.

A Memorandum is filed in Support of this Motion and accompanying Memorandum. Both the facts and law are contained therein. Springer is confined into the Bureau of Prisons at the Federal Transfer Center in Oklahoma City and has no access to typing Computers to file his motion.

Therefore, Springer respectfully request an order vacating the conviction and Judgement entered in 09-CR-043 because Springers waiver of his Sixth Amendment Right to Counsel was not

(1)     (over)

Valid pursuant to U.S.v. Padilla, 819 F.2d 952, 956-57 (10th Cir. 1987); Faretta v. California, 422 U.S. 806, 835 US L. Ed 2d 562, 95 S.CT 2525; Von Moltke v. Gillies, 332 U.S 708, 723, 68 S.CT 316, 323, 92 L Ed 309 (1948); U.S.v. Dawes, 895 F.2d 1581, 1582 (10th Cir. 1990); Pearce v. Cox, 354 F.2d 884, 891 (10th Cir. 1965)

7.9.10

Respectfully Submitted

Lady A Spry

5147 S. Harvard #116
Tulsa Oklahoma 74135
No Phone
No Email
Use same as previously.