United States District Court
Northern District of Oklahoma

United States of America )
    Verses                   ) 09-CR-043
Lindsey Kent Springer )
And Oscar Amos Stilley )

**FILED**

JUL 13 2010

Phil Lombardi, Clerk
U.S. DISTRICT COURT

Motion For Appointment of Counsel Regarding Motion For Writ of Error Coram Nobis

    Lindsey Kent Springer ("Springer") moves this Court for an order appointing Competent Counsel regarding his Motion for Writ of Error Coram Nobis

    Springer has filed a Motion for Writ of Error Coram Nobis and Memorandum with accompanying declaration, along with this motion.

    Springers Motion is filed under title 28, § 1651(a). Springer currently has pro bono Appellate Counsel on direct appeal in case 10-5055. The Tax Division, Attorney Charles O'Reilly has caused the tenth Circut to question Springers Appellate Counsel for conflict as he represented Judith Patterson in 03-CR-055.

    This Court has previously Found Springer indigent and directed transcripts to be paid at Government Expense. Springer is in custody of the Bureau

(over)

-1-

of Prisons at the hold over facility in Oklahoma City. Springer is unable to fully represent himself on his motion for Writ of error Coram Nobis and has no access to any records or equipment.

### Conclusion

Lindsey Kent Springer request an order appointing Competent Counsel in the prosecution of his Motion for Writ of Error Coram Nobis

I declare under Title 28 § 1746(1) under the laws of the United States of America the foregoing is true and correct to the best of my knowledge, belief and memory.

7.9.10
Date

Respectfully Submitted

*/s/ Lindsey Springer*

*1 5147 S. Harvard, # 116
Tulsa, Oklahoma 74135
No Phone
No email available
Use same as previously

*1 Springer is in transit and does not get any of the Courts Filings by mail. This address is used untill further notice.

-2-