United States District Court
Northern District of Oklahoma

United States of America

v.

Lindsey Kent Springer
and Oscar Amos Stilley

09-CR-043

**FILED**
JUL 13 2010
Phil Lombardi, Clerk
U.S. DISTRICT COURT

(for Leave)
Motion to exceed page limit.

Lindsey Kent Springer ("Springer") moves the Court to allow a 17 page memorandum without having to provide table of contents or table of authorities. Local Rule requires more than 15 pages to contain both. The 17 pages are hand written and probably would not exceed 10 pages typed.

Therefore, Springer request the Court grant him leave to exceed the 15 page limit by 2 pages hand written.

Respectfully Submitted

7.9.10
Date

/s/ Lindsey K Springer
5147 S. Harvard #116
Tulsa Oklahoma 74135
no phone
no email
use same as previous

✓ Mail   ___ No Cert Svc   ___ No Orig Sign
___ C/J   ___ C/MJ   ___ C/Ret'd   ___ No Env
___ No Cpys   ✓ No Env/Cpys   ___ O/J   ___ O/MJ