United States District Court
Northern District of Oklahoma

United States of
America )
)
v. ) 09-CR-043
)
Lindsey Kent Springer )
and Oscar Amos Stilley )

**FILED**

JUL 13 2010

Phil Lombardi, Clerk
U.S. DISTRICT COURT

Declaration of Lindsey Kent
Springer

I, Lindsey Kent Springer, declare
that I am one of the defendants in
09-CR-043. I am unable to hire an
attorney. I am currently in prison
at the Federal Detention Center in
Oklahoma City. I am awaiting transfer
to Big Springs Texas, I have been in
Oklahoma City for over five weeks,
The facts alleged or stated in
my Memorandum accompanying my
Motion for Writ of Error Coram Nobis
are true and correct to the best of my
knowledge and belief. The facts are
also to the best of my memory.
I declare under penalty of perjury that
I recently discovered the Sixth Amend
error in my case. I declare under penalty
of perjury pursuant to title 28, Section 1746(1)
under the laws of the United States of America
the foregoing is True and correct to the
best of my memory, knowledge an belief

7.9.10
Date

(1)