United States District Court
Northern District of Oklahoma

United States of
America
v.

Lindsey Kent Springer
and Oscar Amos Stilley

09-CR-043

**FILED**

JUL 16 2010

Phil Lombardi, Clerk
U.S. DISTRICT COURT

Motion to exceed page (Leave)
limit with table of Contents

Lindsey Kent Springer ("Springer")
moves the court to allow his second
Memorandum in support of his Motion
for Writ of Error Coram Nobis as
in addition to Springer's Memorandum
filed accompany his Motion.

Springer attaches a Table of
Contents and Table of Authorities
along with 30 pages. Springer
estimates that the original 17
pages along with the additional
30 pages if typed, would not
exceed 25 pages.

Therefore, Springer request an
order allowing his second Memorandum
to exceed 25 hand written pages
out of an abundance of caution

Respectfully Submitted

7/13/10
date

✓ Mail      ___ No Cert Svc    ___ No Orig Sign
___ C/J     ___ C/MJ     ___ C/Ret'd    ___ No Env
___ No Cpys  ✓ No Env/Cpys   ___ O/J    ___ O/MJ

-1-