United States District Court
North District of Oklahoma

United States
of America

v.

Lindsey Kent Springer
and Oscar Amos Stilley

09-CR-043

**FILED**

JUL 16 2010

Phil Lombardi, Clerk
U.S. DISTRICT COURT

Certificate of Service

I hereby certify that I placed in U.S. Mail the original copy of Springer's Second Memorandum in Support of Motion for Writ of Error Coram Nobis addressed to Phil Lombardi, Court Clerk, 333 W. 4th St. Tulsa, Oklahoma, 74103. AND Motion to Exceed Page Limit Further I certify that a copy of this memorandum was ecf-d through the courts system to:

Oscar Stilley
Charles O'Reilley

7.13.10
date

[signature: Lindsey K Springer]

✓ Mail    ___ No Cert Svc    ___ No Orig Sign
___ C/J    ___ C/MJ    ___ C/Ret'd    ___ No Env
___ No Cpys    ✓ No Env/Cpys    ___ O/J    ___ O/MJ

-1-