

Dear Clerk of Court,

Re: 09-CR-043; 08-CV-278; 06-CV-156

Please change my mailing address and mail me hard copy of any filing made in any case listed above to:

Lindsey Kent Springer
02580-063
FCI - Big Springs
1900 Simler Ave
Big Springs Texas 79720

Thank you

*Lindsey K Springer*

**FILED**
JUL 29 2010
Phil Lombardi, Clerk
U.S. DISTRICT COURT

✓ Mail   ___ No Cert Sve   ___ No Orig Sign
___ C/J   ___ C/MJ   ___ C/Ret'd   ___ No Env
___ No Cpys   ✓ No Env/Cpys   ___ O/J   ___ O/MJ