United States District Court
Northern District of Oklahoma

**FILED**

JUL 29 2010

Phil Lombardi, Clerk
U.S. DISTRICT COURT

United States of America

v.

Lindsey Kent Springer

09-CR-043

## Motion For Additional Time

Lindsey Kent Springer ("Springer") moves the Court for an order allowing additional time to proof transcripts.

Springer seeks 20 additional days to proof transcripts from the date printed versions are received by Springer at Big Springs, Texas:

> Lindsey Kent Springer
> 02580-063
> FCI Big Springs
> 1900 Simler Ave.
> Big Springs TX 79720

Springer has received at his outside email location PDF files but Big Springs has no computers in which to read for errors. Springer is 10 hours from Tulsa and there is no way to secure printed version

-1-

Therefore, Springer request an order allowing him 20 additional days from when Springer receives printed versions of the trial transcripts for proofing.

Respectfully Submitted

/s/ Lindsey K Springer
02580-063
FCI - Big Springs
1900 Simler Ave
Big Springs, 79720

Certificate of Service.

I certify I placed in the mail box at Big Springs Texas FCI Springers Motion For additional Time to the U.S. District Court Clerks office, Northern District of Oklahoma 333 W. 4th St. Tulsa, Oklahoma 74103. I further certify the parties in this case will receive copy of this Motion through ecf system: On July 26, 2010.

Charles O'Reilly
Oscar Stilley

/s/ Lindsey K Springer

-2-