IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.   09-CR-043-SPF |
| | ) |
| LINDSEY KENT SPRINGER, | ) |
| OSCAR AMOS STILLEY, | ) |
| | ) |
| Defendants. | ) |

### ENTRY OF APPEARANCE

COMES NOW Assistant United States Attorney, Jeffrey A. Gallant, by and through the United States of America, and enters his appearance in the above-entitled action, pursuant to Local Rule 83.4.

Respectfully submitted,

THOMAS SCOTT WOODWARD
UNITED STATES ATTORNEY

 /s/ Jeffrey A. Gallant
JEFFREY A. GALLANT, OBA No.18509
Assistant United States Attorney
110 West Seventh Street, Suite 300
Tulsa, Oklahoma  74119-1029
(918) 382-2700

## CERTIFICATE OF MAILING

I hereby certify that on the 9th day of September, 2010, I electronically transmitted the foregoing documetn to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Charles O'Reilly
Special Assistant United States Attorney

Lindsey Ken Springer, #02580-063
Big Spring FCI
Federal Correctional Institution
1900 Simler Ave.
Big Spring, TX 79720

Jerold W. Barringer, Esq.
Attorney for Defendant Springer
P.O. Box 213
Nokomis, IL 62075

Oscar Amos Stilley, #10579-062
Forrest City FCI
Federal Correctional Institution
Post Office Box 9000
Forrest City, AR 72336

/s/ Jeffrey A. Gallant
Assistant United States Attorney