To The United States District Court
Northern District of Oklahoma

USA

v.

Lindsey Kent Springer

09-CR-043-SPF

**FILED**

NOV 17 2010

Phil Lombardi, Clerk
U.S. DISTRICT COURT

Amended Notice of Appeal

Lindsey Kent Springer files his amended Notice of Appeal to include the orders on November 4, 2010 and November 8, 2010 with Springers Notice of Appeal dated April 23, 2010. This is case 10-5055 in the Tenth Circuit.

Respectfully Submitted

Lindsey Springer
#02580-063
B16-FCI
1900 Simler Ave
Big Springs, TX 79720

✓ Mail   ___ No Cert Svc   ___ No Orig Sign
___ C/J   ___ C/MJ   ___ C/Ret'd   ___ No Env
___ No Cpys   ✓ No Env/Cpys   ___ O/J   ___ O/MJ

(1)

## Certificate of Service

I hereby certify that I mailed to the Court Clerks office this Amended Notice of Appeal to 333 W. 4th St, Tulsa Oklahoma 74103.

I further certify that all parties to this Notice will receive service through this Courts ECF System.

USA
OSCAR Stilley

11-14-10
date



