## UNITED STATES DISTRICT COURT

**United States of America**
    Plaintiff-Appellee____,

v.

Lindsey K. Springer
    Defendant-Appellant____.

District Court No. __09-cr-0043__

Court of Appeals No.

__10-5156__
(if known)

**FILED**
DEC 20 2010
Phil Lombardi, Clerk
U.S. DISTRICT COURT

**NOTE: THIS DESIGNATION FORM MUST BE COMPLETED AND FILED IN ACCORDANCE WITH THE INSTRUCTIONS ON THE REVERSE SIDE OF THE FORM.**

    Those original papers which have been designated by circling their respective docket numbers (or dates of entry) on the attached copy of the district court's docket sheets should be included in the record on appeal prepared by the clerk of the district court and transmitted to the clerk of the court of appeals. (If the district court clerk so elects, original papers may be retained in the district court and copies thereof may be included in the record on appeal.)
    The following items should also be included in the record on appeal. (Portions of transcripts should be designated by hearing dates and page numbers.)

1. __All motions, pleadings, orders, and docket entries from Doc. 400 to the present__

2. _____

3. _____

4. _____

5. _____

(Attach additional sheets if necessary)

Signature: _[signature]_

Counsel for: __Lindsey K. Springer__

I hereby certify that a copy of this designation, with docket sheets attached, was served on opposing counsel and filed with the clerk of the court of appeals on __December 16, 2010__.

Signature: _[signature]_

✓ Mail    ___No Cert Svc    ___No Orig Sign
___C/J    ___C/MJ    ___C/Ret'd    ___No Env
___No Cpy's    ✓ No Env/Cpy's    ___O/J    ___O/MJ

Entries from Docket 4:09-cr-00043-SPF N.D.Okla.

11/17/2010 428 NOTICE OF APPEAL to Circuit Court (Re: 426 Order, Striking/Withdrawing Document(s),,, Striking/Withdrawing Document(s), 427 Order, Ruling on Motion(s)/Document(s), Striking/Withdrawing Document(s),,, Ruling on Motion(s)/Document(s), Striking/Withdrawing Document(s),,, Ruling on Motion(s)/Document(s), Striking/Withdrawing Document(s),,, Ruling on Motion(s)/Document(s), Striking/Withdrawing Document(s), ) as to Lindsey Kent Springer (s-srt, Dpty Clk) (Entered: 11/19/2010)

11/02/2010 426 ORDER by Judge Stephen P Friot, striking/withdrawing document(s) (Re:
425 Brief in Support of Motion, 424 MOTION for Release Pending Appeal MOTION to Reconsider, 377 Order,, Ruling on Motion(s)/Document(s), Ruling on Motion(s)/Document(s), 363 Order, Ruling on Motion(s)/Document(s) ) (Documents Terminated: 424 MOTION for Release Pending Appeal MOTION to Reconsider, 425 Brief in Support of Motion ) as to Lindsey Kent Springer (cds, Dpty Clk) (Entered: 11/02/2010)

See the attached order.