**UNITED STATES COURT OF APPEALS**
**FOR THE TENTH CIRCUIT**
**OFFICE OF THE CLERK**

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

| | | |
|---|---|---|
| Elisabeth A. Shumaker<br>Clerk of Court | December 28, 2010 | Douglas E. Cressler<br>Chief Deputy Clerk |

Mr. Philip Lombardi
United States District Court for the Northern District of Oklahoma
Office of the Clerk
333 West 4th Street, Room 411
Tulsa, OK 74103

**RE:**   **10-5156, United States v. Springer**
District docket: 4:09-CR-00043-SPF-1

Dear Clerk:

Our records indicate that this court has not received the record on appeal in the captioned case.

The district clerk is requested to transmit the record on appeal forthwith.

Please contact this office if you have questions.

Sincerely,

Elisabeth A. Shumaker
Clerk of the Court


cc:   Jerold W Barringer
      Jeffrey A. Gallant
      Charles Anthony O'Reilly
      Alexander Patrick Robbins


EAS/ao