In the United States District Court
Northern District of Oklahoma

United States of America,

Plaintiff,

v.

Lindsey Kent Springer
and Oscar Amos Stilley

Defendants.

09-CR-043

FILED
FEB 16 2011
Phil Lombardi, Clerk
U.S. DISTRICT COURT

## Motion For New Trial

Lindsey Kent Springer ("Springer") moves this Court for a new trial pursuant to Federal Rules of Criminal Procedure Rule 33 based upon new evidence and discovery of false material testimony, in the theory of institutional referral and in obtaining the Search Warrant. The false testimony affects all Counts that should result in Suppression and a New Trial.

Springer intends to move the Tenth Circuit for remand so this Court can rule on this motion. The motion must be filed to request the remand.

A memorandum is filed simultaneously herewith and incorporated herein.

Respectfully Submitted
Lindsey Springer
#02580-063
FCI Big Spring
1900 Simler Ave
Big Spring TX 79720

(1)

## Certificate of Service

I hereby certify that I mailed this Motion For New Trial on February 8, 2011 to Court Clerk, 333 W. 4th St., Tulsa Okla 74103.

I further certify that all parties receive service through this Courts ECF System!

Charles O'Reilly

Oscar Stilley

*Lindsey K Springer*
Server