IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 09-CR-0043-SPF |
| ) | |
| LINDSEY KENT SPRINGER, ) | |
| OSCAR AMOS STILLEY, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Defendant Lindsey Kent Springer has filed three motions: a motion for leave to file an oversized brief (doc. no. 437), a motion for a new trial (doc. no. 438), and a motion for an evidentiary hearing (doc. no. 439).

The oversized brief, which is Mr. Springer's memorandum in support of his motion for a new trial, has now been filed by Mr. Springer, albeit without leave. (Doc. no. 440.) The motion to file an oversized brief (doc. no. 437) is **GRANTED**.

Any brief(s) that Mr. Springer may wish to file in reply to the government's response brief **SHALL** be filed within twenty-one days of the date of this order.

Dated this 22nd day of February, 2011.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

09-0043p092.wpd