In The United States District Court
Northern District of Oklahoma

**FILED**
MAR 28 2011
Phil Lombardi, Clerk
U.S. DISTRICT COURT

United States of America

    Plaintiff

v.

Lindsey Kent Springer

    Defendant

09-CR-043-SPF

## Notice of Appeal

Lindsey Kent Springer files his notice of Appeal of the Trial Court's denial of a Motion for New Trial and Motion for evidentiary hearing to further develope evidence in support of his Motion for new trial. (doc. 446), dated March 17, 2011.

Respectfully Submitted

Lindsey K. Springer
#02580-063
FCI-Big Spring
1900 Simler Ave
Big Spring TX 79720

✓ Mail   __ No Cert Svc   __ No Orig Sign
__ C/J   __ C/MJ   __ C/Ret'd   __ No Env
__ No Cpy's   ✓ No Env/Cpy's   __ O/J   __ O/MJ

①

## Certificate of Service

I hereby Certify that I mailed Notice of Appeal to the Office of Clerk, 333 W. 4th St. Tulsa, Okla 74103.

I further Certify that all parties will be served through this Courts ECF System.

cc: Charles O'Reilly
Oscar Stilley

3.23.11
date

Server