**IN THE UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF OKLAHOMA**

UNITED STATES OF AMERICA,     )
                         )
     Plaintiff,               )
                         )
vs.                          )   Case No. 09-CR-0043-SPF
                         )
LINDSEY KENT SPRINGER and    )
OSCAR AMOS STILLEY,        )
                         )
     Defendants.          )

## ORDER

Defendant Stilley's request for an extension of time (doc. no. 450) until April 13, 2011, within which to file his reply brief to the government's response brief (filed with respect to Mr. Stilley's motion at doc. no. 443), is **GRANTED**. Mr. Stilley's reply brief is due on or before April 13, 2011.

Dated March 30, 2011.

                                      _____
                                        STEPHEN P. FRIOT
                                        UNITED STATES DISTRICT JUDGE

09-0043p094.wpd