IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 09-CR-0043-SPF |
| LINDSEY KENT SPRINGER, OSCAR AMOS STILLEY, | ) ) ) ) |
| Defendants. | ) |

## ORDER

Before the court is defendant Oscar Amos Stilley's "Motion for Order Prohibiting Government from Interference with Stilley's Receipt and Use of Computers, Peripherals, Internet Access, Tax Addresses, Forms and Other Items Useful for Peacefully Petitioning for the Redress of Grievances," filed February 24, 2011 (doc. no. 443). By this motion, Mr. Stilley appears to seek an order directing prison officials to allow him to bring into prison in his own computer, his own internet access device, and other equipment and supplies. The government has responded by objecting to the motion. In that response brief, the government notes that Mr. Stilley has previously sought similar relief, and that those motions have been consistently denied. (Doc. no. 444, pp. 1-2, n.1.) Mr. Stilley has filed a reply brief.    The government argues that relief is inappropriate here because, among other reasons, Mr. Stilley has failed to demonstrate that he has exhausted his administrative remedies. The government cites In re McCarthey, 368 F.3d 1266 (10th Cir. 2004), for the proposition that mandamus is an extraordinary remedy which will only issue upon a showing that there is no other adequate remedy available. *Id*. at 1268. According to Mr. Stilley's reply brief, Mr. Stilley is currently seeking relief through administrative

-2-

avenues.  (Doc. no. 454, p. 1.)  Accordingly, he has not exhausted his administrative remedies with respect to the request made in this motion, and his motion is **DENIED** on that ground.

Dated this 20th day of April, 2011.

*/s/ SP Friot*
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

09-0043p095.wpd