# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 09-CR-0043-SPF |
| LINDSEY KENT SPRINGER, | ) |
| Defendant. | ) |

## ORDER

Mr. Springer moves (doc. no. 456) to proceed *in forma pauperis* in Tenth Circuit Appeal Case No. 11-5053. (Case No. 11-5053 was assigned by the Tenth Circuit to Mr. Springer's notice of appeal at doc. no. 447, which appeals this court's rulings at doc. no. 446 denying a motion for a new trial and a motion for a hearing.) An affidavit has been filed by Mr. Springer in compliance with Rule 24, Fed.R.App.P. (Doc. no. 457.) Upon review, the motion to proceed *in forma pauperis* in appeal no. 11-5053 is **GRANTED** for good cause shown. *See*, Rule 24, Fed.R.App.P. (if district court denies the motion it must state its reasons in writing).

Dated this 17th day of May, 2011.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

09-0043p096.wpd