**UNITED STATES COURT OF APPEALS**
**FOR THE TENTH CIRCUIT**
**OFFICE OF THE CLERK**

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker                                    Douglas E. Cressler
Clerk of Court          December 06, 2011                Chief Deputy Clerk

Mr. Philip Lombardi
United States District Court for the Northern District of Oklahoma
Office of the Clerk
333 West 4th Street, Room 411
Tulsa, OK 74103

**RE:**   **10-5055, 10-5156, United States v. Springer**
          District docket: 4:09-CR-00043-SPF-1

Dear Clerk:

Please be advised that the mandate for this case has issued today. Please file accordingly in the records of your court or agency.

Please contact this office if you have questions.

                                                Sincerely,

                                                Elisabeth A. Shumaker
                                                Clerk of the Court

cc:     Jerold W. Barringer
        Frank Phillip Cihlar
        Gregory Victor Davis
        Jeffrey A. Gallant
        Charles Anthony O'Reilly
        Alexander Patrick Robbins
        Lindsey K. Springer

EAS/ad