# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT
# OFFICE OF THE CLERK

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker  
Clerk of Court

December 06, 2011

Douglas E. Cressler  
Chief Deputy Clerk

Mr. Philip Lombardi
United States District Court for the Northern District of Oklahoma
Office of the Clerk
333 West 4th Street, Room 411
Tulsa, OK 74103

**RE:** 11-5053, United States, et al v. Springer
Dist/Ag docket: 4:09-CR-00043-SPF-1

Dear Clerk:

Please be advised that the mandate for this case has issued today. Please file accordingly in the records of your court.

Please contact this office if you have questions.

Sincerely,

Elisabeth A. Shumaker
Clerk of the Court

cc:   Frank Phillip Cihlar
      Gregory Victor Davis
      Jeffrey P. Gallant
      Charles Anthony O'Reilly
      Alexander Patrick Robbins
      Lindsey K. Springer

EAS/kf