**UNITED STATES COURT OF APPEALS**
**FOR THE TENTH CIRCUIT**
**OFFICE OF THE CLERK**

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

| | | |
|---|---|---|
| Elisabeth A. Shumaker<br>Clerk of Court | December 20, 2011 | Douglas E. Cressler<br>Chief Deputy Clerk |

Mr. Philip Lombardi
United States District Court for the Northern District of Oklahoma
Office of the Clerk
333 West 4th Street, Room 411
Tulsa, OK 74103

**RE:**   **10-5057, United States v. Stilley**
Dist/Ag docket: 4:09-CR-00043-SPF-2

Dear Clerk:

Please be advised that the mandate for this case has issued today. Please file accordingly in the records of your court.

Please contact this office if you have questions.

Sincerely,

Elisabeth A. Shumaker
Clerk of the Court

cc:   Frank Phillip Cihlar
Gregory Victor Davis
Charles Anthony O'Reilly
Alexander Patrick Robbins
Oscar Amos Stilley

EAS/lg