# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

William K. Suter
Clerk of the Court
(202) 479-3011

May 2, 2012

Clerk
United States Court of Appeals for the Tenth
Circuit
Byron White Courthouse
1823 Stout Street
Denver, CO 80257

    Re:  Lindsey Kent Springer
           v. United States
           No. 11-10096
           (Your No. 10-5055, 10-5156, 11-5053)

Dear Clerk:

     The petition for a writ of certiorari in the above entitled case was filed on April 24, 2012 and placed on the docket May 2, 2012 as No. 11-10096.

Sincerely,

**William K. Suter**, Clerk

by

Sandy Spagnolo
Case Analyst