

+IN THE UNITED STATES DISTRICT COURT
FOR THE NIORTHERN DISTRICT OF OKLAHOMA

**FILED**

MAY 2 2 2012

Phil Lombardi, Clerk
U.S. DISTRICT COURT

UNITED STATES OF AMERICA          PLAINTIFF

v.                                CASE No. 09-CR-043 CLK

OSCAR AMOS STILLEY                DEFENDANT
LINDSEY KENT SPRINGER

### PETITION FOR THE RELEASE OF OSCAR AMOS STILLEY

COMES now Martha Durossette, and states the following:

1) That Martha has known Oscar Stilley to be an honest person all of his life in all of his doings. That she knows that Oscar Stilley was raised to be an honest person no matter what happened to him.
2) That there is not now nor has there ever been any substantial evidence of sufficient wealth to substantiate the allegations presented in this case.
3) That I, Martha Durossette do hereby request the reaease of Oscar Stilley to my custody.
4) That I Martha Durossette do hereby request that Oscar Stilley be granted full Attorney privileges, so that he may represent me in any court where I may find need of his services.
   a. WHEREFORE, now, Martha (Stilley) Durossette requests that this court dismiss all action against Oscar Amos Stilley, with prejudice and for all such other and further relief as may be appropriate, whether specifically prayed for or not.

*Martha Durossette*
506 So Caoddo
Muldrow, OK

417-230-8454