# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 09-cr-0043-SPF |
| OSCAR AMOS STILLEY, | ) |
| Defendant. | ) |

## ORDER

The "Petition for the Release of Oscar Amos Stilley," doc. no. 465, is **STRICKEN** because this case is closed, the court has no jurisdiction, and the document is filed by a non-party. The clerk is **DIRECTED** to mail a copy of this order to the filer of the document at the address stated on the document.

Dated this 24th day of May, 2012.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

09-0043p097.wpd