# Supreme Court of the United States
## Office of the Clerk
### Washington, DC  20543-0001

William K. Suter
Clerk of the Court
(202) 479-3011

June 4, 2012

Clerk
United States Court of Appeals for the Tenth Circuit
Byron White Courthouse
1823 Stout Street
Denver, CO  80257

> Re:  Lindsey Kent Springer
>      v. United States
>      No. 11-10096
>      (Your No. 10-5055, 10-5156, 11-5053)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.  Justice Kagan took no part in the consideration or decision of this petition.

Sincerely,

*William K. Suter*

**William K. Suter**, Clerk