IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.    Case No. 09-CR-043-F

Lindsey Kent Springer, et al.,

    Defendants.

**FILED**

MAR 11 2013

Phil Lombardi, Clerk
U.S. DISTRICT COURT

CERTIFICATE AND DECLARATION OF SERVICE

I hereby certify that on March 5, 2013, I mailed my Motion attacking my conviction, sentence, and judgment, my Memorandum and Brief in Support of my Motion, and accompanying my Motion and Memorandum is my Declaration in Support of my Motion with attached exhibits to:

Clerk of Court
United States District Court
333 West Fourth Street, Room 411
Tulsa, Oklahoma   74103

I further certify that all parties will receive service of the above identified documents through the Court's ECF system and that all parties to this proceeding are ECF users:

UNITED STATES OF AMERICA

/s/ Lindsey K Springer
Server

DECLARATION

I declare under the penalty of perjury that on March 5, 2013, I deposited my Motion attacking my conviction, sentence, and judgment, my Memorandum and Brief in support of my Motion, and accompanying Declaration and attached exhibits, in the U.S. Mail located at Big Spring, Texas inside FCI Big Spring prison.

/s/ Lindsey K Springer
Declaration

\_\_Mail   \_\_No Cert Svc   \_\_No Orig Sign
\_\_C/J   \_\_C/MJ   \_\_C/Ret'd   \_\_No Env
\_\_No Cpys   \_\_No Env/Cpys   \_\_O/J   \_\_O/MJ

1