UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

United States of America,

        Plaintiff,

vs.

        Criminal Court Case No. 09-cr43-SPF
        Civil Court Case No. 13-CV-145-SPF-TLW

Lindsey Kent Springer,

        Defendant(s).

MINUTE ORDER

At the direction of Stephen P. Friot, U.S. District Judge, it is hereby ordered that:

The Clerk is directed to provide a copy of the MOTION to Vacate/Set Aside/Correct Sentence under 28 U.S.C. 2255 filed on 3-11-2013 in the referenced case to Counsel for the United States of America. This notification is made pursuant to the Rules of the United States Supreme Court and this Court. No answer or other responsive pleading is required unless the Court orders otherwise.

        Phil Lombardi,
        Clerk of Court, United States District Court

        S/ S. Turner
        By: S. Turner, Deputy Clerk