## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff/Respondent, | ) | |
| | ) | |
| vs. | ) | Case No. 09-cr-0043-SPF |
| | ) | |
| LINDSEY KENT SPRINGER, | ) | |
| | ) | |
| Defendant/Movant. | ) | |

## <u>ORDER</u>

Mr. Springer has filed an application to proceed without prepayment of fees, with respect to his pending motion for relief under 28 U.S.C. § 2255.  Doc. no. 479. A § 2255 motion is a continuation of the criminal case whose judgment is under attack, and no filing fee is required.  See, Rule 3, Rules Governing Section 2255 Proceedings, Adv. Comm. Notes accompanying 1976 adoption.  The application is **STRICKEN** as moot.

Dated this 27th day of March, 2013.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

09-0043p0100.wpd