# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff/Respondent, | ) |
| vs. | ) Case No. 09-cr-0043-SPF |
| LINDSEY KENT SPRINGER, | ) |
| Defendant/Movant. | ) |

## ORDER

Mr. Springer's motion for an extension of time within which to file a motion to disqualify is **GRANTED**. Doc. no. 481. As requested, Mr. Springer may file his motion and supporting papers on or before April 26, 2013.

Dated this 1st day of April, 2013.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

09-0043p101.wpd