IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff/Respondent, ) | |
| ) | |
| vs. ) | Case No. 09-cr-0043-SPF |
| ) | |
| LINDSEY KENT SPRINGER, ) | |
| ) | |
| Defendant/Movant. ) | |

### ORDER

In response to the four questions in Mr. Springer's "Motion to Clarify Specifically," doc. no. 483, the court states as follows.  1).  Motions brought under 28 U.S.C. § 2255 receive a civil case number when filed, but all documents filed in such matters are filed in the underlying criminal case.  All documents are filed in the criminal case regardless of whether the caption shows the criminal case number or both the criminal and civil case numbers.  2) Previously addressed; see doc. no. 480, citing language from the 1976 Adv. Comm. Notes to Rule 3, Rules Governing Section 2255 Proceedings.  3).  Mr. Springer's motion for pauper status has been previously addressed.  Doc. no. 480.  4).  Document no. 479 is Mr. Springer's "Application to Proceed without Prepayment of Fees and Affidavit," so there is no need to provide a copy of this document to Mr. Springer.  The motion at doc. no. 483 is **TERMED**.

Dated this 9th day of April, 2013.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

09-0043p102.wpd