IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff/Respondent, ) | |
| ) | |
| vs. ) | Case No. 09-cr-0043-SPF |
| ) | |
| LINDSEY KENT SPRINGER, ) | |
| ) | |
| Defendant/Movant. ) | |

## ORDER

Movant-defendant Lindsey Springer has filed a document entitled "Motion for Declaratory Judgment Remedy." Doc. no. 488. The motion, supported with a 34-page brief, purports to set out forty-four issues for declaratory relief in his pending § 2255 matter. The pending § 2255 motion is a 90-page document with a 148-page supporting declaration. With the goal of adjudicating the lengthy § 2255 motion in an efficient and orderly manner, the court, in its order at doc. no. 478, established a two-step briefing schedule for addressing the numerous issues raised by Mr. Springer in his § 2255 motion. Mr. Springer has no leave to amend or to modify the briefing schedule established by the court. The motion at doc. no. 488 is **STRICKEN**.

Dated May 7, 2013.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

09-0043p105.wpd