

To Clerk of Court

**RECEIVED**
MAY 15 2013
Phil Lombardi, Clerk
U.S. DISTRICT COURT

re: 13-CV-145 (09-CR-043)

Enclosed please find my Notice of Interlocutory Appeal regarding orders dated March 11, 2013, March 15, 2013, March 27, 2013, April 9, 2013, May 3, 2013 and May 7, 2013.

Please make certain these orders and the entire record beginning with my §2255 application have been docketed in 13-CV-145 as issues regarding whether a §2255 proceeding is civil, see LCvR Rule 9.2, or rather is it a continuing criminal proceeding as Judge Friot maintains will take center stage in this appeal.

Thank you for your excellent service to our Great Nation and please God, save these United States.

Sincerely,
Lindsey K. Springer

5.10.13

___ Mail   ___ No Cert Svc   ___ No Orig Sign
___ C/J    ___ C/MJ          ___ C/Ret'd    ___ No Env
___ No Cpys  ___ No Env/Cpys  ___ O/J   ___ O/MJ