APPEAL,LC−1,M/2255,RELEASED

# U.S. District Court
# U.S. District Court for the Northern District of Oklahoma (Tulsa)
## CRIMINAL DOCKET FOR CASE #: 4:09−cr−00043−SPF−1

Case title: USA v. Springer et al

Other court case numbers:  09−5165 10th Circuit Court

                               10−5101 10th Circuit

                               11−10096 US Supreme Court

Related  Case:   4:13−cv−00145−SPF−TLW

Date Filed: 03/10/2009

Date Terminated: 04/28/2010

Assigned to: Judge Stephen P Friot

Appeals court case numbers:
'10−5055 (#340)' '10th Circuit',
10−5156 (#428) 10th Circuit,
11−5053 (#447) 10th Circuit,
13−5062 (#497) 10th Circuit

## Defendant (1)

**Lindsey Kent Springer**
*TERMINATED: 04/28/2010*

represented by    **Lindsey Kent Springer**
#02580−063
FCI Big Springs
Federal Correctional Institute
1900 SEMLER AVE
BIG SPRINGS, TX 79720
PRO SE

**Jerold W Barringer**
P O BOX 213
NOKOMIS, IL 62075
217−563−2646
*TERMINATED: 04/21/2011*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA or Other Appointment*

**Robert Scott Williams**
Taylor Ryan Schmidt Van Dalsem &Williams PC
1437 S BOULDER AVE STE 850
TULSA, OK 74119
918−749−5566
Fax: 918−749−9531
Email: law@trsvlaw.com
*TERMINATED: 04/27/2010*
*LEAD ATTORNEY*
*Designation: Public Defender or Community Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| 18 USC 371: Conspiracy to Defraud the United States (1) | BOP 60 months; SR 3 years; Restitution $771,529; SMA $100 |
| 26 USC 7201: Tax Evasion (2) | BOP 60 months consecutive to Ct 1; SR 3 years; SMA $100 |
| 26 USC 7201: Tax Evasion and 18 USC 2 (3) | BOP 60 months consecutive to Ct 12 SR 3 years; SMA $100 |
| 26 USC 7201: Tax Evasion and 18 USC 2 (4) | BOP 60 months concurrent to Ct 1,2,3; SR 3 years; SMA $100 |
| 26 USC 7203: Failure to File Tax Return (5−6) | BOP 12 months concurrent to Ct 1,2,3; SR 1 year; SMA $25 |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

**Plaintiff**

| **USA** | represented by | **Charles Anthony O'Reilly** |
|---|---|---|
| | | US Department of Justice (Box 972) |
| | | P O Box 972 |
| | | Washington, DC 20044 |
| | | 202−616−0115 |
| | | Email: charles.a.o'reilly@usdoj.gov |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Jeffrey Andrew Gallant** |
| | | United States Attorney's Office (Tulsa) |
| | | 110 W 7TH ST STE 300 |
| | | TULSA, OK 74119−1013 |

918–382–2715
Fax: 918–560–7954
Email: Jeff.Gallant@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth P Snoke**
United States Attorney's Office (Tulsa)
110 W 7TH ST STE 300
TULSA, OK 74119–1013
918–382–2700
Fax: 918–560–7946
Email: ken.snoke@usdoj.gov
*TERMINATED: 06/08/2010*
*LEAD ATTORNEY*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 03/10/2009 | 1 | | DEFENDANT INFORMATION SHEET(S) by USA as to Lindsey Kent Springer, Oscar Amos Stilley (pll, Dpty Clk) (Entered: 03/10/2009) Contains One or More Restricted PDFs |
| 03/10/2009 | 2 | | INDICTMENT by USA as to Lindsey Kent Springer (1) count(s) 1, 2, 3–4, 5–6, Oscar Amos Stilley (2) count(s) 1, 3–4 (pll, Dpty Clk) (Entered: 03/10/2009) |
| 03/10/2009 | 3 | | SUMMONS Issued by Court Clerk as to Lindsey Kent Springer (pll, Dpty Clk) (Entered: 03/10/2009) Contains One or More Restricted PDFs |
| 03/18/2009 | 5 | | MOTION for Electronic Access by Lindsey Kent Springer as to Lindsey Kent Springer (sjm, Dpty Clk) (Entered: 03/18/2009) |
| 03/18/2009 | 6 | | MOTION for In Camera Review of Fifth Amendment Proffer by Lindsey Kent Springer (sjm, Dpty Clk) (Entered: 03/18/2009) |
| 03/18/2009 | 7 | | BRIEF in Support of Motion (Re: 6 MOTION for In Camera Review of Fifth Amendment Proffer ) by Lindsey Kent Springer (sjm, Dpty Clk) (Entered: 03/18/2009) |
| 03/18/2009 | 8 | | MOTION for Bill of Particulars by Lindsey Kent Springer (sjm, Dpty Clk) (Entered: 03/18/2009) |
| 03/18/2009 | 9 | | MINUTE ORDER *by Judge Payne, due to Court conflict*, recusing Judge James H Payne, *this case is hereby returned to the Court Clerk for further reassignment,* Court Clerk reassigned to case as to Lindsey Kent Springer, Oscar Amos Stilley (pll, Dpty Clk) (Entered: 03/18/2009) |
| 03/18/2009 | 10 | | MINUTES of Proceedings – held before Magistrate Judge Paul J Cleary: Initial Appearance held on 3/18/2009, Arraignment held on 3/18/2009, appointing CJA attorney Robert Scott Williams for Lindsey Kent Springer, setting/resetting bond as to Lindsey Kent Springer (Court Reporter: C1) (kjp, Dpty Clk) (Entered: 03/18/2009) |
| 03/18/2009 | 11 | | ORDER by Magistrate Judge Paul J Cleary (*for purposes of initial appearance only*), appointing CJA attorney as to Lindsey Kent Springer |

| | | | |
|---|---|---|---|
| | | | (kjp, Dpty Clk) (Entered: 03/18/2009) |
| 03/18/2009 | 12 | | ORDER by Magistrate Judge Paul J Cleary, setting conditions of release as to Lindsey Kent Springer (kjp, Dpty Clk) (Entered: 03/18/2009) |
| 03/18/2009 | 13 | | BOND approved by Magistrate Judge Paul J Cleary as to Lindsey Kent Springer (kjp, Dpty Clk) (Entered: 03/18/2009) |
| 03/19/2009 | 18 | | ORDER by Magistrate Judge Paul J Cleary *directing defendants regarding representation*, setting/resetting deadline(s)/hearing(s): *(copy of Order mailed to both defendants on 3/19/09)* ( Miscellaneous Deadline set for 3/30/2009) as to Lindsey Kent Springer, Oscar Amos Stilley (kjp, Dpty Clk) (Entered: 03/19/2009) |
| 03/23/2009 | 19 | | RESPONSE (Re: 8 MOTION for Bill of Particulars, 5 MOTION for Electronic Access, 7 Brief in Support of Motion, 6 MOTION for In Camera Review of Fifth Amendment Proffer ) by USA as to Lindsey Kent Springer, Oscar Amos Stilley (Snoke, Kenneth) (Entered: 03/23/2009) |
| 03/24/2009 | 20 | | MOTION to Withdraw Attorney(s) *R. Scott Williams* by Lindsey Kent Springer as to Lindsey Kent Springer (Williams, Robert) Modified on 3/25/2009 to reference to Oscar Stilley (tjc, Dpty Clk). (Entered: 03/24/2009) |
| 03/24/2009 | 21 | | MOTION for Hearing (Re: 20 MOTION to Withdraw Attorney(s) ) by Lindsey Kent Springer as to Lindsey Kent Springer (Williams, Robert) Modified on 3/25/2009 to remove reference to Oscar Stilley (tjc, Dpty Clk). (Entered: 03/24/2009) |
| 03/25/2009 | | | NOTICE of Docket Entry Modification; Error: During e–filing the attorney was prompted to select a case, all defendants were selected; Correction: Edited docket text to remove Oscar Stilley as these pleadings did not name him (Re: 20 MOTION to Withdraw Attorney(s), 21 MOTION for Hearing ) as to Lindsey Kent Springer, Oscar Amos Stilley (tjc, Dpty Clk) (Entered: 03/25/2009) |
| 03/25/2009 | 22 | | MINUTE ORDER by Magistrate Judge Paul J Cleary, setting/resetting deadline(s)/hearing(s): ( Miscellaneous Hearing set for 3/30/2009 at 02:30 PM before Magistrate Judge Paul J Cleary) as to Lindsey Kent Springer, Oscar Amos Stilley (kjp, Dpty Clk) (Entered: 03/25/2009) |
| 03/30/2009 | 23 | | MINUTES of Proceedings – held before Magistrate Judge Paul J Cleary: Miscellaneous Hearing held on 3/30/2009 *re Representation; Defendants Waive Counsel*, ruling on motion(s)/document(s): #5 granted, striking/terminating deadline(s)/hearing(s) as to Lindsey Kent Springer, Oscar Amos Stilley (Re: 5 MOTION for Electronic Access ) (Court Reporter: C1) (kjp, Dpty Clk) (Entered: 03/31/2009) |
| 03/31/2009 | 24 | | MINUTE ORDER *by Court Clerk at the direction of Chief Judge Claire V. Eagan*, reassigning case to Judge Stephen P Friot. Court Clerk no longer assigned to case, changing case number to 09–CR–43–SPF as to Lindsey Kent Springer, Oscar Amos Stilley (a–hc, Dpty Clk) (Entered: 03/31/2009) |
| 04/01/2009 | 25 | | MOTION for Protective Order by USA as to Lindsey Kent Springer, Oscar Amos Stilley (O'Reilly, Charles) (Entered: 04/01/2009) |

| 04/02/2009 | 26 | | ORDER by Judge Stephen P Friot *(Protective Order)*, ruling on motion(s)/document(s): #25 Granted (Re: 25 MOTION for Protective Order ) as to Lindsey Kent Springer, Oscar Amos Stilley (pll, Dpty Clk) (Entered: 04/02/2009) |
|---|---|---|---|
| 04/03/2009 | 27 | | ORDER by Magistrate Judge Paul J Cleary *Appointing Standby Counsel*, adding attorney Robert Scott Williams for Lindsey Kent Springer, Charles Robert Burton, IV for Oscar Amos Stilley, ruling on motion(s)/document(s): #20 and #21 moot (Re: 20 MOTION to Withdraw Attorney(s) *R. Scott Williams*, 21 MOTION for Hearing ) as to Lindsey Kent Springer, Oscar Amos Stilley (kjp, Dpty Clk) (Entered: 04/03/2009) |
| 04/07/2009 | 29 | | ORDER by Judge Stephen P Friot, setting/resetting deadline(s)/hearing(s): ( Motion Hearing set for 4/22/2009 at 10:00 AM before Judge Stephen P Friot, Scheduling Conference set for 4/22/2009 at 10:00 AM before Judge Stephen P Friot) (Re: 8 MOTION for Bill of Particulars, 6 MOTION for In Camera Review of Fifth Amendment Proffer ) as to Lindsey Kent Springer, Oscar Amos Stilley (pll, Dpty Clk) (Entered: 04/07/2009) |
| 04/07/2009 | 30 | | MOTION to Clarify *appointment of Honorable Judge Stephen P. Friot* by Lindsey Kent Springer (Springer, Lindsey) (Entered: 04/07/2009) |
| 04/08/2009 | 32 | | ORDER by Judge Stephen P Friot *: setting Motion for hearing on 4/22/09* (Re: 30 MOTION to Clarify *appointment of Honorable Judge Stephen P. Friot* ) as to Lindsey Kent Springer (pll, Dpty Clk) (Entered: 04/08/2009) |
| 04/10/2009 | 33 | | MOTION for Bill of Particulars by Oscar Amos Stilley as to Lindsey Kent Springer, Oscar Amos Stilley (Stilley, Oscar) (Entered: 04/10/2009) |
| 04/10/2009 | 34 | | ORDER by Judge Stephen P Friot *: setting Motion for hearing on 4/22/09* (Re: 33 MOTION for Bill of Particulars, 29 Order,,,, Setting/Resetting Deadline(s)/Hearing(s), Setting/Resetting Deadline(s)/Hearing(s) ) as to Lindsey Kent Springer, Oscar Amos Stilley (pll, Dpty Clk) (Entered: 04/10/2009) |
| 04/13/2009 | 35 | | MOTION for Protective Order *Pending Prospective Franks Hearing* by Lindsey Kent Springer (With attachments) (Springer, Lindsey) (Entered: 04/13/2009) |
| 04/13/2009 | 36 | | MOTION to Unseal Document(s) *in 03−CR−55E* (Re: 35 MOTION for Protective Order *Pending Prospective Franks Hearing* ) by Lindsey Kent Springer (With attachments) (Springer, Lindsey) (Entered: 04/13/2009) |
| 04/13/2009 | 37 | | MOTION Request for Release of Affidavit and Transcript surrounding issuance of Search Warrant dated 9.15.05 by Lindsey Kent Springer (With attachments) (Springer, Lindsey) (Entered: 04/13/2009) |
| 04/13/2009 | 38 | | ORDER by Judge Stephen P Friot, setting/resetting deadline(s)/hearing(s): ( Motion Hearing set for 4/22/2009 at 10:00 AM before Judge Stephen P Friot) (Re: 37 MOTION Request for Release of Affidavit and Transcript surrounding issuance of Search Warrant dated 9.15.05, 35 MOTION for Protective Order *Pending Prospective Franks Hearing*, 36 MOTION to Unseal Document(s) *in 03−CR−55E* ) as to Lindsey Kent Springer (hbo, Dpty Clk) (Entered: 04/13/2009) |
| 04/15/2009 | 39 | | |

| | | | |
|---|---|---|---|
| | | | MOTION Unopposed Motion for Limited Unsealing of Search Warrant and Affidavit and Materials from Case 03–CR–055–CVE by USA as to Lindsey Kent Springer, Oscar Amos Stilley (Snoke, Kenneth) (Entered: 04/15/2009) |
| 04/15/2009 | 40 | | NOTICE NOTICE RE GOVERNMENT MOTION FOR LIMITED UNSEALING OF SEARCH WARRANT AFFIDAVIT AND MATERIALS FROM CASE 03–CR–043–CVE (Re: 39 MOTION Unopposed Motion for Limited Unsealing of Search Warrant and Affidavit and Materials from Case 03–CR–055–CVE ) by USA as to Lindsey Kent Springer, Oscar Amos Stilley (With attachments) (O'Reilly, Charles) (Entered: 04/15/2009) |
| 04/16/2009 | 41 | | ORDER by Judge Stephen P Friot *setting Motion for Hearing on 4/22/09* (Re: 39 MOTION Unopposed Motion for Limited Unsealing of Search Warrant and Affidavit and Materials from Case 03–CR–055–CVE ) as to Lindsey Kent Springer, Oscar Amos Stilley (pll, Dpty Clk) (Entered: 04/16/2009) |
| 04/16/2009 | 42 | | RESPONSE in Opposition to Motion *Consolidated* (Re: 37 MOTION Request for Release of Affidavit and Transcript surrounding issuance of Search Warrant dated 9.15.05, 33 MOTION for Bill of Particulars, 8 MOTION for Bill of Particulars, 35 MOTION for Protective Order *Pending Prospective Franks Hearing*, 30 MOTION to Clarify *appointment of Honorable Judge Stephen P. Friot*, 6 MOTION for In Camera Review of Fifth Amendment Proffer, 36 MOTION to Unseal Document(s) *in 03–CR–55E* ) by USA as to Lindsey Kent Springer, Oscar Amos Stilley (With attachments) (O'Reilly, Charles) (Entered: 04/16/2009) |
| 04/22/2009 | 43 | | MINUTES of Proceedings – held before Judge Stephen P Friot: Motion Hearing held on 4/22/2009, Scheduling Conference held on 4/22/2009, ruling on motion(s)/document(s): #30 Granted, #6, 8, 33 Denied, #36, 37, 39 Granted in Part, Denied in part, taking motion(s) under advisement, setting/resetting deadline(s)/hearing(s): ( Motions due by 6/1/2009, Responses due by 6/15/2009, Motion Hearing set for 7/9/2009 at 09:00 AM before Judge Stephen P Friot, Jury Instructions, Voir Dire &Trial Briefs due by 8/3/2009, Pretrial Conference set for 10/21/2009 at 10:00 AM before Judge Stephen P Friot, Jury Trial set for 10/26/2009 at 09:30 AM before Judge Stephen P Friot) as to Lindsey Kent Springer, Oscar Amos Stilley (Re: 37 MOTION Request for Release of Affidavit and Transcript surrounding issuance of Search Warrant dated 9.15.05, 33 MOTION for Bill of Particulars, 8 MOTION for Bill of Particulars, 39 MOTION Unopposed Motion for Limited Unsealing of Search Warrant and Affidavit and Materials from Case 03–CR–055–CVE, 35 MOTION for Protective Order *Pending Prospective Franks Hearing*, 30 MOTION to Clarify *appointment of Honorable Judge Stephen P. Friot*, 6 MOTION for In Camera Review of Fifth Amendment Proffer, 36 MOTION to Unseal Document(s) *in 03–CR–55E* ) (Court Reporter: Tracy Washbourne) (pll, Dpty Clk) (Entered: 04/22/2009) |
| 04/27/2009 | 44 | | REPLY to Response to Motion (Re: 35 MOTION for Protective Order *Pending Prospective Franks Hearing* ) by Lindsey Kent Springer (Springer, Lindsey) (Entered: 04/27/2009) |
| 04/29/2009 | 46 | | ORDER by Judge Stephen P Friot, setting/resetting deadline(s)/hearing(s): ( Responses due by 5/11/2009) (Re: 44 Reply to Response to Motion ) as to |

| | | |
|---|---|---|
| | | Lindsey Kent Springer, Oscar Amos Stilley (sjm, Dpty Clk) Modified on 5/1/2009 to seal PDF, as ENTERED IN ERROR; duplicate entry see Doc # 45 for correct entry (tjc, Dpty Clk). (Entered: 04/30/2009) Contains One or More Restricted PDFs |
| 04/30/2009 | 45 | ORDER by Judge Stephen P Friot *directing surreply* (Re: 35 MOTION for Protective Order *Pending Prospective Franks Hearing*, 44 Reply to Response to Motion ) as to Lindsey Kent Springer (pll, Dpty Clk) (Entered: 04/30/2009) |
| 05/01/2009 | | NOTICE of Docket Entry Modification; Error: Duplicate entry, ENTERED IN ERROR; Correction: Sealed PDF as this was a duplicate entry; see Doc # 45 for correct entry (Re: 46 Order,, Setting/Resetting Deadline(s)/Hearing(s), Setting/Resetting Deadline(s)/Hearing(s),, ) as to Lindsey Kent Springer, Oscar Amos Stilley (tjc, Dpty Clk) (Entered: 05/01/2009) |
| 05/01/2009 | 47 | NOTICE *of* Request pursuant to Fed.R.Cr.Pr.Rule 16(a)(1)(G) as to Lindsey Kent Springer (Springer, Lindsey) (Entered: 05/01/2009) |
| 05/06/2009 | 48 | SURREPLY to Motion (Re: 35 MOTION for Protective Order *Pending Prospective Franks Hearing* ) by USA as to Lindsey Kent Springer (Snoke, Kenneth) (Entered: 05/06/2009) |
| 05/08/2009 | 49 | MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) *July 9, 2009, Hearing on Motion for Franks Issue and/or Suppress* (Re: 43 Minutes of Motion Hearing,,,,, Minutes of Scheduling Conference,,,,, Ruling on Motion(s)/Document(s), Ruling on Motion(s)/Document(s), Ruling on Motion(s)/Document(s), Ruling on Motion(s)/Document(s), Ruling on Motion(s)/Document(s), Taking Motion(s) Under Advisement, Taking Motion(s) Under Advisement, Taking Motion(s) Under Advisement, Taking Motion(s) Under Advisement, Taking Motion(s) Under Advisement, Taking Motion(s) Under Advisement, Setting/Resetting Deadline(s)/Hearing(s), Setting/Resetting Deadline(s)/Hearing(s), Setting/Resetting Deadline(s)/Hearing(s), Setting/Resetting Deadline(s)/Hearing(s), Setting/Resetting Deadline(s)/Hearing(s), Setting/Resetting Deadline(s)/Hearing(s) ) by USA as to Lindsey Kent Springer, Oscar Amos Stilley (With attachments) (O'Reilly, Charles) (Entered: 05/08/2009) |
| 05/12/2009 | 50 | ORDER by Judge Stephen P Friot, ruling on motion(s)/document(s): #49 Granted in Part, setting/resetting deadline(s)/hearing(s): ( Motion Hearing set for 7/2/2009 at 09:00 AM before Judge Stephen P Friot) (Re: 49 MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) ) as to Lindsey Kent Springer, Oscar Amos Stilley (pll, Dpty Clk) (Entered: 05/12/2009) |
| 05/15/2009 | 51 | First MOTION to Dismiss Indictment/Information/Complaint *for lack of venue* (Re: 2 Indictment ) by Lindsey Kent Springer (Springer, Lindsey) (Entered: 05/15/2009) |
| 05/15/2009 | 52 | First BRIEF in Support of Motion (Re: 51 First MOTION to Dismiss Indictment/Information/Complaint *for lack of venue* ) by Lindsey Kent |

| | | | |
|---|---|---|---|
| | | | Springer (With attachments) (Springer, Lindsey) (Entered: 05/15/2009) |
| 05/15/2009 | 53 | | Second MOTION to Dismiss Indictment/Information/Complaint *for violations of Paperwork Reduction Act of 1995* (Re: 2 Indictment ) by Lindsey Kent Springer (Springer, Lindsey) (Entered: 05/15/2009) |
| 05/15/2009 | 54 | | Second BRIEF in Support of Motion (Re: 53 Second MOTION to Dismiss Indictment/Information/Complaint *for violations of Paperwork Reduction Act of 1995* ) by Lindsey Kent Springer (With attachments) (Springer, Lindsey) (Entered: 05/15/2009) |
| 05/15/2009 | 55 | | Third MOTION to Dismiss Indictment/Information/Complaint *pursuant to CIR v. Duberstein* (Re: 2 Indictment ) by Lindsey Kent Springer (Springer, Lindsey) (Entered: 05/15/2009) |
| 05/15/2009 | 56 | | Third BRIEF in Support of Motion (Re: 55 Third MOTION to Dismiss Indictment/Information/Complaint *pursuant to CIR v. Duberstein* ) by Lindsey Kent Springer (Springer, Lindsey) (Entered: 05/15/2009) |
| 05/15/2009 | 57 | | Fourth MOTION to Dismiss Indictment/Information/Complaint *for failure to allege tax deficiency element* (Re: 2 Indictment ) by Lindsey Kent Springer (Springer, Lindsey) (Entered: 05/15/2009) |
| 05/15/2009 | 58 | | Fourth BRIEF in Support of Motion (Re: 57 Fourth MOTION to Dismiss Indictment/Information/Complaint *for failure to allege tax deficiency element* ) by Lindsey Kent Springer (Springer, Lindsey) (Entered: 05/15/2009) |
| 05/15/2009 | 59 | | Fifth MOTION to Dismiss Indictment/Information/Complaint *on Fifth Amendment Grounds* (Re: 2 Indictment ) by Lindsey Kent Springer (Springer, Lindsey) (Entered: 05/15/2009) |
| 05/15/2009 | 60 | | Fifth BRIEF in Support of Motion (Re: 59 Fifth MOTION to Dismiss Indictment/Information/Complaint *on Fifth Amendment Grounds* ) by Lindsey Kent Springer (Springer, Lindsey) (Entered: 05/15/2009) |
| 05/15/2009 | 61 | | Sixth MOTION to Dismiss Count(s) One, Two, Three and Four (Re: 2 Indictment ) by Lindsey Kent Springer (Springer, Lindsey) (Entered: 05/15/2009) |
| 05/15/2009 | 62 | | Sixth BRIEF in Support of Motion (Re: 61 Sixth MOTION to Dismiss Count(s) One, Two, Three and Four ) by Lindsey Kent Springer (Springer, Lindsey) (Entered: 05/15/2009) |
| 05/15/2009 | 63 | | Seventh MOTION to Dismiss Indictment/Information/Complaint *for failure to allege certain specific provisions* (Re: 2 Indictment ) by Lindsey Kent Springer (Springer, Lindsey) (Entered: 05/15/2009) |
| 05/15/2009 | 64 | | Seventh BRIEF in Support of Motion (Re: 63 Seventh MOTION to Dismiss Indictment/Information/Complaint *for failure to allege certain specific provisions* ) by Lindsey Kent Springer (Springer, Lindsey) (Entered: 05/15/2009) |
| 05/15/2009 | 65 | | Eighth MOTION to Dismiss Indictment/Information/Complaint *violation of Fourth/Fifth Amendment and Selective Prosecution* (Re: 2 Indictment ) by Lindsey Kent Springer (Springer, Lindsey) (Entered: 05/15/2009) |

| | | | |
|---|---|---|---|
| 05/15/2009 | 66 | | Eighth BRIEF in Support of Motion (Re: 65 Eighth MOTION to Dismiss Indictment/Information/Complaint *violation of Fourth/Fifth Amendment and Selective Prosecution* ) by Lindsey Kent Springer (With attachments) (Springer, Lindsey) (Entered: 05/15/2009) |
| 05/15/2009 | 67 | | MOTION to Dismiss Indictment/Information/Complaint *for fraud and violation of the 5th Amendment* (Re: 2 Indictment ) by Oscar Amos Stilley as to Oscar Amos Stilley (Stilley, Oscar) Modified on 5/18/2009 to remove defendant Lindsey Springer from text (lml, Dpty Clk). (Entered: 05/15/2009) |
| 05/15/2009 | 68 | | BRIEF in Support of Motion *to dismiss for fraud and violation of the 5th Amendment* (Re: 67 MOTION to Dismiss Indictment/Information/Complaint ) by Oscar Amos Stilley as to Oscar Amos Stilley (Stilley, Oscar) Modified on 5/18/2009 to remove Lindsey Springer from text (lml, Dpty Clk). (Entered: 05/15/2009) |
| 05/15/2009 | 69 | | JOINDER *of motions filed by Lindsey Springer* (in [51−66] Generally dispositive filed on May 15, 2009) by Oscar Amos Stilley as to Oscar Amos Stilley (Stilley, Oscar) Modified on 5/18/2009 to remove Lindsey Springer from text (lml, Dpty Clk). (Entered: 05/15/2009) |
| 05/18/2009 | | | NOTICE of Docket Entry Modification; Error: These documents were filed as to both defendants in error; Correction: Edited docket text and removed Lindsey Kent Springer from text (Re: 67 MOTION to Dismiss Indictment/Information/Complaint *for fraud and violation of the 5th Amendment*, 69 JOINDER (in [51−66] Generally dispositive filed on May 15, 2009), 68 Brief in Support of Motion ) as to Lindsey Kent Springer, Oscar Amos Stilley (lml, Dpty Clk) (Entered: 05/18/2009) |
| 05/26/2009 | 70 | | ORDER by Judge Stephen P Friot *vacating the stay entered by the court on 4/22/2009 &directing government to turn over materials to defendant Stilley*, ruling on motion(s)/document(s): #35 denied (Re: 35 MOTION for Protective Order *Pending Prospective Franks Hearing*, 42 Response in Opposition to Motion,, 43 Minutes of Motion Hearing,,,,,, Minutes of Scheduling Conference,,,,,, Ruling on Motion(s)/Document(s), Ruling on Motion(s)/Document(s), Ruling on Motion(s)/Document(s), Ruling on Motion(s)/Document(s), Ruling on Motion(s)/Document(s), Taking Motion(s) Under Advisement, Taking Motion(s) Under Advisement, Taking Motion(s) Under Advisement, Taking Motion(s) Under Advisement, Taking Motion(s) Under Advisement, Setting/Resetting Deadline(s)/Hearing(s), Setting/Resetting Deadline(s)/Hearing(s), Setting/Resetting Deadline(s)/Hearing(s), Setting/Resetting Deadline(s)/Hearing(s), Setting/Resetting Deadline(s)/Hearing(s), Setting/Resetting Deadline(s)/Hearing(s), 44 Reply to Response to Motion, 48 Surreply to Motion ) as to Lindsey Kent Springer, Oscar Amos Stilley (djh, Dpty Clk) (Entered: 05/26/2009) |
| 05/29/2009 | 71 | | RESPONSE in Opposition to Motion *Fifty−one through Sixty−seven* (Re: 67 MOTION to Dismiss Indictment/Information/Complaint *for fraud and violation of the 5th Amendment*, 59 Fifth MOTION to Dismiss Indictment/Information/Complaint *on Fifth Amendment Grounds*, 63 Seventh MOTION to Dismiss Indictment/Information/Complaint *for failure to allege certain specific provisions*, 69 JOINDER (in [51−66] Generally |

| | | |
|---|---|---|
| | | dispositive filed on May 15, 2009), 55 Third MOTION to Dismiss Indictment/Information/Complaint *pursuant to CIR v. Duberstein*, 51 First MOTION to Dismiss Indictment/Information/Complaint *for lack of venue*, 53 Second MOTION to Dismiss Indictment/Information/Complaint *for violations of Paperwork Reduction Act of 1995*, 65 Eighth MOTION to Dismiss Indictment/Information/Complaint *violation of Fourth/Fifth Amendment and Selective Prosecution*, 57 Fourth MOTION to Dismiss Indictment/Information/Complaint *for failure to allege tax deficiency element*, 61 Sixth MOTION to Dismiss Count(s) One, Two, Three and Four ) by USA as to Lindsey Kent Springer, Oscar Amos Stilley (O'Reilly, Charles) (Entered: 05/29/2009) |
| 06/01/2009 | 74 | MOTION to Suppress by Lindsey Kent Springer (Springer, Lindsey) Modified on 6/2/2009; This is a multi−part motion, see Doc # 77 for second event (tjc, Dpty Clk). (Entered: 06/01/2009) |
| 06/01/2009 | 75 | BRIEF in Support of Motion (Re: 74 MOTION to Suppress *and For Franks Hearing* ) by Lindsey Kent Springer (With attachments) (Springer, Lindsey) Modified on 6/2/2009 to seal parts 22, 23 and 24 (s−srb, Dpty Clk). (Entered: 06/02/2009) |
| 06/01/2009 | 77 | MOTION for Hearing *(submitted as part of Doc # 74* ) by Lindsey Kent Springer (tjc, Dpty Clk) (Entered: 06/02/2009) |
| 06/02/2009 | 76 | AFFIDAVIT in Support of Motion (Re: 74 MOTION to Suppress *and For Franks Hearing* ) by Lindsey Kent Springer (Springer, Lindsey) (Entered: 06/02/2009) |
| 06/02/2009 | | NOTICE of Docket Entry Modification; Error: Document # 74 is a two−part motion, but not all parts were filed; Correction: Filed the remaining motion part as Document # 77 (Re: 74 MOTION to Suppress ) as to Lindsey Kent Springer (tjc, Dpty Clk) (Entered: 06/02/2009) |
| 06/02/2009 | 78 | SEALED MOTION (O'Reilly, Charles) (Entered: 06/02/2009) Contains One or More Restricted PDFs |
| 06/02/2009 | 79 | SEALED ORDER (s−srb, Dpty Clk) Modified on 6/2/2009 to seal pdf and correct docket text(s−srb, Dpty Clk) (Entered: 06/02/2009) Contains One or More Restricted PDFs |
| 06/15/2009 | 80 | RESPONSE in Opposition to Motion *Consolidated* (Re: 77 MOTION for Hearing *(submitted as part of Doc # 74* ), 72 MOTION to Suppress *Grand Jury testimony and evidence*, 74 MOTION to Suppress ) by USA as to Lindsey Kent Springer, Oscar Amos Stilley (With attachments) (O'Reilly, Charles) (Entered: 06/15/2009) |
| 06/15/2009 | 81 | REPLY to Response to Motion *to Dismiss* (Re: 59 Fifth MOTION to Dismiss Indictment/Information/Complaint *on Fifth Amendment Grounds*, 63 Seventh MOTION to Dismiss Indictment/Information/Complaint *for failure to allege certain specific provisions*, 55 Third MOTION to Dismiss Indictment/Information/Complaint *pursuant to CIR v. Duberstein*, 51 First MOTION to Dismiss Indictment/Information/Complaint *for lack of venue*, 53 Second MOTION to Dismiss Indictment/Information/Complaint *for violations of Paperwork Reduction Act of 1995*, 65 Eighth MOTION to Dismiss Indictment/Information/Complaint *violation of Fourth/Fifth* |

| | | |
|---|---|---|
| | | *Amendment and Selective Prosecution,* 57 Fourth MOTION to Dismiss Indictment/Information/Complaint *for failure to allege tax deficiency element,* 61 Sixth MOTION to Dismiss Count(s) One, Two, Three and Four ) by Lindsey Kent Springer (With attachments) (Springer, Lindsey) (Entered: 06/15/2009) |
| 06/15/2009 | 82 | MOTION for Bill of Particulars by Lindsey Kent Springer (Springer, Lindsey) (Entered: 06/15/2009) |
| 06/17/2009 | 85 | MINUTE ORDER by Judge Stephen P Friot, setting/resetting deadline(s)/hearing(s): ( Motion Hearing set for 7/2/2009 at 09:00 AM before Judge Stephen P Friot), ruling on motion(s)/document(s): #83 Denied (Re: 82 MOTION for Bill of Particulars, 83 MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s)MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) ) as to Lindsey Kent Springer, Oscar Amos Stilley (pll, Dpty Clk) (Entered: 06/17/2009) |
| 06/17/2009 | 86 | MOTION to Strike Document(s) (Re: 81 Reply to Response to Motion,,, ) by USA as to Lindsey Kent Springer (O'Reilly, Charles) (Entered: 06/17/2009) |
| 06/18/2009 | 87 | ORDER by Judge Stephen P Friot *, directing Sur−Reply,* ruling on motion(s)/document(s): #86 Denied (Re: 86 MOTION to Strike Document(s), 67 MOTION to Dismiss Indictment/Information/Complaint *for fraud and violation of the 5th Amendment,* 59 Fifth MOTION to Dismiss Indictment/Information/Complaint *on Fifth Amendment Grounds,* 63 Seventh MOTION to Dismiss Indictment/Information/Complaint *for failure to allege certain specific provisions,* 55 Third MOTION to Dismiss Indictment/Information/Complaint *pursuant to CIR v. Duberstein,* 51 First MOTION to Dismiss Indictment/Information/Complaint *for lack of venue,* 53 Second MOTION to Dismiss Indictment/Information/Complaint *for violations of Paperwork Reduction Act of 1995,* 65 Eighth MOTION to Dismiss Indictment/Information/Complaint *violation of Fourth/Fifth Amendment and Selective Prosecution,* 57 Fourth MOTION to Dismiss Indictment/Information/Complaint *for failure to allege tax deficiency element,* 69 JOINDER *of motions filed by Lindsey Springer* (in [51−66] Generally dispositive filed on May 15, 2009), 61 Sixth MOTION to Dismiss Count(s) One, Two, Three and Four ) as to Lindsey Kent Springer, Oscar Amos Stilley (pll, Dpty Clk) (Entered: 06/18/2009) |
| 06/18/2009 | 88 | SEALED MOTION (s−srb, Dpty Clk) Modified on 6/19/2009 to correct event (s−srb, Dpty Clk). (Entered: 06/19/2009) Contains One or More Restricted PDFs |
| 06/19/2009 | 89 | SEALED MINUTE ORDER (s−srb, Dpty Clk) (Entered: 06/19/2009) Contains One or More Restricted PDFs |
| 06/19/2009 | 90 | MOTION for Leave to Exceed Page Limitation by USA as to Lindsey Kent Springer (Snoke, Kenneth) (Entered: 06/19/2009) |
| 06/23/2009 | 91 | ORDER by Judge Stephen P Friot, ruling on motion(s)/document(s): #90 Granted (Re: 90 MOTION for Leave to Exceed Page Limitation, 67 MOTION to Dismiss Indictment/Information/Complaint *for fraud and violation of the 5th Amendment,* 59 Fifth MOTION to Dismiss Indictment/Information/Complaint *on Fifth Amendment Grounds,* 63 |

| | | | |
|---|---|---|---|
| | | | Seventh MOTION to Dismiss Indictment/Information/Complaint *for failure to allege certain specific provisions*, 55 Third MOTION to Dismiss Indictment/Information/Complaint *pursuant to CIR v. Duberstein*, 51 First MOTION to Dismiss Indictment/Information/Complaint *for lack of venue*, 53 Second MOTION to Dismiss Indictment/Information/Complaint *for violations of Paperwork Reduction Act of 1995*, 65 Eighth MOTION to Dismiss Indictment/Information/Complaint *violation of Fourth/Fifth Amendment and Selective Prosecution*, 57 Fourth MOTION to Dismiss Indictment/Information/Complaint *for failure to allege tax deficiency element*, 61 Sixth MOTION to Dismiss Count(s) One, Two, Three and Four ) as to Lindsey Kent Springer, Oscar Amos Stilley (pll, Dpty Clk) (Entered: 06/23/2009) |
| 06/25/2009 | 93 | | SURREPLY (Re: 51 First MOTION to Dismiss, 53 Second MOTION to Dismiss, 55 Third MOTION to Dismiss, 57 Fourth MOTION to Dismiss, 59 Fifth MOTION to Dismiss, 61 Sixth MOTION to Dismiss, 63 Seventh MOTION to Dismiss, 65 Eighth MOTION to Dismiss) by USA as to Lindsey Kent Springer, Oscar Amos Stilley (Snoke, Kenneth) Modified on 6/29/2009 to change text to reflect correct event and to change links to reflect base motions (sac, Dpty Clk). (Entered: 06/25/2009) |
| 06/29/2009 | | | NOTICE of Docket Entry Modification; Error: wrong event selected (Reply); wrong links made; Correction: changed text to reflect correct event (Surreply); created links to base motions (Re: 93 Reply, ) as to Lindsey Kent Springer, Oscar Amos Stilley (sac, Dpty Clk) (Entered: 06/29/2009) |
| 06/30/2009 | 94 | | MOTION to Quash *Subpoenas* by USA as to Lindsey Kent Springer, Oscar Amos Stilley (With attachments) (O'Reilly, Charles) (Entered: 06/30/2009) |
| 06/30/2009 | 95 | | ***Remark: *9 subpoenas returned* as to Lindsey Kent Springer (s−srb, Dpty Clk) (Entered: 07/01/2009) |
| 07/01/2009 | 96 | | RESPONSE in Opposition to Motion (Re: 94 MOTION to Quash *Subpoenas* ) by Lindsey Kent Springer (Springer, Lindsey) (Entered: 07/01/2009) |
| 07/01/2009 | 97 | | RESPONSE in Opposition to Motion (Re: 82 MOTION for Bill of Particulars ) by USA as to Lindsey Kent Springer, Oscar Amos Stilley (O'Reilly, Charles) (Entered: 07/01/2009) |
| 07/01/2009 | 98 | | Clarification of (Re: 94 MOTION to Quash ) by USA as to Lindsey Kent Springer, Oscar Amos Stilley (O'Reilly, Charles) Modified on 7/2/2009 to correct title of event (pll, Dpty Clk). Modified on 7/2/2009 (pll, Dpty Clk). (Entered: 07/01/2009) |
| 07/01/2009 | 99 | | MOTION to Quash *subpoena* by Eddy Lynn Patterson as to Lindsey Kent Springer, Oscar Amos Stilley (sjm, Dpty Clk) Modified on 7/6/2009 to correct file date (lml, Dpty Clk). (Entered: 07/02/2009) |
| 07/02/2009 | 100 | | MINUTES of Proceedings – held before Judge Stephen P Friot: Motion Hearing held on 7/2/2009, ruling on motion(s)/document(s): #51,53,55,57,59,61,63,65,67,69,72,74,77,92 Denied, #82 Granted in Part, Denied in part, #94 Moot, striking/terminating deadline(s)/hearing(s) as to Lindsey Kent Springer, Oscar Amos Stilley (Re: 67 MOTION to Dismiss Indictment/Information/Complaint *for fraud and violation of the 5th Amendment*, 59 Fifth MOTION to Dismiss |

| | | |
|---|---|---|
| | | Indictment/Information/Complaint *on Fifth Amendment Grounds*, 63 Seventh MOTION to Dismiss Indictment/Information/Complaint *for failure to allege certain specific provisions*, 77 MOTION for Hearing *(submitted as part of Doc #_74 )*, 92 JOINDER (in [81; 82] Springer's Reply Regarding Opposition to Springer's Motion to Dismiss; Motion for Bill of Particulars filed on 6/15/2009; 6/15/2009), 69 JOINDER (in [51−66] Generally dispositive filed on May 15, 2009), 55 Third MOTION to Dismiss Indictment/Information/Complaint *pursuant to CIR v. Duberstein*, 94 MOTION to Quash, 51 First MOTION to Dismiss Indictment/Information/Complaint *for lack of venue*, 53 Second MOTION to Dismiss Indictment/Information/Complaint *for violations of Paperwork Reduction Act of 1995*, 65 Eighth MOTION to Dismiss Indictment/Information/Complaint *violation of Fourth/Fifth Amendment and Selective Prosecution*, 57 Fourth MOTION to Dismiss Indictment/Information/Complaint *for failure to allege tax deficiency element*, 72 MOTION to Suppress *Grand Jury testimony and evidence*, 82 MOTION for Bill of Particulars, 61 Sixth MOTION to Dismiss Count(s) One, Two, Three and Four, 74 MOTION to Suppress ) (Court Reporter: Tracy Washbourne) (pll, Dpty Clk) Modified on 7/8/2009 to indicate attached PDF has incorrect hearing date. Date hearing held was 7/2/2009 (pll, Dpty Clk). (Entered: 07/02/2009) |
| 07/02/2009 | 101 | MINUTE ORDER by Judge Stephen P Friot *: Following the hearing held this date, the Motion to Quash filed by Eddy Lynn Patterson is hereby moot*, ruling on motion(s)/document(s): #99 Moot (Re: 99 MOTION to Quash *subpoena* ) as to Lindsey Kent Springer, Oscar Amos Stilley (pll, Dpty Clk) (Entered: 07/02/2009) |
| 07/02/2009 | 103 | SEALED EXHIBIT(S) to Order/Minutes (Re: 100 Minutes of Motion Hearing,,,,,,,, Ruling on Motion(s)/Document(s), Ruling on Motion(s)/Document(s), Ruling on Motion(s)/Document(s), Ruling on Motion(s)/Document(s), Ruling on Motion(s)/Document(s), Ruling on Motion(s)/Document(s), Ruling on Motion(s)/Document(s), Striking/Terminating Deadline(s)/Hearing(s), Striking/Terminating Deadline(s)/Hearing(s), Striking/Terminating Deadline(s)/Hearing(s), Striking/Terminating Deadline(s)/Hearing(s), Striking/Terminating Deadline(s)/Hearing(s), Striking/Terminating Deadline(s)/Hearing(s), Striking/Terminating Deadline(s)/Hearing(s), Striking/Terminating Deadline(s)/Hearing(s) ) (pll, Dpty Clk) (Entered: 07/14/2009) Contains One or More Restricted PDFs |
| 07/08/2009 | 102 | ORDER by Judge Stephen P Friot *re: jury instructions* as to Lindsey Kent Springer, Oscar Amos Stilley (pll, Dpty Clk) (Entered: 07/08/2009) |
| 07/14/2009 | 104 | BILL OF PARTICULARS (Re: 82 MOTION for Bill of Particulars ) by USA as to Lindsey Kent Springer, Oscar Amos Stilley (O'Reilly, Charles) (Entered: 07/14/2009) |
| 07/30/2009 | 105 | Second MOTION for Bill of Particulars by Lindsey Kent Springer (Springer, Lindsey) (Entered: 07/30/2009) |
| 08/03/2009 | 106 | MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) by Lindsey Kent Springer (Springer, Lindsey) Modified on 8/4/2009 to correct title of event (lml, Dpty Clk). (Entered: 08/03/2009) |

| 08/03/2009 | 107 | | PROPOSED JURY INSTRUCTIONS by USA as to Lindsey Kent Springer, Oscar Amos Stilley (O'Reilly, Charles) (Entered: 08/03/2009) |
|---|---|---|---|
| 08/04/2009 | | | NOTICE of Docket Entry Modification; Error: This was filed using the incorrect event (Motion for Miscellaneous Relief); Correction: Edited docket text to reflect correcte event (Re: 106 MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) ) as to Lindsey Kent Springer (lml, Dpty Clk) (Entered: 08/04/2009) |
| 08/04/2009 | 111 | | ORDER by Judge Stephen P Friot, ruling on motion(s)/document(s): #106 Denied (Re: 106 MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) ) as to Lindsey Kent Springer, Oscar Amos Stilley (cds, Dpty Clk) (Entered: 08/04/2009) |
| 08/05/2009 | 112 | | RESPONSE in Opposition to Motion (Re: 109 First MOTION to Dismiss Count(s) 1 *Conspiracy charge* ) by USA as to Oscar Amos Stilley (O'Reilly, Charles) Modified on 8/6/2009 to delete "as to" defendant Springer (sac, Dpty Clk). (Entered: 08/05/2009) |
| 08/05/2009 | 113 | | MOTION to File Out of Time *Proposed Jury Instructions* by Lindsey Kent Springer (With attachments) (Springer, Lindsey) Modified on 8/6/2009 to change text to reflect correct event (sac, Dpty Clk). Modified on 8/7/2009 to seal attachment PDF as it was stricken per 117 (sac, Dpty Clk). (Entered: 08/05/2009) |
| 08/06/2009 | | | NOTICE of Docket Entry Modification; Error: wrong event selected (Motion to Accelerate/Extend/Reset Hearings/Deadlines); Correction: changed text to reflect correct event (Motion to File Out of Time) (Re: 113 MOTION to File Out of Time ) as to Lindsey Kent Springer (sac, Dpty Clk) (Entered: 08/06/2009) |
| 08/06/2009 | 114 | | TRANSCRIPT of Proceedings (Unredacted) of Motion Hearing held on 04/22/2009 before Judge Stephen P Friot (Court Reporter: Tracy Washbourne) (Pages: 132). NOTICE RE REDACTION OF TRANSCRIPTS: A party must file a Transcript Redaction Request within 21 calendar days. If a party fails to request redaction, this unredacted transcript may be made electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the court public terminal at no charge or may purchase a copy from the court reporter. (Re: 43 Minutes of Motion Hearing, Minutes of Scheduling Conference, Ruling on Motion(s)/Document(s), Taking Motion(s) Under Advisement, Setting/Resetting Deadline(s)/Hearing(s)) as to Lindsey Kent Springer, Oscar Amos Stilley (sam, Dpty Clk) Modified on 11/5/2009 to remove transcript access restriction (a–hc, Dpty Clk). (Entered: 08/06/2009) |
| 08/06/2009 | 115 | | TRANSCRIPT of Proceedings (Unredacted) of Motions Hearing held on 7/2/09 before Judge Stephen P Friot (Court Reporter: Tracy Washbourne) (Pages: 159). NOTICE RE REDACTION OF TRANSCRIPTS: A party must file a Transcript Redaction Request within 21 calendar days. If a party fails to request redaction, this unredacted transcript may be made electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the court public terminal at no charge or |

| | | |
|---|---|---|
| | | may purchase a copy from the court reporter. (Re: 100 Minutes of Motion Hearing, Ruling on Motion(s)/Document(s), Striking/Terminating Deadline(s)/Hearing(s)) as to Lindsey Kent Springer, Oscar Amos Stilley (pll, Dpty Clk) Modified on 11/5/2009 to remove transcript access restriction (a–hc, Dpty Clk). (Entered: 08/06/2009) |
| 08/06/2009 | 116 | RESPONSE in Opposition to Motion (Re: 105 Second MOTION for Bill of Particulars ) by USA as to Lindsey Kent Springer (O'Reilly, Charles) Modified on 8/7/2009 to delete "as to Oscar Amos Stilley" as this document states it is as to defendant Springer only (sac, Dpty Clk). (Entered: 08/06/2009) |
| 08/06/2009 | 117 | ORDER by Judge Stephen P Friot, ruling on motion(s)/document(s): #113 Denied, striking/withdrawing document(s) (Re: 113 MOTION to File Out of Time ) (Documents Terminated: 113 MOTION to File Out of Time ) as to Lindsey Kent Springer (pll, Dpty Clk) (Entered: 08/06/2009) |
| 08/07/2009 | 118 | MOTION to Reconsider (Re: 111 Order, Ruling on Motion(s)/Document(s), 117 Order,, Ruling on Motion(s)/Document(s), Ruling on Motion(s)/Document(s), Striking/Withdrawing Document(s), Striking/Withdrawing Document(s) ) by Lindsey Kent Springer (Springer, Lindsey) (Entered: 08/07/2009) |
| 08/12/2009 | 119 | RESPONSE in Opposition to Motion (Re: 118 MOTION to Reconsider ) by USA as to Lindsey Kent Springer (O'Reilly, Charles) (Entered: 08/12/2009) |
| 08/12/2009 | 121 | REPLY to Response to Motion (Re: 105 Second MOTION for Bill of Particulars ) by Lindsey Kent Springer (Springer, Lindsey) (Entered: 08/12/2009) |
| 08/12/2009 | 122 | REPLY to Response to Motion (Re: 118 MOTION to Reconsider ) by Lindsey Kent Springer (Springer, Lindsey) (Entered: 08/12/2009) |
| 08/12/2009 | 123 | Eighth MOTION to Dismiss Count(s) One, Two, Three, Four, Five and Six (Re: 2 Indictment ) by Lindsey Kent Springer (Springer, Lindsey) (Entered: 08/12/2009) |
| 08/12/2009 | 124 | Eighth BRIEF in Support of Motion (Re: 123 Eighth MOTION to Dismiss Count(s) One, Two, Three, Four, Five and Six ) by Lindsey Kent Springer (Springer, Lindsey) (Entered: 08/12/2009) |
| 08/13/2009 | 125 | RESPONSE in Opposition to Motion (Re: 123 Eighth MOTION to Dismiss Count(s) One, Two, Three, Four, Five and Six ) by USA as to Lindsey Kent Springer (O'Reilly, Charles) (Entered: 08/13/2009) |
| 08/13/2009 | 126 | NOTICE of Intent to Use Expert Witness Testimony by USA as to Lindsey Kent Springer, Oscar Amos Stilley (O'Reilly, Charles) (Entered: 08/13/2009) |
| 08/17/2009 | 127 | ORDER by Judge Stephen P Friot, ruling on motion(s)/document(s): #118 denied (Re: 111 Order, Ruling on Motion, 117 Order, Ruling on Motion); (Re: 118 MOTION to Reconsider ) as to Lindsey Kent Springer (kjp, Dpty Clk) Modified on 8/18/2009 to add links to #111, 117 (kjp, Dpty Clk). (Entered: 08/17/2009) |
| 08/17/2009 | 128 | |

| | | | |
|---|---|---|---|
| | | | OBJECTION to Proposed Jury Instructions (Re: 107 Proposed Jury Instructions ) as to Lindsey Kent Springer (With attachments) (Springer, Lindsey) (Entered: 08/17/2009) |
| 08/19/2009 | 130 | | REPLY to Response to Motion (Re: 123 Eighth MOTION to Dismiss Count(s) One, Two, Three, Four, Five and Six ) by Lindsey Kent Springer (With attachments) (Springer, Lindsey) (Entered: 08/19/2009) |
| 09/10/2009 | 134 | | NOTICE Pursuant to Federal Rule of Evidence 404(b) by USA as to Lindsey Kent Springer, Oscar Amos Stilley (O'Reilly, Charles) (Entered: 09/10/2009) |
| 09/16/2009 | 135 | | ORDER by Judge Stephen P Friot *re: Pretrial Conference* as to Lindsey Kent Springer, Oscar Amos Stilley (pll, Dpty Clk) (Entered: 09/16/2009) |
| 09/18/2009 | 136 | | ORDER by Judge Stephen P Friot, ruling on motion(s)/document(s): #105 denied; 109 denied; #123 denied (Re: 105 Second MOTION for Bill of Particulars, 109 First MOTION to Dismiss Count(s) 1 *Conspiracy charge*, 123 Eighth MOTION to Dismiss Count(s) One, Two, Three, Four, Five and Six ) as to Lindsey Kent Springer, Oscar Amos Stilley (sjm, Dpty Clk) (Entered: 09/18/2009) |
| 09/21/2009 | 137 | | MOTION in Limine by USA as to Lindsey Kent Springer, Oscar Amos Stilley (O'Reilly, Charles) (Entered: 09/21/2009) |
| 09/21/2009 | 138 | | TRIAL BRIEF by USA as to Lindsey Kent Springer, Oscar Amos Stilley (Snoke, Kenneth) (Entered: 09/21/2009) |
| 09/21/2009 | 139 | | NOTICE of Government's Proposed Summary of Indictment by USA as to Lindsey Kent Springer, Oscar Amos Stilley (Snoke, Kenneth) Modified on 9/22/2009 to reflect correct event (tjc, Dpty Clk). (Entered: 09/21/2009) |
| 09/21/2009 | 141 | | MOTION for Subpoena(s) *under Rule 17* by Lindsey Kent Springer (Springer, Lindsey) (Entered: 09/21/2009) |
| 09/21/2009 | 142 | | TRIAL BRIEF as to Lindsey Kent Springer (With attachments) (Springer, Lindsey) (Entered: 09/21/2009) |
| 09/21/2009 | 143 | | NOTICE Summary of Indictment by Lindsey Kent Springer (Springer, Lindsey) Modified on 9/22/2009 to reflect correct event (tjc, Dpty Clk). (Entered: 09/21/2009) |
| 09/21/2009 | 144 | | First MOTION in Limine by Lindsey Kent Springer (Springer, Lindsey) (Entered: 09/21/2009) |
| 09/21/2009 | 145 | | Second MOTION in Limine by Lindsey Kent Springer (Springer, Lindsey) (Entered: 09/21/2009) |
| 09/21/2009 | 146 | | Third MOTION in Limine by Lindsey Kent Springer (Springer, Lindsey) (Entered: 09/21/2009) |
| 09/21/2009 | 147 | | Fourth MOTION in Limine by Lindsey Kent Springer (Springer, Lindsey) (Entered: 09/21/2009) |
| 09/21/2009 | 148 | | Fifth MOTION in Limine by Lindsey Kent Springer (Springer, Lindsey) (Entered: 09/21/2009) |

| 09/21/2009 | 150 | | Sixth MOTION in Limine by Lindsey Kent Springer (Springer, Lindsey) (Entered: 09/21/2009) |
|---|---|---|---|
| 09/21/2009 | 151 | | Seventh MOTION in Limine by Lindsey Kent Springer (Springer, Lindsey) (Entered: 09/21/2009) |
| 09/21/2009 | 154 | | OBJECTION to Prosecution 404(b) (Re: 134 Notice (Other) ) by Lindsey Kent Springer (Springer, Lindsey) Modified on 9/22/2009 to reflect correct event (tjc, Dpty Clk). (Entered: 09/21/2009) |
| 09/22/2009 | | | NOTICE of Docket Entry Modification; Error: This was filed using the incorrect event (Motion for Miscellaneous Relief); Correction: Edited docket text to reflect correct event *(Notice)* (Re: 139 MOTION Government's Proposed Summary of Indictment ) as to Lindsey Kent Springer, Oscar Amos Stilley (tjc, Dpty Clk) (Entered: 09/22/2009) |
| 09/22/2009 | | | NOTICE of Docket Entry Modification; Error: This was filed using the incorrect event (Motion for Miscellaneous Relief); Correction: Edited docket text to reflect correct event (Notice) (Re: 143 MOTION Summary of Indictment ) as to Lindsey Kent Springer (tjc, Dpty Clk) (Entered: 09/22/2009) |
| 09/22/2009 | | | NOTICE of Docket Entry Modification; Error: This was filed using the incorrect event (Motion for Miscellaneous Relief); Correction: Edited docket text to reflect correct event (Objection) (Re: 154 MOTION Opposition to Prosecution 404(b) ) as to Lindsey Kent Springer (tjc, Dpty Clk) (Entered: 09/22/2009) |
| 09/22/2009 | 156 | | ORDER by Judge Stephen P Friot *: setting ex parte hearing,* setting/resetting deadline(s)/hearing(s): ( Motion Hearing set for 10/9/2009 at 01:30 PM before Judge Stephen P Friot) (Re: 152 MOTION for Subpoena(s) *pursuant to Rule 17(b),* 141 MOTION for Subpoena(s) *under Rule 17* ) as to Lindsey Kent Springer, Oscar Amos Stilley (pll, Dpty Clk) (Entered: 09/22/2009) |
| 09/22/2009 | 157 | | ORDER by Judge Stephen P Friot *re: 10/9/09 ex parte hearing* (Re: 152 MOTION for Subpoena(s) *pursuant to Rule 17(b),* 156 Order,, Setting/Resetting Deadline(s)/Hearing(s), Setting/Resetting Deadline(s)/Hearing(s),, 141 MOTION for Subpoena(s) *under Rule 17* ) as to Lindsey Kent Springer, Oscar Amos Stilley (pll, Dpty Clk) (Entered: 09/22/2009) |
| 09/23/2009 | 158 | | ORDER by Judge Stephen P Friot, setting/resetting deadline(s)/hearing(s): ( Motion Hearing set for 10/21/2009 at 09:00 AM before Judge Stephen P Friot) (Re: 145 Second MOTION in Limine, 150 Sixth MOTION in Limine, 137 MOTION in Limine, 146 Third MOTION in Limine, 149 MOTION in Limine *regarding hearsay and confrontation issues,* 148 Fifth MOTION in Limine, 144 First MOTION in Limine, 151 Seventh MOTION in Limine, 147 Fourth MOTION in Limine ) as to Lindsey Kent Springer, Oscar Amos Stilley (pll, Dpty Clk) (Entered: 09/23/2009) |
| 09/24/2009 | 159 | | MOTION Emergency Motion Regarding Denny Patridge by Lindsey Kent Springer (Springer, Lindsey) (Entered: 09/24/2009) |
| 09/25/2009 | 160 | | SEALED MOTION (O'Reilly, Charles) Modified on 10/9/2009; this |

| | | | |
|---|---|---|---|
| | | | document is STRICKEN per 183 (sac, Dpty Clk). (Entered: 09/25/2009) Contains One or More Restricted PDFs |
| 09/25/2009 | 161 | | RESPONSE in Opposition to Motion (Re: 159 MOTION Emergency Motion Regarding Denny Patridge ) by USA as to Lindsey Kent Springer (O'Reilly, Charles) (Entered: 09/25/2009) |
| 09/25/2009 | 162 | | MOTION TAKE RULE 15 DEPOSITION by USA as to Lindsey Kent Springer, Oscar Amos Stilley (With attachments) (O'Reilly, Charles) (Entered: 09/25/2009) |
| 09/27/2009 | 163 | | RESPONSE in Opposition to Motion (Re: 162 MOTION TAKE RULE 15 DEPOSITION ) by Lindsey Kent Springer (Springer, Lindsey) (Entered: 09/27/2009) |
| 09/28/2009 | 164 | | REPLY to Response to Motion (Re: 159 MOTION Emergency Motion Regarding Denny Patridge ) by Lindsey Kent Springer (Springer, Lindsey) (Entered: 09/28/2009) |
| 09/30/2009 | 165 | | MINUTE ORDER by Judge Stephen P Friot *: Until further notice, all hearings in this case will be held at the Boulder Courthouse, 224 S Boulder, 3rd Floor Courtroom, Tulsa, OK* as to Lindsey Kent Springer, Oscar Amos Stilley (pll, Dpty Clk) (Entered: 09/30/2009) |
| 09/30/2009 | 166 | | Fourth MOTION for Bill of Particulars by Lindsey Kent Springer (Springer, Lindsey) (Entered: 09/30/2009) |
| 09/30/2009 | 167 | | MOTION to Reconsider (Re: 136 Order,, Ruling on Motion(s)/Document(s), Ruling on Motion(s)/Document(s) ) by Lindsey Kent Springer (Springer, Lindsey) Modified on 10/1/2009; this is a two–part motion of which only one part was efiled – see 169 for Motion to Clarify (sac, Dpty Clk). (Entered: 09/30/2009) |
| 09/30/2009 | 168 | | MOTION Daubert Hearing by Lindsey Kent Springer (Springer, Lindsey) (Entered: 09/30/2009) |
| 09/30/2009 | 169 | | MOTION to Clarify *(submitted as part of 167 )* (Re: 136 Order,, Ruling on Motion(s)/Document(s), Ruling on Motion(s)/Document(s) ) by Lindsey Kent Springer (sac, Dpty Clk) (Entered: 10/01/2009) |
| 10/01/2009 | | | NOTICE of Docket Entry Modification; Error: this is a two–part motion of which only one part was efiled; Correction: efiled Motion to Clarify – see 169 (Re: 167 MOTION to Reconsider ) as to Lindsey Kent Springer (sac, Dpty Clk) (Entered: 10/01/2009) |
| 10/01/2009 | 170 | | SEALED DOCUMENT (O'Reilly, Charles) Modified on 10/2/2009 to correct title of event (lml, Dpty Clk). (Entered: 10/01/2009) Contains One or More Restricted PDFs |
| 10/01/2009 | 171 | | RESPONSE in Opposition to Motion (Re: 168 MOTION Daubert Hearing ) by USA as to Lindsey Kent Springer (O'Reilly, Charles) (Entered: 10/01/2009) |
| 10/05/2009 | 172 | | RESPONSE in Opposition to Motion *Supplemental* (Re: 170 SEALED DOCUMENT ) by Lindsey Kent Springer (Springer, Lindsey) Modified on 10/7/2009 to seal pdf pursuant to Court Order # 180 (s–srb, Dpty Clk). |

| | | | |
|---|---|---|---|
| | | | (Entered: 10/05/2009) Contains One or More Restricted PDFs |
| 10/05/2009 | 173 | | RESPONSE in Opposition to Motion (Re: 145 Second MOTION in Limine, 150 Sixth MOTION in Limine, 146 Third MOTION in Limine, 149 MOTION in Limine *regarding hearsay and confrontation issues*, 155 JOINDER (in [141, 142, 144, 145, 146, 147, 148, 150, and 151] Motions in Limine, for subpoenas pursuant to Rule 17(b), and trial brief filed on 9–21–09), 148 Fifth MOTION in Limine, 144 First MOTION in Limine, 151 Seventh MOTION in Limine, 147 Fourth MOTION in Limine ) by USA as to Lindsey Kent Springer, Oscar Amos Stilley (O'Reilly, Charles) (Entered: 10/05/2009) |
| 10/05/2009 | 174 | | SEALED MOTION (O'Reilly, Charles) (Entered: 10/05/2009) Contains One or More Restricted PDFs |
| 10/05/2009 | 175 | | RESPONSE in Opposition to Motion (Re: 152 MOTION for Subpoena(s) *pursuant to Rule 17(b)*, 155 JOINDER (in [141, 142, 144, 145, 146, 147, 148, 150, and 151] Motions in Limine, for subpoenas pursuant to Rule 17(b), and trial brief filed on 9–21–09), 141 MOTION for Subpoena(s) *under Rule 17* ) by USA as to Lindsey Kent Springer, Oscar Amos Stilley (O'Reilly, Charles) (Entered: 10/05/2009) |
| 10/05/2009 | 177 | | RESPONSE in Opposition to Motion (Re: 137 MOTION in Limine ) by Lindsey Kent Springer (Springer, Lindsey) (Entered: 10/05/2009) |
| 10/06/2009 | 178 | | ORDER by Judge Stephen P Friot, ruling on motion(s)/document(s): #162 Granted (Re: 162 MOTION TAKE RULE 15 DEPOSITION ) as to Lindsey Kent Springer, Oscar Amos Stilley (pll, Dpty Clk) (Entered: 10/06/2009) |
| 10/06/2009 | 179 | | MOTION Compel Clerk of Court to Comply with 28 U.S.C. Section 1867(f) and Test v. U.S. by Lindsey Kent Springer (Springer, Lindsey) (Entered: 10/06/2009) |
| 10/07/2009 | 180 | | SEALED ORDER (s–srb, Dpty Clk) (Entered: 10/07/2009) Contains One or More Restricted PDFs |
| 10/07/2009 | 181 | | SEALED MOTION (O'Reilly, Charles) Modified on 6/4/2010 to unseal per Order # 370 (lml, Dpty Clk). (Entered: 10/07/2009) |
| 10/07/2009 | 182 | | SEALED DOCUMENT (O'Reilly, Charles) Modified on 6/4/2010 to unseal per Order # 370 (lml, Dpty Clk). (Entered: 10/07/2009) |
| 10/08/2009 | 183 | | ORDER by Judge Stephen P Friot, striking/withdrawing document(s) (Re: 160 SEALED MOTION ) (Documents Terminated: 160 SEALED MOTION ) as to Lindsey Kent Springer, Oscar Amos Stilley (pll, Dpty Clk) (Entered: 10/08/2009) |
| 10/08/2009 | 184 | | ORDER by Judge Stephen P Friot, ruling on motion(s)/document(s): #166 granted (Re: 166 Fourth MOTION for Bill of Particulars ) as to Lindsey Kent Springer (pll, Dpty Clk) (Entered: 10/08/2009) |
| 10/08/2009 | 185 | | RESPONSE in Opposition to Motion (Re: 166 Fourth MOTION for Bill of Particulars ) by USA as to Lindsey Kent Springer (O'Reilly, Charles) Modified on 10/9/2009; this document contains two events and that is not allowed with CM/ECF – see 187 for Motion to Accelerate/Extend/Reset Hearings/Deadlines (sac, Dpty Clk). (Entered: 10/08/2009) |

| 10/08/2009 | 186 | | SEALED ORDER (s–srb, Dpty Clk) Modified on 6/4/2010 to unseal per Order # 370 (lml, Dpty Clk). (Entered: 10/08/2009) |
|---|---|---|---|
| 10/08/2009 | 187 | | MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) *(to respond)* (Re: 166 Fourth MOTION for Bill of Particulars ) by USA as to Lindsey Kent Springer (sac, Dpty Clk) (Entered: 10/09/2009) |
| 10/09/2009 | | | NOTICE of Docket Entry Modification; Error: this document contains two events and combined documents are not allowed in CM/ECF; Correction: efiled Motion to Accelerate/Extend/Reset Hearings/Deadlines – see 187 (Re: 185 Response in Opposition to Motion, ) as to Lindsey Kent Springer (sac, Dpty Clk) (Entered: 10/09/2009) |
| 10/09/2009 | 188 | | RESPONSE in Opposition to Motion (Re: 187 MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) *(to respond)* ) by Lindsey Kent Springer (Springer, Lindsey) (Entered: 10/09/2009) |
| 10/09/2009 | 189 | | NOTICE with Respect to Court's Order (Dkt#178) by USA as to Lindsey Kent Springer, Oscar Amos Stilley (Snoke, Kenneth) (Entered: 10/09/2009) |
| 10/09/2009 | 190 | | ERRATA/CORRECTION (Re: 189 Notice (Other) ) by USA as to Lindsey Kent Springer, Oscar Amos Stilley (Snoke, Kenneth) Modified on 10/13/2009 to correct title of event (lml, Dpty Clk). (Entered: 10/09/2009) |
| 10/09/2009 | 191 | | SEALED MINUTES (pll, Dpty Clk) (Entered: 10/13/2009) Contains One or More Restricted PDFs |
| 10/13/2009 | | | NOTICE of Docket Entry Modification; Error: This was filed using the incorrect event (Notice–Other); Correction: Edited docket text to reflect correct event (Errata/Correction to Document) (Re: 190 Notice (Other) ) as to Lindsey Kent Springer, Oscar Amos Stilley (lml, Dpty Clk) (Entered: 10/13/2009) |
| 10/13/2009 | 192 | | ORDER by Judge Stephen P Friot, ruling on motion(s)/document(s): #187 Granted in Part, denied in part (Re: 187 MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) *(to respond)*, 185 Response in Opposition to Motion, 166 Fourth MOTION for Bill of Particulars ) as to Lindsey Kent Springer (pll, Dpty Clk) (Entered: 10/13/2009) |
| 10/13/2009 | 193 | | ORDER by Judge Stephen P Friot, ruling on motion(s)/document(s): #168 Granted in part, Denied in part (Re: 168 MOTION Daubert Hearing ) as to Lindsey Kent Springer (pll, Dpty Clk) (Entered: 10/13/2009) |
| 10/13/2009 | 194 | | ORDER by Judge Stephen P Friot, ruling on motion(s)/document(s): #167, 169 Denied (Re: 169 MOTION to Clarify *(submitted as part of 167 )*, 167 MOTION to Reconsider ) as to Lindsey Kent Springer (pll, Dpty Clk) (Entered: 10/13/2009) |
| 10/13/2009 | 195 | | ***Remark: *arrest warrant issued for material witness* as to Lindsey Kent Springer, Oscar Amos Stilley (sjm, Dpty Clk) Modified on 10/14/2009 to unseal docket entry (sjm, Dpty Clk). (Entered: 10/14/2009) Contains One or More Restricted PDFs |
| 10/14/2009 | 196 | | Opposed MOTION ToOrder O'Reilly to Comply with this Court's Order on Rule 15 Deposition and schedule return flight that is reasonable and on Saturday, October 17, 2009, at 3:35 P.M. by Lindsey Kent Springer (With |

| | | | |
|---|---|---|---|
| | | | attachments) (Springer, Lindsey) (Entered: 10/14/2009) |
| 10/14/2009 | 197 | | ORDER by Judge Stephen P Friot, ruling on motion(s)/document(s): #196 Denied (Re: 196 Opposed MOTION ToOrder O'Reilly to Comply with this Court's Order on Rule 15 Deposition and schedule return flight that is reasonable and on Saturday, October 17, 2009, at 3:35 P.M. ) as to Lindsey Kent Springer (pll, Dpty Clk) (Entered: 10/14/2009) |
| 10/14/2009 | 198 | | RESPONSE in Opposition to Motion (Re: 179 MOTION Compel Clerk of Court to Comply with 28 U.S.C. Section 1867(f) and Test v. U.S. ) by USA as to Lindsey Kent Springer (Snoke, Kenneth) Modified on 10/15/2009 to delete "as to" Oscar Stilley since this document is only as to Lindsey Kent Springer (sac, Dpty Clk). (Entered: 10/14/2009) |
| 10/15/2009 | | | NOTICE of Docket Entry Modification; Error: all defendants were selected as to, but document only pertains to Lindsey Springer; Correction: deleted as to defendant Oscar Stilley (Re: 198 Response in Opposition to Motion, ) as to Lindsey Kent Springer, Oscar Amos Stilley (sac, Dpty Clk) (Entered: 10/15/2009) |
| 10/16/2009 | 200 | | ORDER by Judge Stephen P Friot, ruling on motion(s)/document(s): #179 granted with specific limitations (Re: 179 MOTION Compel Clerk of Court to Comply with 28 U.S.C. Section 1867(f) and Test v. U.S. ) as to Lindsey Kent Springer(djh, Dpty Clk) (Entered: 10/16/2009) |
| 10/19/2009 | 201 | | Second BILL OF PARTICULARS (Re: 184 Order, Ruling on Motion(s)/Document(s), 194 Order, Ruling on Motion(s)/Document(s), 166 Fourth MOTION for Bill of Particulars ) by USA as to Lindsey Kent Springer (O'Reilly, Charles) (Entered: 10/19/2009) |
| 10/20/2009 | 202 | | SEALED MOTION (Snoke, Kenneth) Modified on 6/4/2010 to unseal per Order # 370 (lml, Dpty Clk). (Entered: 10/20/2009) |
| 10/20/2009 | 203 | | SEALED ORDER (pll, Dpty Clk) Modified on 6/4/2010 to unseal per Order # 370 (lml, Dpty Clk). (Entered: 10/20/2009) |
| 10/20/2009 | 204 | | SEALED MOTION (O'Reilly, Charles) (Entered: 10/20/2009) Contains One or More Restricted PDFs |
| 10/20/2009 | 205 | | SEALED MOTION (O'Reilly, Charles) (Entered: 10/20/2009) Contains One or More Restricted PDFs |
| 10/21/2009 | 207 | | MINUTES of Proceedings – held before Judge Stephen P Friot: Motion Hearing held on 10/21/2009, Pretrial Conference held on 10/21/2009, ruling on motion(s)/document(s): #137,155 grant in part, deny in part; 144,146,147,150,151,159 denied; 148, 204, 205, 206 granted, striking/terminating deadline(s)/hearing(s) as to Lindsey Kent Springer, Oscar Amos Stilley (Re: 204 SEALED MOTION, 145 Second MOTION in Limine, 150 Sixth MOTION in Limine, 137 MOTION in Limine, 146 Third MOTION in Limine, 149 MOTION in Limine *regarding hearsay and confrontation issues*, 155 JOINDER (in [141, 142, 144, 145, 146, 147, 148, 150, and 151] Motions in Limine, for subpoenas pursuant to Rule 17(b), and trial brief filed on 9–21–09), 148 Fifth MOTION in Limine, 159 MOTION Emergency Motion Regarding Denny Patridge, 144 First MOTION in Limine, 205 SEALED MOTION, 206 MOTION to Exclude MENTION OF |

| | | |
|---|---|---|
| | | THE TESTIMONY OF VIKKI WIGGINS PRIOR TO A REASONABLE TIME AFTER PRODUCTION OF THE TRANSCRIPT OF HER TESTIMONY, 151 Seventh MOTION in Limine, 147 Fourth MOTION in Limine ) (Court Reporter: Tracy Washbourne) (pll, Dpty Clk) (Entered: 10/22/2009) |
| 10/21/2009 | 208 | ***Remark: *Deposition Transcript of Vikki Lynn Wiggins received by court* as to Lindsey Kent Springer, Oscar Amos Stilley (pll, Dpty Clk) (Entered: 10/22/2009) |
| 10/24/2009 | 209 | PROPOSED VOIR DIRE by USA as to Lindsey Kent Springer, Oscar Amos Stilley (O'Reilly, Charles) (Entered: 10/24/2009) |
| 10/26/2009 | 212 | RESPONSE in Opposition to Motion (Re: 210 MOTION to Quash *Testimony of Vikki Wiggins* ) by USA as to Oscar Amos Stilley (O'Reilly, Charles) Modified on 10/27/2009 to remove Lindsey Kent Springer name from text, as his name should not have been selected, as this pleading does not pertain to him (tjc, Dpty Clk). (Entered: 10/26/2009) |
| 10/26/2009 | 213 | NOTICE Regarding Defendants' Discovery by USA as to Lindsey Kent Springer, Oscar Amos Stilley (O'Reilly, Charles) (Entered: 10/26/2009) |
| 10/26/2009 | 214 | SEALED DOCUMENT (s–srb, Dpty Clk) (Entered: 10/26/2009) Contains One or More Restricted PDFs |
| 10/26/2009 | 215 | MINUTES of Proceedings – held before Judge Stephen P Friot: Voir Dire/Jury Selection began as to Lindsey Kent Springer, Oscar Amos Stilley (Court Reporter: Tracy Washbourne) (pll, Dpty Clk) (Entered: 10/26/2009) |
| 10/26/2009 | 216 | MINUTES of Proceedings – held before Judge Stephen P Friot: Voir Dire/Jury Selection held on 10/26/2009 as to Lindsey Kent Springer, Oscar Amos Stilley (pll, Dpty Clk) (Entered: 10/26/2009) |
| 10/26/2009 | 217 | MINUTES of Proceedings – held before Judge Stephen P Friot: Jury Trial began as to Lindsey Kent Springer, Oscar Amos Stilley (pll, Dpty Clk) (Entered: 10/26/2009) |
| 10/26/2009 | 218 | MINUTES of Proceedings – held before Judge Stephen P Friot: Jury Trial held , *continued to following day*, setting/resetting scheduling order date(s): ( Jury Trial set for 10/27/2009 at 09:00 AM before Judge Stephen P Friot) as to Lindsey Kent Springer, Oscar Amos Stilley (pll, Dpty Clk) (Entered: 10/26/2009) |
| 10/26/2009 | 219 | JOINDER (in 210 Motion to Quash filed on 10/24/09) as to Lindsey Kent Springer (Springer, Lindsey) (Entered: 10/26/2009) |
| 10/27/2009 | 220 | ORDER by Judge Stephen P Friot *ruling on Government's Oral Motion re: witness Philip Roberts* as to Lindsey Kent Springer, Oscar Amos Stilley (pll, Dpty Clk) Modified on 10/27/2009 to correct title(pll, Dpty Clk). (Entered: 10/27/2009) |
| 10/27/2009 | 221 | MINUTES of Proceedings – held before Judge Stephen P Friot: Jury Trial held, ruling on motion(s)/document(s): #210 and 219 denied as to Lindsey Kent Springer, Oscar Amos Stilley (Re: 210 MOTION to Quash *Testimony of Vikki Wiggins*, 219 JOINDER (in 210 Motion to Quash filed on 10/24/09) ) (cds, Dpty Clk) (Entered: 10/27/2009) |

| 10/28/2009 | 222 | | MINUTES of Proceedings – held before Judge Stephen P Friot: Jury Trial held, setting/resetting deadline(s)/hearing(s): ( Jury Trial set for 10/29/2009 at 09:00 AM before Judge Stephen P Friot, Motion Hearing set for 11/3/2009 at 05:30 PM before Judge Stephen P Friot) as to Lindsey Kent Springer, Oscar Amos Stilley (cds, Dpty Clk) (Entered: 10/28/2009) |
|---|---|---|---|
| 10/29/2009 | 223 | | MINUTES of Proceedings – held before Judge Stephen P Friot: Jury Trial held, ruling on motion(s)/document(s): #145 and 149 Denied, setting/resetting scheduling order date(s): ( Jury Trial set for 10/30/2009 at 09:00 AM before Judge Stephen P Friot) as to Lindsey Kent Springer, Oscar Amos Stilley (Re: 145 Second MOTION in Limine, 149 MOTION in Limine *regarding hearsay and confrontation issues* ) (cds, Dpty Clk) (Entered: 10/30/2009) |
| 10/30/2009 | 229 | | MINUTES of Proceedings – held before Judge Stephen P Friot: Jury Trial held, setting/resetting scheduling order date(s): ( Jury Trial set for 11/2/2009 at 09:00 AM before Judge Stephen P Friot) as to Lindsey Kent Springer, Oscar Amos Stilley (cds, Dpty Clk) (Entered: 11/03/2009) |
| 11/01/2009 | 224 | | MOTION to Reconsider (Re: 100 Minutes of Motion Hearing,,,,,,,, Ruling on Motion(s)/Document(s), Ruling on Motion(s)/Document(s), Ruling on Motion(s)/Document(s), Ruling on Motion(s)/Document(s), Ruling on Motion(s)/Document(s), Ruling on Motion(s)/Document(s), Ruling on Motion(s)/Document(s), Striking/Terminating Deadline(s)/Hearing(s), Striking/Terminating Deadline(s)/Hearing(s), Striking/Terminating Deadline(s)/Hearing(s), Striking/Terminating Deadline(s)/Hearing(s), Striking/Terminating Deadline(s)/Hearing(s), Striking/Terminating Deadline(s)/Hearing(s), Striking/Terminating Deadline(s)/Hearing(s) ) by Lindsey Kent Springer (With attachments) (Springer, Lindsey) Modified on 11/2/2009 to SEAL pdfs per chambers(sac, Dpty Clk). (Entered: 11/01/2009) Contains One or More Restricted PDFs |
| 11/02/2009 | 225 | | RESPONSE in Opposition to Motion *and Motion to Seal Attachments* (Re: 224 MOTION to Reconsider ) by USA as to Lindsey Kent Springer (O'Reilly, Charles) (Entered: 11/02/2009) |
| 11/02/2009 | 226 | | SEALED ORDER (s–srb, Dpty Clk) (Entered: 11/02/2009) Contains One or More Restricted PDFs |
| 11/02/2009 | 230 | | MINUTES of Proceedings – held before Judge Stephen P Friot: Jury Trial held, setting/resetting scheduling order date(s): *continued to following day* ( Jury Trial set for 11/3/2009 at 09:00 AM before Judge Stephen P Friot) as to Lindsey Kent Springer, Oscar Amos Stilley (Court Reporter: Tracy Washbourne) (pll, Dpty Clk) (Entered: 11/03/2009) |
| 11/03/2009 | 227 | | OBJECTION *regarding "gift"* as to Lindsey Kent Springer (Springer, Lindsey) Modified on 11/4/2009 to correct event (tjc, Dpty Clk). (Entered: 11/03/2009) |
| 11/03/2009 | 228 | | NOTICE re: Proposed Jury Instructions by USA as to Lindsey Kent Springer, Oscar Amos Stilley (O'Reilly, Charles) Modified on 11/4/2009 to correct event (tjc, Dpty Clk). (Entered: 11/03/2009) |
| 11/03/2009 | 231 | | |

| | | |
|---|---|---|
| | | MINUTES of Proceedings – held before Judge Stephen P Friot: Jury Trial held, setting/resetting scheduling order date(s): *continued to following day* ( Jury Trial set for 11/4/2009 at 09:00 AM before Judge Stephen P Friot) as to Lindsey Kent Springer, Oscar Amos Stilley (pll, Dpty Clk) (Entered: 11/03/2009) |
| 11/04/2009 | | NOTICE of Docket Entry Modification; Error: This was filed using the incorrect event (Proposed Jury Instructions); Correction: Edited docket text to reflect the correct event (Objection) (Re: 227 Proposed Jury Instructions ) as to Lindsey Kent Springer (tjc, Dpty Clk) (Entered: 11/04/2009) |
| 11/04/2009 | | NOTICE of Docket Entry Modification; Error: This was filed using the incorrect event (Proposed Jury Instructions); Correction: Edited docket text to reflect the correct event (Notice) (Re: 228 Proposed Jury Instructions ) as to Lindsey Kent Springer, Oscar Amos Stilley (tjc, Dpty Clk) (Entered: 11/04/2009) |
| 11/04/2009 | 233 | MINUTES of Proceedings – held before Judge Stephen P Friot: Jury Trial held, setting/resetting scheduling order date(s): *(continued to following day)* ( Jury Trial set for 11/5/2009 at 08:15 AM before Judge Stephen P Friot) as to Lindsey Kent Springer, Oscar Amos Stilley (pll, Dpty Clk) (Entered: 11/04/2009) |
| 11/05/2009 | 234 | MINUTES of Proceedings – held before Judge Stephen P Friot: Jury Trial held *continued to following Monday*, setting/resetting scheduling order date(s): ( Jury Trial set for 11/9/2009 at 09:00 AM before Judge Stephen P Friot) as to Lindsey Kent Springer, Oscar Amos Stilley (pll, Dpty Clk) (Entered: 11/05/2009) |
| 11/05/2009 | 235 | ORDER by Judge Stephen P Friot *re: USM and witnesses* as to Lindsey Kent Springer, Oscar Amos Stilley (pll, Dpty Clk) (Entered: 11/06/2009) |
| 11/08/2009 | 236 | PROPOSED JURY INSTRUCTIONS *as to Venue, District Director and Materiality* as to Lindsey Kent Springer (With attachments) (Springer, Lindsey) (Entered: 11/08/2009) |
| 11/08/2009 | 237 | PROPOSED JURY INSTRUCTIONS *as to Venue* by USA as to Lindsey Kent Springer, Oscar Amos Stilley (Snoke, Kenneth) (Entered: 11/08/2009) |
| 11/09/2009 | 239 | MINUTES of Proceedings – held before Judge Stephen P Friot: Jury Trial held , *continued to following day*, setting/resetting scheduling order date(s): ( Jury Trial set for 11/10/2009 at 09:00 AM before Judge Stephen P Friot) as to Lindsey Kent Springer, Oscar Amos Stilley (pll, Dpty Clk) (Entered: 11/09/2009) |
| 11/10/2009 | 240 | MINUTES of Proceedings – held before Judge Stephen P Friot: Jury Trial held, setting/resetting scheduling order date(s): *continued to Thursday* ( Jury Trial set for 11/12/2009 at 09:00 AM before Judge Stephen P Friot) as to Lindsey Kent Springer, Oscar Amos Stilley (pll, Dpty Clk) (Entered: 11/10/2009) |
| 11/12/2009 | 241 | MINUTES of Proceedings – held before Judge Stephen P Friot: Jury Trial held, setting/resetting scheduling order date(s): *continued to following day* ( Jury Trial set for 11/13/2009 at 09:00 AM before Judge Stephen P Friot) as to Lindsey Kent Springer, Oscar Amos Stilley (pll, Dpty Clk) (Entered: |

| | | | 11/12/2009) |
|---|---|---|---|
| 11/13/2009 | 242 | | MINUTES of Proceedings – held before Judge Stephen P Friot: Jury Trial held, setting/resetting scheduling order date(s): *continued to following Monday* ( Jury Trial set for 11/16/2009 at 09:00 AM before Judge Stephen P Friot) as to Lindsey Kent Springer, Oscar Amos Stilley (pll, Dpty Clk) (Entered: 11/13/2009) |
| 11/16/2009 | 243 | | MINUTES of Proceedings – held before Judge Stephen P Friot: Jury Trial completed, striking/terminating deadline(s)/hearing(s) as to Lindsey Kent Springer, Oscar Amos Stilley (Court Reporter: Tracy Washbourne) (With attachments) (pll, Dpty Clk) (Entered: 11/17/2009) |
| 11/16/2009 | 244 | | JURY INSTRUCTIONS by Judge Stephen P Friot as to Lindsey Kent Springer, Oscar Amos Stilley (pll, Dpty Clk) (Entered: 11/17/2009) |
| 11/16/2009 | 245 | | JURY VERDICT as to Lindsey Kent Springer (1) Guilty on Count 1,2,3–4,5–6 and Oscar Amos Stilley (2) Guilty on Count 1,3–4 (pll, Dpty Clk) (Entered: 11/17/2009) |
| 11/16/2009 | 246 | | SEALED EXHIBIT(S) to Order/Minutes (Re: 243 Minutes of Jury Trial Completed, Striking/Terminating Deadline(s)/Hearing(s) ) (pll, Dpty Clk) (Entered: 11/17/2009) Contains One or More Restricted PDFs |
| 11/17/2009 | 247 | | ORDER by Judge Stephen P Friot *setting supplemental conditions following trial*, ruling re: modification of conditions of pretrial release as to Lindsey Kent Springer, Oscar Amos Stilley (pll, Dpty Clk) (Entered: 11/17/2009) |
| 11/19/2009 | 248 | | MOTION Extension to File Motion for New Trial by Lindsey Kent Springer (Springer, Lindsey) Modified on 11/20/2009; This is a two–part motion, see Doc # 249 for second event (tjc, Dpty Clk). (Entered: 11/19/2009) |
| 11/19/2009 | 249 | | MOTION for Judgment of Acquittal *(submitted as part of Doc # 248 )* by Lindsey Kent Springer (tjc, Dpty Clk) Modified on 11/20/2009; ENTERED IN ERROR (tjc, Dpty Clk). (Entered: 11/20/2009) |
| 11/20/2009 | | | NOTICE of Docket Entry Modification; Error: Document # 248 is a two–part motion, but not all parts were filed; Correction: Filed the remaining motion part as Document # 249 (Re: 248 MOTION Extension to File Motion for New Trial ) as to Lindsey Kent Springer (tjc, Dpty Clk) Modified on 11/20/2009; ENTERED IN ERROR (tjc, Dpty Clk). (Entered: 11/20/2009) |
| 11/20/2009 | 250 | | ORDER by Judge Stephen P Friot, ruling on motion(s)/document(s): #248 Granted (Re: 248 MOTION Extension to File Motion for New Trial ) as to Lindsey Kent Springer (pll, Dpty Clk) (Entered: 11/20/2009) |
| 11/20/2009 | 252 | | RESPONSE in Opposition to Motion (Re: 232 JOINDER *in Springer's motion for reconsideration, dismissal, or mistrial* (in 224 ), 224 MOTION to Reconsider ) by USA as to Lindsey Kent Springer, Oscar Amos Stilley (With attachments) (O'Reilly, Charles) (Entered: 11/20/2009) |
| 11/30/2009 | | | ***Remark: *Petition for writ of mandamus filed at 10th Circuit Court. Case number 09–5165* as to Lindsey Kent Springer (sam, Dpty Clk) (Entered: 11/30/2009) |

| 12/04/2009 | 256 | ORDER from Circuit Court *denying petition for writ of mandamus* (Re: Remark ) as to Lindsey Kent Springer (sam, Dpty Clk) (Entered: 12/04/2009) |
|---|---|---|
| 12/07/2009 | 257 | REPLY to Response to Motion *to Dismiss, Mistrial and Reconsider* (Re: 224 MOTION to Reconsider ) by Lindsey Kent Springer (With attachments) (Springer, Lindsey) Modified on 12/10/2009 to seal PDF; Document STRICKEN per Order # 264 (tjc, Dpty Clk). (Entered: 12/07/2009) Contains One or More Restricted PDFs |
| 12/08/2009 | 259 | MOTION to Strike Document(s) (Re: 257 Reply to Response to Motion, 258 Reply to Response to Motion ) by USA as to Lindsey Kent Springer, Oscar Amos Stilley (O'Reilly, Charles) (Entered: 12/08/2009) |
| 12/08/2009 | 260 | MOTION for Judgment of Acquittal by Lindsey Kent Springer (Springer, Lindsey) Modified on 12/10/2009 to seal PDF; Document STRICKEN per Order # 264 (tjc, Dpty Clk). (Entered: 12/08/2009) Contains One or More Restricted PDFs |
| 12/08/2009 | 262 | MOTION for New Trial by Lindsey Kent Springer (Springer, Lindsey) (Entered: 12/08/2009) |
| 12/09/2009 | 264 | ORDER by Judge Stephen P Friot, ruling on motion(s)/document(s): #259 Granted, striking/withdrawing document(s) (Re: 259 MOTION to Strike Document(s), 261 MOTION for Judgment of Acquittal *and* MOTION for New Trial, 257 Reply to Response to Motion, 258 Reply to Response to Motion, 260 MOTION for Judgment of Acquittal, 262 MOTION for New Trial ) (Documents Terminated: 257 Reply to Response to Motion, 261 MOTION for Judgment of Acquittal *and* MOTION for New Trial, 258 Reply to Response to Motion, 260 MOTION for Judgment of Acquittal ) as to Lindsey Kent Springer, Oscar Amos Stilley (pll, Dpty Clk) (Entered: 12/09/2009) |
| 12/10/2009 | 265 | MOTION to Vacate/Set Aside *Order dated December 9, 2009*, MOTION Reinstate Docket # 257 and # 260 as properly filed under Local Criminal Rules 12.1, MOTION 10 days from date of order to refile docket # 257 and # 260 in accordance with Local Civil Rule 7.2 including extended page number therein (Re: 264 Order,,, Ruling on Motion(s)/Document(s), Ruling on Motion(s)/Document(s), Ruling on Motion(s)/Document(s), Striking/Withdrawing Document(s), Striking/Withdrawing Document(s), Striking/Withdrawing Document(s),,, 257 Reply to Response to Motion, 260 MOTION for Judgment of Acquittal ) by Lindsey Kent Springer (Springer, Lindsey) (Entered: 12/10/2009) |
| 12/11/2009 | 266 | RESPONSE in Opposition to Motion (Re: 265 MOTION to Vacate/Set Aside *Order dated December 9, 2009* MOTION Reinstate Docket # 257 and # 260 as properly filed under Local Criminal Rules 12.1 MOTION 10 days from date of order to refile docket # 257 and # 260 in accordance with Local Civil Rule 7.2 including extended page number therein ) by USA as to Lindsey Kent Springer (With attachments) (O'Reilly, Charles) (Entered: 12/11/2009) |
| 12/28/2009 | 270 | AFFIDAVIT of Lindsey K. Springer pursuant to Title 28, Section 144 as to Lindsey Kent Springer (With attachments) (Springer, Lindsey) (Entered: 12/28/2009) |

| | | | |
|---|---|---|---|
| 12/28/2009 | 271 | | MOTION Disqualify, Recuse, Removal and for Random Reassignment by Lindsey Kent Springer (Springer, Lindsey) (Entered: 12/28/2009) |
| 12/28/2009 | 272 | | BRIEF in Support of Motion (Re: 271 MOTION Disqualify, Recuse, Removal and for Random Reassignment ) by Lindsey Kent Springer (With attachments) (Springer, Lindsey) (Entered: 12/28/2009) |
| 12/28/2009 | 273 | | MOTION to Strike Document(s) (Re: 266 Response in Opposition to Motion, 259 MOTION to Strike Document(s) ) by Lindsey Kent Springer (Springer, Lindsey) (Entered: 12/28/2009) |
| 12/28/2009 | 274 | | REPLY to Response to Motion (Re: 265 MOTION to Vacate/Set Aside *Order dated December 9, 2009* MOTION Reinstate Docket # 257 and # 260 as properly filed under Local Criminal Rules 12.1 MOTION 10 days from date of order to refile docket # 257 and # 260 in accordance with Local Civil Rule 7.2 including extended page number therein ) by Lindsey Kent Springer (Springer, Lindsey) (Entered: 12/28/2009) |
| 12/29/2009 | 275 | | SEALED DOCUMENT (s−srb, Dpty Clk) (Entered: 12/30/2009) Contains One or More Restricted PDFs |
| 01/07/2010 | 276 | | RESPONSE in Opposition to Motion (Re: 262 MOTION for New Trial ) by USA as to Lindsey Kent Springer (O'Reilly, Charles) (Entered: 01/07/2010) |
| 01/07/2010 | 277 | | RESPONSE in Opposition to Motion (Re: 271 MOTION Disqualify, Recuse, Removal and for Random Reassignment ) by USA as to Lindsey Kent Springer (With attachments) (O'Reilly, Charles) (Entered: 01/07/2010) |
| 01/20/2010 | 279 | | MOTION for Leave to Exceed Page Limitation *in Reply Regarding Springer's Motion for New Trial,* by Lindsey Kent Springer (Springer, Lindsey) (Entered: 01/20/2010) |
| 01/20/2010 | 280 | | MOTION to Dismiss Count(s) ONE *for lack of Article III Subject Matter Jurisdiction, Article III Jurisdiction of the Facts and Article III Venue* (Re: 2 Indictment ) by Lindsey Kent Springer (Springer, Lindsey) (Entered: 01/20/2010) |
| 01/20/2010 | 281 | | BRIEF in Support of Motion (Re: 280 MOTION to Dismiss Count(s) ONE *for lack of Article III Subject Matter Jurisdiction, Article III Jurisdiction of the Facts and Article III Venue* ) by Lindsey Kent Springer (With attachments) (Springer, Lindsey) (Entered: 01/20/2010) |
| 01/20/2010 | 282 | | MOTION to Dismiss Count(s) Two, Three, Four, Five and Six *for Lack of Article III Subject Matter Jurisdiction, Article III Jurisdiction of the Facts and Article III Venue* (Re: 2 Indictment ) by Lindsey Kent Springer (Springer, Lindsey) (Entered: 01/20/2010) |
| 01/20/2010 | 283 | | BRIEF in Support of Motion (Re: 282 MOTION to Dismiss Count(s) Two, Three, Four, Five and Six *for Lack of Article III Subject Matter Jurisdiction, Article III Jurisdiction of the Facts and Article III Venue* ) by Lindsey Kent Springer (Springer, Lindsey) (Entered: 01/20/2010) |
| 01/20/2010 | 284 | | MOTION to Dismiss Indictment/Information/Complaint *for lack of Article III Standing of United States of America, (2) lack of Article III Case or Controversy, (3) for violation of Title 28, United States Code, Section 547, and accompanying brief in support thereof* (Re: 2 Indictment ) by Lindsey |

| | | | |
|---|---|---|---|
| | | | Kent Springer (Springer, Lindsey) (Entered: 01/20/2010) |
| 01/21/2010 | 285 | | MOTION to Strike Document(s) 276 and 277 (Re: 277 Response in Opposition to Motion, 276 Response in Opposition to Motion ) by Lindsey Kent Springer (Springer, Lindsey) (Entered: 01/21/2010) |
| 01/21/2010 | 286 | | REPLY to Response to Motion (Re: 271 MOTION Disqualify, Recuse, Removal and for Random Reassignment ) by Lindsey Kent Springer (Springer, Lindsey) (Entered: 01/21/2010) |
| 01/21/2010 | 287 | | REPLY (Re: 270 Affidavit ) by Lindsey Kent Springer (Springer, Lindsey) (Entered: 01/21/2010) |
| 01/21/2010 | 288 | | REPLY to Response to Motion (Re: 262 MOTION for New Trial ) by Lindsey Kent Springer (With attachments) (Springer, Lindsey) (Entered: 01/21/2010) |
| 01/22/2010 | 289 | | ORDER by Judge Stephen P Friot, ruling on motion(s)/document(s): #279 Granted (Re: 279 MOTION for Leave to Exceed Page Limitation *in Reply Regarding Springer's Motion for New Trial,*, 262 MOTION for New Trial ) as to Lindsey Kent Springer (pll, Dpty Clk) (Entered: 01/22/2010) |
| 01/22/2010 | 290 | | SCHEDULING ORDER by Judge Stephen P Friot, setting/resetting deadline(s)/hearing(s): ( Sentencing set for 4/19/2010 at 10:00 AM before Judge Stephen P Friot) as to Lindsey Kent Springer, Oscar Amos Stilley (pll, Dpty Clk) (Entered: 01/22/2010) |
| 01/25/2010 | 291 | | ORDER by Judge Stephen P Friot, setting/resetting deadline(s)/hearing(s): ( Sentencing set for 4/21/2010 at 10:00 AM before Judge Stephen P Friot) (Re: 290 Scheduling Order, Setting/Resetting Deadline(s)/Hearing(s) ) as to Lindsey Kent Springer, Oscar Amos Stilley (pll, Dpty Clk) (Entered: 01/25/2010) |
| 01/27/2010 | 292 | | RESPONSE in Opposition to Motion (Re: 282 MOTION to Dismiss Count(s) Two, Three, Four, Five and Six *for Lack of Article III Subject Matter Jurisdiction, Article III Jurisdiction of the Facts and Article III Venue,*, 280 MOTION to Dismiss Count(s) ONE *for lack of Article III Subject Matter Jurisdiction, Article III Jurisdiction of the Facts and Article III Venue,*, 285 MOTION to Strike Document(s) 276 and 277, 284 MOTION to Dismiss Indictment/Information/Complaint *for lack of Article III Standing of United States of America, (2) lack of Article III Case or Controversy, (3) for violation of Title 28, United States Code, Section 547, and accompanying brief in MOTION to Dismiss Indictment/Information/Complaint for lack of Article III Standing of United States of America, (2) lack of Article III Case or Controversy, (3) for violation of Title 28, United States Code, Section 547, and accompanying brief in ) by USA as to Lindsey Kent Springer (Snoke, Kenneth) (Entered: 01/27/2010)* |
| 01/28/2010 | 293 | | OPINION AND ORDER by Judge Stephen P Friot, ruling on motion(s)/document(s): #224,232,262,265,267,271,273,285 Denied (Re: 265 MOTION to Vacate/Set Aside *Order dated December 9, 2009* MOTION Reinstate Docket # 257 and # 260 as properly filed under Local Criminal Rules 12.1 MOTION 10 days from date of order to refile docket # 257 and # 260 in accordance with Local Civil Rule 7.2 including extended page number therein, 267 MOTION to Reconsider, 232 JOINDER *in Springer's* |

| | | |
|---|---|---|
| | | *motion for reconsideration, dismissal, or mistrial* (in 224 ), 262 MOTION for New Trial, 224 MOTION to Reconsider, 273 MOTION to Strike Document(s), 271 MOTION Disqualify, Recuse, Removal and for Random Reassignment, 285 MOTION to Strike Document(s) *276 and 277* ) as to Lindsey Kent Springer, Oscar Amos Stilley (pll, Dpty Clk) (Entered: 01/28/2010) |
| 02/01/2010 | 295 | MOTION to Dismiss Count(s) One, Two, Three, Four, Five and Six *regarding regulations not in compliance with APA* (Re: 2 Indictment ) by Lindsey Kent Springer (With attachments) (Springer, Lindsey) (Entered: 02/01/2010) |
| 02/03/2010 | 299 | ORDER by Judge Stephen P Friot, ruling on motion(s)/document(s): #296 denied (Re: 296 MOTION to Modify Conditions of Pretrial Release ) as to Oscar Amos Stilley (sjm, Dpty Clk) Modified on 2/4/2010 to remove Lindsey Kent Springer from text (lml, Dpty Clk). (Entered: 02/03/2010) |
| 02/04/2010 | 302 | RESPONSE in Opposition to Motion (Re: 295 MOTION to Dismiss Count(s) One, Two, Three, Four, Five and Six *regarding regulations not in compliance with APA* ) by USA as to Lindsey Kent Springer (O'Reilly, Charles) (Entered: 02/04/2010) |
| 02/05/2010 | 303 | MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s), Monthly MOTION Stay pending ruling from Supreme Court in 09–8701 *and brief* by Lindsey Kent Springer (With attachments) (Springer, Lindsey) Modified on 2/11/2010 to seal pdf as this document is STRICKEN per 307 (sac, Dpty Clk). (Entered: 02/05/2010) Contains One or More Restricted PDFs |
| 02/08/2010 | 304 | MOTION to Strike Document(s) (Re: 303 MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s)Monthly MOTION Stay pending ruling from Supreme Court in 09–8701 *and brief* ) by USA as to Lindsey Kent Springer (O'Reilly, Charles) Modified on 2/11/2010 to seal pdf as this document is STRICKEN per 307 (sac, Dpty Clk). (Entered: 02/08/2010) Contains One or More Restricted PDFs |
| 02/08/2010 | 305 | MOTION to Withdraw Document(s) (Re: 303 MOTION to Accelerate/Extend/Reset Hearings/Deadlines) as to Lindsey Kent Springer (Springer, Lindsey) Modified on 2/9/2010 to correct title of event (lml, Dpty Clk). (Entered: 02/08/2010) |
| 02/08/2010 | 306 | MOTION Stay all Orders by Judge Friot pending determination by Surpeme Court in 09–8701 by Lindsey Kent Springer (With attachments) (Springer, Lindsey) (Entered: 02/08/2010) |
| 02/09/2010 | | NOTICE of Docket Entry Modification; Error: This was filed using the incorrect event (Notice); Correction: Edited docket text to reflect correct event (Motion to Withdraw Documents) (Re: 305 MOTION to Withdraw Document(s) ) as to Lindsey Kent Springer (lml, Dpty Clk) (Entered: 02/09/2010) |
| 02/10/2010 | 307 | ORDER by Judge Stephen P Friot, ruling on motion(s)/document(s): #303 Stricken as Moot; #304 Stricken as Moot; #305 Granted, striking/withdrawing document(s) (Re: 304 MOTION to Strike Document(s), 305 MOTION to Withdraw Document(s), 303 MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s)Monthly MOTION Stay |

| | | |
|---|---|---|
| | | pending ruling from Supreme Court in 09−8701 *and brief* ) (Documents Terminated: 303 MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s)Monthly MOTION Stay pending ruling from Supreme Court in 09−8701 *and brief*, 305 MOTION to Withdraw Document(s), 304 MOTION to Strike Document(s) ) as to Lindsey Kent Springer (djh, Dpty Clk) (Entered: 02/10/2010) |
| 02/10/2010 | 308 | REPLY to Response to Motion (Re: 282 MOTION to Dismiss Count(s) Two, Three, Four, Five and Six *for Lack of Article III Subject Matter Jurisdiction, Article III Jurisdiction of the Facts and Article III Venue*, 280 MOTION to Dismiss Count(s) ONE *for lack of Article III Subject Matter Jurisdiction, Article III Jurisdiction of the Facts and Article III Venue*, 284 MOTION to Dismiss Indictment/Information/Complaint *for lack of Article III Standing of United States of America, (2) lack of Article III Case or Controversy, (3) for violation of Title 28, United States Code, Section 547, and accompanying brief in MOTION to Dismiss Indictment/Information/Complaint for lack of Article III Standing of United States of America, (2) lack of Article III Case or Controversy, (3) for violation of Title 28, United States Code, Section 547, and accompanying brief in* ) by Lindsey Kent Springer (Springer, Lindsey) (Entered: 02/10/2010) |
| 02/12/2010 | 310 | RESPONSE in Opposition to Motion (Re: 306 MOTION Stay all Orders by Judge Friot pending determination by Surpeme Court in 09−8701, 309 JOINDER (in [295, 306, 308] Motion to dismiss...., Motion for Stay..., Reply filed on 2/1/10, 2/8/10, 2/10/10) ) by USA as to Lindsey Kent Springer, Oscar Amos Stilley (With attachments) (O'Reilly, Charles) (Entered: 02/12/2010) |
| 02/18/2010 | 311 | REPLY to Response to Motion (Re: 295 MOTION to Dismiss Count(s) One, Two, Three, Four, Five and Six *regarding regulations not in compliance with APA* ) by Lindsey Kent Springer (Springer, Lindsey) (Entered: 02/18/2010) |
| 02/22/2010 | 312 | ORDER by Judge Stephen P Friot, ruling on motion(s)/document(s): #280, 282, 284, 306 Denied, #309 Granted (Re: 282 MOTION to Dismiss Count(s) Two, Three, Four, Five and Six *for Lack of Article III Subject Matter Jurisdiction, Article III Jurisdiction of the Facts and Article III Venue*, 306 MOTION Stay all Orders by Judge Friot pending determination by Surpeme Court in 09−8701, 280 MOTION to Dismiss Count(s) ONE *for lack of Article III Subject Matter Jurisdiction, Article III Jurisdiction of the Facts and Article III Venue*, 309 JOINDER (in [295, 306, 308] Motion to dismiss...., Motion for Stay..., Reply filed on 2/1/10, 2/8/10, 2/10/10), 284 MOTION to Dismiss Indictment/Information/Complaint for lack of Article III Standing of United States of America, (2) lack of Article III Case or Controversy, (3) for violation of Title 28, United States Code, Section 547, and accompanying brief in MOTION to Dismiss Indictment/Information/Complaint for lack of Article III Standing of United States of America, (2) lack of Article III Case or Controversy, (3) for violation of Title 28, United States Code, Section 547, and accompanying brief in* ) as to Lindsey Kent Springer, Oscar Amos Stilley (pll, Dpty Clk) (Entered: 02/22/2010) |

| 02/23/2010 | 313 | | ORDER by Judge Stephen P Friot *re: consideration of non−standard conditions of supervised release* as to Lindsey Kent Springer, Oscar Amos Stilley (pll, Dpty Clk) (Entered: 02/23/2010) |
|---|---|---|---|
| 02/25/2010 | 314 | | ORDER by Judge Stephen P Friot, ruling on motion(s)/document(s): #295 Denied (Re: 295 MOTION to Dismiss Count(s) One, Two, Three, Four, Five and Six *regarding regulations not in compliance with APA* ) as to Lindsey Kent Springer, Oscar Amos Stilley (pll, Dpty Clk) (Entered: 02/25/2010) |
| 03/16/2010 | 315 | | SEALED DOCUMENT (O'Reilly, Charles) (Entered: 03/16/2010) Contains One or More Restricted PDFs |
| 03/25/2010 | 316 | | ORDER by Judge Stephen P Friot, ruling re: modification of conditions of pretrial release as to Lindsey Kent Springer, Oscar Amos Stilley (pll, Dpty Clk) Modified on 3/25/2010 to add PDF (pll, Dpty Clk). (Entered: 03/25/2010) |
| 03/25/2010 | 317 | | NOTICE of Docket Entry Modification; Error: Document not attached; Correction: Attached document and included here (Re: 316 Order, Ruling Re: Modification of Conditions of Pretrial Release ) as to Lindsey Kent Springer, Oscar Amos Stilley (pll, Dpty Clk) (Entered: 03/25/2010) |
| 03/30/2010 | 318 | | NOTICE *Regarding Defendants'* Reference to Variance in Objections to PSIR by USA as to Lindsey Kent Springer, Oscar Amos Stilley (O'Reilly, Charles) (Entered: 03/30/2010) |
| 03/30/2010 | 319 | | EXHIBIT LIST *and Witness List for Sentencing* by USA as to Lindsey Kent Springer, Oscar Amos Stilley (With attachments) (O'Reilly, Charles) (Entered: 03/30/2010) |
| 03/30/2010 | 321 | | SENTENCING MEMORANDUM as to Lindsey Kent Springer (Springer, Lindsey) (Entered: 03/31/2010) |
| 04/04/2010 | 322 | | MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) *Continuance of Sentencing* (Re: 290 Scheduling Order, Setting/Resetting Deadline(s)/Hearing(s), 291 Order,, Setting/Resetting Deadline(s)/Hearing(s), Setting/Resetting Deadline(s)/Hearing(s),, ) by Lindsey Kent Springer (With attachments) (Springer, Lindsey) (Entered: 04/04/2010) |
| 04/05/2010 | 323 | | RESPONSE in Opposition to Motion (Re: 322 MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) *Continuance of Sentencing* MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) *Continuance of Sentencing* ) by USA as to Lindsey Kent Springer (O'Reilly, Charles) (Entered: 04/05/2010) |
| 04/05/2010 | 324 | | ORDER by Judge Stephen P Friot, ruling on motion(s)/document(s): #322 denied (Re: 322 MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) *Continuance of Sentencing* MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) *Continuance of Sentencing* ) as to Lindsey Kent Springer (hbo, Dpty Clk) (Entered: 04/05/2010) |
| 04/06/2010 | 325 | | EXHIBIT LIST as to Lindsey Kent Springer (Springer, Lindsey) Modified on 4/7/2010; This is a multi−event document, see Document # 327 for second event (tjc, Dpty Clk). (Entered: 04/06/2010) |

| | | | |
|---|---|---|---|
| 04/06/2010 | 327 | | WITNESS LIST *(submitted as part of Doc # 325 )* as to Lindsey Kent Springer (tjc, Dpty Clk) (Entered: 04/07/2010) |
| 04/07/2010 | | | NOTICE of Docket Entry Modification; Error: This is a multi−event document, which is not allowed in CM/ECF; Correction: Filed the remaining event (Witness List) as Document # 327 (Re: 325 Exhibit List ) as to Lindsey Kent Springer (tjc, Dpty Clk) (Entered: 04/07/2010) |
| 04/09/2010 | 331 | | ORDER by Judge Stephen P Friot, ruling on motion(s)/document(s): #326 Denied (Re: 326 MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) *to continue sentencing until proper notice has been given* ) as to Oscar Amos Stilley Modified on 4/23/2010 to show Oscar Amos Stilley as single filer(cds, Dpty Clk). (Entered: 04/09/2010) |
| 04/09/2010 | 332 | | REPLY (Re: 321 Sentencing Memorandum ) by USA as to Lindsey Kent Springer (O'Reilly, Charles) (Entered: 04/09/2010) |
| 04/16/2010 | 333 | | SEALED DOCUMENT (O'Reilly, Charles) (Entered: 04/16/2010) Contains One or More Restricted PDFs |
| 04/23/2010 | 336 | | MINUTES of Proceedings – held before Judge Stephen P Friot: Sentencing held on 4/23/2010, striking/terminating deadline(s)/hearing(s) as to Lindsey Kent Springer, Oscar Amos Stilley (Court Reporter: Tracy Washbourne) (With attachments) (pll, Dpty Clk) (Entered: 04/28/2010) |
| 04/23/2010 | 339 | | MOTION for Stay of Execution of Sentence, MOTION for Release Pending Appeal by Lindsey Kent Springer (s−srl, Dpty Clk) (Entered: 04/29/2010) |
| 04/23/2010 | 340 | | NOTICE OF APPEAL to Circuit Court (Re: 337 Judgment and Commitment, Entering Judgment ) as to Lindsey Kent Springer (s−srl, Dpty Clk) (Entered: 04/29/2010) |
| 04/23/2010 | 341 | | APPEAL FEES Paid in Full (Re: 340 Notice of Appeal to Circuit Court ) by Lindsey Kent Springer (s−srl, Dpty Clk) (Entered: 04/29/2010) |
| 04/23/2010 | | | ***Remark: *appeal forms given* (Re: 340 Notice of Appeal to Circuit Court ) as to Lindsey Kent Springer (s−srl, Dpty Clk) (Entered: 04/29/2010) |
| 04/27/2010 | 334 | | ORDER by Judge Stephen P Friot *entered without prejudice to the right of standby counsel to apply for compensation for their services*, terminating attorney Charles Robert Burton, IV and Robert Scott Williams as to Lindsey Kent Springer, Oscar Amos Stilley (djh, Dpty Clk) (Entered: 04/27/2010) |
| 04/27/2010 | 335 | | ***Remark: *Order [Dkt. #334] mailed to each defendant c/o David L. Moss Correctional Center, 300 N. Denver Ave., Tulsa, OK 74103* (Re: 334 Order,, Adding/Terminating Attorney(s), Adding/Terminating Attorney(s) ) as to Lindsey Kent Springer, Oscar Amos Stilley (djh, Dpty Clk) (Entered: 04/27/2010) |
| 04/28/2010 | 337 | | JUDGMENT AND COMMITMENT by Judge Stephen P Friot, entering judgment as to Lindsey Kent Springer (pll, Dpty Clk) (Entered: 04/28/2010) |
| 04/29/2010 | 342 | | PRELIMINARY RECORD Sent to Circuit Court (Re: 340 Notice of Appeal to Circuit Court ) as to Lindsey Kent Springer (With attachments) (s−srl, Dpty Clk) (Entered: 04/29/2010) |
| 04/29/2010 | 343 | | |

| | | | MOTION Transcript at Public Expense by Lindsey Kent Springer (With attachments) (Springer, Lindsey) (Entered: 04/29/2010) |
|---|---|---|---|
| 04/29/2010 | 344 | | APPEAL NUMBER INFORMATION from Circuit Court assigning Case Number 10–5055 (#340) (Re: 340 Notice of Appeal to Circuit Court ) as to Lindsey Kent Springer (sam, Dpty Clk) (Entered: 04/29/2010) |
| 04/30/2010 | 345 | | MOTION Amended Request For Stay of Execution of Sentence and Judgement and Appeal Bond Pending Appeal (Re: 337 Judgment and Commitment, Entering Judgment ) by Lindsey Kent Springer (Springer, Lindsey) Modified on 5/3/2010 to seal PDF; Document STRICKEN per Order # 352 (tjc, Dpty Clk). (Entered: 04/30/2010) Contains One or More Restricted PDFs |
| 04/30/2010 | 346 | | ORDER by Judge Stephen P Friot *re: mailing addresses* as to Lindsey Kent Springer, Oscar Amos Stilley (pll, Dpty Clk) (Entered: 04/30/2010) |
| 04/30/2010 | 347 | | MOTION to Strike Document(s) (Re: 345 MOTION Amended Request For Stay of Execution of Sentence and Judgement and Appeal Bond Pending Appeal ) by USA as to Lindsey Kent Springer (O'Reilly, Charles) (Entered: 04/30/2010) |
| 04/30/2010 | 350 | | RESPONSE in Support of Motion (Re: 343 MOTION Transcript at Public Expense ) by USA as to Lindsey Kent Springer (O'Reilly, Charles) (Entered: 04/30/2010) |
| 04/30/2010 | 351 | | ORDER by Judge Stephen P Friot, ruling on motion(s)/document(s): #343 Granted (Re: 343 MOTION Transcript at Public Expense ) as to Lindsey Kent Springer (pll, Dpty Clk) (Entered: 04/30/2010) |
| 04/30/2010 | 352 | | ORDER by Judge Stephen P Friot, striking/withdrawing document(s) (Re: 345 MOTION Amended Request For Stay of Execution of Sentence and Judgement and Appeal Bond Pending Appeal ) (Documents Terminated: 345 MOTION Amended Request For Stay of Execution of Sentence and Judgement and Appeal Bond Pending Appeal ) as to Lindsey Kent Springer (pll, Dpty Clk) (Entered: 04/30/2010) |
| 04/30/2010 | 354 | | MOTION for Leave to Exceed Page Limitation *For Leave* by Lindsey Kent Springer (With attachments) (Springer, Lindsey) (Entered: 04/30/2010) |
| 05/03/2010 | 356 | | RESPONSE in Opposition to Motion (Re: 354 MOTION for Leave to Exceed Page Limitation *For Leave* ) by USA as to Lindsey Kent Springer (O'Reilly, Charles) (Entered: 05/03/2010) |
| 05/03/2010 | 357 | | RESPONSE (Re: 339 MOTION for Stay of Execution of Sentence MOTION for Release Pending Appeal ) by USA as to Lindsey Kent Springer (O'Reilly, Charles) (Entered: 05/03/2010) |
| 05/03/2010 | 358 | | ORDER by Judge Stephen P Friot, ruling on motion(s)/document(s): #354 Granted (Re: 354 MOTION for Leave to Exceed Page Limitation *For Leave*, 345 MOTION Amended Request For Stay of Execution of Sentence and Judgement and Appeal Bond Pending Appeal ) as to Lindsey Kent Springer (pll, Dpty Clk) (Entered: 05/03/2010) |
| 05/03/2010 | 359 | | MOTION For Stay Of Judgement (Re: 339 MOTION for Stay of Execution of Sentence MOTION for Release Pending Appeal ) by Lindsey Kent |

| | | | |
|---|---|---|---|
| | | | Springer (Springer, Lindsey) Modified on 5/4/2010; this is a two–part motion of which only one part was efiled – see 360 for Motion for Release Pending Appeal (sac, Dpty Clk). (Entered: 05/03/2010) |
| 05/03/2010 | 360 | | MOTION for Release Pending Appeal *(submitted as part of 359 )* by Lindsey Kent Springer (sac, Dpty Clk) (Entered: 05/04/2010) |
| 05/04/2010 | | | NOTICE of Docket Entry Modification; Error: this is a two–part motion of which only one part was efiled; Correction: efiled second part of motion – see 360 (Re: 359 MOTION for Stay Of Judgement ) as to Lindsey Kent Springer (sac, Dpty Clk) (Entered: 05/04/2010) |
| 05/06/2010 | 361 | | RESPONSE in Opposition to Motion (Re: 359 MOTION for Stay Of Judgement ) by USA as to Lindsey Kent Springer (O'Reilly, Charles) (Entered: 05/06/2010) |
| 05/06/2010 | 362 | | ORDER from Circuit Court *partially consolidating appeals* (Re: 348 Notice of Appeal to Circuit Court, 340 Notice of Appeal to Circuit Court ) as to Lindsey Kent Springer, Oscar Amos Stilley (sam, Dpty Clk) (Entered: 05/06/2010) |
| 05/07/2010 | 363 | | ORDER by Judge Stephen P Friot, ruling on motion(s)/document(s): #359, 360 Denied (Re: 360 MOTION for Release Pending Appeal *(submitted as part of 359 )*, 359 MOTION for Stay Of Judgement ) as to Lindsey Kent Springer (pll, Dpty Clk) (Entered: 05/07/2010) |
| 05/09/2010 | 364 | | MOTION For Delivery of Filed Documents by Lindsey Kent Springer (Springer, Lindsey) (Entered: 05/09/2010) |
| 05/24/2010 | 365 | | TRANSCRIPT ORDER FORM as to Lindsey Kent Springer (With attachments) (Springer, Lindsey) Modified on 5/25/2010 to seal the pdf as it is not fully executed and should have been submitted to the court reporter (sac, Dpty Clk). (Entered: 05/24/2010) Contains One or More Restricted PDFs |
| 05/25/2010 | | | NOTICE of Docket Entry Modification; Error: this document should have been submitted to the court reporter; Correction: notified Lindsey Springer that this document must first be submitted to the court reporter and that the court reporter will file it of record once it is fully executed (Re: 365 Transcript Order Form ) as to Lindsey Kent Springer (sac, Dpty Clk) (Entered: 05/25/2010) |
| 05/28/2010 | 366 | | MOTION to Unseal Document(s) (Re: 203 Sealed Order, 186 Sealed Order, 181 SEALED MOTION, 182 Sealed Document, 202 SEALED MOTION ) by USA as to Lindsey Kent Springer, Oscar Amos Stilley (O'Reilly, Charles) (Entered: 05/28/2010) |
| 06/01/2010 | 367 | | DESIGNATION of Record on Appeal (Re: 340 Notice of Appeal to Circuit Court ) as to Lindsey Kent Springer (With attachments) (Springer, Lindsey) (Entered: 06/01/2010) |
| 06/01/2010 | 368 | | MOTION to Reconsider *Release Pending Appeal* (Re: 363 Order, Ruling on Motion(s)/Document(s) ) by Lindsey Kent Springer (Springer, Lindsey) Modified on 6/2/2010; This is two–part motion, see Doc # 369 for second event (tjc, Dpty Clk). (Entered: 06/01/2010) |

| 06/01/2010 | 369 | | MOTION for Hearing *(submitted as part of Doc #_368_ )* by Lindsey Kent Springer (tjc, Dpty Clk) (Entered: 06/02/2010) |
|---|---|---|---|
| 06/02/2010 | | | NOTICE of Docket Entry Modification; Error: Document #_368_ is a two−part motion, but not all parts were filed; Correction: Filed the remaining motion part as Document # 369 (Re:_368_ MOTION to Reconsider *Release Pending Appeal* ) as to Lindsey Kent Springer (tjc, Dpty Clk) (Entered: 06/02/2010) |
| 06/03/2010 | 370 | | ORDER by Judge Stephen P Friot, ruling on motion(s)/document(s): #366 Granted, unsealing document(s) (Re:_366_ MOTION to Unseal Document(s), _182_ Sealed Document,_186_ Sealed Order,_203_ Sealed Order,_181_ SEALED MOTION,_202_ SEALED MOTION ) as to Lindsey Kent Springer, Oscar Amos Stilley (pll, Dpty Clk) (Entered: 06/03/2010) |
| 06/04/2010 | 371 | | Amended MOTION to Reconsider Re: 369 MOTION for Hearing *(submitted as part of Doc #_368_ ),_368_* MOTION to Reconsider *Release Pending Appeal* by Lindsey Kent Springer (Springer, Lindsey) Modified on 6/7/2010 to correct event; also this is two−part motion, see Document # 372 for second event (tjc, Dpty Clk). (Entered: 06/04/2010) |
| 06/04/2010 | 372 | | Amended MOTION for Hearing *re: Evidentiary (submitted as part of Doc #_371_ )* by Lindsey Kent Springer (tjc, Dpty Clk) (Entered: 06/07/2010) |
| 06/07/2010 | | | NOTICE of Docket Entry Modification; Error: This was filed using the incorrect event (Motion to Amend) and Document #_371_ is a two−part motion, but not all parts were filed; Correction: Edited docket text to reflect the correct event and filed the remaining motion part as Document # 372 (Re:_371_ MOTION to Reconsider ) as to Lindsey Kent Springer (tjc, Dpty Clk) (Entered: 06/07/2010) |
| 06/08/2010 | 373 | | MOTION to Withdraw Attorney(s) *Kenneth P. Snoke* by USA as to Lindsey Kent Springer, Oscar Amos Stilley (O'Reilly, Charles) (Entered: 06/08/2010) |
| 06/08/2010 | 374 | | ORDER by Judge Stephen P Friot, terminating attorney Kenneth P Snoke, ruling on motion(s)/document(s): #373 Granted (Re:_373_ MOTION to Withdraw Attorney(s) ) as to Lindsey Kent Springer, Oscar Amos Stilley (pll, Dpty Clk) (Entered: 06/08/2010) |
| 06/08/2010 | 375 | | RESPONSE in Opposition to Motion (Re:_371_ MOTION to Reconsider,_368_ MOTION to Reconsider *Release Pending Appeal* ) by USA as to Lindsey Kent Springer (O'Reilly, Charles) (Entered: 06/08/2010) |
| 06/08/2010 | 376 | | ORDER by Judge Stephen P Friot, ruling on motion(s)/document(s): #364 moot (Re:_364_ MOTION For Delivery of Filed Documents ) as to Lindsey Kent Springer (pll, Dpty Clk) (Entered: 06/08/2010) |
| 06/08/2010 | 377 | | ORDER by Judge Stephen P Friot, ruling on motion(s)/document(s): #368, 369, 371, 372 Denied (Re: 369 MOTION for Hearing *(submitted as part of Doc #_368_ ),_371_* MOTION to Reconsider, 372 Amended MOTION for Hearing *re: Evidentiary (submitted as part of Doc #_371_ ),_368_* MOTION to Reconsider *Release Pending Appeal* ) as to Lindsey Kent Springer (pll, Dpty Clk) (Entered: 06/08/2010) |
| 06/09/2010 | 378 | | |

| | | | |
|---|---|---|---|
| | | | TRANSCRIPT ORDER FORM (Transcripts ordered from Tracy Washbourne) (Re: 340 Notice of Appeal to Circuit Court ) as to Lindsey Kent Springer (s–srl, Dpty Clk) (Entered: 06/09/2010) |
| 06/10/2010 | 379 | | MINUTE ORDER by Court Clerk, directing Jerold W. Barringer to file by July 1, 2010 a Motion for Admission Pro Hac Vice per Local Civil Rule 83.2. Additionally, if you intend to practice in this district in the future and want to become a member of this district, please submit an application for attorney admission. as to Lindsey Kent Springer, Oscar Amos Stilley (lal, Dpty Clk) (Entered: 06/10/2010) |
| 06/16/2010 | 380 | | Supplemental CERTIFICATE of Service *Due to Returned Mail* (Re: 375 Response in Opposition to Motion, 373 MOTION to Withdraw Attorney(s), 366 MOTION to Unseal Document(s) ) by USA as to Lindsey Kent Springer, Oscar Amos Stilley (O'Reilly, Charles) (Entered: 06/16/2010) |
| 06/16/2010 | | | MAIL to Oscar Amos Stilley, David L. Moss Criminal Justice Center, 300 N Denver, Tulsa, OK 74103 Returned – marked Return to Sender – not in custody. Remailed on 06/17/10 to FCI Forrest City Low, PO Box 9000, Forrest City, AR 72336 – New address obtained from BOP Website. (Re: 376 Order, Ruling on Motion(s)/Document(s), 377 Order,, Ruling on Motion(s)/Document(s), Ruling on Motion(s)/Document(s,, 374 Order, Adding/Terminating Attorney(s), Ruling on Motion(s)/Document(s) ) as to Oscar Amos Stilley (sdc, Dpty Clk) Modified on 6/18/2010 to remove additional Defendant (sdc, Dpty Clk). (Entered: 06/17/2010) |
| 07/07/2010 | 381 | | ORDER by Judge Stephen P Friot – *Certificate pursuant to 18 USC 3006A(d)(3) re: CJA voucher* as to Lindsey Kent Springer (pll, Dpty Clk) (Entered: 07/07/2010) |
| 07/12/2010 | 382 | | TRANSCRIPT of Proceedings (Unredacted) of Motion Hearing held on 04/22/2009 before Judge Stephen P Friot (Court Reporter: Tracy Washbourne) (Pages: 132). <span style="color:red">NOTICE RE REDACTION OF TRANSCRIPTS: A party must file a Transcript Redaction Request within 21 calendar days. If a party fails to request redaction, this unredacted transcript may be made electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the court public terminal at no charge or may purchase a copy from the court reporter.</span> (Re: 340 Notice of Appeal 43 Minutes of Motion Hearing, Minutes of Scheduling Conference, Ruling on Motion(s)/Document(s), Taking Motion(s) Under Advisement, Setting/Resetting Deadline(s)/Hearing(s) as to Lindsey Kent Springer, Oscar Amos Stilley (sam, Dpty Clk). Modified on 7/13/2010 to create link to 340 (sac, Dpty Clk). Modified on 10/14/2010 to remove transcript access restriction (a–hc, Dpty Clk). (Entered: 07/12/2010) |
| 07/12/2010 | 383 | | TRANSCRIPT of Proceedings (Unredacted) of Motion Hearing held on 07/02/2009 before Judge Stephen P Friot (Court Reporter: Tracy Washbourne) (Pages: 159). <span style="color:red">NOTICE RE REDACTION OF TRANSCRIPTS: A party must file a Transcript Redaction Request within 21 calendar days. If a party fails to request redaction, this unredacted transcript may be made electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the court public</span> |

| | | |
|---|---|---|
| | | terminal at no charge or may purchase a copy from the court reporter. (Re: 340 Notice of Appeal to Circuit Court, 100 Minutes of Motion Hearing, Ruling on Motion(s)/Document(s), Striking/Terminating Deadline(s)/Hearing(s)) as to Lindsey Kent Springer, Oscar Amos Stilley (sam, Dpty Clk) Modified on 10/15/2010 to remove transcript access restriction (a–hc, Dpty Clk). (Entered: 07/12/2010) |
| 07/12/2010 | 384 | TRANSCRIPT of Proceedings (Unredacted) of Pretrial Hearing held on 10/21/2009 before Judge Stephen P Friot (Court Reporter: Tracy Washbourne) (Pages: 139). NOTICE RE REDACTION OF TRANSCRIPTS: A party must file a Transcript Redaction Request within 21 calendar days. If a party fails to request redaction, this unredacted transcript may be made electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the court public terminal at no charge or may purchase a copy from the court reporter. (Re: 340 Notice of Appeal to Circuit Court, 207 Minutes of Motion Hearing, Minutes of Pretrial Conference, Ruling on Motion(s)/Document(s), Striking/Terminating Deadline(s)/Hearing(s)) as to Lindsey Kent Springer, Oscar Amos Stilley (sam, Dpty Clk) Modified on 10/15/2010 to remove transcript access restriction (a–hc, Dpty Clk). (Entered: 07/12/2010) |
| 07/12/2010 | 385 | TRANSCRIPT of Proceedings (Unredacted) of Voir Dire and Jury Trial held on 10/26/2009 before Judge Stephen P Friot (Court Reporter: Tracy Washbourne)(Pages: 1 to 242)(Re: 217 Minutes of Jury Trial Begun, 340 Notice of Appeal to Circuit Court, 218 Minutes of Jury Trial Held, Setting/Resetting Scheduling Order Date(s), 216 Minutes of Voir Dire/Jury Selection Held) as to Lindsey Kent Springer, Oscar Amos Stilley (sam, Dpty Clk)(See Court Clerk to view this transcript) Modified on 7/13/2010 to include that Voir Dire is included in this transcript (sac, Dpty Clk). (Entered: 07/12/2010) Contains One or More Restricted PDFs |
| 07/12/2010 | 386 | TRANSCRIPT of Proceedings (Unredacted) of Jury Trial held on 10/27/2009 before Judge Stephen P Friot (Court Reporter: Tracy Washbourne) (Pages: 243 to 515). NOTICE RE REDACTION OF TRANSCRIPTS: A party must file a Transcript Redaction Request within 21 calendar days. If a party fails to request redaction, this unredacted transcript may be made electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the court public terminal at no charge or may purchase a copy from the court reporter. (Re: 340 Notice of Appeal to Circuit Court, 221 Minutes of Jury Trial Held, Ruling on Motion(s)/Document(s)) as to Lindsey Kent Springer, Oscar Amos Stilley (sam, Dpty Clk) Modified on 10/15/2010 to remove transcript access restriction (a–hc, Dpty Clk). (Entered: 07/12/2010) |
| 07/12/2010 | 387 | TRANSCRIPT of Proceedings (Unredacted) of Jury Trial held on 10/28/2009 before Judge Stephen P Friot (Court Reporter: Tracy Washbourne) (Pages: 516 to 640). NOTICE RE REDACTION OF TRANSCRIPTS: A party must file a Transcript Redaction Request within 21 calendar days. If a party fails to request redaction, this unredacted transcript may be made electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript |

| | | |
|---|---|---|
| | | to review for redaction purposes may view the transcript at the court public terminal at no charge or may purchase a copy from the court reporter. (Re: 222 Minutes of Jury Trial Held, Setting/Resetting Deadline(s)/Hearing(s), 340 Notice of Appeal to Circuit Court) as to Lindsey Kent Springer, Oscar Amos Stilley (sam, Dpty Clk) Modified on 10/15/2010 to remove transcript access restriction (a–hc, Dpty Clk). (Entered: 07/12/2010) |
| 07/12/2010 | 388 | TRANSCRIPT of Proceedings (Unredacted) of Jury Trial held on 10/29/2009 before Judge Stephen P Friot (Court Reporter: Tracy Washbourne) (Pages: 641 to 880). NOTICE RE REDACTION OF TRANSCRIPTS: A party must file a Transcript Redaction Request within 21 calendar days. If a party fails to request redaction, this unredacted transcript may be made electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the court public terminal at no charge or may purchase a copy from the court reporter. (Re: 340 Notice of Appeal to Circuit Court, 223 Minutes of Jury Trial Held, Ruling on Motion(s)/Document(s), Setting/Resetting Scheduling Order Date(s)) as to Lindsey Kent Springer, Oscar Amos Stilley (sam, Dpty Clk) Modified on 10/15/2010 to remove transcript access restriction (a–hc, Dpty Clk). (Entered: 07/12/2010) |
| 07/12/2010 | 389 | TRANSCRIPT of Proceedings (Unredacted) of Jury Trial held on 10/30/2009 before Judge Stephen P Friot (Court Reporter: Tracy Washbourne) (Pages: 881 to 1130). NOTICE RE REDACTION OF TRANSCRIPTS: A party must file a Transcript Redaction Request within 21 calendar days. If a party fails to request redaction, this unredacted transcript may be made electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the court public terminal at no charge or may purchase a copy from the court reporter. (Re: 229 Minutes of Jury Trial Held, Setting/Resetting Scheduling Order Date(s) 340 Notice of Appeal to Circuit Court) as to Lindsey Kent Springer, Oscar Amos Stilley (sam, Dpty Clk) Modified on 10/15/2010 to remove transcript access restriction (a–hc, Dpty Clk). (Entered: 07/12/2010) |
| 07/12/2010 | 390 | TRANSCRIPT of Proceedings (Unredacted) of Jury Trial held on 11/02/2009 before Judge Stephen P Friot (Court Reporter: Tracy Washbourne) (Pages: 1131 to 1327). NOTICE RE REDACTION OF TRANSCRIPTS: A party must file a Transcript Redaction Request within 21 calendar days. If a party fails to request redaction, this unredacted transcript may be made electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the court public terminal at no charge or may purchase a copy from the court reporter. (Re: 230 Minutes of Jury Trial Held, Setting/Resetting Scheduling Order Date(s), 340 Notice of Appeal to Circuit Court ) as to Lindsey Kent Springer, Oscar Amos Stilley (sam, Dpty Clk) Modified on 10/15/2010 to remove transcript access restriction (a–hc, Dpty Clk). (Entered: 07/12/2010) |
| 07/12/2010 | 391 | TRANSCRIPT of Proceedings (Unredacted) of Jury Trial held on 11/03/2009 before Judge Stephen P Friot (Court Reporter: Tracy Washbourne) (Pages: 1328 to 1608). NOTICE RE REDACTION OF |

| | | | |
|---|---|---|---|
| | | | TRANSCRIPTS: A party must file a Transcript Redaction Request within 21 calendar days. If a party fails to request redaction, this unredacted transcript may be made electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the court public terminal at no charge or may purchase a copy from the court reporter. (Re: 340 Notice of Appeal to Circuit Court, 231 Minutes of Jury Trial Held, Setting/Resetting Scheduling Order Date(s)) as to Lindsey Kent Springer, Oscar Amos Stilley (sam, Dpty Clk) Modified on 10/15/2010 to remove transcript access restriction (a–hc, Dpty Clk). (Entered: 07/12/2010) |
| 07/12/2010 | 392 | | TRANSCRIPT of Proceedings (Unredacted) of Jury Trial held on 11/04/2009 before Judge Stephen P Friot (Court Reporter: Tracy Washbourne) (Pages: 1609 to 1934). NOTICE RE REDACTION OF TRANSCRIPTS: A party must file a Transcript Redaction Request within 21 calendar days. If a party fails to request redaction, this unredacted transcript may be made electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the court public terminal at no charge or may purchase a copy from the court reporter. (Re: 233 Minutes of Jury Trial Held, Setting/Resetting Scheduling Order Date(s), 340 Notice of Appeal to Circuit Court) as to Lindsey Kent Springer, Oscar Amos Stilley (sam, Dpty Clk) Modified on 10/15/2010 to remove transcript access restriction (a–hc, Dpty Clk). (Entered: 07/12/2010) |
| 07/12/2010 | 393 | | TRANSCRIPT of Proceedings (Unredacted) of Jury Trial held on 11/05/2009 before Judge Stephen P Friot (Court Reporter: Tracy Washbourne) (Pages: 1935 to 2202). NOTICE RE REDACTION OF TRANSCRIPTS: A party must file a Transcript Redaction Request within 21 calendar days. If a party fails to request redaction, this unredacted transcript may be made electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the court public terminal at no charge or may purchase a copy from the court reporter. (Re: 340 Notice of Appeal to Circuit Court, 234 Minutes of Jury Trial Held, Setting/Resetting Scheduling Order Date(s)) as to Lindsey Kent Springer, Oscar Amos Stilley (sam, Dpty Clk) Modified on 10/15/2010 to remove transcript access restriction (a–hc, Dpty Clk). (Entered: 07/12/2010) |
| 07/12/2010 | 394 | | TRANSCRIPT of Proceedings (Unredacted) of Jury Trial held on 11/09/2009 before Judge Stephen P Friot (Court Reporter: Tracy Washbourne) (Pages: 2203 to 2454). NOTICE RE REDACTION OF TRANSCRIPTS: A party must file a Transcript Redaction Request within 21 calendar days. If a party fails to request redaction, this unredacted transcript may be made electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the court public terminal at no charge or may purchase a copy from the court reporter. (Re: 239 Minutes of Jury Trial Held, Setting/Resetting Scheduling Order Date(s), 340 Notice of Appeal to Circuit Court) as to Lindsey Kent Springer, Oscar Amos Stilley (sam, Dpty Clk) Modified on 10/15/2010 to remove transcript access restriction (a–hc, Dpty Clk). (Entered: 07/12/2010) |

| 07/12/2010 | 395 | TRANSCRIPT of Proceedings (Unredacted) of Jury Trial held on 11/10/2009 before Judge Stephen P Friot (Court Reporter: Tracy Washbourne) (Pages: 2455 to 2669). NOTICE RE REDACTION OF TRANSCRIPTS: A party must file a Transcript Redaction Request within 21 calendar days. If a party fails to request redaction, this unredacted transcript may be made electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the court public terminal at no charge or may purchase a copy from the court reporter. (Re: 240 Minutes of Jury Trial Held, Setting/Resetting Scheduling Order Date(s), 340 Notice of Appeal to Circuit Court) as to Lindsey Kent Springer, Oscar Amos Stilley (sam, Dpty Clk) Modified on 10/15/2010 to remove transcript access restriction (a–hc, Dpty Clk). (Entered: 07/12/2010) |
| 07/12/2010 | 396 | TRANSCRIPT of Proceedings (Unredacted) of Jury Trial held on 11/12/2009 before Judge Stephen P Friot (Court Reporter: Tracy Washbourne) (Pages: 2670 to 2949). NOTICE RE REDACTION OF TRANSCRIPTS: A party must file a Transcript Redaction Request within 21 calendar days. If a party fails to request redaction, this unredacted transcript may be made electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the court public terminal at no charge or may purchase a copy from the court reporter. (Re: 241 Minutes of Jury Trial Held, Setting/Resetting Scheduling Order Date(s), 340 Notice of Appeal to Circuit Court) as to Lindsey Kent Springer, Oscar Amos Stilley (sam, Dpty Clk) Modified on 10/15/2010 to remove transcript access restriction (a–hc, Dpty Clk). (Entered: 07/12/2010) |
| 07/12/2010 | 397 | TRANSCRIPT of Proceedings (Unredacted) of Jury Trial held on 11/13/2009 before Judge Stephen P Friot (Court Reporter: Tracy Washbourne) (Pages: 2950 to 3056). NOTICE RE REDACTION OF TRANSCRIPTS: A party must file a Transcript Redaction Request within 21 calendar days. If a party fails to request redaction, this unredacted transcript may be made electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the court public terminal at no charge or may purchase a copy from the court reporter. (Re: 340 Notice of Appeal to Circuit Court, 242 Minutes of Jury Trial Held, Setting/Resetting Scheduling Order Date(s)) as to Lindsey Kent Springer, Oscar Amos Stilley (sam, Dpty Clk) Modified on 10/15/2010 to remove transcript access restriction (a–hc, Dpty Clk). (Entered: 07/12/2010) |
| 07/12/2010 | 398 | TRANSCRIPT of Proceedings (Unredacted) of Jury Trial held on 11/16/2009 before Judge Stephen P Friot (Court Reporter: Tracy Washbourne) (Pages: 3057 to 3090). NOTICE RE REDACTION OF TRANSCRIPTS: A party must file a Transcript Redaction Request within 21 calendar days. If a party fails to request redaction, this unredacted transcript may be made electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the court public terminal at no charge or may purchase a copy from the court reporter. (Re: 340 Notice of Appeal to Circuit Court, 243 Minutes of Jury Trial Completed, Striking/Terminating Deadline(s)/Hearing(s)) as to Lindsey |

| | | | |
|---|---|---|---|
| | | | Kent Springer, Oscar Amos Stilley (sam, Dpty Clk) Modified on 10/15/2010 to remove transcript access restriction (a–hc, Dpty Clk). (Entered: 07/12/2010) |
| 07/12/2010 | 399 | | TRANSCRIPT of Proceedings (Unredacted) of Sentencing held on 04/21/2010 before Judge Stephen P Friot (Court Reporter: Tracy Washbourne) (Pages: 1 to 210). NOTICE RE REDACTION OF TRANSCRIPTS: A party must file a Transcript Redaction Request within 21 calendar days. If a party fails to request redaction, this unredacted transcript may be made electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the court public terminal at no charge or may purchase a copy from the court reporter. (Re: 336 Minutes of Sentencing, Striking/Terminating Deadline(s)/Hearing(s), 340 Notice of Appeal to Circuit Court) as to Lindsey Kent Springer, Oscar Amos Stilley (sam, Dpty Clk) Modified on 10/15/2010 to remove transcript access restriction (a–hc, Dpty Clk). (Entered: 07/12/2010) |
| 07/12/2010 | 400 | | TRANSCRIPT of Proceedings (Unredacted) of Sentencing held on 04/22/2010 before Judge Stephen P Friot (Court Reporter: Tracy Washbourne) (Pages: 211 to 390). NOTICE RE REDACTION OF TRANSCRIPTS: A party must file a Transcript Redaction Request within 21 calendar days. If a party fails to request redaction, this unredacted transcript may be made electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the court public terminal at no charge or may purchase a copy from the court reporter. (Re: 336 Minutes of Sentencing, Striking/Terminating Deadline(s)/Hearing(s), 340 Notice of Appeal to Circuit Court) as to Lindsey Kent Springer, Oscar Amos Stilley (sam, Dpty Clk) Modified on 10/15/2010 to remove transcript access restriction (a–hc, Dpty Clk). (Entered: 07/12/2010) |
| 07/12/2010 | 401 | | TRANSCRIPT of Proceedings (Unredacted) of Sentencing held on 04/23/2010 before Judge Stephen P Friot (Court Reporter: Tracy Washbourne) (Pages: 391 to 469). NOTICE RE REDACTION OF TRANSCRIPTS: A party must file a Transcript Redaction Request within 21 calendar days. If a party fails to request redaction, this unredacted transcript may be made electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the court public terminal at no charge or may purchase a copy from the court reporter. (Re: 336 Minutes of Sentencing, Striking/Terminating Deadline(s)/Hearing(s), 340 Notice of Appeal to Circuit Court) as to Lindsey Kent Springer, Oscar Amos Stilley (sam, Dpty Clk) Modified on 10/15/2010 to remove transcript access restriction (a–hc, Dpty Clk). (Entered: 07/12/2010) |
| 07/13/2010 | 402 | | MOTION for Writ of Error Coram Nobis by Lindsey Kent Springer (s–srt, Dpty Clk) (Entered: 07/14/2010) |
| 07/13/2010 | 403 | | MOTION for Appointment of Counsel *Regarding Motion for Writ of Error Coram Nobis* by Lindsey Kent Springer (s–srt, Dpty Clk) (Entered: 07/14/2010) |
| 07/13/2010 | 404 | | |

| | | | |
|---|---|---|---|
| | | | BRIEF in Support of Motion (Re: 402 MOTION for Writ of Error Coram Nobis) by Lindsey Kent Springer (s−srt, Dpty Clk) (Entered: 07/14/2010) |
| 07/13/2010 | 405 | | MOTION for Leave to Exceed Page Limitation by Lindsey Kent Springer (s−srt, Dpty Clk) (Entered: 07/14/2010) |
| 07/13/2010 | 406 | | AFFIDAVIT of Lindsey Kent Springer (titled "Declaration") as to Lindsey Kent Springer (s−srt, Dpty Clk) (Entered: 07/14/2010) |
| 07/13/2010 | 407 | | CERTIFICATE of Service (Re: 405 MOTION for Leave to Exceed Page Limitation, 402 MOTION for Writ of Error Coram Nobis, 404 Brief in Support of Motion, 403 MOTION for Appointment of Counsel *Regarding Motion for Writ of Error Coram Nobis*, 406 Affidavit ) as to Lindsey Kent Springer (s−srt, Dpty Clk) (Entered: 07/14/2010) |
| 07/15/2010 | | | MAIL to Oscar Amos Stilley, David L. Moss Criminal Justic Center, 300 N Denver, Tulsa OK 74103 Returned – marked return to sender – not in custody. Remailed on 7/15/10 – FCI Forrest City Low, PO Box 9000, Forrest City, AR 72336. (Re: 379 Order, Directing Attorney to File PHV Motion,, ) as to Oscar Amos Stilley (sdc, Dpty Clk) Modified on 7/16/2010 ro remove reference to Lindsey Springer (sdc, Dpty Clk). (Entered: 07/15/2010) |
| 07/16/2010 | 408 | | MOTION for Leave to Exceed Page Limitation by Lindsey Kent Springer (sdc, Dpty Clk) (Entered: 07/16/2010) |
| 07/16/2010 | 409 | | Second BRIEF in Support of Motion (Re: 402 MOTION for Writ of Error Coram Nobis ) by Lindsey Kent Springer (With attachments) (sdc, Dpty Clk) (Entered: 07/16/2010) |
| 07/16/2010 | 410 | | CERTIFICATE of Service (Re: 408 MOTION for Leave to Exceed Page Limitation, 409 Brief in Support of Motion ) as to Lindsey Kent Springer (sdc, Dpty Clk) (Entered: 07/16/2010) |
| 07/16/2010 | 411 | | RESPONSE in Opposition to Motion (Re: 405 MOTION for Leave to Exceed Page Limitation, 402 MOTION for Writ of Error Coram Nobis, 403 MOTION for Appointment of Counsel *Regarding Motion for Writ of Error Coram Nobis*, 408 MOTION for Leave to Exceed Page Limitation ) by USA as to Lindsey Kent Springer (O'Reilly, Charles) (Entered: 07/16/2010) |
| 07/26/2010 | 412 | | RECORD on Appeal Sent to Circuit Court (Record includes: 4 volumes) (Re: 348 Notice of Appeal to Circuit Court, 340 Notice of Appeal to Circuit Court ) as to Lindsey Kent Springer, Oscar Amos Stilley (With attachments) (s−srt, Dpty Clk) (Entered: 07/26/2010) |
| 07/29/2010 | 413 | | NOTICE of Change of Address by Lindsey Kent Springer, Lindsey K Springer as to Lindsey Kent Springer (s−srt, Dpty Clk) (Entered: 07/29/2010) |
| 07/29/2010 | 414 | | MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) *to proof transcripts* by Lindsey Kent Springer (s−srt, Dpty Clk) Modified on 11/9/2010; Document STRICKEN per Order # 427 (tjc, Dpty Clk). (Entered: 07/29/2010) |
| 07/29/2010 | 415 | | REPLY to Response to Motion (Re: 402 MOTION for Writ of Error Coram Nobis ) by Lindsey Kent Springer (s−srt, Dpty Clk) (Entered: 07/29/2010) |

| 08/11/2010 | 416 | | MOTION for Release, MOTION for Stay of Judgment *Pending Ruling on Motion for Writ of Coram Nobis*, MOTION for Hearing by Lindsey Kent Springer (s–srt, Dpty Clk) (Entered: 08/13/2010) |
|---|---|---|---|
| 08/13/2010 | 417 | | ***Remark: *Petition for writ of mandamus filed at 10th Circuit Court. Case number 10–5101* as to Lindsey Kent Springer (sam, Dpty Clk) (Entered: 08/16/2010) |
| 08/30/2010 | 419 | | RESPONSE in Opposition to Motion (Re: 416 MOTION for Release MOTION for Stay of Judgment *Pending Ruling on Motion for Writ of Coram Nobis* MOTION for Hearing ) by USA as to Lindsey Kent Springer (O'Reilly, Charles) (Entered: 08/30/2010) |
| 08/31/2010 | | | ***Remark: *rec'd 10th Circuit Entry of Appearance, Motion for Informa Pauperis, and Petition for Writ of Error Coram Nobis of Mandamas – forwarded to 10th Circuit* as to Lindsey Kent Springer (s–srt, Dpty Clk) (Entered: 08/31/2010) |
| 09/09/2010 | 420 | | REPLY to Response to Motion (Re: 416 MOTION for Release MOTION for Stay of Judgment *Pending Ruling on Motion for Writ of Coram Nobis* MOTION for Hearing ) by Lindsey Kent Springer (s–srt, Dpty Clk) (Entered: 09/09/2010) |
| 09/09/2010 | 421 | | ATTORNEY APPEARANCE by Jeffrey Andrew Gallant on behalf of USA (Gallant, Jeffrey) (Entered: 09/09/2010) |
| 09/13/2010 | 422 | | TRANSCRIPT of Proceedings (Unredacted) of Miscellaneous Hearing held on 03/30/2009 before Magistrate Judge Paul J Cleary (Court Reporter: Tracy Washbourne) (Pages: 1–36). NOTICE RE REDACTION OF TRANSCRIPTS: A party must file a Transcript Redaction Request within 21 calendar days. If a party fails to request redaction, this unredacted transcript may be made electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the court public terminal at no charge or may purchase a copy from the court reporter. (Re: 23 Minutes of Miscellaneous Hearing, Ruling on Motion(s)/Document(s), Striking/Terminating Deadline(s)/Hearing(s)) as to Lindsey Kent Springer, Oscar Amos Stilley (sam, Dpty Clk) Modified on 12/20/2010 to remove transcript access restriction (a–hc, Dpty Clk). (Entered: 09/13/2010) |
| 10/22/2010 | 423 | | ORDER from Circuit Court *denying petition for writ of mandamus* (Re: 417 Remark ) as to Lindsey Kent Springer (sam, Dpty Clk) (Entered: 10/25/2010) |
| 11/01/2010 | 424 | | MOTION for Release Pending Appeal, MOTION to Reconsider (Re: 377 Order,, Ruling on Motion(s)/Document(s), Ruling on Motion(s)/Document(s), 363 Order, Ruling on Motion(s)/Document(s) ) by Lindsey Kent Springer (s–srt, Dpty Clk) Modified on 11/3/2010–STRICKEN PER ORDER # 426 (lml, Dpty Clk). (Entered: 11/01/2010) |
| 11/01/2010 | 425 | | BRIEF in Support of Motion (Re: 424 MOTION for Release Pending Appeal MOTION to Reconsider ) by Lindsey Kent Springer (s–srt, Dpty Clk) Modified on 11/3/2010–STRICKEN PER ORDER # 426 (lml, Dpty Clk). (Main Document 425 replaced on 2/11/2011) (lml, Dpty Clk). |

| | | | (Entered: 11/01/2010) |
|---|---|---|---|
| 11/02/2010 | 426 | | ORDER by Judge Stephen P Friot, striking/withdrawing document(s) (Re: 425 Brief in Support of Motion, 424 MOTION for Release Pending Appeal MOTION to Reconsider, 377 Order,, Ruling on Motion(s)/Document(s), Ruling on Motion(s)/Document(s), 363 Order, Ruling on Motion(s)/Document(s) ) (Documents Terminated: 424 MOTION for Release Pending Appeal MOTION to Reconsider, 425 Brief in Support of Motion ) as to Lindsey Kent Springer (cds, Dpty Clk) (Entered: 11/02/2010) |
| 11/08/2010 | 427 | | ORDER by Judge Stephen P Friot, ruling on motion(s)/document(s): #405, 408 granted, #402, 403, 416 denied, striking/withdrawing document(s) (Re: 405 MOTION for Leave to Exceed Page Limitation, 402 MOTION for Writ of Error Coram Nobis, 403 MOTION for Appointment of Counsel *Regarding Motion for Writ of Error Coram Nobis*, 408 MOTION for Leave to Exceed Page Limitation, 416 MOTION for Release MOTION for Stay of Judgment *Pending Ruling on Motion for Writ of Coram Nobis* MOTION for Hearing, 414 MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) *to proof transcripts*, 409 Brief in Support of Motion ) (Documents Terminated: 414 MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) *to proof transcripts* ) as to Lindsey Kent Springer (pll, Dpty Clk) (Entered: 11/08/2010) |
| 11/17/2010 | 428 | | NOTICE OF APPEAL to Circuit Court (Re: 426 Order, Striking/Withdrawing Document(s),,, Striking/Withdrawing Document(s), 427 Order, Ruling on Motion(s)/Document(s), Striking/Withdrawing Document(s),,, Ruling on Motion(s)/Document(s), Striking/Withdrawing Document(s),,, Ruling on Motion(s)/Document(s), Striking/Withdrawing Document(s),,, Ruling on Motion(s)/Document(s), Striking/Withdrawing Document(s), ) as to Lindsey Kent Springer (s−srt, Dpty Clk) (Entered: 11/19/2010) |
| 11/19/2010 | | | ***Remark: *Per 10th Circuit this is new Notice of Appeal* (Re: 428 Notice of Appeal to Circuit Court, ) as to Lindsey Kent Springer (s−srt, Dpty Clk) (Entered: 11/19/2010) |
| 11/19/2010 | | | ***Remark: *appeal forms mailed* (Re: 428 Notice of Appeal to Circuit Court, ) as to Lindsey Kent Springer (s−srt, Dpty Clk) (Entered: 11/19/2010) |
| 11/19/2010 | 429 | | PRELIMINARY RECORD Sent to Circuit Court (Re: 428 Notice of Appeal to Circuit Court, ) as to Lindsey Kent Springer (With attachments) (s−srt, Dpty Clk) (Entered: 11/19/2010) |
| 11/19/2010 | 430 | | APPEAL NUMBER INFORMATION from Circuit Court assigning Case Number 10−5156 (#428) (Re: 428 Notice of Appeal to Circuit Court, ) as to Lindsey Kent Springer (sam, Dpty Clk) (Entered: 11/22/2010) |
| 12/20/2010 | 431 | | TRANSCRIPT ORDER FORM (Transcripts are not necessary or are already on file ) (Re: 428 Notice of Appeal to Circuit Court, ) as to Lindsey Kent Springer (s−srt, Dpty Clk) (Entered: 12/20/2010) |
| 12/20/2010 | 432 | | DESIGNATION of Record on Appeal (Re: 428 Notice of Appeal to Circuit Court, ) as to Lindsey Kent Springer (s−srt, Dpty Clk) (Entered: 12/20/2010) |
| 12/21/2010 | 433 | | MINUTE ORDER by Court Clerk, Having reviewed the docket entry and/or |

| | | |
|---|---|---|
| | | PDF for Dkt # *432*, the Court has determined that *the designated docket sheet was not attached to the pleading.* Attorney *Jerold Barringer* is hereby directed to re–file *an Amended Designation of Record on Appeal with the designated docket sheet attached within 24 hours.* (Re: 432 Designation of Record on Appeal ) as to Lindsey Kent Springer (tjc, Dpty Clk) (Entered: 12/21/2010) |
| 12/28/2010 | 434 | LETTER from Circuit Court regarding 1st request for record (Re: 428 Notice of Appeal to Circuit Court, ) as to Lindsey Kent Springer (sam, Dpty Clk) (Entered: 12/28/2010) |
| 01/03/2011 | 435 | Amended DESIGNATION of Record on Appeal (Re: 428 Notice of Appeal to Circuit Court, ) as to Lindsey Kent Springer (sdc, Dpty Clk) (Entered: 01/04/2011) |
| 01/06/2011 | 436 | RECORD on Appeal Sent to Circuit Court (Record includes: 2 Volumes) (Re: 428 Notice of Appeal to Circuit Court, ) as to Lindsey Kent Springer (With attachments) (sdc, Dpty Clk) (Entered: 01/06/2011) |
| 02/16/2011 | 437 | MOTION for Leave to Exceed Page Limitation by Lindsey K Springer as to Lindsey Kent Springer (sdc, Dpty Clk) (Entered: 02/16/2011) |
| 02/16/2011 | 438 | MOTION for New Trial by Lindsey K Springer as to Lindsey Kent Springer (sdc, Dpty Clk) (Entered: 02/16/2011) |
| 02/16/2011 | 439 | MOTION for Hearing (Re: 438 MOTION for New Trial ) by Lindsey K Springer as to Lindsey Kent Springer (sdc, Dpty Clk) (Entered: 02/16/2011) |
| 02/16/2011 | 440 | BRIEF in Support of Motion (Re: 438 MOTION for New Trial ) by Lindsey K Springer as to Lindsey Kent Springer (With attachments) (sdc, Dpty Clk) Original Electronic Image reflects illegible pages on paper copy provided to the Court (lml, Dpty Clk). (Entered: 02/17/2011) |
| 02/18/2011 | 441 | RESPONSE in Opposition to Motion (Re: 438 MOTION for New Trial, 439 MOTION for Hearing, 437 MOTION for Leave to Exceed Page Limitation ) by USA as to Lindsey Kent Springer (O'Reilly, Charles) (Entered: 02/18/2011) |
| 02/22/2011 | 442 | ORDER by Judge Stephen P Friot, ruling on motion(s)/document(s): #437 Granted, setting/resetting deadline(s)/hearing(s): ( Miscellaneous Deadline set for 3/15/2011) (Re: 437 MOTION for Leave to Exceed Page Limitation, 438 MOTION for New Trial, 439 MOTION for Hearing ) as to Lindsey Kent Springer (cds, Dpty Clk) (Entered: 02/22/2011) |
| 03/14/2011 | 445 | REPLY to Response to Motion (Re: 439 MOTION for Hearing ) by Lindsey K Springer as to Lindsey Kent Springer (sdc, Dpty Clk) (Entered: 03/15/2011) |
| 03/17/2011 | 446 | ORDER by Judge Stephen P Friot, ruling on motion(s)/document(s): #438 denied, #439 denied (Re: 438 MOTION for New Trial, 439 MOTION for Hearing ) as to Lindsey Kent Springer (djh, Dpty Clk) (Entered: 03/17/2011) |
| 03/28/2011 | 447 | NOTICE OF APPEAL to Circuit Court (Re: 446 Order, Ruling on Motion(s)/Document(s) ) as to Lindsey Kent Springer (sdc, Dpty Clk) (Entered: 03/29/2011) |

| 03/28/2011 | 448 | | ***Remark: *appeal forms sent* (Re: 447 Notice of Appeal to Circuit Court ) as to Lindsey Kent Springer (sdc, Dpty Clk) (Entered: 03/29/2011) |
| 03/29/2011 | 449 | | PRELIMINARY RECORD Sent to Circuit Court (Re: 447 Notice of Appeal to Circuit Court ) as to Lindsey Kent Springer (With attachments) (sdc, Dpty Clk) (Entered: 03/29/2011) |
| 04/15/2011 | 452 | | APPEAL NUMBER INFORMATION from Circuit Court assigning Case Number 11−5053 (#447) (Re: 447 Notice of Appeal to Circuit Court ) as to Lindsey Kent Springer (sam, Dpty Clk) (Entered: 04/18/2011) |
| 05/16/2011 | 456 | | MOTION for Leave to Appeal in Forma Pauperis (Re: 447 Notice of Appeal to Circuit Court ) by Lindsey Kent Springer (s−srl, Dpty Clk) (Entered: 05/16/2011) |
| 05/16/2011 | 457 | | SUPPLEMENT (Re: 456 MOTION for Leave to Appeal in Forma Pauperis ) as to Lindsey Kent Springer (s−srl, Dpty Clk) (Entered: 05/16/2011) |
| 05/17/2011 | 458 | | ORDER by Judge Stephen P Friot, ruling on motion(s)/document(s): #456 Granted (Re: 447 Notice of Appeal to Circuit Court, 456 MOTION for Leave to Appeal in Forma Pauperis ) as to Lindsey Kent Springer (pll, Dpty Clk) (Entered: 05/17/2011) |
| 06/13/2011 | 459 | | RECORD on Appeal Sent to Circuit Court (Record includes: 1 Volume) (Re: 447 Notice of Appeal to Circuit Court ) as to Lindsey Kent Springer (With attachments) (sdc, Dpty Clk) (Entered: 06/13/2011) |
| 10/26/2011 | 460 | | DECISION from Circuit Court affirming the Decision of the District Court (awaiting mandate) (Re: 348 Notice of Appeal to Circuit Court, 428 Notice of Appeal to Circuit Court, 447 Notice of Appeal to Circuit Court, 340 Notice of Appeal to Circuit Court ) as to Lindsey Kent Springer, Oscar Amos Stilley (sdc, Dpty Clk) (Entered: 10/26/2011) |
| 12/06/2011 | 461 | | MANDATE from Circuit Court (Re: 460 Decision from Circuit Court, 428 Notice of Appeal to Circuit Court, 340 Notice of Appeal to Circuit Court ) as to Lindsey Kent Springer (sdc, Dpty Clk) (Entered: 12/06/2011) |
| 12/06/2011 | 462 | | MANDATE from Circuit Court (Re: 460 Decision from Circuit Court, 447 Notice of Appeal to Circuit Court ) as to Lindsey Kent Springer (sdc, Dpty Clk) (Entered: 12/06/2011) |
| 05/04/2012 | 464 | | LETTER from Circuit Court stating that the Petition for Writ of Certiorari has been filed (U.S. Supreme Court Case Number: 11−10096) (Re: 428 Notice of Appeal to Circuit Court, 447 Notice of Appeal to Circuit Court, 340 Notice of Appeal to Circuit Court ) as to Lindsey Kent Springer (s−srt, Dpty Clk) (Entered: 05/04/2012) |
| 06/04/2012 | 468 | | LETTER from Circuit Court stating that the Petition for Writ of Certiorari has been denied (U.S. Supreme Court Case Number: 11−10096) (Re: 428 Notice of Appeal to Circuit Court, 447 Notice of Appeal to Circuit Court, 340 Notice of Appeal to Circuit Court ) as to Lindsey Kent Springer (sdc, Dpty Clk) (Entered: 06/04/2012) |
| 01/02/2013 | 469 | | Letter *requesting forms (2255 forms packet and local civil rules sent)* by Lindsey K Springer as to Lindsey Kent Springer (sdc, Dpty Clk) (Entered: 01/03/2013) |

| 01/02/2013 | 470 | | MOTION for Leave to Exceed Page Limitation *and Brief to Accompany Motion for Relief Under 2255* by Lindsey K Springer as to Lindsey Kent Springer (sdc, Dpty Clk) (Entered: 01/03/2013) |
|---|---|---|---|
| 01/04/2013 | 471 | | ORDER by Judge Stephen P Friot, ruling on motion(s)/document(s): #470 Denied (Re: 470 MOTION for Leave to Exceed Page Limitation *and Brief to Accompany Motion for Relief Under 2255* ) as to Lindsey Kent Springer (pll, Dpty Clk) (Entered: 01/04/2013) |
| 03/11/2013 | 472 | | MOTION to Vacate/Set Aside/Correct Sentence under 28 U.S.C. 2255 by Lindsey K Springer as to Lindsey Kent Springer (s−srt, Dpty Clk) Civil case 4:13−cv−00145 opened. (Entered: 03/12/2013) |
| 03/11/2013 | 473 | | BRIEF in Support of Motion (Re: 472 MOTION to Vacate/Set Aside/Correct Sentence under 28 U.S.C. 2255 ) by Lindsey K Springer as to Lindsey Kent Springer (s−srt, Dpty Clk) (Entered: 03/12/2013) |
| 03/11/2013 | 474 | | AFFIDAVIT in Support of Motion (Re: 472 MOTION to Vacate/Set Aside/Correct Sentence under 28 U.S.C. 2255 ) by Lindsey K Springer as to Lindsey Kent Springer (s−srt, Dpty Clk) (Entered: 03/12/2013) |
| 03/11/2013 | 475 | | CERTIFICATE of Service (Re: 474 Affidavit in Support of Motion, 473 Brief in Support of Motion, 472 MOTION to Vacate/Set Aside/Correct Sentence under 28 U.S.C. 2255 ) by Lindsey K Springer as to Lindsey Kent Springer (s−srt, Dpty Clk) (Entered: 03/12/2013) |
| 03/11/2013 | 476 | 64 | MINUTE ORDER by Judge Stephen P Friot (Re: 472 MOTION to Vacate/Set Aside/Correct Sentence under 28 U.S.C. 2255 ) as to Lindsey Kent Springer (s−srt, Dpty Clk) (Entered: 03/12/2013) |
| 03/13/2013 | | | ***Remark: *copy of #472 given to USA* (Re: 476 Order, ) as to Lindsey Kent Springer (s−srt, Dpty Clk) (Entered: 03/13/2013) |
| 03/14/2013 | 477 | | ***Remark: *copy of #473, #474, #475 given to USA* (Re: 476 Order, ) as to Lindsey Kent Springer (s−srt, Dpty Clk) (Entered: 03/14/2013) |
| 03/15/2013 | 478 | 65 | ORDER by Judge Stephen P Friot , setting/resetting deadline(s)/hearing(s): ( Responses due by 8/9/2013) (Re: 474 Affidavit in Support of Motion, 473 Brief in Support of Motion, 472 MOTION to Vacate/Set Aside/Correct Sentence under 28 U.S.C. 2255 , 475 Certificate of Service, ) as to Lindsey Kent Springer (cds, Dpty Clk) (Entered: 03/15/2013) |
| 03/25/2013 | 479 | | MOTION to Proceed In Forma Pauperis by Lindsey K Springer as to Lindsey Kent Springer (sdc, Dpty Clk) (Entered: 03/25/2013) |
| 03/27/2013 | 480 | 68 | ORDER by Judge Stephen P Friot , ruling on motion(s)/document(s): #479 Denied (Re: 479 MOTION to Proceed In Forma Pauperis ) as to Lindsey Kent Springer (cds, Dpty Clk) (Entered: 03/27/2013) |
| 03/29/2013 | 481 | | MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) by Lindsey K Springer as to Lindsey Kent Springer (sdc, Dpty Clk) (Entered: 03/29/2013) |
| 04/01/2013 | 482 | | ORDER by Judge Stephen P Friot *re: deadline to file motion to disqualify*, ruling on motion(s)/document(s): #481 Granted (Re: 481 MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) ) as to Lindsey Kent Springer (pll, Dpty Clk) (Entered: 04/01/2013) |

| 04/08/2013 | 483 |    | MOTION to Clarify by Lindsey Kent Springer (sdc, Dpty Clk) (Entered: 04/08/2013) |
| 04/09/2013 | 484 | 69 | ORDER by Judge Stephen P Friot , terminating document(s) (Re: 480 Order, Ruling on Motion(s)/Document(s), 479 MOTION to Proceed In Forma Pauperis , 483 MOTION to Clarify ) (Documents Terminated: 483 MOTION to Clarify ) as to Lindsey Kent Springer (cds, Dpty Clk) (Entered: 04/09/2013) |
| 04/29/2013 | 485 |    | MOTION To Recuse of Disqualify Honorable United States District Judge Stephen P. Friot by Lindsey Kent Springer (s–srt, Dpty Clk) (Entered: 04/29/2013) |
| 04/29/2013 | 486 |    | AFFIDAVIT in Support of Motion (Re: 485 MOTION To Recuse of Disqualify Honorable United States District Judge Stephen P. Friot ) by Lindsey K Springer as to Lindsey Kent Springer (s–srt, Dpty Clk) (Entered: 04/29/2013) |
| 05/03/2013 | 487 |    | RESPONSE in Opposition to Motion (Re: 485 MOTION To Recuse of Disqualify Honorable United States District Judge Stephen P. Friot ) by USA as to Lindsey Kent Springer (O'Reilly, Charles) Modified on 5/6/2013; this document contains two events and that is not allowed with CM/ECF – see 491 for Motion to Strike Document(s) (sac, Dpty Clk). (Entered: 05/03/2013) |
| 05/03/2013 | 488 |    | MOTION for Declaratory Judgment Remedy by Lindsey K Springer as to Lindsey Kent Springer (sdc, Dpty Clk) Modified on 5/8/2013 – **STRICKEN per 492** (sac, Dpty Clk). (Entered: 05/03/2013) |
| 05/03/2013 | 489 |    | BRIEF in Support of Motion (Re: 488 MOTION for Declaratory Judgment Remedy ) by Lindsey K Springer as to Lindsey Kent Springer (sdc, Dpty Clk) Modified on 5/8/2013 – **STRICKEN per 492** (sac, Dpty Clk). (Entered: 05/03/2013) |
| 05/03/2013 | 490 | 70 | ORDER by Judge Stephen P Friot , setting/resetting deadline(s)/hearing(s): ( Miscellaneous Deadline set for 5/17/2013) (Re: 487 Response in Opposition to Motion ) as to Lindsey Kent Springer (hbo, Dpty Clk) (Entered: 05/03/2013) |
| 05/03/2013 | 491 |    | MOTION to Strike Document(s) *(submitted as part of 487 )* (Re: 485 MOTION To Recuse of Disqualify Honorable United States District Judge Stephen P. Friot ) by USA as to Lindsey Kent Springer (sac, Dpty Clk) (Entered: 05/06/2013) |
| 05/06/2013 |    |    | NOTICE of Docket Entry Modification; Error: this document contains two events and that is not allowed with CM/ECF; Correction: filed Motion to Strike Document(s) – see 491 (Re: 487 Response in Opposition to Motion, ) as to Lindsey Kent Springer (sac, Dpty Clk) (Entered: 05/06/2013) |
| 05/07/2013 | 492 | 71 | ORDER by Judge Stephen P Friot , striking/withdrawing document(s) (Re: 489 Brief in Support of Motion, 488 MOTION for Declaratory Judgment Remedy ) (Documents Terminated: 489 Brief in Support of Motion, 488 MOTION for Declaratory Judgment Remedy ) as to Lindsey Kent Springer (cds, Dpty Clk) (Entered: 05/07/2013) |
| 05/10/2013 | 493 |    |    |

| | | | |
|---|---|---|---|
| | | | MOTION to Clarify *Who is U.S. Attorney* by Lindsey K Springer as to Lindsey Kent Springer (sdc, Dpty Clk) (Entered: 05/10/2013) |
| 05/10/2013 | 494 | | MOTION to Reconsider Determination that Section 2255 is Continuing Criminal Case and Not a New Civil Case by Lindsey K Springer as to Lindsey Kent Springer (sdc, Dpty Clk) (Entered: 05/13/2013) |
| 05/13/2013 | 495 | | ERRATA/CORRECTION (Re: 487 Response in Opposition to Motion, ) by USA as to Lindsey Kent Springer (O'Reilly, Charles) (Entered: 05/13/2013) |
| 05/15/2013 | 496 | | ORDER by Judge Stephen P Friot , ruling on motion(s)/document(s): #493 stricken in part, denied in part; #494 denied (Re: 493 MOTION to Clarify *Who is U.S. Attorney*, 494 MOTION to Reconsider Determination that Section 2255 is Continuing Criminal Case and Not a New Civil Case ) as to Lindsey Kent Springer (pll, Dpty Clk) (Entered: 05/15/2013) |
| 05/15/2013 | 497 | 54 | NOTICE OF APPEAL to Circuit Court (Interlocutory) (Re: 490 Order, Setting/Resetting Deadline(s)/Hearing(s), 476 Order, 480 Order, Ruling on Motion(s)/Document(s), 484 Order,,,, Terminating Document(s), 478 Order,, Setting/Resetting Deadline(s)/Hearing(s),,, 492 Order,, Striking/Withdrawing Document(s), ) by Lindsey K Springer as to Lindsey Kent Springer (sdc, Dpty Clk) (Entered: 05/15/2013) |
| 05/15/2013 | 498 | | Letter *re: appeal* by Lindsey K Springer as to Lindsey Kent Springer (sdc, Dpty Clk) (Entered: 05/15/2013) |
| 05/15/2013 | 499 | | PRELIMINARY RECORD Sent to Circuit Court (Re: 497 Notice of Appeal to Circuit Court – Interlocutory, ) as to Lindsey Kent Springer (With attachments) (sdc, Dpty Clk) (Entered: 05/15/2013) |
| 05/15/2013 | | | ***Remark: *appeal forms mailed to Defendant* (Re: 497 Notice of Appeal to Circuit Court – Interlocutory, ) as to Lindsey Kent Springer (sdc, Dpty Clk) (Entered: 05/15/2013) |
| 05/16/2013 | 500 | | APPEAL NUMBER INFORMATION from Circuit Court assigning Case Number 13–5062 (#497) (Re: 497 Notice of Appeal to Circuit Court – Interlocutory, ) as to Lindsey Kent Springer (s–srt, Dpty Clk) (Entered: 05/16/2013) |
| 05/16/2013 | 501 | | ORDER from Circuit Court *tolling briefing on the merits. Jurisdiction challenged* (Re: 497 Notice of Appeal to Circuit Court – Interlocutory, ) as to Lindsey Kent Springer (sdc, Dpty Clk) (Entered: 05/16/2013) |
| 05/20/2013 | 502 | | REPLY to Response to Motion (Re: 485 MOTION To Recuse of Disqualify Honorable United States District Judge Stephen P. Friot ) by Lindsey K Springer as to Lindsey Kent Springer (sdc, Dpty Clk) (Entered: 05/21/2013) |
| 05/28/2013 | 503 | 50 | Amended NOTICE OF APPEAL to Circuit Court (Interlocutory) (Re: 490 Order, Setting/Resetting Deadline(s)/Hearing(s), 476 Order, 480 Order, Ruling on Motion(s)/Document(s), 484 Order,,,, Terminating Document(s), 478 Order,, Setting/Resetting Deadline(s)/Hearing(s),,, 492 Order,, Striking/Withdrawing Document(s), ) by Lindsey K Springer as to Lindsey Kent Springer (sdc, Dpty Clk) Modified on 5/30/2013 to edit event title (sdc, Dpty Clk). (Entered: 05/30/2013) |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OKLAHOMA

**FILED**

LINDSEY KENT SPRINGER,                    )

    Petitioner/Movant,                    )

**MAY 23 2013**

v.                                        )   Civil No. 13-CV-145
                                          )   (Formerly 09-cr-043)

**Phil Lombardi, Clerk
U.S. DISTRICT COURT**

UNITED STATES OF AMERICA,                 )

    Respondent.                          )

AMENDED NOTICE OF INTERLOCUTORY APPEAL

Lindsey Kent Springer ("Petitioner") pursuant to 28 U.S.C. § 1291(a), Rule 11 Governing 2255 Proceedings, Rule 12 to the extent necessary, and pursuant to Fed. R. App. Pr. 4(a), files his Amended Notice of Appeal of the United States District Judge, Honorable Stephen P. Friot, Western District of Oklahoma's assignment to Petitioner's civil rights action dated March 11, 2013, as well as orders issued by Judge Friot dated March 11, 2013(Doc. 476) ; March 15, 2013(Doc. 478); March 27, 2013(Doc. 480); April 9, 2013(Doc. 484); May 3, 2013(Doc. 490); May 7, 2013(Doc. 492) and May 15, 2013(Doc. 496); respectively and concurrently. This Notice is premised upon Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 546(1949), Mitchell v. Forsyth, 472 U.S. 511, 527(1985) and Cooper & Lybrand v. Livesay, 437 U.S. 463, 468(1978), which establish Petitioner must show the orders at issue "conclusively determine the disputed question, resolve and important issue completely separate from the merits of the action, and [are] effectively unreviewable on appeal from a final judgment."

March 11, 2013 Order

28 U.S.C. § 2255 provides five general reasons Petitioner can invoke its terms including when a prisoner seeks release from captivity on grounds (1) that the sentence was imposed in violation of the Constitution; (2) or in violation of th laws of the United States; (3) the Court was without jurisdiction to impose such sentence; (4) the sentence was in excess of the maximum authorized by law; and (5) being otherwise subject to collateral attack.

-1-

___Mail    ___No Cert Svc    ___No Orig Sign

___C/J    ___C/M/J    ___C/Ret'd    ___No Env

___No Cpys    ___No Env/Cpys    ___O/J    ___O/MJ

On April 26, 1976, the Supreme Court of the United States pursuant to 28 U.S.C. § 2072 approved rules and forms governing proceedings in the United States District Court under 28 U.S.C. § 2255. See Pub. L. 94-426, § 1 dated September 28, 1976, 90 Stat. 1334, enacted the Supreme Court's Order under 28 U.S.C. § 2072 dated April 26, 1976 with one modification.

The Supreme Court's Order provides that the proposed, now enacted, § 2255 rules shall be applicable to all proceedings then pending, except to the extent that in the opinion of the Court their application in a particular proceeding would not be feesible or would work an injustice.

Rule 1(a)(1), (2), (3) and (4), of the Rules Governing 2255 Proceedings reflect the language of § 2255(a). Rule 2 directs the "motion" is an "application." Rule 3(a) requires Petitioner to serve his application to the Clerk of Court who then is directed to "deliver or serve a copy of the motion on the United States attorney in that district, together with a notice of its filings." The note to Rule 3 direct even though no filing fee is required to activate 2255 proceedings, the applicant should still file the application to proceed informa puaperis due to other type reasons pauper status would address that come up.

The Order of March 11, 2013 states (Doc. 476):

"at the direction of Stephen P. Friot, U.S. District Judge, it is hereby ordered that: The Clerk is directed to provide a copy of the motion...under 28 U.S.C. § 2255 filed on 3-11-2013 in the referenced case to Counsel for the United States of America. This notification is made pursuant to Rules of the Supreme Court and this Court. No answer or other responsive pleading is required unless the Court orders otherwise."

Document 476 also displays a new case number of 13-CV-145-SPF-TLW. Id. Rule 3(b) directs the Clerk to serve the United States attorney for the Northern District of Oklahoma as the party responsible to answer for Petitioner's continued imprisonment, not "Counsel for the United States of America." Petitioner finds no mention in the Rules Governing 2255 Proceedings for such an office nor any Federal Statute whatsoever creating such office. Nor did Congress or the Supreme

-2-

Court place the discretion as to whether to serve Petitioner's application in the power of the District Court.  Congress and the Supreme Court specifically directed the Clerk of Court to serve the United States Attorney for that District.  Congress and the Supreme Court clearly intended the meaning of "United States Attorney in that District" to mean the United States Attorney approved by the Senate under 28 U.S.C. § 541.

"It may be that the practive is a convenient one but, if so, that consideration is for Congress.  In view of the plain terms in which the congressional policy is evidenced in the habeas corpus act, the courts may not substitute another more convenient mode of trial." Holiday v. Johnston, 313 U.S. 342, 352(1941)

"Contrary to the Government's assertion, there is a 'basis to presume' that the procedures...violate the law...Under these circumstances, review...in advance of a findal decision...is appropriate." Hamad v. Rumsfeld, 584 U.S. 557, 616(2006) Although the issue of the new civil case number itself does not appear by the order of March 11, 2013, the next order removes any doubt the District Court is proceeding under a different theory of the office of Habeas Corpus than that the Supreme Court, Congress, Tenth Circuit, other District Courts within the Tenth Circuit, and Local Rules LCvR. 9.2 spell out.

March 15, 2013

The District Court issues an order on March 15, 2013 in which  the style and heading of the case places Petitioner as the "Defendant/Movant" and the United States of America as the "Plaintiff/Respondent." See Doc. 478.  This heading differs from Document 476 in that there was only the United States of America as the "Plaintiff" and Petitioner as the "Defendant." See Doc. 476.  This distinction may seem petty but when gathered with the omission of the new civil proceeding case number 13-cv-145 the innocense evaporates immediately in the context of Federal Habeas Corpus.

The District Court was required by Rule 4 to make a "Preliminary Review" and

-3-

this Rule under 2255 aproceedings directs the Clerk is to promptly forward Petitioner's application to the Judge who imposed the orders being collaterally attacked unless the Judge is "not available" and then the Clerk is to forward the application to a Judge under its assignment procedure.

Local Civil Rule LCvR 40.1(a) directs assignment of District Judges to any Criminal or Civil cases be assigned according to "a system based on random selection both for initial assignment and for assignment in the event of recusal."

Judge Friot was not named as a Northern District Judge available for random assignment in new civil rights actions of which the Supreme Court has held numerous times. as has the Tenth Circuit, and other District Courts within the Circuit, that a section 2255 proceeding begins a "civil action." See LCvR 9.2

In addition to Judge Friot not being available under Rule 4(a) because he is not an available Northern District Judge, Local Civil Rule LCvR 40.1(b) directs when a new civil case is docketed a Magistrate Judge is randomly assigned.  In Document 476 the Clerk assigned Magistrate Wilson to 13-cv-145.  There was never any Magistrate assigned to 09-cr-043.

In addition to the assignment of Petitioner's civil rights claims being assigned to Judge Friot. who is commissioned in the Western District of Oklahoma, being unlawful. and that Judge Friot only references 09-cr-043 in Document # 478, referencing the United States of America as "Plaintiff/Respondent" and Petitioner as "Defendant/Movant" which was not the case in 09-cr-043, and that local rules and the assignment of Magistrate Wilson show a civil rights action was commenced on March 11, 2013. the March 15, 2013 order sets for a procedure in adjudicating or holding trial on Petitioner's Grounds for relief that is neither available to the District Court by 2255 proceeding rules or well established Federal Habeas Corpus Jurisprudence.

The Order of March 15, 2013, sets forth a "two step" process spanning over a Ten Month time period before the District Court determines which of Petitioner's

-4-

grounds are allowed to proceed to a merits based discussion. Doc. 478, pg. 1-2

The order states "[T] court has preliminarily reviewed doc. nos. 472-475." Besides "472-475" being an ambiguous statement as it could be read to exclude or include docs "473" and "474," the Court's direction by Congress is to make the preliminary review, provided Judge Friot was "available," which Petitioner contends Judge Friot is not available for many reasons addressed in Petitioner's Motion to Recuse and Affidavit for Disqualification, Doc. 485 and 486, including the obvious that he is not available for assignment in the Northern District generally, or specifically without some declared authority from Congress, and simply "if the motion is not dismissed [which it was not] the Judge must order the United States attorney to file an answer, motion, or other response within a fixed time, or take other action the judge may order." See Rule 4(b).

Judge Friot did not dismiss after making the preliminary review and he did not order the United States Attorney to file an answer, motion, or other response but instead, presumably under the "take other action the judge may order" directed "the government" to address which grounds the Court "need not, and should not" address in these § 2255 proceedings. Doc. 478, pg. 1

The Court's order then allows for 5 months for Petitioner to respond to the government's "list" and then the Court will decide "which grounds for relief, if any should be stricken or dismissed" with another "briefing schedule as to the merits of any remaining grounds for relief" to follow. Doc. 478, pg. 3

Whatever the Court's reason to bifrucate Petitioner's right to seek a Writ of Habeas Corpus under Rule 4(b) it may have it did not say. However, it is clear more than 20 days suspends the Writ of Habeas Corpus.

Section 2255 enacted in 1948 "replaced traditional habeas corpus for federal prisoners..with a process that allowed the prisoner to file a motion with the sentencing court [challenging] his sentence." Boumediene v. Bush, 161 L.Ed. 2d 41 (2008) In 1952, the Supreme court "avoided the consittutional question" of whether

-5-

"§ 2255 was an unconstitutional suspension of the writ of habeas corpus...by holding that § 2255 was as broad as habeas corpus." Sanders v. U.S.. 373 U.S. 1. 13(1963). citing U.S. v. Hayman. 342 U.S. 205(1952).

Sanders explained that Hayman's holding was based on its finding that § 2255 was intended to provide in the sentencing court "a remedy exactly commensurate with that which had previously been available by habeas corpus" and "afforded the same rights" as habeas corpus. Id. at 13-14

The Judiciary Act of 1867, C.28, § 1, Stat. 385-386, codified in Rev. Stat. § 761, prescribed the remedies and procedures previously to federal prisoners from 1867 through enactment of § 2255:

    a) Rev. Stat. § 755, required the writ be directed to the person whose custody the prisoner is detained (the jailer);

    b) Rev. Stat. § 756, required the custodian make the return within 20 days;

    c) Rev. Stat. § 758, required the custodian produce the body at the same time he made the return;

    d) Rev. Stat. § 759, commanded the hearing shall be set not more than 5 days after the return, unless the prisoner requests a longer time.

thus, under the plain command of Rev. Stat. § 761, the Federal Habeas Corpus statute available to federal prisoners before § 2255, required the return be made, body produced, and cause heard within a period not to exceed 25 days.

Rev. Stat. § 761, further prescribed that "if any person or persons to whom such writs of habeas corpus may be directed shall refuse to obey the same, or shall neglect or refuse to make return, or shall make a false return...he or she shall be deemed and taken guilty of a misdemeanor."

In Holiday v. Johnston, 313 U.S. at 252, the Supreme Court held that "in view of the plain terms...in the haveas corpus act [referring to Rev.Stat. § 761] the courts may not substitute another mode...a rule of court, cannot overcome the plain command of the statute." Id.

The District Court's 10 months to do a bifrucated super duper second preliminary review, beyond that it has already done in issuing its March 15, 2013 order

creates its own rules of procedure and trifles the writ of habeas corpus. In Ex Pare Baez, 177 U.S. 378, 388-89(1900), the Supreme Court explained that the strict time provisions prescribed in Rev. Stat. § 756 were "taken almost literally from the habeas corpus act, chap. 2 of the 31st Car II, which was designed to remedy procrastination and trifling of the writ."

In Parker v. Ellis, 362 U.S. 574, 583-584, the Supreme Court discussed the history of the writs development in England leading to the Act of 31 Car, 1I(1679):

> "even the great writ was not secure from pressures of the English crown, and perhaps the most effective method of eviscerating the remedy proved to be procrastination...Abuses such as delay of over four months in the famour Jenkes case finally caused Parlament to enact the Habeas Corpus Act of 1679, 31 Car II, Ch. 2 which required returns on the writs to be made within the specified periods of time."

The office of the Great Writ of Habeas Corpus offered by Judge Friot is neither as swift or imperative as the one secured at Article I, § 9, Cl. 2 of the Constitution referenced in 28 U.S.C. § 2255 or Rule 1 of the Rules Governing 2255 proceedings. Petitioner claims Judge Friot has suspended the Writ of Habeas Corpus.

### March 27, 2013 Order

Petitioner filled out the Rule 3 application to proceed in forma pauperis tendered to Petitioner with the packet of forms offered by the Court Clerk in § 2255 cases. Judge Friot struck Petitioner's application based solely upon the finding no filing fees were required. Rule 3 explains why the application is necessary and why it remains something to send in with the application under § 2255. Judge Friot rejected that part of Rule 3's reasoning. See Doc. 480

### April 9, 2013 Order

Due to Judge Friot continually referencing only criminal case number Petitioner moved for clarification on why the Court was not using the new civil rights case number, Doc. 479, which Judge Friot held "A § 2255 motion is a continuation of the criminal case whose judgment is under attack, and no filing fee is required." see Doc. 480 Petitioner's Motion for Clarification is document 483. Judge Friot concluded "all documents are filed in the criminal case" which is in direct conf-

-7-

with numerous Supreme Court, Tenth Circuit, District Courts within the Tenth
Circuit, and Local Rules LCvR 9.2. Judge Friot's standing order is that Petitioner
is making a record in the criminal case and the civil case number means what?
Petitioner asked the Clerk's Office if he were to appeal to the Tenth Circuit
which case number would he use and what record would be available and has not
received any response to Petitioner's request.

### May 3, 2013 Order

After Petitioner filed his Motion to Recuse and Affidavit for Disqualification
the agency of Acting U.S. Attorney Thomas Scott Woodward, AUSA Kenneth Snoke,
Special AUSA Charles A. O'Reilly, and U.S. Attorney Danny C. Williams, moved to
Strike Petitioner's Motion and Affidavit. Doc. 487. In an order dated May 3, 2013
Judge Friot "conferring with the filer" recast the intent behind the motion to
strike as a response to Petitioner's Motion to Recuse and Disqualify Judge Friot.
Doc. 490. Petitioner contends ex parte communications are forbidden except under
certain conditions not available or present in this instance. The intend behind
the Four named U.S. Government Attorneys was clearly a Motion to Strike and the
proposed order that accompanied it left no room to doubt that intent.. As Petition-
er claimed in his Motion to Recuse and Affidavit Judge Friot has a deep seated
favortism in favor of the Government and against Petitioner and this Order demon-
strates more evidence not contained in the motion and affidavit.

### May 7, 2013 Order

In effort to expedite release Petitioner moved for declaratory judgment
pursuant to 28 U.S.C. § 2201, Federal Rules of Civil Procedure Rule 57, made appl-
icable through Rule 12 Governing 2255 proceedings, and Judge Friot struck that
Motion claiming that his March 15, 2013 order "established a two-step briefing
schedulre for addressing the numerous issues raised by Mr. Springer in his § 2255
motion" finding Petitioner had not asked for leave to amend [which was not remotely
at issue in the Motion, Doc. 488 and 489] or to modify the briefing schedule.

by the Court. Doc. 492

## May 15, 2013 Order

The District Court issued an order denying Appellant's Motion for Clarifi-
cation of who the "United States attorney" is from June 29, 2009 through May 3rd
2013's Motion to Strike and Response to Appellant's Motion to Recuse  and Affida-
vit for Disqualification, finding Mr. O'Reilly's removal by "ERRATA" the names
of Acting United States Attorney Thomas Scott Woodward and AUSA Kenneth P. Snoke
corrected to some extent what Appellant sought, mooting part and denying in part
Appellant's Motion.  The District Court also denied reconsideration of whether
a 2255 proceeding was a criminal case and without addressing the issue just
summarily denied Appellant's Motion to Reconsider. See Doc. 496.[1]

As can be clearly seen, Judge Friot is not complying with any rules that make
Petitioner's remedy under § 2255 as swift or imperative as Federal Habeas Corpus.[2]

Respectfully Submitted

Prisoner #02580-063
Federal Correctional Institution
1900 Simler Ave
Big Spring, Texas 79720

## CERTIFICATE OF SERVICE

I hereby certify that on May 23, 2013, I mailed Petitioner's Amended Notice
of Interlocutory Appeal to the Clerk of Court, 333 West Fourth Street, Tulsa,
Oklahoma, 74103:

I further certify that all parties will receive service through this Court's
ECF system:

Danny C. Williams-United Statse attorney

_____
1.  All documents are filed in 09-cr-043 for some unknown reason.
2.  "Plainly, were the prisoner invoking § 2255...subject to any substantial proc-
edure hurdles which made his remedy under § 2255 less swift and imperative than
Federal Habeas Corpus the gravest doubts would be engendered as the Court in Hayman
implicitly recognized." Sanders, 373 U.S. at 14.

## DECLARATION OF MAILING

I declare under the penalty of perjury pursuant to 28 U.S.C. § 1746(1) under the laws of the United States of America that I placed the above Amended Notice of Interlocutory Appeal in the U.S. Mail Box located inside FCI Big Spring Federal Prison on May 23, 2013.

Declarant



Lindsey Kent Springer
#02580-063
Federal Correctional Institute
1900 Simler Ave
Big Spring, Texas 79720

RECEIVED
May 28 2013
Phil Lombardi, Clerk
U.S. DISTRICT COURT

09-CR-43-SPF

Clerk of Court
US District Court
Northern District of Oklahoma
333 West Fourth Street
Tulsa, Oklahoma 74103

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OKLAHOMA

LINDSEY KENT SPRINGER,       )

    Petitioner/Movant,       )

v.       )

UNITED STATES OF AMERICA,       )

    Respondent.       )

Case No. 13-cv-145
(Formerly 09-cr-043)

**FILED**

MAY 15 2013

Phil Lombardi, Clerk
U.S. DISTRICT COURT

### NOTICE OF INTERLOCUTAORY APPEAL

Lindsey Kent Springer ("Petitioner") pursuant to 28 U.S.C. § 1291(a), Rule 11 Governing 2255 Proceedings, Rule 12 also to the extent necessary, and pursuant to Fed.R.App.Pr. 4(a), files his Notice of Interlocutory Appeal of the United States District Judge, Honorable Stephen P. Friot, Western District of Oklahoma's assignment to Petitioner's civil rights action dated March 11, 2013, as well as orders issued by Judge Friot dated March 11, 2013(Doc. 476)[1]; March 15. 2013 (Doc. 478); March 27. 2013(Doc. 480); April 9. 2013; and May 7. 2013. respectively and concurrently. This notice is premised upon Cohen v. Beneficial Indus. Loan Corp. 337 U.S. 541. 546 (1949). Mitchell v. Forsyth. 472 U.S. 511. 527(1985) and Cooper & Lybrand v. Livesay. 437 U.S. 463. 468(1978) which establish Petitioner must show the orders at issue "conclusively determine the disputed question. resolve an important issue completely separate from the merits of the action. and [are] effectively unreviewable on appeal from a final judgment." This Notice also includes the order of 5.3.13 ∠KS

March 11. 2013

28 U.S.C. § 2255 provides five general reasons Petitioner can invoke its terms including when a prisoner seeks release from captivity on grounds (1) that the sentence was imposed in violation of the Constitution; (2) or in violation of the laws of the United States; (3) the Court was eithout jurisdiction to impose such sentence; (4) the sentence was in excess of the maximum authorized by law; and (5) being otherwise subject to collateral attack.

On April 26. 1976. the Supreme Court of the United States pursuant to 28 U.S.C.

1. All documents are Filed in 09-cr-043 For Some unknown reason.

§ 2072 approved rules and forms governing proceedings in the United States District Courts under 28 U.S.C. § 2255. Pub.L. 94-426, § 1 dated September 28, 1976, 90 Stat. 1334, enacted the Supreme Court's Order under 28 U.S.C. § 2072 dated April 26, 1976 with one modification.

The Supreme Court's order provides that the proposed, now enacted, § 2255 rules shall be applicable to all proceedings then pending, except to the extent that in the opinion of the Court their application in a particular proceeding would not be feesible or would work an injustice.

Rule 1(a)(1), (2), (3) and (4) of the Rules Governing 2255 proceedings reflects the language of § 2255(a). Rule 2 directs the "motion" is an "application." Rule 3(a) requires Petitioner to serve his application with the Clerk of Court who then is directed to "deliver or serve a copy of the motion on the United States Attorney in that district, together with a notice of its filings." The notes to Rule 3 direct even though no filing fee is required to activate 2255 proceedings, the applicant should still file the application to proceed informa pauperis due to other type reasons pauper status would address that come up.

The Order of March 11, 2013 states:

"at the direction of Stephen P. Friot, U.S. District Judge, it is hereby ordered that : The Clerk is directed to provide a copy of the motion ... under 28 U.S.C. § 2255 filed on 3-11-2013 in the referenced case to Counsel for the United States of America. This notification is made pursuant to Rules of the Supreme Court and this Court. No answer or other responsive pleading is required unless the Court orders otherwise."

See Doc. 476

Document 476 also displays a new case number of 13-cv-145-SPF-TLW. Id.

Rule 3 directs the Clerk of Court to serve the United States Attorney for the Northern District of Oklahoma [that district] as the party responsible to answer for Petitioner's continued imprisonment, not "Counsel for the United States of America." Petitioner finds no mention in the rules governing 2255 proceedings for such an office nor any Federal Statute whatsoever. Nor did Congress or the Supreme

-2-

Court place the discretion as to whether to serve Petitioner's application in the power of the District Court.  Congress and the Supreme Court specifically directed the Clerk of Court to serve the United States Attorney for that District.  Congress and the Supreme Court clearly intended the meaning of "United States Attorney in that District" to mean the United States Attorney approved by the Senate under 28 U.S.C. § 541.

"It may be that the practive is a convenient one but, if so, that consideration is for Congress.  In view of the plain terms in which the congressional policy is evidenced in the habeas corpus act, the courts may not substitute another more convenient mode of trial." Holiday v. Johnston, 313 U.S. 342, 352(1941)

"Contrary to the Government's assertion, there is a 'basis to presume' that the procedures...violate the law...Under these circumstances, review...in advance of a findal decision...is appropriate."  Hamad v. Rumsfeld, 584 U.S. 557, 616(2006) Although the issue of the new civil case number itself does not appear by the order of March 11, 2013, the next order removes any doubt the District Court is proceeding under a different theory of the office of Habeas Corpus than that the Supreme Court, Congress, Tenth Circuit, other District Courts within the Tenth Circuit, and Local Rules LCvR. 9.2 spell out.

March 15, 2013

The District Court issues an order on March 15, 2013 in which  the style and heading of the case places Petitioner as the "Defendant/Movant" and the United States of America as the "Plaintiff/Respondent." See Doc. 478.  This heading differs from Document 476 in that there was only the United States of America as the "Plaintiff" and Petitioner as the "Defendant." See Doc. 476.  This distinction may seem petty but when gathered with the omission of the new civil proceeding case number 13-cv-145 the innocense evaporates immediately in the context of Federal Habeas Corpus.

The District Court was required by Rule 4 to make a "Preliminary Review" and

-3-

this Rule under 2255 aproceedings directs the Clerk is to promptly forward Petitioner's application to the Judge who imposed the orders being collaterally attacked unless the Judge is "not available" and then the Clerk is to forward the application to a Judge under its assignment procedure.

Local Civil Rule LCvR 40.1(a) directs assignment of District Judges to any Criminal or Civil cases be assigned according to "a system based on random selection both for initial assignment and for assignment in the event of recusal."

Judge Friot was not named as a Northern District Judge available for random assignment in new civil rights actions of which the Supreme Court has held numerous times, as has the Tenth Circuit, and other District Courts within the Circuit, that a section 2255 proceeding begins a "civil action." See LCvR 9.2

In addition to Judge Friot not being available under Rule 4(a) because he is not an available Northern District Judge, Local Civil Rule LCvR 40.1(b) directs when a new civil case is docketed a Magistrate Judge is randomly assigned.  In Document 476 the Clerk assigned Magistrate Wilson to 13-cv-145.  There was never any Magistrate assigned to 09-cr-043.

In addition to the assignment of Petitioner's civil rights claims being assigned to Judge Friot, who is commissioned in the Western District of Oklahoma, being unlawful, and that Judge Friot only references 09-cr-043 in Document # 478, referencing the United States of America as "Plaintiff/Respondent" and Petitioner as "Defendant/Movant" which was not the case in 09-cr-043, and that local rules and the assignment of Magistrate Wilson show a civil rights action was commenced on March 11, 2013, the March 15, 2013 order sets for a procedure in adjudicating or holding trial on Petitioner's Grounds for relief that is neither available to the District Court by 2255 proceeding rules or well established Federal Habeas Corpus Jurisprudence.

The Order of March 15, 2013, sets forth a "two step" process spanning over a Ten Month time period before the District Court determines which of Petitioner's

grounds are allowed to proceed to a merits based discussion. Doc. 478, pg. 1-2

The order states "[T] court has preliminarily reviewed doc. nos. 472-475." Besides "472-475" being an ambiguous statement as it could be read to exclude or include docs "473" and "474," the Court's direction by Congress is to make the preliminary review, provided Judge Friot was "available," which Petitioner contends Judge Friot is not available for many reasons addressed in Petitioner's Motion to Recuse and Affidavit for Disqualification, Doc. 485 and 486, including the obvious that he is not available for assignment in the Northern District generally, or specifically without some declared authority from Congress, and simply "if the motion is not dismissed [which it was not] the Judge must order the United States attorney to file an answer, motion, or other response within a fixed time, or take other action the judge may order." See Rule 4(b).

Judge Friot did not dismiss after making the preliminary review and he did not order the United States Attorney to file an answer, motion, or other response but instead, presumably under the "take other action the judge may order" directed "the government" to address which grounds the Court "need not, and should not" address in these § 2255 proceedings. Doc. 478, pg. 1

The Court's order then allows for 5 months for Petitioner to respond to the government's "list" and then the Court will decide "which grounds for relief, if any should be stricken or dismissed" with another "briefing schedule as to the merits of any remaining grounds for relief" to follow. Doc. 478, pg. 3

Whatever the Court's reason to bifrucate Petitioner's right to seek a Writ of Habeas Corpus under Rule 4(b) it may have it did not say. However, it is clear more than 20 days suspends the Writ of Habeas Corpus.

Section 2255 enacted in 1948 "replaced traditional habeas corpus for federal prisoners..with a process that allowed the prisoner to file a motion with the sentencing court [challenging] his sentence." Boumediene v. Bush, 161 L.Ed. 2d 41 (2008) In 1952, the Supreme court "avoided the consittutional question" of whether

-5-

"§ 2255 was an unconstitutional suspension of the writ of habeas corpus...by holding that § 2255 was as broad as habeas corpus." Sanders v. U.S.. 373 U.S. 1. 13(1963). citing U.S. v. Hayman. 342 U.S. 205(1952).

Sanders explained that Hayman's holding was based on its finding that § 2255 was intended to provide in the sentencing court "a remedy exactly commensurate with that which had previously been available by habeas corpus" and "afforded the same rights" as habeas corpus. Id. at 13-14

The Judiciary Act of 1867, C.28, § 1, Stat. 385-386, codified in Rev. Stat. § 761, prescribed the remedies and procedures previously to federal prisoners from 1867 through enactment of § 2255:

a) Rev. Stat. § 755, required the writ be directed to the person whose custody the prisoner is detained (the jailer);

b) Rev. Stat. § 756, required the custodian make the return within 20 days;

c) Rev. Stat. § 758, required the custodian produce the body at the same time he made the return;

d) Rev. Stat. § 759, commanded the hearing shall be set not more than 5 days after the return, unless the prisoner requests a longer time.

thus, under the plain command of Rev. Stat. § 761, the Federal Habeas Corpus statute available to federal prisoners before § 2255, required the return be made, body produced, and cause heard within a period not to exceed 25 days.

Rev. Stat. § 761, further prescribed that "if any person or persons to whom such writs of habeas corpus may be directed shall refuse to obey the same, or shall neglect or refuse to make return, or shall make a false return...he or she shall be deemed and taken guilty of a misdemeanor."

In Holiday v. Johnston, 313 U.S. at 252, the Supreme Court held that "in view of the plain terms...in the haveas corpus act [referring to Rev.Stat. § 761] the courts may not substitute another mode...a rule of court, cannot overcome the plain command of the statute." Id.

The District Court's 10 months to do a bifrucated super duper second preliminary review, beyond that it has already done in issuing its March 15, 2013 order

creates its own rules of procedure and trifles the writ of habeas corpus. In Ex

Pare Baez, 177 U.S. 378, 388-89(1900), the Supreme Court explained that the strict

time provisions prescribed in  Rev. Stat. § 756 were "taken almost literally from

the habeas corpus act, chap. 2 of the 31st Car II, which was designed to remedy

procrastination and trifling of the writ."

In Parker v. Ellis, 362 U.S. 574, 583-584, the Supreme Court discussed the

history of the writs development in England leading to the Act of 31 Car, 1I(1679):

> "even the great writ was not secure from pressures of the English crown, and
> perhaps the most effective method of eviscerating the remedy proved to be pro-
> crastination...Abuses such as delay of over four months in the famour Jenkes
> case finally caused Parlament to enact the Habeas Corpus Act of 1679, 31 Car II,
> Ch. 2 which required returns on the writs to be made within the specified
> periods of time."

The office of the Great Writ of Habeas Corpus offered by Judge Friot is neither

as swift or imperative as the one secured at Article I, § 9, Cl. 2 of the Constit-

ution referenced in 28 U.S.C. § 2255 or Rule 1 of the Rules Governing 2255 proceed-

ings.  Petitioner claims Judge Friot has suspended the Writ of Habeas Corpus.

### March 27, 2013 Order

Petitioner filled out the Rule 3 application to proceed in forma pauperis

tendered to Petitioner with the packet of forms offered by the Court Clerk in §

2255 cases.   Judge Friot struck Petitioner's application based solely upon the

finding no filing fees were required.  Rule 3 explains why the application is

necessary and why it remains something to send in with the application under § 2255.

Judge Friot rejected that part of Rule 3's reasoning. See Doc. 480

### April 9, 2013 Order

Due to Judge Friot continually referencing only criminal case number Petit-

ioner moved for clarification on why the Court was not using the new civil rights

case number, Doc. 479, which Judge Friot held "A § 2255 motion is a continuation

of the criminal case whose judgment is under attack, and no filing fee is required."

see Doc. 480  Petitioner's Motion for Clarification is document 483. Judge Friot

concluded "all documents are filed in the criminal case" which is in direct conf-

with numerous Supreme Court, Tenth Circuit, District Courts within the Tenth
Circuit, and Local Rules LCvR 9.2.  Judge Friot's standing order is that Petitioner
is making a record in the criminal case and the civil case number means what?
Petitioner asked the Clerk's Office if he were to appeal to the Tenth Circuit
which case number would he use and what record would be available and has not
received any response to Petitioner's request.

### May 3, 2013 Order

After Petitioner filed his Motion to Recuse and Affidavit for Disqualification
the agency of Acting U.S. Attorney Thomas Scott Woodward, AUSA Kenneth Snoke,
Special AUSA Charles A. O'Reilly, and U.S. Attorney Danny C. Williams, moved to
Strike Petitioner's Motion and Affidavit.  Doc. 487.  In an order dated May 3, 2013
Judge Friot "conferring with the filer" recast the intent behind the motion to
strike as a response to Petitioner's Motion to Recuse and Disqualify Judge Friot.
Doc. 490.  Petitioner contends ex parte communications are forbidden except under
certain conditions not available or present in this instance.  The intend behind
the Four named U.S. Government Attorneys was clearly a Motion to Strike and the
proposed order that accompanied it left no room to doubt that intent.  As Petition-
er claimed in his Motion to Recuse and Affidavit Judge Friot has a deep seated
favortism in favor of the Government and against Petitioner and this Order demon-
strates more evidence not contained in the motion and affidavit.

### May 7, 2013 Order

In effort to expedite release Petitioner moved for declaratory judgment
pursuant to 28 U.S.C. § 2201, Federal Rules of Civil Procedure Rule 57, made appl-
icable through Rule 12 Governing 2255 proceedings, and Judge Friot struck that
Motion claiming that his March 15, 2013 order "established a two-step briefing
schedulre for addressing the numerous issues raised by Mr. Springer in his § 2255
motion" finding Petitioner had not asked for leave to amend [which was not remotely
at issue in the Motion, Doc. 488 and 489] or to modify the briefing schedule.

-8-

by the Court." Doc. 492

    As can be clearly seen Judge Friot is not complying with any rules that make Petitioner's remedy under § 2255 as swift or imperative as Federal Habeas Corpus. ²

Respectfully Submitted

*[signature]*
Prisoner # 02580-063
Federal Correctional Institution
1900 Simler Ave
Big Spring, Texas 79720

## CERTIFICATE OF SERVICE

    I here by certify that on May 10, 2013, I mailed Petitioner's Notice of Interlocutory Appeal to Clerk of Court, 333 West Fourth Street, Tulsa, Oklahoma 74103:

    I further certify that all parties will receive service through this Court's ECF system:

United States Attorney
United States of America
Charles A. O'Reilly

*[signature]*

## DECLARATION OF MAILING

    I declare under the penalty of perjury that on May 10, 2013, I placed the above Notice of Interlocutory Appeal in the U.S. Mail Box located inside FCI Big Spring Federal Prison, pursuant to 28 U.S.C. § 1746(1).

*[signature]*
Declarant

---

2. "Plainly were the prisoner invoking § 2255... Subject to any Substantial procedures hurdles which made his remedy under § 2255 less swift and imperative than Federal Habeas Corpus the gravest doubts would be engendered as the Court in Hayman implicitly recognized." Sanders v. U.S 373 U.S. 1, 14 (1963.)



# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

United States of America,

                    Plaintiff,

vs.                                    Criminal Court Case No. 09-cr43-SPF

                                      Civil Court Case No. 13-CV-145-SPF-TLW

Lindsey Kent Springer,

                    Defendant(s).

MINUTE ORDER

At the direction of Stephen P. Friot, U.S. District Judge, it is hereby ordered that:

The Clerk is directed to provide a copy of the MOTION to Vacate/Set Aside/Correct Sentence under 28 U.S.C. 2255 filed on 3-11-2013 in the referenced case to Counsel for the United States of America. This notification is made pursuant to the Rules of the United States Supreme Court and this Court. No answer or other responsive pleading is required unless the Court orders otherwise.

Phil Lombardi,
Clerk of Court, United States District Court

_____
          S/ S. Turner
By: S. Turner, Deputy Clerk

## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff/Respondent, | ) |
| | ) |
| vs. | )   Case No. 09-CR-0043-SPF |
| | ) |
| LINDSEY KENT SPRINGER, | ) |
| | ) |
| Defendant/Movant. | ) |

## ORDER

Defendant/movant Lindsey Kent Springer (movant) moves under 28 U.S.C. § 2255, seeking to vacate, set aside, or correct movant's sentence. Doc. nos. 472 - 475. The motion asserts 76 separate grounds for relief. The moving papers, taken together, present 271 pages of material.

The court has preliminarily reviewed doc. nos. 472 - 475. The court notes that movant asserts numerous matters which would appear to have been previously litigated and adjudicated in the underlying criminal proceedings, or which could have been asserted in those proceedings. The court intends to address movant's § 2255 claims in two steps. The first step, not directed to the substantive merits of any of the grounds asserted by movant for § 2255 relief, will be to identify those grounds for relief which the court need not, and should not, address in these § 2255 proceedings because they were, or could have been, asserted in the proceedings in the underlying criminal prosecution. Any such grounds will be stricken or dismissed without merits briefing from the government and without merits consideration from the court. The second step will be consideration of the merits of any remaining grounds asserted by movant for § 2255 relief.

Accordingly, the government is **DIRECTED** to file a preliminary response to Mr. Springer's motion not later than August 19, 2013, as follows. The government's preliminary response shall concisely list (with supporting record citations) those grounds for relief, if any, which the government contends should be stricken or dismissed because it is clear that they are procedurally barred, for example, because they were raised and resolved in the proceedings in the underlying criminal prosecution, or because they could have been, but were not, raised in those proceedings.

*See generally*, United States v. Frady, 456 U.S. 152, 165 (1982) ("we have long and consistently affirmed that a collateral challenge may not do service for an appeal"); United States v. Warner, 23 F.3d 287, 291 (10th Cir. 1994) ("2255 motions are not available to test the legality of matters which should have been raised on direct appeal"; "[a] defendant's failure to present an issue on direct appeal bars him from raising the issue in his § 2255 motion, unless he can show cause excusing his procedural default and actual prejudice resulting from the errors of which he complains, or can show that a fundamental miscarriage of justice will occur if his claim is not addressed"; district court did not err in dismissing § 2255 motion as to claims previously considered and disposed of on direct appeal, citing United States v. Prichard, 875 F.2d 789, 791 (10th Cir. 1989), for the proposition that "absent intervening change in law of circuit, issues disposed of on direct appeal generally will not be considered in a §2255 collateral attack").

Movant's reply to the government's preliminary response shall pertain only to the issues raised in the government's preliminary response (*e.g.*, shall not address the merits of any asserted grounds for relief), and shall be due not later than five months from the date the government's preliminary response is filed.

Absent leave of court, the court's rules limiting briefs to twenty-five pages shall apply.

After the court has, with the benefit of the filings called for above, determined which grounds for relief, if any, should be stricken or dismissed, the court will establish a briefing schedule as to the merits of any remaining grounds for relief.

Dated this 15th day of March, 2013.


STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE


09-0043p099.wpd

# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA,    )
    )
    Plaintiff/Respondent,    )
    )
vs.    )    Case No. 09-cr-0043-SPF
    )
LINDSEY KENT SPRINGER,    )
    )
    Defendant/Movant.    )

## ORDER

Mr. Springer has filed an application to proceed without prepayment of fees, with respect to his pending motion for relief under 28 U.S.C. § 2255. Doc. no. 479. A § 2255 motion is a continuation of the criminal case whose judgment is under attack, and no filing fee is required. See, Rule 3, Rules Governing Section 2255 Proceedings, Adv. Comm. Notes accompanying 1976 adoption. The application is **STRICKEN** as moot.

Dated this 27th day of March, 2013.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

09-0043p0100.wpd

## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff/Respondent, | ) | |
| | ) | |
| vs. | ) | Case No. 09-cr-0043-SPF |
| | ) | |
| LINDSEY KENT SPRINGER, | ) | |
| | ) | |
| Defendant/Movant. | ) | |

## ORDER

In response to the four questions in Mr. Springer's "Motion to Clarify Specifically," doc. no. 483, the court states as follows.  1).  Motions brought under 28 U.S.C. § 2255 receive a civil case number when filed, but all documents filed in such matters are filed in the underlying criminal case.  All documents are filed in the criminal case regardless of whether the caption shows the criminal case number or both the criminal and civil case numbers.  2) Previously addressed; see doc. no. 480, citing language from the 1976 Adv. Comm. Notes to Rule 3, Rules Governing Section 2255 Proceedings.  3).  Mr. Springer's motion for pauper status has been previously addressed.  Doc. no. 480.  4).  Document no. 479 is Mr. Springer's "Application to Proceed without Prepayment of Fees and Affidavit," so there is no need to provide a copy of this document to Mr. Springer.  The motion at doc. no. 483 is **TERMED**.

Dated this 9th day of April, 2013.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

09-0043p102.wpd

# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA,     )
           )
      Plaintiff/Respondent,     )
           )
vs.           )    Case No. 09-cr-0043-SPF
           )
LINDSEY KENT SPRINGER,     )
           )
      Defendant/Movant.     )

## ORDER

Although entitled as a "motion," after conferring with the filer regarding the government's intent, the United States' filing at doc. no. 487 is construed as, and has been docketed as, a response to Mr. Springer's filings at doc. nos. 485 and 486.  No response brief to doc. no. 487 is required from Mr. Springer.  However, if Mr. Springer wishes to file a reply brief, he may do so on or before May 17, 2013.

Dated May 3, 2013.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

09-0043p103.wpd

# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF OKLAHOMA

|                             |     |                       |
|-----------------------------|-----|-----------------------|
| UNITED STATES OF AMERICA,   | )   |                       |
|                             | )   |                       |
|     Plaintiff/Respondent, | ) |    |
|                             | )   |                       |
| vs.                         | )   | Case No. 09-cr-0043-SPF |
|                             | )   |                       |
| LINDSEY KENT SPRINGER,      | )   |                       |
|                             | )   |                       |
|     Defendant/Movant. | ) |       |

## <u>ORDER</u>

Movant-defendant Lindsey Springer has filed a document entitled "Motion for Declaratory Judgment Remedy." Doc. no. 488. The motion, supported with a 34-page brief, purports to set out forty-four issues for declaratory relief in his pending § 2255 matter. The pending § 2255 motion is a 90-page document with a 148-page supporting declaration. With the goal of adjudicating the lengthy § 2255 motion in an efficient and orderly manner, the court, in its order at doc. no. 478, established a two-step briefing schedule for addressing the numerous issues raised by Mr. Springer in his § 2255 motion. Mr. Springer has no leave to amend or to modify the briefing schedule established by the court. The motion at doc. no. 488 is **STRICKEN**.

Dated May 7, 2013.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

09-0043p105.wpd