## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA,       )
                                )
    Plaintiff/Respondent,       )
                                )
vs.                             )       Case No. 09-cr-0043-SPF
                                )
LINDSEY KENT SPRINGER,          )
                                )
    Defendant/Movant.           )

### <u>ORDER</u>

Movant Lindsey Kent Springer seeks an order disqualifying Charles A. O'Reilly from representing the United States in this § 2255 matter. Doc. no. 507. Mr. Springer argues that Mr. O'Reilly "deserves disqualification" because "his word cannot be trusted as an officer of the court," he is not a United States Attorney, he is a witness and a central reason for movant's civil rights claims in this § 2255 matter (this particular argument is presented in three sentences which offer no developed argument or details), and because he has no statutory authority to conduct or argue on behalf of the United States in this matter. Doc. no. 507, p. 30 (court's as-filed pagination).

Mr. Springer has also filed a motion asking the court to substitute United States Attorney Danny C. Williams for the respondent, the United States of America, on the theory that Mr. Williams is the real party in interest. Doc. no. 508.

The government has not responded to either motion although the time for a response is past due.

Upon review, the court finds that no basis has been shown for the relief requested.  Both motions (doc. nos 507 and 508) are **DENIED**.

Dated this 25th day of June, 2013.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

09-0043p108.wpd