# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff/Respondent, ) | |
| ) | |
| vs. ) | Case No. 09-cr-0043-SPF |
| ) | |
| LINDSEY KENT SPRINGER, ) | |
| ) | |
| Defendant/Movant. ) | |

## ORDER

No basis for conditional release (the relief requested in Lindsey Kent Springer's motions at doc. nos. 512 and 513) has been shown. The motions are **DENIED**.

Dated this 3rd day of July, 2013.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

09-0043p109.wpd