09-CR-43-SPF-1

To: Clerk of Court
   Honorable Phil Lombardi
   United States District Court
   Northern District of Oklahoma
   333 West Fourth Street
   Tulsa, Oklahoma 74103

From: Lindsey Kent Springer
   Prisoner I.D. # 02580-063
   Federal Correctional Institution
   1900 Simler Ave
   Big Spring, Texas 79720

**FILED**

JUL 24 2013

Phil Lombardi, Clerk
U.S. DISTRICT COURT

Dear Mr. Lombardi

   Thank you for your honorable service to these United States of America. I write to you today seeking to know whether at any time between June 28, 2009 and July, 2012, did the Judges of the Northern District of Oklahoma exercise their authority under 28 U.S.C. § 546(d) to appoint a United States Attorney for the Northern Judicial District of Oklahoma after any appointment by the Attorney General pursuant to § 546(c)(2) of a United States Attorney for the 120 day period provided in § 546(c)(2) termed or expired?

   Section 546(d) states:

   "The order of appointment by the Court shall be filed with the Clerk of Court."

   Mr. Snoke informed the record in my case that on January 21, 2010, the Attorney General appointed Thomas Scott Woodward as United States Attorney. So, if one existed, this date may help you answer my question.

   I would appreciate any order of appointment you can provide and if I need one of my children to visit the Courthouse I can do that also to retrieve any order you may have if you are prohibited from providing it to me by mail. My June 28. 2009 date is the date David E. O'Meilia resigned his office if that helps advance your assistance in this matter. The July. 2012 date is the date Danny C. Williams became President Obama's appointee for United States Attorney for the Northern District of Oklahoma.

   God please save these United States of America. God bless your office.

                              Respectfully yours.

                              *Lindsey K Springer*  7.21.13

✓ Mail   __ No Cert Svc   __ No Orig Sign
__ C/J   __ C/MJ   __ C/Ret'd   __ No Env
__ No Cpy's   __ No Env/Cpy's   __ O/J   __ O/MJ



Lindsey Keit Spryer
PrisonerId # 02580-063
Federal Correctional Institution
1900 Simler Avenue
Big Spryn, Texas 79720

13-CV-445-SPF-TLW
09-CR-43-SPF-1
"Legal Mail"

MIDLAND TX 797
RIO GRANDE DISTRICT
22 JUL 2013 PM 2 T

Postmarked 7/22/13 - SC

Clerk of Court
Honorable Phil Lombard
United States District Court
Northern District of Oklahoma
333 West Fourth Street
Tulsa, Oklahoma 74103

RECEIVED
JUL 24 2013
Phil Lombardi, Clerk
U.S. DISTRICT COURT

7810383839