IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff/Respondent, ) | |
| ) | |
| v. ) | Case No. 09-CR-043-SPF |
| ) | |
| LINDSEY KENT SPRINGER, ) | |
| ) | |
| Defendant/Movant. ) | |

## ORDER

The Government's request for an extension of time to file its preliminary response to Defendant Lindsey Kent Springer's Motion for Relief under 28 U.S.C. §2255 (Docket No. 516) is granted. The government's preliminary response is now due on September 9, 2013.

DATED this 15th day of August, 2013.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

09-0043p110.PO.wpd