

**13-5113 In re: Springer "Order filed" (4:13-CV-00145-SPF-TLW)**

ca10_cmecf_notify     to:     09/18/2013 11:25 AM

From: ca10_cmecf_notify@ca10.uscourts.gov
To:

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

Tenth Circuit Court of Appeals

Notice of Docket Activity

The following transaction was entered on 09/18/2013 at 10:24:07 AM MDT and filed on 09/18/2013

Case Name: In re: Springer
Case Number: 13-5113

Docket Text:
[10108970] Order filed by Judges Lucero, Ebel and Holmes granting Appellant's motion for leave to proceed in forma pauperis (text entry only, please see dispositive order). Served on. [13-5113] (NA)

Notice will be electronically mailed to:

Mr. Jeffrey Andrew Gallant: jeff.gallant@usdoj.gov, kathie.hall@usdoj.gov, bill.wright@usdoj.gov
Mr. Charles Anthony O'Reilly: Charles.A.O'Reilly@usdoj.gov, Charles.A.OReilly@usdoj.gov, sdusao.appeal@usdoj.gov, Western.Taxcriminal@usdoj.gov


Notice will not be electronically mailed to the following as the Court does not have a valid email address on file. If appropriate, notice will be delivered by other means to:


Lindsey K. Springer
FCI - Big Spring
1900 Simler Avenue
Big Spring, TX 79720


The following information is for the use of court personnel:


DOCKET ENTRY ID: 10108970
RELIEF(S) DOCKETED:
   Leave to Proceed In Forma Pauperis
DOCKET PART(S) ADDED: 3449735, 3449736, 3440990