

To: Clerk of Court          Re 13-CV-145
                              (Formerly 09-CR-043)

My name is Lindsey Springer and please receive and file the enclosed Motion to Strike. Just in case you did not update your records, my new address is:

Lindsey Kent Springer
#02580-063
Federal Correctional Institution
P.O. Box 1500
El Reno, Oklahoma 73036

**FILED**
OCT 7 2013
Phil Lombardi, Clerk
U.S. DISTRICT COURT

Thank you and God Bless you

*Lindsey K Springer*    10.3.13

✓ Mail      ___ No Cert Svc      ___ No Orig Sign
___ C/J    ___ C/MJ    ___ C/Ret'd    ___ No Env
___ No Cpys    ✓ No Env/Cpys    ___ O/J    ___ O/MJ

Lindsey Kent Springer
#02580-063
Federal Correctional Institute
P.O. Box 1500
El Reno, Oklahoma 73036

**RECEIVED**
OCT 7 2013
Phil Lombardi, Clerk
U.S. DISTRICT COURT

"Legal Mail"

Clerk, U.S. District Court
Northern District of Oklahoma
333 West Fourth Street
Tulsa, Oklahoma 74103

09-CR-43-SPF

postmark illegible