IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff/Respondent, ) | |
| vs. ) | Case No. 09-CR-0043-1-SPF |
| LINDSEY KENT SPRINGER, ) | |
| Defendant/Movant. ) | |

## ORDER

Mr. Springer's motion to file a sixty-page reply brief is **GRANTED**. Doc. no. 532.

Dated this 3rd day of February, 2014.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

09-0043p113.wpd