# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff/Respondent, | ) |
| vs. | ) Case No. 09-CR-0043-SPF |
| LINDSEY KENT SPRINGER, | ) |
| Defendant/Movant. | ) |

## ORDER

Mr. Springer moves the court for reconsideration of certain aspects of its order of January 6, 2014. Motion at doc. no. 531. In his motion, Mr. Springer also asks the court to require the United States to produce certain documentation regarding Special Assistant United States Attorney Charles A. O'Reilly's authority to represent the United States in this matter. The motion is **DENIED**.

Dated this 13th day of January, 2014.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

09-0043p114.wpd