IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff/Respondent, | ) |
| vs. | ) Case No. 09-CR-0043-SPF |
| LINDSEY KENT SPRINGER, | ) |
| Defendant/Movant. | ) |

## ORDER

  Mr. Springer moves to disqualify the undersigned. Doc. no. 538. He makes various arguments which challenge the undersigned's authority in this § 2255 matter and in the underlying criminal proceedings. See summary of arguments, doc. no. 538, p. 15. This court's order of March 4, 2014 has already rejected various jurisdictional arguments in which Mr. Springer challenges the undersigned's authority and the jurisdiction of the court. See, doc. no. 537, p. 8. Regardless, all of Mr. Springer's arguments for disqualification, whether construed as previously made or as made for the first time in this motion, are rejected on their merits. The motion is **DENIED**.

  Dated this 5th day of March, 2014.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

09-0043p117.wpd