# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff/Respondent, | ) |
| vs. | ) Case No. 09-CR-0043-SPF |
| LINDSEY KENT SPRINGER, | ) |
| Defendant/Movant. | ) |

## ORDER

The government's response to Mr. Springer's motion to return property, doc. no. 540, is **DUE** April 9, 2014. No reply brief is permitted at this time.

Dated this 24th day of March, 2014.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

09-0043p118.wpd