IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff/Respondent, ) | |
| ) | |
| vs. ) | Case No. 09-CR-0043-SPF |
| ) | |
| LINDSEY KENT SPRINGER, ) | |
| ) | |
| Defendant/Movant. ) | |

## **ORDER**

Mr. Springer has filed four new motions in this proceeding under 28 U.S.C. §2255. No response briefs are required in order for the court to rule.

### 1. Doc. No. 543.

Mr. Springer's "Motion for Identity of Statutory Authority of Honorable Stephen P. Friot," doc. no. 543, raises an issue regarding the authority of the undersigned. This issue has been raised previously by Mr. Springer and has been ruled on. The motion is **DENIED**.

### 2. Doc. No. 544.

Mr. Springer's "Motion to Reconsider Order Dated March 4, 2014," doc. no. 544, complains about the court's order of that date. Mr. Springer argues, among other things, that the order addressed some issues on their merits although the court had previously made clear that merits-based issues would be addressed at the next stage. Regardless, the court is not required to allow further briefing on issues which it would be a waste of the parties' and the court's resources to further entertain. Mr. Springer also complains that the court's March 4 order did not adequately specify the basis upon which certain grounds for relief were dismissed. The court has considered this

contention but, having done so, finds no reason for further reconsideration of this or any other issue raised in Mr. Springer's motion. The motion is **DENIED**.

### 3. Doc. no. 545.

Mr. Springer's "Motion for Appointment of Sixth Amendment Counsel," doc. no. 545, asks the court to appoint counsel to Mr. Springer for purposes of Mr. Springer's ineffective assistance of counsel grounds for relief. There is no reason to appoint counsel at this stage, and the motion is **DENIED**.

### 4. Doc. no. 546.

The above-described motion for appointment of counsel states that Mr. Springer has "also attached his original application to proceed [without prepayment of fees and affidavit] struck by the Court in the event it becomes necessary to show movant's ability to afford counsel is wanting." Doc. no. 545, p. 5. The referred to in forma pauperis application was incorrectly docketed as a separate motion, at doc. no. 546. The clerk is **DIRECTED** to terminate doc. no. 546 as a motion.

Dated this 31st day of March, 2014.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

09-0043p120.wpd