In The United States District Court
For The Northern District of Oklahoma

**FILED**

APR 7 2014

Phil Lombardi, Clerk
U.S. DISTRICT COURT

Lindsey Kent Springer
        Petitioner / Movant

v.

United States of America
        Respondent.

Case No. 13-CV-145
(formerly 09-CR-043)

Motion For Rule 41 (i) Papers.

Lindsey Kent Springer ("Movant") moves this Court
For an order directing the Clerk of Court provide
1 complete set of Fed. R. Cr. Pr. Rule 41 (i) Papers
delivered to the Clerk by Magistrate McCarthy
involving his September 15, 2005 Search warrant
at issue in Movant's Rule 41 (g) Motion.

Rule 41 (i) requires Magistrate McCarthy to
attach to the warrant returned to him a copy of
the return, the inventory verified pursuant to Rule
41(f)(1)(B) and (D), and all other related papers
"to the Clerk in the District where the property was
seized."

Movant is in Prison in Texas and a dispute of
Fact exists regarding the property taken which
Movant needs to show the Facts are in Movants
Favor. See Exhibit AA and BB.

Wherefore, Movant requests this motion be
granted.

1

__✓__Mail      ___No Cert Svc      ___No Orig Sign

___C/J      ___C/MJ      ___C/Ret'd      ___No Env

___No Cpys      __✓_No Env/Cpys      ___O/J      ___O/MJ

m41i

Respectfully

Lindsey K Springer

Reg # 02580-063
Federal Satellite Low-LaTuna
P.O. Box 6000
Anthony, New Mexico 88021

## Certificate of Service

I hereby certify that on March 31, 2014 I mailed First Class the above motion to Clerk of Court, 333 West Fourth St., Tulsa, Oklahoma 74103.

I further certify that all parties shall receive service through the Courts ECF System:

Danny C. Williams Sr.

Charles A. O'Reilly

Jeffrey A. Gallant

Lindsey K Springer
Server

## Declaration of Mailing

I declare under penalty of perjury, pursuant to 28 U.S.C § 1746(1), under the laws of the United States of America, that on March 31, 2014 I deposited the above Motion and Exhibits in the U.S. mailbox located inside FSL LaTuna to the Clerk of Court at the address above.

Lindsey K Springer
declaration.

2

mali



**U.S. Department of Justice**
**Tax Division**

*Western Criminal Enforcement Section*
*P.O. Box 972, Ben Franklin Station*                    *(202) 514-5684*
*Washington, D.C. 20044*               *Telefax:*  *(202) 514-9623*

KK:CAO:CAO'Reilly:cao
5-59N-8162
2009200566

March 27, 2014

Lindsey Kent Springer
FCI La Tuna
Federal Correctional Institution
Federal Satellite Low
P.O. Box 6000
Anthony, TX 88021
Inmate Number 02580-063.

> Re:  *United States v. Lindsey K. Springer, et al. - 09-cr-043-SPF*
>      Motion for Return of Property

Dear Mr. Springer:

I write to you with respect to your recently filed Motion to Return Property. With the exception of a single $10 counterfeit bill seized during the search warrant execution on September 16, 2005, the United States would like to arrange for your designee to retrieve the materials. We will need a signed notarized statement from you identifying the person to whom the United States should release these materials. These materials consist of the items identified in the search warrant inventory, excluding the cash, vehicle titles and Hitachi computer that were already returned to you. The lawfulness of the search has already been determined. Absent your agreement to this proposal, we will object to your motion, and will file a motion seeking to have you directed to retrieve the materials, and further requesting authorization to destroy any materials not retrieved by a date to be determined by the Court.

If you agree to designating someone to retrieve the materials, please withdraw your motion and advise us in a signed and notarized writing who will be responsible for coming in and retrieving the documents at a mutually agreeable time. Please provide that person's contact information so that arrangements can be made. If you determine that you no longer want the materials, please advise us of that.

Furthermore, we request your authorization to destroy any materials not retrieved. By what date do you believe you can arrange to have someone retrieve your documents? If that date is reasonable, we will ask the Court to authorize the United States to destroy any documents still in our possession one month after that date.

Sincerely,

Charles A. O'Reilly
Special Assistant U.S. Attorney

*received*
*Lindsey K Springer 3/27/14*

*Movant's Exh. AA*
*m411*

Dear Mr. O'Reilly

   I received your letter today and must decline what you propose. I obviously seek the return of my property taken during the grand jury investigation on September 16, 2005.

   Rule 41(g) specifically mandates "the court must return the property to Movant." You are not the Court. Have a great day.

                                          Truly
3/27/14                          Lindsey K Springer

Declaration of Mailing

   I declare under the penalty of perjury, pursuant to 28 U.S.C. § 1746(1), under the laws of the United States of America, that on March 28, 2014 I deposited this document in the U.S. Mailbox located inside FSL La Tuna to Charles A. O'Reilly, 110 West 7th Street, Suite 300 Tulsa, Oklahoma 74119.

                                   Lindsey K Springer
                                   declarant

                                              Movants Exh. BB
                                                     m411

Lindsey Kent Springer
Reg # 02580-063
Federal Satellite Low-la Tuna
P.O. Box 6000
Anthony, New Mexico 88021

# RECEIVED

APR 7 2014

**Phil Lombardi, Clerk**
**U.S. DISTRICT COURT**

"Legal mail"

09-CR-43-SPF





forever

postmark
4/2/14

⇔02580-063⇔
Clerk Of Court
Northern District of Okla
333 W 4TH ST
Tulsa. OK 74103
United States

741033383G9 C006