# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff/Respondent, ) | |
| ) | |
| vs. ) | Case No. 09-cr-0043-SPF |
| ) | |
| LINDSEY KENT SPRINGER, ) | |
| ) | |
| Defendant/Movant. ) | |

## ORDER

Mr. Springer has filed another motion to reconsider the court's order of March 4, 2014. Doc. no. 553. The motion appears to complain about some purported lack of clarity with regard to the court's ruling concerning grounds for relief 59 and 37. The March 4, 2014 order lists the grounds which survive to the second stage of these proceedings. Grounds 59 and 37 are listed there as surviving to the second stage but only to the extent that Mr. Springer asserts ineffective assistance of his appellate counsel in these grounds. Doc. no. 537, p. 11. The court cannot state it more clearly than that. The motion for reconsideration is **DENIED**.

Dated this 28th day of April, 2014.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

09-0043p123.wpd