FILED  
**United States Court of Appeals**  
**Tenth Circuit**

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

**June 4, 2014**

**Elisabeth A. Shumaker**  
**Clerk of Court**

---

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

LINDSEY K. SPRINGER,

    Defendant - Appellant.

No. 14-5047  
(D.C. No. 4:09-CR-00043-SPF-1)

---

## ORDER

---

As of the date of this order no attorney has entered an appearance on behalf of Appellant Lindsey Springer. Accordingly, this appeal is dismissed pursuant to 10th Cir. R. 42.1.

A copy of this order shall stand as and for the mandate of the court.

                                        Entered for the Court

                                        ELISABETH A. SHUMAKER, Clerk

# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT
# OFFICE OF THE CLERK

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

| | | |
|---|---|---|
| Elisabeth A. Shumaker<br>Clerk of Court | June 04, 2014 | Douglas E. Cressler<br>Chief Deputy Clerk |

Lindsey K. Springer
FCI - La Tuna FSL
P.O. Box 6000
Anthony, TX 88021
# 02580-063

**RE:** **14-5047, United States v. Springer**
Dist/Ag docket: 4:09-CR-00043-SPF-1

Dear Appellant:

Enclosed please find an order issued today by the court.

Please contact this office if you have questions.

Sincerely,

Elisabeth A. Shumaker
Clerk of the Court

cc:   Jeffrey Andrew Gallant
      Charles Anthony O'Reilly

EAS/bv