# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT
# OFFICE OF THE CLERK

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

| | | |
|---|---|---|
| Elisabeth A. Shumaker<br>Clerk of Court | June 04, 2014 | Douglas E. Cressler<br>Chief Deputy Clerk |

Mr. Jeffrey Andrew Gallant
Office of the United States Attorney
Northern District of Oklahoma
110 West 7th Street, Suite 300
Tulsa, OK 74119

Mr. Philip Lombardi
United States District Court for the Northern District of Oklahoma
Office of the Clerk
333 West 4th Street, Room 411
Tulsa, OK 74103

Mr. Charles Anthony O'Reilly
United States Department of Justice
Tax Division
P.O. Box 972
Washington, DC 20044

Mr. Lindsey K. Springer
FCI - La Tuna FSL
P.O. Box 6000
Anthony, TX 88021
# 02580-063

**RE:    14-5047, United States v. Springer**
         Dist/Ag docket: 4:09-CR-00043-SPF-1

Dear Counsel, Clerk and Appellant:

An order issued today by the court dismissing this case.

In addition, please be advised that the mandate for this case has issued today. The clerk of the originating court shall file accordingly.

Please contact this office if you have questions.

        Sincerely,

        Elisabeth A. Shumaker
        Clerk of the Court

EAS/bv