### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
|    Plaintiff/Respondent, ) | |
| ) | |
| vs. ) | Case No. 09-cr-0043-SPF |
| ) | |
| LINDSEY KENT SPRINGER, ) | |
| ) | |
|    Defendant/Movant. ) | |

### ORDER

    The government's response to Mr. Springer's motion for leave to amend filed at doc. no. 570 in this § 2255 matter, is due July 18, 2014. Any reply that may be necessary is due fourteen days after the filing of the government's response.

    Dated this 1st day of July, 2014.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

09-0043p125.wpd