

**CLERK, UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF OKLAHOMA
U.S. COURTHOUSE
TULSA, OKLAHOMA 74103-3819

OFFICIAL BUSINESS

Martha Durossette
506 S Caddo
MULDROW, OK 74948

INSUFFICIENT ADDRESS
RETURN TO SENDER

#557
09-cr-43-SPF

RECEIVED
MAY 01 2014
Phil Lombardi, Clerk
U.S. DISTRICT COURT

TULSA OK 741
29 APR 2014 PM
Mailed From 7410
04/29/2014
$00.480
US POSTAGE
neopost