IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff/Respondent, ) | |
| ) | |
| vs. ) | Case No. 09-CR-0043-SPF |
| ) | |
| LINDSEY K. SPRINGER, ) | |
| ) | |
| Defendant/Movant. ) | |

## ORDER

Mr. Springer has filed a motion in this § 2255 matter, entitled "Motion to Reconsider and Allow Discovery." Doc. no. 572. There is no need for a response from the government in order for the court to rule. The motion asks the court to allow discovery involving certain documents which Mr. Springer contends relate to Thomas Scott Woodward's and to Charles A. O'Reilly's authorization to represent the United States. Mr. Springer states that the request is based on newly discovered evidence. The court has previously dismissed as procedurally barred, and alternatively as barred on their merits, Mr. Springer's arguments based on challenges to the authority or jurisdiction of the United States Attorney or any Assistant (or any Acting or Special Assistant) United States Attorneys involved in this prosecution. Doc. no. 537, p. 7. There is no need to re-examine this finding or for any further discovery on this frivolous issue. The motion (doc. no. 572) is **DENIED**.

Dated this 9th day of July, 2014.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

09-0043p126.wpd