# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff/Respondent, ) | |
| ) | |
| vs. ) | Case Nos. 09-cr-0043-SPF and |
| ) | 13-cv-0145-SPF-TLW |
| LINDSEY KENT SPRINGER, ) | |
| ) | |
| Defendant/Movant. ) | |

## JUDGMENT

In accordance with the court's first-stage order entered on March 4, 2014, at doc. no. 537, and the court's second-stage order entered today at doc. no. 584, all grounds for relief presented by Lindsey Kent Springer in support of his motion to vacate, set aside, or correct his sentence under 28 U.S.C. §2255 have been rejected. Judgment in these proceedings is entered in favor of the Plaintiff/Respondent, the United States of America, and against the Defendant/Movant, Lindsey Kent Springer.

Dated this 22nd day of August, 2014.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

09-0043p130.wpd