# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff/Respondent, | ) | |
| | ) | |
| vs. | ) | Case No. 09-cr-0043-SPF |
| | ) | |
| LINDSEY KENT SPRINGER, | ) | |
| | ) | |
| Defendant/Movant. | ) | |

## ORDER

Mr. Springer has filed a "Motion for Order Finding Charles A. O'Reilly Is Not Authorized and Was Never Authorized to Represent the United States of America." Doc. no. 586. As Mr. Springer's filing indicates, the court has previously found that Mr. Springer's attacks on Mr. O'Reilly's authority are frivolous. Furthermore, Mr. Springer's motion for relief under 28 U.S.C. § 2255 has been ruled on and is closed. The motion is **DENIED**.

Dated this 26th day of August, 2014.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

09-0043p131.wpd