FILED
United States Court of Appeals
Tenth Circuit

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

October 6, 2014

Elisabeth A. Shumaker
Clerk of Court

_____

In re: LINDSEY K. SPRINGER,

       Petitioner.

No. 14-5111
(D.C. Nos. 4:13-CV-00145
and 4:09-CR-00043-SPF-1)

_____

**ORDER**
_____

On this date, the court issued an order in number 14-5109, *United States v. Springer*, granting Lindsey Springer's *Petition for Leave to Proceed Pro Se*. In that matter, which arises from the same case as this proceeding, Mr. Springer seeks review of multiple district court orders, but in particular challenges the denial of relief under 28 U.S.C. § 2255.

In this mandamus matter, Mr. Springer seeks that exact same relief. Moreover, we note that at the time of the drafting of this mandamus petition, the § 2255 motion remained pending in the district court. Consequently, Mr. Springer shall show cause in writing why this mandamus petition should not be dismissed as moot. That written response shall be filed within 14 days of the date of this order.

The failure to file a timely response will result in dismissal of this matter for failure to prosecute without further notice. *See* 10th Cir. R. 42.1. We caution Mr. Springer that non-responsive arguments may be subject to being stricken.

        Entered for the Court

        */s/ Elisabeth A. Shumaker*

        ELISABETH A. SHUMAKER, Clerk