

# FILED

OCT 0 6 2014

Phil Lombardi, Clerk
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA

Plaintiff/Petitioner - Appellant,

v.

Lindsey Kent Springer

Defendant/Respondent - Appellee.

Case No. 13-CV-145/09-CR-043
10th Cir. # 14-5109

Motion for Leave to Proceed on
Appeal Without Prepayment of
Costs or Fees (non-PLRA)

I, ___Lindsey Kent Springer_____, the petitioner/appellant in the

captioned case move this court for leave to proceed in forma pauperis.

In support of this motion, I state that because of my poverty, I am unable to pay the

costs of said proceedings or give security therefor, I submit the following financial

declaration.   **Continuation from page 2:**

7) whether Appellant showed Form 1040 violated the PRA triggering applicat-
ion of public protection from penalty provision; 8) whether Judge Friot's
presiding in 09-CR-043 or 13-CV-145 violated Article II, § 2, Cl. 2, Article
III, § 1, and 28 U.S.C. §§ 133(a), 138, and 292(b); 9) whether Appellant
should have been appointed counsel on all ineffective appellate counsel
grounds for relief; 10) whether appellate counsel labored under an actual
conflict, or conflict, of interest in his representation of Appellant on
direct appeal; 11) Did Judge Friot have jurisdiction to impose an order and
judgment for restitution, as part of Appellant's sentence, in favor of the
IRS and State of Oklahoma; 12) Does § 2255 suspend the Writ of Habeas Corpus,
especially under the procedure followed by Judge Friot; 13) whether Judge
Friot lacked Article III, § 2 case or controversy Judicial Power and Juris-
after O'Meilia resigned leaving Woodward, Snoke, and O'Reilly, without Art-
icle III standing to prosecute Appellant pursuant to 28 U.S.C. § 547(1).

# FINANCIAL DECLARATION

## Affidavit to Accompany Motion for Permission to Appeal in Forma Pauperis

I swear or affirm under penalty of perjury that because of my poverty I am unable to pay the docket fees of my appeal or to post a bond for them. I believe I am entitled to a different result than that reached in the district court.

I further swear or affirm under penalty of perjury that the responses which I have made to the questions and instructions below relating to my ability to pay the fees for my appeal are true.

**Instructions. Please complete all questions in this application and then sign it on the last page.** If the answer to any question is "0" or "none," or the question is "not applicable", so indicate by writing "0", "none," or "not applicable (N/A)". If additional space is needed to answer any question or to explain your answer to any question, please use and attach a separate sheet of paper identified with your name, the docket number of your case and the number of the question.

My issues on appeal are: 1) whether Judge Friot switched the § 7201 offense in Counts 2,3, and 4, in violation of the 5th and 6th Amendment; 2)whether Counts 2,3,4,5, and 6, are cumulative and multiplicitous with Count 1 and Counts 3,4, 5, and 6, same with Count 2, and whether Counts 4 and 6 are in Count 3; 3) whether the October 26, 2011 10th Cir. decision failed to address suppression issues "after" June 3, 2005, which it said in its order it was addressing; 4) whether U.S. Attorney O'Meilia had standing to prosecute Title 26, or Title 26 related violations without having recieved a criminal prosecution referral from the Secretary depriving Judge Friot of Article III case or contoversy; 5) whether Appellant is actually innocent of Grand Jury's charge of failing to file Form 1040 United States Individual Income Tax Returns; 6) whether Judge Friot instructing Jury Form 1040 did not violate PRA violated Sixth Amendent;

1. Are you or your spouse currently employed?   Yes _____   No __X__ **(see continuation page 14)(N/A)** I am not married and receive $12.00 per month in prison as pay.

2. If you or your spouse are currently employed, state the name and address of your employer, the length of your employment with that employer, and your monthly gross pay. Gross pay is pay before any taxes or other deductions are taken. If you have more than one employer, please provide the information requested below about the other employer(s) on a separate sheet of paper and attach it to this application.

I receive $ 12.00 per month working for FSL La Tuna in its Kitchen.

---

Yourself:

Your Spouse:

Name and Address of Employer

Name and Address of Employer

FSL La Tuna
P.O. 6000, Anthony, New Mexcio
88021

_____

_____

_____

| Length of Employment | | Length of Employment | |
|---|---|---|---|
| _____ | 10 | _____ | _____ |
| Years | Months | Years | Months |

Monthly Gross Pay $ 12.00       Monthly Gross Pay $_____

3. If you are currently unemployed, state the date of your last employment and your monthly gross pay during your last month of employment. Gross pay is pay before any taxes or other deductions are taken.

Date of last employment (Month/Year) for yourself _____; spouse _____

Monthly gross pay during last month of employment $_____

4. State whether you or your spouse have received money from any of the following sources during the past twelve months, and, if so, the average monthly amount from that source. Adjust any money that was received weekly, bi-weekly, quarterly, semi-annually, or annually to show the monthly rate.

| Did you receive money from any of the following sources during the past 12 months? | Average monthly amount during past 12 months for you and your spouse if applicable. | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Self-employment | Y/N N   $_____ | $_____ | $_____ | $_____ |
| Income from real property (such as rental income) | Y/N N   $_____ | $_____ | $_____ | $_____ |
| Interest and dividends | Y/N N   $_____ | $_____ | $_____ | $_____ |
| Gifts | Y/N Y   $135.00 | $_____ | $_____ | $_____ |
| Alimony | Y/N N   $_____ | $_____ | $_____ | $_____ |
| Child Support | Y/N N   $_____ | $_____ | $_____ | $_____ |

| | | | | | |
|---|---|---|---|---|---|
| Retirement income from sources such as social security, private pensions, annuities, or insurance policies | Y/N _N_ | $ _____ | $ _____ | $ _____ | $ _____ |
| Disability payments such as social security, other state or federal government, or insurance payments | Y/N _N_ | $ _____ | $ _____ | $ _____ | $ _____ |
| Unemployment payments | Y/N _N_ | $ _____ | $ _____ | $ _____ | $ _____ |
| Public assistance payments such as welfare payments | Y/N _N_ | $ _____ | $ _____ | $ _____ | $ _____ |
| Other sources of money (specify: _____ ) | Y/N _N_ | $ _____ | $ _____ | $ _____ | $ _____ |
| TOTAL | | $ _147.00_ | $ _____ | $ _____ | $ _____ |

5. State the amount of cash you and your spouse have: $ _76.00_____

State below any money you or your spouse have in savings, checking, or other accounts in a bank or other financial institution.

| Bank or Other Financial Institution: | Type of Account such as savings, checking, or CD: | Amount you have: | Amount your spouse has: |
|---|---|---|---|
| None | _____ | $ _____ | $ _____ |
| _____ | _____ | $ _____ | $ _____ |
| _____ | _____ | $ _____ | $ _____ |

6. State below the assets owned by you and your spouse. **Do not list ordinary household furnishings and clothing.**

| | | |
|---|---|---|
| **Home** | Address: <u>None</u> _____ | Value: $ _____ Amount owed on mortgages and liens: $ _____ |
| **Other real estate** | Address: _____ _____ | Value: $ _____ Amount owed on mortgages and liens: $ _____ |
| **Motor vehicle** | Model/Year: _____ | Value: $ _____ Amount owed: $ _____ |
| **Motor vehicle** | Model/Year: _____ | Value: $ _____ Amount owed: $ _____ |
| **Other** | Description: _____ _____ | Value: $ _____ Amount owed: $ _____ |

7. State below any person, business, organization, or governmental unit that owes you or your spouse money and the amount that is owed.

| Name of Person, Business, or Organization that Owes You or Your Spouse Money | Amount Owed You: | Amount Owed Your Spouse: |
|---|---|---|
| <u>None</u> _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

8. State the individuals who rely on you and your spouse for support.  Indicate their relationship to you, their age, and whether they live with you.

| Name | Relationship | Age | Does this person live with you? |
|------|--------------|-----|-------------------------------|
| None | _____ | _____ | Yes _____  No _____ |
| _____ | _____ | _____ | Yes _____  No _____ |
| _____ | _____ | _____ | Yes _____  No _____ |
| _____ | _____ | _____ | Yes _____  No _____ |

9. Complete this question by estimating the average monthly expenses of you and your family. Show separately the amounts paid by your spouse.  Adjust any payments that are made weekly, bi-weekly, quarterly, semi-annually, or annually to show the monthly rate.

|  | You | Spouse |
|---|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) | $ None | $ _____ |
| Are real estate taxes included?   Yes _____  No _____ | | |
| Is property insurance included?   Yes _____  No _____ | | |
| Utilities:   Electricity and heating fuel | $ None | $ _____ |
| Water and sewer | $ None | $ _____ |
| Telephone | $ None | $ _____ |
| Other _____ | $ None | $ _____ |
| Home  maintenance (Repairs and upkeep) | $ None | $ _____ |
| Food | Appx. $ 30.00 | $ _____ |
| Clothing | $ None | $ _____ |
| Laundry and dry cleaning | $ None | $ _____ |
| Medical and dental expenses | $ None | $ _____ |
| Transportation (not including car payments) | $ None | $ _____ |

| | | |
|---|---|---|
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ None | $ _____ |
| Charitable contributions | $ None | $ _____ |
| Insurance (not deducted from wages or included in home mortgage payments) | | |
|    Homeowner's or renter's | $ None | $ _____ |
|    Life | $ None | $ _____ |
|      Health | $ None | $ _____ |
|      Auto | $ None | $ _____ |
|      Other _____ | $ None | $ _____ |
| Taxes (not deducted from wages or included in home mortgage payments) (specify) _____ | | $ _____ |
| Installment payments | | |
|      Auto: | $ None | $ _____ |
|      Credit Card: (name) _____ | $ None | $ _____ |
|      Department Store: (name) _____ | $ None | $ _____ |
|      Other _____ | $ None | $ _____ |
|      Other _____ | $ None | $ _____ |
| Alimony, maintenance, and support paid to others | $ None | $ _____ |
| Payments for support of additional dependents not living at your home | $ None | $ _____ |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ None | $ _____ |
| Other  Typing ribbons, copy cards or copies, stamps, envelopes, correct ribbons, pens | $ none | $ _____ |
| | $ 65.00 | |
| FRP | $ 25.00 | |
| TOTAL MONTHLY EXPENSES    Appx. | $ 120.00 | $ _____ |

I owe filing fees to the Northern District in the amount of $ 855.00 minus what payments have been credited and an additional $ 505.00 filng fee from 14-5012.  I have pending a search for BOP lost payment called "tracer" and awaite the disposition of that inquiry.

10. Do you expect any major changes to your monthly income or expenses during the next four months? Yes _____ No __X__

    If yes, describe.

11. Have you paid an attorney any money for services in connection with this case, including the completion of this form? Yes _____ No __X__

    If yes, how much? $ _____

If yes, provide the name, address, and telephone number of the attorney:

_____

_____

_____

Have you promised to pay or do you anticipate paying an attorney any money for services in connection with this case, including the completion of this form? Yes _____ No __X__

If yes, how much? $ _____

If yes, provide the name, address, and telephone number of the attorney:

_____

_____

_____

12. Have you paid anyone other than an attorney (such as a paralegal, typing service, or another person) any money for services in connection with this case, including the completion of this form?

    Yes _____ No __X__

    If yes, how much? $ _____

If yes, provide the name, address, and telephone number of the person or service:

_____

_____

_____

13. Have you promised to pay or do you anticipate paying anyone other than an attorney (such as a paralegal, typing service, or another person) any money for services in connection with this case, including the completion of this form? Yes _____ No __X__

   If yes, how much? $ _____

If yes, provide the name, address, and telephone number of the person or service:

_____

_____

_____

14. How much can you pay each month toward the docket fee for your appeal.

   $ __2.00__  I am not really sure how that would be handled

15. Please provide any other information that helps to explain why you are unable to pay the docket fees for your appeal. I am in prison and have one of the few better paying jobs. Having to defend myself drains most of the resouces I am given.

16. State the address of your legal residence:

   Reg. # 02580-063

   Federal Satellite Low-La Tuna

   P.O. Box 6000, Anthony, New Mexico 88021

Your daytime phone number:

( _____ ) _____

Your age: __49__

Years of schooling: __High School__

Your social security number: __xxx-xx-3758__

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT. 28 U.S.C. § 1746, 18 U.S.C. § 1621.

Date: __10.2.14__   Signature: _Lindsey K Springer_

## CERTIFICATE OF SERVICE

I hereby certify that on ___October 2, 2014___ I sent a copy of
[date]

the foregoing Motion for Leave to Proceed on Appeal without Prepayment of

Costs of Fees, to: Clerk of Court, 333 West Fourth Stret, Tulsa, Oklahoma 74103

I further certify that all parties are , XX Registered ECF users and shall

receive service of the above Motion through the Clerk's ECF system:

Danny C. Williams, Sr, Jeffrey A. Gallant and Charles A. O'Reilly
~~the last known~~

~~address/email address by~~ _____.

[state method of service]

___10.2.14___
Date

_Lindsey K Springer_
Signature

### DECLARATION OF MAILING

I hereby declare under the penalty of perjury pursuant to 28 U.S.C. §
1746(1) under the laws of the United States of America that on October 2,
2014, I deposited in the U.S. Mailbox located inside FSL La-Tuna Federal
Prison located inside Ft. Bliss Army Base the above Motion to the address
listed above.

_Lindsey K Springer_
Declarant

## STATEMENT OF INSTITUTIONAL ACCOUNTS

I hereby state that on **24th** day of **September** , 20 **14** this prisoner had $ _____

in his/her draw account and  $  **76.87**  in his/her savings account.

A ledger sheet for this prisoner's trust account (or institutional equivalent) for the preceding six month period, or for the entire period of confinement if less than six months, is attached.

**9/24/14**
_____
Date

_____
Authorized Prison Official

**S-2 Correctional Counselor**
_____
Title



Lindsey Kent Springer
#02580-063
Federal Satellite Low - La Tuna
P.O. Box 6000
Anthony, New Mexico 88021

"Legal Mail"

09-CR-43-SPF

RECEIVED

OCT 0 6 2014

Phil Lombardi, Clerk
U.S. DISTRICT COURT

<>02580-063<>
Clerk Of Court
Northern District of Okla
333 W 4TH ST
Tulsa, OK 74103
United States