# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff/Respondent, | ) |
| vs. | ) Case No. 09-cr-0043-SPF |
| LINDSEY K. SPRINGER, | ) |
| Defendant/Movant. | ) |

## ORDER

Movant in this § 2255 matter, Lindsey K. Springer, seeks leave from this court to proceed on appeal without pre-payment of costs or fees. Doc. no. 593.

Rule 24(a)(3)(A), Fed. R. App. P., provides that a party who was permitted to proceed in forma pauperis or who was determined to be financially unable to obtain an adequate defense in a criminal case, may proceed on appeal in forma pauperis without further authorization unless the district court, before or after the notice of appeal is filed, certifies that he appeal is not taken in good faith or finds that the party is not otherwise entitled to proceed in forma pauperis and states in writing its reasons for the certification or finding. An appeal is taken in good faith when it presents a reasoned, non-frivolous issue. Caravalho v. Pugh, 177 F.3d 1177, 1179 (10th Cir. 1999).

The court has carefully reviewed the issues which Mr. Springer's motion for states that he intends to appeal. These issues are frivolous. Among other things, they challenge the jurisdiction of the court and the authority of the Assistant United States Attorney. Most if not all of the listed issues have specifically been found procedurally barred and/or frivolous in detailed orders entered by this court at prior

stages of this § 2255 matter.  *See*, *e.g.*, orders denying relief at the first and second stages of these proceedings, doc. nos. 537, 584.

The issues which Mr. Springer proposes to appeal are frivolous and are not brought in good faith within the meaning of the law.  The court hereby certifies that for this reason Mr. Springer's motion for leave to proceed on appeal without pre-payment of fees (doc. no. 593) is **DENIED**.

Dated this 7th day of October, 2014.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

09-0043p132.wpd