

**14-5109 United States v. Springer "Jurisdictional review complete "
(4:13-CV-00145-SPF-TLW)**

ca10_cmecf_notify    to:                                    10/08/2014 09:15 AM

| | |
|---|---|
| From: | ca10_cmecf_notify@ca10.uscourts.gov |
| To: | |

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

Tenth Circuit Court of Appeals

Notice of Docket Activity

The following transaction was entered on 10/08/2014 at 8:11:20 AM MDT and filed on 10/08/2014

Case Name:     United States v. Springer
Case Number:   14-5109

Document(s):   Document(s)

Docket Text:
[10213454] Jurisdictional review complete. Fee or ifp forms due by 11/17/2014 for Lindsey K. Springer. Record on appeal due 11/17/2014. Certificate of appealability due 11/17/2014 for Lindsey K. Springer. Appellant's brief due on 11/17/2014 for Lindsey K. Springer. [14-5109] (AT)

Notice will be electronically mailed to:

Mr. Frank Phillip Cihlar: frank.p.cihlar@usdoj.gov
Mr. Gregory Victor Davis: Cateps.Taxcriminal@usdoj.gov, Gregory.V.Davis@usdoj.gov, Cateps.Taxcriminal@usdoj.gov, Kisha.L.Campbell@usdoj.gov
Mr. Jeffrey Andrew Gallant: jeff.gallant@usdoj.gov, kathie.hall@usdoj.gov, bill.wright@usdoj.gov
Mr. Charles Anthony O'Reilly: Charles.A.O'Reilly@usdoj.gov, Charles.A.O'Reilly@usdoj.gov, sdusao.appeal@usdoj.gov, Western.Taxcriminal@usdoj.gov
Mr. Alexander Patrick Robbins: alexander.p.robbins@usdoj.gov, Cateps.Taxcriminal@usdoj.gov


Notice will not be electronically mailed to the following as the Court does not have a valid email address on file. If appropriate, notice will be delivered by other means to:


Lindsey K. Springer
FCI - La Tuna Satellite Camp Low
P.O. Box 6000
Anthony, NM 88021

The following document(s) are associated with this transaction:
Document Description: Standard juris rvw comp letter

Original Filename: /opt/ACECF/live/forms/anthony_trujillo_145109_10213454_101.pdf
Electronic Document Stamp:
[STAMP acecfStamp_ID=1104938855 [Date=10/08/2014] [FileNumber=10213454-0]
[8c086357535008b90c96c0292f13426b2cd61bcbf66a7b49b59f4582c28885a3562450c6a179260335a14
5b7e9eea0f4b980d691607de8015197afa16db98b4b]]
Recipients:
- Mr. Frank Phillip Cihlar
- Mr. Gregory Victor Davis
- Mr. Jeffrey Andrew Gallant
- Mr. Charles Anthony O'Reilly
- Mr. Alexander Patrick Robbins
- Lindsey K. Springer

The following information is for the use of court personnel:

DOCKET ENTRY ID: 10213454
RELIEF(S) DOCKETED:
DOCKET PART(S) ADDED: 3638464, 3638465

# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT
# OFFICE OF THE CLERK

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker  
Clerk of Court

October 08, 2014

Chris Wolpert  
Chief Deputy Clerk

Lindsey K. Springer
FCI - La Tuna Satellite Camp Low
P.O. Box 6000
Anthony, NM 88021
# 02580-063

**RE:**     **14-5109, United States v. Springer**
Dist/Ag docket: 4:13-CV-00145-SPF-TLW and 4:09-CR-00043-SPF-1

Dear Appellant:

The district court will transmit to the court of appeals as the record on appeal, copies of all relevant documents filed in the district court except those excluded by 10th Cir. R. 10.3(E). As a result, you do not need to submit any record materials.

A separate fee is due for initiating an appeal to the circuit court. You are required to pay the $505.00 fee ($5.00 filing fee and $500.00 docket fee) to the district clerk or file an application for leave to proceed on appeal without prepayment of fees. Since the fee for this appeal has not been paid and district court has not granted you leave to proceed on appeal without prepayment of fees, you must pay the $505.00 fee to the district clerk or apply to this court for leave to proceed on appeal without prepayment of fees as provided in Fed. R. App. P. 3(e). You may complete the enclosed Motion For Leave To Proceed On Appeal Without Prepayment Of Costs Or Fees form and return it to this court within 40 days of the date of this letter. Unless the fee is paid to the district court or the form is returned to this court within 40 days, the appeal may be dismissed without further notice. *See* 10th Cir. R. 3.3(B).

Pursuant to Rule 22(b), Federal Rules of Appellate Procedure, this court will treat your notice of appeal as a request for a certificate of appealability. Nevertheless, in order for the court to determine whether a certificate of appealability should issue, you must file the enclosed Appellant's Combined Opening Brief And Application For A Certificate Of Appealability. This form will act as both your application for a certificate of appealability and your opening brief. Failure to return the completed form to this office within 40 days from the date of this letter will be grounds for dismissal of the appeal without further notice. Motions for extensions of time are not favored and, absent extraordinary circumstances, will not be granted. Please note that the appellee is not required to file a response brief unless/until this court grants your application for a certificate of appealability.

Please contact this office if you have questions.

Sincerely,

Elisabeth A. Shumaker
Clerk of the Court

cc:   Frank Phillip Cihlar
      Gregory Victor Davis
      Jeffrey Andrew Gallant
      Charles Anthony O'Reilly
      Alexander Patrick Robbins

EAS/at