FILED
United States Court of Appeals
Tenth Circuit

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

October 22, 2014

Elisabeth A. Shumaker
Clerk of Court

_____

In re: LINDSEY K. SPRINGER,

          Petitioner.

No. 14-5111
(D.C. No. 4:09-CR-00043-SPF-1)

_____

**ORDER**
_____

     This matter is before the court following receipt of petitioner Springer's response to our order dated October 6, 2014. Upon consideration of that response, and noting Mr. Springer's agreement to "withdraw the Petition," this proceeding is dismissed both on a voluntary basis and because it is now moot.

                                          Entered for the Court

                                          ELISABETH A. SHUMAKER, Clerk

# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT
# OFFICE OF THE CLERK

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker  
Clerk of Court

October 22, 2014

Chris Wolpert  
Chief Deputy Clerk

Lindsey K. Springer
FCI - La Tuna Satellite Camp Low
P.O. Box 6000
Anthony, NM 88021
# 02580-063

**RE:**   **14-5111, In re: Springer**
Dist/Ag docket: 4:09-CR-00043-SPF-1, 4:13-CV-00145-SPF-TLW

Dear Mr. Springer:

Enclosed please find an order issued today by the court.

Please contact this office if you have questions.

Sincerely,

Elisabeth A. Shumaker
Clerk of the Court

cc:   Frank Phillip Cihlar
  Gregory Victor Davis
  Jeffrey Andrew Gallant
  Charles Anthony O'Reilly
  Alexander Patrick Robbins

EAS/bv