

To: Mr. Phil Lombardi
     Clerk of Court
     333 West Fourth Street,
     Tulsa, Oklahoma 74103

From: Lindsey K. Springer
      Reg. # 02580-063
      Federal Satellite Low-La Tuna
      P.O. Box 6000
      Anthony, New Mexico 88021

**RECEIVED**
AUG 2 5 2015
Phil Lombardi, Clerk
U.S. DISTRICT COURT

Re: Amounts credited to Lindsey K. Springer's restitution order and Judgment in USA v. Springer, 09-CR-043 dated April 28, 2010

Dear Mr. Lombardi

    I am the Defendant in the above referenced case and since September, 2010 the Bureau of Prisons has been collecting from my account monies to be credited towards the roughly $ 770,000.00 in restitution ordered by Stephen P. Friot on April 28, 2010. Doc. 337
    Could you please provide me with an accounting of what monies you have received from the Bureau of Prisons towards the restitution amount I am ordered to pay and my current balance.
    Thank you for your attention to this matter. I hope you have a great day.

Truly,
*/s/ Lindsey K. Springer/*

Executed this 20th day of August, 2015

### DECLARATION OF MAILING

I declare under the penalty of perjury pursuant to 28 U.S.C. § 1746(1), under the laws of the United States of America, that on August 20, 2015, I deposited the above letter in the U.S. Mailbox located inside FSL La Tuna Federal Prison to the address listed for the Clerk of Court above.

*/s/ Lindsey K. Springer/*
declarant

✓ Mail    ___No Cert Svc    ___No Orig Sign
___C/J    ___C/MJ    ___C/Ret'd    ___No Env
___No Cpys   ✓ No Env/Cpys   ___O/J   ___O/MJ

Lindsey Kent Springer
Reg. # 02580-063
Federal Satellite Low-LaTuna
P.O. Box 6000
Anthony, New Mexico 88021

"Legal Mail"

EL PASO TX 799
21 AUG 2015 PM 2 T

15CV-1412-JED-Fthm

RECEIVED
AUG [24] 2015
Phil Lombardi, Clerk
U.S. DISTRICT COURT

⇔02580-063⇔
Clerk Of Court
Northern District of Okla
333 W 4TH ST
Tulsa, OK 74103
United States

RECEIVED
AUG 24 2015
Phil Lombardi, Clerk
U.S. DISTRICT COURT

7410333839