OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA
411 UNITED STATES COURTHOUSE
333 W Fourth Street
TULSA, OKLAHOMA 74103-3819

**PHIL LOMBARDI**
**CLERK**

(918) 699-4700
(FAX) 699-4756

August 25, 2015

Lindsey Kent Springer
#02580-063
FCI La Tuna
PO BOX 6000
ANTHONY, NM 88021

RE:   Case No.   09-CR-043-SPF, 08-CV-278-TCK-PJC,
                 15-CV-142-JED-FHM

Dear Sir:

This office is in receipt of three letters regarding the financial status of the above-referenced cases.

Enclosed is documentation addressing your various questions. If you have any further questions, please let us know.

Respectfully yours,

PHIL LOMBARDI

By   s/ P. Lyon
     Deputy Clerk

Enclosure:
   08cv278
      A)  Payment History
      B)  Amended Order (Dkt #247) confirming sale and dispersing proceeds
   09cr043
      C)  Payment History
   11cv369
      D)  Docket Sheet
      E)  Filing Fee Receipt
   14cv071
      F)  Docket Sheet
      G)  Payment History (district and appellate filing fees)
   15cv142
      H)  Docket Sheet
      I)  Payment History (district filing fee)