# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff/Respondent, | ) |
| -vs- | ) Case No. 09-cr-0043-SPF |
| LINDSEY KENT SPRINGER, | ) |
| Defendant/Movant. | ) |

## ORDER
(re doc. no. 604)

Defendant Lindsey Kent Springer moves to enjoin enforcement of the judgment dated April 28, 2010, based upon what he contends are several frauds upon the court. Doc. no. 604. Mr. Springer argues that prosecutors lacked standing or authority to prosecute him on behalf of the United States of America, and that various frauds on the court in this regard led the court to exercise Article III, § 2 judicial power which had ceased to exist. Over the years, Mr. Springer has made similar arguments challenging the authority of prosecutors and the court, all of which have been rejected. Further discussion of these frivolous arguments is not necessary. The motion is **DENIED**.

Dated this 20th day of October, 2015.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

09-0043p134.wpd