# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT
# OFFICE OF THE CLERK

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker　　　　　　　　　　　　　　　　　　　　　　　　　　　Chris Wolpert
Clerk of Court　　　　　　　　　December 04, 2015　　　　　　　　Chief Deputy Clerk

Lindsey K. Springer
FCI - La Tuna Satellite Camp Low
P.O. Box 6000
Anthony, NM 88021
# 02580-063

**RE:**　　**15-5109, United States v. Springer**
　　　　　Dist/Ag docket: 4:09-CR-00043-SPF-1

Dear Appellant:

The district court will transmit to the court of appeals as the record on appeal, copies of all relevant documents filed in the district court except those excluded by 10th Cir. R. 10.3(E). As a result, you do not need to submit any record materials.

A separate fee is due for initiating an appeal to the circuit court. You are required to pay the $505.00 fee ($5.00 filing fee and $500.00 docket fee) to the district clerk or file an application for leave to proceed on appeal without prepayment of fees. Since the fee for this appeal has not been paid and district court has not granted you leave to proceed on appeal without prepayment of fees, you must pay the $505.00 fee to the district clerk or apply to this court for leave to proceed on appeal without prepayment of fees as provided in Fed. R. App. P. 3(e). You may complete the enclosed Motion For Leave To Proceed On Appeal Without Prepayment Of Costs Or Fees form and return it to this court within 40 days of the date of this letter. Unless the fee is paid to the district court or the form is returned to this court within 40 days, the appeal may be dismissed without further notice. *See* 10th Cir. R. 3.3(B).

You must file an opening brief within 40 days from the date of this letter. You may use the enclosed Pro Se Brief form or you may file a separate brief. If you do not use the form, your brief must comply with the Federal Rules of Appellate Procedure and Tenth Circuit Rules with respect to briefs. Failure to file a brief is grounds for dismissal without further notice. Copies must be served on all opposing counsel and all unrepresented parties. The clerk may refuse to file any brief which does not comply with the rules and the court's instructions. Motions for extensions of time are not favored and, absent extraordinary circumstances, will not be granted.

The appellee may file an answer brief within 30 days after filing and service of your opening brief. Copies must be served on all opposing counsel and all unrepresented parties.

If the appellee files an answer brief, you may file a reply brief. Your reply brief must be filed within 14 days after filing and service of appellee's answer brief. Copies must be served on all opposing counsel and all unrepresented parties.

Please contact this office if you have questions.

Sincerely,

Elisabeth A. Shumaker
Clerk of the Court


cc:     Frank Phillip Cihlar
        Gregory Victor Davis
        Alexander Patrick Robbins


EAS/at



15-5109 United States v. Springer "Jurisdictional review complete "
(4:09-CR-00043-SPF-1)

ca10_cmecf_notify    to:                                              12/04/2015 09:49 AM

From:       ca10_cmecf_notify@ca10.uscourts.gov
To:

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

## Tenth Circuit Court of Appeals

**Notice of Docket Activity**

The following transaction was entered on 12/04/2015 at 8:46:27 AM MST and filed on 12/04/2015

**Case Name:**     United States v. Springer
**Case Number:**   15-5109
**Document(s):**   Document(s)

**Docket Text:**
[10324489] Jurisdictional review complete. Fee or ifp forms due by 01/13/2016 for Lindsey K. Springer. Record on appeal due 01/13/2016. Appellant's brief due on 01/13/2016 for Lindsey K. Springer. [15-5109] (AT)

**Notice will be electronically mailed to:**

Mr. Frank Phillip Cihlar: frank.p.cihlar@usdoj.gov
Mr. Gregory Victor Davis: gregory.v.davis@usdoj.gov, Gregory.V.Davis@usdoj.gov, Cateps.Taxcriminal@usdoj.gov, LaQuita.S.Brooks@usdoj.gov
Mr. Alexander Patrick Robbins: alexander.p.robbins@usdoj.gov, Cateps.Taxcriminal@usdoj.gov

**Notice will not be electronically mailed to the following as the Court does not have a valid email address on file. If appropriate, notice will be delivered by other means to:**

Lindsey K. Springer
FCI - La Tuna Satellite Camp Low
P.O. Box 6000
Anthony, NM 88021

The following document(s) are associated with this transaction:
**Document Description:** Standard juris rvw comp letter
**Original Filename:** /opt/ACECF/live/forms/anthony_trujillo_155109_10324489_101.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1104938855 [Date=12/04/2015] [FileNumber=10324489-0]
[27d6d29a7d7b2cf3c685d32773097b5db07b38a665aa3f1aebdccf1938e716fc087404e0538f2afe3
04af74098e900b8b7cdb9d4a50bb219a64d9b49b5ed812a]]
**Recipients:**
- Mr. Frank Phillip Cihlar
- Mr. Gregory Victor Davis
- Mr. Alexander Patrick Robbins
- Lindsey K. Springer

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 10324489
**RELIEF(S) DOCKETED:**
**DOCKET PART(S) ADDED:** 3839130, 3839131