# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | Case No. 09-cr-0043-SPF |
| ) | In the Court of Appeals: 15-5109 |
| LINDSEY KENT SPRINGER, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Defendant Lindsey Kent Springer, a federal prisoner, moves to proceed *in forma pauperis* in this appeal. Doc. no. 611.

Pursuant to 28 U.S.C. § 1915(a)(3), a litigant is not entitled to proceed *in forma pauperis* on appeal if the appeal is not taken in good faith. An appeal is not taken in good faith if the issues presented are frivolous in that none of the legal points are arguable on their merits. <u>Neitzke v. Williams</u>, 490 U.S. 319, 325 (1989). *And see*, Rule 24, Fed. R. App. Pro. (party who was permitted to proceed *in forma pauperis* in the district court, or who was determined to be financially unable to obtain an adequate defense in a criminal case, may proceed on appeal *in forma pauperis* without further authorization unless the district court certifies that the appeal is not taken in good faith or that the party is not otherwise entitled to proceed *in forma pauperis*, and states in writing its reasons for the certification or finding).

The issues which Mr. Springer appeals involve alleged frauds on the court pertaining, for example, to Mr. Springer's contentions that prosecutors lacked standing or authority to prosecute him on behalf of the United States, and to his contention that the court exercised judicial power which had ceased to exist. Over the

years, Mr. Springer has made similar arguments challenging the authority of prosecutors and the court, all of which have been rejected in the courts. The issues which Mr. Springer seeks to appeal are legally frivolous.

The court certifies that the appeal is not taken in good faith because it is frivolous and raises inarguable legal propositions. Accordingly, Mr. Springer is not entitled to proceed without payment of the filing fee and his motion is **DENIED**.

Mr. Springer is advised that unless he pays the $505 appellate fee ($5.00 filing fee and $500.00 docket fee) to the clerk of this court within thirty days of the date of this order, his appeal may be subject to dismissal by the appellate court.

Dated this 10th day of December, 2015.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

09-0043p135.wpd