

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

FILED

APR 21 2016

Phil Lombardi, Clerk
U.S. DISTRICT COURT

UNITED STATES OF AMERICA,

    Plaintiff,

v.                        Case No. 09-CR-043

LINDSEY KENT SPRINGER,

    Defendant.

NOTICE OF CHANGE OF ADDRESS

    Lindsey Kent Springer ("Defendant") hereby gives notice of his change of address which is:

"Lindsey Kent Springer
Reg. 02580-063
Federal Satellite Camp-Seagoville
P.O. Box 9000
Seagoville, Texas 75159

Please use this address for anything required to be sent or mailed to Defendant in the above case number.

                                            Respectfully Submitted,

                                            /s/ Lindsey K. Springer
                                            Reg. No. 02580-063
                                            Federal Satellite Camp-Seagoville
                                            P.O. Box 9000
                                            Seagoville, Texas 75159

1

✓ Mail    ___ No Cert Svc    ___ No Orig Sign
___ C/J    ___ C/MJ    ___ C/Ret'd    ___ No Env
___ No Cpys   ✓ No Env/Cpys   ___ O/J    ___ O/MJ

CERTIFICATE OF SERVICE

I hereby certify that on April 18, 2016, I mailed U.S. Postal, First Class, Postage Prepaid, the above Notice of Change of Address to the Clerk of Court, 333 West Fourth Street, Tulsa, Oklahoma 74103;

I further certify that the following parties have entered their appearance in this case and shall receive service of the above Notice through the Court's ECF system:

United States of America
Danny C. Williams, Sr.
Jeffrey A. Gallant
Charles A. O'Reilly

_____
Server

DECLARATION OF MAILING

I declare under the penalty of perjury pursuant to 28 U.S.C. § 1746(1), under the laws of the United States of America, that on April 18, 2016, I deposited the above Notice in the U.S. Mailbox located inside Federal Satellite Camp-Seagoville to the address listed for the Clerk of Court above.

_____
Declarant

Name Lindsey Kent Springer
Reg. No. 02580-063
FEDERAL CORRECTIONAL INSTITUTION
P.O. Box 9000
Seagoville, TX 75159-9000

09-CR-43-SPF

NORTH TEXAS TX P&DC
DALLAS TX 750
19 APR 2016 PM 7 L

Post Marked
4/19/16

"Legal Mail"

⇔02580-063⇔
Clerk Of Court
Northern District of Okla
333 W 4TH ST
Tulsa, OK 74103
United States

RECEIVED
APR 21 2016
Phil Lombardi, Clerk
U.S. DISTRICT COURT

74103363599