

IN THE FEDERAL COURT OF THE UNITED STATES OF AMERICA
IN THE TULSA, OKLAHOMA DISTRICT

OSCAR STILLEY
VS.
LINDSEY SPRINGER

RE; MARTHA DUROSSETTE

FILED 09-CR-43-SPF-2
MAY 03 2016
Phil Lombardi, Clerk
U.S. DISTRICT COURT

COMPLAINT OF INTERFERENCE IN VISITATION

**COMES NOW MARTHA DUROSSETTE by and for the cause of interference in visitation/custody and states that** Ms. T. Sanders has denied Oscar Stilley visitation with his family and friends as according to the POLICY AND PROCEDURE MANUAL.

WHEREFORE, comes now Martha Durossette and requests a court hearing with both Ms. T. Sanders and Oscar Stilley present and that this matter may be heard in the court and that the court shall make a determination for this matter in haste. Wherefore Martha Durossette requests that the court award her and Oscar Stilley whatever relief may be available, whether specifically prayed for or not.

Martha Durossette
04-29-2016
PO Bx 1345
Roland, OK 74954
479-228-8014

CERTIFICATE OF SERVICE

The undersigned certifies that a true copy of the foregoing pleading was served on each of the parties hereto by mailing the same to them or to their attorneys of record on the 3rd Day of May, 2016.