# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | Case No. 09-cr-0043-SPF-2 |
| ) | |
| OSCAR AMOS STILLEY, ) | |
| ) | |
| Defendant. ) | |

## ORDER

A "Complaint of Interference in Visitation," docketed as a motion, has been filed by non-party Martha Durosette. Doc. no. 617. The motion alleges interference in the visitation rights of Oscar Stilley. The court has no jurisdiction over a complaint by a non-party regarding apparently non-exhausted claims of interference with the alleged prison visitation rights of Mr. Stilley, who is serving his sentence in a federal correctional institution. The motion is **STRICKEN**.

Dated this 5th day of May, 2016.

*[signature]*
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

09-0043p137.wpd