

09-CR-43-SPF-2
#618

**CLERK, UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF OKLAHOMA
333 WEST FOURTH STREET, ROOM 411
TULSA, OKLAHOMA 74103-3819

OFFICIAL BUSINESS

**RECEIVED**
MAY 16 2016
Phil Lombardi, Clerk
U.S. DISTRICT COURT

TULSA OK 741
06 MAY 2016 PM 3L

Post marked 5/6/16

RETURN TO SENDER
30 DAYS EXPIRED
INMATE NOT AT THIS INSTITUTION ✓
NO AUTHORIZATION ON FILE
_____ INMATE CONTENTS
TO IDENTIFY INMATE

NIXIE    381    5E    1    0005/12/16
         RETURN TO SENDER
         NOT DELIVERABLE AS ADDRESSED
         UNABLE TO FORWARD

BC: 74103388199    *0582-01736-06-42

**Oscar Amos Stilley** #10579-062
FCI Forrest City Low
P O BOX 9000
FORREST CITY, AR 72336

Mailed From 74103
05/06/2016
US POSTAGE $00.470