# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff/Respondent, ) | |
| ) | |
| vs. ) | Case No. 09-cr-0043-SPF |
| ) | |
| LINDSEY KENT SPRINGER, ) | |
| ) | |
| Defendant/Movant. ) | |

## ORDER

In accordance with the Tenth Circuit's decision in <u>United States v. Springer</u>, No. 15-5109, dated November 13, 2017, this court's order at doc. no. 606 is **VACATED**.

Dated this 28th day of November, 2017.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

09-0043p138.docx