CLERK, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA
333 WEST FOURTH STREET, ROOM 411
TULSA, OKLAHOMA 74103-3819

OFFICIAL BUSINESS

09-CR-43-SPF
#622

**RECEIVED**
DEC 11 2017
Mark C. McCartt, Clerk
U.S. DISTRICT COURT

RTS

Oscar Amos Stilley #10579-062
FCI Oakdale I
P O BOX 5000
OAKDALE, LA 71463

NEOPOST  FIRST-CLASS MAIL
11/29/2017
US POSTAGE $000.46⁰
ZIP 74103
041M11287529



Post Marked
11/29/17

NIXIE    711    DE 1    0012/08/17
RETURN TO SENDER
REFUSED
UNABLE TO FORWARD
BC: 74103381911    *1455-05964-08-19

---

CLERK, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA
333 WEST FOURTH STREET, ROOM 411
TULSA, OKLAHOMA 74103-3819

OFFICIAL BUSINESS

09-CR-43-SPF
#623

**RECEIVED**
DEC 11 2017
Mark C. McCartt, Clerk
U.S. DISTRICT COURT

RTS

Oscar Amos Stilley #10579-062
FCI Oakdale I
P O BOX 5000
OAKDALE, LA 71463

NEOPOST  FIRST-CLASS MAIL
11/30/2017
US POSTAGE $000.46⁰
ZIP 74103
041M11287529



Post Marked
11/30/17

NIXIE    711    DE 1    0012/08/17
RETURN TO SENDER
REFUSED
UNABLE TO FORWARD
BC: 74103381911    *1455-05957-08-19