IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

*F I L E D*

JAN 4 2018

Mark C. McCartt, Clerk
U.S. DISTRICT COURT

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LINDSEY KENT SPRINGER,

    Defendant.

Case No. 09-CR-043
(13-CV-145)

DECLARATION OF LINDSEY KENT SPRINGER

I, Lindsey Kent Springer ("Springer"), declare that:

1.  I make this Declaration in support of my Application to Set Aside the § 2255 Court's Judgment dated August, 22, 2014, Doc. 585, filed simultaneously herewith.

2.  On or about October 24, 2013, Charles A. O'Reilly ("O'Reilly"), Jeffrey A. Gallant ("Gallant"), and Danny C. Williams, Sr. ("Williams") filed in the above captioned matter, a response opposing my Motion, stating the numerous authorizations and appointments O'Reilly received in writing to the office of Special Assistant United States Attorney ("SAUSA"), citing to 28 U.S.C. § 515(a) and 28 CFR § 0.13(a), found at Doc. 525, pg. 2.  Attached hereto and Marked as **Exhibit 1** is a true copy of Doc. 525.

3.  On or about October 24, 2013, O'Reilly, Gallant, and Williams filed, in the above captioned matter, a response opposing my request for discovery of various records of appointment evidencing the standing to represent the United States of America ("U.S. of A.") in the criminal prosecution by the lawyers purporting the Article III and statutory standing to do so after David E. O'Meilia resigned on June 28, 2009, as the Northern District of Oklahoma's ("NDOK") United States Attorney ("USA"), found at Doc. 526. Attached hereto and Marked as **Exhibit 2** is a true copy of Doc. 526.

Mail ____No Cert Svc ____No Orig Sign

____C/J ____C/MJ ____C/Ret'd ____No Env

____No Cpys ____No Env/Cpys ____O/J ____O/MJ

4.    Springer refers the Court to Docs 525 and 526 for a more thorough depiction of these filings by O'Reilly, Gallant, and Williams.

5.    On March 11, 2013, I filed a Motion under 28 U.S.C. § 2255 raising several Grounds for relief, including Grounds One and Two.  Attached hereto and Marked as **Exhibit 3** is a true copy of Doc. 472, pgs. 11 (Ground One) and 12 (Ground Two).

6.    By letter dated on or about June 3, 2005, the Internal Revenue Service ("IRS") made a recommendation to the Department of Justice ("DOJ") that I be investigated for tax offenses.  Attached hereto and Marked as **Exhibit 4**  is a true copy of Exhibit 15, pgs. 1-2 to my Declaration filed in support of my § 2255 Motion(Doc. 474, Exhibit 15).

7.    By letter dated on or about June 10, 2005, the DOJ informed David E. O'Meilia ("O'Meilia") the Tax Division had no objection to expanding existing non-tax investigation and warning no tax charges may be filed without prior approval from the Tax Division.  Attached hereto and Marked as **Exhibit 5** is a true copy of Exhibit 15, pgs. 3-5 to my Declaration filed in support of my § 2255 Motion(Doc. 474, Exhibit 15).

8.    In August, 2012, the Tulsa World Reported the United States Senate's confirmation of Williams, as the next USA for the NDOK, and that the office had remained in limbo for more than 3 years since O'Meilia left office.  Attached hereto and Marked as **Exhibit 6** is a true copy of Exhibit 8 to my Declaration filed in support of my § 2255 Motion(Doc. 474, Exhibit 8)

9.    On or about January 17, 2014, Williams and Martin M. Shoemaker ("Shoemaker") filed a response opposing Springer's Motion in U.S. of A v. Springer, 08-CV-278, supported by a Declaration of Shoemaker, with Exhibits Shoemaker declared he received from Williams' Office in Tulsa.  Attached hereto and Marked as **Exhibit 7** is a true copy of the January

2

17, 2014 response by Williams and Shoemaker and Declaration of Shoemaker
with the Exhibits attached thereto.

10.    On March 25, 2015 I requested under the Freedom of Information Act
("FOIA") records in the possession of the DOJ showing John A. Marrella
("Marrella") held the office of Deputy Assistant Attorney General, Tax
Division, on or about December 23, 2008, as purported by O'Reilly, Gallant,
and Williams, on October 24, 2013 in Doc. 525, pg. 2. Attached hereto and
Marked as **Exhibit 8** is a true copy of my March 25, 2015 FOIA request.

11.    On July 17, 2015 the DOJ responded to my March 25, 2015 FOIA request
involving Marrella and finding no records showing Marrella as Deputy
Assistant Attorney General, Tax Division ("DAAGTD").   Attached hereto and
Marked as **Exhibit 9** is a true copy of the DOJ's July 17, 2015 FOIA
response to me.

12.    On September 11, 2015 I appealed to the Office of Information Policy
("OIP") the July 17, 2015 DOJ FOIA decision.  Attached hereto and Marked
as **Exhibit 10** is a true copy of my appeal to OIP dated September 11, 2015.

13.    On March 16, 2016, OIP sent me their decision involving my appeal
of the DOJ's FOIA decision affirming the DOJ's finding no records existed
in its possession showing Marrella as DAAGTD.  Attached hereto and Marked
as **Exhibit 11** is a true copy of OIP's March 16, 2016 affirmance decision.

14.    In a letter dated May 6, 2015, in response to my FOIA request
dated March 25, 2015 involving Tamara W. Ashford ("Ashford"), DOJ provided
to me a copy of an order signed by then Attorney General Eric H. Holder,
Jr. ("Holder") naming Ashford "to be Prinicpal Deputy Assistant Attorney
General for the Tax Division."  Attached hereto and Marked as **Exhibit 12**
is a true copy of DOJ's May 6, 2015 response, with attachments, that I
received.

3

15.   On March 25, 2015 I requested under the FOIA records possessed by the DOJ showing O'Reilly received a letter on or about December 23, 2008 authorizing him to prosecute me pursuant to 28 U.S.C. § 515(a) and 28 CFR § 0.13(a), as O'Reilly, Gallant, and Williams represented to this Court on October 24, 2013 in Doc. 525, pg. 2.   Attached hereto and Marked as Exhibit 13 is a true copy of my March 25, 2015 FOIA request.

16.   On July 21, 2015 the DOJ responded to my March 25, 2015 FOIA request involving O'Reilly and finding 2 records the DOJ determined responsive to my request.   Attached hereto and Marked as Exhibit 14 is a true copy of the DOJ's July 21, 2015 FOIA response to me.

17.   On December 31, 2014 I requested under the FOIA records possessed by Williams' Agency showing O'Reilly appointed to the NDOK as a SAUSA between January 5, 2009 through January 4, 2011(the exact time period covered by this FOIA request is December, 2008 through January, 2015), as O'Reilly, Gallant, and Williams represented to this Court on October 24, 2013 in Doc. 525, pg. 2. Attached hereto and Marked as Exhibit 15 is a true copy of my December 31, 2014 FOIA request.

18.   On January 8, 2015 Williams' Agency sent me a letter involving my FOIA requests naming O'Reilly, Kenneth Snoke ("Snoke"), and Scott Woodward ("Woodward"), explaining Williams' decision to forward these requests, along with others, to the Executive Office for United States Attorneys ("EOUSA"). Attached hereto and Marked as Exhibit 16 is a true copy of Williams' Agency letter dated January 8, 2015 to me.

19.   On July 23, 2015 EOUSA responded for Williams' Agency to my FOIA requests naming O'Reilly, Snoke, Woodward, and others, and finding 2 records EOUSA determined responsive to all my FOIA requests presented to Williams' Agency.   Attached hereto and Marked as Exhibit 17 is a true copy of EOUSA's

4

July 23, 2015 FOIA responses to me.

20.   On July 29, 2015 EOUSA issued a supplemental response to my FOIA request naming O'Reilly and providing 1 record it located in Williams' Agency. Attached hereto and Marked as **Exhibit 18** is a true copy of EOUSA's supplemental response dated July 29, 2015 to me.

21.   On July 30, 2015, Williams and others filed documents in U.S. of A. v. Springer, 15-CV-0142, a FOIA Action, including therein a Declaration of Linda Richardson ("Richardson"), explaining Richardson's efforts to locate the appointment records I sought from Williams' Agency involving O'Reilly, Snoke, and Woodward, among others.  Attached hereto and Marked as **Exhibit 19** is a true copy of Richardson's July 30, 2015 Declaration served upon me in 15-CV-0142.

22.   On January 27, 2010, O'Reilly, Snoke, and Woodward filed opposition to a Motion then pending before the District Court in which it was stated that Woodward was sworn in on January 21, 2010 as the Attorney General's appointed USA for the NDOK in Doc. 292.  Attached hereto and Marked as **Exhibit 20** is a true copy of Doc. 292.

23.   In a letter dated June 4, 2014, in response to my FOIA request naming O'Reilly dated October 23, 2013 to EOUSA, EOUSA determined that, as of its search for records date, "SAUSA Charles A. O'Reilly in (sic) no longer an employee.  Therefore, his official personnel file is no longer maintained." Attached hereto and Marked as **Exhibit 21** is a true copy of EOUSA's June 4, 2014 FOIA response to me.

24.   On December 31, 2014 I requested under the FOIA records possessed by Williams' Agency showing Woodward as O'Meilia's "First Assistant" and any Notification of Personnel Action prior to October 5, 2009.  Attached hereto and Marked as **Exhibit 22** is a true copy of my December 31, 2014

FOIA request.

25.   On December 31, 2014 I requested under the FOIA records possessed by Williams' Agency showing Woodward being appointed to the NDOK as an Assistant United States Attorney ("AUSA"), Acting USA, and USA, between January 1, 2009 through January 1, 2013.  **Attached hereto and Marked as Exhibit 23 is a true copy of my December 31, 2014 FOIA request.**

26.   On December 31, 2014 I requested under the FOIA records possessed by Williams' Agency showing Snoke being appointed to the NDOK, as an AUSA, between June 28, 2009 to April 28, 2010.  **Attached hereto and Marked as Exhibit 24 is a true copy of my December 31, 2014 FOIA request.**

27.   On February 28, 2016 I requested under the FOIA records possessed by National Personnel Records Civilian FOIA Unit ("NPRC") showing Snoke being appointed to the NDOK, as an AUSA, between January 20, 2001 through July, 2010.   **Attached hereto and Marked as Exhibit 25 is a true copy of my February 28, 2016 FOIA request.**

28.   On March 24, 2016 the NPRC responded to my February 28, 2016 FOIA request involving Snoke finding no records responsive to my request. **Attached hereto and Marked as Exhibit 26 is a true copy of the NPRC's March 24, 2016 FOIA response to me.**

      I declare under the penalty of perjury pursuant to 28 U.S.C. § 1746(1), under the laws of the United States of America, that the foregoing is true and correct to the best of my knowledge and belief.

Declarant Lindsey Kent Springer
Reg. # 02580-063
Federal Satellite Camp
P.O. Box 9000
Seagoville, Texas 75159

6

CERTIFICATE OF SERVICE

I hereby certify that on _December 28,_ 2017 I mailed the above Declaration

and Exhibits to the Clerk of Court, 333 West Fourth Street, Tulsa, Oklahoma

74103, by First Class Mail, Postage Prepaid;

I further certify that the persons representing the United States of

America will receive service through the Court's ECF system as follows:

United States Attorney for the Northern District of Oklahoma
Jeffrey A. Gallant
Charles A. O'Reilly

_[signature]_
Server

DECLARATION OF MAILING

I declare under the penalty of perjury pursuant to 28 U.S.C. § 1746(1),

under the laws of the United States of America, that I placed the above

Declaration and Exhibits in the U.S. Mailbox located inside Seagoville

Federal Prison Camp to the address for the Clerk listed above. _on December_
_28, 2017._

_[signature]_
Declarant

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff/Respondent | ) | |
| | ) | |
| v. | ) | Case No.   09-CR-043-SPF |
| | ) | |
| LINDSEY KENT SPRINGER, | ) | |
| | ) | |
| Defendant/Movant. | ) | |

## UNITED STATES' RESPONSE IN OPPOSITION TO MR. SPRINGER'S MOTION TO STRIKE (DOCKET NUMBER 522)

The United States of America, by and through its attorneys, Danny C. Williams, Sr., United States Attorney for the Northern District of Oklahoma, and Jeffrey Gallant, Assistant United States Attorney, and Charles A. O'Reilly, Special Assistant United States Attorney, hereby responds in opposition to Mr. Springer's fifteen-page Motion to Strike (Doc. No. 522). The pleading Mr. Springer seeks to have stricken, the United States' Preliminary Response Regarding Lindsey Springer's Motion for Relief Under 28 U.S.C. §2255 (Doc. Nos. 472 - 475) Concisely Listing Those Grounds For Relief That Should Be Stricken or Dismissed, is signed by an authorized representative of the United

EXHIBIT 1   ---   1 OF 6

States and complies with the Court's March 15, 2013 Order directing the United States to file a preliminary response (Doc. No. 478).

With respect to the above-capitioned case, the undersigned represented the United States of America during the grand jury investigation, at trial, and during Mr. Springer's appeal from his conviction. Pursuant to Title 28, United States Code Section 515(a) and Title 28, Code of Federal Regulations Section 0.13(a), Deputy Assistant Attorney General John A. Marrella of the United States Department of Justice, Tax Division authorized the undersigned to represent the United States with respect to this investigation and prosecution by letter dated December 23, 2008.

By letter dated January 5, 2009, United States Attorney David E. O'Meilia appointed the undersigned as a Special Assistant United States Attorney for the Northern District of Oklahoma. The United States Attorneys for the Northern District of Oklahoma have extended the undersigned's appointment as a Special Assistant United States Attorney by letters dated January 4, 2010, January 4, 2011, January 10, 2012, and most recently by United States Attorney Danny C. Williams, Sr. in a letter dated December 19, 2012. Mr. Springer's rhetoric does not change the fact that the undersigned has been and remains authorized to represent the United States of America.

Mr. Springer's claim that the Government's Preliminary Response (Doc. No. 518) does not comply with the Court's March 15, 2013 Order (Doc. No. 478) is simply wrong. Mr. Springer states "First, Doc 518 is clearly not signed by an authorized representative

of the Government . . . according to any Federal Statute or the Constitution . . . ." As
addressed above, this assertion is incorrect.

Mr. Springer next claims that "Doc 518 is not in compliance with Judge Friot's
directive dated March 15, 2013 . . . [and that the United States' response is]
"unresponsive and confusing." Mr. Springer's Motion to Strike (Doc. No. 522) at 14.
Again, Mr. Springer is in error. In the order dated March 15, 2013, the Court noted that in
271 pages of material Mr. Springer asserted 76 separate grounds for relief, many of which
"would appear to have been previously litigated and adjudicated in the underlying
criminal proceedings, or which could have been asserted in those proceedings."
Consistent with the Court's direction, the United States summarized Mr. Springer's
voluminous submissions in a ten page responsive pleading sorting Mr. Springer's
76 grounds for relief into twenty different issue categories, with a 53-page attachment
identifying specifically where Mr. Springer's asserted 76 separate grounds for relief had,
or had, not been raised in the underlying proceedings.[1] The United States' submission
concisely lists, with supporting record citations, those grounds for relief that should be
stricken or dismissed because they are procedurally barred.

---

[1]      In his Motion to Strike, Mr. Springer asserts that he "has received no
attachments . . . ." Doc. No. 522 at 13. As indicated in the Certificate of Service, on
September 9, 2013, the United States mailed both the preliminary response and the
attachment to Mr. Springer at the Federal Correctional Institution in Big Spring, Texas.
Nevertheless, on October 9, 2013, the United States resent copies of both the preliminary
response and attachment, this time to Mr. Springer at the Federal Correctional Institution
in El Reno, Oklahoma.

-3-      EXHIBIT 1   ---   3 of 6

For the reasons stated above, the United States respectfully requests that the Court

deny Mr. Springer's Motion to Strike (Doc. No. 522).

DATED:      24 October 2013

                                  Respectfully submitted,

                                  DANNY C. WILLIAMS, SR.
                                  UNITED STATES ATTORNEY

                                  _/s/ Charles A. O'Reilly_
                                  CHARLES A. O'REILLY, CBA NO. 160980
                                  Special Assistant United States Attorney
                                  110 West Seventh Street, Suite 300
                                  Tulsa, Oklahoma 74119
                                  (918) 382-2700

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of October 2013, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing, and also served the foregoing document by United States Postal Mail, to:

Lindsey Kent Springer
Defendant
FCI El Reno
Federal Correctional Institution
P.O. Box 1500
El Reno, OK 73036
Inmate Number 02580-063.


/s/ Charles A. O'Reilly
Charles A. O'Reilly
Special Assistant United States Attorney



# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA,      )
                                 )
          Plaintiff,      )
                                 )
           v.                )     Case No.     09-CR-043-SPF
                                 )
LINDSEY KENT SPRINGER,      )
                                 )
          Defendant.     )

## ORDER

Defendant Lindsey Kent Springer's Motion to Strike (Docket No. 522) is denied.

DATED      _____

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

EXHIBIT   1   ---   6 of 6

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA,            )
                                     )
    Plaintiff/Respondent         )
                                     )
    v.                           )      Case No.     09-CR-043-SPF
                                     )
LINDSEY KENT SPRINGER,               )
                                     )
    Defendant/Movant.            )

## UNITED STATES' RESPONSE IN OPPOSITION TO MR. SPRINGER'S MOTION FOR LEAVE TO CONDUCT LIMITED DISCOVERY ON UNITED STATES ATTORNEY(DOCKET NUMBER 523)

The United States of America, by and through its attorneys, Danny C. Williams, Sr., United States Attorney for the Northern District of Oklahoma, and Jeffrey A. Gallant, Assistant United States Attorney, and Charles A. O'Reilly, Special Assistant United States Attorney, hereby responds in opposition to Mr. Springer's Motion for Leave to Conduct Discovery on United States Attorney (Docket No. 523). Mr. Springer articulates no legitimate basis for his request. Instead, Mr. Springer ask the Court to authorize a fishing expedition with respect to Mr. Springer's oft repeated and rejected assertion that the Government could not prosecute Mr. Springer because there was no United States Attorney for the Northern District of Oklahoma, and his similar claim that Assistant U.S. Attorneys Kenneth P. Snoke (now retired) and Jeffery A. Gallant, and Special Assistant

EXHIBIT 2   ---   1 OF 4

U.S. Attorney Charles A. O'Reilly were not authorized to represent the United States.

Mr. Springer raised this spurious claim in the underlying case (*See United States v. Springer et al*, doc. nos. 288 and 493), and made brief references to this assertion on appeal (*See United States v. Springer*, Appellant Springer's Opening Brief at pages 5 and 53). Thus, Mr. Springer's claims are barred by issue preclusion. *See United States v. Galloway*, 56 F.3d 1239, 1242-43 (10th Cir. 1995). To the extent Mr. Springer failed to assert these claims in the underlying proceedings, he is procedurally barred from raising them in habeas review. *See United States v. Cervini*, 379 F.3d 987, 990 (10th Cir. 2004). Mr. Springer's attempt to relitigate the validity of the appointment of the United States Attorney warrants neither discovery nor the appointment of counsel; there is no constitutional right to counsel in mounting collateral attacks on a defendant's conviction. *Pennsylvania v. Finley*, 481 U.S. 551, 555 (1987).

Finally, in support of his motion Mr. Springer cites *United States v. Navarro*, 959 F. Supp. 1273, 1277 (E.D.CA 1997)[1] in which a District Court set aside the conviction and dismissed the indictment when it determined that a Deputy District Attorney for the County of Sacramento, California had worked for many years as a Special Assistant United States Attorney in the Eastern District of California in violation of the Intergovernmental Personnel Act that limited such appointments to four years. Mr. Springer neglects to mention that the Ninth Circuit reversed the district court's

---

[1]    Mr. Springer's Motion for Leave to Conduct Limited Discovery on United States Attorney, doc. no. 524 at 2 and 3.

decision and reinstated Navarro's conviction, stating that "[t]he Attorney General can still appoint SAUSAs for more than the four-year limit imposed by § 3372. The district court erred when it held to the contrary." *United States v. Navarro*, 160 F.3d 1254, 1258 (9th Cir. 1998).

For the foregoing reasons, this Court should deny Mr. Springer's requests for limited discovery and for the appointment of counsel.

DATED:    24 October 2013

Respectfully submitted,

DANNY C. WILLIAMS, SR.
UNITED STATES ATTORNEY

*/s/ Charles A. O'Reilly*
CHARLES A. O'REILLY, CBA NO. 160980
Special Assistant United States Attorney
110 West Seventh Street, Suite 300
Tulsa, Oklahoma 74119
(918) 382-2700

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of October 2013, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing, and also served the foregoing document by United States Postal Mail, to:

Lindsey Kent Springer
Defendant
FCI El Reno
Federal Correctional Institution
P.O. Box 1500
El Reno, OK 73036
Inmate Number 02580-063.


_/s/ Charles A. O'Reilly_
Charles A. O'Reilly
Special Assistant United States Attorney

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA

      Plaintiff(s)

vs.

Lindsey Kent Springer, et al.,

      Defendant(s)

Case Number: 09-CR-043-Friot

### MOTION UNDER U.S.C. § 2255
### TO VACATE, SET ASIDE OR CORRECT A SENTENCE
### BY A PERSON IN FEDERAL CUSTODY

| Name (under which you were convicted): | |
|---|---|
| Lindsey Kent Springer | |
| Place of Confinement: | Prisoner No.: |
| FCI Big Spring (Low) | 02580-063 |

1. (a) Name and location of court which entered the judgment of conviction you are challenging: United States District Court for the Northern Judicial District of Oklahoma, located at 333 W. 4th St., Tulsa, Oklahoma, 74103

   (b) Criminal docket or case number (if you know): 09-CR-043-Friot

2. (a) Date of the judgment of conviction (if you know): April 28, 2010

   (b) Date of sentencing: April 21,22, and 23, 2010

3. Length of sentence: 180 months-Count 1,2,3 60 months ran consecutive w/ 4,5,6

4. Nature of crime (all counts): Count 1 alleged a conspiracy to defraud the IRS by impeding lawful functions of ascertainment and assessment of federal income taxes; Count 2,3,4 alleged attempt to evade assessment of income taxes for 2000,2003, and 2005 respectively; Count 5 and 6 alleged will-failure to file an income tax return for 2002 and 2004 respectively. All Six Counts alleged either failure to file Form 1040 or U.S. Individual Income Tax Return (or income tax return).

5. (a) What was your plea? (Check one)

    (1) Not guilty [X]    (2) Guilty [ ]    (3) Nolo contendere (no contest) [ ]

   (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or what did you plead guilty to and what did you plead not guilty to? _____

GROUND  1      - The indictment, conviction, sentence, and judgment on all Six Counts  must be vacated and set aside being entered without jurisdiction in violation of Article I, §. Cl.3. Article III, § 2, Fifth Amendment, 18 U.S.C. § 3231 and 26 USC § 7801(a).

(a) FACTS -  Congress only placed the decision to enforce tax laws, civil and criminal, in the office of the Secretary of the Treasury personally at 26 USC § 7801(a). The June 3, 2005, letter proffered as a referral for Grand Jury prosecution is not issued by the Secretary of the Treasury as defined at 26 USC § 7701(a)(11)(A). Neither the offices of U.S. Attorney David O'Mielia, Grand Jury, or the District Court Judge, had Congressional or Constitutional authority to enforce the Tax Laws under Title 26 or offenses related to Title 26 without the permission of the Secretary of the Treasury.

    See Springer's Declaration Filed in Support of this Motion incorporated herein in its entirety and also specifically at page 4

    See Memorandum in Support of this Motion at 1-2

(b) Direct Appeal of Ground  One

   (1) If you appealed from the judgment of conviction, did you raise this issue?
   Yes☐      No☒

   (2) If you did not raise this issue in your direct appeal, explain why:  Appellate Counsel was ineffective for failing to raise this Ground on appeal and this deficiency was prejudicial to Defendant. I do not know why he did not raise Ground One.

(c)(1) Did you raise this issue in any post-conviction motion, petition, or application?
   Yes☐      No☒

   (4) Did you appeal from the denial of your motion, petition, or application?
   Yes☐      No☐

   (5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
   Yes☐      No☐

   (6) If your answer to Question (c)(4) is "Yes," state:
   Name and location of the court where the appeal was filed: _____

   Docket or case number (if you know): _____
   Date of the court's decision: _____
   Result (attach a copy of the court's opinion or order, if available): _____

   (7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise issue: _____

EXHIBIT 3   ---  2 OF 3
-11-

GROUND 2    The indictment, conviction, sentence, and judgment on each of the six Counts must be vacated and set aside where Trial Jurisdiction was lost when the U.S. Attorney resigned on June 28, 2009, leaving no one authorized by the President or the Secretary of the Treasury, or confirmed by the Senate under 28 USC § 541 to prosecute me on tax, or tax related offenses, under 28 USC § 547(1).

(a) FACTS - Congress only authorized the Secretary of the Treasury to personally enforce all Tax Laws under Title 26. Congress only authorized a U.S. Attorney to prosecute criminal offenses at 28 USC § 547(1). David O'Mielia resigned his Senate confirmed office on June 28, 2009, out of the Northern Judicial District of Oklahoma. No U.S. Attorney existed from June 28, 2009 until Summer, 2012.

    See Springer Declaration Filed in Support of this Motion incorporated herein in its entirety and also specifically at page 11, 32, and 48

    See Memorandum in Support of this Motion at pages 2, 3, and 4

(b) Direct Appeal of Ground Two

(1) If you appealed from the judgment of conviction, did you raise this issue?
Yes ☐    No ☒

(2) If you did not raise this issue in your direct appeal, explain why: Appellate Counsel was ineffective for failing to raise Ground Two on appeal and this deficiency was prejudicial to Defendant. I do not know why he did not raise Ground Two.

(c)(1) Did you raise this issue in any post-conviction motion, petition, or application?
Yes ☐    No ☒

(4) Did you appeal from the denial of your motion, petition, or application?
Yes ☐    No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
Yes ☐    No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise issue: _____



**Criminal Investigation**

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
WASHINGTON, D.C. 20224

*Wal.*

## CAUTION: ENCLOSURES CONTAIN GRAND JURY INFORMATION

June 3, 2005

The Honorable Eileen J. O'Connor
Assistant Attorney General
Department of Justice (Tax Division)
600 E. NW, Room 5013 BICN Bldg.
Washington, DC 20530

*Patterson Invest.*
*Exp.*

Attn:   Ronald A. Cimino, Chief Western Enforcement Section

Re:   Title 26 Grand Jury Investigation Expansion
      Concerning:  LINDSEY K. SPRINGER

Dear Mr. Cimino:

I am referring the matter shown above to your office concurring with your request to expand a grand jury investigation.  Based on my review of the information provided by Assistant U. S. Attorney Melody Noble Nelson and our examination of the relevant tax records, I find there is reason to believe that federal criminal tax violations have been committed.  Disclosures of tax return and/or tax return information made herein or in the accompanying enclosures are authorized by 26 U.S.C. § 6103(h)(3)(A).  I have authorized the commitment of Internal Revenue Service resources to assist in the investigation of potential Title 26 and Title 26-related violations that Lindsey K. Springer may have committed for the years 2000 through 2004.

The following information is enclosed for your review:

1. Form 9131 and Exhibits
2. Evaluation memorandum prepared by Criminal Tax attorney.

If you need Criminal Tax Counsel to assist in the evaluation of evidence developed by the grand jury as it relates to Title 26 and Title 26-related offenses, please call me at (214) 413-5919 and I will arrange to have a docket attorney assist you.

EXHIBIT 4   ---  1 OF 2

EXHIBIT 15-1

*5-59N-7848*
*2000201076*

*1/8/05*

with the notation, "Material to be opened by address only." If you have any questions regarding this memorandum, please contact Supervisory Special Agent William R. Taylor or Special Agent Brian Shern at (918) 581-7050 Ext. 230.

Sincerely,

Michael D. Lacenski
Special Agent in Charge
Dallas Field Office
1100 Commerce Street, DAL 9000
Dallas, TX 75242

Enclosures (2)

Cc:   Richard A. McDonald
      Field Counsel (Criminal Tax)

EXHIBIT 4   ---   2 OF 2

EXHIBIT 15-2



U.S. Depa... ... Justice
**Tax Division**

*Western Criminal Enforcement Section*
*P.O. Box 972, Ben Franklin Station*          (202) 514-5762
*Washington, D.C. 20044*          *Telefax:* (202) 514-9623

EJO'C:RACimino:jhm
DJ# 5-59N-7848
CMN# 2000201076

June 10, 2005

<u>CERTIFIED MAIL - RETURN RECEIPT REQUESTED</u>

David E. O'Meila, Esquire
United States Attorney
Northern District of Oklahoma
3600 United States Courthouse
110 West 7th Street
Tulsa, OK 74119

Attn: AUSA Melody Noble Nelson

Re:   <u>Grand Jury Investigation</u>
Patterson Investigation
Northern District of Oklahoma
DJ# 5-59N-7848
Concerning: Lindsey K. Springer

Dear Mr. O'Meila:

Reference is made to a letter dated June 3, 2005, the Special Agent-in-Charge, Internal Revenue Service, Dallas, Texas, approving your request to expand an existing non-tax grand jury investigation to include an investigation of potential criminal tax violations in the above-entitled matter. In accordance with Tax Division Directive 86-59, the Tax Division has no objection to this expansion.

Pursuant to established procedures, no tax or tax-related charges, including charges to which a target has agreed to enter into a plea agreement, may be filed without prior approval of the Tax Division. You are reminded that any expansion of this grand jury investigation, to include additional targets, requires Tax Division approval as well. If you determine that use of the statutory compulsion process pursuant to 18 U.S.C. § 6003(b) or a non-prosecution agreement with a witness ("letter immunity") is warranted, refer to the procedures set forth in U.S.A.M. § 9-23.000, <u>et seq.</u>, and U.S.A.M. § 9-27.600, <u>et seq.</u>, respectively.

                    EXHIBIT 5  --- 1 OF 3

EXHIBIT 15-3

- 2 -

Upon conclusion of the investigation, please provide the testimony, documents, and other materials accumulated by the grand jury to the assisting Internal Revenue Service agent for the sole purpose of analyzing the potential criminal tax aspects of the case and preparing a report setting forth his or her recommendation regarding prosecution.  This report will be reviewed by an Internal Revenue Service Counsel, who will make a written evaluation and recommendation to the Special Agent-in-Charge.  The Special Agent-in-Charge will forward the reports and exhibits, along with his or her recommendation regarding prosecution to the Tax Division.

You must provide the Tax Division with a written report of your views regarding the prosecution potential of this case, the non-tax charges, if any, that you intend to bring, and the anticipated date of indictment.  In addition, the case should be submitted to the Tax Division for review at least 60 days prior to the date on which you need a decision.

You have the authority to terminate this investigation, provided that prior written notification is given to both the Tax Division and the Internal Revenue Service.  This notification should indicate that the matter is terminated pursuant to 26 U.S.C. § 7602(d).  Please be reminded that your use of all tax returns and return information is governed by 26 U.S.C. § 6103(h).  In the event that the tax aspects of the investigation are terminated, you must obtain a court order pursuant to Section 6103(I) in order to retain and use such returns and return information previously obtained under Section 6103(h).

In all future correspondence, please use the following caption:

Re:  Grand Jury Investigation
     Patterson Investigation
     Northern District Oklahoma
     DJ# 5-59N-7848
     Concerning:

Please list each target (individuals and entities) who is the subject of the correspondence.

A copy of the Special Agent-in-Charge's letter and its attachments is enclosed.  You are reminded that Fed. R. Crim. P. 6(e)(3)(B) requires that you furnish the court with the names of all persons with access to grand jury material.  Enclosed with the Special Agent's letter are the IRS Counsel's memorandum and IRS Form 9131 (Request for Grand Jury Investigation) which lists all Internal Revenue Service personnel to whom such material has been disclosed.

EXHIBIT 5   ---   2 OF 3

EXHIBIT 15-4

- 3 -

Please advise all Internal Revenue Service personnel who assist you in this investigation, and who will have access to grand jury material, that such material is supplied to them on the following conditions:

1. All grand jury material will remain under the custody of the grand jury, the United States Attorney, and the Tax Division;

2. Disclosure of grand jury material may be made only to Internal Revenue Service personnel who are assisting in the investigation and formulating a recommendation by the Service regarding prosecution, and such Internal Revenue Service personnel may only use the grand jury material for this purpose;

3. The Internal Revenue Service will furnish the Tax Division with advice and a recommendation, whether favorable or unfavorable, regarding the prosecution potential of this case;

4. The Internal Revenue Service will return all grand jury material to you when it is no longer needed for use in advising and assisting the Department of Justice in the investigation of this matter.

If you have any questions about this case or your authority under Directive 86-59, you may contact Tax Division, Western Criminal Chief Ronald A. Cimino at (202) 514-5762.  Please acknowledge receipt of this letter and its enclosures.

Sincerely yours,

EILEEN J. O'CONNOR
Assistant Attorney General
Tax Division

By:

RONALD A. CIMINO
Chief, Western Criminal
Enforcement Section

Enclosures
(1 Volume)
cc: Special Agent in Charge
Dallas, Texas

EXHIBIT 5   --- 3 OF 3

EXHIBIT 15-5

# Senate OKs U.S. attorney nominee

**BY DAVID HARPER**
World Staff Writer



**APPROVED**

**Danny Williams:** The Tulsa lawyer is the new U.S. attorney for the Northern District.

The U.S. Senate on Thursday night confirmed the nomination of Danny Williams as the new U.S. attorney for the Tulsa-based Northern District of Oklahoma.

Williams, a partner in the law firm of Charney, Buss & Williams, now specializes in condemnation proceedings but has prosecutorial experience as a former assistant district attorney.

A native of Mississippi, he is a graduate of Dillard University and the University of Tulsa law school.

Scott Woodward has been serving in the role of top federal prosecutor in the district since former U.S. Attorney David O'Meilia left office more than three years ago.

The Tulsa-based position has been the last U.S. attorney position still in limbo after the turnover in federal administrations that followed the 2008 presidential election.

The Obama administration and Oklahoma's two Republican senators had been unable to agree on a nominee until Williams' name was put forward in March.

SEE **SENATE** A15

EXHIBIT 6   ---   1 OF 1

EXHIBIT 8

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 08-cv-0278-TCK-PJC |
| | ) |
| LINDSEY KENT SPRINGER, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**UNITED STATES' RESPONSE TO MOTION FOR CONFESSION OF JUDGMENT**

Judgment was entered in this action against Lindsey K. Springer and in favor of the

United States on March 16, 2010. The judgment was affirmed by the Tenth Circuit on June 23,

2011, and on or around June 4, 2012, the Supreme Court denied Springer's Petition for Writ of

Certiorari. Springer filed a Motion to Void Judgment on November 27, 2013, and when the

United States did not respond filed a Motion for Confession of Judgment on January 15.

Springer asks that the Court exercise its discretion under Local Rule 7.2(f) and void the

judgment due to the Government's failure to respond to his November 27 motion. Good cause

exists for the failure to respond. This case was litigated by Civil Central Trial Section, United

States Department of Justice, Tax Division. Having completed litigation, the Section closed its

files on the matter in July 2013 (about a year after the denial of Springer's certiorari petition).

James Strong, one of the two attorneys who was assigned the case is no longer with the Justice

Department. The other attorney, Robert Metcalfe, is no longer working in the Central Trial

Section. Thus, no attorney assigned the matter in the Tax Division received ECF notice when

Springer filed his Motion to Void Judgment. In the interest of justice, the United States requests

that the Court excuse its failure to timely respond to the Motion to Void Judgment.

1

EXHIBIT 7   ---   1 OF 10

With respect to the merits of Springer's motion, Springer claims that the judgment should be deemed void because Thomas Scott Woodward was somehow not a legitimate United States Attorney during the period the various levels of federal courts were ruling against him. In June 2009, Woodward was the First Assistant U.S. Attorney for the Northern District of Oklahoma. When David O'Meilia resigned as the United States Attorney for the Northern District of Oklahoma on June 28, 2009, Woodward became acting United States Attorney pursuant to 5 U.S.C. § 3345(a)(1), which provides that if an officer of an Executive agency whose appointment is required to be made by the President, such as a U.S. Attorney, resigns, "the first assistant to the office of such officer shall perform the functions and duties of the office temporarily in an acting capacity subject to the time limitations of section 3346." Section 3346, Title 5, imposes a 210-day limit on persons serving in such capacity.[1]

At the end of the 210-day period, on January 25, 2010, the Attorney General appointed Woodward as United States Attorney under 28 U.S.C. § 546(a).[2] There is a 120-day limit for persons appointed as a U.S. Attorney by the Attorney General. 28 U.S.C. § 546(c)(2). On May 25, 2010, at the end of the 120-day period, the Chief Judge of the Northern District of Oklahoma appointed Woodward United States Attorney in accordance with 28 U.S.C. § 546(d).[3]

---

[1] Filed herewith as Exhibit A to the Declaration of undersigned counsel, is a "Notification of Personnel Action" form that shows Woodward as being First Assistant United States Attorney at least as early as March 3, 2009.

[2] Filed herewith as Exhibit B is Woodward's "Appointment Affidavit" with respect to the January 25, 2010, appointment.

[3] Filed herewith as Exhibit C is a copy of the "Order of Appointment" and "Appointment Affidavit" both signed on May 24, 2010, and made effective May 25, 2010.

EXHIBIT 7   ---   2 OF 10

Woodward remained U.S. Attorney until the present United States Attorney, Danny Williams, was confirmed by the Senate and took the oath of office in August 2012.

At all times while serving as the United States Attorney between June 28, 2009, and August 2012, Woodward was vested with the full powers and authority of a United States Attorney. *See, generally, United States v. Baldwin*, 541 F. Supp.2d 1184 (D.N.M. 2008) (detailed discussion of history and authority of non-Presidential appointed U.S. Attorneys). Congress put into place a statutory framework that allows the U.S. Attorney position to be filled in the absence of a person appointed by the President. *See* 5 U.S.C. § 3345 and 28 U.S.C § 546. That law was followed in the instant situation. Springer's argument to the contrary is unfounded and not a basis to void the judgment.

In any event, "[a]n infirmity in the United States' Attorney's appointment would not generally affect the jurisdiction of this court so long as a proper representative of the government participated in the action." *United States v. Gantt*, 194 F.3d 987, 998 (9th Cir. 1999); *United States v. Baker*, 504 F. Supp.2d 402, 407 (E.D. Ark. 2007) (government counsel defects do not affect jurisdiction). The chief attorneys representing the United States in this present action were Tax Division attorneys Metcalfe and Strong. Springer does not question their authority or the propriety of their appearances.

Springer's motion should be denied.


//


//                                                          EXHIBIT 7    ---   3 OF 10

3

Respectfully submitted,

DANNY C. WILLIAMS
United States Attorney

/s/ Martin M. Shoemaker
MARTIN M. SHOEMAKER
U.S. Dept. of Justice, Tax Division
P.O. Box 7238
Washington, D.C. 20044
202-514-6491 (v)
202-514-6770 (f)
Martin.M.Shoemaker@tax.usdoj.gov

Certificate of Service

I hereby certify that on this 17th day of January 2014, I electronically filed the foregoing United States' Response to Motion for Confession of Judgment with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following: all counsel of record.

I further certify that on this 17th day of January 2014, I served the same document by U.S. Postal Service on the following non-CM/ECF participants:

Lindsey K. Springer
Reg. # 02580-063
Federal Satellite Low
P.O. Box 6000
Anthony, NM 88021

/s/ Martin M. Shoemaker

EXHIBIT 7   ---   4 OF 10

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 08-cv-0278-TCK-PJC |
| LINDSEY KENT SPRINGER, *et al.*, | ) ) | |
| Defendants. | ) ) ) | |

## DECLARATION OF MARTIN M. SHOEMAKER

1. I am a trial attorney with the United States Department of Justice, Tax Division,
CTS-Central Section, with an office in Washington, D.C. I am the attorney assigned to represent
the United States in the above-captioned action.

2. Attached hereto as Exhibits A, B, and C are documents obtained from the United
States Attorney's Office for the Northern District of Oklahoma to be used in this matter.

3. Exhibit A is a copy of a "Notification of Personnel Action" form pertaining to Thomas
Scott Woodward. (Exhibit A has been redacted for privacy reasons.)

4. Exhibit B is a copy of an "Appointment Affidavit" signed on January 22, 2010, by
Thomas Scott Woodward.

5. Exhibit C consists of two pages. The first page is a copy of the "Order of
Appointment" issued by the United States District Court for the Northern District of Oklahoma
filed May 24, 2010, in which Thomas Scott Woodward is appointed United States Attorney
pursuant to 28 U.S.C. § 546(d). The second page is a copy of an "Appointment Affidavit"
signed on May 25, 2010, by Thomas Scott Woodward.

//

EXHIBIT 7   ---   5 OF 10

1

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 17, 2014, in Washington, D.C.

*/s/ Martin M. Shoemaker*
MARTIN M. SHOEMAKER

EXHIBIT 7   ---   6 OF 10

Standard Form 50-B
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 298-33, Subch. 4

# NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| WOODWARD, THOMAS SCOTT | – redacted –    5 | – redacted –9 | 10/05/09 |

| FIRST ACTION | | SECOND ACTION | |
|---|---|---|---|
| 5-A. Code | 5-B. Nature of Action | 6-A. Code | 6-B. Nature of Action |
| 769 | EXT OF PROMOTION NTE  10/04/13 | | |
| 5-C. Code | 5-D. Legal Authority | 6-C. Code | 6-D. Legal Authority |
| ZLM | 28 USC 548 | | |
| 5-E. Code | 5-F. Legal Authority | 6-E. Code | 6-F. Legal Authority |
| | | | |

| 7. FROM: Position Title and Number | 15. TO: Position Title and Number |
|---|---|
| | FIRST ASST U.S. ATTY |
| | 620001     P15AA1 |

| 8. Pay Plan | 9. Occ Code | 10. Grade/Level | 11. Step/Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ Code | 18. Grade/Level | 19. Step/Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | AD | 0905 | 7 | .00 | 0 | PA |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| | .00 | | .00 | – redacted – | .00 | redacted .00 | .00 |

| 14. Name and Location of Position's Organization | 22. Name and Location of Position's Organization |
|---|---|
| | OKLAHOMA, NORTHERN |
| | |
| | DJ JA6200000000000000     PP 20 2009 |

| EMPLOYEE DATA | | | | | | |
|---|---|---|---|---|---|---|
| 23. Veterans Preference | | 24. Tenure | 25. Agency Use | 26. Veterans Preference for RIF | | |
| 1 – None        3 – 10 Point/Disability    5 – 10 Point/Other | | 1 | | YES | X | NO |
| 2 – 5 Point    4 – 10 Point/Compensable  6 – 10 Point/Compensable/30% | | 0 – None    2 – Conditional | | | | |
| 1 | | 1 – Permanent    3 – Indefinite | | | | |
| 27. FEGLI | | 28. Annuitant Indicator | | 29. Pay Rate Determinant | | |
| C0  BASIC | | 9   NOT APPLICABLE. | | 0 | | |
| 30. Retirement Plan | 31. Service Comp Date (Leave) | 32. Work Schedule | | 33. Part-Time Hours Per | | |
| C  CS | 08/23/82 | F   FULL TIME | | Biweekly Pay Period | | |

| POSITION DATA | | | | | | |
|---|---|---|---|---|---|---|
| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | | | 37. Bargaining Unit Status | |
| 2  1 – Competitive Service   3 – SES General<br>2 – Excepted Service   4 – SES Career Reserved | E  E – Exempt<br>N – Nonexempt | | | | 8888 | |
| 38. Duty Station Code | 39. Duty Station (City - County - State or Overseas Location) | | | | | |
| 40-4780-143 | TULSA   TULSA   OK | | | | | |

| 40. AGENCY DATA | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| | SEX: M | CITZ: 1 | VET STAT: N | ED LV:15 YR:82 INST PRG:220101 |

45. Remarks

EMPLOYEE HAS BEEN ADVISED THAT ASSIGNMENT TO A SUPERVISORY OR SENIOR
LITIGATION COUNSEL POSITION IS TEMPORARY AND THAT ANY RIGHTS TO A
HIGHER SUPERVISORY/SENIOR LITIGATION COUNSEL SALARY ACCRUE ONLY SO
LONG AS HE/SHE IS AN INCUMBENT OF SUCH A POSITION.

GOVERNMENT
EXHIBIT
A
PENGAD 800-631-6989

EXHIBIT 7   ---   7 OF 10

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| U.S. DEPARTMENT OF JUSTICE/USA | E/S BY: JEAN DUNN |
| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date | HUMAN RESOURCES OFFICER |
| DJ JA | 4244 | 10/02/09 | Editions Prior to 7/91 Are Not Usable After 6/30/93<br>NSN 7540-01-333-6237 |

TURN OVER FOR IMPORTANT INFORMATION
3-Part   50-315

1 – Employee Copy – Keep for Future Reference

DJ JA6200000000000000     PP 20 1*2009*BATCH 42445812 000-00 207-08 AG/EO JA-4244

# APPOINTMENT AFFIDAVITS

United States Attorney            1-25-2010
*(Position to which Appointed)*        *(Date Appointed)*

Department of Justice                Tulsa, Oklahoma
*(Department or Agency)*    *(Bureau or Division)*     *(Place of Employment)*

I, Thomas Scott Woodward _____, do solemnly swear (or affirm) that--

## A. OATH OF OFFICE

I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. So help me God.

## B. AFFIDAVIT AS TO STRIKING AGAINST THE FEDERAL GOVERNMENT

I am not participating in any strike against the Government of the United States or any agency thereof; and I will not so participate while an employee of the Government of the United States or any agency thereof.

## C. AFFIDAVIT AS TO THE PURCHASE AND SALE OF OFFICE

I have not, nor has anyone acting in my behalf, given, transferred, promised or paid any consideration for or in expectation or hope of receiving assistance in securing this appointment.

_____
*(Signature of Appointee)*

Subscribed and sworn (or affirmed) before me this 22 day of January _____, 2010

at Tulsa _____    Oklahoma _____
     *(City)*               *(State)*

         (SEAL)                _____
                                     *(Signature of Officer)*

Commission expires 10/11/2011
*(If by a Notary Public, the date of his/her Commission should be shown)*      Administrative Officer
                                                *(Title)*

Note - If the appointee objects to the form of the oath on religious grounds, certain modifications may be permitted pursuant to the Religious Freedom Restoration Act. Please contact your agency's legal counsel for advice.

EXHIBIT 7   ---   8 OF 10

GOVERNMENT
EXHIBIT
B

NSN 7540-00-634-4015

U.S. Office of Personnel Management
The Guide to Processing Personnel Actions

Standard Form 61
Revised August 2002
Previous editions not usable

Case 4:09-cr-00043-SPF   Document 627 Filed in USDC ND/OK on 01/04/18   Page 35 of 92
Case 4:08-cv-00278-TCK-PJ   Document 277-1 Filed in USDC ND/... on 01/17/14   Page 5 of 6

Case 4:10-go-00001-CVE   Document 4  Filed in USDC ND/OK on 05/24/2010   Page 1 of 1

**FILED**

MAY 24 2010

Phil Lombardi, Clerk
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

GO-10-4

|  |  |  |
|---|---|---|
| IN THE MATTER | ) | |
| OF APPOINTMENT | ) | ORDER OF APPOINTMENT |
| OF THOMAS SCOTT WOODWARD | ) | |
|  | ) | |
| AS UNITED STATES ATTORNEY | ) | |

Pursuant to Title 28, United States Code, Section 546(d), Thomas Scott Woodward is appointed as the United States Attorney for the Northern District of Oklahoma, effective May 25, 2010.

DONE AND ORDERED at Tulsa, Oklahoma, this 24th day of May, 2010.

For the Court:

The Honorable Claire V. Eagan
Chief Judge
Northern District of Oklahoma

United States District Court
Northern District of Oklahoma
I hereby certify that the foregoing
is a true copy of the original on file
in this court.
Phil Lombardi, Clerk
By _____ Deputy

**GOVERNMENT
EXHIBIT
C**

EXHIBIT 7   ---   9 OF 10

# APPOINTMENT AFFIDAVITS

United States Attorney
(Position to which Apppinted)

May 25, 2010
(Date Appointed)

Department of Justice
(Department or Agency)

U.S. Attorney's Office
(Bureau or Division)

Tulsa, Oklahoma
(Place of Employment)

I, Thomas Scott Woodward _____, do solemnly swear (or affirm) that--

## A. OATH OF OFFICE

I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. So help me God.

## B. AFFIDAVIT AS TO STRIKING AGAINST THE FEDERAL GOVERNMENT

I am not participating in any strike against the Government of the United States or any agency thereof, and I will not so participate while an employee of the Government of the United States or any agency thereof.

## C. AFFIDAVIT AS TO THE PURCHASE AND SALE OF OFFICE

I have not, nor has anyone acting in my behalf, given, transferred, promised or paid any consideration for or in expectation or hope of receiving assistance in securing this appointment.

(Signature of Appointee)

NO.

Subscribed and sworn (or affirmed) before me this 25th day of May _____, 2010

at Tulsa
(City)

Oklahoma
(State)

(Signature of Officer)

(SEAL)

Commission expires: 10/11/11
(If by a Notary Public, the date of his/her Commission should be shown)

Director of Administration
(Title)

Note - If the appointee objects to the form of the oath on religious grounds, certain modifications may be permitted pursuant to the Religious Freedom Restoration Act. Please contact your agency's legal counsel for advice.

EXHIBIT 7   ---   10 OF 10

U.S. Office of Personnel Management
The Guide to Processing Personnel Actions

NSN 7540-00-634-4015

Standard Form 61
Revised August 2002
Previous editions not usable

To:     Carmen M. Banerjee
        Attn: Ms. Billie Willis
        FOIA and PA Unit, Tax Division
        U.S. Department of Justice
        P.O. Box 227
        Ben Franklin Station
        Washington D.C., 20044

From:   Lindsey Kent Springer
        Reg. # 02580-063
        Federal Satellite Low-La Tuna
        P.O. Box 6000
        Anthony, New Mexico 88021

    Dear Ms Billie Willis c/o Carmen M. Banerjee

    On _December 31, 2014_, I mailed the enclosed Freedom of Infor-

mation Act Request (FOIA) to:

        Carmen M. Banerjee, Division Counsel for FOIA and PA Matters, P.O. Box
        2272, Ben Franklin Station, Washington, D.C. 20044"

    I received this name and address from Sean R. O'Neill, Chief of the

Office of Adminstrative Appeals Staff in a letter dated January 29, 2014

involving Appeal No. AP-2014-04015.  This FOIA Request was returned to me by

the U.S. Post Office where the envelope has on a printed sticker dated January

20, 2015, the following:

                        ⇔02580-063⇔
                        Carmen M Banerjee
                        Ben Franklin Station
                        PO BOX 2272
                        Washington, DC 20044
                        United States

            NIXIE    200444183-1N        01/20/15

N ACT REQUEST        RETURN TO SENDER
                       NO SUCH STREET
                     UNABLE TO FORWARD
                      RETURN TO SENDER

                                        EXHIBIT 8 . --- 1 OF 3

                        1 of 2

J. Marella

In a letter dated March 17, 2015, Ms. Carmen M. Banerjee sent me a certified letter involving 1 of my 14 FOIA Requests I sent her at the address shown above involving Attorney Jonathan S. Cohen.  The number assigned to the Cohen FOIA request is 10841.  The March 17, 2015 letter directs me to use the following address:

        FOIA and PA Unit, Tax Division
        U.S. Department of Justice
        P.O. Box 227
        Ben Franklin Station
        Washington D.C. 20044

Please process my FOIA Request accompanying this letter.  This letter accompanies the FOIA Request for ___John A. Marrella___.

I declare under the penalty of perjury pursuant to 28 U.S.C. § 1746(1), under the laws of the United States of America, that the foregoing is true and correct to the best of my knowledge and belief.

_____
Declarant

### DECLARATION OF MAILING

I declare under the penalty of perjury pursuant to 28 U.S.C. § 1746(1), under the laws of the United States of America, that on _March 25_, 2015, I deposited the above letter and the accompanying FOIA Request dated _December 31, 2014_, naming _John A. Marrella_, in the U.S. Mailbox located inside Federal Satellite Low-La Tuna Federal Prison to Ms. Banerjee, c/o Ms. Willis, at the address of FOIA and PA Unit, Tax Division, U.S. Department of Justice, Attn: Ms. Billie Willis, P.O. Box 227, Ben Franklin Station, Washington D.C. 20044.

_____
Declarant

                    EXHIBIT 8   ---   2 OF 3

To: Carmen M. Banerjee
    Division Counsel for FOIA and PA Matters
    P.O. Box 2272
    Ben Franklin Station
    Washington D.C. 20044

From: Lindsey Kent Springer
      Reg. # 02580-063
      Federal Satellite Low-La Tuna
      P.O. Box 6000
      Anthony, New Mexico 88021

Dear Ms. Banerjee:

This is my Freedom of Information Act request under 5 U.S.C. §§ 552 and 552(a), and my agreement to pay costs associated herewith in obtaining information and any documentation pertaining to or showing the authorization and/or appointment of  John A. Marrella
to represent the United States of America pursuant to 28 U.S.C. §§ 515,516,517 and 28 C.F.R. §§  0.5(a), 0.5(b), 0.13(a), 0.13(b), 0.70(a), and 0.70(b)     .
The date or time period of this request is between January 1, 2008
         through   January 1, 2013            .
In order to assist you in locating the requested documents I am aware that the subject named above has used the Title of  "Deputy Assistant Attorney General"              .
My date of birth is September 11, 1965.

I declare under the penalty of perjury pursuant to 28 U.S.C. § 1746(1) under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

DECLARATION OF MAILING

I declare under the penalty of perjury pursuant to 28 U.S.C. § 1746(1) under the laws of the United States of America that on  December 31,
2014     I deposited the above Freedom of Information Act request in the U.S. Mailbox located inside Federal Satellite Low-La Tuna Federal Prison to Ms. Banerjee at the address listed above under her name.

Declarant

EXHIBIT 8   --- 3 OF 3

Page 1 of 1



U.S. Department of Justice

**Tax Division**

*Civil Trial Section, Eastern Region*
*P.O. Box 227*
*Ben Franklin Station*
*Washington, D.C.  20044*

*Facsimile No. (202) 514-6866*

July 17, 2015

CMB:SNWARD
FOIPA/TAX # 10871

**Certified Mail No. 7011 3500 0003 2475 8176**
**RETURN RECEIPT REQUESTED**

Mr. Lindsey Kent Springer Reg. #02580-063
Federal Satellite Low-La Tuna
P.O. Box 6000
Anthony, NM 88021

Dear Mr. Springer:

This responds to your Freedom of Information Act request dated March 25, 2015. The Tax Division's Freedom of Information Act (FOIA) and Privacy Act (PA) Unit received your request on April 1, 2015; it was perfected on April 1, 2015.

We understand from your request that you seek records pertaining to or showing the authorization and/or appointment of John A. Marrella, Title of Deputy Assistant Attorney General.

Based on the information you provided, we nonetheless conducted a search, but could locate no responsive records.

To the extent you are seeking United States Attorney's documents, we suggest that you send a request to:

Susan B. Gerson, Acting Assistant Director
FOIA/Privacy Unit
Executive Office for United States Attorneys

EXHIBIT 9   ---   1 OF 2

Lindsey Kent Springer
FOIPA/TAX # 10871
Certified Mail No. 7011 3500 0003 2475 8176

Department of Justice
Room 7300, 600 E Street, N.W.
Washington, DC 20530-0001
Phone: (202) 252-6020
Email: USAEO.FOIA.Requests@usdoj.gov

In the event you wish to appeal this determination, you may write to the Director, Office of Information Policy, U.S. Department of Justice, 1425 New York Avenue N.W., Suite 11050, Washington, D.C. 20530-0001 within sixty (60) days of the date of this letter. Both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal." Thereafter, judicial review of the final determination will be available in the District Court of the United States located in the district in which you reside, where you have your principal place of business, in which the agency records are located, or in the District of Columbia.[1]

Sincerely yours,

Carmen M. Banerjee
Division Counsel
for FOIA and PA Matters

---

[1]For your information, Congress excluded three discrete categories of law enforcement and national security records from the requirements of the FOIA. See 5 U.S.C. § 552(c) (2006 & Supp. IV (2010). This response is limited to those records that are subject to the requirements of the FOIA. This is a standard notification that is given to all our requesters and should not be taken as an indication that excluded records do, or do not, exist.

Page 2 of 2

EXHIBIT 9   ---   2 OF 2

To:     Office of Information Policy
        U.S. Department of Justice
        1425 New York Avenue, Suite 11050,
        Washington, D.C. 20530-0001

From:   Lindsey Kent Springer
        Reg. # 02580-063
        Federal Satellite Low-La Tuna
        P.O. Box 6000
        Anthony, New Mexico 88021

        Re:  FOIAPA/TAX # 10871

             "Freedom of Information Act Appeal"

        This is my formal "Freedom of Information Act Appeal" of the July 17,

2015 response to my FOIA requested dated March 25, 2015.
        In my FOIA request I sought  all documentation pertaining to or showing
John A. Marrella's appointment as a "Deputy Assistant Attorney General" between
January 1, 2008 and January 1, 2013.  The specific statutes I identified in my
FOIA request are 28 U.S.C. §§ 515, 516, 517, and 28 CFR §§ 0.5, 0.13, and 0.70.
I have attached to this appeal my March 25, 2015 FOIA request, that was origin-
ally sent on December 31, 2014 as Exhibit 1.
        Ms. Banerjee's response finds no responsive records showing Mr. Marrella's
authoriztion or appointment to the office of "Deputy Assistant Attorney General."
I have attached to this appeal Ms. Banerjee's July 17, 2015 response as Exhibit
2.
        Mr. Marella was claimed by Charles A. O'Reilly and United States Attorney
Danny C. Williams, Sr., to have authorized Mr. O'Reilly pursuant to 28 U.S.C.
§ 515(a) and 28 CFR § 0.13(b), to represent the United States of America by
letter dated December 23, 2008.  I have attached a copy of Mr. Williams' state-
ment on October 24, 2013, as Exhibit 3.
        I am looking for the actual instrument of appointment from the Attorney
General to Mr. Marrella.
        Although Ms. Banerjee directs me to the Executive Office of United States
Attorneys, any appointment by the Attorney General to Mr. Marrella would be
kept in the office of the Attorney General.  Under 28 CFR § 16.3 my FOIA request
is to be forwarded to the place that most likely possesses the records I seek.
        If an Attorney General makes an appointment it is the Attorney General that
would keep such record.
        Please overrule Ms. Banerjee's response, find she construed my FOIA request
too narrowly, and direct the FOIA request to be forwarded to the Attorney General
for the production of all instruments of appointment naming Mr. Marrella by the
Attorney General to the office of Deputy Assistant Attorney General.
        Please provide Mr. Marrella's appointment records from the Attorney General
to the office of Deputy Assistant Attorney General.


9/11/15
Date

Truly,

EXHIBIT 10   ---   1 OF 12


FOIA APPEAL # 10871 Page 1 of 1

DECLARATION OF MAILING

    I declare under the penalty of perjury pursuant to 28 U.S.C. § 1746(1), under the laws of the United States of America, that on _September 11_ 2015, I deposited the above 2 page FOIA Appeal on # 10871, and the three Exhibits to the Director in the U.S. Mailbox located inside FSL La Tuna to the address for the Director listed above.

                                      Declarant

EXHIBIT 10.  ---  2 OF 12

FOIA APPEAL # 10871 Page 2 of 2

To:     Carmen M. Banerjee
        Attn: Ms. Billie Willis
        FOIA and PA Unit, Tax Division
        U.S. Department of Justice
        P.O. Box 227
        Ben Franklin Station
        Washington D.C., 20044

From:   Lindsey Kent Springer
        Reg. # 02580-063
        Federal Satellite Low-La Tuna
        P.O. Box 6000
        Anthony, New Mexico 88021

Dear Ms Billie Willis c/o Carmen M. Banerjee

On _December 31, 2014_, I mailed the enclosed Freedom of Information Act Request (FOIA) to:

Carmen M. Banerjee, Division Counsel for FOIA and PA Matters, P.O. Box 2272, Ben Franklin Station, Washington, D.C. 20044"

I received this name and address from Sean R. O'Neill, Chief of the Office of Adminstrative Appeals Staff in a letter dated January 29, 2014 involving Appeal No. AP-2014-04015. This FOIA Request was returned to me by the U.S. Post Office where the envelope has on a printed sticker dated January 20, 2015, the following:

⇔02580-063⇔
Carmen M Banerjee
Ben Franklin Station
PO BOX 2272
Washington, DC 20044
United States

NIXIE    200444183-1N          01/20/15

N ACT REQUEST       RETURN TO SENDER
                      NO SUCH STREET
                    UNABLE TO FORWARD
                     RETURN TO SENDER

EXHIBIT 1 - 1 of 3

EXHIBIT 10. --- 3 OF 12

1 of 2

J. Marella

In a letter dated March 17, 2015, Ms. Carmen M. Banerjee sent me a certified letter involving 1 of my 14 FOIA Requests I sent her at the address shown above involving Attorney Jonathan S. Cohen.  The number assigned to the Cohen FOIA request is 10841.  The March 17, 2015 letter directs me to use the following address:

> FOIA and PA Unit, Tax Division
> U.S. Department of Justice
> P.O. Box 227
> Ben Franklin Station
> Washington D.C. 20044

Please process my FOIA Request accompanying this letter.  This letter accompanies the FOIA Request for _John A. Marrella_.

I declare under the penalty of perjury pursuant to 28 U.S.C. § 1746(1), under the laws of the United States of America, that the foregoing is true and correct to the best of my knowledge and belief.

_____
Declarant

### DECLARATION OF MAILING

I declare under the penalty of perjury pursuant to 28 U.S.C. § 1746(1), under the laws of the United States of America, that on _March 25_, 2015, I deposited the above letter and the accompanying FOIA Request dated _December 31, 2014_, naming _John A. Marrella_, in the U.S. Mailbox located inside Federal Satellite Low-La Tuna Federal Prison to Ms. Banerjee, c/o Ms. Willis, at the address of FOIA and PA Unit, Tax Division, U.S. Department of Justice, Attn: Ms. Billie Willis, P.O. Box 227, Ben Franklin Station, Washington D.C. 20044.

_____
Declarant

EXHIBIT 10.  --- 4 OF 12

EXHIBIT 1 - 2 of 3

To:  Carmen M. Banerjee
     Division Counsel for FOIA and PA Matters
     P.O. Box 2272
     Ben Franklin Station
     Washington D.C. 20044

From: Lindsey Kent Springer
      Reg. # 02580-063
      Federal Satellite Low-La Tuna
      P.O. Box 6000
      Anthony, New Mexico 88021

         Dear Ms. Banerjee:

         This is my Freedom of Information Act request under 5 U.S.C. §§ 552 and
552(a), and my agreement to pay costs associated herewith in obtaining
information and any documentation pertaining to or showing the authorization
and/or appointment of  John A. Marrella
to represent the United States of America pursuant to 28 U.S.C. §§ 515,516,517
and 28 C.F.R. §§  0.5(a), 0.5(b), 0.13(a), 0.13(b), 0.70(a), and 0.70(b)  .
         The date or time period of this request is between  January 1, 2008
_____ through  January 1, 2013            .
         In order to assist you in locating the requested documents I am aware
that the subject named above has used the Title of  "Deputy Assistant Attorney
General"          .
         My date of birth is September 11, 1965.

         I declare under the penalty of perjury pursuant to 28 U.S.C. § 1746(1)
under the laws of the United States of America that the foregoing is true and
correct to the best of my knowledge and belief.

                                   _Lindsey K Springer_

                    DECLARATION OF MAILING

         I declare under the penalty of perjury pursuant to 28 U.S.C. § 1746(1)
under the laws of the United States of America that on  December 31,
2014       I deposited the above Freedom of Information Act request in the
U.S. Mailbox located inside Federal Satellite Low-La Tuna Federal Prison to
Ms. Banerjee at the address listed above under her name.

                                   _Lindsey K Springer_
                    Declarant

                              EXHIBIT 1 - 3 of 3
                              EXHIBIT 10   ---  5 OF 12

                         Page 1 of 1



**U.S. Department of Justice**

**Tax Division**

*Civil Trial Section, Eastern Region*
*P.O. Box 227*
*Ben Franklin Station*
*Washington, D.C. 20044*

*Facsimile No. (202) 514-6866*

July 17, 2015

CMB:SNWARD
FOIPA/TAX # 10871

**Certified Mail No. 7011 3500 0003 2475 8176**
**RETURN RECEIPT REQUESTED**

Mr. Lindsey Kent Springer Reg. #02580-063
Federal Satellite Low-La Tuna
P.O. Box 6000
Anthony, NM 88021

Dear Mr. Springer:

   This responds to your Freedom of Information Act request dated March 25, 2015. The Tax Division's Freedom of Information Act (FOIA) and Privacy Act (PA) Unit received your request on April 1, 2015; it was perfected on April 1, 2015.

   We understand from your request that you seek records pertaining to or showing the authorization and/or appointment of John A. Marrella, Title of Deputy Assistant Attorney General.

   Based on the information you provided, we nonetheless conducted a search, but could locate no responsive records.

   To the extent you are seeking United States Attorney's documents, we suggest that you send a request to:

   Susan B. Gerson, Acting Assistant Director
   FOIA/Privacy Unit
   Executive Office for United States Attorneys

EXHIBIT 2 - 1 of 2
EXHIBIT 10   ---   6 OF 12

Lindsey Kent Springer
FOIPA/TAX #  10871
Certified Mail No. 7011 3500 0003 2475 8176

Department of Justice
Room 7300, 600 E Street, N.W.
Washington, DC 20530-0001
Phone: (202) 252-6020
Email: USAEO.FOIA.Requests@usdoj.gov

     In the event you wish to appeal this determination, you may write to the Director, Office of Information Policy, U.S. Department of Justice, 1425 New York Avenue N.W., Suite 11050, Washington, D.C. 20530-0001 within sixty (60) days of the date of this letter.  Both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."  Thereafter, judicial review of the final determination will be available in the District Court of the United States located in the district in which you reside, where you have your principal place of business, in which the agency records are located, or in the District of Columbia.[1]

Sincerely yours,

*Carmen M. Banerjee*

Carmen M. Banerjee
Division Counsel
for FOIA and PA Matters

---

[1]For your information, Congress excluded three discrete categories of law enforcement and national security records from the requirements of the FOIA.  See 5 U.S.C. § 552(c) (2006 & Supp. IV (2010).  This response is limited to those records that are subject to the requirements of the FOIA.  This is a standard notification that is given to all our requesters and should not be taken as an indication that excluded records do, or do not, exist.

Page 2 of 2

EXHIBIT 10   ---   7 OF 12

EXHIBIT 2 - 2 of 2

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff/Respondent | ) | |
| | ) | |
| v. | ) | Case No.   09-CR-043-SPF |
| | ) | |
| LINDSEY KENT SPRINGER, | ) | |
| | ) | |
| Defendant/Movant. | ) | |

## UNITED STATES' RESPONSE IN OPPOSITION TO MR. SPRINGER'S MOTION TO STRIKE (DOCKET NUMBER 522)

The United States of America, by and through its attorneys, Danny C. Williams, Sr., United States Attorney for the Northern District of Oklahoma, and Jeffrey Gallant, Assistant United States Attorney, and Charles A. O'Reilly, Special Assistant United States Attorney, hereby responds in opposition to Mr. Springer's fifteen-page Motion to Strike (Doc. No. 522). The pleading Mr. Springer seeks to have stricken, the United States' Preliminary Response Regarding Lindsey Springer's Motion for Relief Under 28 U.S.C. §2255 (Doc. Nos. 472 - 475) Concisely Listing Those Grounds For Relief That Should Be Stricken or Dismissed, is signed by an authorized representative of the United

EXHIBIT 3 - 1 of 5

EXHIBIT 10   ---   8 OF 12

States and complies with the Court's March 15, 2013 Order directing the United States to file a preliminary response (Doc. No. 478).

With respect to the above-captioned case, the undersigned represented the United States of America during the grand jury investigation, at trial, and during Mr. Springer's appeal from his conviction. Pursuant to Title 28, United States Code Section 515(a) and Title 28, Code of Federal Regulations Section 0.13(a), Deputy Assistant Attorney General John A. Marrella of the United States Department of Justice, Tax Division authorized the undersigned to represent the United States with respect to this investigation and prosecution by letter dated December 23, 2008.

By letter dated January 5, 2009, United States Attorney David E. O'Meilia appointed the undersigned as a Special Assistant United States Attorney for the Northern District of Oklahoma. The United States Attorneys for the Northern District of Oklahoma have extended the undersigned's appointment as a Special Assistant United States Attorney by letters dated January 4, 2010, January 4, 2011, January 10, 2012, and most recently by United States Attorney Danny C. Williams, Sr. in a letter dated December 19, 2012. Mr. Springer's rhetoric does not change the fact that the undersigned has been and remains authorized to represent the United States of America.

Mr. Springer's claim that the Government's Preliminary Response (Doc. No. 518) does not comply with the Court's March 15, 2013 Order (Doc. No. 478) is simply wrong. Mr. Springer states "First, Doc 518 is clearly not signed by an authorized representative

EXHIBIT 3 – 2 of 5

EXHIBIT 10   ---   9 OF 12

-2-

of the Government . . . according to any Federal Statute or the Constitution . . .." As addressed above, this assertion is incorrect.

Mr. Springer next claims that "Doc 518 is not in compliance with Judge Friot's directive dated March 15, 2013 . . . [and that the United States' response is] "unresponsive and confusing." Mr. Springer's Motion to Strike (Doc. No. 522) at 14. Again, Mr. Springer is in error. In the order dated March 15, 2013, the Court noted that in 271 pages of material Mr. Springer asserted 76 separate grounds for relief, many of which "would appear to have been previously litigated and adjudicated in the underlying criminal proceedings, or which could have been asserted in those proceedings." Consistent with the Court's direction, the United States summarized Mr. Springer's voluminous submissions in a ten page responsive pleading sorting Mr. Springer's 76 grounds for relief into twenty different issue categories, with a 53-page attachment identifying specifically where Mr. Springer's asserted 76 separate grounds for relief had, or had, not been raised in the underlying proceedings.[1] The United States' submission concisely lists, with supporting record citations, those grounds for relief that should be stricken or dismissed because they are procedurally barred.

---

[1]      In his Motion to Strike, Mr. Springer asserts that he "has received no attachments . . .." Doc. No. 522 at 13. As indicated in the Certificate of Service, on September 9, 2013, the United States mailed both the preliminary response and the attachment to Mr. Springer at the Federal Correctional Institution in Big Spring, Texas. Nevertheless, on October 9, 2013, the United States resent copies of both the preliminary response and attachment, this time to Mr. Springer at the Federal Correctional Institution in El Reno, Oklahoma.

EXHIBIT 3 – 3 of 5

-3-      EXHIBIT 10   ---   10 OF 12

For the reasons stated above, the United States respectfully requests that the Court

deny Mr. Springer's Motion to Strike (Doc. No. 522).

DATED:      24 October 2013

                                         Respectfully submitted,

                                         DANNY C. WILLIAMS, SR.
                                         UNITED STATES ATTORNEY

                                         _/s/ Charles A. O'Reilly_____
                                         CHARLES A. O'REILLY, CBA NO. 160980
                                         Special Assistant United States Attorney
                                         110 West Seventh Street, Suite 300
                                         Tulsa, Oklahoma 74119
                                         (918) 382-2700

EXHIBIT 3 - 4 of 5

-4-      EXHIBIT 10   ---   11 OF 12

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of October 2013, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing, and also served the foregoing document by United States Postal Mail, to:

Lindsey Kent Springer
Defendant
FCI El Reno
Federal Correctional Institution
P.O. Box 1500
El Reno, OK 73036
Inmate Number 02580-063.

/s/ Charles A. O'Reilly
Charles A. O'Reilly
Special Assistant United States Attorney



EXHIBIT   3 – 5 of 5

-5-      EXHIBIT 10   ---   12 OF 12



**U.S. Department of Justice**
Office of Information Policy
*Suite 11050*
*1425 New York Avenue, NW*
*Washington, DC 20530-0001*

*Telephone: (202) 514-3642*

**March 16, 2016**

Mr. Lindsey K. Springer
Register No. 02580-063
Federal Correctional Institution          Re:     Appeal No. AP-2016-00059
Post Office Box 6000                               Request No. 10871
Anthony, NM 88021                                  SRO:ADF

**VIA: U.S. Mail**

Dear Mr. Springer:

You appealed from the action of the Tax Division of the United States Department of Justice on your Freedom of Information Act request for access to the appointment affidavit of John Marrella to the position of Deputy Assistant Attorney General.

After carefully considering your appeal, I am affirming the Tax Division's action on your request. The Tax Division informed you that it could locate no responsive records subject to the FOIA in its files. I have determined that the Tax Division's action was correct and that it conducted an adequate, reasonable search for such records.

Please be advised that this Office's decision was made only after a full review of this matter. Your appeal was assigned to an attorney with this Office who thoroughly reviewed and analyzed your appeal, your underlying request, and the action of the Tax Division in response to your request.

If you are dissatisfied with my action on your appeal, the FOIA permits you to file a lawsuit in federal district court in accordance with 5 U.S.C. § 552(a)(4)(B).

For your information, the Office of Government Information Services (OGIS) offers mediation services to resolve disputes between FOIA requesters and Federal agencies as a non-exclusive alternative to litigation. Using OGIS services does not affect your right to pursue litigation. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, Room 2510, 8601 Adelphi Road, College Park, Maryland 20740-6001; e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.   EXHIBIT 11  ---  1 OF 1

Sincerely,

3/14/2016

X _____ Sean R. O'Neill

Sean R. O'Neill
Chief, Administrative Appeals Staff
Signed by: SEAN O'NEILL



U.S. Department of Justice

Tax Division

*Washington, D.C. 20533*

May 6, 2015

CMB:BWILLIS
FOIPA/TAX # 10867

Certified Mail No. 7011 3500 0003 2475 8039
<u>RETURN RECEIPT REQUESTED</u>

Mr. Lindsey Kent Springer
Reg. #02580-063
Federal Satellite Low-La Tuna
P.O. Box 6000
Anthony, MN 88021

Dear Mr. Springer:

This responds to your Freedom of Information Act request dated March 25, 2015. The Tax Division's Freedom of Information Act (FOIA) and Privacy Act (PA) Unit received your request on April 1, 2015; it was perfected on April 1, 2015.

We understand from your request that you seek information about:
__ yourself.
__ a third party taxpayer (individual).
__ a third party taxpayer (entity).
__ the Division's policies or procedures.
_✓_ other. <u>Tamara W. Ashford</u>

The Tax Division has determined that two pages from its records are responsive to your request as follows:

1. Designation of Ms. Ashford as Principal Deputy Assisted General (DAAG) by the Attorney General

2. A Division announcement informing that Ms. Ashford, Principal DAAG, became Acting AAG when Kathy Keneally

EXHIBIT 12   ---   1 OF 4

Lindsey Kent Springer
FOIPA/TAX # 10867
Certified Mail No. 7011 3500 0003 2475 8039

resigned.  There is no specific appointment of her to the position
of Acting.

In the event you wish to appeal this determination, you may write to the Director, Office of Information Policy, U.S. Department of Justice, 1425 New York Avenue N.W., Suite 11050, Washington, D.C. 20530-0001 within sixty (60) days of the date of this letter.  Both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."  Thereafter, judicial review of the final determination will be available in the District Court of the United States located in the district in which you reside, where you have your principal place of business, in which the agency records are located, or in the District of Columbia.[1]

Sincerely yours,

Carmen M. Banerjee
Division Counsel
for FOIA and PA Matters

Enclosures (2)

_____

[1]For your information, Congress excluded three discrete categories of law enforcement and national security records from the requirements of the FOIA.  *See* 5 U.S.C. § 552(c) (2006 & Supp. IV (2010).  This response is limited to those records that are subject to the requirements of the FOIA.  This is a standard notification that is given to all our requesters and should not be taken as an indication that excluded records do, or do not, exist.



## Office of the Attorney General
### Washington, D. C. 20530

ORDER NO. 3366-2013

DESIGNATION OF TAMARA W. ASHFORD AS PRINCIPAL DEPUTY ASSISTANT
ATTORNEY GENERAL FOR THE TAX DIVISION.

By virtue of the authority vested in me as Attorney General, including 28 U.S.C. §§ 509,

510, I hereby designate Tamara W. Ashford to be Principal Deputy Assistant Attorney General

for the Tax Division.

___March 4, 2013___
Date

Eric H. Holder, Jr.
Attorney General

EXHIBIT 12   ---   3 OF 4

**From:** Howard, Nancy M. (TAX) **On Behalf Of** Division Information (Tax)
**Sent:** Thursday, June 05, 2014 5:35 PM
**To:** DL-TAX-ALL
**Subject:** Tamara W. Ashford is the Acting Assistant Attorney General for Tax effective June 6, 2014

To:      Everyone in Tax
Re:      Acting Assistant Attorney General

Effective June 6, 2014, Tamara W. Ashford will serve as the Acting Assistant Attorney General of the Tax Division, following the resignation of Assistant Attorney General Kathryn Keneally on June 5, 2014.   Ms. Ashford was designated the Principal Deputy Assistant Attorney General on March 7, 2013, and will assume the role of Acting Assistant Attorney General consistent with the Vacancies Reform Act.

Please note that, where appropriate, the signature block for Tax Division motions, briefs, letters and other official documents should be changed effective June 6, 2014 to read:

_____

Tamara W. Ashford,
Acting Assistant Attorney General

EXHIBIT 12   ---   4 OF 4

To:    Carmen M. Banerjee
       Attn: Ms. Billie Willis
       FOIA and PA Unit, Tax Division
       U.S. Department of Justice
       P.O. Box 227
       Ben Franklin Station
       Washington D.C., 20044

From:  Lindsey Kent Springer
       Reg. # 02580-063
       Federal Satellite Low-La Tuna
       P.O. Box 6000
       Anthony, New Mexico 88021

Dear Ms Billie Willis c/o Carmen M. Banerjee

On _Ianuary 2, 2015_, I mailed the enclosed Freedom of Infor-

mation Act Request (FOIA) to:

    Carmen M. Banerjee, Division Counsel for FOIA and PA Matters, P.O. Box
    2272, Ben Franklin Station, Washington, D.C. 20044"

I received this name and address from Sean R. O'Neill, Chief of the

Office of Adminstrative Appeals Staff in a letter dated January 29, 2014

involving Appeal No. AP-2014-04015.  This FOIA Request was returned to me by

the U.S. Post Office where the envelope has on a printed sticker dated January

20, 2015, the following:

⇔02580-063⇔
Carmen M Banerjee
Ben Franklin Station
PO BOX 2272
Washington, DC 20044
United States

NIXIE    200444183-1N       01/20/15

N ACT REQUEST         RETURN TO SENDER
                      NO SUCH STREET
                      UNABLE TO FORWARD
                      RETURN TO SENDER

1 of 2
EXHIBIT 13   ---   1 OF 3

In a letter dated March 17, 2015, Ms. Carmen M. Banerjee sent me a certified letter involving 1 of my 14 FOIA Requests I sent her at the address shown above involving Attorney Jonathan S. Cohen. The number assigned to the Cohen FOIA request is 10841. The March 17, 2015 letter directs me to use the following address:

FOIA and PA Unit, Tax Division
U.S. Department of Justice
P.O. Box 227
Ben Franklin Station
Washington D.C. 20044

Please process my FOIA Request accompanying this letter. This letter accompanies the FOIA Request for _Charles A. O'Reilly_.

I declare under the penalty of perjury pursuant to 28 U.S.C. § 1746(1), under the laws of the United States of America, that the foregoing is true and correct to the best of my knowledge and belief.

_Lindsey K Springer_
Declarant

## DECLARATION OF MAILING

I declare under the penalty of perjury pursuant to 28 U.S.C. § 1746(1), under the laws of the United States of America, that on _March 25_, 2015, I deposited the above letter and the accompanying FOIA Request dated _January 2, 2015_, naming _Charles A. O'Reilly_ in the U.S. Mailbox located inside Federal Satellite Low-La Tuna Federal Prison to Ms. Banerjee, c/o Ms. Willis, at the address of FOIA and PA Unit, Tax Division, U.S. Department of Justice, Attn: Ms. Billie Willis, P.O. Box 227, Ben Franklin Station, Washington D.C. 20044.

_Lindsey K Springer_
Declarant

EXHIBIT 13 --- 2 OF 3

C. O'Reilly

To: Carmen M. Banerjee
    Division Counsel for FOIA and PA Matters
    P.O. Box 2272
    Ben Franklin Station
    Washington D.C. 20044

From: Lindsey Kent Springer
      Reg. # 02580-063
      Federal Satellite Low-La Tuna
      P.O. Box 6000
      Anthony, New Mexico 88021

Dear Ms. Banerjee:

This is my Freedom of Information Act request under 5 U.S.C. §§ 552 and 552(a), and my agreement to pay costs associated herewith in obtaining information and any documentation pertaining to or showing the authorization and/or appointment of   Charles A. O'Reilly   to represent the United States of America pursuant to 28 U.S.C. §§ 515, 543 and 28 C.F.R. §§ 0.5(a), 0.5(b), 0.13(a), 0.13(b), and 0.70(a) and 0.70(b). .

The date or time period of this request is between December 1, 2008   through   January 1, 2015   .

In order to assist you in locating the requested documents I am aware that the subject named above has used the Title of "Trial Attorney" and "Special Assistant United States Attorney."

My date of birth is September 11, 1965.

I declare under the penalty of perjury pursuant to 28 U.S.C. § 1746(1) under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

DECLARATION OF MAILING

I declare under the penalty of perjury pursuant to 28 U.S.C. § 1746(1) under the laws of the United States of America that on   January 2,   2015   I deposited the above Freedom of Information Act request in the U.S. Mailbox located inside Federal Satellite Low-La Tuna Federal Prison to Ms. Banerjee at the address listed above under her name.

Declarant

EXHIBIT 13   ---   3 OF 3

Page 1 of 1



U.S. Department of Justice

Tax Division

*Washington, D.C. 20533*

July 21, 2015

CMB:SNWARD
FOIPA/TAX # 10875

Certified Mail No. 7011 3500 0003 2475 8169
<u>RETURN RECEIPT REQUESTED</u>

Mr. Lindsey Kent Springer
Reg. #02580-063
Federal Satellite Low-La Tuna
P.O. Box 6000
Anthony, NM 88021

Dear Mr. Springer:

     This responds to your Freedom of Information Act request dated March 25, 2015. The Tax Division's Freedom of Information Act (FOIA) and Privacy Act (PA) Unit received your request on April 1, 2015; it was perfected on April 1, 2015.

     We understand from your request that you seek information about:
  \_\_ yourself.
  \_\_ a third party taxpayer (individual).
  \_\_ a third party taxpayer (entity).
  \_\_ the Division's policies or procedures.
  \_✓\_ other. Any documentation pertaining to or showing the authorization and/or appointment of Charles A. O'Reilly, from December 1, 2008 through January 1, 2015.

     The Tax Division has determined that 2 page is from its records is responsive to your request. It is released in full and enclosed with this letter.

     If you are not satisfied with my response to your request, you may administratively appeal by writing to the Director, Office of Information Policy, United States Department of Justice, Suite 11050, 1425 New York Avenue, NW, Washington,

EXHIBIT 14   ---   1 OF 4

Lindsey Kent Springer
FOIPA/TAX # 10875
Certified Mail No. 7011 3500 0003 2475 8169

DC 20530-0001, or you may submit an appeal through OIP's eFOIA portal at
http://www.justice.gov/oip/efoia-portal.html.   Your appeal must be postmarked or
transmitted electronically within sixty days from the date of this letter.  If you submit
your appeal by mail, both the letter and the envelope should be clearly marked
"Freedom of Information Act Appeal."   Thereafter, judicial review of the final
determination will be available in the District Court of the United States located in the
district in which you reside, where you have your principal place of business, in which
the agency records are located, or in the District of Columbia.[1]

Sincerely yours,

Carmen M. Banerjee
Division Counsel
for FOIA and PA Matters

Enclosures (2)

---

[1]For your information, Congress excluded three discrete categories of law
enforcement and national security records from the requirements of the FOIA.  *See* 5
U.S.C. § 552(c) (2006 & Supp. IV (2010).  This response is limited to those records that
are subject to the requirements of the FOIA.  This is a standard notification that is given
to all our requesters and should not be taken as an indication that excluded records do,
or do not, exist.

Page 2 of 2

EXHIBIT 14   ---   2 OF 4



STANDARD FORM 61
REVISED SEPTEMBER 1970
U.S. CIVIL SERVICE COMMISSION
F.P.M. CHAPTER 295
61-107

OMB APPROVAL NO. 50-R0110

# APPOINTMENT AFFIDAVITS

Law Clerk
*(Position to which appointed)*

November 15, 1992
*(Date of appointment)*

U.S. Dept. of Justice
*(Department or agency)*

Tax Division
*(Bureau or division)*

Washington, DC
*(Place of employment)*

I, _____Charles A. O'Reilly_____, do solemnly swear (or affirm) that—

## A. OATH OF OFFICE

I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. So help me God.

## B. AFFIDAVIT AS TO STRIKING AGAINST THE FEDERAL GOVERNMENT

I am not participating in any strike against the Government of the United States or any agency thereof, and I will not so participate while an employee of the Government of the United States or any agency thereof.

## C. AFFIDAVIT AS TO PURCHASE AND SALE OF OFFICE

I have not, nor has anyone acting in my behalf, given, transferred, promised or paid any consideration for or in expectation or hope of receiving assistance in securing this appointment.

*(Signature of appointee)*

Subscribed and sworn (or affirmed) before me this __16th__ day of __November__ A.D. 19__92__,

at _____Washington_____
*(City)*

DC
*(State)*

[SEAL]

*(Signature of officer)*

Personnel Assistant
*(Title)*

Commission expires_____
*(If by a Notary Public, the date of expiration of his Commission should be shown)*

NOTE—The oath of office must be administered by a person specified in 5 U.S.C. 2903. The words "So help me God" in the oath and the word "swear" wherever it appears above should be stricken out when the appointee elects to affirm rather than swear to the affidavits; only these words may be stricken and only when the appointee elects to affirm the affidavits.

EXHIBIT 14   ---   3 OF 4

☆U.S.GPO:1979-0-281-167/4238

Standard Form 50-B
7/91
Office of Personnel Management
FPM Supp. 296-33, Subch. 4

## NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| O REILLY, CHARLES A | | | 05/02/93 |

| FIRST ACTION | | SECOND ACTION | |
|---|---|---|---|
| 5-A. Code | 5-B. Nature of Action | 6-A. Code | 6-B. Nature of Action |
| 570 | CONV TO EXC APPT | | |
| 5-C. Code | 5-D. Legal Authority | 6-C. Code | 6-D. Legal Authority |
| WOM | SCH A 213-31020 | | |
| 5-E. Code | 5-F. Legal Authority | 6-E. Code | 6-F. Legal Authority |

| 7. FROM: Position Title and Number | 15. TO: Position Title and Number |
|---|---|
| | TRIAL ATTY (TAX) |
| | TAX00007   TAX164 |

| 8. Pay Plan | 9. Occ. Code | 10. Grade/Level | 11. Step/Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ. Code | 18. Grade/Level | 19. Step/Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | GS | 0905 | | | | PA |
| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | | | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay | | |

| 14. Name and Location of Position's Organization | 22. Name and Location of Position's Organization |
|---|---|
| | TAX DIVISION |
| | CRIMINAL SECTION |
| | NORTHERN REGION |

## EMPLOYEE DATA

| 23. Veterans Preference | | | 24. Tenure | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|---|---|
| 1 | 1 – None   3 – 10-Point/Disability   5 – 10-Point/Other | 9 | 0 – None   2 – Conditional | | YES ☐ NO ☒ |
| | 2 – 5-Point   4 – 10-Point/Compensable   6 – 10-Point/Compensable/30% | 1 – Permanent   3 – Indefinite | | |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| C   BASIC | 9   NOT APPLICABLE | 0 |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| K   FERS | 09/14/92 | F   FULL TIME | |

## POSITION DATA

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 2   1 – Competitive Service   3 – SES General | E   E – Exempt | | 8888 |
| 2 – Excepted Service   4 – SES Career Reserved | N – Nonexempt | | |

| 38. Duty Station Code | 39. Duty Station (City – County – State or Overseas Location) |
|---|---|
| 11-0010-001 | WASHINGTON   DIST OF COLUMBIA   DC |

| 40. AGENCY DATA | 41.   SEX: M | 42.   CITZ: 1 | 43.   VET STAT: X | 44.   ED LV:15 YR:92 ACAD DISCPL:0100 |
|---|---|---|---|---|

45. Remarks

EXHIBIT 14   ---   4 OF 4

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| U. S. DEPARTMENT OF JUSTICE/HC | PAT SIMMONS |

| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date | |
|---|---|---|---|
| OJ HC | 1831 | 06/02/93 | PERSONNEL STAFF |

5-Part   50-316

Editions Prior to 7/91 Are Not Usable After 6/30/93
NSN 7540-01-333-6238

3 – Payroll Copy

OJ HC1906020200000000000   PP 10 1*1993*BATCH 18315571 000-00 466-04 AG/EG HC-1831

To: Danny C. Williams, Sr.
     United States Attorney Office
     110 West 7th St., Suite 300
     Tulsa, Oklahoma 74119-1013

From: Lindsey Kent Springer
      Reg. # 02580-063
      Federal Satellite Low-La Tuna
      P.O. Box 6000
      Anthony, New Mexico 88021

     Dear Mr. Williams:

     This is my Freedom of Information Act request under 5 U.S.C. §§ 552 and 552(a), and my agreement to pay costs associated herewith in obtaining information and any documentation pertaining to or showing the authorization and/or appointment of  Charles A. O'Reilly to represent the United States of America pursuant to  28 U.S.C. §§ 542, 543, and 547(1)

     The dates or time period of this request is between  December 1, 2008 through January 1, 2015

     In order to assist you in locating the requested documents I am aware that the subject named above has used the Title of  "Trial Attorney," and "Special Assistant United States Attorney"

     My request is also limited to such authorization and/or appointment of Charles A. O'Reilly                             in and for the Northern District of Oklahoma.

     My date of birth is September 11, 1965.

     I declare under the penalty of perjury pursuant to 28 U.S.C. § 1746(1) under the laws of the United States of America that the forgoing is true and correct to the best of my knowledge and belief.

                                        _Lindsey K. Springer_

                    DECLARATION OF MAILING

     I declare under the penalty of perjury pursuant to 28 U.S.C. § 1746(1) under the laws of the United States of America that on  December 31, 2014                I deposited the above Freedom of Information Act request in the U.S. Mailbox inside Federal Satellite Low-La Tuna Federal Prison to Mr. Williams and his Office at the address listed above under his name.

                                        _Lindsey K. Springer_
     Declarant

                                        EXHIBIT 15   ---   1 OF 1



**U.S. Department of Justice**
**DANNY C. WILLIAMS, SR.**
*United States Attorney*
*Northern District of Oklahoma*

*Cathryn D. McClanahan*
*Assistant United States Attorney*

| | |
|---|---|
| *110 West 7th Street, Suite 300* | *(918) 382-2700* |
| *Tulsa, Oklahoma  74119-1013* | *Fax (918) 560-7938* |
| *cathy.mcclanahan@usdoj.gov* | |

January 8, 2015

Lindsey Kent Springer
Reg. No. 02580-063
Federal Satellite Low-La Tuna Federal Prison
P.O. Box 6000
Anthony, NM 88021

      Re:    Freedom of Information Act Requests

Dear Mr. Springer:

      Our office has received your seven letters dated December 31, 2014, and January 2, 2015.  Since federal regulation 28 C.F.R. § 16.3 requires all U.S. Attorney's Offices to forward FOIA requests to the FOIA Unit in Washington, D.C., your requests have been sent to the Freedom of Information Act Unit, Executive Office for the United States Attorneys in Washington, D.C. That office coordinates the processing of all FOIA requests for the United States Attorney's Offices and will respond directly to you regarding your request.

      In the future, please direct any additional FOIA matters to the FOIA Unit in Washington D.C. as this will accelerate the processing of your requests.

      The address for the FOIA Unit in Washington, D.C. is as follows:

Freedom of Information/Privacy Act Unit
Executive Office for United States Attorneys
600 E Street, N.W., Room 7300
Washington, D.C. 20530

EXHIBIT 16  ---  1 OF 2

If you have any questions regarding this matter, please direct your inquiry to the FOIA Unit in Washington, D.C.

Sincerely,

DANNY C. WILLIAMS, SR.
United States Attorney

CATHRYN D. McCLANAHAN
Assistant United States Attorney

EXHIBIT 16   ---   2 OF 2

U.S. Department of Justice

Executive Office for United States Attorneys
Freedom of Information & Privacy Staff
600 E Street, N.W.
Suite 7300, Bicentennial Building
Washington, DC 20530-0001
(202) 252-6020    FAX: 252-6047    (www.usdoj.gov/usao)

July 23, 2015

Lindsey Springer
#02580-063
FSL, P.O. Box 6000
Anthony, New Mexico   88021

Re: Request Number: <u>FOIA-2015-01085</u>
Date of Receipt: <u>January 9, 2015</u>
Subject of Request: <u>AUSA Appointments - USAO Northern District of Oklahoma</u>
IN LITIGATION

Dear Ms. Springer:

Your request for records under the Freedom of Information Act/Privacy Act has been processed. This letter constitutes a reply from the Executive Office for United States Attorneys, the official record-keeper for all records located in this office and the various United States Attorneys' Office. To provide you with the greatest degree of access authorized by the Freedom of Information Act and the Privacy Act, we have considered your request in light of the provisions of both statutes.

All of the records you seek are being made available to you. We have processed your request under the Freedom of Information Act and are making all records required to be released, or considered appropriate for release as a matter of discretion, available to you. This letter is a full release of 2 pages.

Please note. There were no records located for Charles A. O'Reilly, Robert Metcalf, James Strong, or Kenneth Snoke because they are either no longer employees or were never employed by EOUSA. Therefore, EOUSA does not have copies of their official personnel file.

[X]   See additional information on next page.

This is the final action on this above-numbered request. If you are not satisfied with my response to this request, you may administratively appeal by writing to the Director, Office of Information Policy, United States Department of Justice, Suite 11050, 1425 New York Avenue, Washington, DC 20530-0001, or you may submit an appeal through this Office's eFOIA portal at http://www.justice.gov/oip/efoia-portal.html. Your appeal must be received within sixty days from the date of this letter. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."

EXHIBIT 17   ---   1 OF 4

Sincerely,

Susan B. Gerson
Assistant Director

Enclosure(s)

Form No. 0021A-nofee – 4/11

EXHIBIT 17   --- 2 OF 4

# APPOINTMENT AFFIDAVITS

M-74

| | |
|---|---|
| Assistant United States Attorney | November 12, 2006 |
| *(Position to which Appointed)* | *(Date Appointed)* |

**FILED**
NOV 1 7 2006
Phil Lombardi, Clerk
U.S. DISTRICT COURT

| | | |
|---|---|---|
| Department of Justice | U.S. Attorney's Office, NDOK | Tulsa, Oklahoma. |
| *(Department or Agency)* | *(Bureau or Division)* | *(Place of Employment)* |

I, Jeffrey Andrew Gallant _____, do solemnly swear (or affirm) that—

## A. OATH OF OFFICE

I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. So help me God.

## B. AFFIDAVIT AS TO STRIKING AGAINST THE FEDERAL GOVERNMENT

I am not participating in any strike against the Government of the United States or any agency thereof, and I will not so participate while an employee of the Government of the United States or any agency thereof.

## C. AFFIDAVIT AS TO THE PURCHASE AND SALE OF OFFICE

I have not, nor has anyone acting in my behalf, given, transferred, promised or paid any consideration for or in expectation or hope of receiving assistance in securing this appointment.

(B)(6)

*(Signature of Appointee)*

Subscribed and sworn (or affirmed) before me this 17th day of November _____, 2006

at Tulsa _____  Oklahoma _____
 *(City)*                       *(State)*

*(Signature of Officer)*

(SEAL)

Chief United States District Judge
 *(Title)*

Commission expires _____
 *(If by a Notary Public, the date of his/her Commission should be shown).*

Note – If the appointee objects to the form of the oath on religious grounds, certain modifications may be permitted pursuant to the Religious Freedom Restoration Act. Please contact your agency's legal counsel for advice.

EXHIBIT 17  ---  3 OF 4

U.S. Office of Personnel Management
The Guide to Processing Personnel Actions

NSN 7540-00-634-4015

Standard Form 61
Revised August 2002
Previous editions not usable

# APPOINTMENT AFFIDAVITS

United States Attorney
*(Position to which Appointed)*

May 25, 2010
*(Date Appointed)*

Department of Justice
*(Department or Agency)*

U.S. Attorney's Office
*(Bureau or Division)*

Tulsa, Oklahoma
*(Place of Employment)*

I, Thomas Scott Woodward , do solemnly swear (or affirm) that—

## A. OATH OF OFFICE

I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter.  So help me God.

## B. AFFIDAVIT AS TO STRIKING AGAINST THE FEDERAL GOVERNMENT

I am not participating in any strike against the Government of the United States or any agency thereof, and I will not so participate while an employee of the Government of the United States or any agency thereof.

## C. AFFIDAVIT AS TO THE PURCHASE AND SALE OF OFFICE

I have not, nor has anyone acting in my behalf, given, transferred, promised or paid any consideration for or in expectation or hope of receiving assistance in securing this appointment.

(B)(6)

*(Signature of Appointee)*

Subscribed and sworn (or affirmed) before me this 25th day of May , 2010

at Tulsa
*(City)*

Oklahoma
*(State)*

*(Signature of Officer)*

(SEAL)

Director of Administration
*(Title)*

Commission expires 10/11/11
*(If by a Notary Public, the date of his/her Commission should be shown)*

Note – If the appointee objects to the form of the oath on religious grounds, certain modifications  may be permitted pursuant to the Religious Freedom Restoration Act. Please contact your agency's legal counsel for advice.

EXHIBIT  17   ---   4 OF 4

U.S. Office of Personnel Management
The Guide to Processing Personnel Actions

NSN 7540-00-634-4015

Standard Form 61
Revised August 2002
Previous editions not usable

U.S. Department of Justice

Executive Office for United States Attorneys
Freedom of Information & Privacy Staff
600 E Street, N.W.
Suite 7300, Bicentennial Building
Washington, DC 20530-0001

(202) 252-6020    FAX: 252-6047    (www.usdoj.gov/usao)

July 29, 2015

Lindsey Springer
#02580-063
FSL, P.O. Box 6000

Anthony, New Mexico  88021

     Re: Request Number: <u>FOIA-2015-01085</u>
     Date of Receipt: <u>January 9, 2015</u>
     Subject of Request: <u>AUSA Appointments - USAO Northern District of Oklahoma</u>
IN LITIGATION

Dear Ms. Springer:

     Your request for records under the Freedom of Information Act was received some months ago.

     This letter constitutes a supplemental reply from the Executive Office for United States Attorneys, the official record keeper for all records located in this office and the various United States Attorney's offices.  One page is being released in part pursuant to exemption b(6) of the Freedom of Information Act.

                                    Sincerely,

                                    Susan B. Gerson
                                    Assistant Director

Enclosure(s)

Form No. 0021B – 4/11

EXHIBIT 18    ---    1 OF 3

# APPOINTMENT AFFIDAVITS

SPECIAL ASSISTANT UNITED STATES ATTORNEY
*(Position to which Appointed)*

01/05/2009
*(Date Appointed)*

DEPT. OF JUSTICE
*(Department or Agency)*

USAO/ND-OK
*(Bureau or Division)*

TULSA, OKLAHOMA
*(Place of Employment)*

I, _____ CHARLES ANTHONY O'REILLY _____, do solemnly swear (or affirm) that—

## A. OATH OF OFFICE

I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. So help me God.

## B. AFFIDAVIT AS TO STRIKING AGAINST THE FEDERAL GOVERNMENT

I am not participating in any strike against the Government of the United States or any agency thereof, and I will not so participate while an employee of the Government of the United States or any agency thereof.

## C. AFFIDAVIT AS TO THE PURCHASE AND SALE OF OFFICE

I have not, nor has anyone acting in my behalf, given, transferred, promised or paid any consideration for or in expectation or hope of receiving assistance in securing this appointment.

(B)(6)

*(Signature of Appointee)*

Subscribed and sworn (or affirmed) before me this 5th day of JANUARY , 2009

at TULSA
*(City)*

OKLAHOMA
*(State)*

*David Derlington*
*(Signature of Officer)*

(SEAL)

Administrative Services Specialist
*(Title)*

Commission expires_____
*(If by a Notary Public, the date of his/her Commission should be shown)*

Note - If the appointee objects to the form of the oath on religious grounds, certain modifications may be permitted pursuant to the Religious Freedom Restoration Act. Please contact your agency's legal counsel for advice.

EXHIBIT 18 ---- 2 OF 3

Standard Form 61
Revised August 2002
Previous editions not usable

U.S. Office of Personnel Management
The Guide to Processing Personnel Actions

NSN 7540-00-634-4015

## EXPLANATION OF EXEMPTIONS

### FOIA: TITLE 5, UNITED STATES CODE, SECTION 552

(b)(1)   (A) specifically authorized under criteria established by and Executive order to be kept secret in the in the interest of national defense or foreign policy and (B) are in fact properly classified pursuant to such Executive order;

(b)(2)   related solely to the internal personnel rules and practices of an agency;

(b)(3)   specifically exempted from disclosure by statute (other than section 552b of this title), provided that such statute (A) requires that the matters be withheld from the public in such a manner as to leave no discretion on the issue, or (B) establishes particular criteria for withholding or refers to particular types of matters to be withheld;

(b)(4)   trade secrets and commercial or financial information obtained from a person and privileged or confidential;

(b)(5)   inter-agency or intra-agency memorandums or letters which would not be available by law to a party other than an agency in litigation with the agency;

(b)(6)   personnel and medical files and similar files the disclosure of which would constitute a clearly unwarranted invasion of personal privacy;

(b)(7)   records or information compiled for law enforcement purposes, but only the extent that the production of such law enforcement records or information (A) could reasonably be expected to interfere with enforcement proceedings, (B) would deprive a person of a right to a fair trial or an impartial adjudication, (C) could reasonably be expected to constitute an unwarranted invasion of personal privacy, (D) could reasonably be expected to disclose the identity of a confidential source, (E) would disclose techniques and procedures for law enforcement investigations or prosecutions, or would disclose guidelines for law enforcement investigations or prosecutions if such disclosure could reasonably be expected to risk circumvention of the law, or (F) could reasonably be expected to endanger the life or physical safety of any individual.

(b)(8)   contained in or related to examination, operating, or condition reports prepared by, on behalf of, or for the use of an agency responsible for the regulation or supervision of financial institutions; or

(b)(9)   geological and geophysical information and data, including maps, concerning wells.

### PRIVACY ACT: TITLE 5, UNITED STATES CODE, SECTION 552a

(d)(5)   information complied in reasonable anticipation of a civil action proceeding;

(j)(2)   material reporting investigative efforts pertaining to the enforcement of criminal law including efforts to prevent, control, or reduce crime or apprehend criminals;

(k)(1)   information which is currently and properly classified pursuant to Executive Order 12356 in the interest of the national defense or foreign policy, for example, information involving intelligence sources or methods;

(k)(2)   investigatory material complied for law enforcement purposes, other than criminal, which did not result in loss of a right, benefit or privilege under Federal programs, or which would identify a source who furnished information pursuant to a promise that his/her identity would be held in confidence;

(k)(3)   material maintained in connection with providing protective services to the President of the United States or any other individual pursuant to the authority of Title 18, United States Code, Section 3056;

(k)(4)   required by statute to be maintained and used solely as statistical records;

(k)(5)   investigatory material compiled solely for the purpose of determining suitability eligibility, or qualification for Federal civilian employment or for access to classified information, the disclosure of which would reveal the identity of the person who furnished information pursuant to a promise that his identity would be held in confidence;

(k)(6)   testing or examination material used to determine individual qualifications for appointment or promotion in Federal Government service the release of which would compromise the testing or examination process;

(k)(7)   material used to determine potential for promotion in the armed services, the disclosure of which would reveal the identity of the person who furnished the material pursuant to a promise that his identity would be held in confidence.

EXHIBIT 18   ---   3 OF 3

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

(1) LINDSEY KENT SPRINGER,    )
        )
      Plaintiff,    )
        )
vs.        )    Case No. 15-CV-142-JED-FHM
        )
(1) UNITED STATES ATTORNEY FOR    )
    THE NORTHERN DISTRICT OF    )
    OKLAHOMA, Danny C. Williams, Sr.,    )
    Officially;    )
(2) UNITED STATES DEP'T OF JUSTICE,    )
    Eric D. Holder, Jr., Officially;    )
(3) EXECUTIVE OFFICE OF UNITED    )
    STATES ATTORNEYS, Susan B.    )
    Gerson, Officially;    )
(4) OFFICE OF INFORMATION POLICY,    )
    Sean R. O'Neill, Officially;    )
(5) DIVISION COUNSEL FOR FOIA AND    )
    PA MATTERS, Carmen M. Banerjee,    )
    Officially,    )
        )
      Defendants.    )

## DECLARATION OF LINDA M. RICHARDSON

I,    Linda M. Richardson, declare as follows:

1.    I am currently an Administrative Services Assistant for the Department of Justice,

Executive Office of U.S. Attorneys.

2.    In this capacity, I serve as a liaison to the FOIA/PA staff for the Executive Office

for United States Attorneys ("EOUSA") located in Washington, D.C.  EOUSA FOIA/PA staff,

in accordance with 28 C.F.R. § 16.3, processes and responds to FOIA/PA requests for all 94

United States Attorney's Offices ("USAO").

3.    My duties include receiving and reviewing requests made pursuant to FOIA, 5

U.S.C. § 552, and the PA, 5 U.S.C. § 552a, for records maintained by or located in the Electronic

EXHIBIT 19  ---  1 OF 5

Exhibit 2

Official Personnel Folders (eOPF) system. I am also responsible for conducting searches for records located in Personnel that are responsive to FOIA/PA requests.

4.     The statements I make in this declaration are made on the basis of my personal knowledge, review of the official files and records of the EOUSA, and knowledge acquired by me through the performance of my official duties.

5.     I am familiar with the procedures followed by EOUSA in conducting searches for records responsive to FOIA/PA requests. Also, I am familiar with the FOIA requests submitted by plaintiff, Lindsey Kent Spencer, (hereinafter referred to as "plaintiff") that were assigned FOIA Request Nos. 2015-01085, 2014-00473, and 2014-00169.

6.     The purpose of this declaration is to provide the Court with information regarding my efforts to respond to plaintiff's FOIA requests. This declaration consists of: (1) relevant correspondence related to plaintiff's FOIA request; and (2) an explanation of the search for records responsive to the plaintiff's request.

## I.     CORRESPONDENCE

7.     On January 9, 2015, I received by email from EOUSA a copy of FOIA Request No. 2015-01085 dated December 31, 2014 and January 2, 2015. Plaintiff sought to obtain information or documentation related to six individuals - Kenneth P. Snoke, Robert D. Metcalfe, Jeffrey A. Gallant, Charles A. O'Reilly, James C. Strong, and Thomas Scott Woodward. Specifically, plaintiff wanted information showing the authorization for the above-named individuals to represent the United States of America during various periods ranging from January 1, 2007, to January 1, 2015. I respectfully refer the Court to the documents for a true and accurate statement of the FOIA request contents.

EXHIBIT 19   ---   2 OF 5

2

Exhibit 2

8.      On April 23, 2014, I received by email from EOUSA a copy of FOIA Request No. 2014-00473 dated October 9, 2013.  Plaintiff sought to obtain information and any documents that pertain to the appointment of Charles A. O'Reilly as a "Special Assistant United States Attorney" during the period between June 1, 2009, and September 10, 2013.  I respectfully refer the Court to the documents for a true and accurate statement of the FOIA request contents.

9.      On February 4, 2014, I received by email from EOUSA a copy of FOIA Request No. 2014-00169 dated October 9, 2013.  Plaintiff sought to obtain "information and any documents pertaining to the appointment of Thomas Scott Woodward as the United States Attorney for the Northern Judicial District of Oklahoma."  I respectfully refer the Court to the documents for a true and accurate statement of the FOIA request contents.

## II.    ADEQUACY OF THE SEARCH

10.     In order to determine whether responsive records existed for the individuals identified in FOIA Request Nos. 2015-01085, 2014-00473, and 2014-00169, I conducted a search of the eOPF.  The eOPF provides electronic, web-enabled access for all Federal agency personnel to view and manage employment documents.  eOPF includes security measures that ensure the integrity of the system and employee documents in the system.

11.     Additionally, I conducted a search of DOJ's Microsoft Outlook Office, Global Address Book, Global Address Listings (GAL).  GAL is a database within the Microsoft Exchange Server account that contains the names and email addresses, among other things, of every employee within DOJ.

12.     The searches produced records that consist of the following:

a.  Appointment Affidavits of Thomas Scott Woodward dated May 25, 2010

b.  Appointment Affidavits of Jeffrey A. Gallant dated November 17, 2006

EXHIBIT 19   ---   3 OF 5

3

Exhibit 2

13.     Initially I was unable to locate any information related to Kenneth P. Snoke, Robert D. Metcalfe, Charles A. O'Reilly, and James C. Strong.  The absence of information in the eOPF and GAL indicated to me that the individuals were not employed by the USAO/NDOK at the time of the search.

14.     On July 23, 2015, my office contacted USAO/NDOK staff to determine whether Appointment Affidavits existed for Mr. O'Reilly or any of the other individuals for whom I was unable to locate information.  After searching the records, a staff member from the SAUSA Program located a copy of Mr. O'Reilly's Appointment Affidavits.  Apparently, Mr. O'Reilly was appointed by the U.S. Attorney for NDOK for a limited purpose not to exceed January 5, 2016.  I received a copy of Mr. O'Reilly's Appointment Affidavits from USAO/NDOK on July 23, 2015 and immediately forwarded a copy to EOUSA/FOIA staff.

15.     As previously stated, EOUSA FOIA/PA staff located in Washington, D.C. review, process and make determinations on all requests for access to records located in the 94 United States Attorney's offices in accordance with FOIA, PA and the United States Department of Justice's regulations.  *See* 28 C.F.R. §§ 16.3 *et seq.* and 16.40 *et seq.*

16.     In accordance with that procedure, on February 4, 2014, I electronically scanned the records that had been located at that time into the EOUSA FOIA/PA database system for review by EOUSA FOIA/PA staff.

17.     All systems of records located within eOPF that were likely to contain records responsive to plaintiff's requests have been searched.  The searches were reasonably calculated to uncover all records responsive to plaintiff's requests.

18.     I am not aware of any other locations within EOUSA where any other records that might be responsive to plaintiff's requests are likely to be located.  Furthermore, I am not aware

EXHIBIT 19   ---   4 OF 5

4

Exhibit 2

of any other method or means by which a further search could be conducted that would likely

uncover additional responsive records.

Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury that the foregoing is

true and correct, to the best of my knowledge and belief.

Executed this 30th day of July, 2015.

Linda M. Richardson
Administrative Services Assistant
United States Department of Justice
Executive Office for United States Attorneys

EXHIBIT 19   ---   5 OF 5

5

Exhibit 2

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA,    )
                                             )
           Plaintiff,    )
                                             )
            v.    )       Case No.    09-CR-043-SPF
                                             )
LINDSEY KENT SPRINGER,    )
OSCAR AMOS STILLEY,    )
                                           )
        Defendants.    )

## UNITED STATES' CONSOLIDATED RESPONSE TO DEFENDANT SPRINGER'S MOTIONS TO DISMISS (DOCS. 280, 282 AND 284) AND MOTION TO STRIKE DOC. 276 AND 277 (DOC. 285)

nited States of America, by and through its attorneys, Thomas Scott Woodward, United States Attorney for the Northern District of Oklahoma[1] and Kenneth P. Snoke, Assistant United States Attorney, and Charles A. O'Reilly, Special Assistant United States Attorney, hereby responds in opposition to Defendant Springer's following filings:

—     Motion to Dismiss Count One for Lack of Article I Subject Matter Jurisdiction, Article III Jurisdiction of the Facts and Venue (Doc. 280);

—     Motion to Dismiss Counts Two, Three, Four, Five and Six for Lack of Article III Subject Matter Jurisdiction, Article III Jurisdiction of the Facts and Venue (Doc. 282);

—     Motion to Dismiss Indictment for (1) Lack of Article III Standing of United States of America, (2) Lack of Article III Case or Controversy, (3) For Violation of Title 28, United States Code Section 547, Lacking of Subject Matter Jurisdiction (Doc. 284); and

---

[1]On January 21, 2010, Thomas Scott Woodward was sworn in as the Attorney General's appointed United States Attorney for the Northern District of Oklahoma.

   —   Motion to Strike Doc. 276 and 277 (Doc. 285).

In these four motions, Defendant asserts many of the same frivolous arguments made in previous filings, including in Defendant's First Motion to Dismiss Grand Jury Indictment for Lack of Venue and supporting memorandum of law (Docs. 51 and 52), and in Defendant's Reply Regarding Opposition to Springer's Motion to Dismiss (Doc. 81). These arguments, previously rejected by the Court, include that the abolishment of the Internal Revenue districts prevented the United States from prosecuting him pursuant to Title 26, United States Code Sections 7201 and 7203. The Government has responded to Defendant's previous assertions, including in Docs. 42, 71, 80, 93, 276 and 277. The Court denied Defendant's motion to dismiss (Doc. 51) on July 1, 2009. Doc. 100. While a defendant may raise jurisdiction at any point while the case is "pending," Defendant has raised these arguments previously, and this Court has appropriately rejected them.

Defendant does raise what the United States believes may be new assertions, but these new assertions are frivolous to the point of absurdity. These arguments include that Thomas Scott Woodward "is not authorized to act as a United States Attorney" (Doc. 285 at 1-2), that the United States lacks standing to bring criminal charges pursuant to Title 26 (Doc. 284 at 2), that "[t]here are no United States Attorney Offices established by law that could qualify to be exercised outside of the District of Columbia" (Doc. 284 at 8-9), etc.

Further, to the extent Defendant's arguments go to jurisdiction as opposed to venue for this prosecution, Defendant's pending motions seeking a new trial (Doc. 262) and

challenging the jurisdiction of this Court (Docs. 271 and 272) also raise many of these issues, to which the United States has already responded.

Defendant's motions (Docs. 280, 282, 284 and 285), together with their supporting briefs, (Docs. 281 and 283), largely rehash frivolous arguments that Defendant has previously made. The United States previously addressed these assertions in Docs. 42, 71, 80, 93, 276 and 277. However, the United States stands ready to file supplemental responses should the Court determine that such responses would be of assistance to the Court.

Respectfully submitted,

THOMAS SCOTT WOODWARD
UNITED STATES ATTORNEY

*/s/ Kenneth P. Snoke*
KENNETH P. SNOKE, OBA NO. 8437
Assistant United States Attorney
CHARLES A. O'REILLY, CBA NO. 160980
Special Assistant United States Attorney
110 West Seventh Street, Suite 300
Tulsa, Oklahoma  74119
(918) 382-2700

EXHIBIT 20   ---   3 OF 4

3

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of January, 2010, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Lindsey K. Springer, Defendant

Oscar A. Stilley, Defendant

Robert Williams
Standby Counsel assigned to Lindsey Kent Springer

Charles Robert Burton, IV
Standby Counsel assigned to Oscar Amos Stilley


/s/ Kenneth P. Snoke
Assistant United States Attorney

U.S. Department of Justice

Executive Office for United States Attorneys
Freedom of Information & Privacy Staff
600 E Street, N.W.
Suite 7300, Bicentennial Building
Washington, DC 20530-0001
(202) 252-6020    FAX: 252-6047    (www.usdoj.gov/usao)

June 4, 2014

Requester: **Lindsey Springer**

Request Number: **FOIA-2014-00473**  Date of Receipt **October 23, 2013**

Subject of Request: **Appointment of SAUSA Charles A. O'Reilly/Personnel**

Dear Ms. Springer:

In response to your Freedom of Information Act and/or Privacy Act request, the paragraph(s) checked below apply:

1.  [X] A search for records located in EOUSA-**Personnel** has revealed no responsive records regarding the above subject. It appears that SAUSA Charles A. O'Reilly in no longer an employee. Therefore, his official personnel file is no longer maintained.

2.  [  ] A search for records located in the United States Attorney's Office(s) for the _____ has revealed no responsive records regarding the above subject.

3.  [  ] After an extensive search, the records which you have requested cannot be located.

4.  [  ] Your records have been destroyed pursuant to Department of Justice guidelines.

5.  [  ] Please note that your original letter was split into separate files ("requests"), for processing purposes, based on the nature of what you sought. Each file was given a separate Request Number (listed below), for which you will receive a separate response:

_____

This is the final action on this above-numbered request. If you are not satisfied with my response to this request, you may administratively appeal by writing to the Director, Office of Information Policy, United States Department of Justice, Suite 11050, 1425 New York Avenue, Washington, DC 20530-0001, or you may submit an appeal through this Office's eFOIA portal at http://www.justice.gov/oip/efoia-portal.html. Your appeal must be received within sixty days from the date of this letter. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."

Sincerely,

Susan B. Gerson
Assistant Director

EXHIBIT 21   ---   1 OF 1   Form No. 005 - 6/12

To:  Danny C. Williams
     United States Attorney Office
     110 West 7th St., Suite 300
     Tulsa, Oklahoma 74119-1013

From:  Lindsey Kent Springer
       Reg. # 02580-063
       Federal Satellite Low-La Tuna
       P.O. Box 6000
       Anthony, New Mexico 88021

     Dear Mr. Williams:

     This is my Freedom of Information Act request under 5 U.S.C. §§ 552 and
552(a), and my agreement to pay costs associated herewith in obtaining
information and any documents pertaining to or showing Thomas Scott Woodward
as the "First Assistant" to David E. O'Meilia, pursuant to 5 U.S.C. § 3345(a)(1),
from or on January 1, 2009 through June 28, 2009.
     To help you in gathering this information I can provide to you that the
Form 50-A or 50-B, entitled "Notification of Personnel Action," may contain
the information I seek.
     I am not requesting the Form 50-B naming Thomas Scott Woodward dated
October 5, 2009, which you have already provided to me in litigation, see filing
dated January 17, 2014, in 08-CV-278, but rather, the Form 50-A or 50-B that
is immediately before the October 5, 2009 Form 50-B.
     The dates may begin on October 6, 2005 and extend to October 4, 2009.
     My date of birth is September 11, 1965.

     I declare under the penalty of perjury pursuant to 28 U.S.C. § 1746(1)
under the laws of the United States of America that the foregoing is true and
correct to the best of my knowledge and belief.

                          DECLARATION OF MAILING

     I declare under the penalty of perjury pursuant to 28 U.S.C. § 1746(1)
under the laws of the United States of American that on _December 31,_
_2014_ I deposited the above Freedom of Information Act request
in the U.S. Mailbox inside Federal Satellite Low-La Tuna Federal Prison to
Mr. Williams and his Office at the address listed above under his name.

                          Declarant

                          EXHIBIT 22   ---   1 OF 1

Page 1 of 1

To: Danny C. Williams, Sr.
    United States Attorney Office
    110 West 7th St., Suite 300
    Tulsa, Oklahoma 74119-1013

From:  Lindsey Kent Springer
       Reg. # 02580-063
       Federal Satellite Low-La Tuna
       P.O. Box 6000
       Anthony, New Mexico 88021

       Dear Mr. Williams:

       This is my Freedom of Information Act request under 5 U.S.C. §§ 552 and 552(a), and my agreement to pay costs associated herewith in obtaining information and any documentation pertaining to or showing the authorization and/or appointment of  Thomas Scott Woodward  to represent the United States of America pursuant to  28 U.S.C. §§ 542, 546(a), and 5 U.S.C. § 3345(a)(1) .
       The dates or time period of this request is between  January 1, 2009  through January 1, 2013 .
       In order to assist you in locating the requested documents I am aware that the subject named above has used the Title of  "Assistant United States Attorney," "Acting United States Attorney," and "United States Attorney" .
       My request is also limited to such authorization and/or appointment of  Thomas Scott Woodward  in and for the Northern District of Oklahoma.
       My date of birth is September 11, 1965.

       I declare under the penalty of perjury pursuant to 28 U.S.C. § 1746(1) under the laws of the United States of America that the forgoing is true and correct to the best of my knowledge and belief.

       *Lindsey K. Springer*

                    DECLARATION OF MAILING

       I declare under the penalty of perjury pursuant to 28 U.S.C. § 1746(1) under the laws of the United States of America that on  December 31, 2014  I deposited the above Freedom of Information Act request in the U.S. Mailbox inside Federal Satellite Low-La Tuna Federal Prison to Mr. Williams and his Office at the address listed above under his name.

                    *Lindsey K. Springer*
                    Declarant

                    EXHIBIT 23   --- 1 OF 1

To: Danny C. Williams, Sr.
    United States Attorney Office
    110 West 7th St., Suite 300
    Tulsa, Oklahoma 74119-1013

From: Lindsey Kent Springer
      Reg. # 02580-063
      Federal Satellite Low-La Tuna
      P.O. Box 6000
      Anthony, New Mexico 88021

      Dear Mr. Williams:

      This is my Freedom of Information Act request under 5 U.S.C. §§ 552 and 552(a), and my agreement to pay costs associated herewith in obtaining information and any documentation pertaining to or showing the authorization and/or appointment of   Kenneth P. Snoke
to represent the United States of America pursuant to   28 U.S.C. §§ 542, 543, and 547(1)                                                                          .
      The dates or time period of this request is between  January 1, 2008 through January 1, 2011                                                                    .
      In order to assist you in locating the requested documents I am aware that the subject named above has used the Title of "Assistant United States Attorney" for the Northern District of Oklahoma                                   .
      My request is also limited to such authorization and/or appointment of  Kenneth P. Snoke                              in and for the Northern District of Oklahoma.
      My date of birth is September 11, 1965.

      I declare under the penalty of perjury pursuant to 28 U.S.C. § 1746(1) under the laws of the United States of America that the forgoing is true and correct to the best of my knowledge and belief.

                                        DECLARATION OF MAILING

      I declare under the penalty of perjury pursuant to 28 U.S.C. § 1746(1) under the laws of the United States of America that on  December 31, 2014                  I deposited the above Freedom of Information Act request in the U.S. Mailbox inside Federal Satellite Low-La Tuna Federal Prison to Mr. Williams and his Office at the address listed above under his name.

                                        Declarant


                              EXHIBIT 24   ---  1 OF 1



                              Page 1 of 1

⇔02580-063⇔
National Personnel Records
Civilian/Foia Unit
1 Archives DR
Saint Louis, MO 63138
United States

TO:

From: Lindsey Kent Springer
Reg. # 02580-063
Federal Satellite Low-La Tuna
P.O. Box 6000
Anthony, New Mexico 88021

Dear Freedom of Information Officer:

This is may Freedom of Information Act ("FOIA") request under 5 U.S.C. §§ 552 and 552(a), and my agreement to pay costs associated herewith in obtaining all information and all documents pertaining to, incuding instruments of appointment to Article II, § 2, Cl. 2 office of Assistant United States Attorney for the Northern District of Oklahoma   pursuant to 28 U.S.C. § 542(a)

I seek the records that shows the name of the person who appointed Kenneth P. Snoke   and the terms and dates of such appointment.

The time period for this request is between January 20, 2001 through July, 2010

To help in your search, the Judicial District to which Kenneth P. Snoke   excersized the office listed above was in the Northern District of Oklahoma

My date of birth is September 11, 1965.

I declare under the penalty of perjury, pursuant to 28 U.S.C. § 1746(1), under the laws of the United States of America, that the foregoing is true and correct to the best of my knowledge and belief.

*[signature]*

DECLARATION OF MAILING

I declare under the penalty of perjury pursuant to 28 U.S.C. § 1746(1), under the laws of the United States of America, that on February 28 2016 I deposited the above FOIA request in the U.S. Mailbox located inside Federal Satellite Low-La Tuna Federal Prison to the address for the National Personnel Records Center listed above.

*[signature]*

Declarant

EXHIBIT 25   ---   1 OF 2

Page 1 of 1

To:   National Personnel Records
      Civilian/FOIA Unit
      1 Archives Dr.
      St. Louis, Missouri 63138

From:  Lindsey Kent Springer
       Reg. # 02580-063
       Federal Satellite Low-La Tuna
       P.O. Box 6000
       Anthony, New Mexico 88021

     Re:  Change of Address for Lindsey Kent Springer in the FOIA request
          naming Kenneth P. Snoke under 28 U.S.C. § 542(a)

Dear   N.P.R. Civilian FOIA Unit

     Please take notice that the address for Lindsey Kent Springer, as of
March 16, 2016, will change to the following address:

          Lindsey Kent Springer
          Reg. # 02580-063
          Federal Satellite Camp-Seagoville
          P.O. Box 6000
          Seagoville, Texas 75159

     Please use this address for any correspondence you may make after March
16, 2016.  I have attached a copy of my FOIA request for your convenience.

     Thank you for your attention to this matter and I hope you have a nice
day.

                                   Lindsey Kent Springer

                    DECLARATION OF MAILING

     I declare under the penalty of perjury pursuant to 28 U.S.C. § 1746(1),
under the laws of the United States of America, that on March /5 , 2016,
I mailed the above Change of Address notice by depositing the same in the
U.S. Mailbox located inside FSL La Tuna to the address listed above.

                                   Declarant
                              EXHIBIT 25   --- 2 OF 2
                    Page 1 of 1

OMB No. 3095-0037  Expires 4/31/2013

# RETURNED REQUEST FORM

*Your Request Is Returned Without Action For The Reason(S) Checked Below. If You Resubmit Your Request, Please Return All Attached Papers, Including This Form.*

☐ Further information is needed before we can locate the record needed to process your request. Please complete the items marked below.

☐ SOCIAL SECURITY NUMBER _____  ☐ DATE OF BIRTH _____

☐ INFORMATION FOR EACH PERIOD OF EMPLOYMENT (IF necessary, continue below or on a separate page)

| NAMES USED DURING FEDERAL SERVICE | EMPLOYING AGENCY AND LOCATIONS | DATES OF EMPLOYMENT |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

☐ The request must include the authorization/handwritten signature of the person who is the subject of the record.

☐ If you are requesting information on a deceased individual, please submit proof of death.

☐ Please state exactly what information or documents you need.

☒ We are unable to locate the requested record based on the information you have provided. Please check the information contained in your request. If you can furnish any corrected information or any additional information to verify the claimed service, please resubmit your request.

☐ A request from a Federal agency for the transfer of a personnel record must be submitted on Standard Form 127, Request for Official Personnel Folder, or an authorized equivalent. Please submit your request on SF 127, *in duplicate.*

☐ Please submit a separate Standard Form 127 for each individual record being requested.

☐ Please complete the return address block on all copies of Standard Form 127.

☐ The return address must clearly state the *name of the Federal Agency* with which your office is affiliated. Please enter the agency name and resubmit your request.

☐ Standard Form 127 may not be used to request information or copies of documents. Please resubmit your request on agency letterhead.

☐ Standard Form 127 may not be used to request the transfer of medical records. Please submit Standard Form 184, Request for Employee Medical Folder, *in duplicate.*

☐ The request form you submitted is only for the use of Federal agencies. Please resubmit your request in letter form.

☐ The agency named in your request does not retire personnel records to this Center. Please submit your request directly to that agency.

☐ The record needed to respond to your request has not been received at this Center. Please submit your request to the last or current employing agency.

☐ The record requested is an Electronic Official Personnel Folder (eOPF). Please submit a Standard Form 127 electronically through the eOPF website.

## PRIVACY ACT OF 1974 COMPLIANCE INFORMATION

Authority for collection of the information is 44 U.S.C. 2907 and 3103 and Public Law 104-134 (April 26, 1996) as amended in title 31, section 7701. Disclosure of the information is voluntary. The principal purpose of the information is to assist the National Personnel Records Center in locating and verifying the correctness of the requested records or information to answer your inquiry. Routine uses of the information as established and published in accordance with 5 U.S.C. 552a(e)(4)(D) include the transfer of relevant information to appropriate federal, state, local, or foreign agencies for use in civil, criminal, or regulatory investigations or prosecution. In addition this form will be filed with the appropriate military or civilian records and may be transferred along with the record to another agency in accordance with the routine uses established by the agency which maintains the record. If the requested information is not provided, it may not be possible to service your inquiry.

## PAPERWORK REDUCTION ACT PUBLIC BURDEN STATEMENT

An agency may not conduct or sponsor a collection of information unless it displays a currently valid OMB control number for this information collection is 3095-0037. The information requested on this form is being collected and used by the National Personnel Records Center to identify and locate civilian personnel records that could not be identified and located in response to the original inquiry. Public burden reporting for this collection of information is estimated to be five minutes per response, including time for reviewing instructions and completing and reviewing the collection of information. Send comments regarding the burden estimate or any other aspect of the collection of information, including suggestions for reducing this burden, to National Archives and Records Administration (NHP), 8601 Adelphi Road, College Park, MD 20740-6001. DO NOT SEND COMPLETED FORMS TO THIS ADDRESS. SEND COMPLETED FORMS TO THE ADDRESS SHOWN BELOW.

LINDSEY SPRINGER
REG. #02580-063
FEDERAL SATELLITE LOW-LA TUNA        EXHIBIT 26
PO BOX 6000
ANTHONY, NM 88021

Date: 3/29/2016

MS
_____
Civilian Operations Branch

——— 1 OF 2

NATIONAL PERSONNEL RECORDS CENTER
(Civilian Personnel Records)
111 Winnebago Street
St. Louis MO 63118-4199



National Personnel Records Center
Civilian Personnel Records
1411 Boulder Blvd.
Valmeyer, IL 62295-2603

OFFICIAL BUSINESS
Penalty for Private Use $300

Hasler
03/30/2016
US POSTAGE

Seagoville, FCI
PO Box 9000
Seagoville, TX 75159

EXHIBIT 26  ---  2 OF 2