# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 09-CR-043-SPF |
| LINDSEY KENT SPRINGER, | ) |
| Defendant. | ) |

## ORDER

The government is **DIRECTED** to respond to Mr. Springer's motion filed on January 4, 2018 (doc. no. 625) within forty-five days of the date of this order.

No reply brief is permitted at this time.

Dated this 8th day of January, 2018.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

09-0043p140.docx