# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| -vs- | ) Case No. 09-cr-0043-SPF-2 |
| OSCAR AMOS STILLEY, | ) |
| Defendant. | ) |

## ORDER

Martha Durossette, a non-party in this criminal action, moves for a hearing. Doc. no. 631. The motion states that Ms. Durossette is the sister of defendant Oscar Stilley. The motion is entitled "Petition for Hearing for Interference in Reasonable Access to Appeal." Ms. Durossette cannot file documents on behalf of Mr. Stilley, who is serving his sentence in a federal correctional institution. To the extent that the motion seeks relief on Ms. Durossette's own behalf, she has no standing to seek such relief in this action. The court has no jurisdiction over a motion in which a non-party seeks a hearing regarding apparently non-exhausted claims of interference with the alleged prison rights of Mr. Stilley. The motion is **STRICKEN.**

IT IS SO ORDERED this 31st day of January, 2018.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

09-0043p143.docx