# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

March 30, 2018

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Tenth Circuit
Byron White Courthouse
1823 Stout Street
Denver, CO 80257

  Re: Lindsey Kent Springer
    v. United States
    No. 17-8312
    (Your No. 15-5109)

Dear Clerk:

  The petition for a writ of certiorari in the above entitled case was filed on March 28, 2018 and placed on the docket March 30, 2018 as No. 17-8312.

          Sincerely,

          **Scott S. Harris**, Clerk

          by

          Michael Duggan
          Case Analyst



**15-5109 United States v. Springer "Notice of cert. filed" (4:09-CR-00043-SPF-1)**
ca10_cmecf_notify   to: CM-ECFIntake_OKND            04/02/2018 03:18 PM

| | |
|---|---|
| From: | ca10_cmecf_notify@ca10.uscourts.gov |
| To: | CM-ECFIntake_OKND@oknd.uscourts.gov |

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.**

## Tenth Circuit Court of Appeals

**Notice of Docket Activity**

The following transaction was entered on 04/02/2018 at 2:17:34 PM MDT and filed on 04/02/2018

| | |
|---|---|
| **Case Name:** | United States v. Springer |
| **Case Number:** | 15-5109 |
| **Document(s):** | Document(s) |

**Docket Text:**
[10547584] Petition for writ of certiorari filed by Lindsey Kent Springer on 03/28/2018 and placed on the docket 03/30/2018 as Supreme Court Number 17-8312. [15-5109]

**Notice will be electronically mailed to:**

Mr. Jeffrey Brian Bender: jeffrey.b.bender@usdoj.gov, Cateps.Taxcriminal@usdoj.gov
Mr. Gregory Victor Davis: gregory.v.davis@usdoj.gov, Gregory.V.Davis@usdoj.gov, Cateps.Taxcriminal@usdoj.gov, LaQuita.S.Brooks@usdoj.gov
Mr. Samuel Robert Lyons: Samuel.R.Lyons@usdoj.gov, Samuel.R.Lyons@usdoj.gov, Cateps.Taxcriminal@usdoj.gov
Mr. Alexander Patrick Robbins: alexander.p.robbins@usdoj.gov, Cateps.Taxcriminal@usdoj.gov, Stan.J.Okula@usdoj.gov, alexander.robbins@usdoj.gov
Mr. O. Dean Sanderford: Dean_Sanderford@fd.org, co.10ecf@fd.org, cecilia_hernandez@fd.org
Mr. Grant Russell Smith: grant_smith@fd.org, co.10ecf@fd.org, clarita_costigan@fd.org, juanita_west@fd.org


The following document(s) are associated with this transaction:
**Document Description:** Main Document

**Original Filename:** Circ10_15-5109_17-8312.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1104938855 [Date=04/02/2018] [FileNumber=10547584-0]
[63d66bf78b7ddd32b25e33f9c4c6b08d7532b4233b282b88e1745ccf66c95bc7736451b475fca7f3
e4503e8e0540dc47db78ef361eac20b2c6d18512fd05dc3a]]