# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| -vs- | ) Case No. 09-CR-0043-SPF |
| LINDSEY KENT SPRINGER, | ) |
| Defendant. | ) |

## ORDER

Mr. Springer's motion (doc. no. 638) asks the court to reconsider its order of March 26, 2018 (doc. no. 637) and seeks related relief. The order in question gave the government additional time within which to respond to Mr. Springer's motion at doc. no. 625. The challenged order makes determinations that are well within the court's discretion and its authority to control the briefing schedule. Mr. Springer's motion to reconsider is **DENIED**.

IT IS SO ORDERED this 3rd day of April, 2018.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

09-0043p147.docx