# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

May 14, 2018

Clerk
United States Court of Appeals for the Tenth Circuit
Byron White Courthouse
1823 Stout Street
Denver, CO 80257

Re: Lindsey Kent Springer
v. United States
No. 17-8312
(Your No. 15-5109)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied. Justice Kagan and Justice Gorsuch took no part in the consideration or decision of this petition.

Sincerely,

*[signature]*

**Scott S. Harris**, Clerk



15-5109 United States v. Springer "Supreme Court order denying certiorari " (4:09-CR-00043-SPF-1)

ca10_cmecf_notify   to: CM-ECFIntake_OKND                    05/14/2018 02:58 PM

| | |
|---|---|
| From: | ca10_cmecf_notify@ca10.uscourts.gov |
| To: | CM-ECFIntake_OKND@oknd.uscourts.gov |

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.**

## Tenth Circuit Court of Appeals

**Notice of Docket Activity**

The following transaction was entered on 05/14/2018 at 1:58:01 PM MDT and filed on 05/14/2018

| | |
|---|---|
| **Case Name:** | United States v. Springer |
| **Case Number:** | 15-5109 |
| **Document(s):** | Document(s) |

**Docket Text:**
[10558758] Supreme Court order dated 05/14/2018 denying certiorari filed by Lindsey Kent Springer. [15-5109]

**Notice will be electronically mailed to:**

Mr. Jeffrey Brian Bender: jeffrey.b.bender@usdoj.gov, Cateps.Taxcriminal@usdoj.gov
Mr. Gregory Victor Davis: gregory.v.davis@usdoj.gov, Gregory.V.Davis@usdoj.gov, Cateps.Taxcriminal@usdoj.gov, LaQuita.S.Brooks@usdoj.gov
Mr. Samuel Robert Lyons: Samuel.R.Lyons@usdoj.gov, Samuel.R.Lyons@usdoj.gov, Cateps.Taxcriminal@usdoj.gov
Mr. Alexander Patrick Robbins: alexander.p.robbins@usdoj.gov, Cateps.Taxcriminal@usdoj.gov, Stan.J.Okula@usdoj.gov, alexander.robbins@usdoj.gov
Mr. O. Dean Sanderford: Dean_Sanderford@fd.org, co.10ecf@fd.org, cecilia_hernandez@fd.org
Mr. Grant Russell Smith: grant_smith@fd.org, co.10ecf@fd.org, clarita_costigan@fd.org


The following document(s) are associated with this transaction:
**Document Description:** Main Document
**Original Filename:** Circ10_20180514_15-5109_17-8312.pdf

**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1104938855 [Date=05/14/2018] [FileNumber=10558758-0]
[1b305312d1bed76185c423e2034630dd3f8e56b4d91997f4b884604e6cb66d24285616bd1debf0c
923fa80262f1d50262ca143c926b172a639a38bd01139dca0]]