# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,         ) | |
| )  | |
| Plaintiff/Respondent,         ) | |
| )  | |
| vs.                                                    ) | Case No. 09-CR-0043-SPF |
| )  | (Civil Action No. 13-CV-0145-SPF) |
| LINDSEY KENT SPRINGER,         ) | |
| )  | |
| Defendant/Movant         ) | |

## **JUDGMENT**

Consistent with the court's order of today's date denying Mr. Springer's motion which alleged fraud on the court under Rule 60(d)(3), Fed. R. Civ. P., as a basis for relief from this court's judgment entered August 22, 2014 (the judgment which denied relief under 28 U.S.C. § 2255), judgment is hereby entered in favor of the United States of America and against defendant/movant Lindsey Kent Springer.

Dated this 22nd day of June, 2018.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

09-0043p149.docx