# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| -vs- | ) Case No. 09-CR-0043-SPF |
| LINDSEY KENT SPRINGER, | ) |
| Defendant. | ) |

## ORDER

The government's response to Mr. Springer's "Motion to Set Aside Order and Judgment Dated June 22, 2018 for Fraud Upon the Court" (doc. no. 649) is **DUE** August 21, 2018.  No reply brief is permitted at this time.

IT IS SO ORDERED this 13th day of July, 2018.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

09-0043p151.docx