CLERK, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA
333 WEST FOURTH STREET, ROOM 411
TULSA, OKLAHOMA 74103-3819

OFFICIAL BUSINESS

09-CR-43-SPF
#645

NEOPOST
06/25/2018
US POSTAGE $000.47⁰
FIRST-CLASS MAIL
ZIP 74103
041M11287529

**RETURN TO SENDER**
☐ NO LONGER AT THIS ADDRESS
☐ NOT AUTHORIZED
☐ PLEASE FORWARD

**RECEIVED**
JUL 12 2018
Mark C. McCartt, Clerk
U.S. DISTRICT COURT

Post Marked
6/25/18

Oscar Amos Stilley #10579-062
FCI Beaumont Low
P O BOX 26020
BEAUMONT, TX 77720

---

CLERK, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA
333 WEST FOURTH STREET, ROOM 411
TULSA, OKLAHOMA 74103-3819

OFFICIAL BUSINESS

09-CR-43-SPF
#646

NEOPOST
06/25/2018
US POSTAGE $000.47⁰
FIRST-CLASS MAIL
ZIP 74103
041M11287529

**RETURN TO SENDER**
☐ NO LONGER AT THIS ADDRESS
☐ NOT AUTHORIZED
☐ PLEASE FORWARD
☐ CANNOT ID

**RECEIVED**
JUL 12 2018
Mark C. McCartt, Clerk
U.S. DISTRICT COURT

Post Marked
6/25/18

Oscar Amos Stilley #10579-062
FCI Beaumont Low
P O BOX 26020
BEAUMONT, TX 77720