CLERK, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA
333 WEST FOURTH STREET, ROOM 411
TULSA, OKLAHOMA 74103-3819

OFFICIAL BUSINESS

09-CR-43-SPF
# 648

**RECEIVED**

JUL 23 2018

Mark C. McCartt, Clerk
U.S. DISTRICT COURT

Oscar Amos Stilley #10579-062
FCI Beaumont Low
P O BOX 26020
BEAUMONT, TX 77720

TULSA
OK 741
11 JUL '18
PM 2 L

NEOPOST      FIRST-CLASS MAIL
07/11/2018
US POSTAGE  $000.47⁰


ZIP 74103
041M11287529

Post Marked
7/11/18

NIXIE    777204039-1N    009 07/18/18

RETURN TO SENDER
UNABLE TO FORWARD
UNABLE TO FORWARD
RETURN TO SENDER

77720-602020

