# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| -vs- | ) Case No. 09-CR-0043-SPF |
| LINDSEY KENT SPRINGER, | ) |
| Defendant. | ) |

## ORDER

The government's response to Mr. Springer's "Motion to Determine Specifically the Constitutional Validity of the Appointment to Office of Charles A. O'Reilly, Jeffrey A. Gallant, and R. Trent Shores" (doc. no. 653) is **DUE** August 21, 2018. No reply brief is permitted at this time.

IT IS SO ORDERED this 1st day of August, 2018.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

09-0043p152.docx