&%RPDUPLICATE

Court Name: Northern District Oklahoma
Division: 4
Receipt Number: TOK044743
Cashier ID: sclark
Transaction Date: 07/08/2019
Payer Name: MOSS SEAT CVRS AND LESTER
--------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: LINDSEY SPRINGER
 Amount:       $505.00
--------------------------------
CHECK
 Check/Money Order Num: 48484
 Amt Tendered: $500.00
CASH
 Amt Tendered: $5.00
--------------------------------
Total Due:      $505.00
Total Tendered: $505.00
Change Amt:     $0.00

09-CR-43
APPEAL NO. 18-5104

"Only when bank clears the check,
money order, or verifies credit of
funds is the fee or debt officially
paid or discharged. a $53 fee will
be charged for a returned check."