IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| -vs- | ) ) | Case No. 09-CR-0043-F |
| LINDSEY KENT SPRINGER, | ) ) ) | |
| Defendant. | ) | |

## ORDER

The government is **DIRECTED** to file a brief in response to Mr. Springer's "Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(1)(A)(i)" (doc. no. 669), within sixty days of the date of this order. No reply brief is permitted at this time.

IT IS SO ORDERED this 4th day of September, 2019.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

09-0043p155.docx