

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

FILED
SEP 06 2019
Mark C. McCartt, Clerk
U.S. DISTRICT COURT

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                             Case No. 09-CR-043

LINDSEY KENT SPRINGER,

    Defendant.

### ERRATA SHEET

Lindsey Kent Springer ("Springer") hereby files this errata sheet involving his Motion under 18 U.S.C. § 3582(c)(1)(A)(i) which contained reference to 18 different exhibits. Attached hereto is Exhibit 1 and should be placed directly between the page entitled "Exhibit 1" and "Exhibit 2." Springer failed to include Exhibit 1 with his Motion. The declaration under penalty of perjury that the exhibits are true and correct copies, or copies of copies, applies to Exhibit 1 attached hereto and made a part of Springer's Motion under 18 U.S.C. § 3582(c)(1)(A)(i).

Respectfully Submitted,

/s/ Lindsey K. Springer
Reg. # 02580-063
Federal Satellite Camp
P.O. Box 9000
Seagoville, Texas 75159

✓ Mail   ___No Cert Svc   ___No Orig Sign
___C/J   ___C/MJ   ___C/Ret'd   ✓ No Env
✓ No Cpy's   ___No Env/Cpy's   ___O/J   ___O/MJ

CERTIFICATE OF SERVICE

I hereby certify that on September 3, 2019, I sent by U.S. Mail, First Class, Postage Prepaid, the above Errata Sheet to the Clerk of Court, 333 West Fourth Street, Tulsa, Oklahoma 74103;

I further certify that the following lawyers represent the United States of America and shall receive service of the above Errata Sheet through the Court's ECF system:

Charles A. O'Reilly
Jeffrey A. Gallant
R. Trent Shores

_____
Server

DECLARATION OF MAILING

I declare under the penalty of perjury pursuant to 28 U.S.C. § 1746(1), under the laws of the United States of America, that on September 3, 2019, I deposited the above Errata Sheet in the U.S. Mailbox located inside Seagoville Federal Prison Camp to the address for the Clerk listed above.

_____
Declarant

2

# DANGER

# ASBESTOS

# MAY CAUSE CANCER

# CAUSES DAMAGE TO LUNGS

# AUTHORIZED PERSONNEL ONLY

10/11/18

*[signature]*

29CFR [1910.1001(j)(4)(i)]

C. Rees, Safety Manager  Ext. 4431

Lindsey Kent Springer
Reg # 02580-063
Federal Satellite Camp
P.O. Box 9000
Seagoville, Texas 75159

"Legal Mail"

NORTH TEXAS TX P&DC
DALLAS TX 750
4 SEP 2019 PM 8 L

postmarked 9/4/19
09-CR-43-SPF-1

⇔02580-063⇔
Clerk Of Court
Northern District of Okla
333 W 4TH ST
Tulsa, OK 74103
United States

RECEIVED
SEP 06 2019
Mark C. McCartt, Clerk
U.S. DISTRICT COURT