# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA,        )
                                                       )

              Plaintiff,        )

                                                       )

-vs-        )
                                                       )        Case No. 09-CR-0043-SPF

                                                       )

LINDSEY KENT SPRINGER,        )

              Defendant.        )

## ORDER

Mr. Springer moves the court to strike or invalidate the government's brief which was filed in response to his motion for a reduction of his sentence pursuant to 18 U.S.C. § 3582(c)(1)(A)(i).  Doc. no. 675.  Mr. Springer argues that the response brief—signed by Charles A. O'Reilly (over the title Special Assistant U.S. Attorney)—is signed by a person not authorized to speak on behalf of the United States.  This argument, which is a variant of other arguments made previously by Mr. Springer at other stages of his criminal case, is rejected.  The motion to strike or invalidate the government's response brief (doc. no. 675) is **DENIED**.

Mr. Springer also asks to file a reply brief in support of his motion for a reduction of his sentence.  Doc. no. 674.  That motion is **GRANTED**.  Mr. Springer's reply brief is **DUE** December 11, 2019.

IT IS SO ORDERED this 20th day of November, 2019.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE