# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| -vs- | ) Case No. 09-cr-0043-SPF |
| LINDSEY KENT SPRINGER, | ) |
| Defendant. | ) |

## ORDER

Mr. Springer moves the court to reduce his term of imprisonment pursuant to 18 U.S.C. § 3582(c)(1)(A)(i).  Doc. no. 686.  The government is **DIRECTED** to respond to the motion within fourteen days of the date of this order.  (If it should become necessary for the government to obtain an extension of the response date in order to obtain reliable information from the staff of the Federal Transfer Center, the court will entertain a motion to that effect.)  No reply brief is permitted at this time.

IT IS SO ORDERED this 14th day of April, 2020.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

09-0043p160.docx