# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| -vs- | ) ) Case No. 09-cr-0043-SPF |
| LINDSEY KENT SPRINGER, | ) ) ) |
| Defendant. | ) |

**ORDER**
(re motion at doc. no. 686)

In addition to whatever other issues the government intends to address in its response brief, the government's brief shall address the impact, if any, of the pending appeal (regarding Mr. Springer's earlier motion for compassionate release) on this court's jurisdiction to determine the current motion for compassionate release brought under 18 U.S.C. § 3582(c)(1)(A)(i) (doc. no. 686).

In light of this additional issue, the schedule is **MODIFIED**, as follows. The government is **DIRECTED** to respond to Mr. Springer's motion for compassionate release within fourteen days of the date of <u>this</u> order. (If it should become necessary for the government to obtain an extension of the response date in order to obtain reliable information from the staff of the Federal Transfer Center, the court will entertain a motion to that effect.) Any reply brief Mr. Springer wishes to file **SHALL** be filed within fourteen days of the government's response brief.

IT IS SO ORDERED this 21st day of April, 2020.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

09-0043p161.docx