


FILED
APR 23 2020
Mark C. McCartt, Clerk
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.                             Case No. 09-CR-043-F

LINDSEY KENT SPRINGER,

09-CR-43-SPF-1

    Defendant.

### MOTION TO WITHDRAW OR DISMISS MOTION

Lindsey Kent Springer ("Springer") moves to withdraw or dismiss his pending Motion for Modification of Sentence under 18 U.S.C. § 3582(c)(1)(A). Doc. 686.

Once Springer learned of the Attorney General's April 3, 2020 Memorandum declaring an emergency in the Bureau of Prisons, Springer prepared his Emergency Motion for Sentence Modification mailing the same on April 6, 2020 from the Federal Transfer Center. On Tuesday, April 7, 2020, Springer learned he had been approved for Home Confinement by the Regional Offices signing papers the same day. On Thursday, April 9, 2020, Springer was informed by his sister that Springer's Reentry Plan had been approved by the Probation Office in Tulsa. Springer was informed by his Case Manager that the Probation Office's approval has been received by the Bureau of Prisons on April 14, 2020. On April 16, 2020, Springer was informed by his Unit Team Manager that he is waiting on a date of release to determine when Springer will begin his 14 day quarantine. Springer received notice of this Cout's Order, Doc. 687, on April 17, 2020. Had Springer known of the list placing Springer to Home Confinement Springer would not have filed the pending Motion.

Therefore, Springer respectfully requests this Court issue an order withdrawing or dismissing Springer's pending Motion under § 3582(c)(1)(A)(Doc. 686).

1

Springer requests the dismissal or withdraw be without prejudice.

Respectfully Submitted,

*/s/ Lindsey K. Springer*
Reg. # 02580-063
Federal Transfer Center
P.O. Box 898801
Oklahoma City, Oklahoma 73189

CERTIFICATE OF SERVICE

I hereby certify that on April 20, 2020, I sent by U.S. Mail, First Class, Postage Prepaid, the above Motion to Withdraw or Dismiss to the Clerk of Court at 333 West Fourth Street, Tulsa, Oklahoma 74103;

I further certify that the following are registered ECF users and shall receive service of the above Motion to Withdraw or Dismiss through the Courtt's ECF system:

R. Trent Shores
Charles A. O'Reilly
Jeffrey A. Gallant

*/s/ Lindsey K. Springer*
Server

DECLARATION OF MAILING

I declare under the penalty of perjury pursuant to 28 U.S.C. § 1746(1), under the laws of the United States of America, that on April 20, 2020, I deposited the above Motion to Withdraw or Dismiss in the U.S. Mailbox located inside the Federal Transfer Center to the address for the Clerk of Court listed above.

*/s/ Lindsey K. Springer*
Declarant

NAME: Lindsey Kent Springer
REG# 02580-063
FEDERAL TRANSFER CENTER
P.O. BOX 898801
OKLAHOMA CITY, OK 73189-8801

OKLAHOMA CITY
OK 730
21 APR '20
PM 4 L

postmarked 4/21/20
OC
09-CR-43-SPF-1

02580-063
Clerk Of Court
Northern District of Okla
333 W 4TH ST
Tulsa, OK 74103
United States

RECEIVED
APR 23 2020
Mark C. McCartt, Clerk
U.S. DISTRICT COURT