IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | Case No. 09-cr-0043-SPF |
| ) | |
| LINDSEY KENT SPRINGER, ) | |
| ) | |
| Defendant. ) | |

**ORDER**
**(re motions at doc. nos. 686, 689)**

    Defendant Lindsey Springer moves the court to permit him to withdraw his currently pending motion that seeks a reduction in his term of imprisonment pursuant to 18 U.S.C. § 3582(c)(1)(A)(i).  Mr. Springer states that he has been approved for home confinement, and that if he had known he was on the list for home confinement, he would not have filed this § 3582(c)(1)(A)(i) motion.  For good cause shown, Mr. Springer's motion (doc. no. 689), which seeks permission to withdraw his currently pending § 3582(c)(1)(A)(i) motion, is **GRANTED**. The pending § 3582(c)(1)(A)(i) motion (doc. no. 686) is **STRICKEN** without prejudice to refiling should the need arise.

    IT IS SO ORDERED this 23rd day of April, 2020.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

09-0043p162.docx