# UNITED STATES COURT OF APPEALS
## FOR THE TENTH CIRCUIT
### OFFICE OF THE CLERK

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

| | | |
|---|---|---|
| Christopher M. Wolpert<br>Clerk of Court | August 6, 2020 | Jane K. Castro<br>Chief Deputy Clerk |

Mr. Mark C. McCartt
United States District Court for the Northern District of Oklahoma
333 West 4th Street, Room 411
Tulsa, OK 74103

**RE:** 20-5000, United States v. Springer
Dist/Ag docket: 4:09-CR-00043-SPF-1

Dear Clerk:

Pursuant to Federal Rule of Appellate Procedure 41, the Tenth Circuit's mandate in the above-referenced appeal issued today. The court's July 15, 2020 judgment takes effect this date.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of the Court

cc: Jeffrey Andrew Gallant
Samuel Robert Lyons
Alexander Patrick Robbins
Lindsey Kent Springer
Joseph Brian Syverson

CMW/sls

| | |
|---|---|
| **From:** | ca10_cmecf_notify@ca10.uscourts.gov |
| **To:** | CM-ECF Intake OKND |
| **Subject:** | 20-5000 United States v. Springer "Mandate issued" (4:09-CR-00043-SPF-1) |
| **Date:** | Thursday, August 6, 2020 9:25:24 AM |

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

**Tenth Circuit Court of Appeals**

**Notice of Docket Activity**

The following transaction was entered on 08/06/2020 at 8:21:24 AM MDT and filed on 08/06/2020

**Case Name:**       United States v. Springer
**Case Number:**   20-5000
**Document(s):**    Document(s)

**Docket Text:**
[10760816] Mandate issued. [20-5000]

**Notice will be electronically mailed to:**

Mr. Jeffrey Andrew Gallant: jeff.gallant@usdoj.gov, bill.wright@usdoj.gov, caseview.ecf@usdoj.gov, sarah.m.coffey@usdoj.gov, christina.watson@usdoj.gov, michelle.hammock@usdoj.gov
Samuel Robert Lyons: Samuel.R.Lyons@usdoj.gov, Samuel.R.Lyons@usdoj.gov, Cateps.Taxcriminal@usdoj.gov
Mr. Mark C. McCartt, Clerk of Court (oclk): CM-ECFIntake_OKND@oknd.uscourts.gov
Mr. Alexander Patrick Robbins: alexander.p.robbins@usdoj.gov, cateps.taxcriminal@usdoj.gov, stan.j.okula@usdoj.gov
Mr. Joseph Brian Syverson: Joseph.B.Syverson@usdoj.gov, Cateps.Taxcriminal@usdoj.gov

**Notice will not be electronically mailed to the following as the Court does not have a valid email address on file or the person has not consented to service via email. If appropriate, notice will be delivered by other means to:**

Lindsey Kent Springer
2626 East 72nd Street
Tulsa, OK 74136

The following document(s) are associated with this transaction:
**Document Description:** Regular Mandate Letter - OJ
**Original Filename:** /opt/ACECF/live/forms/StacySteinbrecher_205000_10760816_258.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1104938855 [Date=08/06/2020] [FileNumber=10760816-0]
[3202dbc438588c9b412bebc47981d9c394fcdeaf601edbd9316443752270170fb30a598c3fa1aa92faa3916034a84281dbc08d8badc26d8bbc0e0f81b16293f4]]
**Recipients:**

- Mr. Jeffrey Andrew Gallant
- Samuel Robert Lyons
- Mr. Mark C. McCartt, Clerk of Court (oclk)
- Mr. Alexander Patrick Robbins
- Lindsey Kent Springer
- Mr. Joseph Brian Syverson