# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | Case No. 09-cr-0043-2-SPF |
| OSCAR AMOS STILLEY, ) | |
| Defendant. ) | |

## ORDER

A response to Mr. Stilley's motion for sentence reduction (doc. no. 694) is **DUE** on or before July 16, 2021. Any reply brief Mr. Stilley wishes to file is **DUE** fourteen days after the filing of a response brief.

Dated this 12th day of May, 2021.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

09-0043p163.docx