Scanned image of a returned envelope.

**Return address (sender):**

CLERK, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA
333 WEST FOURTH STREET, ROOM 411
TULSA, OKLAHOMA 74103-3819

OFFICIAL BUSINESS

**Postage mark:**

NEOPOST
05/13/2021
US POSTAGE $000.51⁰
ZIP 74103
041M11287529
FIRST-CLASS MAIL

TULSA OK 740
13 MAY 2021 PM 3 L

Handwritten: Postage Monee 5/13/21
Handwritten: 09-cr-43-SPF Dkt 696

**Received stamp:**

RECEIVED
MAY 24 2021
Mark C. McCartt, Clerk
U.S. DISTRICT COURT

**USPS yellow label:**

NIXIE   751   DE 1   0005/26/21
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 74103388199   *0557-07834-20-25

**RETURNED TO SENDER stamp:**

☐ INCOMPLETE NAME/NUMBER
☒ NO LONGER AT THIS ADDRESS
☐ PACKAGE NOT AUTHORIZED
☐ ADDRESSEE UNKNOWN
☐ INMATE TO INMATE NOT AUTHORIZED

**Addressee:**

Lindsey Kent Springer #02580-063
Federal Transfer Center
PO BOX 898801
OKLAHOMA CITY, OK 73189

4:09-cr-00043-SPF

Docket Entry #696