# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

United States of America,

                Plaintiff,

vs.                                          Criminal Court Case No. 09-cr-00043-SPF-2
                                                   Civil Court Case No. 21-cv-00361-SPF-CDL

Oscar Amos Stilley,

                Defendant(s).

## MINUTE ORDER

At the direction of Stephen P. Friot, U.S. District Judge, it is hereby ordered that:

The Clerk is directed to provide a copy of the 28:2255 Motion to Vacate / Correct Illegal Sentence filed on 9-1-2021 in the referenced case to Counsel for the United States of America. This notification is made pursuant to the Rules Governing Section 2255 Proceedings for the United States District Courts and this Court. No answer or other responsive pleading is required unless the Court orders otherwise.

                                                                          Mark C. McCartt,
                                                           Clerk of Court, United States District Court

                                                                      s/ S. Clark
                                                                    _____
                                                                    By: S. Clark, Deputy Clerk

                                                                      c/ copy of 2255 Motion to USA