# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff-respondent, | ) ) ) | |
| -vs- | ) ) | Case No. 09-cr-0043-2-SPF |
| OSCAR AMOS STILLEY, | ) ) ) | 21-cv-361-SPF |
| Defendant-movant. | ) | |

## ORDER

Defendant Oscar Stilley, appearing pro se, moves to vacate his sentence under 28 U.S.C. § 2255. Doc. no. 701. Defendant Stilley has also filed a "Motion to Stay Proceedings Pending Disclosure of Lindsay Springer's Contact Information, and Opportunity to Work Together With Springer and Allow Springer to Adopt Stilley's 2255 Motion; and also for Determination of Who is the Lawfully Authorized Judge on this Case." Doc. no. 702. The government's response to both motions is **DUE** twenty-eight days from today's date. Any reply briefs Mr. Stilley seeks to file are **DUE** fourteen days after the filing of the response brief.

IT IS SO ORDERED this 2nd day of September, 2021.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

09-0043p166 (Stilley).docx