# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff-respondent, | ) |
| -vs- | ) Case No. 09-cr-0043-2-SPF |
| OSCAR AMOS STILLEY, | ) |
| Defendant-movant. | ) |

## ORDER

The government asks the court to dismiss Mr. Stilley's motion seeking relief under 28 U.S.C. § 2255. Doc. no. 705 (government's motion to dismiss). Accordingly, to the extent the court's order of September 2, 2021, set a briefing schedule on Mr. Stilley's § 2255 motion, that briefing schedule is **VACATED**. Doc. no. 704. (The briefing schedule on Mr. Stilley's motion to stay, which was also set in doc. no. 704, remains in effect.) Mr. Stilley's response to the government's motion to dismiss is **DUE** no later than October 5, 2021; any reply brief the government wishes to file is **DUE** seven days from the filing of Mr. Stilley's response brief. In the event the government's motion to dismiss is denied, the court will, at that time, set a new schedule to govern briefing of the merits of Mr. Stilley's §2255 motion.

IT IS SO ORDERED this 7th day of September, 2021.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

09-0043p168 (Stilley).docx