IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff-respondent, ) | |
| ) | |
| -vs- ) | Case No. 09-cr-0043-2-SPF |
| ) | 21-cv-361-SPF |
| OSCAR AMOS STILLEY, ) | |
| ) | |
| Defendant-movant. ) | |

## ORDER

Mr. Stilley's motion at doc. no. 708 requests an extension of time within which to file a brief in response to the government's motion to dismiss Mr. Stilley's motion to stay (government's motion at doc. no. 707). Mr. Stilley's request for an extension is **GRANTED**. His response to the government's motion at doc. no. 707 is **DUE** twenty-eight days from the date of this order. Any reply the government wishes to file is **DUE** seven days following the filing of Mr. Stilley's response brief.

In response to Mr. Stilley's questions, he is advised that if he fails to timely respond to doc. no. 707 or any other motion filed by the government, the court may deem the government's motion confessed and may grant the motion on that ground. If the court has set a briefing schedule, then that schedule applies.

All parties are advised that if the court has not set a briefing schedule, the court, for purposes of this § 2255 matter, will apply the deadlines set out in Rule 7 of the Local Civil Rules for the Northern District of Oklahoma. This means that absent a briefing schedule set by the court, response briefs to all motions are due

within twenty-one days of the filing of the motion, and reply briefs are due within fourteen days of the filing of a response brief.

IT IS SO ORDERED this 16th day of September, 2021.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

09-0043p167 (Stilley).docx