IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA                                                                              PLAINTIFF

v.                                              Case No. 4:09-CR-043 SPF
                                                Case No. 4:21-cv-00361-SPF-CDL

LINDSEY KENT SPRINGER,
OSCAR AMOS STILLEY                                                                                    DEFENDANTS

DEFENDANT OSCAR STILLEY'S MOTION FOR EXTENSION OF TIME TO RESPOND TO DOCKET #705 AND #707

Comes now Defendant Oscar Stilley (Stilley) and for his motion states:

1. Stilley on 9-1-2021 filed a Motion to Vacate/Set Aside/Correct Sentence under 28 USC 2255. Dkt. 701

2. Stilley on 9-2-2021 filed docket #702, which is described upon the docket as follows :

   09/02/2021   702   MOTION Disclose co-defendant's address, show authority for Friot to preside, 30 day stay of proceedings by Oscar Amos Stilley (Stilley, Oscar) (Entered: 09/02/2021)

3. Stilley sought a stay of proceedings, to continue for 30 days after the government's disclosure of co-defendant Lindsey Springer's contact information. This would allow Stilley to file his responses to pleadings after consultation with Lindsey Springer, who is amongst other things a material witness with respect to some of Stilley's key procedural and substantive arguments now pending before the Court.

4. The current deadline for Stilley to respond to #705 is October 5, 2021.  Dkt. #706.

5. The government on 9-8-2021 filed a motion (Dkt. 707) requesting this Court to "dismiss" Stilley's "Motion to Stay Proceedings..." filed herein as Docket #702.

6. The current deadline for Stilley to respond to #707 is October 14, 2021.  Dkt. #709.

7. Counsel for the government, Charles Anthony O'Reilly, has neither responded to #702, nor requested an extension of time for any response.

8. According to the Court's order at #709, the failure of Defendant Stilley to timely respond to a motion is grounds for the Court to deem the motion confessed and grant the government's motion on that ground.

9. Defendant presumes that the converse is true, and the government's failure to timely respond to a motion (considering any extensions) may be treated as a confession of the motion.

10. Under this understanding of the rules, the government has confessed Docket #702 well in advance of the deadline for Stilley's response to #707.

11. Therefore Stilley respectfully contends that the government has confessed #702, and that #707 should be denied as moot.

12. On October 4, 2021, Stilley called Lori, the Court's Administrative Assistant/Courtroom Deputy/Case Manager. Lori said that a ruling on #702 could not be assured by the close of business on October 5, 2021. Stilley presumes however that since this motion is ripe, a ruling will be forthcoming within a reasonable time.

13. Therefore, Stilley requests an extension of time such that his response to #705 be due November 30, 2021.

14. To the extent that #707 is not denied as moot, because #702 is deemed confessed or otherwise granted, Stilley requests an extension of time such that the response to #707 also be due November 30, 2021.

15. Stilley brings this motion for reasons of justice, and not for purposes of delay. Stilley intends to file his response(s) in a reasonably expeditious manner, amongst other reasons because

he believes that a resolution of the motion under 28 USC 2255 will restore him to his liberty.

16.     Stilley inquired of Mr. O'Reilly, who declined to give permission to state that he has no objection to the extensions, and declined to state that he has no objection to the grant of relief sought in #702.  Mr. O'Reilly however **did not** state that his failure to timely respond to #702 was the result of inadvertence or oversight, or that he planned to file a motion for permission to file a belated response.

WHEREFORE, Stilley requests an order extending Stilley's deadline for response to docket #705, up through and including November 30, 2021; that docket #707 either be denied as moot, or that Stilley's deadline for response to that motion also be extended to November 30, 2021; and for such other and further relief as may be appropriate, whether or not specifically requested.

Respectfully submitted,

By: /s/ Oscar Stilley                                    October 4, 2021
Oscar Stilley
10600 N Highway 59
Cedarville, AR 72932-9246
479.384.2303 mobile
479.401.2615 fax
oscarstilley@gmail.com

CERTIFICATE OF SERVICE

Defendant Stilley hereby certifies that on the date stated above he electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.  Charles O'Reilly and his confederates continue on with their scheme to "hide out" Lindsey Kent Springer, and deny both of us the opportunity to work together toward common interests.  This is the only reason that Springer is not being served with this pleading.  Stilley vehemently objects to such lawlessness.