# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF OKLAHOMA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
|   Plaintiff-respondent, | ) | |
| | ) | |
| -vs- | ) | Case No. 09-cr-0043-2-SPF |
| | ) | |
| OSCAR AMOS STILLEY, | ) | |
| | ) | |
|   Defendant-movant. | ) | |

## <u>ORDER</u>
(ruling on motion at doc. no. 710)

In the motion filed by Oscar Stilley at doc. no. 710, Stilley moves for the following relief.

1) He seeks an order declaring confessed his motion to disclose his co-defendant's address (doc. no. 702).

2) He seeks an order extending until November 30, 2021, his deadline for responding to the government's motion to dismiss his § 2255 motion (doc. no. 705).

3) And he seeks an order either i) denying the government's motion to dismiss his motion to stay proceedings (doc. no. 707) on the ground that the government's motion is moot, or ii) extending Stilley's time to respond to that motion until November 30, 2021.

The government has responded, objecting to any of the requested relief. Doc. no. 711.

Stilley's motion (doc. no. 710) is **GRANTED IN PART** and **DENIED IN PART**, as follows.

1.  Stilley's request for an order declaring confessed his motion to disclose his co-defendant's address (doc. no. 702) is **DENIED**.  Although the government has not filed a brief entitled as a response to that motion, it has moved to dismiss that motion for want of jurisdiction (doc. no. 707).  Accordingly, the government made known its objections to the motion, and it would be inappropriate to declare Stilley's motion confessed.

2.  Stilley's request for an extension within which to respond to the government's motion to dismiss Stilley's motion for relief under § 2255 is **GRANTED** to the extent that Stilley's deadline for responding to that motion is hereby **EXTENDED** to October 20, 2021.

3.  Stilley's request for an order i) denying the government's motion to dismiss (doc. no. 707) Stilley's motion for a stay on the ground that it is moot is **DENIED** because the government's motion is not moot.  Stilley's request for an extension within which to respond to that motion is **GRANTED** to the extent that Stilley's deadline for responding to that motion is hereby **EXTENDED** to October 20, 2021.

IT IS SO ORDERED this 5th day of October, 2021.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

09-0043p169 (Stilley).docx