IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br> PLAINTIFF/GARNISHOR,<br><br>vs.<br><br>OSCAR STILLEY,<br><br> DEFENDANT,<br><br>and<br><br>CORNERSTONE STRUCTURAL ENGINEERING, INC.,<br> and its successors or assigns,<br><br> GARNISHEE. | CASE #: 09-CR-043-002-SPF |

Plaintiff's Ex Parte Application for Post-Judgment
Continuing Writ of Garnishment

Pursuant to 28 U.S.C. § 3205, the United States of America requests the Court issue a writ of garnishment directed to: Cornerstone Structural Engineering, Inc., at 4727 AR-348, Rudy, AR 72952.

The United States believes that the Garnishee has possession, custody, or control of property in which Defendant has a substantial non-exempt interest.

In support of its application, the United States shows the Court as follows:

Defendant's Name:      OSCAR STILLEY

Date of Judgment:      April 23, 2010

Nature of Judgment:      Criminal Judgment

| | |
|---|---|
| Judgment Amount: | $776,580.00 |
| Total Amount Still Owing w/ Interest: | $812,561.61 |

More than 30 days prior to this Application, the United States made demand on Defendant for the total amount still owing. Despite this demand, Defendant has not paid the amount still owing.

Dated this 25 October 2021.

                              CLINTON J. JOHNSON
                              Acting United States Attorney

By: s/Vani Singhal
    VANI SINGHAL, OBA #16892
    Assistant United States Attorney
    110 W. 7th Street, Suite 300
    Tulsa, Oklahoma 74119
    (918) 382-2724
    fax (918) 650-7948
    vani.singhal@usdoj.gov