# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA,

      PLAINTIFF/GARNISHOR,

vs.

OSCAR STILLEY,

      DEFENDANT,

and

CORNERSTONE STRUCTURAL
ENGINEERING, INC.,
     and its successors or assigns,

      GARNISHEE.

CASE #: 09-CR-043-002-SPF

Plaintiff's Ex Parte Post-Judgment
Continuing Writ of Garnishment

TO:           Garnishee
               Cornerstone Structural Engineering, Inc.
               4727 AR-348
               Rudy, AR 72952

REQUESTED BY:    United States of America
               VANI SINGHAL
               Assistant United States Attorney
               110 W. 7th Street, Suite 300
               Tulsa, Oklahoma 74119
               (918) 382-2724
               fax (918) 560-7948
               vani.singhal@usdoj.gov

Pursuant to 28 U.S.C. § 3205 and the previously filed Application for Post-

Judgment Continuing Writ of Garnishment, Doc. # 715, the United States has

information indicating that Garnishee may have possession, custody or control of property in which Defendant has a substantial nonexempt interest.  This property may include Defendant's nonexempt disposable earnings (i.e., wages).

Pending further order of this Court, Garnishee is hereby directed to withhold and retain **10%** of any property[1] in its possession, custody or control in which Defendant has an interest at the time this Writ is served or in which the Defendant may obtain an interest in the future, including Defendant's nonexempt disposable earnings.[2]  If Garnishee fails to withhold property in accordance with this Writ, Garnishee may be held in contempt by the Court or the Court may enter judgment against the Garnishee for the value of Defendant's nonexempt interest in such property, plus a reasonable attorney's fee to the United States. See 28 U.S.C. §§ 3003(c)(8) and 3205(c)(6).

Within 10 days of receiving a copy of this Writ, Garnishee shall file with the Court Clerk a written answer as required by 28 U.S.C. § 3205(c)(4), and the

---

[1] "Property" includes any present or future interest, whether legal or equitable, in real, personal (including choses in action), or mixed property, tangible or intangible, vested or contingent, wherever located and however held (including community property and property held in trust (including spendthrift and pension trusts)), but excludes –

    (A)  Property held in trust by the United States for the
           benefit of an Indian tribe or individual Indian; and

    (B)  Indian lands subject to restrictions against alienation
           imposed by the United States.

28 U.S.C. 3002(12).

[2] "'Earnings' means compensation paid or payable for personal services, whether denominated as wages, salary, commission, bonus, or otherwise, and includes periodic payments pursuant to a pension or retirement program." 28 U.S.C. § 3002(6).  "'Disposable earnings' means that part of earnings remaining after all deductions required by law have been withheld." Id. at § 3002(5). "'Nonexempt disposable earnings' means 25 percent of disposable earnings, subject to section 303 of the Consumer Protection Act, [15 U.S.C. § 1673]." Id. at § 3002(9).

Garnishee will forward payments each pay period to the Court Clerk at 333 West 4th St., Room 411, Tulsa, OK 74103 until defendant's debt is paid in full or Garnishee no longer has custody or control of any property belonging to Defendant. Garnishee shall serve a copy of its answer on counsel for the United States, whose address is listed above, and Defendant, whose address is listed below.  See Fed. R. Civ. P. 5 for acceptable methods of service.

This Writ of Garnishment is a continuing writ and it will terminate only by:

(A)   a court order quashing this Writ of Garnishment.

(B)   exhaustion of  property in the possession, custody, or control of the Garnishee in which the debtor has a substantial nonexempt interest (including nonexempt disposable earnings), unless the garnishee reinstates or re-employs the judgment debtor within 90 days after the judgment debtor's dismissal or resignation; or

(C)   satisfaction of the debt with respect to which this Writ is issued. See 28 U.S.C. 3205(c)(10).

To assist the Garnishee with its obligations under this Writ, the following information is provided:

| | |
|---|---|
| Defendant's Name: | OSCAR STILLEY |
| Date of Judgment: | April 23, 2010 |
| Nature of Judgment: | Criminal Judgment |
| Judgment Amount: | $776,580.00 |
| Total Amount Still Owing w/ interest: | $812,561.61 |

The following exhibits are attached to this Writ:

> Exhibit A: Notice and instructions to Garnishee.

> Exhibit B: Sample answer to be used by Garnishee.

> Exhibit C: Notice and instructions to Defendant; and

> Exhibit D: Sample claim for exemption and request for hearing to be
> used by Defendant.

IT IS SO ORDERED.

Dated this 26th day of 26 October 2021.


*Christine D. Little*
Christine D. Little
United States Magistrate Judge

Instructions to Garnishee

You have been served with a Continuing Writ of Garnishment pursuant to 28

U.S.C. § 3205. Pursuant to that Writ and § 3205, you are required to file a written

answer with the Court Clerk within 10 days of receiving a copy of the Writ and you

are required to forward payments each pay period to the Court Clerk until

defendant's debt is paid in full or Garnishee no longer has custody or control of any

property belonging to Defendant. The Court Clerk's address is:  United States

Courthouse, 333 W. Fourth Street, Room 411, Tulsa, Oklahoma 74103-3880.

Your Answer

Section 3205 requires that your answer be under oath, and that it contain the

following general information:

      (A)    whether you have custody, control, or
                 possession of property in which the
                 Defendant has an interest.

      (B)    a description of such property and the value
                 of Defendant's interest in that property.

      (C)    a description of any previous garnishments to
                 which Defendant's property is subject.

      (D)    a description of any property which you
                 anticipate owing Defendant, or in which
                 Defendant will obtain an interest, in the
                 future; and

      (E)    if you make periodic payments to Defendant,
                 the amount of those payments and whether

Exhibit A to Writ of Garnishment

1

> those payments are made on a weekly basis,
> or at some other interval.

See 28 U.S.C. § 3205(c)(4).

You must serve a copy of your answer on Defendant and counsel for the United States, whose addresses are listed on the face of the Writ.  See Fed. R. Civ. P. 5 for acceptable methods of service.  A Sample answer is attached as Exhibit B for your use.

If You Are Defendant's Employer

The amount of nonexempt earnings which may be withheld pursuant to a Writ of Garnishment is defined by the Consumer Credit Protection Act, 15 U.S.C. § 1673, which provides generally that for a given week of employment, the lesser of 25% of disposable earnings for the week or that amount of disposable earnings for the week in excess of 30 times the minimum wage as set by 29 U.S.C. § 206(a)(1) may be withheld. The Secretary of Labor has promulgated regulations to assist you in calculating the maximum amount of nonexempt earnings that can be withheld. See Code of Federal Regulations, Title 29, Labor; Subtitle B, Regulations Relating to Labor; Chapter V, Wage and Hour Division, Department of Labor; Subchapter D, Garnishment of Earnings; Part 870, Restriction on Garnishment.

As the Garnishee, you are hereby directed to withhold and retain 10% of any property in your possession, custody or control in which Defendant has an interest at the time this Writ is served or in which the Defendant may obtain an interest in the future, including Defendant's nonexempt disposable earnings.

Exhibit A to Writ of Garnishment

You may contact the Assistant United States Attorney listed on the face of the Writ of Garnishment if you need additional assistance in determining the maximum amount of earnings to withhold.

Pursuant to 15 U.S.C. § 1674, you may not discharge Defendant because his earnings have been garnished.

Sample Answer to be Used by Garnishee

Exhibit B to Writ of Garnishment

1

## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| PLAINTIFF/GARNISHOR, | |
| vs. | CASE #: 09-CR-043-002-SPF |
| OSCAR STILLEY, | |
| DEFENDANT, | |
| and | |
| CORNERSTONE STRUCTURAL ENGINEERING, INC., and its successors or assigns, | |
| GARNISHEE. | |

Garnishee's Answer

Having been served with a Continuing Writ of Garnishment, Garnishee hereby files this Answer in accordance with 28 U.S.C. §3205.  This Answer is being prepared by:

Name:

Title:

Address:

Phone Number:

Date of Termination (if any):

Exhibit B to Writ of Garnishment

2

Description of Garnishee

Garnishee files this Answer as: (check those that apply)

      ☐      An Individual

              ☐      In my personal capacity.

              ☐      Doing business as,

                        Name of d/b/a:
                        Address:
                        Phone Number:

      ☐      A Partnership: and Garnishee is:

              ☐      A general partner

              ☐      A limited partner

                        Name of Partnership:
                        Address:
                        Phone Number:

      ☐      A Corporation:

                  Name of Corporation:
                  Address:
                  Phone Number:
                  State of Incorporation:
                  Principal Place of Business:

Prior Garnishments

For each previous garnishment involving Defendant which is still in effect, please provide the following information:

Date of Garnishment:
Property Subject to the Previous Garnishment:

Description of Property in Which Defendant has an Interest

Garnishee states as follows: (check those that apply)

☐    From the date the Writ of Garnishment was served to the date this Answer is being prepared, Garnishee has not had possession, custody, or control of any property in which Defendant has an interest.

☐    Garnishee has possession, custody, or control of the following non-earnings property in which Defendant has an interest:

Description of Property:
Approximate Value of Property:
Defendant's Interest in the Property:

☐    Garnishee anticipates having future possession, custody, or control of the following non-earnings property in which Defendant will have an interest:

Description of Property:
Approximate Value of Property:
Defendant's Interest in the Property:
When Defendant Will Acquire an Interest in the Property:

☐    As Defendant's employer, Garnishee has possession, custody, or control of earnings in which Defendant has an interest:

Defendant is paid: ☐weekly, ☐ bi-weekly, ☐semi-monthly, ☐ monthly
Date Previous Pay Period Ended:

Exhibit B to Writ of Garnishment

4

Date Current Pay Period Ends:

    a.      Defendant's Gross Pay:
    b.      Federal Income Tax Withheld:
    c.      F.I.C.A. Withheld:
    d.      State Income Tax Withheld:
    e.      Total Withholdings (b + c + d):
    f.      Net Earnings (a – e):

## Garnishee's Claims

Garnishee makes the following claims: (Check those that apply)

☐    Garnishee makes the following claim of exemption on behalf of
Defendant:

Amount of Exemption:
Nature of Exemption:

☐    Garnishee has the following objections, defenses, or set-offs against the
United States' right to seek garnishment of Defendant's non-exempt
property in Garnishee's possession, custody, or control (describe nature
of objection, defense, or set-off):

## Certificate of Service

Garnishee certifies that it has filed the Garnishee Answer with the Court Clerk at the address listed in these instructions.

Garnishee further certifies that it has served a copy of this Answer on both the:

Defendant

Date of Service:
Method of Service (include address if service was by mail):

And

Exhibit B to Writ of Garnishment

5

**The U.S. Attorney's Office**
**Attn: VANI SINGHAL**
**110 W 7th St., Ste. 300**
**Tulsa, OK  74119**

Date of Service:
Method of Service (include address if service was by mail):

Oath

Garnishee declares under penalty of perjury that the foregoing is true and correct.

Date: _____

Signature: _____

Subscribed and sworn before me this _____ day of _____ October 26, 2021.

_____
Notary Public                                        (SEAL)

Commission Expires: _____

Exhibit B to Writ of Garnishment

Notice and Instructions to Defendant

A judgment was rendered against you in case 09-CR-043-002-SPF in the United States District Court for the Northern District of Oklahoma.  The judgment was rendered against you for a criminal judgment.  The United States claims that the total amount owing under that judgment is $812,561.61.

You are hereby given notice that in an attempt to collect on its judgment against you, the United States has caused the Court to issue a Continuing Writ of Garnishment to Cornerstone Structural Engineering, Inc., the Garnishee. With this Writ of Garnishment, the United States is attempting to take your property, which may include a portion of your earnings, from the Garnishee. See 28 U.S.C. § 3205.

Keep a copy of this notice for your records. If you have any questions about your rights or about this procedure, you should contact a lawyer, an office of public legal assistance, or the Court Clerk. The Court Clerk is not permitted to give legal advice but can refer you to other sources of information.

Your Right to Object to the Garnishee's Answer
and Request a Hearing

Garnishee is required to file an answer within 10 days of receiving the Writ of Garnishment issued by the Court and to serve a copy of its answer on you and the United States. Within 20 days after you receive a copy of the Garnishee's answer, you may file a written objection to the Garnishee's answer and request a hearing. You must state the specific grounds for your objection and bear the burden of proving such grounds at a hearing before the Court. You must file your objection and request for hearing with the Court Clerk at:

> United States Courthouse
> Court Clerk
> 333 W. 4th Street, Room 411
> Tulsa, Oklahoma 74103-3880

Exhibit C to Writ of Garnishment

7

You must also serve a copy of your objection and request for hearing on:

>       Cornerstone Structural Engineering, Inc.
>       4727 AR-348
>       Rudy, AR 72952
>
>       and
>
>       United States of America
>       Vani Singhal
>       Assistant United States Attorney
>       110 W. 7th Street, Suite 300
>       Tulsa, Oklahoma 74119

<u>See Fed. R. Civ. P. 5 for permissible method of service.</u>

The Court will hold a hearing on your objection within 10 days after your objection and request for hearing is received, or as soon thereafter as is practicable. Notice of the hearing date will be sent to all parties. Pursuant to 28 U.S.C. § 3202(d), issues at such hearing shall be limited to:

>    (1)    the probable validity of any claim of exemption by [you];
>
>    (2)    the United States' compliance with any statutory requirement for the issuance of the Writ of Garnishment; and
>
>    (3)    if the judgment was rendered against you by default, and only to the extent that the Constitution or another law of the United States provides a right to a hearing on the issue, to –
>
>            (A)    the probable validity of the United States' claim for the debt

Exhibit C to Writ of Garnishment

8

which has been merged into the
Judgment; and

(B)    the existence of good cause for
setting aside such judgment.

If you do not file a timely objection to the Garnishee's answer, the property listed in the Garnishee's answer will be applied to the debt you owe the United States.

Your Right to Claim an Exemption

The law provides exemptions which may protect the property listed in the Garnishee's answer from being taken by the United States. You bear the burden at a hearing set by the Court of showing that an exemption applies. The exemptions which you may claim are defined in 18 U.S.C. § 3613.

Your Right to Transfer this Action to another Federal District

If you think you live outside the Federal judicial district in which this Court is located, you may request, not later than 20 days after receipt of this Notice, that this proceeding to take your property be transferred to the Federal judicial district in which you do reside. You must make this request in writing. Your request for a transfer must be filed with the Court Clerk at:

United States Courthouse
Court Clerk
333 W. 4th Street, Room 411
Tulsa, Oklahoma 74103-3880

You must also serve a copy of your request for a transfer on:

CORNERSTONE STRUCTURAL ENGINEERING, INC.
4727 AR-348
Rudy, AR 72952

and

Exhibit C to Writ of Garnishment

United States of America
Vani Singhal
Assistant United State Attorney
110 W. 7th Street, Suite 300
Tulsa, Oklahoma 74119

Exhibit C to Writ of Garnishment

Sample Claim for Exemption,
Request for Hearing and/or
Request for Transfer
To Be Used by Defendant

Exhibit D to Writ of Garnishment

1

## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA,

       PLAINTIFF/GARNISHOR,

vs.                                 **CASE #: 09-CR-043-002-SPF**

OSCAR STILLEY,

       DEFENDANT,

and

CORNERSTONE STRUCTURAL
ENGINEERING, INC.,
       and its successors or assigns,

       GARNISHEE.

Claim for Exemption,
Request for Hearing, and/or Request for Transfer

[ ] I think that the property the Garnishee _____ is withholding

is exempt under the following applicable exemption(s):

_____ .

[ ] I request a [ ] hearing in this district or a [ ] transfer to the federal district

where I reside in the _____ (district) of _____

(state).

[ ] I do not request a hearing in this matter.

Exhibit D to Writ of Garnishment

I understand that this form will be a publicly filed document.

_____
Defendant-Judgment Debtor
Address:  _____
_____
Email:  _____
Daytime Telephone:  _____
Date:  _____

## <u>CERTIFICATE OF SERVICE</u>

I certify that on this _____ day of _____, 20_____, I mailed the

Claim for Exemptions, Request for Hearing, and/or Request for Transfer to the

following:

Original to:

United States District Clerk
333 W. 4th Street, Room 411
Tulsa, OK  74103

Copies to:

Vani Singhal
Assistant U.S. Attorney

Garnishee

_____
Defendant-Judgment Debtor

Exhibit D to Writ of Garnishment