IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    PLAINTIFF/GARNISHOR<br><br>vs.<br><br>OSCAR STILLEY,<br>    DEFENDANT,<br><br>and<br><br>CORNERSTONE STRUCTURAL ENGINEERING, INC.,<br>    and its successors or assigns,<br><br>    GARNISHEE. | CASE #: 09-CR-043-002-SPF |

### GARNISHEE'S ANSWER

Having been served with a Continuing Writ of Garnishment, Garnishee files this Answer in accordance with 28 U.S.C. §3205. This Answer is being prepared by or at the direction of John Riordan, President, Cornerstone Structural Engineering, Inc., P.O. Box 7441, Van Buren, AR 72956, (479) 471-5375, email john@csengineeringinc.com.

Garnishee files this Answer as an Arkansas corporation having the address and phone number above, having its principal place of business in Crawford County, Arkansas.

There are no previous garnishments.

From the date the Writ of Garnishment was served to the date this Answer is

1

being prepared, Garnishee has not had possession, custody, or control of any property (other than wages) in which Defendant has an interest.

Garnishee does not anticipate having future possession, custody, or control of any non-earnings property in which Defendant will have an interest.

As Defendant's employer, Garnishee has possession, custody, or control of earnings in which Defendant has an interest. Defendant is paid bi-weekly, with October 22, 2021 as the previous end of pay period, and November 5, 2021 as the next pay period. Defendant is paid the following amounts for a 40 hour week:

| | | | |
|---|---|---|---|
| a. | Defendant's Gross Pay: | $ | 1,100.00 |
| b. | Federal Income Tax Withheld: | $ | 66.42 |
| c. | F.I.C.A. Withheld: | $ | 82.37 |
| d. | State Income Tax Withheld: | $ | 34.42 |
| e. | Total Withholdings (b + c + d): | $ | 184.99 |
| f. | Net Earnings (a – e): | $ | 915.01 |

### Garnishee's Claims

Garnishee makes the following claims: (Check those that apply)

✔ Garnishee makes the following claim of exemption on behalf of Defendant:

Amount of Exemption:
Federal minimum wage $7.25 X 30 X 2 = $435
Nature of Exemption: According to instructions
Non-exempt net pay per 2 weeks: $480.01
Times 10% = $48.00 per pay period amount of garnishment.

Garnishee will therefore direct his payroll service to deduct $48.00 per pay

period, with appropriate deductions or additions based on changes in hours or wages, based on the directions of the writ of garnishment, such that 10% of non-exempt wages is garnished. Said deductions will be forwarded to the United States according to the direction of Vani Singhal or Libbi Felty.

### VERIFICATION

I John Riordan by my signature below pursuant to 28 USC 1746 declare under penalty of perjury that the foregoing facts are true and correct to the best of my knowledge and belief.

By: *John Riordan*                                   11/4/2021
John Riordan, President                               Date
Cornerstone Structural Engineering, Inc.
P.O. Box 7441
Van Buren, AR 72956
(479) 471-5375
john@csengineeringinc.com

### CERTIFICATE OF SERVICE

Garnishee certifies that it has filed the Garnishee Answer with the Court Clerk via email at ProSeFilingsOKND@oknd.uscourts.gov  Garnishee further certifies that the filing will cause all persons on the CM/ECF electronic service list to receive a copy of this pleading electronically.