# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff-respondent, | ) | |
| | ) | |
| -vs- | ) | Case No. 09-cr-0043-2-SPF |
| | ) | |
| OSCAR AMOS STILLEY, | ) | |
| | ) | |
| Defendant-movant. | ) | |

## **JUDGMENT**

Judgment is entered in accordance with the court's order of today's date dismissing as untimely defendant Oscar Amos Stilley's motion seeking to vacate his sentence pursuant to 28 U.S.C. § 2255.

Dated this 4th day of November, 2021.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

09-0043p171 (Stilley).docx