IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| v.   Case No. 4:09-CR-043 SPF | |
| LINDSEY KENT SPRINGER and OSCAR AMOS STILLEY | DEFENDANTS |

DEFENDANT OSCAR STILLEY'S MOTION FOR TRANSFER OF GARNISHMENT PROCEEDINGS TO THE WESTERN DISTRICT OF ARKANSAS

Comes now Defendant Oscar Stilley (Stilley) and for his motion states:

1. The government on 10-26-2021 filed "Plaintiff's Ex Parte Post-Judgment Continuing Writ of Garnishment." Dkt. 717. Stilley received this pleading the same day.

2. At page 16 of said pleading, Stilley was advised that he could, within 20 days of the notice, request transfer to the US district court in which he resides. This right of transfer and notice of same may be found at 28 USC 3202(b).

3. Stilley resides in the Fort Smith Division of the US District Court for the Western District of Arkansas.

4. Stilley at page 14 of Dkt. 717 was informed that he had a right to file written objection or claim of exemption within 20 days of receipt of a copy of the Garnishee's answer.

5. The Garnishee filed answer on 11-04-2021. Dkt. 718. Stilley received a copy the same day, via CM/ECF.

6. Stilley will file his claims of exemption or objection within the time allowed. Stilley intends to timely request a hearing in said venue, in conformity with law.

7. Stilley therefore requests transfer to the Western District of Arkansas, for further

1

proceedings concerning any collection activities against Stilley.

WHEREFORE, Stilley requests an order of transfer of proceedings to the Western District of Arkansas, for the determination of all claims of objection or exemption to garnishment; and for such other and further relief as may be appropriate, whether or not specifically requested.

Respectfully submitted,

By: /s/ Oscar Stilley                                  November 14, 2021
Oscar Stilley
10600 N Highway 59
Cedarville, AR 72932-9246
479.384.2303 mobile
479.401.2615 fax
oscarstilley@gmail.com

## CERTIFICATE OF SERVICE

Defendant Stilley hereby certifies that on the date stated above he electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. Charles O'Reilly and his confederates continue on with their scheme to "hide out" Lindsey Kent Springer, and deny Stilley his witness, together with the opportunity to work together toward common interests. This is the only reason that Springer is not being served with this pleading. Stilley vehemently objects to such lawlessness.