# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | Case No. 09-cr-0043-2-SPF |
| | ) | |
| OSCAR AMOS STILLEY, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER
(ruling on motion at doc. no. 721)

Defendant Oscar Amos Stilley was ordered to pay an assessment of $300 and restitution in the amount of $776,280, plus interest.  Doc. no. 338.  The record reflects a balance of $812,561.61 on the criminal judgment.  Doc. nos. 715, 717.

On October 25, 2021, the government applied for a writ of garnishment to collect on the criminal judgment.  Doc. no. 715.  The next day, October 26, 2021, the court issued the writ of garnishment.  Doc. no. 717.  On November 4, 2021, the garnishee filed its answer.  Doc. no. 718.  Defendant seeks to quash the garnishment. Doc. no. 722.

On November 14, 2021, defendant moved to transfer the garnishment proceedings to the United States District Court for the Western District of Arkansas, where he resides.  The government has not responded to the motion to transfer within the time prescribed by the court's local rules.

The Federal Debt Collection Procedures Act (FDCPA), 28 U.S.C. § 3001, *et seq.*, sets forth the "exclusive civil procedures for the United States . . . to recover a judgment on . . . an amount that is owing to the United States on account of . . . assessment, . . . [and] restitution[.]"  28 U.S.C. §§ 3001(a)(1), 3002(3)(B).  The FDCPA provides that "[i]f the debtor so requests, within 20 days after receiving the notice described in section . . . 3202(b), the action or proceeding in which the writ . . . was issued shall be transferred to the district court for the district in which the debtor resides."  28 U.S.C. § 3004(b)(2).

Defendant's motion to transfer has been filed within the 20-day period. Because defendant's motion is timely and the government has not "show[n] good cause for the denial [of transfer]," United States v. Green, Case No. 02-20019 JWL, 2019 WL 2764394 (D. Kan. July 2, 2019) (quotation omitted), the court concludes that defendant's motion should be granted.

Accordingly, Defendant Oscar Stilley's Motion for Transfer of Garnishment Proceedings to the Western District of Arkansas (doc. no. 721) is **GRANTED**.  The clerk of the court is **DIRECTED** to effect the transfer of the garnishment proceedings to the Western District of Arkansas.

Dated this 8th day of December, 2021.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

09-0043p172 (Stilley).docx

2