IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA                                             PLAINTIFF

v.                          Criminal Case No. 4:09-CR-043 SPF
                            Civil Case No. 4:21-cv-00361 SPF-CDL

LINDSEY KENT SPRINGER,
OSCAR AMOS STILLEY                                                    DEFENDANTS

**DEFENDANT OSCAR STILLEY'S NOTICE OF APPEAL
TO THE TENTH CIRCUIT COURT OF APPEALS**

Comes now Defendant Oscar Stilley (Defendant) and for his notice of appeal states:

Defendant Oscar Stilley hereby gives notice that he appeals the District Court's order and judgment (Dkt. 719 & 720,  entered 11-04-2021) which dismissed Defendant Oscar Stilley's Verified Motion to Correct or Set Aside a Sentence or Judgment Pursuant to 28 USC 2255, (Docket # 701), and also dismissed Docket #702, (an attempt to get Lindsey Springer's contact information and determine who was the lawfully authorized judge) and also denied a certificate of appealability.  Defendant Oscar Stilley appeals this adverse order in its entirety, including but not limited to the denial of a certificate of appealability.   Defendant Stilley also appeals all other adverse orders entered in the captioned litigation, to the fullest extent permitted by law or rule. This appeal is taken to the 10th Circuit Court of Appeals.

All parties to the judgment and appeal are listed on the Notice of Electronic Filing (NEF) and thus will get electronic service of this notice of appeal, EXCEPT Lindsey Kent Springer. Defendant Stilley's efforts to get a valid address, phone, and email for Lindsey Springer have been to no avail.  Therefore Defendant Stilley cannot advise the Clerk of a suitable address at which the Clerk may serve notice of this appeal on Springer, pursuant to FRAP 3(d)(1).

1

Respectfully submitted,


By: /s/ Oscar Stilley                    January 1, 2022
Oscar Stilley
10600 N Highway 59
Cedarville, AR 72932-9246
479.384.2303 mobile
479.401.2615 fax
oscarstilley@gmail.com


**CERTIFICATE OF SERVICE**

Defendant Stilley hereby certifies that on the date stated above he electronically filed the
foregoing by CM/ECF, thus serving all parties to this litigation who are registered CM/ECF
users.  Charles O'Reilly and his confederates continue on with their scheme to "hide out"
Lindsey Kent Springer. This is the only reason that Springer is not being served with this
pleading. Stilley vehemently objects to such lawlessness.

2