UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

| | |
|---|---|
| Christopher M. Wolpert<br>Clerk of Court | Jane K. Castro<br>Chief Deputy Clerk |

January 03, 2022

Oscar Amos Stilley
10600 North Highway 59
Cedarville, AR 72932
10579-062

**RE:     22-5000, United States v. Stilley**
         Dist/Ag docket: 4:09-CR-00043-SPF-2

Dear Appellant:

The court has received and docketed your appeal. Please note your case number above.

Attorneys must complete and file an entry of appearance form within 14 days of the date of this letter. *See* 10th Cir. R. 46.1(A). Pro se parties must complete and file an entry of appearance form within thirty days of the date of this letter. An attorney who fails to enter an appearance within that time frame will be removed from the service list for this case, and there may be other ramifications under the rules. If an appellee does not wish to participate in the appeal, a notice of non-participation should be filed via ECF as soon as possible. The notice should also indicate whether counsel wishes to continue receiving notice or service of orders issued in the case.

Please note that a separate fee is due for initiating an appeal to the circuit court. You are required to pay the $505.00 fee ($5.00 filing fee and $500.00 docket fee) to the district clerk or file an application for leave to proceed on appeal without prepayment of fees with the district court within 30 days of the date of this letter, or this appeal may be dismissed without further notice. *See* Fed. R. App. P. 3(e) and 10th Cir. R. 3.3(B).

Prisoners are reminded that to invoke the prison mailbox rule they must file with each pleading a declaration in compliance with 28 U.S.C. Section 1746 or a notarized statement, either of which must set forth the date of deposit with prison officials and must also state that first-class postage has been prepaid. *See* Fed. R. App. P. 4(c) and *United States v. Ceballos-Martinez*, 358 F.3d 732, *revised and superseded*, 371 F.3d 713 (10th Cir.), *reh'g denied en banc*, 387 F.3d 1140 (10th Cir.), *cert. denied*, 125 S. Ct. 624 (2004). Prisoners should also review carefully Federal Rule of Appellate Procedure 4(c)(1), which was amended December 1, 2021.

You will receive further instructions regarding prosecution of this appeal from the court within the next few weeks.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

cc: Charles Anthony O'Reilly
Vani Singhal

CMW/jm

| | |
|---|---|
| **From:** | ca10_cmecf_notify@ca10.uscourts.gov |
| **To:** | CM-ECF Intake OKND |
| **Subject:** | 22-5000 United States v. Stilley "Prisoner case docketed" (4:09-CR-00043-SPF-2) |
| **Date:** | Monday, January 3, 2022 5:53:13 PM |

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

### Tenth Circuit Court of Appeals

**Notice of Docket Activity**

The following transaction was entered on 01/03/2022 at 4:47:26 PM Mountain Standard Time and filed on 01/03/2022

**Case Name:** United States v. Stilley
**Case Number:** 22-5000
**Document(s):** Document(s)

**Docket Text:**
[10883298] Prisoner case docketed. DATE RECEIVED: 01/03/2021. Fee or ifp forms due 02/02/2022 for Oscar Amos Stilley. Notice of appearance due on 01/18/2022 for Oscar Amos Stilley and United States of America [22-5000]

**Notice will be electronically mailed to:**

Mr. Charles Anthony O'Reilly: Charles.A.O'Reilly@usdoj.gov, Charles.A.O'Reilly@usdoj.gov, sdusao.appeal@usdoj.gov, Western.Taxcriminal@usdoj.gov
Ms. Vani Singhal: Vani.Singhal@usdoj.gov, libbi.felty@usdoj.gov, wforeman@usa.doj.gov, caseview.ecf@usdoj.gov

**Notice will not be electronically mailed to the following as the Court does not have a valid email address on file or the person has not consented to service via email. If appropriate, notice will be delivered by other means to:**

Oscar Amos Stilley
10579-062
10600 North Highway 59
Cedarville, AR 72932

The following document(s) are associated with this transaction:
**Document Description:** Main Document
**Original Filename:** Amos Stilley noa.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1104938855 [Date=01/03/2022] [FileNumber=10883298-0]
[dd73c9b886d9eae38d0a38fd8fe5c96d0cc0298383bfe39fb9adc3c055119126a771bd51ccfeea6cc85acdbb7c75a76a86684414f0883363297fed2fc0fadb8b]]

**Document Description:** New General Dkt Letter - Pro Se
**Original Filename:** /opt/ACECF/live/forms/JMartinezNunez_225000_10883298_119.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1104938855 [Date=01/03/2022] [FileNumber=10883298-1]
[38ba04b088b1a139e7c9fb89947acade352002c52b295703259361ec5c9ecf0e766d0677f30c626901f8294c6c86a7d53ff2966013de79d31d0a586f7afe0a34]]
**Recipients:**

- Mr. Charles Anthony O'Reilly
- Ms. Vani Singhal
- Oscar Amos Stilley