&%RPDUPLICATE

Court Name: Northern District Oklahoma
Division: 4
Receipt Number: TOK051907
Cashier ID: bbell
Transaction Date: 01/05/2022
Payer Name: OSCAR STILLEY
--------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: OSCAR STILLEY
 Amount:     $505.00
--------------------------------
CHECK
 Check/Money Order Num: 1009
 Amt Tendered: $505.00
--------------------------------
Total Due:      $505.00
Total Tendered: $505.00
Change Amt:     $0.00

NODK: 4:09-cr-00043-SPF-2

APPEAL #: 22-5000


"Only when bank clears the check,
money order, or verifies credit of
funds is the fee or debt officially
paid or discharged. a $53 fee will
be charged for a returned check."