IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff/Garnishor,<br><br>vs.<br><br>OSCAR STILLEY,<br>　　　　Defendant,<br>and<br><br>CORNERSTONE STRUCTURAL<br>ENGINEERING, INC.<br>　and its successors or assigns,<br>　　　　Garnishee. | Case No. 09-CR-043-002-SPF |

## UNITED STATES' CERTIFICATE OF SERVICE

The government certifies that on October 28, 2021, it served copies of the Application for Writ of Garnishment, (Doc. # 715), and the Writ of Garnishment, (Doc. # 717) on:

　　Cornerstone Structural Engineering, Inc., by Certified Returned Receipt Requested.

　　Oscar Stilley, by First Class Mail.

　Dated this January 21, 2022.

　　　　　　　　　　　　　　　　CLINTON J. JOHNSON
　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　By:　　s/Vani Singhal
　　　　　　　　　　　　　　　　VANI SINGHAL, OBA #16892
　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　110 W. 7th Street, Ste. 300
　　　　　　　　　　　　　　　　Tulsa, Oklahoma 74119
　　　　　　　　　　　　　　　　(918) 382-2724
　　　　　　　　　　　　　　　　fax (918) 560-7948
　　　　　　　　　　　　　　　　vani.singhal@usdoj.gov