IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff/Garnishor,<br><br>vs.<br><br>OSCAR STILLEY,<br>　　　　Defendant,<br>and<br><br>CORNERSTONE STRUCTURAL<br>ENGINEERING, INC.<br>and its successors or assigns,<br>　　　　Garnishee. | Case No. 09-CR-043-002-SPF |

**MOTION FOR DISPOSITION OF GARNISHED FUNDS**

The United States of America respectfully requests the Court order the disposition of garnished funds paid into the Court Clerk, and states the following in support:

1. The United States caused a Writ of Garnishment to be issued to Cornerstone Structural Engineering, Inc., on October 26, 2021. (Doc. # 717).

2. Garnishee, Cornerstone Structural Engineering, Inc., filed an Answer on November 4, 2021, and served a copy on Defendant. (Doc. # 718).

3. Upon Defendant's motion, this Court transferred the garnishment proceedings to the Western District of Arkansas. (Doc. ## 721, 724).

1

4. Defendant also filed a motion to quash the writ of garnishment which the Western District of Arkansas Court denied. (United States District Court for the Western District Case No. 2:21-MC-00107, Doc. # 8).

5. Pursuant to the Writ, Garnishee has submitted payments to the Northern District of Oklahoma Court Clerk. The Court Clerk is holding the garnished funds pending an order of the Court directing disbursement in accordance with the criminal Judgment (Doc. # 338).

WHEREFORE, the government requests the Court direct the Court Clerk to disburse the garnished monies paid into the Court's registry deposit fund as directed in the criminal Judgment, and to instruct Garnishee to make all future payments payable to the U.S. District Court Clerk, 333 W. 4th Street, Room 411, Tulsa, OK 74103.

Respectfully submitted,

CLINTON J. JOHNSON
United States Attorney

By: s/Vani Singhal
VANI SINGHAL, OBA #16892
Assistant United States Attorney
110 W. 7th Street, Suite 300
Tulsa, Oklahoma 74119
(918) 382-2724
fax (918) 650-7948
vani.singhal@usdoj.gov

## CERTIFICATE OF SERVICE

I, Vani Singhal, hereby certify that on this 2nd day of February, 2022, I submitted this document to the Clerk of Court for filing and service on all involved parties via the EM/ECF system.

s/ Vani Singhal
Vani Singhal
Assistant United States Attorney
