## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF OKLAHOMA

**UNITED STATES OF AMERICA,**
          **Plaintiff/Garnishor,**

**vs.**

**OSCAR STILLEY,**
          **Defendant,**
**and**

**CORNERSTONE STRUCTURAL
ENGINEERING, INC.**
**and its successors or assigns,**
          **Garnishee.**

**Case No. 09-CR-043-002-SPF**

# FILED

FEB 1 0 2022

Mark C. McCartt, Clerk
U.S. DISTRICT COURT

### ORDER FOR DISPOSITION OF GARNISHED FUNDS

The United States of America caused a Writ of Garnishment to be issued to

CORNERSTONE STRUCTURAL ENGINEERING, INC., on October 26, 2021 (Doc. #

717). Pursuant to the Writ, Garnishee filed an Answer on November 4, 2021, (Doc. #

718) and served a copy of the Answer on the defendant.

Within 20 days after receipt of the answer, the judgment debtor may file a written

objection to the answer and request a hearing. 28 U.S.C. § 3205(c)(5). Upon Defendant's

motion, this Court transferred the garnishment proceedings to the Western District of

Arkansas (Doc. ## 721, 724). The Defendant also filed a motion to quash the writ of

garnishment which the court denied. (United States District Court for the Western District

Case No. 2:21-MC-00107, Doc. # 8).

Consequently, the Court hereby directs the Court Clerk to disburse all monies paid

into the Court's registry deposit fund resulting from the United States' garnishment on

**DEFENDANT** as directed in the Judgment in a Criminal Case. Garnishee is to make all future payments payable to the U.S. District Court Clerk, 333 W 4th Street, Room 411, Tulsa, OK 74103.

IT IS SO ORDERED.

Dated this 10th day February, 2022.

SUSAN E HUNTSMAN

UNITED STATES MAGISTRATE JUDGE