FILED
United States Court of Appeals
Tenth Circuit

June 6, 2022

Christopher M. Wolpert
Clerk of Court

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

---

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

OSCAR AMOS STILLEY,

    Defendant - Appellant.

No. 22-5000
(D.C. Nos. 4:09-CR-00043-SPF-2 &
4:21-CV-00361-SPF-CDL)
(N.D. Okla.)

---

### ORDER DENYING CERTIFICATE OF APPEALABILITY[*]

---

Before **PHILLIPS**, **MURPHY**, and **EID**, Circuit Judges.

---

Oscar Stilley was convicted by a jury in the Northern District of Oklahoma of one count of conspiracy to defraud the United States and two counts of aiding and abetting tax evasion. He appealed his conviction and we affirmed in an order consolidating related cases. *See United States v. Springer*, 444 F. App'x 256 (10th Cir. 2011). His conviction became final on December 20, 2011, when the deadline to file a writ of certiorari had passed.

Almost ten years later, on September 1, 2021, Stilley filed a petition in the district court under 28 U.S.C. § 2255. His petition raised thirteen claims for relief. The district

---

[*] This order is not binding precedent except under the doctrines of law of the case, res judicata, and collateral estoppel. It may be cited, however, for its persuasive value consistent with Fed. R. App. P. 32.1 and 10th Cir. R. 32.1.

court dismissed the § 2255 petition as untimely, rejecting his proposed excuses based on equitable tolling, actual innocence, and the inapplicability of § 2255's one-year limitations period. The district court also denied Stilley's request for a certificate of appealability ("COA"), a prerequisite to appealing the merits of a § 2255 petition. Stilley appealed the dismissal of his petition and now seeks a COA from our court.

A COA may be issued only if the appellant "has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). To make this showing, the appellant must establish "that reasonable jurists could debate whether (or, for that matter, agree that) the petition should have been resolved in a different manner or that the issues presented were adequate to deserve encouragement to proceed further." *Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003) (internal quotations omitted).

The district court noted that Stilley was nearly nine years too late in filing his § 2255 petition. The district court applied our circuit's case law and held that Stilley's § 2255 petition fell outside the one-year limitations period under § 2255(f), and that Stilley hadn't offered a persuasive reason to toll the limitations period.

At bottom, Stilley must have diligently pursued his federal habeas claim but didn't. His brief points to no errors in the district court's statute-of-limitations or tolling analyses. Even if we were to accept Stilley's representations about, for example, the government's conduct with respect to his previous direct appeal, Stilley's brief still fails to explain why he waited almost nine years after the limitations period expired to file his petition. Thus, having reviewed the record before us, we find that reasonable jurists

wouldn't disagree with the district court's thorough order. We therefore deny a COA and dismiss the appeal.[1]

                                                  Entered for the Court

                                                  Gregory A. Phillips
                                                  Circuit Judge

---

[1] On May 23, 2022, Stilley filed a document styled as a "Motion to Recall the Mandate in 10-5057." As we understand the filing, Stilley is requesting that we withdraw the mandate from his previously affirmed criminal conviction. We decline to consider this motion as it is unrelated to the COA issue in this case.

UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

June 06, 2022

Oscar A. Stilley
10600 North Highway 59
Cedarville, AR 72932

**RE:** 22-5000, United States v. Stilley
Dist/Ag docket: 4:09-CR-00043-SPF-2, 4:21-CV-00361-SPF-CDL

Dear Appellant:

Enclosed is a copy the court's final order issued today in this matter.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

cc: Katie Bagley
Gregory Victor Davis

CMW/mlb

# Lynn Tiefenthaler

| | |
|---|---|
| **From:** | ca10_cmecf_notify@ca10.uscourts.gov |
| **Sent:** | Monday, June 6, 2022 9:14 AM |
| **To:** | CM-ECF Intake OKND |
| **Subject:** | 22-5000 United States v. Stilley "Case termination for COA" (4:09-CR-00043-SPF-2, Lead: 4:21-CV-00361-SPF-CDL) |

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

## Tenth Circuit Court of Appeals

**Notice of Docket Activity**

The following transaction was entered on 06/06/2022 at 8:04:27 AM Mountain Daylight Time and filed on 06/06/2022

| | |
|---|---|
| **Case Name:** | United States v. Stilley |
| **Case Number:** | 22-5000 |
| **Document(s):** | Document(s) |

**Docket Text:**
[10917850] COA Denial; Terminated on the merits after submissions without oral hearing; Written, signed, unpublished. Judges Phillips (authoring), Murphy and Eid. [22-5000]

**Notice will be electronically mailed to:**

Ms. Katie Bagley: katie.s.bagley@usdoj.gov, cateps.taxcriminal@usdoj.gov
Mr. Gregory Victor Davis: Gregory.V.Davis@usdoj.gov, cateps.taxcriminal@usdoj.gov, joseph.b.syverson@usdoj.gov
Oscar A. Stilley: oscarstilley@gmail.com


The following document(s) are associated with this transaction:
**Document Description:** COA Denial
**Original Filename:** 22-5000.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1104938855 [Date=06/06/2022] [FileNumber=10917850-0]
[e1f6db07834fb595106d8f7703c61b1a12a9f171a96566e839788dde1821482ed892747b9f4fff708f971de500899f0568c68627aa15bffc5c422f1e877fec81]]

**Document Description:** COA Order Cover Letter
**Original Filename:** /opt/ACECF/live/forms/MichaelBarajas_225000_10917850_135.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1104938855 [Date=06/06/2022] [FileNumber=10917850-1]
[d0894d5106c734694d5e721b5570b69749fec97554c37a60a134baed4ae4e746734b1e72f2094cff31562dbab2d0413345

3046d22a2e9401f489dc1d83aebade]]
**Recipients:**

- Ms. Katie Bagley
- Mr. Gregory Victor Davis
- Oscar A. Stilley