# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| -vs- | ) | **Case No. 09-cr-0043-2-SPF** |
| | ) | |
| **OSCAR AMOS STILLEY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

Before the court is a motion filed by defendant Oscar Amos Stilley, doc. no. 735.  The motion inquires as to the authority of the undersigned to preside in this case.  The government need not respond to the motion.  The arguments set forth in the motion are without merit.  And, although the court ordinarily does not answer legal questions posed more or less in the abstract by litigants, the court sees no harm in informing Mr. Stilley that the authority of the undersigned to preside in this matter is (and has been, since the inception of this case) established by the cross-designation order entered annually by the Chief Judge of the United States Court of Appeals for the Tenth Circuit.  The most recent such order was entered by Chief Judge Timothy M. Tymkovich on December 9, 2021.  The completion of appellate proceedings in this case eliminated any possible issues as to the authority of the District Court to proceed.[1]  Thus, although the arguments set forth in the motion are rejected, the motion is **GRANTED** to the extent set forth above, and otherwise

---

[1] The extent to which the pendency of appellate proceedings divests the District Court of jurisdiction to address matters pending before it is, in any event, a matter as to which there can be great variation, depending on the circumstances and status of the proceedings in the trial court and the appellate court.

**DENIED**.  As Mr. Stilley is aware, his supervision on supervised release has been transferred to the Western District of Oklahoma.  There is a possible issue as to whether that transfer was authorized by statute or otherwise.  It is anticipated that that matter will be addressed and promptly resolved in the Western District proceedings.

The clerk of this court is **DIRECTED** to provide a copy of this order to the assigned (or previously assigned) probation officers in the Western District and the Northern District.

DATED this 20th day of September, 2022.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

09-0043p174 (Stilley) .docx