# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| -vs- | ) Case No. 09-cr-0043-2-SPF |
| OSCAR AMOS STILLEY, | ) |
| Defendant. | ) |

## ORDER

The defendant, Oscar Amos Stilley (herein: defendant), commenced his term of supervised release on August 10, 2022. Thereafter, jurisdiction over the defendant, as a releasee, was transferred to the Western District of Oklahoma. The Western District of Oklahoma has now re-transferred jurisdiction to this court.

IT IS HEREBY ORDERED that jurisdiction over the defendant releasee is accepted and assumed by this court from and after the date of entry of this order. This order shall have the same effect as a Probation form 22 transfer ("Transfer of Jurisdiction").

DATED this 3rd day of November, 2022.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

09-0043p175 (Stilley) .docx