IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA                                                          PLAINTIFF

v.                                  Case No. 4:09-CR-043 SPF

OSCAR AMOS STILLEY                                                          DEFENDANT

**DEFENDANT OSCAR STILLEY'S MOTION FOR AN INITIAL APPEARANCE, WITH INCLUDED SUPPORTING BRIEF**

Comes now Defendant Oscar Stilley (Stilley) and for his motion states:

1. This Court on November 4, 2022 set a hearing for revocation and sentencing, to be held November 21, 2022 at 10:30 AM. No specific mention was made of an initial appearance within the contemplation of applicable rules.

2. FRCrP 32.1(a)(2) requires an initial appearance before a magistrate judge.

3. Various constitutional, statutory, and rule-based protections require as a practical matter that an initial appearance be conducted.

4. An initial appearance must be set and conducted a reasonable time prior to any revocation hearing, in order to make the underlying constitutional rights meaningful.

5. Stilley works for a non-profit organization at low pay.

6. The trip to Tulsa takes about 2 hours. Stilley drives an old car. In case of any trip in which immediate remand is a possibility, however remote, prudence dictates bringing a driver, to ensure that the car doesn't go to impound.

7. Early afternoon settings will allow Stilley to reasonably make the trip without overnight accommodations, the cost of which Stilley can ill afford.

8.     Stilley has inquired of counsel for the government as to their position. They don't object to an initial appearance because it is required by the rules. They object to any continuance, explaining that "[A]ny change to a later date or time would be a continuance in my view; however, I defer to the Court's calendar and discretion as to scheduling this matter."

**BRIEF IN SUPPORT OF MOTION**

FRCrP 32.1(a)(2) requires an initial appearance for persons summoned to answer for an alleged violation of the terms of supervised release. Other provisions of the rule set forth requirements that demonstrate clearly that the purposes of the rule require an initial hearing a reasonable time prior to any revocation or sentencing hearing.

The rule calls for a hearing before a magistrate. This will contribute to judicial economy, since a magistrate of the Northern District of Oklahoma will be in the courthouse, and won't have to travel from Oklahoma City.

Counsel for the government say that they agree to the initial appearance but oppose any continuance. However, an initial appearance renders a continuance *of the currently set hearing* inescapable. This Court set a revocation and sentencing hearing for November 21, 2022. It is impossible to lawfully conduct such a hearing without *first* conducting an initial appearance. Indeed, the most logical time and place to discuss a subsequent setting, of whatever kind and character, would be at the initial appearance. In such case, all parties can be heard as to their schedules and legal positions with respect to upcoming hearings.

This sounds like a preference that the Court will set the initial appearance at the same time as the currently scheduled proceedings. At the present time, the place of the hearing hasn't been determined. There is no reason to believe that the current date and time for the hearing would necessarily be convenient for the randomly assigned magistrate judge.

The holiday season is upon us. Stilley needs a reasonable amount of time to prepare for an initial appearance. Stilley would respectfully propose that the initial appearance before a magistrate judge be set some time in early to mid-December, 2022.

WHEREFORE, Stilley respectfully requests an order directing the Clerk to randomly select a magistrate judge of the Northern District of Oklahoma, and set or cause to be set an initial appearance in early to mid-December 2022, for early afternoon; and for such other and further relief as may be appropriate whether or not specifically requested.

Respectfully submitted,

By: /s/ Oscar Stilley                                   November 16, 2022
Oscar Stilley                                           Date
10600 N Highway 59
Cedarville, AR 72932-9246
479.384.2303 mobile
479.401.2615 fax
oscarstilley@gmail.com

CERTIFICATE OF SERVICE

3

Defendant Stilley hereby certifies that on the date stated above he electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, thereby serving all persons having ECF privileges and entitled to service in this case. Stilley does not have access to Lindsey Springer's physical address, email, and phone number, and thus cannot serve him.