

CLERK, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA
333 WEST FOURTH STREET, ROOM 411
TULSA, OKLAHOMA 74103-3819
OFFICIAL BUSINESS

09-cr-43-SPF
Dct #740

NEOPOST 11/07/2022
FIRST-CLASS MAIL
US POSTAGE $000.57⁹
ZIP 74103
011287529

TULSA OK 740
7 NOV 2022 PM 3 L
Postage Moved 11/7/22 w

RECEIVED
DEC 06 2022
Mark C. McCartt, Clerk
U.S. DISTRICT COURT

REFUSED
RETURN TO SENDER
NOT AT THIS ADDRESS

※ Lindsey Kent Springer #02580-063
his address

NIXIE    750  DC 1           0012/02/22
    RETURN TO SENDER
    ATTEMPTED - NOT KNOWN
    UNABLE TO FORWARD
BC: 74103388199    *0857-05512-07-39

4:09-cr-00043-SPF

Docket Entry #740

Lindsey Kent Springer #02580-063
RRM DALLAS
344 MARINE FORCES DR
GRAND PRAIRIE, TX 75051