CLERK, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA
333 WEST FOURTH STREET, ROOM 411
TULSA, OKLAHOMA 74103-3819
OFFICIAL BUSINESS
REFUSED
RETURN TO SENDER
NOT AT THIS ADDRESS
09-CR-43-SPF
Dkt #742
Lindsey Kent Springer #02580-063
RRM DALLA
344 MARINE FORCES DR
GRAND PRAIRIE, TX 75051
TULSA OK 740
17 NOV 2022PM 3 L
RECEIVED
DEC 08 2022
Mark C. McCartt, Clerk
U.S. DISTRICT COURT
NEOPOST
FIRST-CLASS MAIL
11/17/2022
US POSTAGE $000.57º
ZIP 74103
041M11287529
Postage Mances 11/17/22
REFUSED
RETURN TO SENDER
NOT AT THIS ADDRESS
NIXIE 750 FE 1 0011/29/22
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
BC: 74103388199 *2182-05675-29-14
CLERK, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA
333 WEST FOURTH STREET, ROOM 411
TULSA, OKLAHOMA 74103-3819
OFFICIAL BUSINESS
09-CR-43-SPF
Dkt #743
*Lindsey Kent Springer #02580-063 is not here.
REFUSED
RETURN TO SENDER
NOT AT THIS ADDRESS
Lindsey Kent Springer #02580-063
RECEIVED
DEC 08 2022
Mark C. McCartt, Clerk
U.S. DISTRICT COURT
NEOPOST
FIRST-CLASS MAIL
11/18/2022
US POSTAGE $000.57º
ZIP 74103
041M11287529
Postage Mances 11/18/22
REFUSED
RETURN TO SENDER
NIXIE 750 DC 1 0011/29/22
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
BC: 74103388199 *2182-05676-29-14


