

IN THE US DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

FILED
DEC 08 2022
Mark C. McCartt, Clerk
U.S. DISTRICT COURT

UNITED STATES     PLAINTIFF

V.     CASE NO. 4:09-CR-43 SPF

OSCAR STILLEY     DEFENDANT

**NOTICE OF CHANGE OF ADDRESS**

Defendant Oscar Stilley (Stilley) hereby gives notice that he is incarcerated at the address set forth below. Sentence was 90 days and he plans to request a stay. Stilley requests that for the time being pleadings and papers be mailed to him at the address below, in addition to service via CM/ECF. Stilley will give further notice when hard copy service to the jail is no longer required.

By: /s/ Oscar Stilley     Monday, December 5, 2022

Oscar Stilley, Inmate # 1189798
David L. Moss Correctional Center
300 North Denver
Tulsa, OK 74103

PRISON MAILBOX RULE CERTIFICATE OF SERVICE

Stilley by his signature above pursuant to 28 USC 1746 declares under penalty of perjury that on the date stated above he placed a copy of this pleading in the prison outgoing mail receptacle, with sufficient US postage attached, addressed to the Clerk of the Court for filing and service via CM/ECF.

✓ Mail    __ No Cert Svc    __ No Orig Sign

__ C/J    __ C/MJ    __ C/Ret'd    __ No Env

__ No Cpys    ✓ No Env/Cpys    __ O/J    __ O/MJ

Oscar Stilley #18971-798
David L. Moss Correctional Center
300 N. Denver
Tulsa, OK 74103

RECEIVED
DEC 08 2022
Mark C. McCartt, Clerk
U.S. DISTRICT COURT

TULSA OK 740
6 DEC 2022 PM 3 L
Postage Paid 12/6/22
09-CR-43-SPF

US District Court Clerk
333 W. 4th Street
Suite 411
Tulsa, OK 74103