

IN THE US DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

UNITED STATES                                                          PLAINTIFF

V.                       CASE NO. 4:09-CR-43

OSCAR STILLEY                                            DEFENDANT

### NOTICE OF APPEAL

Oscar Stilley (Stilley) hereby gives notice that he appeals to the 10th Circuit Court of Appeals the Judgment and Commitment order dated 11-23-2022. By this notice of appeal Stilley brings up to the 10th Circuit Court of Appeals all prior adverse orders, judgments, and rulings, to the extent authorized by law and rule.

By: _____                         Monday, December 5, 2022
Oscar Stilley, Inmate # 1189798
David L. Moss Correctional Center
300 North Denver
Tulsa, OK 74103

### PRISON MAILBOX RULE CERTIFICATE OF SERVICE

Stilley by his signature above pursuant to 28 USC 1746 declares under penalty of perjury that on the date stated above he placed a copy of this pleading in the prison outgoing mail receptacle, with sufficient US postage attached, addressed to the Clerk of the Court for filing and service via CM/ECF.

✓ Mail    ___No Cert Svc    ___No Orig Sign
___C/J    ___C/MJ    ___C/Ret'd    ___No Env
___No Cpys    ✓ No Env/Cpys    ___O/J    ___O/MJ