IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | Case No. 09-cr-0043-2-SPF |
| ) | |
| OSCAR AMOS STILLEY, ) | |
| ) | |
| Defendant. ) | |

## ORDER

The defendant, Oscar Amos Stilley, filed a motion for appointment of counsel on November 20, 2022 (a Sunday). Doc. no. 744. The next day, November 21, 2022, a hearing was held on revocation of Mr. Stilley's supervised release, pursuant to an amended petition which had been filed on September 7, 2022. Notice of the November 21 hearing was issued on November 4, 2022. Doc. no. 740.

At the November 21, 2022 hearing on revocation of supervised release, the court did not rule on the motion for appointment of counsel, and, for the reasons stated on the record at the hearing, the court proceeded with the hearing. (Mr. Stilley, a former member of the bar in Arkansas, was given the opportunity to confer with an attorney at the November 21 hearing.)

At the November 21, 2022 hearing, the court noted that the motion for appointment of counsel, doc. no. 744, contained no information relating to Mr. Stilley's financial eligibility for appointment of counsel. Accordingly, the court gave Mr. Stilley fifteen days within which to supplement his motion to provide the necessary information. *See*, doc. no. 751 (minute sheet), at 2. The fifteen-day period expired on December 6, 2022. No supplement has been filed. Accordingly, the court does not have before it the information relevant to Mr. Stilley's financial condition which would be necessary as a prerequisite to appointment of counsel for

Mr. Stilley at public expense.  Accordingly, Mr. Stilley's motion for appointment of counsel, doc. no. 744, is **DENIED**.  In the event that further district court proceedings relating to Mr. Stilley are initiated, the court recommends to Mr. Stilley that, if he desires representation by counsel, a motion seeking that relief, supported by the necessary financial information, should be filed promptly after the proceedings are initiated.

DATED this 12th day of December, 2022.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

09-0043p177 (Stilley) .docx