IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | Case No. 09-cr-0043-2-SPF |
| | ) | |
| OSCAR AMOS STILLEY, | ) | |
| | ) | |
| Defendant. | ) | |

# ORDER

On November 20, 2022, the defendant, Oscar Amos Stilley, filed a motion to clarify and modify his conditions of supervised release, doc. no. 750, asserting, among other things, that his special conditions "amount to an extortion racket." *Id.* at 1.

At the revocation hearing which was held at the next day, the motion was briefly discussed, and the defendant was given 21 days to supplement the motion. The court directed that the supplement "include exact proposed modified conditions." Doc. no. 751 (minute sheet), at 2. Defendant has failed to supplement the motion. The motion, as filed, does not show a good reason to modify the defendant's conditions of supervision. However, at the hearing held on November 21, 2022, the court stated its intent to consider modification of the defendant's conditions of supervision to conform to his situation. In so stating, the court assumed that it would have the benefit of a proposed modified set of conditions from the defendant, which would educate the court as to just what the defendant thought would be appropriate to his situation. The court does not have the benefit of that input. The motion, doc. no. 750, is accordingly **DENIED**.

This denial of defendant's motion is without prejudice to consideration of a properly-supported motion (including a statement of the exact proposed modified conditions) if defendant chooses to file one.

DATED this 13th day of December, 2022.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

09-0043p178 (Stilley) .docx