

IN THE US DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

UNITED STATES   PLAINTIFF

V.   CASE NO. 4:09-CR-43 SPF

OSCAR STILLEY   DEFENDANT

**MOTION TO EXTEND TIME TO PLEAD FURTHER REGARDING COUNSEL, WITH INCLUDED BRIEF**

Comes now Defendant Oscar Stilley (Stilley) and for his motion states:

1. Stilley by order dated 11-23-2022 was accorded 15 days to supplement his pleadings requesting standby counsel. By the term "standby counsel" Stilley does not intend to limit his options. However, he does persist in insisting that he does not request or concede anything except what he specifically requests and agrees to, after being suitably informed.

2. Stilley is currently in jail at David L. Moss Criminal Justice Center (DLMCJC).

3. DLMCJC limits legal resources to the extreme. There are 2 computers with Microsoft Word, and 2 computers with Fastcase legal research software. Inmates can't copy and paste from cases, for efficiency. Also this constricts the supply of computers on which to draft pleadings.

4. DL has about 1,500 inmates. The computers are accessible to the inmates only about 30 hours per week total, sometimes less.

1

5. Stilley was kept in his cell over 23 hours per day for the first 7 days of incarceration. Stilley was locked down again on December 7, 2022, as group punishment, allegedly because some inmates didn't sufficiently clean graffiti off the walls.

6. The manner and means of obstruction of constitutional rights are too many to list here.

7. Stilley filed his notice of appeal by prison mailbox rule on Monday, December 5, 2022.

8. This district court was thereby divested of jurisdiction. Stilley lacks the time to lay out the fine points and properly brief this claim. This is the general rule.

9. Defendant files this motion out of an abundance of precaution.

10. Defendant seeks an extension of time up through and including 1-31-2023, to supplement his request for standby counsel.

WHEREFORE, Stilley requests an extension of time to plead further concerning the issue of standby counsel, up through and including 1-31-2023; and such other and further relief as may be appropriate whether or not specifically requested.

**BRIEF IN SUPPORT**

This court denied Stilley an initial appearance, the customary time for addressing matters such as constitutional or statutory rights to the assistance of counsel.

Stilley is still trying to get his record. By recollection, Stilley's *specifically* unopposed motion for an initial appearance was denied on the authority of about 3 decisions, none binding on this Court.

Stilley has been basically bombed back into the stone age. He has exceedingly limited time on a computer, and the computers are artificially limited in their functioning. Pencils are allowed, pens aren't. Obstruction of the mails appears to be commonplace. Getting in and out of our cells is a total hassle, to the point of obstruction of justice. If we had 10 times as many computers for drafting legal documents, the supply would still be woefully inadequate. Office supplies are either impossible to get, or drastically limited.

The general rule is that a notice of appeal generally divests a district court of jurisdiction. Stilley simply doesn't have the resources available to provide proper cites and quotes. Thus he must decide where to economize and where to rely on hoary principles of the law, and hope for the best. If Stilley is wrong he wants to know.

A 15 day period of time to brief or move the Court implies the possibility of additional incarceration. Stilley can't see any other logical reason for the Court to conduct a hearing without assistance of counsel, and then offer Stilley the opportunity to plead further within 15 days.

This information also carries implications with respect to the 21 days to further brief the Court concerning the requested changes in special conditions of

supervision. This is NOT an attempt to exercise that right. However, it should be noted that Stilley is under extreme limitations on his ability to litigate, and is likely to need more time for that pleading as well. Stilley is making utmost exertions with respect to administrative remedies, including efforts to get requests from the free world, to ask DL DLMCJC to "lighten up" on their war on due process, their oppression of inmates, etc. Stilley hopes to get a better "lay of the land" before deciding what pleading and reliefs might be proper with respect to the further briefing on the 21 days to plead further with respect to the special conditions.

By: /s/ Oscar Stilley                                                    12-8-2022
Oscar Stilley, Inmate # 1189798                              Date
David L. Moss Correctional Center
300 North Denver
Tulsa, OK 74103

### PRISON MAILBOX RULE CERTIFICATE OF SERVICE

Stilley by his signature above pursuant to 28 USC 1746 declares under penalty of perjury that on the date stated above he placed a copy of this pleading in the prison outgoing mail receptacle, with sufficient US postage attached, addressed to the Clerk of the Court for filing and service via CM/ECF.

Oscar Stilley #1184798  
Tulsa County Jail  
300 N. Denver  
Tulsa, OK 74103

TULSA OK 740  
13 DEC 2022 PM 2 L  
Postmarked 12/13/2022sc

09-CR-43-SPF  
US District Court Clerk  
333 W. 4th Street  
Suite 411  
Tulsa, OK 74103

RECEIVED  
DEC 15 2022  
Mark C. McCartt, Clerk  
U.S. DISTRICT COURT

74103-388199