# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | )   Case No. 09-cr-0043-2-SPF |
| | ) |
| OSCAR AMOS STILLEY, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Defendant Stilley's Motion to Extend Time to Please Further Regarding Counsel, doc. no. 761, is **STRICKEN** as moot. Mr. Stilley is free to file a motion with respect to appointment of counsel at any time. Mr. Stilley is cautioned, however, that, as was the case at the most recent hearing, a motion filed on the day before the hearing may not be regarded as timely filed.

DATED this 16th day of December, 2022.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

09-0043p179 (Stilley) .docx