

Date: 12-13-2022

From: Oscar Stilley, #1189798
Tulsa County Jail
300 N. Denver
Tulsa, OK 74103

**RECEIVED**
DEC 19 2022
Mark C. McCartt, Clerk
U.S. DISTRICT COURT

To: USDC Court Clerk

Re: US v. Stilley
4:09-cr-43 SPF

Dear Clerk:

Can you send me a copy with file mark headers in your official envelope? It can take weeks to get mail delivered here, despite repeated polite request.

I hope your official stationery will help. I've received nothing from your office as of even date.

Thanks,
Oscar S[tilley]

✓ Mail   ___ No Cert Svc   ___ No Orig Sign
___ C/J   ___ C/MJ   ___ C/Ret'd   ___ No Env
___ No Cpy's   ✓ No Env/Cpy's   ___ O/J   ___ O/MJ