IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| -vs- | ) )  Case No. 09-cr-0043-2-SPF |
| OSCAR AMOS STILLEY, | ) ) ) |
| Defendant. | ) |

## ORDER

Defendant Stilley's Motion to Extend Time to Plead [etc.] doc. no. 763, is **DENIED** in all respects.

As to the request for more time "to plead further concerning the issue of the specific modifications of special conditions," doc. no. 763, at 5, the court notes that, in its December 13, 2022 order, doc. no. 760, it stated, in substance, that Mr. Stilley is at liberty to file "a properly-supported motion (including a statement of the exact proposed modified conditions) if [he] chooses to file one." That is still the case. No extension of time to plead is necessary.

As to the request for an order "commanding the government to respond paragraph by paragraph to" the motions Mr. Stilley filed on the day before the recent revocation hearing, *id*., those motions no longer present any live issues. No responses are necessary because those motions no longer present any matters requiring adjudication.

DATED this 20th day of December, 2022.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

09-0043p180 (Stilley) .docx