

Generated: Jan 11, 2023 11:12AM                                                                                          Page 1/1

# U.S. District Court

## Oklahoma Northern - Tulsa

Receipt Date: Jan 11, 2023 11:12AM

Oscar Stilley

| Rcpt. No: 1798 | | Trans. Date: Jan 11, 2023 11:12AM | | | Cashier ID: #BC |
|---|---|---|---|---|---|
| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
| 203 | Notice of Appeal/Docketing Fee | | 1 | 505.00 | 505.00 |

| CD | Tender | | | | Amt |
|---|---|---|---|---|---|
| MO | Money Order | #28368328408 | 01/11/2023 | | $505.00 |
| | | | Total Due Prior to Payment: | | $505.00 |
| | | | Total Tendered: | | $505.00 |
| | | | Total Cash Received: | | $0.00 |
| | | | Cash Change Amount: | | $0.00 |

**Comments**: Case No 09-CR-43

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.