# *Greg Bloxom, RMR, CRR*

United States Court Reporter
333 W. 4th Street, Rm. 411
Tulsa, OK 74103

Phone: (918) 699-4878                                             e-mail: greg_bloxom@oknd.uscourts.gov

---

February 6, 2023

To:    Clerk of Court
       U. S. Court of Appeals for the Tenth Circuit
       CA10_Team2@ca10.uscourts.gov

Re:    USA v Oscar Amos Stilley
       NDOK 09-CR-43-SPF
       CA10 22-5113

       The transcript ordered in the appeal of the above-referenced case has been completed and filed this date with the office of the District Court Clerk for the Northern District of Oklahoma.


s/Greg Bloxom