**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

**February 13, 2023**

**Christopher M. Wolpert**
**Clerk of Court**

_____

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

OSCAR AMOS STILLEY,

    Defendant - Appellant.

No. 22-5113
(D.C. No. 4:09-CR-00043-SPF-2)
(N.D. Okla.)

_____

**ORDER**

_____

Before **BACHARACH** and **KELLY**, Circuit Judges.

_____

Oscar Amos Stilley, proceeding pro se, filed a motion for stay of execution of

sentence pending appeal and an amended motion seeking that same relief.  We construe

his request as a motion for release pending appeal of the district court's order revoking

his supervised release and remanding him to custody for three months.  We consider his

motion under 18 U.S.C. § 3143(b) and deny it.

A jury convicted Mr. Stilley of one count of conspiracy to defraud the

United States and two counts of tax evasion.  The district court sentenced him to

180 months' imprisonment to be followed by three years of supervised release.  The

conditions of supervised release included, among other things, the disclosure of

Mr. Stilley's financial information, the monitoring of his computer activity (including the

installation of remote monitoring software), and the disclosure of usernames and passwords for his email and PayPal accounts.

On direct appeal, Mr. Stilley did not challenge the term of supervised release or any of the conditions of supervised release. We affirmed Mr. Stilley's convictions and sentence. *United States v. Springer*, 444 F. App'x 256, 259 (10th Cir. 2011).

Mr. Stilley began his term of supervised release on August 10, 2022. On August 24 and September 7, 2022, the probation office notified the district court that Mr. Stilley had violated four different conditions of supervised release and recommended that the court revoke his supervised release. After a hearing, the court found Mr. Stilley had violated the conditions of supervised release requiring the installation of monitoring software and the provision of information about online accounts. The court sentenced Mr. Stilley to three months' incarceration, to be followed by thirty-three months of supervised release. Mr. Stilley appealed the district court's order. He now seeks release pending appeal.

To warrant release under § 3143(b), Mr. Stilley must establish, among other criteria, that his appeal "raises a substantial question of law or fact likely to result in" reversal, a new trial, a non-custodial sentence, or a term of imprisonment less than he will have served by the end of the appeal. § 3143(b)(1)(B). "[A] substantial question is one of more substance than would be necessary to a finding that it was not frivolous. It is a close question or one that very well could be decided the other way." *United States v. Affleck*, 765 F.2d 944, 952 (10th Cir. 1985) (internal quotation marks omitted).

Mr. Stilley has failed to identify a substantial question of law or fact likely to

result in reversal.  Accordingly, we deny his motion for release pending appeal.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk

## Brenda Conley

| | |
|---|---|
| **From:** | ca10_cmecf_notify@ca10.uscourts.gov |
| **Sent:** | Monday, February 13, 2023 3:53 PM |
| **To:** | CM-ECF Intake OKND |
| **Subject:** | 22-5113 United States v. Stilley "Order filed" (4:09-CR-00043-SPF-2) |

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.**

### Tenth Circuit Court of Appeals

#### Notice of Docket Activity

The following transaction was entered on 02/13/2023 at 2:52:14 PM Mountain Standard Time and filed on 02/13/2023

| | |
|---|---|
| **Case Name:** | United States v. Stilley |
| **Case Number:** | 22-5113 |
| **Document(s):** | Document(s) |

**Docket Text:**
[10976557] Order filed by Judges Bacharach and Kelly denying Appellant's motion for stay of execution construed as a motion for release pending appeal of the district court's order revoking his supervised release filed by Oscar A. Stilley. Served on 02/13/2023. [22-5113]

**Notice will be electronically mailed to:**

Ms. Katie Bagley: katie.s.bagley@usdoj.gov, cateps.taxcriminal@usdoj.gov
Ms. Elissa Hart-Mahan: elissa.r.hart@usdoj.gov, appellate.taxcivil@usdoj.gov
Samuel Robert Lyons: Samuel.R.Lyons@usdoj.gov, Samuel.R.Lyons@usdoj.gov, Cateps.Taxcriminal@usdoj.gov
Mr. Joseph Brian Syverson: Joseph.B.Syverson@usdoj.gov, Cateps.Taxcriminal@usdoj.gov

**Notice will not be electronically mailed to the following as the Court does not have a valid email address on file or the person has not consented to service via email. If appropriate, notice will be delivered by other means to:**

Oscar A. Stilley
#1189798
David Moss Correctional Center
300 North Denver Avenue
Tulsa, OK 74103-0000

The following document(s) are associated with this transaction:
**Document Description:** Main Document
**Original Filename:** 22-5113+Order.pdf

**Electronic Document Stamp:**

[STAMP acecfStamp_ID=1104938855 [Date=02/13/2023] [FileNumber=10976557-0]
[08be03ea3ffc84ff5edebbf42fee1b3cf7eb3d5169815471215441b19d994d6474b1beb297ec046d46c77ff95e49e85f4ba5
2eacb87a3e90320688991fab880c]]