IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA                                                            PLAINTIFF

v.                              Case No. 4:09-CR-043 SPF

OSCAR AMOS STILLEY                                                                  DEFENDANT

**DEFENDANT STILLEY'S NOTICE OF CHANGE OF ADDRESS**

Oscar Stilley (Stilley) hereby gives notice to all parties to this litigation that he has arrived home from his latest sojourn in the US Department of Justice-Federal Bureau of Prisons (DOJ-FBOP). Stilley now resides at the address set forth in the address block below. Having been released from federal prison, electronic service is sufficient. All publicly available electronically filed pleadings on the docket of this Court are now available to Stilley.

Respectfully submitted,

By: /s/ Oscar Stilley                          March 3, 2023
Oscar Stilley                                  Date
10600 N Highway 59
Cedarville, AR 72932-9246
479.384.2303 mobile
479.401.2615 fax
oscarstilley@gmail.com

CERTIFICATE OF SERVICE

Defendant Stilley hereby certifies that on the date stated above he electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, thereby serving all persons having ECF privileges and entitled to service in this case.