IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | ) Case No. 09-cr-0043-2-SPF |
| | ) |
| OSCAR AMOS STILLEY, | ) |
| | ) |
| Defendant. | ) |

## ORDER

The court has preliminarily reviewed the defendant's Motion to Strike the Special Conditions of Supervised Release, doc. no. 774, filed on March 16, 2023.

The government is **DIRECTED** to respond to the motion not later than April 14, 2023. In responding, the government may disregard all matters in the motion, doc. no. 774, which question or challenge any aspect of the validity or legality of the underlying prosecution and convictions. The response need only address the questions raised in the motion with respect to the defendant's conditions of supervision. **The defendant, Oscar Amos Stilley, is warned that the filing of additional pleadings challenging any aspect of his underlying convictions may cause the court to impose filing restrictions.**

DATED this 17th day of March, 2023.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

09-0043p181 (Stilley) .docx