# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| -vs- | ) ) Case No. CR-09-0043-2-SPF |
| OSCAR AMOS STILLEY, | ) ) ) |
| Defendant. | ) |

## ORDER

The court has preliminarily reviewed the defendant's motion filed on May 25, 2023, doc. no. 780. Having done so, the court **ORDERS** as follows:

The interested parties (namely, the defendant, the office of the clerk of court, government counsel, the Financial Litigation Unit, and the assigned probation officer) are **DIRECTED** to collaborate with a view to putting in place, if reasonably possible, arrangements for the payment of defendant's restitution installments which will be workable for all concerned and will avoid, to the extent possible, unnecessary transaction costs. The government is **DIRECTED** to file, not later than 28 days from the date of this order, a report as to the results of that collaboration. The court notes the defendant's representations as to the acceptance, in some districts, of payment via pay.gov. The court also notes the defendant's representations as to the unacceptability of personal checks. The court does not, by this order, mandate or even suggest the implementation of any particular payment arrangements. The court does observe, however, that it would seem reasonable to put in place a payment system which would be reasonably convenient, would produce reliable proof of payment, and would not involve reasonably avoidable transaction costs.

The filing of a response to the motion, doc. no. 780, is **DEFERRED** pending the further order of the court.

IT IS SO ORDERED this 7th day of June, 2023.

*/s/ SP Friot*
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

09-0043p185 (Stilley) .docx