# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | Case No. CR-09-0043-2-SPF |
| ) | |
| OSCAR AMOS STILLEY, ) | |
| ) | |
| Defendant. ) | |

## ORDER WITH RESPECT TO METHOD OF PAYMENT OF RESTITUTION

The court has carefully reviewed defendant Oscar Stilley's motion, doc. no. 780, filed on May 25, 2023, with respect to method of payment of his restitution obligation. As all parties are aware, having preliminarily reviewed that motion, the court entered an order on June 7, 2023, doc. no. 784. As required by that order, the government filed a report on June 29, 2023, doc. no. 785.

The government's report, at paragraph 3, suggests a method of payment to be put in place "if ordered by the Court." *Id.* The court now **SO ORDERS**. That method of payment will be completely responsive to the concerns set forth in the defendant's motion, doc. no. 780.

The court notes the matters set forth in paragraph 4 of the government's report. It is up to Mr. Stilley to decide whether to avail himself of the method of payment the court, by this order, makes available to him. In any event, because that method

of payment is indeed entirely responsive to the concerns set forth in Mr. Stilley's motion, that motion, doc. no. 780, is **STRICKEN** as moot.

DATED this 14th day of July, 2023.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

09-0043p186 (Stilley) .docx