**FILED**
United States Court of Appeals
Tenth Circuit

**December 4, 2023**

Christopher M. Wolpert
Clerk of Court

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

---

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

OSCAR AMOS STILLEY,

    Defendant - Appellant.

No. 22-5113
(D.C. No. 4:09-CR-00043-SPF-2)
(N.D. Okla.)

---

## ORDER

---

Before **TYMKOVICH**, **EID**, and **CARSON**, Circuit Judges.

---

Appellant's petition for rehearing is denied.

The petition for rehearing en banc was transmitted to all of the judges of the court who are in regular active service. As no member of the panel and no judge in regular active service on the court requested that the court be polled, that petition is also denied.

                        Entered for the Court

                        CHRISTOPHER M. WOLPERT, Clerk

# Denise Ambrosio

| | |
|---|---|
| **From:** | ca10_cmecf_notify@ca10.uscourts.gov |
| **Sent:** | Monday, December 4, 2023 10:00 AM |
| **To:** | CM-ECF Intake OKND |
| **Subject:** | 22-5113 United States v. Stilley "Petition for rehearing disposed" (4:09-CR-00043-SPF-2) |

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

## Tenth Circuit Court of Appeals

**Notice of Docket Activity**

The following transaction was entered on 12/04/2023 at 8:59:53 AM Mountain Standard Time and filed on 12/04/2023

| | |
|---|---|
| **Case Name:** | United States v. Stilley |
| **Case Number:** | 22-5113 |
| **Document(s):** | Document(s) |

**Docket Text:**
[11049273] Order filed by Judges Tymkovich, Eid and Carson denying appellant's petition for rehearing and petition for rehearing en banc filed by Oscar A. Stilley. [22-5113]

**Notice will be electronically mailed to:**

Ms. Katie Bagley: katie.s.bagley@usdoj.gov, cateps.taxcriminal@usdoj.gov
Ms. Elissa Hart-Mahan: elissa.r.hart@usdoj.gov, appellate.taxcivil@usdoj.gov
Samuel Robert Lyons: Samuel.R.Lyons@usdoj.gov, Samuel.R.Lyons@usdoj.gov, Cateps.Taxcriminal@usdoj.gov
Oscar A. Stilley: oscarstilley@gmail.com
Mr. Joseph Brian Syverson: Joseph.B.Syverson@usdoj.gov, Cateps.Taxcriminal@usdoj.gov

The following document(s) are associated with this transaction:
**Document Description:** Main Document
**Original Filename:** 22-5113_PetforRehearingEnBancDenyNoPoll.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1104938855 [Date=12/04/2023] [FileNumber=11049273-0]
[db5620ad927998b563d8f28815bc0cfaf842f18149c960ae70e138ca7f5ea3ccccbe88bb134444e39035c085ead7deb6c24
d8d9cdc9c2e147b24ce52f3ff7206]]