UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

December 12, 2023

Mr. Mark C. McCartt
United States District Court for the Northern District of Oklahoma
333 West 4th Street, Room 411
Tulsa, OK 74103

**RE:** **22-5113, United States v. Stilley**
Dist/Ag docket: 4:09-CR-00043-SPF-2, 5:22-CR-00357-F-1

Dear Clerk:

Pursuant to Federal Rule of Appellate Procedure 41, the Tenth Circuit's mandate in the above-referenced appeal issued today. The court's October 16, 2023 judgment takes effect this date. With the issuance of this letter, jurisdiction is transferred back to the lower court/agency.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

cc: Katie Bagley
Elissa Hart-Mahan
Samuel Robert Lyons
Oscar A. Stilley
Joseph Brian Syverson

CMW/mlb

# Lynn Tiefenthaler

| | |
|---|---|
| **From:** | ca10_cmecf_notify@ca10.uscourts.gov |
| **Sent:** | Tuesday, December 12, 2023 8:24 AM |
| **To:** | CM-ECF Intake OKND |
| **Subject:** | 22-5113 United States v. Stilley "Mandate issued" (4:09-CR-00043-SPF-2) |

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

## Tenth Circuit Court of Appeals

### Notice of Docket Activity

The following transaction was entered on 12/12/2023 at 7:22:20 AM Mountain Standard Time and filed on 12/12/2023

| | |
|---|---|
| **Case Name:** | United States v. Stilley |
| **Case Number:** | 22-5113 |
| **Document(s):** | Document(s) |

**Docket Text:**
[11051539] Mandate issued. [22-5113]

**Notice will be electronically mailed to:**

Ms. Katie Bagley: katie.s.bagley@usdoj.gov, cateps.taxcriminal@usdoj.gov
Ms. Elissa Hart-Mahan: elissa.r.hart@usdoj.gov, appellate.taxcivil@usdoj.gov
Samuel Robert Lyons: Samuel.R.Lyons@usdoj.gov, Samuel.R.Lyons@usdoj.gov, Cateps.Taxcriminal@usdoj.gov
Mr. Mark C. McCartt, Clerk of Court (oclk): CM-ECFIntake_OKND@oknd.uscourts.gov
Oscar A. Stilley: oscarstilley@gmail.com
Mr. Joseph Brian Syverson: Joseph.B.Syverson@usdoj.gov, Cateps.Taxcriminal@usdoj.gov

The following document(s) are associated with this transaction:
**Document Description:** Regular Mandate Letter - OJ
**Original Filename:** /opt/ACECF/live/forms/MichaelBarajas_225113_11051539_258.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1104938855 [Date=12/12/2023] [FileNumber=11051539-0]
[52805de6935d30c5d134ce31c942f51c9ba2dffb93b26154577774209402947403f4eee498b6f313598bd16603ee1caa2d
1ab3acfce15306f55c7b17467ca70f]]
**Recipients:**

- Ms. Katie Bagley
- Ms. Elissa Hart-Mahan
- Samuel Robert Lyons

1

- [Mr. Mark C. McCartt, Clerk of Court (oclk)](#)
- [Oscar A. Stilley](#)
- [Mr. Joseph Brian Syverson](#)