# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

March 6, 2024

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Tenth Circuit
Byron White Courthouse
1823 Stout Street
Denver, CO  80257

     Re:  Oscar Amos Stilley
          v. United States
          No. 23-966
          (Your No. 22-5113)

Dear Clerk:

     The petition for a writ of certiorari in the above entitled case was filed on February 28, 2024 and placed on the docket March 6, 2024 as No. 23-966.

               Sincerely,

               **Scott S. Harris**, Clerk

               by

               Emily Walker
               Case Analyst

# Aimee Nance

| | |
|---|---|
| **From:** | ca10_cmecf_notify@ca10.uscourts.gov |
| **Sent:** | Thursday, March 7, 2024 2:34 PM |
| **To:** | CM-ECF Intake OKND |
| **Subject:** | 22-5113 United States v. Stilley "Notice of cert. filed" (4:09-CR-00043-SPF-2) |

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

## Tenth Circuit Court of Appeals

### Notice of Docket Activity

The following transaction was entered on 03/07/2024 at 1:33:35 PM Mountain Standard Time and filed on 03/07/2024

| | |
|---|---|
| **Case Name:** | United States v. Stilley |
| **Case Number:** | 22-5113 |
| **Document(s):** | Document(s) |

**Docket Text:**
[11072434] Petition for writ of certiorari filed by Oscar A. Stilley on 02/28/2024 and placed on the docket 03/06/2024 as Supreme Court Number 23-966. [22-5113]

**Notice will be electronically mailed to:**

Ms. Katie Bagley: katie.s.bagley@usdoj.gov, cateps.taxcriminal@usdoj.gov
Ms. Elissa Hart-Mahan: elissa.r.hart@usdoj.gov, appellate.taxcivil@usdoj.gov
Samuel Robert Lyons: Samuel.R.Lyons@usdoj.gov, Samuel.R.Lyons@usdoj.gov, Cateps.Taxcriminal@usdoj.gov
Oscar A. Stilley: oscarstilley@gmail.com
Mr. Joseph Brian Syverson: Joseph.B.Syverson@usdoj.gov, Cateps.Taxcriminal@usdoj.gov


The following document(s) are associated with this transaction:
**Document Description:** Main Document
**Original Filename:** Circ10_22-5113_23-966.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1104938855 [Date=03/07/2024] [FileNumber=11072434-0]
[bfbc060d6dbd3a14b46e6de00bb86b68d5a5f66119dce69211f299cf78727a44a69373d0b968aa5a1b6c6570ab6228d9a1
f46633cb4a006159500aed4a2e1b9e]]