# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

April 29, 2024

Clerk
United States Court of Appeals for the Tenth Circuit
Byron White Courthouse
1823 Stout Street
Denver, CO  80257

Re:  Oscar Amos Stilley
v. United States
No. 23-966
(Your No. 22-5113)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.  Justice Gorsuch took no part in the consideration or decision of this petition.

Sincerely,

*Scott S. Harris*

**Scott S. Harris**, Clerk

# Darian White

| | |
|---|---|
| **From:** | ca10_cmecf_notify@ca10.uscourts.gov |
| **Sent:** | Monday, April 29, 2024 2:33 PM |
| **To:** | CM-ECF Intake OKND |
| **Subject:** | 22-5113 United States v. Stilley "Supreme Court order denying certiorari" (4:09-CR-00043-SPF-2) |

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

## Tenth Circuit Court of Appeals

**Notice of Docket Activity**

The following transaction was entered on 04/29/2024 at 1:32:13 PM Mountain Daylight Time and filed on 04/29/2024

| | |
|---|---|
| **Case Name:** | United States v. Stilley |
| **Case Number:** | 22-5113 |
| **Document(s):** | Document(s) |

**Docket Text:**
[11085612] Supreme Court order dated 04/29/2024 denying certiorari filed by Oscar A. Stilley. [22-5113]

**Notice will be electronically mailed to:**

Ms. Katie Bagley: katie.s.bagley@usdoj.gov, cateps.taxcriminal@usdoj.gov
Ms. Elissa Hart-Mahan: elissa.r.hart@usdoj.gov, cateps.taxcriminal@usdoj.gov
Samuel Robert Lyons: Samuel.R.Lyons@usdoj.gov, Samuel.R.Lyons@usdoj.gov, Cateps.Taxcriminal@usdoj.gov
Oscar A. Stilley: oscarstilley@gmail.com
Mr. Joseph Brian Syverson: Joseph.B.Syverson@usdoj.gov, Cateps.Taxcriminal@usdoj.gov

The following document(s) are associated with this transaction:
**Document Description:** Main Document
**Original Filename:** Circ10_20240429_22-5113_23-966.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1104938855 [Date=04/29/2024] [FileNumber=11085612-0]
[736150127edd7f5191a5b848da5bd76cc15411f95e2d3bf7c31cf963d774fbc11edb074d6da80d32ffe69daf1f55fcea27ad6
779d1e07f7523279d2bf4489c68]]