IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 09-CR-0043-SPF |
| OSCAR AMOS STILLEY, | |
| Defendant. | |

### Motion to Withdraw Assistant United States Attorney Jeffrey A. Gallant as Counsel of Record

The United States of America moves this Court for an Order to Withdraw Jeffrey A. Gallant as counsel of record in the above-entitled action. In support of this motion, movant states as follows:

Mr. Gallant retired from the Department of Justice and is no longer available to represent the United States of America in this matter. Trial Attorney Charles A. O'Reilly remains on the docket as counsel and will be available to represent the government.

WHEREFORE, the government respectfully requests that Assistant United States Attorney Jeffrey A. Gallant be permitted to withdraw in this matter.

Respectfully submitted,
CLINTON J. JOHNSON
United States Attorney

 /s/ Charles A. O'Reilly
Charles A. O'Reilly, CBA # 160980
Trial Attorney
110 West Seventh Street, Suite 300
Tulsa, Oklahoma 74119
202-616-0115
charles.a.o'reilly@usdoj.gov

## Certificate of Service

I hereby certify that on the 15th day of October 2024, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF recipient:

Oscar Amos Stilley
Defendant
7103 Race Track Loop
Fort Smith, AR 72916-9241
oscarstilley@gmail.com

                                        */s/ Charles A. O'Reilly*
                                        Charles A. O'Reilly, CBA # 160980
                                        Trial Attorney