IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>v.<br><br>OSCAR AMOS STILLEY,<br><br>               Defendant. | Case No. 09-CR-0043-SPF |

### ORDER TO WITHDRAW

Before the Court is counsel's Motion to Withdraw (Doc. 794). For good cause shown, the Court finds that the motion should be and is hereby **granted.**

**IT IS THEREFORE ORDERED** that counsel Jeffrey A. Gallant, is allowed to withdraw as counsel for plaintiff.

**DATED** this 15th day of October, 2024.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

09-0043p187.PO (Stilley) .docx