# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 09-CR-043-SPF-2 |
| OSCAR AMOS STILLEY, | |
| Defendant. | |

## Entry of Appearance

Assistant United States Attorney Stephanie N. Ihler hereby appears as counsel for Plaintiff, United States of America.

Respectfully submitted,

CLINTON J. JOHNSON
United States Attorney

  /s/ Stephanie N. Ihler
Stephanie N. Ihler, OBA No. 31850
Assistant United States Attorney
110 West Seventh Street, Suite 300
Tulsa, Oklahoma 74119-1029
(918) 382-2700

## Certificate of Service

    I hereby certify that on the 23rd day of October, 2024, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF recipient:

*Counsel for Defendant*

    */s/ Stephanie N. Ihler*
    Stephanie N. Ihler