# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 09-CR-043-SPF-2 |
| OSCAR AMOS STILLEY, | |
| Defendant. | |

## Motion to Withdraw

The United States of America moves this Court for an Order to Withdraw as counsel of record in the above-entitled action. In support of this motion, movant states as follows:

Trial Attorney Charles O'Reilly remains on the docket as counsel and will be available to represent the government.

WHEREFORE, the government respectfully requests that AUSA Stephanie N. Ihler be permitted to withdraw in this matter.

Respectfully submitted,

CLINTON J. JOHNSON
UNITED STATES ATTORNEY

*/s/ Stephanie N. Ihler*
Stephanie N. Ihler, OBA No. 31850
Assistant United States Attorney
110 West 7th Street, Suite 300
Tulsa, Oklahoma 74119
(918) 382-2700

## Certificate of Service

    I hereby certify that on the 23rd day of October, 2024, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF recipient:

*Attorney for Defendant*

                                            */s/ Stephanie N. Ihler*
                                            Stephanie N. Ihler