# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | |
| v. | Case No. 09-CR-043-SPF-2 |
| **OSCAR AMOS STILLEY,** | |
| Defendant. | |

## ORDER TO WITHDRAW

Before the Court is counsel's Motion to Withdraw (Doc. 799) and the defendant's Response (Doc. 800). For good cause shown, the Court finds that the motion should be and is hereby **granted.**

**IT IS THEREFORE ORDERED** that counsel Stephanie N. Ihler is withdrawn as counsel for plaintiff.

**DATED** this 25th day of October, 2024.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

09-0043p188.PO (Stilley) .docx