Jennifer Golemboski, RPR-RMR
United States Court Reporter
333 West 4th Street, Room 411
Tulsa, OK  74103
(918) 699-4786

January 6, 2025

U.S. Court of Appeals – Tenth Circuit
Clerk of the Court
The Byron White Courthouse
1823 Stout Street
Denver, CO  80257

Re:   USA v. Oscar Amos Stilley; No. 09-CR-43-SPF-2; CC No. 24-5133; OKND

Clerk:

All transcripts ordered from me for the appeal for Defendant 2 in the above-named case have been filed with the Office of Court Clerk in the Northern District of Oklahoma and all transcript orders from me are now complete.

Thank you for your assistance in this matter.

Sincerely,

S/Jennifer Golemboski, RPR-RMR
United States Court Reporter