IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA PLAINTIFF/RESPONDENT

v. Case No. 4:09-cr-043 SEH
Case No. 4:21-cv-361 & 4:25-cv-673

OSCAR AMOS STILLEY DEFENDANT/MOVANT

**DEFENDANT'S STILLEY'S MOTION FOR AUTHORIZATION OF DISCOVERY**

Comes now Oscar Stilley (Stilley) for his motion for authorization of discovery states:

1. Stilley has prepared requests for admission, interrogatories, and requests for documents, attached hereto as Exhibits 1-3.

2. Stilley requests that the Court enter an order authorizing Stilley to serve these discovery requests on the government by email to Charles O'Reilly, with responses due within 30 days of service.

3. Stilley is filing a separate consolidated brief in support of this and other filings.

WHEREFORE, Stilley requests that the Court enter an order authorizing Stilley to serve the United States by email to Charles O'Reilly at charles.a.o'reilly@usdoj.gov and Vani Singhal at vani.singhal@usdoj.gov with the proposed requests for admissions, interrogatories, and requests for documents, with responses due within 30 days; and for such other and further relief as may be appropriate whether or not specifically requested.

Respectfully submitted.

By: /s/ Oscar Stilley September 14, 2026

Oscar Stilley
10600 N Highway 59
Cedarville, AR 72932-9246
479.384.2303 cell phone
oscarstilley@gmail.com

**CERTIFICATE OF SERVICE**

Petitioner Stilley certifies that on the date stated above service has been made on all parties entitled to service by CM/ECF. Stilley is an electronic filer and does not need or want hard copy of electronic filings.