IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA PLAINTIFF/RESPONDENT

v. Case No. 4:09-CR-043 SEH
Case No. 4:21-cv-361
Case No. 4:25-cv-673

OSCAR AMOS STILLEY DEFENDANT/MOVANT

**OSCAR STILLEY'S FIRST SET OF REQUESTS FOR DOCUMENTS**

Comes now Oscar Stilley (Stilley) and propounds the following requests for documents to the United States:

**INSTRUCTIONS**

1. The Responding Party is requested to answer the following within the time and by the method prescribed by the Court's applicable rules and rulings.
2. In answering, you are required to provide all information reasonably available to You, Your agents, representatives, employees, attorneys, and investigators.
3. If You are unable to answer any request after exercising due diligence in attempting to answer:
    a. Please answer to the extent of your ability and show the reason for your inability to answer more fully, accurately, or responsively as the case might be.
    b. The information you provide will be deemed to be all of, and the only, information you have regarding the particular request if you do not show

otherwise as provided by this paragraph.

4. You are required to make a good faith effort to comply with these requests, and the Court's rules of discovery require that of you.
5. If objections are interposed, please state the complete basis of the objection, including legal authority upon which you base your objection.
6. If You contend that any information sought is protected by attorney-client or other privilege, state the factual basis for such alleged privilege regarding the specific information requested.
7. If You are confused about any term or request, you are to promptly seek clarification from the Requesting Party.
8. If any request seems burdensome You should make inquiry, because the intent is limit the burden as much as is reasonably possible, consistent with the interests of justice.
9. You are under a continuing duty to supplement your answers, if you subsequently acquire new information that would materially change your answer.
10. Your answers to this request must be dated, verified, and signed. Whether you comply with such requirement, each response provided to the Requesting Party by You or your attorney shall be deemed to be provided under oath by you with an intention that the Requesting Party may rely on same and deem it to be your honest and complete response to the specific requests propounded.

**DEFINITIONS**

For responding to this discovery request, the following words shall have the below ascribed meanings:

"**Agent**" means one who is authorized to act for or in place of another; a representative.

"**Record evidence**" means evidence within the official record (as defined by Federal Rule of Appellate Procedure 10(a)) of *US v. Stilley*, Northern District of Oklahoma (OKND) 4:09-cr-43, unless otherwise specified.

"**Record**" means information that is inscribed on a tangible medium or that is stored in an electronic or other medium and is retrievable in perceivable form.

"**You**," "**Your**," and "**Yours**" means the Responding Party.

1. If you denied request for admission #1, please provide any and all documents in your possession or available to you, that would support your denial of that request.
2. If you denied request for admission #2, please provide any and all documents in your possession or available to you, that would support your denial of that request.
3. If you denied request for admission #3, please provide any and all documents in your possession or available to you, that would support your denial of that request.
4. If you denied request for admission #4, please provide any and all documents in your possession or available to you, that would support your denial of that request.

5. If you denied request for admission #5, please provide any and all documents in your possession or available to you, that would support your denial of that request.

6. If you denied request for admission #6, please provide any and all documents in your possession or available to you, that would support your denial of that request.

7. If you denied request for admission #7, please provide any and all documents in your possession or available to you, that would support your denial of that request.

8. If you denied request for admission #8, please provide any and all documents in your possession or available to you, that would support your denial of that request.

9. If you denied request for admission #9, please provide any and all documents in your possession or available to you, that would support your denial of that request.

10. If you denied request for admission #10, please provide any and all documents in your possession or available to you, that would support your denial of that request.

11. If you denied request for admission #11, please provide any and all documents in your possession or available to you, that would support your denial of that request.

12. If you denied request for admission #12, please provide any and all documents in your possession or available to you, that would support your denial of that request.

13. If you denied request for admission #13, please provide any and all documents in your possession or available to you, that would support your denial of that request.

14. Please provide a copy—or a description by category and location—of all documents, electronically stored information, and tangible things that the disclosing

party has in its possession, custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment.

Respectfully submitted.

By: /s/ Oscar Stilley September 14, 2026

Oscar Stilley
10600 N Highway 59
Cedarville, AR 72932-9246
479.384.2303 cell phone
oscarstilley@gmail.com

## CERTIFICATE OF SERVICE

Petitioner Stilley certifies that service has been made on the date stated above by email to the following: Charles O'Reilly at charles.a.o'reilly@usdoj.gov; Vani Singhal at vani.singhal@usdoj.gov.