IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA PLAINTIFF/RESPONDENT

v. Case No. 4:09-cr-043 SEH
Case No. 4:21-cv-361 & 4:25-cv-673

OSCAR AMOS STILLEY DEFENDANT/MOVANT

**DEFENDANT'S STILLEY'S MOTION FOR RELEASE OF AUDIO FILES**

Comes Oscar Stilley (Stilley) for his motion for release of audio files states:

1. Stilley's recollection of the proceedings 11-13-2024 is that Judge Friot, when asked whether or not his personnel had engaged in *ex parte* contact with prosecution personnel, angrily said "move on!" Stilley has made such statements in his pleadings, based upon his recollections.

2. Upon inquiry of court reporter Jennifer Golemboski, Stilley was informed that he would need a court order to get the audio files.

3. Stilley is filing a separate consolidated brief in support of this and other filings.

WHEREFORE, Stilley requests that the Court order the release of the audio files for the revocation proceedings of 11-13-2024 to Stilley; and for such other and further relief as may be appropriate whether or not specifically requested.

Respectfully submitted.

By: /s/ Oscar Stilley September 14, 2026

Oscar Stilley
10600 N Highway 59
Cedarville, AR 72932-9246

479.384.2303 cell phone
oscarstilley@gmail.com

**CERTIFICATE OF SERVICE**

Petitioner Stilley certifies that on the date stated above service has been made on all parties entitled to service by CM/ECF. Stilley is an electronic filer and does not need or want hard copy of electronic filings.