IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA PLAINTIFF/RESPONDENT

v. Case No. 4:09-cr-043 SEH
Case No. 4:21-cv-361 & 4:25-cv-673

OSCAR AMOS STILLEY DEFENDANT/MOVANT

**DEFENDANT'S STILLEY'S MOTION TO WITHDRAW CERTAIN MOTIONS, WITH INCLUDED BRIEF**

Comes now Defendant Oscar Stilley (Stilley) for his motion to withdraw certain motions states:

1. Stilley voluntarily and unconditionally concedes that dockets ## 848, (for release pending 2255 proceedings) 858, (also for release) 859, (joint Zoom hearing) and 864 (judicial notice of grant of certiorari) have as a factual matter been mooted by Stilley's release.

2. As a housekeeping matter, Stilley moves to withdraw # 850 (scheduling order) without prejudice to a possible later motion on the same subject.

3. Stilley denies that #852 (Brady, etc) 853 (donations for due process) 854, 860 (motions for "prompt" conduct of litigation) 861 (speedy trial) are mooted by the Court's erroneous order and judgment (865, 866).

4. Stilley further denies that the entry of a clearly erroneous order and judgment (865, 866) restarts the clock for the decision of motions properly before the court.

5. Stilley requests an order granting Stilley's motion to withdraw motions ## 850, (scheduling order) 852, (Brady, etc) 853, (donations for due process) 854, 860, (motions for "prompt" conduct of litigation) 861, conditioned upon simultaneously ordering responses to Stilley's motion for show cause order, #849, and furthermore ordering responses to Stilley's 2255 motion, #846 (including all incorporated material) within 30 days of the Court's order.

WHEREFORE, Stilley requests that the Court enter an order granting Stilley's request to withdraw all pending motions except #846 and 849; ordering a response to #849 within 10 days and a response to #846 within 30 days; and for such other and further relief as may be appropriate whether or not specifically requested.

Respectfully submitted.

By: /s/ Oscar Stilley September 14, 2026

Oscar Stilley
10600 N Highway 59
Cedarville, AR 72932-9246
479.384.2303 cell phone
oscarstilley@gmail.com

**BRIEF IN SUPPORT**

This motion amounts to Stilley's effort to clean up the docket in this case. Here's what Stilley wants to get:

1) The show cause order requested in #849, and,
2) An order for a response to Stilley's 2255 motion (#846) with all incorporated allegations

In return Stilley is willing to withdraw all the others without prejudice to refiling. It isn't necessary to differentiate between those that are truly moot and those that aren't. Stilley has no incentive to refile a motion that is truly moot. A dismissal without prejudice protects Stilley's rights without increasing the effort required from the court.

In other words, this Court can assure itself that there will be no need to include the captioned case in any listing of overdue motions on the last day of September 2026. There will be no dispute and no controversy.

Some of the motions are plainly *not* moot. The motion for disclosures under *Brady,* etc., is not moot. Nor does Stilley by this motion concede that his motion to compel the government to accept donations necessary for due process is moot. He's just offering to either fight that battle through other means or (less likely) refile the motion later.

Would it be possible for the Court to "mix and match" without giving Stilley what he seeks? Of course. It just wouldn't make sense. Stilley's request is the least he

can reasonably ask. He's giving up as much as he can logically give up in exchange. He's giving the Court the option of entering an *agreed* order that makes the Court look good.

Who has been involved in the latest 2255 petition? Stilley and the COURT. The COURT[1] without controversy has the option – and to be honest the duty as well – to compel the government to *speak for itself*. She just hasn't yet done that. This is as good a time as any. For the time being, an "agreed" order is one agreed to by Stilley and by the Court. At the present time, the government lawyers listed on the docket as "counsel of record" are for all practical purposes spectators. That's just reality.

This is not an attack from Stilley. Stilley indeed wishes the COURT the very best. He hopes this COURT succeeds beyond her wildest dreams. He hopes this COURT demonstrates to the world the power of effective management, organization, and motivation. He hopes that she alleviates the fears of every Senator who voted against her confirmation, and every litigant on the docket who thought their case was forgotten. Stilley hopes that the *very fact* that an individual clerked for this COURT makes that person a highly sought and recruited employee at the conclusion of their clerkship.

**CONCLUSION**

This Court should simply bite the bullet and enter Stilley's requested order.

---

[1] This term in small capitals refers to the Court in the person of Sara E. Hill.

By: /s/ Oscar Stilley September 14, 2026

Oscar Stilley
10600 N Highway 59
Cedarville, AR 72932-9246
479.384.2303 cell phone
oscarstilley@gmail.com

**CERTIFICATE OF SERVICE**

Petitioner Stilley certifies that on the date stated above service has been made on all parties entitled to service by CM/ECF. Stilley is an electronic filer and does not need or want hard copy of electronic filings.