IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA PLAINTIFF/RESPONDENT

v. Case No. 4:09-cr-043-2 SEH
Case No. 4:21-cv-361 & 4:25-cv-673

OSCAR AMOS STILLEY DEFENDANT/MOVANT

**DEFENDANT STILLEY'S CONSENT TO EMAIL SERVICE AND NOTICE OF STALE CONTACT INFORMATION**

Comes Oscar Stilley (Stilley) for his consent to email service and notice of stale contact information states:

**CONSENT TO EMAIL SERVICE**

Stilley on 5-31-2026 filed Docket #863, requesting both hard copy and electronic service until his release from custody. This arose in the context of Stilley's contemplation of the cessation of eating, which can (and in this case did) result in his consignment to SHU (Special Housing Unit, or jail for the prison.) The Court was kind enough to order hard copy service as requested. Dkt. 865, pg. 8-9. Unfortunately, electronic notice was terminated and has not yet been reinstated.

Stilley, a *pro se* litigant (non-prisoner) consents to receive notices electronically in the above case. In doing so, Stilley consents to the Court and opposing counsel using his email address, as listed below, for the purpose of sending Stilley electronic notification of orders, notices, and other documents that are filed in his case. Stilley understands that hard (paper) copies will no longer be sent by the

Court or opposing counsel. By consenting to electronic notice, Stilley understands that he is responsible for maintaining a current email address with Public Access to Court Electronic Records (PACER) and the Court.

Stilley has a PACER account and is an authorized CM/ECF electronic filer. Stilley will maintain a current email address for service. Stilley understands the requirements to maintain accurate contact information with the Court and to maintain an email account sufficient to receive notifications, ensure that spam filters will not block messages from the clerk, maintain sufficient hardware and internet access, etc.

Wherefore, the undersigned hereby agrees to the above conditions and elects to electronically receive Notices of Electronic Filing (NEF) to the email address listed below.

**NOTICE OF STALE CONTACT INFORMATION**

The following are currently on the list to receive e-mail or manual notices for this case.

- **Charles Robert Burton , IV**
  RobtBurton@aol.com
- **Stephen J Knorr**
  stephenknorr@att.net,stephenknorr@msn.com
- **Charles Anthony O'Reilly**
  charles.a.o'reilly@usdoj.gov,Western.Taxcriminal@usdoj.gov
- **Trevor Lee Reynolds**
  trevor@tlreynolds.net,info@frasierlaw.com,trevorreynolds@yahoo.com,kschrader@frasierlaw.com
- **Oliver Dean Sanderford**
  dean.sanderford@fd.org,cecilia_hernandez@fd.org,co.10ecf@fd.org

- **Vani Singhal**
  vani.singhal@usdoj.gov,caseview.ecf@usdoj.gov,tiffany.scrivens@usdoj.gov,anna.northrip@usdoj.gov,janna.tomah@usdoj.gov
- **Terry Lee Weber**
  Terry.Weber@morelaw.com,terry@weberlitigation.com

**Manual Notice List**
The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Jerold W Barringer**
P O BOX 213
NOKOMIS, IL 62075

**Martha Durossette**
PO BOX 1283
ROLAND, OK 74954

**Lindsey Kent Springer**
2626 E 72ND ST
TULSA, OK 74136

**Oscar Amos Stilley**
#10579-062
FCI Yazoo City
PO BOX 5000
YAZOO CITY, MS 39194

It has been stated on the record that Charles Robert Burton, IV is dead. He's also disbarred. Jerold Barringer is likewise disbarred. Martha Durossette was the sister of Stilley, probably never had standing to file pleadings in this case, and in any event is now dead. Stilley left Yazoo City on 7-23-2026, thus his name should be

removed from the manual service list. Stilley doubts that Lindsey Springer still takes mail at the address above, but cannot so state with confidence.

Stilley brings this information to the attention of the Court and the Clerk for the purpose of reducing the administrative burden occasioned by filings in this case.

Respectfully submitted.

By: /s/ Oscar Stilley November 10, 2026

Oscar Stilley, *pro se*
10600 N Highway 59
Cedarville, AR 72932-9246
479.384.2303 cell phone
oscarstilley@gmail.com

**CERTIFICATE OF SERVICE**

Petitioner Stilley certifies that on the date stated above service has been made on all parties entitled to service by CM/ECF. Stilley is an electronic filer and does not need or want hard copy of electronic filings.